## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA

___

| | |
|---|---|
| In re: | Joint Administration Pending |
| Granite City Food & Brewery Ltd. | Case No. 19-43756 |
| Debtor. | Chapter 11 Cases |

___

| | |
|---|---|
| In re: | Joint Administration Pending |
| Granite City Restaurant Operations, Inc. | Case No. 19-43757 |
| Debtor. | Chapter 11 Cases |

___

| | |
|---|---|
| In re: | Joint Administration Pending |
| Granite City of Indiana, Inc. | Case No. 19-43758 |
| Debtor. | Chapter 11 Cases |

___

| | |
|---|---|
| In re: | Joint Administration Pending |
| Granite City of Maryland, Inc. | Case No. 19-43760 |
| Debtor. | Chapter 11 Cases |

___

| | |
|---|---|
| In re: | Joint Administration Pending |
| Granite City of Kansas Ltd. | Case No. 19-43759 |
| Debtor. | Chapter 11 Cases |

___

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PAPERS

___

12254783v1

**PLEASE TAKE NOTICE** that, pursuant to 11 U.S.C. § 1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure, John R. McDonald of Briggs and Morgan, P.A., located at the address listed below, hereby requests service of notices and papers on behalf of the Debtors above named.

Pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that an entry be made on the Clerk's Matrix in this case, and that all notices given or required to be given and all papers served or required to be served in this case by the Debtors, the Court or any other party in interest be given to and served upon:

> John R. McDonald
> Briggs and Morgan, P.A.
> 2200 IDS Center
> 80 South Eighth Street
> Minneapolis, MN  55402
> Phone: (612) 977-8400
> Fax:    (612) 977-8650
> jmcdonald@briggs.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone facsimile transmission, telegraph, telex, or otherwise filed or made in this case.

|  |  |
|---|---|
| | **BRIGGS AND MORGAN, P.A.** |
| Dated: December 17, 2019 | /e/ John R. McDonald<br>By: _____<br>James M. Jorissen, #262833<br>John R. McDonald, #168592<br>Karl J. Johnson, #391211<br>2200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: 612-977-8400<br>Facsimile: 612-977-8650<br>jjorissen@briggs.com<br>jmcdonald@briggs.com<br>kjohnson@briggs.com<br><br>**PROPOSED COUNSEL FOR THE DEBTORS** |