**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **In Re:** | ) ) ) | |
| | ) | **CHAPTER 11** |
| **GRANITE CITY FOOD** | ) | |
| **& BREWERY LTD.,** *et al.* | ) ) | |
| | ) | **Case No. 19-43756** |
| | ) ) | |
| **Debtors.** | ) ) | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Ronald M. Tucker, 225 West Washington Street, Indianapolis, Indiana 46204 represents Simon Property Group, Inc., as landlord (Creditor) and party in interest in the above case. The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a). All such notices should be addressed as follows:

Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, Indiana 46204

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

Respectfully submitted

_____/e/Ronald M. Tucker_____
Ronald M. Tucker, Esq., Attorney for
Simon Property Group, Inc. and its related entities
IN 11428-49
(317) 263-2346
(317) 263-7901 (FAX)
E-mail address: rtucker@simon.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this 18th day of December, 2019 via ECF Noticing to the parties of record.

By: _____/e/Ronald M. Tucker_____
Ronald M. Tucker, Esq.

*Debtor 1*
**Granite City Food & Brewery Ltd.**
3600 American Blvd. West #400
Minneapolis, MN 55431
HENNEPIN-MN
Tax ID / EIN: 41-1883639
*dba* **Granite City Food and Brewery**

represented by **Karl J. Johnson**
Briggs & Morgan PA
2200 IDS Center
80 S 8th Street
Minneapolis, MN 55402
612-977-8665
Fax : 612-977-8650
Email: kjohnson@briggs.com

**James M. Jorissen**
Briggs and Morgan, P.A.
80 South Eighth Street
Suite 2200
Minneapolis, MN 55402
612-977-8400
Fax : 612-977-8650
Email: jjorissen@briggs.com

**John R. McDonald**
Briggs and Morgan, P.A.
2200 IDS Center
80 South 8th St
Minneapolis, MN 55402-2157
612-977-8754
Email: jmcdonald@briggs.com

*U.S. Trustee*
**US Trustee**
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415
612-334-1350

represented by **Sarah J Wencil**
US Trustee Office
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-334-1350
Fax : 612-334-4032
Email: Sarah.J.Wencil@usdoj.gov