# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Granite City Food & Brewery Ltd. | Case No. 19-43756 |
| Debtor | |
| In re: Granite City Restaurant Operations, Inc. | Case No. 19-43757 |
| Debtor. | |
| In re: Granite City of Indiana, Inc. | Case No. 19-43758 |
| Debtor. | |
| In tr: Granite City of Maryland, Inc. | Case No. 19-43760 |
| Debtor | |
| In re: Granite City of Kansas Ltd. | Case No. 19-43759 |
| Debtor | |

# NOTICE OF APPEARANCE

Kenneth C. Edstrom hereby gives notice pursuant to Bankruptcy Rule 9010(b) and Local Rule 2002-5 that he is appearing in the above-captioned bankruptcy case as local counsel for JMB Capital Partners Lending LLC, a party in interest in these cases.

Kenneth C. Edstrom requests that he receive all notices and all other papers served or filed in these cases, including, but not limited to all pleadings, motions, applications, and orders. Pursuant to Bankruptcy Rule 2002(g), all notices and papers should be directed to the following:

> Kenneth C. Edstrom
> Sapientia Law Group
> 120 South Sixth Street
> Suite 100
> Minneapolis, MN  55402
> kene@sapentialaw.com

This request for notice is intended, without limitation to constitute such request for service

as is required by Bankruptcy Rule 2002(i) and 3017(a), and a request for court designated service

as set forth in Bankruptcy Rules 3019, 3020(b)(1), 4001(a)(1), 6006(c), 9007, 9013 and 9019.

PLEASE TAKE FURTHER NOTICE that the foregoing constitutes a request for service

of papers only and is not intended to waive any rights of JMB Capital Partners Lending LLC,

including but not limited to: (1) the right to contest the personal jurisdiction of the bankruptcy

court, (2) the right to trial by jury, or (3) any other rights, claims, actions, defenses, setoffs, or

recoupments to which JMB Capital Partners Lending LLC may be entitled in law or in equity, all

of which are hereby expressly reserved.


Dated: December 18, 2019                    **SAPIENTIA LAW GROUP PLLC**


                                            */e Kenneth C. Edstrom* _____
                                             Kenneth C. Edstrom (#148696)
                                             120 South 6th Street, Suite 100
                                             Minneapolis, MN  55402
                                             Telephone: (612) 756-7108
                                             Fax: (612) 756-7101
                                             kene@sapientialaw.com

                                             ***Local Counsel for JMB Capital Partners Lending LLC***