# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| **In re:** | Chapter 11 |
| **Granite City Food & Brewery Ltd.,** | Case Nos.: 19-43756 |
| **Granite City Restaurant Operations, Inc.,** | 19-43757 |
| **Granite City of Indiana, Inc.,** | 19-43758 |
| **Granite City of Maryland, Inc.,** | 19-43760 |
| **Granite City of Kansas Ltd.,** | 19-43759 |
| | **Joint Administration Pending** |
| **Debtors.** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned Charles E. Nelson, Esq., of Ballard Spahr LLP, is appearing in the above captioned cases on behalf of STORE Capital Corporation and STORE Master Funding I, LLC.

Pursuant to Fed. R. Bankr. P. 2002(g), all notices and papers served or filed in this case, including all pleadings, motions, applications, orders financial and other documents should be served upon:

>Charles E. Nelson, Esq.
>Ballard Spahr LLP
>80 South Eighth Street, Suite 2000
>Minneapolis, MN 55402
>Telephone: (612) 371-2438
>Facsimile: (612) 371-3207
>E-mail: nelsonc@ballardspahr.com

This request for notice is intended, without limitation, to constitute such request for service as is required by Bankruptcy Rules 2002 and 3017, and a request for court

designated service as set forth in Bankruptcy Rules 3019, 3020(b)(1), 4001(a)(1), 6006(c), 9007, 9013 and 9019 and to receive CM/ECF notification in the case.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) any party's right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) any party's right to trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto; (iii) any party's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which any party is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

The foregoing simply constitutes demand and request for notice and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to trial by jury

Dated this 19th day of December, 2019.

        BALLARD SPAHR LLP

        */s/ Charles E. Nelson*
        Charles E. Nelson
        nelsonc@ballardspahr.com
        2000 IDS Center
        80 South 8th Street
        Minneapolis, MN 55402-2119
        Telephone: 612.371.3211
        Facsimile: 612.371.3207

        *Counsel for STORE Capital Corporation and STORE Master Funding I, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on December 19, 2019 by this Court's CM/ECF System on all parties receiving electronic notice in the case.

/s/ Charles E. Nelson