# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Jointly Administered under 19-43756 (WJF) |
| Granite City Food & Brewery Ltd., | 19-43756 |
| Granite City Restaurant Operations, Inc. | 19-43757 |
| Granite City of Indiana, Inc. | 19-43758 |
| Granite City of Kansas, Ltd | 19-43759 |
| Granite City of Maryland, Inc. | 19-43760 |
| Debtors. | Chapter 11 Cases |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure, Andrew R. Shedlock and Michael E. Brown with the firm of Kutak Rock LLP, hereby enter their appearance in the above-captioned case on behalf of Westrim Properties LLC.

Pursuant to the Fed. R. Bankr. P. 2002(g), all notices and papers served or filed in this case, including all pleadings, motions, applications, orders, financial and other documents which are required or requested to be served upon Westrim Properties LLC, should be served on the undersigned counsel.

This request for notice is intended, without limitation, to constitute such request for service as is required by Bankruptcy Rules 2002 and 3017, and a request for court-designated service as set forth in Bankruptcy Rules 3019, 3020(b)(1), 4001(a), 6006(c), 9007, 9013and 9019 to receive CM/ECF notification in the case.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) any party's right to have final orders in non-core matters entered only after

de novo review by a district court judge; (ii) any party's right to trial by jury in any proceeding herein, or in any case, controversy or proceeding related hereto; (iii) any party's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which any party is or bay be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

The foregoing simply constitutes demand and request for notice and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to trial by jury.

Dated this 26th day of December, 2019.

Respectfully submitted,

/s/ Andrew R. Shedlock
Andrew R. Shedlock  MN #395655
KUTAK ROCK LLP
60 South Sixth Street, Suite 3400
Minneapolis, MN 55402
P: 612-334-5000; Fax: 612-334-5050
andrew.shedlock@kutakrock.com

and

Michael E. Brown     KS #20071
KUTAK ROCK LLP
2300 Main Street, Suite 800
Kansas City, MO 64108
P: 816-960-0090; Fax: 816-960-0041
michael.brown@kutakrock.com
COUNSEL FOR WESTRIM
PROPERTIES, LLC

## CERTIFICATE OF SERVICE

      Pursuant to the Federal Rules of Bankruptcy Procedure I hereby certify that on this December 26, 2019, a true and correct copy of the foregoing *Notice of Appearance and Request for Notice* was filed with the Court using the CM/ECF System, which sent notification to all parties of interest participating in the CM/ECF system.

                                                 */s/ Andrew R. Shedlock*
                                                 Counsel for Westrim Properties, LLC