# AMENDED EXHIBIT A
# TO NOTICE OF HEARING AND MOTION FOR AN ORDER (I) GRANTING EXPEDITED HEARING; AND (II) ESTABLISHING PROCEDURES REGARDING ADEQUATE ASSURANCE OF FUTURE PERFORMANCE FOR UTILITIES
# DOCKET NO. 75

| Description |
| --- |
| **ALL CITY ENVIRONMENTAL Total** |
| **ALLIANCE REFRIGERATION CO INC Total** |
| **ALLIANCE REFRIGERATION CO INC ADJUSTMENT Total** |
| **ALLIANT ENERGY  IOWA Total** |
| **AMEREN ILLINOIS Total** |
| **AMEREN MISSOURI Total** |
| **ARKADIN INC Total** |
| **ARKADIN INC ADJUSTMENT Total** |
| **AT AND T Total** |
| **AT&T Total** |
| **AT&T ADJUSTMENT Total** |
| **AT&T MOBILITY  CORP (3057) Total** |
| **AT&T VOID Total** |
| **ATMOS ENERGY Total** |
| **BLACK HILLS ENERGY Total** |
| **CASS CO ELECTRIC COOP Total** |
| **CEDAR RAPIDS WATER DEPT Total** |
| **CENTERPOINT ENERGY Total** |
| **CENTURYLINK Total** |
| **CITIZENS ENERGY GROUP Total** |
| **CITY OF DAVENPORT Total** |
| **CITY OF EAGAN Total** |
| **CITY OF ELLSWORTH Total** |
| **CITY OF FARGO UTILITIES Total** |
| **CITY OF MAPLE GROVE  UTILITIES Total** |
| **CITY OF NAPERVILLE Total** |
| **CITY OF OLATHE  WATER Total** |
| **CITY OF ST CLOUD  UTILITIES Total** |
| **CITY OF ST CLOUD  UTILITIES ADJUSTMENT Total** |
| **CITY OF TROY Total** |
| **CITY UTILITIES  FORT WAYNE Total** |
| **CLAY TOWNSHIP REGIONAL Total** |
| **CLIVE WATER DEPT Total** |
| **COLUMBIA GAS OF OHIO Total** |
| **COMCAST Total** |
| **COMCAST  CORPORATE Total** |
| **COMCAST CABLE Total** |
| **COMCAST CABLE ADJUSTMENT Total** |
| **COMCAST CORPORATION Total** |
| **COMCAST HOLDINGS CORPORATION Total** |
| **COMCAST HOLDINGS CORPORATION ADJUSTMENT Total** |
| **COMED Total** |
| **COMPLETE SOLUTIONS AND SOURCING INC Total** |
| **CONSTELLATION NEWENERGY INC Total** |
| **CONSUMERS ENERGY Total** |
| **Culligan Water Total** |

**CULLIGAN WATER COND Total**
**Culligan Water Cond - SF Total**
**CULLIGAN WATER COND ADJUSTMENT Total**
**CVB INC Total**
**DAKOTA ELECTRIC Total**
**DEPARTMENT OF PUBLIC UTILITIES Total**
**DISCOUNT WASTE AND Total**
**DISCOUNT WASTE AND 10/31/2019 Total**
**DISCOUNT WASTE AND 8/31/2019 Total**
**DISCOUNT WASTE AND 9/30/2019 Total**
**DISCOUNT WASTE AND ADJUSTMENT Total**
**DOMINION EAST OHIO Total**
**DOVER GREASE TRAPS Total**
**DTE ENERGY Total**
**EAST PEORIA WATER AND SEWER DEPT Total**
**ELLSWORTH COOP TELEPHONE ASSN Total**
**ENVIROMATIC CORP OF AMERICA Total**
**FLORIDA CITY GAS Total**
**FLORIDA POWER AND LIGHT Total**
**FRANKLIN WATER& WASTEWATER Total**
**FRONTIER Total**
**GREAT LAKES WATER AUTHORITY Total**
**HAUSERS WATER SYSTEMS INC Total**
**ILLINOIS POWER MARKETING VOID Total**
**INDIANA MICHIGAN POWER Total**
**INDIANAPOLIS POWER AND LIGHT Total**
**INFINITE ENERGY INC Total**
**IOWA AMERICAN WATER Total**
**KANSAS CITY BOARD Total**
**KANSAS CITY POWER& LIGHT Total**
**KCMO WATER SVCS DEPARTMENT Total**
**KIRBY WATER CONDITIONING Total**
**KIRBY WATER CONDITIONING VOID Total**
**KOTHRADE SEWER WATER AND Total**
**LINCOLN ELECTRIC SYSTEM Total**
**MALLORY VALLEY UTILITY DISCT Total**
**METROPOLITAN ST LOUIS Total**
**METROPOLITAN UTILITIES DISCT Total**
**MIAMIDADE WATER& SEWER DEPT Total**
**MIDAMERICAN ENERGY Total**
**MIDDLE TENNESSEE ELECTRIC Total**
**MINNESOTA ENERGY RESOURCES Total**
**MISHAWAKA UTILITIES Total**
**MISSOURI AMERICAN WATER Total**
**NICOR GAS Total**
**NIPSCO  FW Total**
**NORTHVILLE TOWNSHIP Total**

