**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Jointly Administered under |
| | 19-43756 (WJF) |
| Granite City Food & Brewery Ltd. | 19-43756 |
| Granite City Restaurant Operations, Inc. | 19-43757 |
| Granite City of Indiana, Inc. | 19-43758 |
| Granite City of Kansas Ltd. | 19-43759 |
| Granite City of Maryland, Inc. | 19-43760 |
| Debtors. | Chapter 11 Cases |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE pursuant to Bankruptcy Rules 9010 (b) and 2002 (g) and 2002 (i) and Section 1109 (b) of the Bankruptcy Code, that the law firm of Ballard Spahr LLP gives notice of their entry of appearance on behalf of Starwood Retail Partners, LLC (the "Landlord").

NOTICE IS FURTHER GIVEN that all notices given or required to be given in the captioned case be served on Dustin P. Branch, Esq. as follows:

Dustin P. Branch, Esq.
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350
E-mail: branchd@ballardspahr.com

NOTICE IS FURTHER GIVEN that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed

by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise, that affect the captioned adversary proceedings.

Dated: January 2, 2020                               **BALLARD SPAHR LLP**

                                                     /s/ Dustin P. Branch
                                                     Dustin P. Branch, Esq. (Cal. Bar No. 174909)
                                                     *Admitted Pro Hac Vice*
                                                     2029 Century Park East, Suite 800
                                                     Los Angeles, CA 90067-2909
                                                     Telephone: 424.204.4400
                                                     Facsimile: 424.204.4350
                                                     E-mail: branchd@ballardspahr.com

                                                     Attorneys for Landlord Creditor
                                                     Starwood Retail Partners, LLC

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on this 2nd day of January, 2020, a true and correct copy of the foregoing was served on all counsel of record and parties requesting service via the Court's ECF system and via U.S. Mail on the parties listed below:

Granite City Food & Brewery, Ltd.
3600 American Blvd. West, #400
Minneapolis, MN 55431

U.S. Trustee
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

                                                                /s/ Dustin P. Branch
                                                                  Dustin P. Branch