## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA

| In re: | Jointly Administered under 19-43756 (WJF) |
|---|---|
| Granite City Food & Brewery Ltd. | 19-43756 |
| Granite City Restaurant Operations, Inc. | 19-43757 |
| Granite City of Indiana, Inc. | 19-43758 |
| Granite City of Kansas Ltd. | 19-43759 |
| Granite City of Maryland, Inc. | 19-43760 |
| Debtors. | Chapter 11 Cases |

### NOTICE OF APPEARANCE, REQUEST FOR NOTICE AND RESERVATION OF RIGHTS

TO THE UNITED STATES BANKRUPTCY COURT AND ALL OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure and Rule 9013-3 of the Local Bankruptcy Rules, that Deborah C. Swenson and Bryan R. Feldhaus, Lommen Abdo, P.A., and Russell R. Johnson III, Law Firm of Russell R. Johnson III, PLC hereby note their appearances on behalf of:

1. Constellation NewEnergy, Inc.
2. American Electric Power

and request that a copy of all notices given and all papers (including pleadings, motions, applications, orders and reports) served or filed in this case be served upon the undersigned at the address and e-mail address set forth below

Deborah C. Swenson
Bryan R. Feldhaus
Lommen Abdo, P.A.
1000 International Centre
920 Second Avenue South
Minneapolis, Minnesota 55402
(612) 336-4389
debs@lommen.com
bryan@lommen.com

Russell R. Johnson III
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
(804) 749-8861
russj4478@aol.com

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) any right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) any right to a jury trial in any proceedings so triable herein, or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs or requirements, in law or equity, all of which rights, claims, actions, defenses, set-offs and recoupments are expressly reserved.

Dated: January 3, 2020   By:   /s/ Bryan R. Feldhaus
Bryan R. Feldhaus (MN #386677)
Deborah C. Swenson (MN #0261051)
LOMMEN ABDO, P.A.
1000 International Centre
920 Second Avenue South
Minneapolis, Minnesota 55402
Telephone: (612) 336-9352
Facsimile: (612) 436-2249
Email: bryan@lommen.com
debs@lommen.com

and

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Email: russell@russelljohnsonlawfirm.com
john@russelljohnsonlawfirm.com

*Attorneys for Constellation NewEnergy, Inc. and American Electric Power*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Jointly Administered under 19-43756 (WJF) |
| Granite City Food & Brewery Ltd. | 19-43756 |
| Granite City Restaurant Operations, Inc. | 19-43757 |
| Granite City of Indiana, Inc. | 19-43758 |
| Granite City of Kansas Ltd. | 19-43759 |
| Granite City of Maryland, Inc. | 19-43760 |
| Debtors. | Chapter 11 Cases |

### UNSWORN CERTIFICATE FOR PROOF OF SERVICE

Bryan R. Feldhaus, of the City of Minneapolis, County of Hennepin, in the State of Minnesota, being first duly sworn on oath, deposes and says that he is a partner with Lommen Abdo, P.A., 1000 International Centre, 920 Second Avenue South, Minneapolis, Minnesota, 55402, and that on January 3, 2020 he made service of the following documents:

1. *Notice of Appearance, Request for Notice and Reservation of Rights;*

2. *Joint Verified Statement Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure;*

3. *Objection of Constellation NewEnergy, Inc. and American Electric Power to Debtors' Notice of Hearing and Motion For An Order (I) Granting Expedited Hearing; and (II) Establishing Procedures Regarding Adequate Assurance of Future Performance For Utilities;*

4. *Proposed Order Sustaining Objection of Constellation NewEnergy, Inc. and American Electric Power To the Notice of Hearing and Motion For An Order (I) Granting Expedited Hearing; and (II) Establishing Procedures Regarding Adequate Assurance of Future Performance For Utilities; and*

5. *Unsworn Certificate for Proof of Service.*

were filed via ECF and served via email or U.S. Mail to the parties listed below:

James M. Jorissen
Karl J. Johnson
TAFT STETTINIUS & HOLLISTER LLP
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Email: jjorissen@taftlaw.com, kjohnson@taftlaw.com
*Debtors' Counsel*

Sarah J. Wencil
US Trustee Office
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415
Email: Sarah.J.Wencil@usdoj.gov

/s/ Bryan R. Feldhaus
Bryan R. Feldhaus

2