**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

**In re:**

**Granite City Food & Brewery, Ltd.**

                                                  **Chapter 11**

**Debtor(s).**                                      **BKY 19-43756**

---

**APPOINTMENT OF COMMITTEE OF UNSECURED**
**CREDITORS IN CHAPTER 11 CASE**

---

The U.S. Trustee for Region 12 hereby appoints the following persons or entities to the

Official Committee of Unsecured Creditors in the above case:

1. Creditor:  STORE Master Funding I, LLC and STORE Capital Corporation
   Address:  8377 E. Hartford Drive, Suite 100
   Scottsdale, AZ 85255

   Contact Person:  Lyena Hale                    Phone: 480-256-1199
   Email: LHale@storecapital.com

2. Creditor:  Edward Don & Company, LLC
   Address:  9801 Adam Don Parkway
   Woodridge, IL 60517

   Contact Person: John Fahey                   Phone: 708-883-8362
   Email: johnfahey@don.com

Lyena Hale is hereby designated as Acting Chairperson of said Committee pending

selection by the Committee members of a permanent Chairperson.

In order to make the Committee more representative, the right to add or remove members

of the Committee is reserved.

January 6, 2020                                    Respectfully submitted,

                                                  James L. Snyder
                                                  Acting United States Trustee
                                                  Region 12


                                    By:    /s/Sarah J. Wencil
                                           Trial Attorney
                                           IA ID # 14014
                                           U.S. Trustee's Office
                                           300 South Fourth St., #1015
                                           Minneapolis, MN    55415
                                           (612) 334-1350