## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **In re:** | Jointly Administered under 19-43756 (WJF) |
| **Granite City Food & Brewery Ltd.** | 19-43756 |
| **Granite City Restaurant Operations, Inc.** | 19-43757 |
| **Granite City of Indiana, Inc.** | 19-43758 |
| **Granite City of Kansas Ltd.** | 19-43759 |
| **Granite City of Maryland, Inc.** | 19-43760 |
| **Debtors.** | **Chapter 11 Cases** |

### NOTICE OF WITHDRAWAL OF OBJECTION OF CONSTELLATION NEWENERGY, INC. AND AMERICAN ELECTRIC POWER TO DEBTORS' NOTICE OF HEARING AND MOTION FOR AN ORDER (I) GRANTING EXPEDITED HEARING; AND (II) ESTABLISHING PROCEDURES REGARDING ADEQUATE ASSURANCE OF FUTURE PERFORMANCE FOR UTILITIES
### [Docket Nos. 82, 85)

Constellation NewEnergy, Inc. and American Electric Power (collectively, the "Utilities"), by counsel, hereby withdraw their *Objection* (Docket Nos. 82, 85) to the *Notice of Hearing and Motion For An Order (I) Granting Expedited Hearing; and (II) Establishing Procedures Regarding Adequate Assurance of Future Performance For Utilities* (Docket No. 75), pursuant to a settlement between the Utilities and the Debtors.

Dated:  January 7, 2020         By:     /s/ Bryan R. Feldhaus
                                        Bryan R. Feldhaus (MN #386677)
                                        Deborah C. Swenson (MN #0261051)
                                        LOMMEN ABDO, P.A.
                                        1000 International Centre
                                        920 Second Avenue South
                                        Minneapolis, Minnesota  55402
                                        Telephone:  (612) 336-9352
                                        Facsimile:  (612) 436-2249
                                        Email:  bryan@lommen.com
                                                debs@lommen.com

and

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Email: russell@russelljohnsonlawfirm.com
john@russelljohnsonlawfirm.com

*Attorneys for Constellation NewEnergy, Inc. and American Electric Power*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| **In re:** | **Jointly Administered under 19-43756 (WJF)** |
| **Granite City Food & Brewery Ltd.** | 19-43756 |
| **Granite City Restaurant Operations, Inc.** | 19-43757 |
| **Granite City of Indiana, Inc.** | 19-43758 |
| **Granite City of Kansas Ltd.** | 19-43759 |
| **Granite City of Maryland, Inc.** | 19-43760 |
| **Debtors.** | **Chapter 11 Cases** |

**UNSWORN CERTIFICATE FOR PROOF OF SERVICE**

     Bryan R. Feldhaus, of the City of Minneapolis, County of Hennepin, in the State of Minnesota, being first duly sworn on oath, deposes and says that he is a partner with Lommen Abdo, P.A., 1000 International Centre, 920 Second Avenue South, Minneapolis, Minnesota, 55402, and that on January 7, 2020 he made service of the following documents:

1. *Notice of Withdrawal of Objection of Constellation NewEnergy, Inc. and American Electric Power to Debtors' Notice of Hearing and Motion For An Order (I) Granting Expedited Hearing; and (II) Establishing Procedures Regarding Adequate Assurance of Future Performance For Utilities [Docket Nos. 82, 85]; and*

2. *Unsworn Certificate for Proof of Service.*

were filed via ECF and served via email or U.S. Mail to the parties listed below:

James M. Jorissen
Karl J. Johnson
TAFT STETTINIUS & HOLLISTER LLP
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Email: jjorissen@taftlaw.com,
kjohnson@taftlaw.com
*Debtors' Counsel*

Sarah J. Wencil
US Trustee Office
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415
Email: Sarah.J.Wencil@usdoj.gov

Ivan M. Gold On Behalf of
Creditor Weingarten Realty Investors
Allen Matkins Leck Gamble Mallory & Nats
Three Embarcadero Center, 12th Floor
San Francisco, California 94111

Ivan M. Gold On Behalf of
Creditor Westroads Mall, L.L.C.
Allen Matkins Leck Gamble Mallory & Nats
Three Embarcadero Center, 12th Floor
San Francisco, California 94111

Ivan M. Gold On Behalf of
Interim Trustee GGP-Glenbrook, L.L.C.
Allen Matkins Leck Gamble Mallory & Nats
Three Embarcadero Center, 12th Floor
San Francisco, California 94111

Blake A. Surby On Behalf of
Creditor Bix Produce Company LLC
4530 Wisconsin Avenue NW
Suite 301
Washington, DC 20016

Paige Barr Tinkham On Behalf of
Interested Party Citizens Bank, N.A.
BlankRome
444 West Lake Street
Suite 1650
Chicago, Illinois 60606

Weingarten Realty Investments
2600 Citadel Plaza Drive, Suite 125
Attn.: Jenny J. Hyun, Esq.
Houston, Texas 77008

/s/ Bryan R. Feldhaus
Bryan R. Feldhaus

2