**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

| | |
|---|---|
| | Jointly Administered under |
| | 19-43756 (WJF) |
| Granite City Food & Brewery Ltd. | 19-43756 |
| Granite City Restaurant Operations, Inc. | 19-43757 |
| Granite City of Indiana, Inc. | 19-43758 |
| Granite City of Kansas Ltd. | 19-43759 |
| Granite City of Maryland, Inc. | 19-43760 |
| Debtors. | Chapter 11 Cases |

**NOTICE OF APPEARANCE, REQUEST FOR NOTICE**
**AND RESERVATION OF RIGHTS**

Pursuant to Bankruptcy Rules 2002 and 9010, the undersigned hereby notes his appearance on behalf of 755 Tower Associates, L.L.C. and requests that a copy of all notices given and all papers (including pleadings, motions, applications, orders and reports) served or filed in this case, be served upon the undersigned at the addresses set forth below.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) any right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) any right to a jury trial in any proceedings so triable herein, or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: January 8, 2020

/e/ Christopher J. Harayda
Christopher J. Harayda (#0390333)
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Email:  cj.harayda@FaegreBD.com

*Attorneys for 755 Tower Associates, L.L.C.*

# UNSWORN CERTIFICATE OF SERVICE

I, Christopher J. Harayda, declare under penalty of perjury that on January 8, 2020, the foregoing Notice of Appearance, Request for Notice and Reservation of Rights was served via ECF by the Bankruptcy Court in the District of Minnesota on the persons who requested electronic service in this case.

Dated: January 8, 2020

*/e/* Christopher J. Harayda
Christopher J. Harayda (#0390333)
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Email:  cj.harayda@FaegreBD.com

US.126206253.01