**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Jointly administered under Bankruptcy Case No. 19-43756 (WJF) |
| Granite City Food & Brewery Ltd., | |
| Granite City Restaurant Operations, Inc., | Case Nos. 19-43756 |
| Granite City of Indiana, Inc., | 19-43757 |
| Granite City of Kansas Ltd., | 19-43758 |
| Granite City of Maryland, Inc., | 19-43759 |
| | 19-43760 |
| Debtors. | |
| | Chapter 11 Cases |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

The undersigned hereby gives notice pursuant to Fed. R. Bankr. P. 9010(b) that Jeffrey D. Klobucar, is appearing in the above-captioned bankruptcy case on behalf of the Committee of Unsecured Creditors. Pursuant to Fed. R. Bankr. P. 2002(g), all notices and all other papers served or filed in this case, including, but not limited to, pleadings, motions, applications, orders, and financial and other reports, should be served upon:

Jeffrey D. Klobucar
**BASSFORD REMELE, P.A.**
100 South Fifth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 333-3000
Facsimile: (612) 333-8829
Email: jklobucar@bassford.com

This request for notice is intended, without limitation, to constitute such request for service as is required by Fed. R. Bankr. P. 2002(i) and 3017(a), and a request for court-designated service as set forth in Fed. R. Bankr. P. 3019, 3020(b)(1), 4001(a)(1), 6006(c), 9007, 9013, and 9019, and to receive CM/ECF notifications in this case.

This request for notice does not constitute consent of the requesting party to the jurisdiction of the Bankruptcy Court or a waiver of any other rights, claims, actions, defenses, setoffs, or recoupments, at law or in equity, to which the requesting party may be entitled, all of which rights, claims, actions, defenses, setoffs, or recoupments are hereby expressly reserved.

Respectfully submitted,

**BASSFORD REMELE**
*A Professional Association*

Dated: January 8, 2020        By:  */e/ Jeffrey D. Klobucar*
Jeffrey D. Klobucar (#0389368)
100 South Fifth Street, Suite 1500
Minneapolis, MN 55402
jklobucar@bassford.com
Telephone: (612) 333-3000
Facsimile: (612) 333-8829

*Proposed Counsel for the*
*Committee of Unsecured Creditors*