## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | Case No.:  Jointly Administered under |
| Granite City Food & Brewery Ltd. | 19-43756 (WJF) |
| Granite City Restaurant Operations, Inc. | 19-43756 |
| Granite City of Indiana, Inc. | 19-43757 |
| Granite City of Kansas Ltd. | 19-43758 |
| Granite City of Maryland, Inc., | 19-43759 |
| | 19-43760 |
| Debtors. | |
| | Chapter 11 Cases |

### NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE pursuant to Bankruptcy Rule 9010(b), that Foley & Mansfield, P.L.L.P. and Thomas J. Lallier, Foley & Mansfield,  P.L.L.P., 250 Marquette Avenue, Suite 1200, Minneapolis, MN 55401, telephone number (612) 338-8788, facsimile number (612) 338-8690, E-mail address  tlallier@foleymansfield.com, are the attorneys for Kelly Investment Group/KRG Granite Acquisition, LLC in the above-captioned bankruptcy proceeding and said attorneys do hereby enter their appearance as counsel for the Creditor.

PLEASE TAKE FURTHER NOTICE pursuant to Bankruptcy Rule 2002 that the undersigned requests that all notices and papers specified by the Rule and all other notices given or required to be given in this case and all other papers served or required to be served in this case be given to and served upon:

Thomas J. Lallier
Foley & Mansfield,  P.L.L.P.
250 Marquette Avenue, Suite 1200
Minneapolis, MN 55401
tlallier@foleymansfield.com

1310118 v1

The foregoing request includes, without limitation, all notices, orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents or items of correspondence brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated: January 9, 2020.                    **FOLEY & MANSFIELD PLLP**


BY: /s/ Thomas J. Lallier _____
      Thomas J. Lallier (#163041)
      Foley & Mansfield, PLLP
      250 Marquette Avenue, Suite 1200
      Minneapolis, MN  55401
      Telephone:  (612) 338-8788
      Fax:  (612) 338-8690
      tlallier@foleymansfield.com

      **ATTORNEYS FOR Kelly Investment Group/KRG Granite Acquisition, LLC**

**Unsworn Certificate of Service**

       I, Jacquelyn J. LaVaque, declare under penalty of perjury that on January 9, 2020, the foregoing Notice of Appearance and Request for Service was served via ECF by the Bankruptcy Court in the District of Minnesota on the persons who requested electronic service in this case.

Executed on:  January 9, 2020       Signed: /s/ Jacquelyn J. LaVaque
                             Jacquelyn J. LaVaque
                             Foley & Mansfield, P.L.L.P.
                             250 Marquette Avenue, Suite 1200
                             Minneapolis, MN 55401

1310118 v1