**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Jointly Administered Under<br>19-43756 (WJF) |
| Granite City Food & Brewery, Ltd. | 19-43756 |
| Granite City Restaurant Operations, Inc. | 19-43757 |
| Granite City of Indiana, Inc. | 19-43758 |
| Granite City of Kansas Ltd. | 19-43759 |
| Granite City of Maryland, Inc. | 19-43760 |
| Debtors. | Chapter 11 Cases |

**APPLICATION FOR ADMISSION PRO HAC VICE**

> **NOTICE TO ATTORNEY APPLICANTS FOR ADMISSION PRO HAC VICE:**
> The filing of this application and entry of any order granting it **do not** automatically provide you with notices in this case or "filing user" access to the U.S. Bankruptcy Court for the District of Minnesota CM/ECF system. **In order to receive e-mail notices and/or to file documents electronically, attorneys admitted pro hac vice must submit a completed attorney registration form, successfully complete a test filing [document/notice of appearance] and file a notice of appearance.**

**Affidavit of Movant**

I, Jeffrey D. Klobucar, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Bradford J. Sandler, Esq., an attorney admitted to practice and currently in good standing in the Commonwealth of Pennsylvania and the States of Delaware, New Jersey and New York, The United States Supreme Court, The United States Court of Appeals for the Third Circuit, the District Court for the Districts of Delaware and New Jersey, the Eastern District of Michigan, the Eastern District of Pennsylvania, the Western District of Wisconsin, and the Southern and Western Districts of New York, but not admitted to the bar of this court, who will be lead counsel for The Official Committee of Unsecured Creditors of Granite City Food & Brewery, Ltd. *et al.* in the cases listed above. I am aware that the local rules of the court require that an active Minnesota resident, unless the court grants a motion for a non-Minnesota resident to serve as local counsel, who is a member in good standing of the bar of this court participate in the preparation and presentation of the case listed above, and accept service of all papers served.

**Check one of the following**:

☑     I am a resident of the State of Minnesota, and agree to participate in the preparation and the presentation of the case above and accept service of all papers served as required by U.S. District Court Local Rule 83.5(d) (sign and complete information below).

☐    I am not a resident of the State of Minnesota and hereby move for permission to act as local counsel under U.S. District Court Local Rule 83.5(d). I agree to participate in the preparation and the presentation of the case listed above, and accept service of all papers served as required by Local Rule 83.5(d) should my motion for a non-resident to serve as local counsel be granted by the court (sign and complete information below and attach a completed Motion for Permission for a Non-Resident to Serve as Local Counsel).

Signature: /e/ Jeffrey D. Klobucar        Date:  January 9, 2020

MN Attorney License #: 0389368

**Affidavit of Proposed Admittee**

I, Bradford J. Sandler, am currently a member in good standing of the highest courts for the Commonwealth of Pennsylvania and the States of Delaware, New Jersey and New York, and for The United States Supreme Court, The United States Court of Appeals for the Third Circuit, the District Court for the Districts of Delaware and New Jersey, the Eastern District of Michigan, the Eastern District of Pennsylvania, the Western District of Wisconsin, and the Southern and Western Districts of New York, but am not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the moving attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that, while the U.S. Bankruptcy Court for the District of Minnesota is an electronic court, I will receive notice and service by mail unless and until I submit the CM/ECF *New Registration and Change User Information Form* and one test motion, after which I will receive notice by electronic means.

Signature: _____    Date: __1/8_____, 2020

Typed Name:   Bradford J. Sandler, Esq.

Attorney License Number:   4142 issued by the State of Delaware

Law Firm Name:   Pachulski Stang Ziehl & Jones LLP

Law Firm Address:  919 N. Market Street, 17th Floor

                Wilmington, DE 19801

Telephone:   (302) 652-4100

E-mail address:   bsandler@pszjlaw.com