**OPPD  OMAHA Total**

**PEOPLES Total**

**PEPCO Total**

**PRAXAIR DISTRIBUTION INC Total**

**PRECISION WASTE SOLUTIONS LLC Total**

**ROCK RIVER WATER Total**

**SIOUX FALLS UTILITIES Total**

**SPIRE MISSOURI INC Total**

**TDS TELECOM Total**

**THE ILLUMINATING CO Total**

**THE TRASH MAN Total**

**TOLEDO EDISON  MAUMEE Total**

**UGI ENTERPRISES INC Total**

**VECTREN ENERGY DELIVERY Total**

**VERIZON Total**

**VERIZON WIRELESS Total**

**VERIZON WIRELESS ADJUSTMENT Total**

**VILLAGE OF CHERRY VALLEY Total**

**VILLAGE OF NORTHBROOK Total**

**VILLAGE OF ORLAND PARK  WATER Total**

**VILLAGE OF SCHAUMBURG Total**

**WASHINGTON GAS Total**

**WASTE MANAGEMENT NATIONAL Total**

**WASTE MANAGEMENT NATIONAL SERVICES INC Total**

**WINDSTREAM Total**

**WRIGHTHENNEPIN ELECTRIC Total**

**XCEL ENERGY Total**

:33:31 PM
**As Of: 12/30/2019**
ID& BREWERY LTD | Aged By:  Invoice Date

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 01061 | CITY OF DAVENPORT | UT | CHECK | 255754113019 | click | 11/30/2019 | Net 1 | 12/1/2019 | 101.86 | 0.00 | 101.86 | 0.00 | 0.00 | 0.00 |
| 74 | 01061 | CITY OF DAVENPORT | UT | CHECK | 63901112119 | click | 11/21/2019 | Net 1 | 11/22/2019 | 971.87 | 0.00 | 0.00 | 971.87 | 0.00 | 0.00 |
|  |  |  |  |  |  |  |  |  | **Vendor Totals** | **1,073.73** | **0.00** | **101.86** | **971.87** | **0.00** | **0.00** |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 01093 | VERIZON WIRELESS | UT | CHECK | 300004032518 | click | 3/25/2018 | Net 1 | 3/26/2018 | (50.12) | 0.00 | 0.00 | 0.00 | 0.00 | (50.12) |
|  |  |  |  |  |  |  |  |  | **Vendor Totals** | **(50.12)** | **0.00** | **0.00** | **0.00** | **0.00** | **(50.12)** |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 01177 | CLIVE WATER DEPT | UT | CHECK | 390100121619 | click | 12/16/2019 | Net 1 | 12/17/2019 | 3,018.94 | 0.00 | 3,018.94 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |  |  |  | **Vendor Totals** | **3,018.94** | **0.00** | **3,018.94** | **0.00** | **0.00** | **0.00** |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 01267 | CEDAR RAPIDS WATER DEPT | UT | CHECK | 260704120519 | click | 12/5/2019 | Net 1 | 12/6/2019 | 1,236.17 | 0.00 | 1,236.17 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |  |  |  | **Vendor Totals** | **1,236.17** | **0.00** | **1,236.17** | **0.00** | **0.00** | **0.00** |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 01297 | CITY OF ST CLOUD  UTILITIES | UT | CHECK | 014606110419 | click | 11/4/2019 | Net 1 | 11/5/2019 | 2,763.18 | 0.00 | 0.00 | 2,763.18 | 0.00 | 0.00 |
|  |  |  |  |  |  |  |  |  | **Vendor Totals** | **2,763.18** | **0.00** | **0.00** | **2,763.18** | **0.00** | **0.00** |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 01387 | IOWA AMERICAN WATER | UT | CHECK | 368452010220 | click | 1/2/2020 | Net 1 | 1/3/2020 | 65.40 | 65.40 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |  |  |  | **Vendor Totals** | **65.40** | **65.40** | **0.00** | **0.00** | **0.00** | **0.00** |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 03000 | XCEL ENERGY | UT | CHECK | 528615120219 | click | 12/2/2019 | Net 1 | 12/3/2019 | 3,410.63 | 0.00 | 3,410.63 | 0.00 | 0.00 | 0.00 |
| 74 | 03000 | XCEL ENERGY | UT | CHECK | 558363112819 | click | 11/28/2019 | Net 1 | 11/29/2019 | 3,920.35 | 0.00 | 0.00 | 3,920.35 | 0.00 | 0.00 |
| 74 | 03000 | XCEL ENERGY | UT | CHECK | 629151120219 | click | 12/2/2019 | Net 1 | 12/3/2019 | 1,988.47 | 0.00 | 1,988.47 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |  |  |  | **Vendor Totals** | **9,319.45** | **0.00** | **5,399.10** | **3,920.35** | **0.00** | **0.00** |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 03235 | WINDSTREAM | UT | CHECK | 227254121819 | click | 12/18/2019 | Net 1 | 12/19/2019 | 4,957.56 | 0.00 | 4,957.56 | 0.00 | 0.00 | 0.00 |
| 74 | 03235 | WINDSTREAM | UT | CHECK | 716823120619 | click | 12/6/2019 | Net 1 | 12/7/2019 | 685.89 | 0.00 | 685.89 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |  |  |  | **Vendor Totals** | **5,643.45** | **0.00** | **5,643.45** | **0.00** | **0.00** | **0.00** |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 03282 | BLACK HILLS ENERGY | UT | CHECK | 817819120519 | click | 12/5/2019 | Net 1 | 12/6/2019 | 2,145.50 | 0.00 | 2,145.50 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |  |  |  | **Vendor Totals** | **2,145.50** | **0.00** | **2,145.50** | **0.00** | **0.00** | **0.00** |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 03379 | CENTURYLINK | UT | CHECK | 036567121319 | click | 12/13/2019 | Net 1 | 12/14/2019 | 8.66 | 0.00 | 8.66 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |  |  |  | **Vendor Totals** | **8.66** | **0.00** | **8.66** | **0.00** | **0.00** | **0.00** |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 03385 | WRIGHTHENNEPIN ELECTRIC | UT | CHECK | 905601120119 | click | 12/1/2019 | Net 1 | 12/2/2019 | 5,078.00 | 0.00 | 5,078.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |  |  |  | **Vendor Totals** | **5,078.00** | **0.00** | **5,078.00** | **0.00** | **0.00** | **0.00** |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 03420 | CENTERPOINT ENERGY | UT | CHECK | 169285112919 | click | 11/29/2019 | Net 1 | 11/30/2019 | 3,760.65 | 0.00 | 0.00 | 3,760.65 | 0.00 | 0.00 |
|  |  |  |  |  |  |  |  |  | **Vendor Totals** | **3,760.65** | **0.00** | **0.00** | **3,760.65** | **0.00** | **0.00** |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 03843 | DAKOTA ELECTRIC | UT | CHECK | 853975112219 | click | 11/22/2019 | Net 1 | 11/23/2019 | 3,905.85 | 0.00 | 0.00 | 3,905.85 | 0.00 | 0.00 |
|  |  |  |  |  |  |  |  |  | **Vendor Totals** | **3,905.85** | **0.00** | **0.00** | **3,905.85** | **0.00** | **0.00** |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 04136 | AT AND T | UT | CHECK | 692896121119 | click | 12/11/2019 | Net 1 | 12/12/2019 | 86.44 | 0.00 | 86.44 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |  |  |  | **Vendor Totals** | **86.44** | **0.00** | **86.44** | **0.00** | **0.00** | **0.00** |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 04190 | KANSAS CITY POWER& LIGHT | UT | CHECK | 644437121519 | click | 12/15/2019 | Net 1 | 12/16/2019 | 3,815.29 | 0.00 | 3,815.29 | 0.00 | 0.00 | 0.00 |
| 74 | 04190 | KANSAS CITY POWER& LIGHT | UT | CHECK | 881029121119 | click | 12/11/2019 | Net 1 | 12/12/2019 | 5,043.61 | 0.00 | 5,043.61 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |  |  |  | **Vendor Totals** | **8,858.90** | **0.00** | **8,858.90** | **0.00** | **0.00** | **0.00** |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 04246 | ATMOS ENERGY | UT | CHECK | 478642120519 | click | 12/5/2019 | Net 1 | 12/6/2019 | 2,340.18 | 0.00 | 2,340.18 | 0.00 | 0.00 | 0.00 |
| 74 | 04246 | ATMOS ENERGY | UT | CHECK | 764230120519 | click | 12/5/2019 | Net 1 | 12/6/2019 | 857.41 | 0.00 | 857.41 | 0.00 | 0.00 | 0.00 |
| 74 | 04246 | ATMOS ENERGY | UT | CHECK | 764472120519 | click | 12/5/2019 | Net 1 | 12/6/2019 | 2,379.77 | 0.00 | 2,379.77 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |  |  |  | **Vendor Totals** | **5,577.36** | **0.00** | **5,577.36** | **0.00** | **0.00** | **0.00** |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 04306 | KANSAS CITY BOARD | UT | CHECK | 157589120619 | click | 12/6/2019 | Net 1 | 12/7/2019 | 8,066.28 | 0.00 | 8,066.28 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |  |  |  | **Vendor Totals** | **8,066.28** | **0.00** | **8,066.28** | **0.00** | **0.00** | **0.00** |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 04310 | KCMO WATER SVCS DEPARTMENT | UT | CHECK | 163274120119 | click | 12/1/2019 | Net 15 | 12/16/2019 | 3,421.55 | 0.00 | 3,421.55 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |  |  |  | **Vendor Totals** | **3,421.55** | **0.00** | **3,421.55** | **0.00** | **0.00** | **0.00** |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 04756 | COMCAST CORPORATE | UT | CHECK | 579195042218 | click | 4/22/2018 | Net 1 | 4/23/2018 | (2.95) | 0.00 | 0.00 | 0.00 | 0.00 | (2.95) |
| 74 | 04756 | COMCAST  CORPORATE | UT | CHECK | 675892081119 | click | 9/14/2019 | Net 1 | 9/15/2019 | (96.90) | 0.00 | 0.00 | 0.00 | 0.00 | (96.90) |
|  |  |  |  |  |  |  |  |  | **Vendor Totals** | **(99.85)** | **0.00** | **0.00** | **0.00** | **0.00** | **(99.85)** |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 04814 | OPPD  OMAHA | UT | CHECK | 768669120919 | click | 12/9/2019 | Net 1 | 12/10/2019 | 3,914.27 | 0.00 | 3,914.27 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |  |  |  | **Vendor Totals** | **3,914.27** | **0.00** | **3,914.27** | **0.00** | **0.00** | **0.00** |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 04824 | TDS TELECOM | UT | CHECK | 039002011220 | click | 1/12/2020 | Net 1 | 1/13/2020 | 479.60 | 479.60 | 0.00 | 0.00 | 0.00 | 0.00 |
| 74 | 04824 | TDS TELECOM | UT | CHECK | 039002121219 | click | 12/12/2019 | Net 1 | 12/13/2019 | 472.31 | 0.00 | 472.31 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |  |  |  | **Vendor Totals** | **951.91** | **479.60** | **472.31** | **0.00** | **0.00** | **0.00** |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 05740 | MIDAMERICAN ENERGY | UT | CHECK | 068022112719 | click | 11/27/2019 | Net 1 | 11/28/2019 | 4,535.47 | 0.00 | 0.00 | 4,535.47 | 0.00 | 0.00 |
| 74 | 05740 | MIDAMERICAN ENERGY | UT | CHECK | 081058121619 | click | 12/16/2019 | Net 1 | 12/17/2019 | 1,106.56 | 0.00 | 1,106.56 | 0.00 | 0.00 | 0.00 |
| 74 | 05740 | MIDAMERICAN ENERGY | UT | CHECK | 126001120419 | click | 12/4/2019 | Net 1 | 12/5/2019 | 1,874.47 | 0.00 | 1,874.47 | 0.00 | 0.00 | 0.00 |
| 74 | 05740 | MIDAMERICAN ENERGY | UT | CHECK | 154020121319 | click | 12/13/2019 | Net 1 | 12/14/2019 | 6,482.76 | 0.00 | 6,482.76 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |  |  |  | **Vendor Totals** | **13,999.26** | **0.00** | **9,463.79** | **4,535.47** | **0.00** | **0.00** |

Copyright InfoSync Services and RightViewWeb.com

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 05831 | SIOUX FALLS UTILITIES | UT | CHECK | 180337120619 | click | 12/6/2019 | Net 1 | 12/7/2019 | 3,414.34 | 0.00 | 3,414.34 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 3,414.34 | 0.00 | 3,414.34 | 0.00 | 0.00 | 0.00 |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 06295 | CASS CO ELECTRIC COOP | UT | CHECK | 015896113019 | click | 11/30/2019 | Net 1 | 12/1/2019 | 5,892.00 | 0.00 | 5,892.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 5,892.00 | 0.00 | 5,892.00 | 0.00 | 0.00 | 0.00 |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 06305 | CITY OF FARGO UTILITIES | UT | CHECK | 087519112619 | click | 11/26/2019 | Net 1 | 11/27/2019 | 1,362.12 | 0.00 | 0.00 | 1,362.12 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 1,362.12 | 0.00 | 0.00 | 1,362.12 | 0.00 | 0.00 |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 07090 | VILLAGE OF CHERRY VALLEY | UT | CHECK | 395000120319 | click | 12/3/2019 | Net 1 | 12/4/2019 | 612.10 | 0.00 | 612.10 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 612.10 | 0.00 | 612.10 | 0.00 | 0.00 | 0.00 |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 07393 | COMED | UT | CHECK | 042058121619 | click | 12/16/2019 | Net 1 | 12/17/2019 | 3,979.76 | 0.00 | 3,979.76 | 0.00 | 0.00 | 0.00 |
| 74 | 07393 | COMED | UT | CHECK | 105083121619 | click | 12/16/2019 | Net 1 | 12/17/2019 | 1,245.52 | 0.00 | 1,245.52 | 0.00 | 0.00 | 0.00 |
| 74 | 07393 | COMED | UT | CHECK | 837013121819 | click | 12/18/2019 | Net 1 | 12/19/2019 | 5,357.25 | 0.00 | 5,357.25 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 10,582.53 | 0.00 | 10,582.53 | 0.00 | 0.00 | 0.00 |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 07564 | INDIANA MICHIGAN POWER | UT | CHECK | 203813120619 | click | 12/6/2019 | Net 1 | 12/7/2019 | 4,093.00 | 0.00 | 4,093.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 4,093.00 | 0.00 | 4,093.00 | 0.00 | 0.00 | 0.00 |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 07610 | AT&T | UT | CHECK | 014608120419 | click | 12/4/2019 | Net 1 | 12/5/2019 | 326.73 | 0.00 | 326.73 | 0.00 | 0.00 | 0.00 |
| 74 | 07610 | AT&T | UT | CHECK | 215466120419 | click | 12/4/2019 | Net 1 | 12/5/2019 | 236.22 | 0.00 | 236.22 | 0.00 | 0.00 | 0.00 |
| 74 | 07610 | AT&T | UT | CHECK | 258071121019 | click | 12/10/2019 | Net 1 | 12/11/2019 | 27.38 | 0.00 | 27.38 | 0.00 | 0.00 | 0.00 |
| 74 | 07610 | AT&T | UT | CHECK | 680396111919 | click | 11/19/2019 | Net 1 | 11/20/2019 | (239.78) | 0.00 | 0.00 | (239.78) | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 350.55 | 0.00 | 590.33 | (239.78) | 0.00 | 0.00 |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 07704 | AT&T MOBILITY CORP (3057) | UT | CHECK | 610518121519A | click | 12/15/2019 | Net 1 | 12/16/2019 | 171.63 | 0.00 | 171.63 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 171.63 | 0.00 | 171.63 | 0.00 | 0.00 | 0.00 |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 07813 | CITY UTILITIES  FORT WAYNE | UT | CHECK | 040866041919 | click | 4/19/2019 | Net 1 | 4/20/2019 | (71.12) | 0.00 | 0.00 | 0.00 | 0.00 | (71.12) |
| 74 | 07813 | CITY UTILITIES  FORT WAYNE | UT | CHECK | 040866112019 | click | 11/20/2019 | Net 1 | 11/21/2019 | 1,999.47 | 0.00 | 0.00 | 1,999.47 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 1,928.35 | 0.00 | 0.00 | 1,999.47 | 0.00 | (71.12) |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 07971 | AMEREN MISSOURI | UT | CHECK | 604154121019 | click | 12/10/2019 | Net 1 | 12/11/2019 | 3,775.52 | 0.00 | 3,775.52 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 3,775.52 | 0.00 | 3,775.52 | 0.00 | 0.00 | 0.00 |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 07985 | TOLEDO EDISON  MAUMEE | UT | CHECK | 554376120619 | click | 12/6/2019 | Net 1 | 12/7/2019 | 4,035.35 | 0.00 | 4,035.35 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 4,035.35 | 0.00 | 4,035.35 | 0.00 | 0.00 | 0.00 |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 08052 | NIPSCO  FW | UT | CHECK | 560047120319 | click | 12/3/2019 | Net 1 | 12/4/2019 | 1,547.23 | 0.00 | 1,547.23 | 0.00 | 0.00 | 0.00 |
| 74 | 08052 | NIPSCO  FW | UT | CHECK | 740091121119 | click | 12/11/2019 | Net 1 | 12/12/2019 | 940.70 | 0.00 | 940.70 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 2,487.93 | 0.00 | 2,487.93 | 0.00 | 0.00 | 0.00 |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 08060 | COLUMBIA GAS OF OHIO | UT | CHECK | 010000120619 | click | 12/6/2019 | Net 1 | 12/7/2019 | 2,452.82 | 0.00 | 2,452.82 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 2,452.82 | 0.00 | 2,452.82 | 0.00 | 0.00 | 0.00 |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 08306 | DEPARTMENT OF PUBLIC UTILITIES | UT | CHECK | 749504121419 | click | 12/14/2019 | Net 1 | 12/15/2019 | 3,849.19 | 0.00 | 3,849.19 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 3,849.19 | 0.00 | 3,849.19 | 0.00 | 0.00 | 0.00 |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 08474 | MISHAWAKA UTILITIES | UT | CHECK | 039446111219 | click | 11/12/2019 | Net 1 | 11/13/2019 | 3,991.86 | 0.00 | 0.00 | 3,991.86 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 3,991.86 | 0.00 | 0.00 | 3,991.86 | 0.00 | 0.00 |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 08736 | CARMEL UTILITIES | UT | CHECK | 510200120419 | click | 12/4/2019 | Net 1 | 12/5/2019 | 230.02 | 0.00 | 230.02 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 230.02 | 0.00 | 230.02 | 0.00 | 0.00 | 0.00 |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 08791 | INDIANAPOLIS POWER AND LIGHT | UT | CHECK | 413282112719 | click | 11/27/2019 | Net 1 | 11/28/2019 | 2,710.57 | 0.00 | 0.00 | 2,710.57 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 2,710.57 | 0.00 | 0.00 | 2,710.57 | 0.00 | 0.00 |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 09556 | CENTURYLINK | UT | CHECK | 777424080619 | click | 8/6/2019 | Net 1 | 8/7/2019 | (362.92) | 0.00 | 0.00 | 0.00 | 0.00 | (362.92) |
| | | | | | | | | | Vendor Totals | (362.92) | 0.00 | 0.00 | 0.00 | 0.00 | (362.92) |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 09569 | CENTURYLINK | UT | CHECK | 266328121019 | click | 12/10/2019 | Net 1 | 12/11/2019 | 126.68 | 0.00 | 126.68 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 126.68 | 0.00 | 126.68 | 0.00 | 0.00 | 0.00 |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 10793 | VECTREN ENERGY DELIVERY | UT | CHECK | 944222120419 | click | 12/4/2019 | Net 1 | 12/5/2019 | 808.86 | 0.00 | 808.86 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 808.86 | 0.00 | 808.86 | 0.00 | 0.00 | 0.00 |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 11072 | FLORIDA CITY GAS | UT | CHECK | 877160120719 | click | 12/7/2019 | Net 1 | 12/8/2019 | 824.39 | 0.00 | 824.39 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 824.39 | 0.00 | 824.39 | 0.00 | 0.00 | 0.00 |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 11123 | FLORIDA POWER AND LIGHT | UT | CHECK | 911013120419 | click | 12/4/2019 | Net 1 | 12/5/2019 | 5,195.98 | 0.00 | 5,195.98 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 5,195.98 | 0.00 | 5,195.98 | 0.00 | 0.00 | 0.00 |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 11133 | AT&T | UT | CHECK | 020478121019 | click | 12/10/2019 | Net 1 | 12/11/2019 | 93.65 | 0.00 | 93.65 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 93.65 | 0.00 | 93.65 | 0.00 | 0.00 | 0.00 |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 11303 | MIAMIDADE WATER& SEWER DEPT | UT | CHECK | 439946121119 | click | 12/11/2019 | Net 1 | 12/12/2019 | 2,376.09 | 0.00 | 2,376.09 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 2,376.09 | 0.00 | 2,376.09 | 0.00 | 0.00 | 0.00 |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 11519 | DTE ENERGY | UT | CHECK | 710246121619 | click | 12/16/2019 | Net 1 | 12/17/2019 | 6,644.83 | 0.00 | 6,644.83 | 0.00 | 0.00 | 0.00 |

| Co | Vendor | Vendor Name | Vendor Group | Pay Type | Invoice # | Image | Invoice Date | Terms | Invoice Due Date | Total | Current | < 30 | < 60 | < 90 | Over Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Vendor Totals | 6,644.83 | 0.00 | 6,644.83 | 0.00 | 0.00 | 0.00 |
| 74 | 11884 | MALLORY VALLEY UTILITY DISCT | UT | CHECK | 000098120219 | click | 12/2/2019 | Net 1 | 12/3/2019 | 992.90 | 0.00 | 992.90 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 992.90 | 0.00 | 992.90 | 0.00 | 0.00 | 0.00 |
| 74 | 12203 | ROCK RIVER WATER | UT | CHECK | 03950V100219 | click | 10/2/2019 | Net 1 | 10/3/2019 | 6,124.54 | 0.00 | 0.00 | 0.00 | 6,124.54 | 0.00 |
| | | | | | | | | | Vendor Totals | 6,124.54 | 0.00 | 0.00 | 0.00 | 6,124.54 | 0.00 |
| 74 | 12258 | MIDDLE TENNESSEE ELECTRIC | UT | CHECK | 746491121719 | click | 12/17/2019 | Net 1 | 12/18/2019 | 4,266.64 | 0.00 | 4,266.64 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 4,266.64 | 0.00 | 4,266.64 | 0.00 | 0.00 | 0.00 |
| 74 | 12887 | CITY OF NAPERVILLE | UT | CHECK | 143252112519 | click | 11/25/2019 | Net 1 | 11/26/2019 | 7,529.57 | 0.00 | 0.00 | 7,529.57 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 7,529.57 | 0.00 | 0.00 | 7,529.57 | 0.00 | 0.00 |
| 74 | 13231 | DOVER GREASE TRAPS | VE | CHECK | 2752487 | click | 11/20/2019 | Net 30 | 12/20/2019 | 250.00 | 0.00 | 0.00 | 250.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 250.00 | 0.00 | 0.00 | 250.00 | 0.00 | 0.00 |
| 74 | 13626 | AT&T | UT | CHECK | 548911112719 | click | 11/27/2019 | Net 1 | 11/28/2019 | 72.82 | 0.00 | 0.00 | 72.82 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 72.82 | 0.00 | 0.00 | 72.82 | 0.00 | 0.00 |
| 74 | 13707 | NICOR GAS | UT | CHECK | 184251120719 | click | 12/7/2019 | Net 1 | 12/8/2019 | 2,023.59 | 0.00 | 2,023.59 | 0.00 | 0.00 | 0.00 |
| 74 | 13707 | NICOR GAS | UT | CHECK | 294382121319 | click | 12/13/2019 | Net 1 | 12/14/2019 | 2,671.27 | 0.00 | 2,671.27 | 0.00 | 0.00 | 0.00 |
| 74 | 13707 | NICOR GAS | UT | CHECK | 566204121019 | click | 12/10/2019 | Net 1 | 12/11/2019 | 2,095.94 | 0.00 | 2,095.94 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 6,790.80 | 0.00 | 6,790.80 | 0.00 | 0.00 | 0.00 |
| 74 | 13971 | CONSUMERS ENERGY | UT | CHECK | 191197121019 | click | 12/10/2019 | Net 1 | 12/11/2019 | 5,762.26 | 0.00 | 5,762.26 | 0.00 | 0.00 | 0.00 |
| 74 | 13971 | CONSUMERS ENERGY | UT | CHECK | 820304121219 | click | 12/12/2019 | Net 1 | 12/13/2019 | 3,585.87 | 0.00 | 3,585.87 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 9,348.13 | 0.00 | 9,348.13 | 0.00 | 0.00 | 0.00 |
| 74 | 14438 | NORTHVILLE TOWNSHIP | UT | CHECK | BLOC00111819 | click | 11/18/2019 | Net 1 | 11/19/2019 | 4,818.78 | 0.00 | 0.00 | 4,818.78 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 4,818.78 | 0.00 | 0.00 | 4,818.78 | 0.00 | 0.00 |
| 74 | 14495 | PEOPLES | UT | CHECK | 630481121319 | click | 12/13/2019 | Net 1 | 12/14/2019 | 2,130.66 | 0.00 | 2,130.66 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 2,130.66 | 0.00 | 2,130.66 | 0.00 | 0.00 | 0.00 |
| 74 | 15091 | LINCOLN ELECTRIC SYSTEM | UT | CHECK | 245051113019 | click | 11/30/2019 | Net 1 | 12/1/2019 | 3,462.94 | 0.00 | 3,462.94 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 3,462.94 | 0.00 | 3,462.94 | 0.00 | 0.00 | 0.00 |
| 74 | 15230 | AGEMENT NATIONAL SERVICES INC | UT | CHECK | 1001193383 | click | 11/18/2019 | Net 1 | 11/19/2019 | 24,355.26 | 0.00 | 0.00 | 24,355.26 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 24,355.26 | 0.00 | 0.00 | 24,355.26 | 0.00 | 0.00 |
| 74 | 15247 | MINNESOTA ENERGY RESOURCES | UT | CHECK | 600001121719 | click | 12/17/2019 | Net 1 | 12/18/2019 | 2,967.65 | 0.00 | 2,967.65 | 0.00 | 0.00 | 0.00 |
| | | | | | | Pay Type+E333 | | | Vendor Totals | 2,967.65 | 0.00 | 2,967.65 | 0.00 | 0.00 | 0.00 |
| 74 | 16018 | CITY OF TROY | | CHECK | 201800000031 | click | 1/5/2018 | Net 1 | 1/6/2018 | 13,478.19 | 0.00 | 0.00 | 0.00 | 0.00 | 13,478.19 |
| | | | | | | | | | Vendor Totals | 13,478.19 | 0.00 | 0.00 | 0.00 | 0.00 | 13,478.19 |
| 74 | 16517 | VERIZON | | CHECK | 000121120919 | click | 12/9/2019 | Net 1 | 12/10/2019 | 80.23 | 0.00 | 80.23 | 0.00 | 0.00 | 0.00 |
| 74 | 16517 | VERIZON | | CHECK | 000168121219 | click | 12/12/2019 | Net 1 | 12/13/2019 | 47.78 | 0.00 | 47.78 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 128.01 | 0.00 | 128.01 | 0.00 | 0.00 | 0.00 |
| 74 | 16770 | COMMUINCATIONS HOLDINGS LLC | UT | CHECK | 15850 120519 | click | 12/5/2019 | Net 1 | 12/6/2019 | 89.99 | 0.00 | 89.99 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 89.99 | 0.00 | 89.99 | 0.00 | 0.00 | 0.00 |
| 74 | 16783 | INFINITE ENERGY INC | UT | CHECK | 062282113019 | click | 11/30/2019 | Net 1 | 12/1/2019 | 593.04 | 0.00 | 593.04 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 593.04 | 0.00 | 593.04 | 0.00 | 0.00 | 0.00 |
| 74 | 17029 | SPIRE MISSOURI INC | UT | CHECK | 441111121119 | click | 12/11/2019 | Net 1 | 12/12/2019 | 2,582.44 | 0.00 | 2,582.44 | 0.00 | 0.00 | 0.00 |
| 74 | 17029 | SPIRE MISSOURI INC | UT | CHECK | 560000121219 | click | 12/12/2019 | Net 1 | 12/13/2019 | 3,077.27 | 0.00 | 3,077.27 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 5,659.71 | 0.00 | 5,659.71 | 0.00 | 0.00 | 0.00 |
| 74 | 17160 | TE SOLUTIONS AND SOURCING INC | UT | CHECK | CS128556 | click | 12/1/2019 | Net 1 | 12/2/2019 | 1,694.57 | 0.00 | 1,694.57 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 1,694.57 | 0.00 | 1,694.57 | 0.00 | 0.00 | 0.00 |
| 74 | 17511 | UGI ENTERPRISES INC | | CHECK | G4375703 | click | 10/25/2019 | Net 30 | 11/24/2019 | (8.75) | 0.00 | 0.00 | 0.00 | (8.75) | 0.00 |
| 74 | 17511 | UGI ENTERPRISES INC | | CHECK | G4431054 | click | 12/19/2019 | Net 30 | 1/18/2020 | 706.37 | 0.00 | 706.37 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | Vendor Totals | 697.62 | 0.00 | 706.37 | 0.00 | (8.75) | 0.00 |