**Fill in this information to identify the case:**

Debtor name **Granite City Food & Brewery Ltd.**

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known) **19-43756**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __January 13, 2020__      X /s/ Richard H. Lynch
                                   Signature of individual signing on behalf of debtor

                                   **Richard H. Lynch**
                                   Printed name

                                   **Chief Executive Officer**
                                   Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name        **Granite City Food & Brewery Ltd.**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)   **19-43756**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...........................................................................................   $   **239,690.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................................   $   **3,609,873.87**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................................................   $   **3,849,563.87**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $   **43,628,659.33**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $   **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$   **8,540,102.50**

4.   Total liabilities ...................................................................................................................
    Lines 2 + 3a + 3b                                                                                                   $   **52,168,761.83**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Granite City Food & Brewery Ltd.**

United States Bankruptcy Court for the:  DISTRICT OF MINNESOTA

Case number (if known)  **19-43756**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Citizens Bank, N.A.** | **Checking** | 3103 | $2,449,550.52 |
| 3.2. | **Citizens Bank** | **ZBA Checking** | 3111 | $0.00 |
| 3.3. | **U.S. Bank** | **checking** | 4653 | $98,550.75 |
| 3.4. | **Fifth Third Bank** | **checking** | 8844 | $61,643.31 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$2,609,744.58** |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(If known)* **19-43756** |
|---|---|---|
| | Name | |

**Part 3:**     **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:      **633,092.66**    -      **1,000.00**   = ....      **$632,092.66**

        face amount                doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                       **$632,092.66**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**     **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**     **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** **Food stock and merchandise (branded shirts, caps, etc.), smallwares (silverware, glasses, plates, etc)** | **12/11/2019** | **Unknown** | | **Unknown** |

23.    **Total of Part 5.**                                                                         **$0.00**

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(If known)* **19-43756** |
|---|---|---|
| | Name | |

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Desks, chairs, computers, tables, filing cabinets, printers** | **$1,500.00** | Liquidation | **$1,500.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$1,500.00** |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **1998 Wabash Trailer** | **Unknown** | | **Unknown** |
| 47.2. | **2014 Ram ProMaster** | **Unknown** | | **Unknown** |
| 47.3. | **2016 Ford Transit 250** | **$0.00** | | **$9,342.10** |

---

Official Form 206A/B       Schedule A/B Assets - Real and Personal Property       page 3

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(If known)* **19-43756** |
|---|---|---|
| | Name | |

| 47.4. | **2019 Volvo VNL64T760**<br>**4V4NC9TJ5KN195593**<br>Debtors have a leasehold interest | **$143,935.42** | Comparable sale | **$143,935.42** |
|---|---|---|---|---|
| 47.5. | **2019 Dodge Ram Pro Master**<br>**ZFBHRFAB3K6M03887**<br>Debtors have a leasehold interest | **$36,035.88** | Comparable sale | **$36,035.88** |

| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
|---|---|---|---|---|
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**1999 Great Dane Trailer 1GRAA9620XW061408**<br>Debtors have a leasehold interest | **Unknown** | | **Unknown** |
| | **2014 Kenworth T680 1XKYD49X3EJ385736**<br>Debtors have a leasehold interest | **Unknown** | | **Unknown** |
| | **2014 Great Dane Trailer 1GRAA9627EW701479**<br>Debtors have a leasehold interest | **$16,108.01** | Comparable sale | **$16,108.01** |
| | **2014 Great Dane Trailer 1GRAA9620EW704272**<br>Debtors have a leasehold interest | **$117,178.38** | Comparable sale | **$117,178.38** |
| | **2016 Hyundai Trailer 3H3V482C1GT443001**<br>Debtors have a leasehold interest | **$43,936.84** | Comparable sale | **$43,936.84** |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| **$366,536.63** |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property**<br>Include street address or other description such as Assessor | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(If known)* **19-43756** |
| | Name | |

| Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
|---|---|---|---|---|
| 55.1. **Brewhouse, 1722 Detroit Street, Ellsworth, IA 50075** | Fee simple | Unknown | Tax records | $239,690.00 |

| 56. | **Total of Part 9.** | | $239,690.00 |
|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(If known)* **19-43756** |
|---|---|---|
| | Name | |

**CADILLAC RANCH ALL AMERICAN BAR &
GRILL, Trademark Registration No. 3725513
CADILLAC RANCH ROCK-N-COUNTRY BAR &
GRILL, Trademark Registration No. 3439214
CADILLAC RANCH, Trademark Registration
No. 85-300173
BARTINIS, Trademark Registration No.
5186024
BROTHER BENEDICT'S MAI BOCK, Trademark
Registration No. 29434
BROTHER BENEDICT'S MAI BOCK & DESIGN,
Trademark Registration No. 29433
DUKE OF WELLINGTON, Trademark
Registration No. 29435
DUKE OF WELLINGTON & DESIGN, Trademark
Registration No. 29442
FERMENTUS INTERRUPTUS, Trademark
Registration No. 3522448
GC, Trademark Registration No. 3380882
GC GRANITE CITY FOOD & BREWERY &
DESIGN, Trademark Registration No. 2550836
GRANITE CITY, Trademark Registration No.
3384527
GRANITE CITY FOOD & BREWERY, Trademark
Registration No. 3384528
GRANITE CITY FOOD & BREWERY & DESIGN,
Trademark Registration No. 29432
NORTHERN LIGHT, Trademark Registration
No. 29437
NORTHERN LIGHT & DESIGN, Trademark
Registration No. 29436
PRIDE OF PILSEN, Trademark Registration No.
29439
PRIDE OF PILSEN & DESIGN, Trademark
Registration No. 29438
VICTORY LAGER, Trademark Registration No.
29441
VICTORY LAGER & DESIGN, Trademark
Registration No. 29440
Granite City Food & Brewery Ltd., Patent No.
7214402
Granite City Food & Brewery Ltd., Patent No.
7735412**                                                                        **Unknown**                      **Unknown**

---

61.     **Internet domain names and websites
Cadillacranchgroup.com
Cadillacranchgroup.net
Cadillacranchmallofamerica.com
Cadillacranchmugclub.com
Cadillacranchpittsburgh.com
Gcbrewrewards.com
Cadillacranchmiami.com
Gcfoodandbrewery.com
Gcfb.com
Gcfb.net
Granitecitydiningclub.com
Gcbrewlab.com**                                        **Unknown**                      **Unknown**

---

62.     **Licenses, franchises, and royalties**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(If known)* **19-43756** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| | **Liquor Licenses for all locations** | **Unknown** | **Unknown** |

| 63. | **Customer lists, mailing lists, or other compilations**<br>**E-Club, Mug Club, and Brew Rewards** | **Unknown** | **Unknown** |
|---|---|---|---|

| 64. | **Other intangibles, or intellectual property**<br>**Recipes** | **Unknown** | **Unknown** |
|---|---|---|---|

| 65. | **Goodwill**<br>**Goodwill** | **Unknown** | **Unknown** |
|---|---|---|---|

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| **$0.00** |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:** **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Granite City Food & Brewery Ltd.**                    Case number *(If known)*  **19-43756**
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,609,744.58 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $632,092.66 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $366,536.63 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................................................> | | $239,690.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,609,873.87 | + 91b. $239,690.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,849,563.87 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name   **Granite City Food & Brewery Ltd.**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)   **19-43756**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Citizens Bank, N.A.**<br>Creditor's Name<br>**One Park Plaza**<br>**Suite 400**<br>**Irvine, CA 92614**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**May 2014**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**All assets**<br><br><br>Describe the lien<br>**Security Agreement**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$41,130,729.66** | **$2,449,550.52** |
| **2.2** **Great Western Bank**<br>Creditor's Name<br>**225 South Main Avenue**<br>**Sioux Falls, SD 57104**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**Assets at the Omaha location**<br><br><br>Describe the lien<br>**Leasehold Mortgage**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | **$991,929.67** | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if know) | **19-43756** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **JMB Capital Partners Lending** | Describe debtor's property that is subject to a lien | $1,506,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1999 Avenue of the Stars**
**Suite 2040**
**Los Angeles, CA 90067**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**All assets**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $43,628,659.33 |
|---|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Granite City Food & Brewery Ltd.**

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known) **19-43756**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** Priority creditor's name and mailing address
**Abbott, Brandon L.**
**12904 Wilden Cir**
**Urbandale, IA 50323**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **Unknown**    Priority amount: **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.2** Priority creditor's name and mailing address
**ABBOTT, MIKAYLA J.**
**815 10TH ST S**
**APT 303**
**Sartell, MN 56377**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **Unknown**    Priority amount: **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    55453                    Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**ABELON, KALEB**
**509 HOLLY ST.**
**Brainerd, MN 56401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Abner, Bethnay**
**2035 Key Street #F**
**Maumee, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**ABRAHAMSON, SARAH E.**
**554 STONE ROAD**
**Saint Paul, MN 55120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**ABREGO, MANUEL**
**715 Carson Ave**
**Oxon Hill, MD 20745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ABUKAR, ABDIRAHMAN**
**15759 FINCH AVE**
**Saint Paul, MN 55124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ACUAHUITL, JORGE**
**520 SHERMAN AVE**
**Aurora, IL 60505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Adam, Anna L.**
**6007 S. Cliff Avenue**
**Sioux Falls, SD 57108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ADAMS, DERRICK**
**18919 BLACKMOOR ST**
**Detroit, MI 48234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**ADAMS, MAIYA B.**
**7702 JAYWICK AVE**
**Fort Washington, MD 20744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**ADAMS, REBECCA A.**
**18500 Barney Drive**
**Accokeek, MD 20607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Adams, Stephanie**
**6288 Maxwell Drive #1**
**Suitland, MD 20746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**ADAMS, TERRELL Q.**
**18919 BLACKMOOR ST**
**Detroit, MI 48234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
| --- | --- | --- | --- |
| | Name | | |

---

**2.15** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**ADAS, KELLY M.**
**137 PARAMOUNT DRIVE**
**Wood Dale, IL 60191**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.16** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**ADKINS, BRIANNA L.**
**28590 SPRING ARBOR DR**
**Southfield, MI 48076**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.17** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Adonys, Cristian A.**
**7546 Abbington Dr.**
**Oxon Hill, MD 20745**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.18** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**AGNEW, LEAH M.**
**4011 Bamberger**
**Saint Louis, MO 63116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.19** | Priority creditor's name and mailing address

**Aguilar, Brandy J.**
**2110 Washington Overlook Drive**
**Fort Washington, MD 20744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.20** | Priority creditor's name and mailing address

**AGUILAR, MIGUEL**
**1604 Sawyer Street**
**Lincoln, NE 68505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.21** | Priority creditor's name and mailing address

**AGUILAR, MIRNA V.**
**347 SOUTH BETHANY ST.**
**Kansas City, KS 66102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.22** | Priority creditor's name and mailing address

**AGUILERA, CARLOS**
**3309 NEWBURG DR**
**Mishawaka, IN 46545**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

2.23  Priority creditor's name and mailing address

**Aguirre, Angel**
**1727 N. 25th Street**
**Kansas City, KS 66102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.24  Priority creditor's name and mailing address

**Aguirre, Joshua I.**
**509 Hilton Avenue**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.25  Priority creditor's name and mailing address

**AHERN, SHANNON M.**
**400 EAGLE DRIVE**
**Elk Grove Village, IL 60007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.26  Priority creditor's name and mailing address

**AHLQUIST, SERENA H.**
**7318 BELL VISTA TERRACE**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**AHUATL, DARIO**
**509 W. Navarre St.**
**South Bend, IN 46616**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**AJAJ, NIMAH**
**8909 W. 167TH PL.**
**Tinley Park, IL 60487**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**AJAJ, SANDRA S.**
**8909 W 167TH PLACE**
**Tinley Park, IL 60487**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**AKINS, AUSTIN**
**921 ARBORDALE PLACE**
**Fort Wayne, IN 46825**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.31** | Priority creditor's name and mailing address

**Alcaide, Anayelit**
**15920 Lowe Avenue**
**Harvey, IL 60426**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.32** | Priority creditor's name and mailing address

**ALCANTARA, DANIEL**
**2361 CASS ST**
**Fort Wayne, IN 46808**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.33** | Priority creditor's name and mailing address

**ALCANTARA, JANET**
**1343 SCOTT AVENUE**
**Fort Wayne, IN 46807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.34** | Priority creditor's name and mailing address

**ALCANTARA, OMAR**
**1617 HIGH ST.**
**Fort Wayne, IN 46808**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**ALEJANDRO MENDOZA, MANUEL**
**4728 Kenilworth Drive**
**Apt 201**
**Rolling Meadows, IL 60008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**ALEMAN, ONESIMO J.**
**1480 JERSEY WAY**
**Chanhassen, MN 55317**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**ALEXANDER, BRETT E.**
**19964 FREELAND ST**
**Detroit, MI 48235**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Alexander, Brett E.**
**22548 Lincoln Terrace Apt. 301**
**Oak Park, MI 48237**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ALEXANDER, CASTRO**
**1208 SYLVIA DR**
**Troy, MI 48083**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Alexander, Jack M.**
**13930 Sunnyslope Drive**
**Maple Grove, MN 55311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ALLAR, RANDI M.**
**1801 R ST**
**1029**
**Lincoln, NE 68508**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Allard, Joshua M.**
**7518 Poppleton Plaza #7**
**Omaha, NE 68124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.43** | Priority creditor's name and mailing address

**ALLEN, MINDY A.**
**206 ESMOND ST**
**Fort Wayne, IN 46808**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.44** | Priority creditor's name and mailing address

**ALLEN, RYLIE H.**
**2602 EAST DRIVE**
**Fort Wayne, IN 46805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.45** | Priority creditor's name and mailing address

**ALLEN, SARA M.**
**1 ROSE COURT**
**Pekin, IL 61554**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.46** | Priority creditor's name and mailing address

**ALMAZAN, LEOBARDO**
**3085 COMMONWEALTH DR**
**1734**
**Spring Hill, TN 37174**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Almendarez, Jessica L.**
**2206 Huntington Avenue**
**Saint Louis, MO 63114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ALONSO, FRANCISCO**
**3900 DEVONSHIRE LN**
**Waukegan, IL 60085**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ALONSO, FREDY**
**243 ASHLAND AVE**
**Highwood, IL 60040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ALONSO, JASON**
**5701 SW 149 PL.**
**Miami, FL 33193**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ALONZO, DELINA A.**
**4222 KNIGHTWAY DR**
**Fort Wayne, IN 46815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ALONZO, RUTH**
**515 E VIRGINIA**
**Peoria, IL 61603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ALTAMIRANO, KAELINE A.**
**3293 HILL RIDGE DR**
**Saint Paul, MN 55121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ALTMAN, EMILY**
**764 WALTZ MILL RD**
**65**
**Hunker, PA 15639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
| | Name | | |

---

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**ALVARADO, FRANCISCO**
**228 52ND ST**
**45**
**West Des Moines, IA 50265**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**ALVARADO, JILDA**
**719 24th Ave.**
**Minneapolis, MN 55418**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**ALVAREZ, AURELIO T.**
**4419 PENNSYLVANIA**
**#5**
**Kansas City, MO 64111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Alvillar-Alarcon, Maria**
**822 Savanna Ave**
**Apt 215**
**Saint Cloud, MN 56303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Alvillar-Gonzalez, Alfonso**
**822 Savanna Ave**
**Apt 215**
**Saint Cloud, MN 56303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**AMAYA, MARVIN W.**
**903 MARCY AVE**
**103**
**Oxon Hill, MD 20745**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Amaya, Milton G.**
**3131 Southgate Dr**
**Apt 205**
**Alexandria, VA 22306**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**AMBURGY, JOHNEY R.**
**6748 E 700 S**
**Columbia City, IN 46725**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.63** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**AMELSE, JACOB L.**
**3624 SAWGRASS TRAIL SOUTH**
**Saint Paul, MN 55123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.64** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**AMITRANO, NICHOLAS R.**
**575 THORNHILL DR.**
**209**
**Carol Stream, IL 60188**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.65** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**AMMONS, DESMOND**
**6566 CAYCE LANE**
**Columbia, TN 38401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.66** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**AMTHOR, JEFFREY M.**
**28330 187TH STREET**
**Leavenworth, KS 66048**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ANAYA HERNANDEZ, GERMAN**
**1920 OAKDALE AVE.**
**Saint Paul, MN 55118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Andersen, Brittany G.**
**14562 Lake View Drive**
**Clive, IA 50325**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ANDERSON, AARON J.**
**2408 DEMORES DR S**
**Fargo, ND 58103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ANDERSON, ALEC K.**
**115 15TH ST. S**
**Moorhead, MN 56560**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ANDERSON, DEDRIC L.**
**9000 E. JEFFERSON AVE.**
**812**
**Detroit, MI 48214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ANDERSON, EDWARD**
**3848 South Capital Street**
**202**
**Washington, DC 20032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ANDERSON, JAMIE K.**
**23 GULF STREAM AVE.**
**Peoria, IL 61607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ANDERSON, KAYLA**
**5241 LANNON AVE NE**
**Albertville, MN 55301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**ANDERSON, KIMBERLY**
**6819 TOLEDO AVE NO**
**Minneapolis, MN 55429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**ANDERSON, KIRK**
**6819 TOLEDO AVE N**
**Minneapolis, MN 55429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Anderson, Selena**
**2753 N. Kostner #2**
**Chicago, IL 60639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**ANDERSON, SHAYLA**
**2653 WILLOW GLEN CT**
**Apt A**
**Indianapolis, IN 46229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ANDREWS, MARISSA A.**
**3415 UPPER 147TH ST W**
**Rosemount, MN 55068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ANDROWICH, BRIAN**
**2103 DOUGLAS ST**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ANGEL, ELIAS I.**
**218 OAK DRIVE**
**Franklin, TN 37064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ANGEL, PATRICIO**
**223 COLTART AVE**
**Pittsburgh, PA 15213**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.83** | Priority creditor's name and mailing address

**Angelo, Matt A.**
**306 Anderson Street**
**Crescent, PA 15046**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.84** | Priority creditor's name and mailing address

**ANSPAUGH, JESSICA**
**8721 W 121ST TERRACE**
**Unit 707**
**Overland Park, KS 66213**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.85** | Priority creditor's name and mailing address

**ANSTETT-DEKKER, KATHRYN**
**6407 CAMDEN AVE. N.**
**107**
**Minneapolis, MN 55430**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.86** | Priority creditor's name and mailing address

**ANTONIO, RODRIGO A.**
**NEED ADDRESS**
**Pittsburgh, PA 15216**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**APARICIO, ISMAEL**
**1102 BLAINE AVENUE**
**South Bend, IN 46616**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**APONTE, JONATHAN**
**1617 LANCASHIRE APT**
**Indianapolis, IN 46268**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**APPEL, CYNTHIA M.**
**1011 E 94th**
**Minneapolis, MN 55420**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**AQUILAR, MARIO**
**1213 Hudson**
**Peoria, IL 61604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**AQUILINA, JOHN C.**
**141 WISE RD**
**Franklin, TN 37064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ARABADJI, ALEX A.**
**1887 Silver Bell Rd #318**
**Saint Paul, MN 55122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Aracely, Claudia**
**8207 Fayette Street**
**Kansas City, KS 66109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ARAGON, ANNA KATRINA**
**1601 R ST**
**Lincoln, NE 68508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.95** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Ardon, Brittany**
**211 Park Avenue**
**Pittsburgh, PA 15202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.96** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**ARGUETA, GLENDA**
**934 15TH AVE N**
**South Saint Paul, MN 55075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.97** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**ARNOLD, MELISSA M.**
**920 S. Willow Creek Place**
**Apt 8**
**Sioux Falls, SD 57106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.98** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Arrazola, Cristian**
**14015 Chestnut Dr. Apt. E**
**Eden Prairie, MN 55347**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| | Name | | |

---

**2.99** | Priority creditor's name and mailing address

**ARREDONDO, YECENIA**
**9441 WITHAM LANE**
**Woodridge, IL 60517**

As of the petition filing date, the claim is:     **Unknown**     **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:

Last 4 digits of account number            Is the claim subject to offset?
Specify Code subsection of PRIORITY         ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

---

**2.100** | Priority creditor's name and mailing address

**Arrieta, Sarah I.**
**1209 Bonnhaven Drive**
**Franklin, TN 37067**

As of the petition filing date, the claim is:     **Unknown**     **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:

Last 4 digits of account number            Is the claim subject to offset?
Specify Code subsection of PRIORITY         ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

---

**2.101** | Priority creditor's name and mailing address

**Arrington, Davion**
**4220 N. 122nd Terr.**
**Kansas City, KS 66109**

As of the petition filing date, the claim is:     **Unknown**     **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:

Last 4 digits of account number            Is the claim subject to offset?
Specify Code subsection of PRIORITY         ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

---

**2.102** | Priority creditor's name and mailing address

**ARROYO, JULIAN F.**
**12647 S VINCENNES RD.**
**Blue Island, IL 60406**

As of the petition filing date, the claim is:     **Unknown**     **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:

Last 4 digits of account number            Is the claim subject to offset?
Specify Code subsection of PRIORITY         ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.103** | Priority creditor's name and mailing address

**ARROYO, VALENTINA**
**14133 JOHN HUMPHREY**
**Orland Park, IL 60462**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.104** | Priority creditor's name and mailing address

**ARZOOYAN, ALEXANDRA**
**512 TOBIN**
**311**
**Inkster, MI 48141**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.105** | Priority creditor's name and mailing address

**Asberry, Austin**
**246 New Salen Dr.**
**Saint Louis, MO 63141**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.106** | Priority creditor's name and mailing address

**ASHERMAN, JENNA E.**
**4347 N 121 TERR**
**Kansas City, KS 66109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ASINARI, BETH A.**
**1513 13 1/2 ST S**
**Fargo, ND 58103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ATAULLAEV, ABDULAZIZ F.**
**910 PALMER ROAD**
**12**
**Fort Washington, MD 20744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ATWOOD, DONALD H.**
**8422 SPRING MILL ROAD**
**Indianapolis, IN 46260**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**AUBREY, ZACHARY D.**
**22 EAST ANCHOR**
**River Rouge, MI 48218**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**AUSLANDER, MICHELLE**
**30763 Crest Forest**
**Farmington, MI 48331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**AVILA, CHRISTI I.**
**3884 NW 82nd street**
**Kansas City, MO 64151**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**AVILA, DEMETRIO**
**1001 E. REDBUD AVE**
**202C**
**McAllen, TX 78504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**AVILA, RICCO**
**8210 N HICKORY**
**9-036**
**Kansas City, MO 64118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.115** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Aviles, Guillermo**
**35145 Drakeshire Pl**
**Apt 102**
**Farmington, MI 48335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.116** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**AYALA, JESUS A.**
**6201 65TH AVE N**
**103**
**Minneapolis, MN 55429**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.117** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**AZCORRA, MARIA M.**
**1925 W BARKER**
**Peoria, IL 61604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.118** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**BAARTMAN, AHNA**
**104 NORTH SANDBERG DRIVE**
**Sioux Falls, SD 57110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.119** Priority creditor's name and mailing address

**BACH, SAMANTHA**
**208 E FOURTH STREET**
**Worthing, SD 57077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.120** Priority creditor's name and mailing address

**BACHEZ CHAVEZ, CLARA**
**137 GALEWOOD DR.**
**Bolingbrook, IL 60440**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.121** Priority creditor's name and mailing address

**BACON, JOSEPHINA M.**
**3120 NW 6**
**Lincoln, NE 68521**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.122** Priority creditor's name and mailing address

**Bade, Meghan G.**
**3033 SW 6th Street**
**Lincoln, NE 68522**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.123** | Priority creditor's name and mailing address

**BAEZ-PANETO, ISALIZ**
**13677 SW 62 ST**
**Apt 206**
**Miami, FL 33183**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.124** | Priority creditor's name and mailing address

**Bagley, Samantha**
**25249 Lorraine**
**Ann Arbor, MI 48105**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.125** | Priority creditor's name and mailing address

**BAILEY, COLE W.**
**3832 NW BARRY ROAD**
**Apt B**
**Kansas City, MO 64154**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.126** | Priority creditor's name and mailing address

**BAILEY, JIHAN**
**8242 MARCUS STREET**
**Detroit, MI 48213**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BAKER, JULIANA K.**
**162 AZALEA LANE**
**Franklin, TN 37064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BAKER, NICK A.**
**1419 Center Street**
**Pekin, IL 61554**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BAKER, SAMUEL**
**141 5TH AVENUE NORTH**
**Apt 4**
**South Saint Paul, MN 55075**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BAKER, TYRA R.**
**1708 BRIGHTWELL CT**
**Waldorf, MD 20602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BALDWIN, JASON**
**519 HULTON ST**
**Pittsburgh, PA 15205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BALES, SKYLER D.**
**4801 CLAIRE AVE**
**Apt 1**
**Lincoln, NE 68516**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BALISTRERI, NATHAN**
**2410 NW Cove Drive**
**Blue Springs, MO 64015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BALTRIP, LYNN M.**
**38020 JOPLIN DR.**
**Clinton Township, MI 48036**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**BANEGAS, CARMEN J.**
**5406 LIVINGTON**
**Oxon Hill, MD 20745**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Banks, Lamiah**
**2706 Sheridan Road SE**
**Washington, DC 20020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**BANNISTER, LEAH M.**
**16119 N ADMIRAL RD**
**Chillicothe, IL 61523**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**BARANOWSKI, JESSICA N.**
**220 SUPERIOR DR**
**Saint Louis, MO 63135**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.139** | Priority creditor's name and mailing address

**BARARD, ALEXUS**
**14500 APRIL ST**
**Accokeek, MD 20607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.140** | Priority creditor's name and mailing address

**Barba Pliego, Erick Daniel**
**7720 4th Avenue South #305**
**Minneapolis, MN 55423**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.141** | Priority creditor's name and mailing address

**BARBER, COURTNEY**
**154 Hidden Village Ct**
**Holland, OH 43528**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.142** | Priority creditor's name and mailing address

**BARDALES NAVARRO, SELVIN J.**
**1010 MARCY AVE**
**T4**
**Oxon Hill, MD 20745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.143** | Priority creditor's name and mailing address

**BARGER, CHAD**
**4205 IRISH HILLS DR**
**2D**
**South Bend, IN 46614**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **Unknown**

---

**2.144** | Priority creditor's name and mailing address

**BARGHOUT, DEANNA C.**
**4101 CORNELL**
**Sawyer, MI 49125**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **Unknown**

---

**2.145** | Priority creditor's name and mailing address

**BARILLAS, HERMELINDA**
**1948 S Vermont Ave.**
**Independence, MO 64052**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **Unknown**

---

**2.146** | Priority creditor's name and mailing address

**BARKER, ALYSSA M.**
**83 MILLER AVE. SW**
**A4**
**Cedar Rapids, IA 52404**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BARNES, MITCHELL K.**
**7812 PRESERVATION DR**
**Indianapolis, IN 46278**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BARNES, TIMOTHY N.**
**7550 GLADSTONE DRIVE**
**103**
**Naperville, IL 60565**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BARNETT, KENDALL**
**629 COTTAGE GROVE AVE**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BARNETT, REID**
**1333 21ST ST. S**
**Fargo, ND 58103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.151** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Barnett, Vernon**
**1961 Revere Road**
**Cleveland, OH 44118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.152** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Barr, Daniel**
**12018 Bion Drive**
**Fort Washington, MD 20744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.153** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**BARRICK, LUCAS**
**3004 S LOUISE**
**Apt 202**
**Sioux Falls, SD 57106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.154** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**BARRIOS, IVAN B.**
**4805 NORTHCREST DR**
**Apt C**
**Fort Wayne, IN 46825**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BARTLETT, AMBER N.**
**2758 COUNTY ROAD 56**
**Toronto, OH 43964**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BATES, CHRISTOPHER**
**1607 W 12TH**
**Davenport, IA 52803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BATES, JOHN**
**3515 10TH AVE S**
**302**
**Moorhead, MN 56560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BATTON, KATHERINE M.**
**8346 UNION CHAPEL ROAD**
**Indianapolis, IN 46240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Baucom, Sarah**
**1108 Hutchinson Way Pl**
**Florissant, MO 63031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BAUDO, ALYSSA**
**4420 W 123RD PL**
**Alsip, IL 60803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BAUER, EMMA L.**
**7000 W JACOB ST**
**Sioux Falls, SD 57106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BAUER, GARNER L.**
**1519 N KNOXVILLE**
**Peoria, IL 61604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**BAUER, KIRI**
**1781 35TH ST S**
**Fargo, ND 58103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**BAUER, NICHOLAS**
**2281 ACADEMY DRIVE**
**Troy, MI 48083**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**BAUER, SHANE T.**
**5542 Adams Street**
**Lincoln, NE 68504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**BAUMGARTNER, MICHAEL J.**
**2585 PACIFIC DRIVE S**
**204**
**Fargo, ND 58103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.167** | Priority creditor's name and mailing address

**BAUMLI, CHRISTOPHER W.**
**12511 PRESTWICK DRIVE**
**Kansas City, KS 66109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.168** | Priority creditor's name and mailing address

**BAUTISTA, CARLOS X.**
**520 78TH AVE**
**Minneapolis, MN 55432**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.169** | Priority creditor's name and mailing address

**BAXTER-KLINE, TARA**
**1201 CAMBRIDGE DR**
**South Bend, IN 46614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.170** | Priority creditor's name and mailing address

**BAYLESS, AARON M.**
**448 S MINNESOTA AVE**
**Morton, IL 61550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**BAYLESS, HEIDI C.**
**448 S. MINNESOTA AVE.**
**Morton, IL 61550**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Baylock, Mariah**
**2020 Brooks Drive #728**
**District Heights, MD 20747**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Bazquez Dominguez**
**Noel Salvador**
**7720 4th Avenue South #305**
**Minneapolis, MN 55423**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**BEACH, BRENNA M.**
**220 ANN ST.**
**Tonganoxie, KS 66086**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.175** | Priority creditor's name and mailing address

**BEACH, CLIFTON W.**
**2602 BRINKLEY RD**
**404**
**Fort Washington, MD 20744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.176** | Priority creditor's name and mailing address

**BEARD, JEREMY R.**
**877 SAVANNA AVE.**
**Saint Cloud, MN 56303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.177** | Priority creditor's name and mailing address

**BEAUGEARD, DAUNE S.**
**4554 EMERSON AVE**
**Saint Louis, MO 63120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.178** | Priority creditor's name and mailing address

**Beaver, Dellis L.**
**421 United Avenue**
**Harrisburg, SD 57032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**BECERRA, CHRISTIAN**
**2208 EGGLESTON RD**
**Rockford, IL 61108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**BECKER, JACOB**
**3523 5th St W**
**307**
**Fargo, ND 58103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Becker, Nathan S.**
**821 G Street #4**
**Lincoln, NE 68508**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**BECKER, SOPHIA G.**
**15308 VERDIN ST NW**
**Andover, MN 55304**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.183** | Priority creditor's name and mailing address

**BEEHLER, GRACE**
**18234 GILMORE DR.**
**South Bend, IN 46637**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.184** | Priority creditor's name and mailing address

**BEKKERMAN, ALLISON**
**1030 COTTONWOOD CT**
**2A**
**Wheeling, IL 60090**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.185** | Priority creditor's name and mailing address

**Bell, Haley N.**
**9641 N. Ambassador Drive #1311**
**Kansas City, MO 64154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.186** | Priority creditor's name and mailing address

**BELL, KENNEDY C.**
**8702 MOUNT CLAIR COURT**
**Clinton, MD 20735**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Bell, Virginia E.**
**1003 Claymill Drive**
**Spring Hill, TN 37174**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BELSCHNER, NATALIE N.**
**7323 BOND WAY**
**Inver Grove Heights, MN 55076**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BENNETT, LESLEY E.**
**244 E 246 ST**
**Euclid, OH 44123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BENOIT, JOSIE J.**
**420 W 11TH ST**
**Sioux Falls, SD 57103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number *(if known)* | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.191** Priority creditor's name and mailing address

**BENTIEZ, WALTER**
**1002 MARCY**
**Oxon Hill, MD 20745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.192** Priority creditor's name and mailing address

**BENTON, JESSICA N.**
**300 N ROYAL OAKS BLVD.**
**606**
**Franklin, TN 37067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.193** Priority creditor's name and mailing address

**Benz, Douglas E.**
**5934 NW 90th Terr**
**Kansas City, MO 64154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.194** Priority creditor's name and mailing address

**Bergholtz, Zachariah A.**
**3102 West End Avenue, # 125**
**Nashville, TN 37203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BERGLUND, CORRIN J.**
**3055 EAGANDALE PL**
**326**
**Saint Paul, MN 55121**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BERGTHOLD, ALEXIS**
**351 KIRKWOOD CT SW**
**Apt 1**
**Cedar Rapids, IA 52404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BERKEY, ANNETTE E.**
**7201 Lincoln Ave**
**Unit 505**
**Lincolnwood, IL 60712**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BERKEY, RACHAEL E.**
**2154 Rugen Road**
**Apt A**
**Glenview, IL 60026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.199** | Priority creditor's name and mailing address

**BERLIN, JEFFREY**
**645 DUNSTEN CR**
**Northbrook, IL 60062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.200** | Priority creditor's name and mailing address

**BERMAN, CAMILLE K.**
**11354 APENNINE WAY**
**Inver Grove Heights, MN 55077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.201** | Priority creditor's name and mailing address

**BERMUDEZ, NORRIS**
**13787 SW 66TH ST**
**D253**
**Miami, FL 33183**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.202** | Priority creditor's name and mailing address

**BERNABE, GEOVANNY J.**
**8002 DOWITCH LN**
**Apt D**
**Indianapolis, IN 46260**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
| | Name | | |

---

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| | **BERNARD, OLIVIA M.**<br>**1112 A Ave NW**<br>**Cedar Rapids, IA 52405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| | **Berry, Nigel T.**<br>**19211 Anglin**<br>**Detroit, MI 48234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| | **BERRY, SIDRICK**<br>**16025 SW 99 AVE**<br>**Miami, FL 33157** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| | **BERTAGNA, JOY**<br>**825 SEERS DR.**<br>**Schaumburg, IL 60173** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.207**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|
| **BERTSCH, BRIANNE L.**<br>**3505 W 85TH STREET**<br>**104**<br>**Sioux Falls, SD 57108** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | ■ No<br>☐ Yes |

---

**2.208**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|
| **Bethea, Rostelle**<br>**11279 Tolkien Ave**<br>**White Plains, MD 20695** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | ■ No<br>☐ Yes |

---

**2.209**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|
| **Beuning, Elizabeth K.**<br>**1017 Raymond Avenue Unit 9**<br>**Saint Paul, MN 55114** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | ■ No<br>☐ Yes |

---

**2.210**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|
| **BEVILACQUA, LUCAS**<br>**805 N STEPHENSON HWY**<br>**Royal Oak, MI 48067** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | ■ No<br>☐ Yes |

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.211** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Bianski, Derian N.**
**415 Englewood Court**
**Fort Wayne, IN 46807**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.212** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**BIASELLA, BROOKE V.**
**13202 W 123RD TERR**
**Overland Park, KS 66213**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.213** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**BIBBS, OTIS**
**1315 E Mills Ave**
**Indianapolis, IN 46227**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.214** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**BIENFANG, JESSICA**
**14130 250TH AVE NW**
**Zimmerman, MN 55398**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.215** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**BIGALKE, ASHLEY J.**
**2100 21st Ave S**
**#105**
**Fargo, ND 58103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.216** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**BILEK, AMANDA R.**
**2315 JEBENS AVE**
**Apt 9**
**Davenport, IA 52804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.217** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**BILGER, JORDYN A.**
**2930 EASTON RIDGE PLACE**
**Fort Wayne, IN 46818**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.218** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**BILLINGSLEY, CORNELIUS L.**
**8621 Wave Circle Apt B**
**Fort Wayne, IN 46825**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Bindus, Terajane E.**
**2015 N. McCord Road #43**
**Toledo, OH 43615**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BIRKEY, COREY K.**
**522 CENTER STREET**
**Barnum, IA 50518**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BIRKEY, LARRY D.**
**1633 10TH ST**
**Manson, IA 50563**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BLACK JR. Jr., TRACY J.**
**5619 HIGHLAND AVE**
**Kansas City, MO 64130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BLACK, DANIELLE M.**
**6545 Ohio River Blvd.**
**Pittsburgh, PA 15202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BLACK, HANNAH**
**3818 DALEWOOD DRIVE**
**Fort Wayne, IN 46815**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Black, Isaiah M.**
**726 N. 81st Ter.**
**Kansas City, KS 66112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BLACK, MADISON R.**
**11502 LUMPKIN**
**Hamtramck, MI 48212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BLAHUNKA, LUCAS**
**701 COOLIDGE PL**
**Rockford, IL 61107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Blakwell, Ryan B.**
**2808 East Avenue**
**District Heights, MD 20747**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BLANCHARD, LYNDA**
**7615 N SHERMAN DR**
**Indianapolis, IN 46240**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BLANCO, JENNIFER**
**13151 SW 17 TER**
**Miami, FL 33175**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BLANDING, EARL W.**
**1312 SINGER PLACE**
**3B**
**Pittsburgh, PA 15221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BLANKENSHIP, CODI L.**
**9806 NW 86TH ST**
**Kansas City, MO 64153**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BLEDSOE, ALEXA P.**
**10219 W 53RD ST**
**Shawnee, KS 66203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BLEY, JASON**
**11766 PARKVIEW DRIVE**
**Plymouth, MI 48170**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**BLIVEN, PETER J.**
**350 ROSE LANE**
**Saint Paul, MN 55117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**BLOOD, MELISSA K.**
**18761  Foxrun Circle**
**Cold Spring, MN 56320**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**BLOOD, MELISSA K.**
**18761 Foxrun Circle**
**Cold Spring, MN 56320**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**BLOOM, JAMIE**
**6069 KILBURN**
**Rockford, IL 61101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.239** | Priority creditor's name and mailing address | | Unknown | Unknown

**BLOOM, LOGAN S.**
**1911 NEBRASKA RD**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.240** | Priority creditor's name and mailing address | | Unknown | Unknown

**Blow, Raymont**
**13508 Anglin**
**Hamtramck, MI 48212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.241** | Priority creditor's name and mailing address | | Unknown | Unknown

**Boakai, Brandon**
**6830 Scott Avenue No.**
**Brooklyn Center, MN 55429**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.242** | Priority creditor's name and mailing address | | Unknown | Unknown

**BOATSWAIN, MARY**
**3434 BRINKLEY ROAD**
**103**
**Temple Hills, MD 20748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**BOELTER, RICHARD**
**1311 YARMOUTH COURT**
**Schaumburg, IL 60193**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**BOHLER-WELCH, MICKAELA K.**
**5820 73rd Ave N**
**Apt 215**
**Minneapolis, MN 55429**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Bohlken, Michael**
**498 Canterbury Trail**
**Roselle, IL 60172**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**BOILINI, KYLE S.**
**695 Brittany Square**
**Apt 4**
**Grayslake, IL 60030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.247** | Priority creditor's name and mailing address

**BOLEF, TAYLOR E.**
**1790 SEVEN PINES DR**
**Saint Louis, MO 63146**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.248** | Priority creditor's name and mailing address

**Bolender, Renea**
**18671 Lathers**
**Livonia, MI 48152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.249** | Priority creditor's name and mailing address

**BOLL, JENNIFER D.**
**3811 E 50TH ST**
**Minneapolis, MN 55417**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.250** | Priority creditor's name and mailing address

**BOLLAT MONROY, VILMA Y.**
**6271 OXON HILL RD**
**101**
**Oxon Hill, MD 20745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|-----------------------------------|------------------------|----------|
|        | Name                              |                        |          |

---

**2.251** | Priority creditor's name and mailing address

**BOMBINO, MANUEL A.**
**15275 SW 23 LN**
**Miami, FL 33185**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.252** | Priority creditor's name and mailing address

**BONILLA, ALEXANDER**
**1002 MARCY AVE**
**Oxon Hill, MD 20745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.253** | Priority creditor's name and mailing address

**BONOLA BARBA, ANDRES**
**7720 AVE S**
**Unit 306**
**Minneapolis, MN 55423**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.254** | Priority creditor's name and mailing address

**Bonorden, Josefina C.**
**8426 Cooper Way**
**Inver Grove Heights, MN 55076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BOONE, ERIC**
**2122 COUNTY RD**
**101**
**District Heights, MD 20747**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BOONE, WILLIAM E.**
**10110 N HIGHLAND PL**
**Kansas City, MO 64155**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BOOTH, MARISSA M.**
**9743 HEMLOCK LN N**
**Osseo, MN 55369**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BORGSCHULTE, RYAN T.**
**11725 LAKE AVENUE**
**Apt 5**
**Lakewood, OH 44107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.259** | Priority creditor's name and mailing address

**BORMAN, BRANDON**
**23766 PRESCOTT LN W**
**South Lyon, MI 48178**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.260** | Priority creditor's name and mailing address

**Borns, Braden C.**
**6020 S. Hallow Circle**
**Sioux Falls, SD 57106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.261** | Priority creditor's name and mailing address

**BOUSIM, KEVIN**
**12811 TUSCANY WAY**
**Fort Wayne, IN 46845**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.262** | Priority creditor's name and mailing address

**BOWEN, BRIANA T.**
**18472 NORWOOD ST.**
**Detroit, MI 48234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BOWEN, STEPHANIE**
**3615 BERKELEY DR**
**Toledo, OH 43612**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BOYD, MAXWELL J.**
**31 GENEVA STREET**
**Highland Park, MI 48203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BOYD, RIONI**
**17401 CUSACK LANE**
**Washington, DC 20260**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BOYER, ZACHARY A.**
**729 BROADACRE AVE.**
**Clawson, MI 48017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**BOYETTE, ARIEYONA**
**5205 MORRIS AVENUE**
**104**
**Suitland, MD 20746**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**BOYLAND, PATRICK**
**1617 Liberty St**
**Hanover Park, IL 60133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**BRADLEY, DEAILLO E.**
**12624 ROSEMARY**
**Detroit, MI 48213**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**BRADLEY, DERRICK E.**
**114 PINE ST N**
**Sauk Centre, MN 56378**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.271** | Priority creditor's name and mailing address

**BRADLEY, RYELL**
**4701 KENMORE AVE**
**417**
**Alexandria, VA 22304**

As of the petition filing date, the claim is:                                          **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.272** | Priority creditor's name and mailing address

**Bradley, Ryell**
**6641 Creek Point Way**
**Alexandria, VA 22315**

As of the petition filing date, the claim is:                                          **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.273** | Priority creditor's name and mailing address

**Bragg, Keith F.**
**573 Oxon Hill Rd. #A1**
**Oxon Hill, MD 20745**

As of the petition filing date, the claim is:                                          **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.274** | Priority creditor's name and mailing address

**BRAILEY, ANNA M.**
**225 Aberdeen Drive**
**Oakdale, PA 15071**

As of the petition filing date, the claim is:                                          **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**BRAILEY, ELLIOTT**
**1409 POPLAR ST**
**15**
**Pittsburgh, PA 15205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**BRANDON, ADRIENNE R.**
**1490 FAIRWAY DRIVE**
**102**
**Naperville, IL 60563**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Brann, Jenifer L.**
**2024 Bunker Avenue**
**Kansas City, KS 66102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**BRANSTUTTER, BRIANNE**
**604 Orchard View Dr**
**Maumee, OH 43537**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.279**

Priority creditor's name and mailing address

**BRASIER, JEREMIAH**
**26 1/2 RENSHAW ST**
**Clawson, MI 48017**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**     **Unknown**

---

**2.280**

Priority creditor's name and mailing address

**BRAXTON, ESHANTEE J.**
**6708 CENTRAL HILLS TERRACE**
**Hyattsville, MD 20785**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**     **Unknown**

---

**2.281**

Priority creditor's name and mailing address

**BRAZEL, ERIN M.**
**6229 ST JOE RD**
**302**
**Fort Wayne, IN 46835**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**     **Unknown**

---

**2.282**

Priority creditor's name and mailing address

**BRAZELTON, BRYCE**
**483 W LYNNHURST**
**18**
**Saint Paul, MN 55104**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**     **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.283** | Priority creditor's name and mailing address

**Breitag, Kayli**
**4921 S. Graystone Avenue #14**
**Sioux Falls, SD 57108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.284** | Priority creditor's name and mailing address

**BRELAND, BRITNIE**
**2908 S LOUISE AVE**
**30Q**
**Sioux Falls, SD 57106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.285** | Priority creditor's name and mailing address

**BREN, ALEX**
**8660 OLD CEDAR AVE.S**
**Minneapolis, MN 55425**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.286** | Priority creditor's name and mailing address

**BRENNAN, PAUL M.**
**76 WESTERN AVE. N.**
**Apt 2**
**Saint Paul, MN 55102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.287** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**BRENNEMAN, JORDAN**
**3196 WILLIAMSBURG CT**
**Apt C**
**Mishawaka, IN 46545**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.288** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**BREWER, JAILYN A.**
**1590 NW 109TH ST**
**Clive, IA 50325**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.289** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**BRICENO, JOSE L.**
**1800 GRAND AVE. APT 153**
**West Des Moines, IA 50265**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.290** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**BRIGHAM, GARY C.**
**8135 RANDY DR**
**Westland, MI 48185**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.291** | Priority creditor's name and mailing address

**BRINK, THOMAS S.**
**1861 39TH STREET SOUTH**
**306**
**Fargo, ND 58103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.292** | Priority creditor's name and mailing address

**BRISCOE, JULIUS J.**
**7528 NW KERNS DR**
**Kansas City, MO 64152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.293** | Priority creditor's name and mailing address

**BRISENDINE, NEIL J.**
**4728 ALTON DR.**
**Troy, MI 48085**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.294** | Priority creditor's name and mailing address

**BRITO, JACINTO**
**2216 ALICE AVENUE**
**104**
**Oxon Hill, MD 20745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**BRITO, VICENTE**
**5708 GREENLEY AVWE APT C**
**Kansas City, KS 66104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**BROCK, DEVON**
**1008 3RD ST**
**Garretson, SD 57030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**BROCK, TRACY**
**1008 3RD STREET**
**Garretson, SD 57030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**BROCKWAY, KELLY**
**443 SEQUOIA TRAIL**
**Cary, IL 60013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**BROOKS, LUCAS S.**
**123 SHELBOURNE DRIVE**
**Coraopolis, PA 15108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**BROTSKY, KADE**
**5004 W EQUESTRIAN PL**
**418**
**Sioux Falls, SD 57106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**BROU, JUANITA**
**5367 TANEY ANENUE**
**201**
**Alexandria, VA 22304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**BROUSE, NOELLE B.**
**12121 S LAVERGNE**
**Alsip, IL 60803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BROWALL, CHRISTOPHER Y.**
**32802 BARCLAY SQUARE**
**Warren, MI 48093**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Browall, Christopher Y.**
**8030 Studebaker Avenue**
**Warren, MI 48089**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BROWDER, GERALD L.**
**6335 LYNDALE AVENUE SOUTH**
**Apt 1**
**Minneapolis, MN 55423**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brower, Lauren**
**899 Barrett Street #207**
**Fargo, ND 58102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Brown III, Melvin W.**
**7712 Sugar Maple Court**
**Plainfield, IL 60586**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**BROWN, BARRY J.**
**3806 VALLEYWOOD CT**
**Fort Washington, MD 20744**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Brown, Bradley L.**
**7712 Sugar Maple Court**
**Plainfield, IL 60586**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**BROWN, BRYAN T.**
**2195 DOE RUN**
**Arnold, MO 63010**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.311** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**BROWN, COURTNEY R.**
**938 CLIVE ST**
**Pittsburgh, PA 15202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.312** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**BROWN, CRYSTAL**
**120 DONALD CT**
**East Peoria, IL 61611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.313** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Brown, Miranda**
**122 Grenadier Drive**
**Franklin, TN 37064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.314** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**BROWN, NICOLE**
**395 Georgetown Road**
**Darlington, PA 16115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.315** | Priority creditor's name and mailing address

**BROWNSBERGER, BRYCE**
**15765 NW 135th St.**
**Platte City, MO 64079**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.316** | Priority creditor's name and mailing address

**Broyles, Elizabeth**
**1838 Parkside Drive**
**Liberty, MO 64068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.317** | Priority creditor's name and mailing address

**BRUGGEMAN, QUINN O.**
**2300 S BLAUVELT AVE**
**Sioux Falls, SD 57108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.318** | Priority creditor's name and mailing address

**BRUNO, JENNIFER A.**
**1860 PARKSIDE DR**
**A1**
**Park Ridge, IL 60068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.319** | Priority creditor's name and mailing address

**BRYANT, BENJAMIN**
**2443 EASTGATE**
**Toledo, OH 43613**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.320** | Priority creditor's name and mailing address

**BRYANT, LUTHER**
**606 BARTLETT CT NW**
**Cedar Rapids, IA 52405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.321** | Priority creditor's name and mailing address

**Bryla, Deanna**
**811 Hampton Lane**
**Yorkville, IL 60560**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.322** | Priority creditor's name and mailing address

**BUCHHOLZ, BAILEY L.**
**701 6TH AVE N**
**Saint Cloud, MN 56303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.323** | Priority creditor's name and mailing address

**BUCKMAN, ANNE E.**
**4830 Jersey Ridge Rd. Apt 2**
**Davenport, IA 52807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.324** | Priority creditor's name and mailing address

**BUCKMASTER, JACOB R.**
**11650 REED RD**
**Whitehouse, OH 43571**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.325** | Priority creditor's name and mailing address

**BUEHLER, KALEIGH**
**21260 W 123rd Street**
**Olathe, KS 66061**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.326** | Priority creditor's name and mailing address

**BUELOW, HENRY D.**
**107 TYLER COURT**
**Saint Stephen, MN 56375**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.327** | Priority creditor's name and mailing address

**BUENO-GAMBOA, ANNET M.**
**1953 LEBLANC ST.**
**Lincoln Park, MI 48146**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.328** | Priority creditor's name and mailing address

**BUERGER, CATHERINE**
**4304 EATON DR**
**Rockford, IL 61114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.329** | Priority creditor's name and mailing address

**BUERGER, ROBERT**
**4304 Eaton Drive**
**Rockford, IL 61114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.330** | Priority creditor's name and mailing address

**BUGAJ, RICHARD A.**
**1736 KENSINGTON RD**
**Toledo, OH 43607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BUKOWSKI, CAILYN R.**
**620 80TH ST NW**
**Rice, MN 56367**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Bulard, Alexis K.**
**12812 Portulaca Drive, Unit K**
**Saint Louis, MO 63146**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BULERA, KELLI**
**15407 Radium ST NW**
**Anoka, MN 55303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BUMP, TABITHA J.**
**1000 W VENTURE PL**
**Apt 326**
**Sioux Falls, SD 57105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.335** Priority creditor's name and mailing address

**BUNCE, SHARAYAH**
**16938 WEAVER LAKE DRIVE**
**Osseo, MN 55311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**     **Unknown**

---

**2.336** Priority creditor's name and mailing address

**BURCH, COURTNEY A.**
**5725 POMMEL CT.**
**West Des Moines, IA 50266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**     **Unknown**

---

**2.337** Priority creditor's name and mailing address

**Burciaga, Danielle**
**1426 Heritage Dr.**
**Canton, MI 48188**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**     **Unknown**

---

**2.338** Priority creditor's name and mailing address

**BURGESS, KAELA**
**52160 WOODSEDGE DRIVE**
**Granger, IN 46530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**     **Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.339** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Burkart, Joseph D.**
**2879 Royal Ave**
**Berkley, MI 48072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.340** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**BURKE, THOMAS**
**947 County Rd D**
**Apt 102**
**Saint Paul, MN 55109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.341** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**BURNETT, JAMILLA**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.342** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**BURNETT, STEVONNA L.**
**307 ARAGONA DRIVE**
**Fort Washington, MD 20744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Burns, Karchumbe M.**
**23 E. Adams Ave.**
**Detroit, MI 48226**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**BURRIS, REBECCA K.**
**4512 Old Baumgartner Rd**
**Saint Louis, MO 63129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**BURTLOW, BRITTANY**
**2027 SANDALWOOD DR NE**
**Cedar Rapids, IA 52405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**BURTON, ERICA P.**
**9264 PINEHURST**
**Detroit, MI 48204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number *(if known)* | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**2.347** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**BUSCH, CLAIRE A.**
**3513 CUNEEN TRL EAST**
**Inver Grove Heights, MN 55076**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.348** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**BUTLER, JACQUESE D.**
**23756 SOUTH KEYSTONE WAY**
**Clinton Township, MI 48036**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.349** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**BUTLER, VINCENT C.**
**532 WILSON BRIDGE DRIVE**
**B2**
**Oxon Hill, MD 20745**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.350** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Butler, Vincent C.**
**906 Palmer Rd. Apt. 11**
**Fort Washington, MD 20744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BUWA, AUSTIN W.**
**822 S. Ironwood**
**Mishawaka, IN 46544**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CABREJOS, PEDRO M.**
**4906 GLASSMANOR DR**
**Oxon Hill, MD 20745**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cabrera Moronta, Andres**
**355 2nd Avenue South #302**
**Waite Park, MN 56387**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Cabrera Moronta, Andres**
**355 2nd Avenue South #302**
**Waite Park, MN 56387**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.355** | Priority creditor's name and mailing address

**CABRERA, GUILLERMO**
**4719 ALDRICH AVE  N**
**Minneapolis, MN 55430**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.356** | Priority creditor's name and mailing address

**CACERES, JERSON J.**
**7811 SW 136 AVE**
**Miami, FL 33183**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.357** | Priority creditor's name and mailing address

**CADEAU, MARISSA**
**682 QUEENS WAY**
**Canton, MI 48188**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.358** | Priority creditor's name and mailing address

**CADY, JACOB**
**1748 WATERMILL LANE**
**Perrysburg, OH 43551**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CALEBAUGH, KELLY-JON C.**
**5173 Longview Drive**
**Saint Paul, MN 55112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CALLAHAN, JACEY J.**
**17688 COBBLESTONE CT.**
**South Bend, IN 46635**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CALVA, JAVIER**
**2692 VIERLING DR E**
**Shakopee, MN 55379**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CAMACHO, MARIA**
**5800 NW PLAZA DRIVE**
**Kansas City, MO 64118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Campbell, Annette**
**3888 Northgate Place**
**Waldorf, MD 20602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CAMPOPIANO, JORDAN A.**
**3085 COMMONWEALTH DRIVE**
**2331**
**Spring Hill, TN 37174**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CAMPOS, JOSE M.**
**6909 SOUTH MULFORD RD**
**Cherry Valley, IL 61016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CAMPOS, JUAN C.**
**9611 Melrose Street #1**
**Overland Park, KS 66214**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |

**CAMPOS, RONALD A.**
**26114 Tawas St**
**Madison Heights, MI 48071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |

**CAMPOS, RUBEN**
**7632 CHERRYVALE BLVD**
**Cherry Valley, IL 61016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |

**CAMPOS, RUBEN**
**5132 GRAND CAPE RD**
**Rockford, IL 61109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |

**CANAS, RAUL**
**7444 157TH ST W**
**109**
**Saint Paul, MN 55124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.371** | Priority creditor's name and mailing address
**CANGURA, BEATRIZ E.**
**5619 FARGO AVE**
**Oxon Hill, MD 20745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.372** | Priority creditor's name and mailing address
**CANINO, ANGELA**
**12945 S. Mason Ave.**
**Palos Heights, IL 60463**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.373** | Priority creditor's name and mailing address
**CANNON, CHRISTOPHER D.**
**3202 LUMAR DR.**
**Fort Washington, MD 20744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.374** | Priority creditor's name and mailing address
**CANO, JOSEPH**
**8519 Parallel Prkwy**
**#9**
**Kansas City, KS 66112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.375** | Priority creditor's name and mailing address

**CANTON, SYIONTE**
**5901 W 37TH ST**
**Sioux Falls, SD 57106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.376** | Priority creditor's name and mailing address

**CAPIRO, IVAN**
**11760 SW 181ST TER**
**Miami, FL 33177**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.377** | Priority creditor's name and mailing address

**CARAPIA, FERNANDO C.**
**8404 NEWPORT AVE**
**16**
**Fort Wayne, IN 46805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.378** | Priority creditor's name and mailing address

**CARBONNEAU, EMMA M.**
**5004 W EQUESTRIAN**
**418**
**Sioux Falls, SD 57106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CARLBERG, STACEY J.**
**4103 S. WEST AVE**
**#2**
**Sioux Falls, SD 57105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CARNAHAN, MELISSA**
**310 5TH ST**
**Springville, IA 52336**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CARR, DAVID S.**
**4819 NORFOLK PL**
**Bettendorf, IA 52722**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CARR, ELIJAH D.**
**10905 SW 142ND LANE**
**Miami, FL 33176**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.383** | Priority creditor's name and mailing address

**CARR, HALEIGH A.**
**1040 Y ST APT 223**
**Lincoln, NE 68508**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **Unknown**

---

**2.384** | Priority creditor's name and mailing address

**CARR, SAMUEL**
**4819 NORFOLK PLACE**
**Bettendorf, IA 52722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **Unknown**

---

**2.385** | Priority creditor's name and mailing address

**CARRASCO, Antonio**
**6445 LIVINGTON RD**
**Oxon Hill, MD 20745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **Unknown**

---

**2.386** | Priority creditor's name and mailing address

**CARRASCO, FERNANDO**
**1435 BLAISDELL**
**#2**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| --- | --- | --- | --- |
| | Name | | |

**2.387** Priority creditor's name and mailing address

**CARRILLO, ROCIO**
**6454 CERNECH RD**
**Kansas City, KS 66104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

Unknown    Unknown

---

**2.388** Priority creditor's name and mailing address

**CARRINGTON, MELISSA E.**
**15839 FREEDOM LN**
**Saint Paul, MN 55124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

Unknown    Unknown

---

**2.389** Priority creditor's name and mailing address

**CARROLL, DELAUNTE A.**
**5605 DAUNDALK DR**
**Oxon Hill, MD 20745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

Unknown    Unknown

---

**2.390** Priority creditor's name and mailing address

**CARROLL, IAN M.**
**3652 WESCOTT HILLS DRIVE**
**Saint Paul, MN 55123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

Unknown    Unknown

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| --- | --- | --- | --- |
| | Name | | |

| 2.391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| --- | --- | --- | --- | --- |

**Carroll, Madison**
**808 1/2 Oak**
**New Haven, IN 46774**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| --- | --- | --- | --- | --- |

**Carson, Kayla L.**
**8208 Utah Court North**
**Brooklyn Park, MN 55445**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| --- | --- | --- | --- | --- |

**CARSTENSEN, ALEXA**
**7901 SOUTH 97TH BAY**
**Lincoln, NE 68526**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| --- | --- | --- | --- | --- |

**CARTAGENA, CECILIA**
**6341 Zane Ave N**
**Apt 202**
**Minneapolis, MN 55429**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.395** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown

**CARTER, DEMARCO**
**217 S WESTERN**
**Sioux Falls, SD 57104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.396** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown

**CARTER, DENE**
**3410 BRINKLEY RD**
**201**
**Temple Hills, MD 20748**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.397** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown

**CARTER, JAQUANDRA R.**
**4509 23RD PKWY**
**204**
**Temple Hills, MD 20748**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.398** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown

**CARTER, MADISON L.**
**5021 N 129TH ST**
**Omaha, NE 68164**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CARTER, RACHEL**
**13546 PANOLA DR**
**Lindstrom, MN 55045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CARUTHERS, SHANICE**
**2202 TELEGRAPH ROAD**
**Davenport, IA 52804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CARUTHERS, SHANICE**
**2202 TELEGRAPH ROAD**
**Davenport, IA 52804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CASAS, JOSE C.**
**527 FIFTH ST**
**Winnetka, IL 60093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.403** | Priority creditor's name and mailing address

**CASSADY, SEAN J.**
**337 S MARIAS AVE**
**Clawson, MI 48017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.404** | Priority creditor's name and mailing address

**Cassens, George D.**
**1879 Pelican Court**
**Troy, MI 48084**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.405** | Priority creditor's name and mailing address

**Cassidy, Brendan W.**
**607 Thunderbird Court**
**Saint Louis, MO 63107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.406** | Priority creditor's name and mailing address

**CASTILHO, PHILIPE K.**
**5990 NW 104 CT**
**Miami, FL 33178**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CASTILLI AYALA, JOSE NOEL N.**
**31316 E IRVINNG AVENUE**
**Apt A**
**Madison Heights, MI 48071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CASTILLO, ALBERTO**
**3205 HARBOR LN APT 4**
**Minneapolis, MN 55447**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CASTILLO, ANGEL M.**
**2621 Arlington Dr**
**Apt 103**
**Alexandria, VA 22306**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Castro, Alexander**
**1208 Sylvia Drive**
**Troy, MI 48083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Caudle, Lyndsi**
**120 N 61st Terrace**
**Kansas City, KS 66102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Caughhorn, Ashley A.**
**2124 Grantwood**
**Toledo, OH 43613**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CAVANAUGH, KAYLIE E.**
**2204 S. ROOSEVELT AVE**
**Sioux Falls, SD 57106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CAYLER, CRAIG A.**
**2000 21ST AVE SOUTH**
**106**
**Fargo, ND 58103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Ceballos, Daniel**
**5033 S. 20th Street #18**
**Omaha, NE 68127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**CEDILLO, JOSE**
**WALDO ST**
**Detroit, MI 48210**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Celeste, Creston T.**
**7601 NW Pampas Lane**
**Kansas City, MO 64152**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Cepeda, Enrique**
**7465 W 144th St**
**Savage, MN 55378**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.419** | Priority creditor's name and mailing address

**CERBANTES, CECILIA**
**204 E BROADWAY ST**
**South Bend, IN 46601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    Unknown**

---

**2.420** | Priority creditor's name and mailing address

**CERDA MORTON, MARIA**
**217 TANGLEWOOD CT**
**Nashville, TN 37211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    Unknown**

---

**2.421** | Priority creditor's name and mailing address

**CERESO CORTES, CARLOS**
**5710 BOSSEN TERRACE**
**Apt 6**
**Minneapolis, MN 55417**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    Unknown**

---

**2.422** | Priority creditor's name and mailing address

**CERESO CORTES, JUAN**
**55 W 96TH ST**
**Minneapolis, MN 55420**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CERNOSEK, KRYSTA L.**
**1175 LANCASTER CT**
**Hoffman Estates, IL 60169**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Cestarys Rodriguez, Miguel A.**
**120 S Testa Dr**
**Apt 103**
**Naperville, IL 60540**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CHAMPION, MELISSA**
**2812 OAK GROVE LANE**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CHANDLER, LYDIA R.**
**3816 106TH ST**
**APT 60  BLDG 8**
**Urbandale, IA 50322**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.427** | Priority creditor's name and mailing address

**CHAPEL, RICHARD L.**
**2612 CLEARWATER RD**
**Saint Cloud, MN 56304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.428** | Priority creditor's name and mailing address

**CHAPPELL, CLINT O.**
**137 WEDGEWOOD DR**
**Apt 1**
**Lincoln, NE 68510**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.429** | Priority creditor's name and mailing address

**Charles, Christopher**
**156 Franklin Street**
**Weirton, WV 26062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.430** | Priority creditor's name and mailing address

**CHARLEY, EDWARD A.**
**997 FORSYTHE ROAD**
**Carnegie, PA 15106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

---

| 2.431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**CHARLTON, AMANDA**
**71 LONGMORE AVENUE**
**Mc Kees Rocks, PA 15136**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**CHARLTON, RYAN J.**
**505 S SUMMIT DRIVE**
**Washington, IL 61571**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**CHAVARRIA, LUIS F.**
**4620 MEREDITH ST APT 1**
**Lincoln, NE 68506**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**CHAVEZ  QUEVEDO, JOSE I.**
**2725 PLEASANT AVE S**
**302**
**Minneapolis, MN 55408**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

**2.435** | Priority creditor's name and mailing address

**CHAVEZ, ADA**
**7560 MELROSE AVE**
**Saint Louis, MO 63130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.436** | Priority creditor's name and mailing address

**Chavez, Anahi G.**
**5305 Twana Drive #4**
**Des Moines, IA 50310**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.437** | Priority creditor's name and mailing address

**CHAVEZ, FELIX**
**12906 S BROOKFIEL ST APT A**
**Olathe, KS 66062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.438** | Priority creditor's name and mailing address

**CHAVEZ, MARIAH J.**
**8323 TAUROMEE AVENUE**
**Kansas City, KS 66112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**   **Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CHAVEZ, SARAH A.**
**13811 ELM STREET**
**Orland Park, IL 60462**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CHAVEZ-ABONZA, DAISY**
**13115 S BROUGHAM DR**
**Olathe, KS 66062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Chenevert, Antoinette M.**
**3842 Rivard Street**
**Detroit, MI 48207**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CHERRY, JORDAN**
**1047 5TH ST. E**
**Unit 2**
**Saint Paul, MN 55106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CHERRY, MADISON**
**1325 HUNTERS RIDGE WEST**
**Hoffman Estates, IL 60192**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CHESHIER, AMANDA S.**
**15621 W. 140TH TERR.**
**Olathe, KS 66062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CHETTLE, LOGAN**
**1510 GREENMOUNT AVENUE**
**Pittsburgh, PA 15216**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CHILES, DANYELLE R.**
**10108 NW RIVER HILLS DR**
**Kansas City, MO 64152**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.447** | Priority creditor's name and mailing address

**CHILES, ISAAC R.**
**13977 81ST AVE N**
**Osseo, MN 55311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.448** | Priority creditor's name and mailing address

**CHISM, JESSICA L.**
**625 WINDSOR HARBOR RD**
**Imperial, MO 63052**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.449** | Priority creditor's name and mailing address

**CHMELKA, MICHAEL J.**
**3915 N 69TH APT 5**
**Lincoln, NE 68507**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.450** | Priority creditor's name and mailing address

**CHOLETTE, MICHAEL J.**
**1289 DORRE**
**Troy, MI 48083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
|        | Name                             |                        |          |

| 2.451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**CHOMIC, SAMUEL R.**
**231 FIELDING ST**
**Apt A**
**Ferndale, MI 48220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**CHRISTENSEN, JENNIFER L.**
**1205 ASPEN COURT**
**Farmington, MN 55024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Christensen, Mackenzie S.**
**227 7th Avenue S. #2**
**Saint Cloud, MN 56301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**CHRISTIAN, ABIGAIL M.**
**4475 PIMLICO DRIVE**
**304**
**Fort Wayne, IN 46845**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

---

**2.455** | Priority creditor's name and mailing address

**CHRISTIANSON, HARLEY E.**
**4016 S SERTOMA AVE**
**Sioux Falls, SD 57106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.456** | Priority creditor's name and mailing address

**CHRISTOFFERSON, CASSANDRA**
**340 13TH AVE E**
**West Fargo, ND 58078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.457** | Priority creditor's name and mailing address

**CHRISTY, BRIELLE**
**1327 JEFFERSON ST NE**
**Minneapolis, MN 55413**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.458** | Priority creditor's name and mailing address

**CHUNING, LEAH M.**
**2407 NE 43RD ST**
**Apt 4**
**Kansas City, MO 64116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number *(if known)* | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**2.459** | Priority creditor's name and mailing address

**CIELO, GREGORIO**
**1119 UNIVERSITY**
**Peoria, IL 61606**

As of the petition filing date, the claim is:                                **Unknown**        **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.460** | Priority creditor's name and mailing address

**CIESIOLKA, MELISSA N.**
**4246 WIMBLETON CT**
**Apt E**
**South Bend, IN 46637**

As of the petition filing date, the claim is:                                **Unknown**        **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.461** | Priority creditor's name and mailing address

**CILIA, NATHAN R.**
**10554 MICHAEL DRIVE**
**Palos Hills, IL 60465**

As of the petition filing date, the claim is:                                **Unknown**        **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.462** | Priority creditor's name and mailing address

**Cimino, Stephan**
**6570 Deer Isle Drive**
**Cherry Valley, IL 61016**

As of the petition filing date, the claim is:                                **Unknown**        **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.463** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**CIMO, LESLIEE A.**
**1008 PINE ST**
**Fox River Grove, IL 60021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.464** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Claes, Elizabeth J.**
**220 Clymer Rd. #1**
**Hiawatha, IA 52233**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.465** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Clark, Adam R.**
**104 Oak Place**
**Eudora, KS 66025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.466** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**CLARK, AUSTIN J.**
**705 BUCKEYE DR**
**Hoffman Estates, IL 60169**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.467** | Priority creditor's name and mailing address

**CLARK, JHAQUINN**
**7974 AUDUBON AVE**
**102**
**Alexandria, VA 22306**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.468** | Priority creditor's name and mailing address

**Clark, Katelyn**
**6910 Riverton Drive**
**Fort Wayne, IN 46825**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.469** | Priority creditor's name and mailing address

**CLARK, RANDY D.**
**523 54TH AVE N #51A**
**Saint Cloud, MN 56303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.470** | Priority creditor's name and mailing address

**CLARK, RYAN D.**
**506 DUNREATH DR**
**Cedar Rapids, IA 52402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.471** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**CLARK, SAMUEL A.**
**8102 N ILLINOIS ST**
**Indianapolis, IN 46260**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.472** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**CLARK, TIFFANY V.**
**19450 Steel**
**Detroit, MI 48235**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.473** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**CLARKE, BRIANNA R.**
**15556 Foghorn Lane**
**Saint Paul, MN 55124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.474** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**CLARKE, DARRAH L.**
**3835 128TH ST. N**
**Urbandale, IA 50323**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CLARKE, ELLA R.**
**4205 PHILIP WAY**
**Fort Wayne, IN 46815**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CLARKE, LILLIAN I.**
**4205 PHILIP WAY**
**Fort Wayne, IN 46815**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CLARKSON-STITES, AMY M.**
**37600 HIXFORD PL**
**D-8**
**Westland, MI 48185**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CLASPILL, JEANNETTE**
**4219 MT VERNON RD SE**
**Cedar Rapids, IA 52403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
|        | Name                             |                        |          |

---

**2.479** | Priority creditor's name and mailing address

**COATES-YOUNG, PAUL**
**4155 SMALLWOOD CHURCH RD**
**Indian Head, MD 20640**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.480** | Priority creditor's name and mailing address

**COATS, CHAD T.**
**816 E 23RD AVE**
**Kansas City, MO 64116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.481** | Priority creditor's name and mailing address

**COATS, MARTEL I.**
**10762 DUPREY**
**Detroit, MI 48224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.482** | Priority creditor's name and mailing address

**COBB, DAVID W.**
**903 JOANNE DR**
**Minooka, IL 60447**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.483** | Priority creditor's name and mailing address

**COBENAIS, KELSEY L.**
**1501 7TH AVE S**
**302**
**Saint Cloud, MN 56301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**     **Unknown**

---

**2.484** | Priority creditor's name and mailing address

**COBO MATOM, JOSE**
**3201 CALISLE ST NE**
**Cedar Rapids, IA 52402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**     **Unknown**

---

**2.485** | Priority creditor's name and mailing address

**COCHRAN, JESSICA J.**
**7131 CODY ST**
**Shawnee, KS 66203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**     **Unknown**

---

**2.486** | Priority creditor's name and mailing address

**COCKRUM, CHRISTIAN A.**
**1217 ACCOKEEK LANDING DRIVE**
**Accokeek, MD 20607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**     **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CODNER, KYLE R.**
**7800 ILTIS DR**
**78**
**Urbandale, IA 50322**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**COLBURN, NICHALEE**
**580 CIMARRON**
**Lake Elmo, MN 55042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**COLE, HILARY J.**
**1025 WESTVIEW DR**
**Marion, IA 52302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**COLE, JUSTIN**
**202 BONNACLIFFCT**
**Hermitage, TN 37076**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.491** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**COLE, ROBERT**
**3135 MULLBERRY**
**Toledo, OH 43608**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.492** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**COLEMAN, MARVIN**
**14720 S CENTRAL**
**Apt. D-106**
**Oak Forest, IL 60452**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.493** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**COLEY, DANA**
**2106 Barrowfield Rd**
**Fort Washington, MD 20744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.494** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**COLLIER, COYLE J.**
**6165 BUNT DR**
**Fort Wayne, IN 46816**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com |

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.495** | Priority creditor's name and mailing address

**COLLINS, KELLY M.**
**811 37TH AVE N**
**Fargo, ND 58102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.496** | Priority creditor's name and mailing address

**COLLINS, KELLY M.**
**811 37TH AVE N**
**Fargo, ND 58102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.497** | Priority creditor's name and mailing address

**COLLINS, PATRICK T.**
**22837 ROSALIND AVE**
**Eastpointe, MI 48021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.498** | Priority creditor's name and mailing address

**COLON, DANIEL**
**8503 N Cosby Ave**
**Apt R26**
**Kansas City, MO 64154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**COLON, ERIC**
**9723 S KEELER AVE**
**105**
**Oak Lawn, IL 60453**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**COLON, ESTUARDO**
**5334 NE ANTIOCH RD**
**Kansas City, MO 64119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**COLON, SERGIO**
**8718 N HELENA AVE**
**Apt C380**
**Kansas City, MO 64154**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**COLORADO BATRES, VICTORINO
A.**
**2930 N ST**
**Apt 3**
**Lincoln, NE 68510**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor **Granite City Food & Brewery Ltd.**

Name

Case number (if known) **19-43756**

| 2.503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**COMPTON, ANGIE J.**
**8032 Bienville Dr**
**Apt 201**
**Nashville, TN 37211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**COMPTON, JACOB E.**
**12410 LIGHTHOUSE WAY DRIVE**
**#H**
**Saint Louis, MO 63141**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Compton, Jacob E.**
**2340 Layfayette Avenue, Apt 3F**
**Saint Louis, MO 63104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CONARD, TRANAE**
**1382 SILVERDALE CIRCLE**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CONDON, ALYSSA R.**
**2709 SCHOOL DR**
**Rolling Meadows, IL 60008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CONKLE, MACKENZY L.**
**2294 S MADISON RD**
**Beloit, WI 53511**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CONNELL, BAILEY M.**
**807 8TH CT. E.**
**Donahue, IA 52746**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CONNELL, WILLIAM A.**
**5008 Aldrich Ave. N.**
**Minneapolis, MN 55430**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

| 2.511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CONNER, APRIL K.**
**26921 Dumbarton Ct.**
**Elkhart, IN 46514**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CONNER, CORISA K.**
**26921 DUMBARTON CT**
**Elkhart, IN 46514**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CONNER, FREDERICK**
**7513 ROSA PARKS**
**Detroit, MI 48206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CONTRERAS, GABRIELLA C.**
**2822 WEST HAYES ST**
**Peoria, IL 61605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.515** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**CONTRERAS, LUIS M.**
**3631 HOCTOR BLVD**
**Omaha, NE 68108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.516** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**COOK, CARLY**
**818 N 77TH ST.**
**Omaha, NE 68114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.517** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**COOK, RACHEL M.**
**1546 Spring Bay Rd**
**Unit 6**
**East Peoria, IL 61611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.518** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**COON, PARKER J.**
**1995 25TH AVENUE**
**Marion, IA 52302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.519** Priority creditor's name and mailing address

**COOPER, BOBBIRHEA B.**
**32413 VAN DOVER**
**Saint Clair Shores, MI 48082**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.520** Priority creditor's name and mailing address

**COPELAND, HARLEY**
**1208 SW SPEAS DR**
**Blue Springs, MO 64014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.521** Priority creditor's name and mailing address

**Corbett, Rickey**
**600 Kenilworth Ter #628**
**Washington, DC 20019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.522** Priority creditor's name and mailing address

**Corby, Abigail**
**742 Huffine Manor Circle**
**Franklin, TN 37067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

---

**2.523** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**CORDOBA-WILSON, ABENICIO**
**1361 SQUIRE DRIVE**
**Apt 3**
**South Bend, IN 46637**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.524** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**CORK, KELSEY L.**
**2315 BENJAMIN ST. NE**
**Minneapolis, MN 55418**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.525** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**CORMICAN, CASSIDY L.**
**701 7th Avenue South**
**#5**
**Saint Cloud, MN 56301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.526** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**CORNELL, CASEY R.**
**1965 SILVER BELL RD**
**Unit 315**
**Saint Paul, MN 55122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.527** | Priority creditor's name and mailing address

**CORNER, TARYN N.**
**25767 GROVE LN**
**Warrenville, IL 60555**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.528** | Priority creditor's name and mailing address

**CORPUS, GABRIELLE**
**14080 HARRISON ROAD**
**Grand Rapids, OH 43522**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.529** | Priority creditor's name and mailing address

**Corrigan, Krista J.**
**737 LARPENTEUR AVE E #B**
**Saint Paul, MN 55117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.530** | Priority creditor's name and mailing address

**CORRIGAN, MATTHEW E.**
**3590 RIVER RD SE**
**Clear Lake, MN 55319**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.531** | Priority creditor's name and mailing address

**CORRIGAN, SEAN P.**
**4083 DIAMOND DR**
**Saint Paul, MN 55122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.532** | Priority creditor's name and mailing address

**CORTADA, KELLY E.**
**15827 SW 61 ST**
**Miami, FL 33193**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.533** | Priority creditor's name and mailing address

**CORTES QUEVEDO, CELESTINO**
**7720 4TH Ave S #305**
**Minneapolis, MN 55423**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.534** | Priority creditor's name and mailing address

**Cortes, Jesus**
**9719 Tennyson Ct.**
**Saint Louis, MO 63114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.535** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Cortez, Javier**
**1101 Iroquois #2227**
**Naperville, IL 60563**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.536** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**COSTELLO, GABRIELLE**
**130 E 900 N**
**Decatur, IN 46733**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.537** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**COTHAM, ANTHONY**
**500 PRINCE ST**
**Pekin, IL 61554**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.538** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**COTHRAN, FRANCES B.**
**7046 N. OLIVE**
**#F**
**Kansas City, MO 64118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| --- | --- | --- | --- |
| | Name | | |

---

**2.539** | Priority creditor's name and mailing address

**COTTOM, TYMIKIA**
**11106 CAPTAINS VIEW LANE**
**Fort Washington, MD 20744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.540** | Priority creditor's name and mailing address

**Coulter, Alyssa**
**3412 Seward Avenue**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.541** | Priority creditor's name and mailing address

**COUTINO, MARIA DE JESSUS J.**
**1 GARDEN GLAND**
**Saint Paul, MN 55128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.542** | Priority creditor's name and mailing address

**COVINGTON, STEVE M.**
**5911 N UNIVERSITY ST**
**Peoria, IL 61614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.543** | Priority creditor's name and mailing address

**COX, MARY E.**
**821 PEMBERTON DR**
**Fort Wayne, IN 46805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.544** | Priority creditor's name and mailing address

**Cox, Rebecca L.**
**3217 Holland Lane**
**Nashville, TN 37218**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.545** | Priority creditor's name and mailing address

**CRAIN, ALEXANDRA**
**3440 Turfway Lane**
**Antioch, TN 37013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.546** | Priority creditor's name and mailing address

**CRANDALL, JENNIFER A.**
**118 27th Ave N**
**Saint Cloud, MN 56303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Crandall, Kayla M.**
**4604 Blystone Valley Drive**
**Maumee, OH 43537**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CRANE, JEFFERY S.**
**16476 Dodd Lane**
**Lakeville, MN 55044**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CRAWFORD, NATHAN**
**1320 17TH AVE S**
**Moorhead, MN 56560**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CRIPE, HALEY**
**3201 PORTAGE BLVD.**
**29**
**Fort Wayne, IN 46802**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.551** | Priority creditor's name and mailing address | | Unknown | Unknown

**CRISS, JONATHAN C.**
**2345 IDLEWOOD DRIVE**
**Indianapolis, IN 46240**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.552** | Priority creditor's name and mailing address | | Unknown | Unknown

**CRISTIANY, POLETTE**
**4157 JAMES AVE N**
**Minneapolis, MN 55412**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.553** | Priority creditor's name and mailing address | | Unknown | Unknown

**CRONEN, NATALIE T.**
**9283 ORIOLE LANE**
**Monticello, MN 55362**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.554** | Priority creditor's name and mailing address | | Unknown | Unknown

**CROSBY, LORENZO T.**
**2619 ABBEY DR**
**Apt 3**
**Fort Wayne, IN 46835**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.555** | Priority creditor's name and mailing address

**CROSS, ABIGAIL A.**
**2608 54TH STREET**
**Des Moines, IA 50310**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**      **Unknown**

---

**2.556** | Priority creditor's name and mailing address

**CROXTON, CHLOE D.**
**2409 WEST 67TH STREET**
**Davenport, IA 52806**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**      **Unknown**

---

**2.557** | Priority creditor's name and mailing address

**CROXTON, CHLOE D.**
**2409 WEST 67TH STREET**
**Davenport, IA 52806**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**      **Unknown**

---

**2.558** | Priority creditor's name and mailing address

**CRUZ, EVANGELINA S.**
**700 W MEADE BLVD**
**32**
**Franklin, TN 37064**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**      **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.559** Priority creditor's name and mailing address

**CRUZ, LUIS A.**
**9388 Home Circle**
**Des Plaines, IL 60016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.560** Priority creditor's name and mailing address

**CRUZ, MARISOL**
**5519 INLAND DR**
**Kansas City, KS 66106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.561** Priority creditor's name and mailing address

**CRUZ, MELANIE N.**
**11137 PLUMBROOK RD**
**Sterling Heights, MI 48312**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.562** Priority creditor's name and mailing address

**CRUZ, NAYELI**
**1031 S. 28 ST**
**Omaha, NE 68105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CRUZ, OLIVER**
**1304 WEST BRANCH RD**
**Winnetka, IL 60093**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CUAHUIZO, ODILON**
**1029 E Behrends Ave**
**Peoria, IL 61603**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CUBA, KIRSTIN**
**2238 ORCHARD ST**
**Apt 1**
**Lincoln, NE 68503**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CUCCARO, MARIA A.**
**101 FOXWOOD DR**
**Clinton, PA 15026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.567** | Priority creditor's name and mailing address

**CULLEN, COURTNEY M.**
**2327 CLIFTON FORGE DR**
**Saint Louis, MO 63131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.568** | Priority creditor's name and mailing address

**CUNDIFF, CRAIG A.**
**3701 MONTICELLO**
**Cleveland, OH 44121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.569** | Priority creditor's name and mailing address

**CUNNINGHAM, TIMOTHY D.**
**12422 MAGNOLIA ST**
**Minneapolis, MN 55448**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.570** | Priority creditor's name and mailing address

**CURRIE, DELILIAH**
**5928 FREEMAN AVE**
**Kansas City, KS 66102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.571**  Priority creditor's name and mailing address

**CURRY, ERIC E.**
**372 ABBEDALE CT**
**Carmel, IN 46032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.572**  Priority creditor's name and mailing address

**CUTLER, AJ M.**
**1302 WILLOWBROOK DR**
**Saint Louis, MO 63146**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.573**  Priority creditor's name and mailing address

**CYRKIEL, NICHOLAS**
**6230 W. 64TH PL.**
**1GW**
**Chicago, IL 60638**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.574**  Priority creditor's name and mailing address

**CZAPLEWSKI, DAVID**
**6S330 GREENWICH COURT**
**Naperville, IL 60540**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.575** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**CZYZ, ELENA**
**2850 SWIFT AVENUE**
**202**
**Kansas City, MO 64116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.576** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**DAGGETT, KEVIN M.**
**1217 S NORTON AVE**
**Sioux Falls, SD 57105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.577** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**DAHLE, MARGARET M.**
**620 10th Avenue North**
**Fargo, ND 58102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.578** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**DAILEY, PATRICK R.**
**8507 NW WINTER AVE**
**Kansas City, MO 64153**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
| --- | --- | --- | --- |
| | Name | | |

**2.579** Priority creditor's name and mailing address

**Dale-Derks, Thomas J.**
**2 Union Way**
**Saint Charles, MO 63303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.580** Priority creditor's name and mailing address

**DALTON, AARION**
**8854 CARRIAGE DR**
**Lenexa, KS 66215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.581** Priority creditor's name and mailing address

**DALTON, PATRICIA**
**9219 Prest**
**Detroit, MI 48228**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.582** Priority creditor's name and mailing address

**Dalton, Patricia**
**9219 Prest**
**Detroit, MI 48228**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.583** Priority creditor's name and mailing address

**DALY, BETSY A.**
**3563 BLUE JAY WAY**
**207**
**Saint Paul, MN 55123**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown      Unknown**

---

**2.584** Priority creditor's name and mailing address

**Daly, Eileen T.**
**14408 S. Blackfeather Drive**
**Olathe, KS 66062**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown      Unknown**

---

**2.585** Priority creditor's name and mailing address

**DALY, JOSHUA T.**
**7606 BORMAN WAY**
**Inver Grove Heights, MN 55076**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown      Unknown**

---

**2.586** Priority creditor's name and mailing address

**DALZIEL, TAYLOR**
**16632 W 144TH ST**
**Olathe, KS 66062**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown      Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**DAMEWOOD, HALIEY N.**
**3032 SOUTH HAMPTON DRIVE**
**Bettendorf, IA 52722**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**DAMMEN, ANNA M.**
**112 TYLER COURT**
**Saint Stephen, MN 56375**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**DANGANAN, ROBERT M.**
**12549 LIGHTHOUSE WAY**
**Saint Louis, MO 63141**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**DANIEL, ELIZABETH R.**
**303 N SUMMIT AVE**
**Sioux Falls, SD 57104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.591** | Priority creditor's name and mailing address

**Daniels, Jordan**
**14039 Woodside St**
**Livonia, MI 48154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.592** | Priority creditor's name and mailing address

**DANIELS, KEVIN**
**1125 29TH ST. N.E.**
**Cedar Rapids, IA 52402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.593** | Priority creditor's name and mailing address

**DARNELL, THOMAS**
**4503 BURDETTE STREET**
**Omaha, NE 68111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.594** | Priority creditor's name and mailing address

**DARRELL, CRYSTAL**
**7041 N BALES AVE**
**115**
**Kansas City, MO 64119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**DASE - FORTNER, COURTLAND**
**1114 BROADWAY ST.**
**Apt B**
**Pekin, IL 61554**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**DAUGHERTY, DEBORIA N.**
**7212 CIMMARON ASH CT**
**Clinton, MD 20735**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**DAVIS, AIRENLAREE**
**240 EAST GRAND BLVD**
**Detroit, MI 48207**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**DAVIS, ALFRED**
**724 WEST 15TH STREET**
**Davenport, IA 52804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.599** | Priority creditor's name and mailing address

**DAVIS, ANDREA**
**1231 S 121ST PLZ**
**111**
**Omaha, NE 68144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.600** | Priority creditor's name and mailing address

**DAVIS, BRANDI**
**2501 N 87TH ST E**
**Apt E**
**Lincoln, NE 68507**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.601** | Priority creditor's name and mailing address

**Davis, Calvin L.**
**270 Courtney Ct.**
**Northville, MI 48167**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.602** | Priority creditor's name and mailing address

**DAVIS, CONNOR L.**
**14212 W 124TH TERR**
**Olathe, KS 66062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.603** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**DAVIS, DANIELLE**
**228 EAST ELMHURST**
**Pittsburgh, PA 15220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.604** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**DAVIS, JASMIN**
**811 NORTH 70TH STREET**
**Kansas City, KS 66112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.605** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**DAVIS, JOHN**
**972 EDGERTON**
**Saint Paul, MN 55130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.606** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**DAVIS, MOLLY**
**709 N HAY LAKE RD**
**Saint Paul, MN 55123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

DAVIS, TIMOTHY J.
11013 LAFAYETTE PLZ
Omaha, NE 68154

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

DAVY, ASHLEY
266 ASPEN LANE
Highland Park, IL 60035

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

DAYS, TEHRYN
5701 HALFMOON COURT
Waldorf, MD 20603

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

DE COSS HERNANDEZ, DIMAS
2114 FOREST AVE
Des Moines, IA 50311

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.611** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**DE JESUS PEREZ, INGRID**
**1213 Hudson**
**Peoria, IL 61604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.612** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**DE LA CRUZ, ESTHER**
**14445 S Ravinia Ave**
**Apt 1E**
**Orland Park, IL 60462**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.613** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**DE LA FUENTE, LEOBARDO**
**12908 S RAMSGATE DR**
**Apt A**
**Olathe, KS 66062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.614** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**DE LA ROSA, JACQUELINE**
**1861 39TH ST S**
**302**
**Fargo, ND 58103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.615** | Priority creditor's name and mailing address

**DE ORTEGA, EVELYN**
**604 S. Williams Ave**
**Apt 7**
**Sioux Falls, SD 57105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.616** | Priority creditor's name and mailing address

**DEA, CASEY**
**2270 13TH AVE. E.**
**Saint Paul, MN 55109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.617** | Priority creditor's name and mailing address

**Deal, Paige**
**8277 S. Quartermoon Drive**
**Pendleton, IN 46064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.618** | Priority creditor's name and mailing address

**DECANINI, KATRINA**
**18747 INNSBROOK DR**
**Apt 1**
**Northville, MI 48168**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.619** | Priority creditor's name and mailing address

**DECHAINE, COURTNEY**
**2000 High Street**
**Des Moines, IA 50309**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.620** | Priority creditor's name and mailing address

**DEE, ANTHONY D.**
**5310 N EUCLID**
**Unit 716**
**Saint Louis, MO 63115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.621** | Priority creditor's name and mailing address

**DEETER, BRAD**
**8808 CHELTENHAM ROAD**
**Indianapolis, IN 46256**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.622** | Priority creditor's name and mailing address

**DEGANTE, GUADALUPE**
**915 N 48TH ST**
**Apt #2**
**Omaha, NE 68132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**DELACERDA, RICARDO**
**1724 L ST**
**4F**
**Lincoln, NE 68508**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**DeLaFuente, Leobardo**
**12908 S. Ramsgate Drive, Apt.**
**Olathe, KS 66062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Delgadillo, Lara, Juan F.**
**6630 Cody Drive #4104**
**West Des Moines, IA 50266**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**DELGADO AVALOS, JUAN**
**10024 BRECKENRINGE RD**
**Saint Ann, MO 63074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**DELGADO, CARLOS**
**2276 NICHOLS RD**
**2D**
**Arlington Heights, IL 60004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| 2.628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**DELGADO, GABRIEL**
**904 9TH ST**
**Winnetka, IL 60093**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| 2.629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**DELGADO, RAYMUNDO L.**
**2927 WESTBROOK DR**
**410**
**Fort Wayne, IN 46805**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| 2.630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**DELGAISO, AUDREY N.**
**1250 WOODCHASE LN**
**Apt B**
**Chesterfield, MO 63017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.631** | Priority creditor's name and mailing address

**DELL, DANIELLE M.**
**8801 GRACE**
**Utica, MI 48317**

As of the petition filing date, the claim is: **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.632** | Priority creditor's name and mailing address

**Dello Iacono, Dominica F.**
**2211 Abbey Drive #4**
**Fort Wayne, IN 46805**

As of the petition filing date, the claim is: **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.633** | Priority creditor's name and mailing address

**DeLoss Henkler, Robyn G.**
**11990 101st Ave N**
**Osseo, MN 55369**

As of the petition filing date, the claim is: **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.634** | Priority creditor's name and mailing address

**DELOSSANTOS, PRISCILLA**
**3408 W 124TH ST**
**Alsip, IL 60803**

As of the petition filing date, the claim is: **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.635** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

Demoro, Ashley
3923 NW 82nd Street
Kansas City, MO 64151

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.636** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

Depasse, Riva L.
736 Wenzell Avenue
Pittsburgh, PA 15216

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.637** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

Deren, David M.
2850 Southampton Drive #113
Rolling Meadows, IL 60008

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.638** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

Deschamps, Thomas M.
23031 Purdue Ave.
Farmington, MI 48336

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
|        | Name |  |  |

---

| 2.639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|--|--|--|--|

**DETTMER, TAYLER L.**
**10 SURREY LANE**
**314**
**Grabill, IN 46741**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|--|--|--|--|

**Deutz, Courtney**
**801 University Avenue SE #15**
**Minneapolis, MN 55414**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|--|--|--|--|

**DEWEESE, KARI A.**
**1801 CENTRAL**
**Detroit, MI 48209**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|--|--|--|--|

**Diaz Cedillo, Doris E.**
**4200 56th Ave**
**Bladensburg, MD 20710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.643** | Priority creditor's name and mailing address

**DIAZ, ANGEL A.**
**305 E ELM ST**
**Olathe, KS 66061**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.644** | Priority creditor's name and mailing address

**Diaz, Angel A.**
**305 E. Elm Street**
**Olathe, KS 66061**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.645** | Priority creditor's name and mailing address

**Diaz, Daniel**
**5471 Alexandra Dr**
**Lake in the Hills, IL 60156**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.646** | Priority creditor's name and mailing address

**DIAZ, DARIO**
**619 TAYLOR ST**
**Davenport, IA 52802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**DIAZ, DESTYNA F.**
**211 NORTH 2ND ST.**
**#A**
**Waterville, OH 43566**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**DIAZ, DIANA**
**131 SOUTH HURON DR.**
**Oxon Hill, MD 20745**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Diaz, Dominguez, Luis Fernando**
**7720 4th Avenue South #305**
**Minneapolis, MN 55423**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**DIAZ, EFRAIN**
**9127 ST HWY 25 NE**
**Apt 737**
**Monticello, MN 55362**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
|        | Name                             |                        |          |

---

**2.651** | Priority creditor's name and mailing address

**DIAZ, GERLIN**
**1524 EBURT DR**
**89**
**Columbia, TN 38401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.652** | Priority creditor's name and mailing address

**DIAZ, JORDAN**
**1629 ROOSEVELT RD.**
**Machesney Park, IL 61115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.653** | Priority creditor's name and mailing address

**Diaz, Marcio**
**5621 Delaware Drive**
**Oxon Hill, MD 20745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.654** | Priority creditor's name and mailing address

**DIAZ, MARTA M.**
**7325 MATTHEW ST**
**Fairview, TN 37062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

---

**2.655** | Priority creditor's name and mailing address

**Diaz, Tomas**
**152 KING AVE**
**Dundee, IL 60118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.656** | Priority creditor's name and mailing address

**DIAZ, TRESSA N.**
**3721 BRENTWOOD DR.**
**South Bend, IN 46628**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.657** | Priority creditor's name and mailing address

**DICKERSON, MARISSA L.**
**2099 MARLINDALE RD**
**Cleveland, OH 44118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.658** | Priority creditor's name and mailing address

**DICKMAN, KATIE**
**5624 ELAINE DR**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.659** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**DIEFENBACHER, SAMANTHA**
**6420 ROLLING HILLS DRIVE**
**Fort Wayne, IN 46804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.660** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**DIFIORE, MCKENZIE**
**3001 BRANCH AVENUE**
**825**
**Temple Hills, MD 20748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.661** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**DINKEL, BENJAMIN J.**
**184 Arlene Court**
**Apt A**
**Wheeling, IL 60090**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.662** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**DISSER, RHYAN L.**
**7381 TAOS TRAIL**
**Indianapolis, IN 46219**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| | Name | | |

---

**2.663** | Priority creditor's name and mailing address

**Dixon, Kisha**
**6142 Farrow Avenue #C**
**Kansas City, KS 66104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.664** | Priority creditor's name and mailing address

**DJURASEVIC, ANDRIJANA**
**14619 ALPENA DR**
**Sterling Heights, MI 48313**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.665** | Priority creditor's name and mailing address

**DOBKIN, MICHAEL**
**2715 N. ARLINGTON HEIGHTS RD**
**Arlington Heights, IL 60004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.666** | Priority creditor's name and mailing address

**DOBSON, LAMAR**
**1852 NW 93 TERRACE**
**Miami, FL 33147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**DOEDEN, GRACE S.**
**911 S 3RD ST**
**Beresford, SD 57004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**DOERING, DANA**
**4340 CLEARWATER ROAD**
**204**
**Saint Cloud, MN 56301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**DOLEZAL, JORDAN A.**
**1340 HILLCREST DR**
**203**
**Cuyahoga Falls, OH 44221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Dolge, Kristen M.**
**1400 Laurel Avenue W. #603**
**Minneapolis, MN 55403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.671** | Priority creditor's name and mailing address

**DOMINA, AMY**
**16514 S DORCHESTER P**
**Lockport, IL 60441**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.672** | Priority creditor's name and mailing address

**DOMINGUEZ, LUIS**
**6204 NEBRASKA AVE.**
**Kansas City, KS 66102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.673** | Priority creditor's name and mailing address

**DOMONOSKE, TANNER K.**
**4936 47TH STREET SOUTH**
**Apt 108**
**Fargo, ND 58104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.674** | Priority creditor's name and mailing address

**Donahue, Connor**
**14182 W 138th Terrace**
**Olathe, KS 66062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.675** | Priority creditor's name and mailing address

**Donaldson, Javonte D.**
**4471 Vasey Avenue**
**Marion, IA 52302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.676** | Priority creditor's name and mailing address

**Dormanesh, Carol**
**1624 Florence Road**
**New Cumberland, WV 26047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.677** | Priority creditor's name and mailing address

**DOROW, AMBER**
**920 MULBERRY LANE**
**West Fargo, ND 58078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.678** | Priority creditor's name and mailing address

**DORSETTE, TAMARA R.**
**2328 STANEHOPE**
**Grosse Pointe, MI 48236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.679**

Priority creditor's name and mailing address

**DOSS, RENEE R.**
**1765 EARLHAM RD**
**Winterset, IA 50273**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Unknown        Unknown

---

**2.680**

Priority creditor's name and mailing address

**DOTY, OLIVIA**
**1788 ANDOVER LANE**
**Crystal Lake, IL 60014**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Unknown        Unknown

---

**2.681**

Priority creditor's name and mailing address

**Doty, Taylor M.**
**1633 W. 35th Street**
**Davenport, IA 52806**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Unknown        Unknown

---

**2.682**

Priority creditor's name and mailing address

**DOUANGPANGNA, DONNA**
**2504 PARK DR**
**Saint Cloud, MN 56303**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Unknown        Unknown

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**DOUGLAS, MAYA V.**
**5818 ELDEN DR.**
**Sylvania, OH 43560**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.684 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**DOW, DILLON A.**
**11763 S. ALCAN**
**Building 10**
**Olathe, KS 66062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.685 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**DOWD, ABIGAIL M.**
**105 42ND ST.**
**Des Moines, IA 50312**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.686 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**DOWD, ABIGAIL M.**
**105 42ND ST.**
**Des Moines, IA 50312**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**DOWNEY, KATLYN**
**704 FOX RIDGE RD**
**Eldridge, IA 52748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**DOYLE, SAMONE D.**
**902 RIDGEWOOD DR**
**#4**
**Fort Wayne, IN 46805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**DUAX, KATIE R.**
**723 S CLARK ST**
**Davenport, IA 52802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**DUCKETT, MORGAN P.**
**2343 MILL RACE CT.**
**Holland, OH 43528**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.691** Priority creditor's name and mailing address

**DUFF, DELONTE E.**
**4753 SUMMERTIME DR**
**Oxon Hill, MD 20745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown     Unknown

---

**2.692** Priority creditor's name and mailing address

**Dufoe, Pedro**
**1852 Hutchins Avenue**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown     Unknown

---

**2.693** Priority creditor's name and mailing address

**Duggan, Breanna M.**
**225 4th Avenue SE #205**
**Osseo, MN 55369**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown     Unknown

---

**2.694** Priority creditor's name and mailing address

**DULLUM, DANIEL P.**
**5450 DOUGLAS DR N**
**Apt 324**
**Minneapolis, MN 55429**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown     Unknown

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.695** | Priority creditor's name and mailing address

**Dumas, William D.**
**31775 Kingswoods Sq.**
**Farmington, MI 48334**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.696** | Priority creditor's name and mailing address

**DUNN, ALEXIS N.**
**1147 HAMPSHIRE DR.**
**Canton, MI 48188**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.697** | Priority creditor's name and mailing address

**DUNN, JENNIFER L.**
**8819 NEVADA AVE N**
**Minneapolis, MN 55445**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.698** | Priority creditor's name and mailing address

**DUNN, TANIYA**
**5314 BASS PL SE**
**Washington, DC 20019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.699** Priority creditor's name and mailing address

**DUNNE, KIANDRA M.**
519 1/2 9TH ST
Marion, IA 52302

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown    Unknown**

---

**2.700** Priority creditor's name and mailing address

**DUNNIVANT, BRANDON S.**
500 LYNN CREEK RD
Lynnville, TN 38472

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown    Unknown**

---

**2.701** Priority creditor's name and mailing address

**DUPREE, LESLIE C.**
244 E. 246 ST.
Euclid, OH 44123

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown    Unknown**

---

**2.702** Priority creditor's name and mailing address

**DVORAK, LARA R.**
6723 STATE AVE
Kansas City, KS 66102

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown    Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

---

| 2.703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|--------|--------|--------|--------|

**DYBRO, ANNA H.**
**1246 ISLAND VIEW DRIVE**
**Sherrard, IL 61281**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|--------|--------|--------|--------|

**DYBRO, LAURA E.**
**1246 ISLAND VIEW DRIVE**
**Sherrard, IL 61281**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|--------|--------|--------|--------|

**Earle, Krystle E.**
**6974 Heather Drive**
**Bryans Road, MD 20616**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|--------|--------|--------|--------|

**EASTMAN, COURTNEY**
**11255 Evans St**
**Apt #2**
**Omaha, NE 68164**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**EBERLY, JOSEPH H.**
**20600 CARIS ROAD**
**Bowling Green, OH 43402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.708 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**ECKER, ALEXANDER C.**
**37706 MUNGER DR**
**Livonia, MI 48154**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.709 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**ECKMAN, JENNIFER**
**1635 Zurich Drive**
**Spring Hill, TN 37174**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.710 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**EDDY, ANNMARIE**
**2400 W 93RD ST**
**Minneapolis, MN 55431**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**EDLUND-GIBBONS, MICHAEL**
**1100 EAST DIVISION ST.**
**311**
**Saint Cloud, MN 56304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.712 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**EDMISTON, SHANNA**
**9843 DUTCH CREEK DR**
**Anamosa, IA 52205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.713 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**EDSALL, RYANE**
**1804 West 72nd Street**
**Indianapolis, IN 46260**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.714 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**EDWARDS, SUSAN A.**
**314 CELESTIAL LANE**
**Hixson, TN 37343**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**EGAN, JORDAN R.**
**1082 W LAKE DR**
**Detroit Lakes, MN 56501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**EIDE, MITCHELL D.**
**18131 68TH PLACE NORTH**
**Osseo, MN 55311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**EIDEMILLER, MICHAEL J.**
**38197 SUMMERS ST.**
**Livonia, MI 48154**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**EIDEMILLER, THOMAS**
**38197 SUMMERS ST**
**Livonia, MI 48154**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**EIESLAND, AARON N.**
**1708 4 1/2 AVE NORTH**
**Sauk Rapids, MN 56379**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Eischen, Brandi L.**
**510 Butternut Lane**
**Toledo, OH 43615**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Eischen, Brandi L.**
**5913 Meteor Avenue**
**Toledo, OH 43623**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**EL-GOTHAMY, NADINE**
**7822 CAMPBELL**
**Taylor, MI 48180**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.723** | Priority creditor's name and mailing address

**ELLIS, RYAN T.**
**1911 S. BOEKE ST**
**Kansas City, KS 66103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.724** | Priority creditor's name and mailing address

**ELLISON, RENEE**
**2501 N STREEET**
**206**
**Washington, DC 20019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.725** | Priority creditor's name and mailing address

**ELROD, ALEXUS J.**
**1309 W 85TH STREET**
**Sioux Falls, SD 57108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.726** | Priority creditor's name and mailing address

**ELSER, JESSICA L.**
**16 CHAPELRIDGE CIR**
**Apt D**
**Marion, IA 52302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.727** | Priority creditor's name and mailing address

**ELWELL, BRITTNEY**
**7737 MARTY ST**
**Overland Park, KS 66204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.728** | Priority creditor's name and mailing address

**EMBREE, JENNA**
**8721 NEWLAND AVENUE**
**Oak Lawn, IL 60453**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.729** | Priority creditor's name and mailing address

**ENDSLEY, HAYDEN C.**
**670 Bentley Dr**
**#2**
**Marion, IA 52302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.730** | Priority creditor's name and mailing address

**ENGBERG, CONNOR C.**
**27147 476TH AVE**
**Harrisburg, SD 57032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**ENGEL, CLAYTON**
**4325 10TH AVE S #313**
**Fargo, ND 58103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**ENGLISH, GRACE L.**
**7614 WESTFORD COURT**
**Fort Wayne, IN 46835**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**ENRIQUE, LOUIS E.**
**700 WEST MEADE BLVD**
**Franklin, TN 37064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**ERAZO PALMA, CLAUDIA D.**
**6653 TOWER DRIVE**
**204**
**Alexandria, VA 22306**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.735** Priority creditor's name and mailing address

**ERDNER, NIKI L.**
**52 HATFIELD LANE**
**Canonsburg, PA 15317**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.736** Priority creditor's name and mailing address

**ERICKSON, ANDREW**
**3148 S CHICAGO AVE**
**Superior, WI 54880**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.737** Priority creditor's name and mailing address

**Erickson, Christopher J.**
**608 CENTRAL AVE**
**Osseo, MN 55369**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.738** Priority creditor's name and mailing address

**ERICKSON, ISABEL E.**
**2109 COUNTY HIGHWAY 4**
**Roanoke, IL 61561**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ERICKSON, RONNIE L.**
**4971 BONGARD WAY**
**Inver Grove Heights, MN 55076**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.740 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ernest, Austin C.**
**4556 12th Street S.**
**Moorhead, MN 56560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.741 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ERZINGER, ERIN A.**
**1781 QUEENSBURY CIRCLE**
**Hoffman Estates, IL 60169**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.742 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ESCOBAR JUAREZ, DUNIA**
**1070 N WHEELING RD. APT 1B**
**Mount Prospect, IL 60056**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| | | | Unknown | Unknown |
|---|---|---|---|---|
| 2.743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |

**2.743** Priority creditor's name and mailing address

**Escobedo, Josue**
**43001 Northville Place**
**Apt 2019**
**Northville, MI 48167**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.744** Priority creditor's name and mailing address

**ESLICK, ARLEE T.**
**2201 CREEK DR.**
**Lewisburg, TN 37091**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.745** Priority creditor's name and mailing address

**Espino, Flor**
**228 52nd Street #34**
**West Des Moines, IA 50265**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.746** Priority creditor's name and mailing address

**ESPINOZA JIMENEZ, ARNALDO**
**225 ROCKHURST RD**
**Bolingbrook, IL 60440**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | | Case number *(if known)* | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**2.747** | Priority creditor's name and mailing address

**ESPINOZA, LUIS**
**4505 E BELMONT ST**
**Sioux Falls, SD 57103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.748** | Priority creditor's name and mailing address

**ESTEFANIA, RAUL**
**3367 HILLANDALE RD**
**Apt C**
**Davenport, IA 52806**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.749** | Priority creditor's name and mailing address

**ESTES, NICOLE M.**
**11931 19 MILE RD**
**Sterling Heights, MI 48313**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.750** | Priority creditor's name and mailing address

**ESTRADA, BEATRIZ**
**1914 W GARDEN**
**Peoria, IL 61604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**ESTRADA, CORA M.**
**1845 E FOX ST**
**South Bend, IN 46613**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**ESTRADA, MARIA**
**2000 Upland Dr.**
**Franklin, TN 37067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**EVANS, KATRYNA C.**
**4453 LAKEPOINTE**
**Detroit, MI 48224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**EVANS, KAYLYN T.**
**4453 LAKEPOINTE**
**Detroit, MI 48224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**EWERS, DEANNA N.**
**7014 N OLIVE ST**
**Apt F**
**Kansas City, MO 64118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.756 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**EWING, ALONZO**
**5857 PLYMOUTH AVE**
**Saint Louis, MO 63112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.757 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**FABEAN, MARIAH O.**
**1180 PORTER RD**
**White Lake, MI 48383**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.758 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**FABIANN, RODNEY A.**
**506 CALIFORNIA HOLLOW RD**
**Imperial, PA 15126**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.759** | Priority creditor's name and mailing address

**FAC, LIDIA**
**9111 W52nd st**
**Indianapolis, IN 46234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.760** | Priority creditor's name and mailing address

**FAETH, KATHERINE O.**
**517 RIDGELINE DR**
**Adel, IA 50003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.761** | Priority creditor's name and mailing address

**FAH, SADIE**
**457 INDIAN RD SE**
**Cedar Rapids, IA 52403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.762** | Priority creditor's name and mailing address

**FAIRCHILD, RAYMOND F.**
**133 W. MARKET STREET 292**
**Indianapolis, IN 46204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.763** | Priority creditor's name and mailing address

**FAIST, RYAN M.**
**1330 SQUIRE DRIVE**
**#D**
**South Bend, IN 46637**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.764** | Priority creditor's name and mailing address

**FALK, ALYSIA S.**
**1717 MAIN STREET**
**Aliquippa, PA 15001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.765** | Priority creditor's name and mailing address

**FALKE, JACOB A.**
**302 DICKENS DRIVE**
**Toledo, OH 43614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.766** | Priority creditor's name and mailing address

**FALKMAN, AUSTIN D.**
**13865 88TH COURT NE**
**Elk River, MN 55330**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Farfan, Maura**
**1904 N. 86th Street**
**Kansas City, KS 66112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**FARHAT, IBRAHIM N.**
**920 EVANSTON ST**
**Unit 5**
**Hoffman Estates, IL 60169**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**FARR, DAVID C.**
**7700 CHURCH ST**
**Clear Lake, MN 55319**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**FARR, DAVID C.**
**16244 20th Street**
**Clear Lake, MN 55319**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.771** | Priority creditor's name and mailing address

**FARRELL, BRITTANEY**
**2320 GARDEN PARK DR**
**Fort Wayne, IN 46825**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.772** | Priority creditor's name and mailing address

**Favier, Sharlean**
**10630 Forest Brook Lane #B**
**Saint Louis, MO 63141**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.773** | Priority creditor's name and mailing address

**Feaster, Skylar**
**4632 Brandt Court**
**Fort Wayne, IN 46835**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.774** | Priority creditor's name and mailing address

**FEENEY, JASON E.**
**1535 LOWRIE ST**
**#4**
**Pittsburgh, PA 15212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|--------|----------------------------------|--------------------------|----------|
|        | Name                             |                          |          |

---

**2.775** | Priority creditor's name and mailing address

**FEICHTER, JONATHON D.**
**2307 WAWONAISSA TRAIL**
**Fort Wayne, IN 46809**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.776** | Priority creditor's name and mailing address

**FENICLE, HANNA M.**
**5105 W ST. JAMES DR**
**Sioux Falls, SD 57106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.777** | Priority creditor's name and mailing address

**FENLON, BRANDON**
**440 ASTER LN**
**Hoffman Estates, IL 60169**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.778** | Priority creditor's name and mailing address

**Fenner, Zachery J.**
**4535 Urban Plains Dr**
**Apt 204**
**Fargo, ND 58104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.779** | Priority creditor's name and mailing address

**Fenner, Zachery J.**
**4535 Urban Plains Dr**
**Apt 204**
**Fargo, ND 58104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.780** | Priority creditor's name and mailing address

**FERGUSON, ANTHONY**
**145 DARRINGTON ST. SW**
**Washington, DC 20032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.781** | Priority creditor's name and mailing address

**FERGUSON, DWAYNE**
**16003 SW 72ND TERR**
**Miami, FL 33193**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.782** | Priority creditor's name and mailing address

**FERGUSON, SAMUEL**
**1304 S LAKOTA AVE**
**Brandon, SD 57005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.783** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Fernandez, Lucia**
**2116 Jessica Court**
**Naperville, IL 60540**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.784** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**FERRELL, ERIC D.**
**4719 SCYAMORE**
**Kansas City, MO 64129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.785** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**FERRIGNO, ANDREW**
**3920 WYANDOTTE ST.**
**Kansas City, MO 64111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.786** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**FERRIS, ANDREA E.**
**948 Thomas Ave W**
**Saint Paul, MN 55104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.787** | Priority creditor's name and mailing address

**FEY, MATTHEW**
**740 MILL RUN CIRCLE**
**Saint Paul, MN 55123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.788** | Priority creditor's name and mailing address

**FIELDS, CHARLES R.**
**11713 REDWOOD DRIVE EAST**
**Brandywine, MD 20613**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.789** | Priority creditor's name and mailing address

**FIEWEGER, HALEY R.**
**6830 MAUMEE WESTERN ROAD**
**Maumee, OH 43537**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.790** | Priority creditor's name and mailing address

**FIFE, ELIZABETH M.**
**121 STAMFORD DR.**
**Pittsboro, IN 46167**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.791** | Priority creditor's name and mailing address

**FILGO, KYLE L.**
**2928 DAWN CT**
**Bettendorf, IA 52722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.792** | Priority creditor's name and mailing address

**FINELLO, EMILY R.**
**1070 EWING ROAD**
**Coraopolis, PA 15108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.793** | Priority creditor's name and mailing address

**FINK, MOLLY J.**
**7640 N EVERTON AVE**
**Kansas City, MO 64152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.794** | Priority creditor's name and mailing address

**Finkle, Liam**
**2367 S Lexington Drive #112**
**Mount Prospect, IL 60056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

| 2.795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|-------|---------------------------------------------|-----------------------|---------|---------|
| | **FINKLEA, MACKENZIE**<br>**226 LANDER DR.**<br>**Conway, SC 29526** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.796 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|-------|---------------------------------------------|-----------------------|---------|---------|
| | **Finley, Kayla J.**<br>**1372 W. Minnehaha Parkway #1**<br>**Minneapolis, MN 55419** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.797 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|-------|---------------------------------------------|-----------------------|---------|---------|
| | **Finn, Joshua**<br>**1925 E. 153rd Terrace**<br>**Olathe, KS 66062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.798 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|-------|---------------------------------------------|-----------------------|---------|---------|
| | **FINNEGAN, SEAN P.**<br>**1353 FAIRLANE DRIVE**<br>**Bettendorf, IA 52722** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**FIORE, NATALIE**
**1407 ORCHARD LAKES D**
**Saint Louis, MO 63146**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.800 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**FISCHER-PAUSTIAN, ROBERT A.**
**21450 W 122ND ST**
**Olathe, KS 66061**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.801 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Fisher, Kennedi M.**
**9807 Croom Rd.**
**Upper Marlboro, MD 20772**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.802 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**FITZGERALD, ABBY**
**517 DAWSON AVE**
**Rockford, IL 61107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
|        | Name                             |                        |          |

---

**2.803** | Priority creditor's name and mailing address

**FITZPATRICK, ANISSA M.**
**2440 A AVENUE**
**Marion, IA 52302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.804** | Priority creditor's name and mailing address

**FLEMING, ISABELLA K.**
**1630 HANNAH LANE**
**Waukee, IA 50263**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.805** | Priority creditor's name and mailing address

**FLETCHER, AUSTIN**
**1255 S BYRNE RD**
**A211**
**Toledo, OH 43614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.806** | Priority creditor's name and mailing address

**Fletcher, Faith**
**5006 Powell Avenue**
**Kansas City, KS 66112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**FLETCHER, JOHN K.**
**1627 SE 31 CT**
**Fort Lauderdale, FL 33305**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**FLORES FLORES, ELIEL**
**9270 YALE DR**
**Apt C**
**Indianapolis, IN 46240**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**FLORES, ALEXA**
**11 S LAFAYETTE PL**
**Sioux Falls, SD 57110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Flores, Alfred**
**1339 12th Avenue**
**East Moline, IL 61244**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**FLORES, ELIZETTE**
**2415 F ST.**
**#3**
**Omaha, NE 68107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**FLORES, JAIME**
**630 17th Ave NE**
**Minneapolis, MN 55413**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**FLORES, JOSE**
**8605 Shagbark Ct.**
**Apt 3E**
**Orland Park, IL 60462**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**FLORES, JOSE L.**
**1658 GREENWOOD RD**
**Apt A**
**Glenview, IL 60026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.815** | Priority creditor's name and mailing address

**FLORES, LEAH V.**
**11809 Narcissus St. NW**
**Minneapolis, MN 55433**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.816** | Priority creditor's name and mailing address

**FLORES, RICARDO**
**7100 CHICAGO AVE S**
**Minneapolis, MN 55423**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.817** | Priority creditor's name and mailing address

**FLOREZ, ARTURO**
**2765 SHERWOOD DR**
**Florissant, MO 63031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.818** | Priority creditor's name and mailing address

**FOLIE, CANDACE**
**58700 RAVENWOOD BVLD**
**Apt D**
**Elkhart, IN 46517**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.819** | Priority creditor's name and mailing address

**FORD, BRIANA**
**6850 HEATHWAY CT**
**Bryans Road, MD 20616**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.820** | Priority creditor's name and mailing address

**FORD, TENNICE R.**
**8201 PINE CROSSING CT**
**Fort Washington, MD 20744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.821** | Priority creditor's name and mailing address

**FORGETTE, ANDREA L.**
**2524 ELSIE**
**Toledo, OH 43613**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.822** | Priority creditor's name and mailing address

**FORREST, CARISMA C.**
**2809 BELLBROOK STREET**
**Temple Hills, MD 20748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**FORSGREN, JESSICA S.**
**1310 RANDALL RD**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**FOSTER JR, JAMES**
**12219 CORBETT**
**Detroit, MI 48213**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**FOSTER, DARREL**
**43569 Blacksmith Square**
**Ashburn, VA 20147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**FOSTER, DAVID**
**10234 HIBISCUS DRIVE**
**Orland Park, IL 60462**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

**2.827** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**FOWLER, KURTISS J.**
**219 12ST S**
**201**
**Fargo, ND 58103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.828** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**FRAIRE MUNOZ, RENE M.**
**1301 67TH AVE N**
**205**
**Minneapolis, MN 55430**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.829** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**FRANCIS, CARLEY R.**
**1330 HIDDEN VALLEY DRIVE**
**Bulger, PA 15019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.830** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**FRANCIS, DILLON A.**
**11000 DELAWARE PARKWAY**
**Unit 2207**
**Kansas City, KS 66109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.831** | Priority creditor's name and mailing address

**FRANCIS, JASON S.**
**3121 NW 95ST**
**Apt 3**
**Miami, FL 33147**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**   **Unknown**

---

**2.832** | Priority creditor's name and mailing address

**FRANCOIS, ALEXANDRIA S.**
**5540 LIVINGSTON TERRACE**
**Apt 101**
**Fort Washington, MD 20744**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**   **Unknown**

---

**2.833** | Priority creditor's name and mailing address

**FRANGOULIS, ANGELA M.**
**2920 AMERICAN BEAUTY PL**
**Nanjemoy, MD 20662**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**   **Unknown**

---

**2.834** | Priority creditor's name and mailing address

**FRANK, MADISON L.**
**406 S BLUEGRASS DR**
**Bonner Springs, KS 66012**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**   **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**FRANKLIN, NICHOLAS**
**13830 W 131ST TERRACE**
**Olathe, KS 66062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.836 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**FREDERICK, DAWSON**
**4315 STABLE PATH DRIVE**
**Maumee, OH 43537**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.837 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**FREDLUND, JACOB A.**
**4271 LODGEPOLE DR.**
**Saint Paul, MN 55122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.838 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**FREEMYER, JORDAN M.**
**13450 WRIGHT STREET**
**Omaha, NE 68144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**FREESE, PAIGE**
**15251 GREENHAVEN DR**
**242**
**Burnsville, MN 55306**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**FREIMANIS, ARNOLDS M.**
**270 BERKSHIRE LN**
**Sugar Grove, IL 60554**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Freitag, Royse A.**
**2825 Lexington Avenue No. #B**
**Saint Paul, MN 55113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Friel, John Z.**
**8228 Rosebury Drive**
**Frankfort, IL 60423**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

---

**2.843** | Priority creditor's name and mailing address

**FRIKER, ALANNA**
**2218 BEAUMONT CT**
**Aurora, IL 60502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.844** | Priority creditor's name and mailing address

**FRITZ, ANDREW A.**
**9955 N. BLUE PRAIRIE DR.**
**Whitehouse, OH 43571**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.845** | Priority creditor's name and mailing address

**Fritz, Connor P.**
**29470 John Hauk**
**Garden City, MI 48135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.846** | Priority creditor's name and mailing address

**Fritz, Connor P.**
**29470 John Hauk**
**Garden City, MI 48135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.847** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**FRITZ, GAVIN J.**
**29470 JOHN HAUK**
**Garden City, MI 48135**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.848** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Fritz, Gavin J.**
**29470 John Hauk**
**Garden City, MI 48135**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.849** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Fritz, Sean**
**29470 John Hauk**
**Garden City, MI 48135**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.850** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Fritz, Sean**
**29470 John Hauk**
**Garden City, MI 48135**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.851** | Priority creditor's name and mailing address

**FROMM, CAMERON D.**
**1103 WINTERBERRY LN**
**Metamora, IL 61548**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.852** | Priority creditor's name and mailing address

**FRYE, ANTONIA**
**455 TIMBER RIDGE CT**
**Perrysburg, OH 43551**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.853** | Priority creditor's name and mailing address

**FRYE, TRAVIS N.**
**4128 OAKLAND AVE**
**Minneapolis, MN 55408**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.854** | Priority creditor's name and mailing address

**FUENTES, ISMAEL**
**9103 LUNAR AVE**
**Apt 204**
**Orland Park, IL 60462**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.855** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown

**FUENTES, MARIA**
**2407 N 61 TERR.**
**Kansas City, KS 66104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.856** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown

**FUENTES, SAMARA**
**2211 ABBEY DRIVE**
**Apt 4**
**Fort Wayne, IN 46835**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.857** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown

**FUENTEZ, JACOB J.**
**10704 WAGON TRAIL CT**
**Kansas City, KS 66109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.858** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown

**FULLER, AMANDA**
**813 W. SAINT JAMES ST**
**Peoria, IL 61606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

**2.859** | Priority creditor's name and mailing address

**FULLER, ASHLEY E.**
**14405 CUPPOLA DR**
**Noblesville, IN 46060**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **Unknown**

---

**2.860** | Priority creditor's name and mailing address

**FULLER, ERIC W.**
**15543 Blue Skies St**
**Livonia, MI 48154**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **Unknown**

---

**2.861** | Priority creditor's name and mailing address

**Fullilove, Ciara**
**14167 Greenview**
**Detroit, MI 48223**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **Unknown**

---

**2.862** | Priority creditor's name and mailing address

**FUNES, GLADIS**
**3095 WOOSTER DR**
**Bryans Road, MD 20616**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.863** | Priority creditor's name and mailing address

**FUNSE, KEVIN**
**5014 WHEELER RD**
**Oxon Hill, MD 20745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.864** | Priority creditor's name and mailing address

**Furry, Marisa P.**
**3610 Fox Tail Trail NW**
**Prior Lake, MN 55372**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.865** | Priority creditor's name and mailing address

**GAEBEL, TYLER J.**
**794 MONNENS AVE**
**Shakopee, MN 55379**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.866** | Priority creditor's name and mailing address

**GAITAN, JOSE O.**
**220 N FOSS AVE**
**Sioux Falls, SD 57110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Galbavy, Kyle**
**1828 4th Street**
**Moline, IL 61265**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.868 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Galindo, Mario A.**
**2329 Cass Street**
**Fort Wayne, IN 46808**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.869 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Galindo, Stephen D.**
**39309 Lilly Ct**
**Farmington, MI 48331**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.870 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**GALLATY, JESSICA L.**
**60 15TH AVE NTH**
**97**
**Waite Park, MN 56387**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| --- | --- | --- | --- |
| | Name | | |

| 2.871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| --- | --- | --- | --- | --- |

**2.871**

Priority creditor's name and mailing address

**GALLEGO, YAMILETTE**
**17730 SW 152 AVE**
**Miami, FL 33177**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.872**

Priority creditor's name and mailing address

**GALLO, ARIANA**
**415 CLINES FORD DR**
**Belvidere, IL 61008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.873**

Priority creditor's name and mailing address

**GALLOWAY, JACOB A.**
**5501 WOODLAND AVE**
**West Des Moines, IA 50266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.874**

Priority creditor's name and mailing address

**GALSTAD, RACHEL L.**
**914 6TH AVE S**
**Apt 313**
**Saint Cloud, MN 56301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**GALSTAD, RACHEL L.**
**604 13th Street SE**
**East Grand Forks, MN 56721**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.876 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**GALVEZ, ANTIOCO L.**
**254 BIRMINGHAM ST APT 2**
**Saint Paul, MN 55106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.877 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**GALVEZ, JOSHUA**
**444 N GRAY ST**
**Indianapolis, IN 46201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.878 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Gamboa, Fabiola**
**2908 SE Freedom Drive**
**Grimes, IA 50111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.879** Priority creditor's name and mailing address

**Gammons, Alayna**
**2325 Audrey Manor Court**
**Waldorf, MD 20603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.880** Priority creditor's name and mailing address

**Gandarilla, Brandon**
**87 Conser Street**
**Olathe, KS 66061**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.881** Priority creditor's name and mailing address

**GARAY, ANDREW C.**
**1986 PERSIMMON CT**
**Schaumburg, IL 60193**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.882** Priority creditor's name and mailing address

**GARBETT, DARIAN M.**
**1026 WEDGEWOOD LANE NORTH**
**Saint Paul, MN 55123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.883** | Priority creditor's name and mailing address

**GARCES, RODOLFO**
**5406 CHATEAU APT6**
**Rolling Meadows, IL 60008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.884** | Priority creditor's name and mailing address

**GARCIA PEREZ, ALVARO**
**4941 TAMA ST**
**Apt 1**
**Marion, IA 52302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.885** | Priority creditor's name and mailing address

**Garcia Perez, Arturo**
**4610 Tama Street SE #8**
**Cedar Rapids, IA 52403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.886** | Priority creditor's name and mailing address

**GARCIA, ARMANDO**
**7601 GARRNETT #5**
**Overland Park, KS 66204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.887** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown

**Garcia, Armando**
**7601 Garrnett #5**
**Overland Park, KS 66204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.888** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown

**GARCIA, BESSY E.**
**4805 HENDERSON ROAD**
**Temple Hills, MD 20748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.889** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown

**Garcia, Ernesto**
**2601 University Avenue SE #120**
**Minneapolis, MN 55414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.890** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown

**Garcia, Humberto**
**15 Sierra Circo**
**Olathe, KS 66061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.891** | Priority creditor's name and mailing address

**GARCIA, JAZMYNE**
**1464 W 10TH ST**
**Davenport, IA 52804**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**      **Unknown**

---

**2.892** | Priority creditor's name and mailing address

**GARCIA, JOSE E.**
**6261 OXIN HILL RD**
**301**
**Oxon Hill, MD 20745**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**      **Unknown**

---

**2.893** | Priority creditor's name and mailing address

**GARCIA, JOSE JUAN J.**
**9824 IVELAND DR**
**Saint Louis, MO 63114**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**      **Unknown**

---

**2.894** | Priority creditor's name and mailing address

**GARCIA, JUAN**
**25 11TH AVE. SOUTH**
**Apt 1**
**Waite Park, MN 56387**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**      **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.895** | Priority creditor's name and mailing address

**GARCIA, PATRICIA**
**2908 SE FREEDOM DR**
**Grimes, IA 50111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.896** | Priority creditor's name and mailing address

**GARCIA, PATRICIA**
**2908 SE FREEDOM DR**
**Grimes, IA 50111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.897** | Priority creditor's name and mailing address

**GARCIA, ROBERTO A.**
**802 CONSTITUTION DR APT A**
**Homestead, FL 33034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.898** | Priority creditor's name and mailing address

**GARDNER, CAMDEN**
**223 FRANKLIN ROAD**
**Franklin, TN 37064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**GARDNER, TERMEICE**
**12910 SPRECHER AVE**
**Cleveland, OH 44135**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.900 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**GARDUNO, FELIPE**
**2214 EVERET AVE**
**Kansas City, KS 66102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.901 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**GARLICK, SAVANA**
**923 7TH AVE S**
**Moorhead, MN 56560**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.902 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**GARRETT, THOMAS M.**
**705 32nd Ave NORTH**
**Apt 1**
**Saint Cloud, MN 56303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.903** | Priority creditor's name and mailing address

**GARST, PHOENIX C.**
**12245 S. STRANG LINE CT.**
**401**
**Olathe, KS 66062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.904** | Priority creditor's name and mailing address

**GARZA, ANGELICA**
**233 GROVE STREET**
**Sugar Grove, IL 60554**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.905** | Priority creditor's name and mailing address

**Garza, Francisco R.**
**911 Kenmore RD**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.906** | Priority creditor's name and mailing address

**GARZA, OLIVIA A.**
**2012 PIERCE AVE**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.907** | Priority creditor's name and mailing address

**GARZONY, MIA J.**
**145 GREENLEA DRIVE**
**Coraopolis, PA 15108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.908** | Priority creditor's name and mailing address

**GATZ, BENJAMIN J.**
**12808 S ARAPAHO DR**
**Olathe, KS 66062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.909** | Priority creditor's name and mailing address

**Gauthier, William R.**
**8370 Elmhurst**
**Temperance, MI 48182**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.910** | Priority creditor's name and mailing address

**GAYTAN CINTORA, ANGEL**
**2414 N IDAHO ST**
**Peoria, IL 61604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.911** | Priority creditor's name and mailing address
**GAYTAN CINTORA, JULIAN**
**2414 N IDAHO STREET**
**Peoria, IL 61604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.912** | Priority creditor's name and mailing address
**GAYTAN, CRISTIAN**
**14337 HONORE AVENUE**
**Harvey, IL 60426**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.913** | Priority creditor's name and mailing address
**GAYTAN, JUAN**
**14337 HONORE AVE**
**Harvey, IL 60426**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.914** | Priority creditor's name and mailing address
**GEE, CARLA P.**
**157 FLEET ST**
**PH14**
**Oxon Hill, MD 20745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**GEIBEL, SEAN W.**
**6860 Colfax Ave**
**Lincoln, NE 68507**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.916 | Priority creditor's name and mailing address |
|---|---|

**GEIKEN, SHELBY L.**
**3600 S WILLOW AVE**
**204**
**Sioux Falls, SD 57105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.917 | Priority creditor's name and mailing address |
|---|---|

**GELLER, ERIK M.**
**20692 W. 112TH TERRACE**
**Olathe, KS 66061**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.918 | Priority creditor's name and mailing address |
|---|---|

**GENZLER, BROOKE L.**
**17100 EVENTIDE WAY**
**Farmington, MN 55024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

**2.919** | Priority creditor's name and mailing address

**GEOULEKAS, ANTHONY**
**223 NORTH MAPLE STREET**
**Mount Prospect, IL 60056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.920** | Priority creditor's name and mailing address

**GEPFORD, THOMAS J.**
**911 MASSACHUSETTS ST.**
**C-10**
**Lawrence, KS 66044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.921** | Priority creditor's name and mailing address

**GERTKEN, CHASE**
**1208 SOMERSET BLVD**
**Saint Cloud, MN 56303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.922** | Priority creditor's name and mailing address

**GIANANTONI, AUSTIN A.**
**4808 ESTER DR**
**Fort Wayne, IN 46816**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**GIBSON, TREVOR**
**1900 COLFAX AVE**
**Apt 3**
**Minneapolis, MN 55403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.924 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**GIBSON, VERONICA**
**1827 CENTRE POINTE**
**228**
**Naperville, IL 60563**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.925 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**GIESEN, DEVON M.**
**4300 W Kathleen Street**
**Sioux Falls, SD 57107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.926 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**GILES, JASON**
**31 KASSEBAUM LANE**
**Unit 307**
**Saint Louis, MO 63129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| --- | --- | --- | --- |
|  | Name |  |  |

---

**2.927** | Priority creditor's name and mailing address

**GILLESPIE, SIRENA**
**9312 VIKING HILLS CO**
**Indianapolis, IN 46250**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.928** | Priority creditor's name and mailing address

**Ginez, Diego G.**
**505 Piccadylli #151**
**Antioch, TN 37013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.929** | Priority creditor's name and mailing address

**GINN, SARAH E.**
**6479 PEYTONSVILLE ARNO RD**
**College Grove, TN 37046**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.930** | Priority creditor's name and mailing address

**GISEL, JESSE**
**125 E LOCUST ST.**
**Davenport, IA 52803**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.931** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**GLAITZKY-GOETZ, ABIGAIL C.**
**12052 ASHWOOD DR**
**Bennington, NE 68007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.932** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**GLAZER, AMY**
**1130 CRESTWOOD DRIVE**
**Northbrook, IL 60062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.933** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**GLEMBINE, ROLAND**
**1345 W. 60TH ST.**
**Davenport, IA 52806**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.934** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**GLICK, SHARLA T.**
**1100 Sand Cherry LN**
**Huxley, IA 50124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.935** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**GLINSKY, NICHOLE**
**5125 VINE STREET**
**805**
**Lincoln, NE 68504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.936** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**GLOVER, CHANTELL**
**10704 ESPRIT**
**White Plains, MD 20695**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.937** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**GOCHENOUR, MIKAYLA R.**
**425 North 117th Court**
**Apt. 10**
**Omaha, NE 68154**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.938** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**GOCHEZ, DELFINO C.**
**3025 PORTLAND LAKE**
**Minneapolis, MN 55407**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.939**

Priority creditor's name and mailing address

**Godinez, Maria**
**7749 Seward Street**
**Omaha, NE 68114**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.940**

Priority creditor's name and mailing address

**GODINEZ, MARIO E.**
**1335 N 47TH ST**
**16**
**Lincoln, NE 68503**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.941**

Priority creditor's name and mailing address

**GODOY, LORENZO A.**
**8102 KERBY PARKWAY CT**
**Fort Washington, MD 20744**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.942**

Priority creditor's name and mailing address

**GOERING, RANDY P.**
**1596 Concordia Ave**
**Saint Paul, MN 55105**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.943** | Priority creditor's name and mailing address

**GOLD, KIEHL L.**
**1025 DONNIE COURT**
**Lincoln, NE 68522**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.944** | Priority creditor's name and mailing address

**GOLDEN, BRODERICK N.**
**2417 BERKLEY AVE**
**Fort Wayne, IN 46815**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.945** | Priority creditor's name and mailing address

**GOLDMAN, ASHLEY R.**
**2630 COLCHESTER RD**
**Apt 2**
**Cleveland, OH 44106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.946** | Priority creditor's name and mailing address

**GOLDNER, ERIC**
**1600 ANTIETAM AVE.**
**1616**
**Detroit, MI 48207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.947** | Priority creditor's name and mailing address

**Gomez, Alexys**
**623 Bruce Street**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.948** | Priority creditor's name and mailing address

**GOMEZ, IVAN**
**4480 SCARLET OAK DR**
**Rockford, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.949** | Priority creditor's name and mailing address

**GOMEZ, MAURO A.**
**2663 MINERVA ST**
**Warren, MI 48091**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.950** | Priority creditor's name and mailing address

**GOMEZ, MAYDA**
**1533 S 21st St**
**Apt 3**
**Lincoln, NE 68502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|--------|----------------------------------|--|------------------------|----------|
| | Name | | | |

---

**2.951** | Priority creditor's name and mailing address

**GOMEZ, MAYDA**
**6510 Holdrege St. #4**
**Lincoln, NE 68505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.952** | Priority creditor's name and mailing address

**GOMEZ-JIMINEZ, MARIANA**
**1636 Hollywood AVE.NE.**
**Minneapolis, MN 55418**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.953** | Priority creditor's name and mailing address

**GONZALEZ YANEZ, ENRIQUE**
**ARGEO**
**1701 W. 89TH ST.**
**Minneapolis, MN 55431**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.954** | Priority creditor's name and mailing address

**GONZALEZ, CHELSEA**
**1202 EAST BORLEY AVE**
**Mishawaka, IN 46545**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.955 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**GONZALEZ, DIEGO F.**
**15610 SW 80TH ST**
**J108**
**Miami, FL 33193**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.956 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**GONZALEZ, EDGAR**
**827 OAKTON AVE**
**Romeoville, IL 60446**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.957 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**GONZALEZ, EDUARDO**
**148 KINGSTON ROAD**
**Bolingbrook, IL 60440**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.958 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**GONZALEZ, ERNESTO**
**743 BLAINE**
**Pontiac, MI 48340**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.959** | Priority creditor's name and mailing address

**Gonzalez, Hector**
**2930 S 93rd Plaza #2**
**Omaha, NE 68124**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.960** | Priority creditor's name and mailing address

**Gonzalez, Jocelyn J.**
**5200 SW 115 Avenue**
**Miami, FL 33165**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.961** | Priority creditor's name and mailing address

**GONZALEZ, JONATHAN A.**
**314 WILDBERRY CT**
**Unit 2A**
**Chillicothe, IL 61523**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.962** | Priority creditor's name and mailing address

**Gonzalez, Juan**
**180 Jacobson Ave**
**Glendale Heights, IL 60139**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.963** | Priority creditor's name and mailing address

**Gonzalez, Lidia E.**
**7110 E Inwood St**
**Hyattsville, MD 20785**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.964** | Priority creditor's name and mailing address

**GONZALEZ, MARTIN**
**420 3RD STREET**
**West Des Moines, IA 50265**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.965** | Priority creditor's name and mailing address

**GONZALEZ, MATEO**
**1660 SE GREENBRIAR CIRCLE**
**Waukee, IA 50263**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.966** | Priority creditor's name and mailing address

**GONZALEZ, SAMARIA K.**
**15404 ROWENA AVE**
**Maple Heights, OH 44137**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.967** | Priority creditor's name and mailing address

Gonzalez, Tanisha
11180 SE 107 St #107
Miami, FL 33176

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.968** | Priority creditor's name and mailing address

GOODRICH, DERRICK P.
1870 CHAMPLAIN DR
Niles, MI 49120

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.969** | Priority creditor's name and mailing address

GOODWIN, CHARLOTTE I.
7196 CHESTER RD.
Fairview, TN 37062

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.970** | Priority creditor's name and mailing address

Goodwin, Warren
942 11th Street NE
Cedar Rapids, IA 52402

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.971** | Priority creditor's name and mailing address

**Goodwin, Warren**
**942 11th Street NE**
**Cedar Rapids, IA 52402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.972** | Priority creditor's name and mailing address

**Gordon, Bethany**
**3432 Hardway Lane**
**Spring Hill, TN 37174**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.973** | Priority creditor's name and mailing address

**Gordon, Lacee A.**
**5319 South Union Street**
**Des Moines, IA 50315**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.974** | Priority creditor's name and mailing address

**Gore, Ashley M.**
**15466 Rutherford Unit 2**
**Detroit, MI 48227**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.975** | Priority creditor's name and mailing address

**GORENFLO, THOMAS**
**1241 HAMPSHIRE DEIVE**
**Canton, MI 48188**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.976** | Priority creditor's name and mailing address

**GORSUCH, ERIN**
**10122 MOON VALLEY DR**
**Fort Wayne, IN 46825**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.977** | Priority creditor's name and mailing address

**GOSS, SARAH M.**
**1319 CITATION CIR S**
**Lebanon, IN 46052**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.978** | Priority creditor's name and mailing address

**GOUTTIERE, JOHN W.**
**8066 BRIDGEHAMPTON DR.**
**Waterville, OH 43566**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.979** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**GOZALES, DAVID**
**3210 LONGFELLOW AVE.**
**Minneapolis, MN 55407**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.980** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Gracida Santos, Filadelfo**
**5600 Aster Lane**
**#322**
**Rolling Meadows, IL 60008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.981** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**GRAHAM, CAROLYN D.**
**8401 MIMOSA AVE**
**Clinton, MD 20735**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.982** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Graham, Jennifer A.**
**1756 E. Lacona Avenue**
**Des Moines, IA 50320**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.983** | Priority creditor's name and mailing address

**Grainger, Bailey A.**
**435 Whistler CV**
**Franklin, TN 37067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.984** | Priority creditor's name and mailing address

**GRALEY, BRYAN D.**
**896 ASHLAND AVENUE**
**Saint Paul, MN 55104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.985** | Priority creditor's name and mailing address

**GRANADO, FRANCISCO A.**
**1002 MARCY AVENUE**
**Oxon Hill, MD 20745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.986** | Priority creditor's name and mailing address

**GRAVES, LILLIAN**
**15486 S. ACUFF LN.**
**Olathe, KS 66062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.987** | Priority creditor's name and mailing address

**GRAVES, TYLER**
**15486 S Acuff Ln**
**Olathe, KS 66062**

As of the petition filing date, the claim is:      **Unknown**     **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.988** | Priority creditor's name and mailing address

**GRAY JR., DEMARCO D.**
**735 WEST 15TH ST.**
**Davenport, IA 52804**

As of the petition filing date, the claim is:      **Unknown**     **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.989** | Priority creditor's name and mailing address

**GRAY, ANDRE S.**
**1300 15TH ST N**
**Unit 4**
**Saint Cloud, MN 56303**

As of the petition filing date, the claim is:      **Unknown**     **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.990** | Priority creditor's name and mailing address

**Grayum, Neil**
**1324 28th Street**
**Rockford, IL 61108**

As of the petition filing date, the claim is:      **Unknown**     **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.991** Priority creditor's name and mailing address

**GREAR, ALEXUS**
**1325 CORAL GARDENS CT**
**Capitol Heights, MD 20743**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.992** Priority creditor's name and mailing address

**GREELEY, JACK J.**
**631 WATERSEDGE TERRACE**
**Saint Paul, MN 55120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.993** Priority creditor's name and mailing address

**Green, EVA M.**
**1529 GREENWOOD CT N**
**Saint Paul, MN 55122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.994** Priority creditor's name and mailing address

**GREEN, JACOB W.**
**2512 MONROE ST NE**
**Minneapolis, MN 55418**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
| | Name | | | |

---

**2.995** Priority creditor's name and mailing address

**GREEN, JAHMALL A.**
**316 YORKSHIRE BLVD**
**208**
**Dearborn Heights, MI 48127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.996** Priority creditor's name and mailing address

**GREEN, MELISSA**
**4315 NORTHEAST 83RD STREET**
**Kansas City, MO 64119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.997** Priority creditor's name and mailing address

**GREENE, JENNIFER L.**
**2221 EUCLID AVE**
**Beloit, WI 53511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.998** Priority creditor's name and mailing address

**GREER, JORDAN L.**
**501 7TH ST S**
**Unit 2B**
**Fargo, ND 58109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**GREER, PETER**
**716 CORONATION GARDENS**
**South Bend, IN 46637**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1000 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**GRIFFITH, CRISTEN R.**
**2123 BUCKINGHAM DRIVE NW**
**#1**
**Cedar Rapids, IA 52405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1001 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Griffith, Molly**
**605 Second Street**
**Apt G**
**Bowling Green, OH 43402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1002 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**GRIFFITHS, ELISE M.**
**5766 BROCKTON CT**
**Indianapolis, IN 46220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.1003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**GRIGSBY, JUSTIN L.**
**333 11TH AVE NORTH**
**A2**
**Franklin, TN 37064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.1004 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**GRIJALBA, SARA**
**1425 HANSON DRIVE**
**Franklin, TN 37067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.1005 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Grinager, Whitney**
**6400 Sycamore Lane N**
**Osseo, MN 55369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.1006 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**GROBE, ALEXANDRA J.**
**921 S. MAIN ST. LOT 64**
**Lansing, KS 66043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.1007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**GROEBNER, DANIEL J.**
**133 18th Ave N**
**Saint Cloud, MN 56303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1008 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**GROOMS, STACY E.**
**1099 LEAHY CIRCLE**
**Des Plaines, IL 60016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1009 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**GROTE-BURNSTAD, ALEX R.**
**18 1ST WEST FARGO 1 TOP**
**FLOOR**
**Apt 1**
**West Fargo, ND 58078**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1010 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Grotheer, Matthew J.**
**19600 Conser**
**Stilwell, KS 66085**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1011** Priority creditor's name and mailing address

**GROULX, TAYLOR E.**
**25890 MAY STREET**
**Edwardsburg, MI 49112**

_____
Date or dates debt was incurred

_____
Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.1012** Priority creditor's name and mailing address

**GROVE, MADISON P.**
**614 Portland Ave**
**Apt 301**
**Saint Paul, MN 55102**

_____
Date or dates debt was incurred

_____
Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.1013** Priority creditor's name and mailing address

**GROVER, KATHLEEN**
**2115 PRENTISS DR**
**106**
**Downers Grove, IL 60516**

_____
Date or dates debt was incurred

_____
Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.1014** Priority creditor's name and mailing address

**GRUBA, BRANDON M.**
**912 5th st NE**
**Rice, MN 56367**

_____
Date or dates debt was incurred

_____
Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.1015 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**GRUNDY, MEGAN E.**
**4301 CHURCHILL DR**
**Marion, IA 52302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1016 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**GUAMAN, JUAN A.**
**2917 SOUTH 28TH AVE**
**Apt 1**
**Minneapolis, MN 55406**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1017 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**GUARDADO, JOSE R.**
**1081 VILLA PARK DR**
**Troy, MI 48085**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1018 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Gude, Andrew P.**
**505 8th Street**
**Apt 11**
**Ames, IA 50010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.1019** | Priority creditor's name and mailing address

**GUERRA, ANNABEL**
**5525 SW 112 COURT**
**Miami, FL 33165**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1020** | Priority creditor's name and mailing address

**GUERRA, MAXIMILIAN J.**
**2440 SW 124 AVE**
**Miami, FL 33175**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1021** | Priority creditor's name and mailing address

**GUERRA, XENIA Y.**
**9003 CONGRESS PL.**
**Hyattsville, MD 20785**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1022** | Priority creditor's name and mailing address

**GUERRERO, CHRISTIE A.**
**8622 WALKER AVE**
**Kansas City, KS 66112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1023** | Priority creditor's name and mailing address

**GUERRETTE, MEGAN A.**
**8138 SILVERSTONE DRIVE**
**Waterville, OH 43566**

As of the petition filing date, the claim is:                              **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1024** | Priority creditor's name and mailing address

**GUERRETTE, NICHOLAS**
**8138 SILVERSTONE DRIVE**
**Waterville, OH 43566**

As of the petition filing date, the claim is:                              **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1025** | Priority creditor's name and mailing address

**GUETTER, HALEY**
**3475 GOLFVIEW DRIVE**
**216**
**Saint Paul, MN 55123**

As of the petition filing date, the claim is:                              **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1026** | Priority creditor's name and mailing address

**GUISINGER, KACIA**
**1730 40TH AVE. S**
**214**
**Moorhead, MN 56560**

As of the petition filing date, the claim is:                              **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.1027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**GUITIERREZ, ROLANDO**
**322 N MONROE ST**
**Olathe, KS 66061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1028 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**GULED, SHARMAKE**
**713 MACKUBIN**
**Apt 1**
**Saint Paul, MN 55103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1029 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**GUNN, NICHOLAS J.**
**11325 DECATUR PLZ**
**821**
**Omaha, NE 68154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1030 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**GUTERMUTH, GARRETT K.**
**15080 LONGBRIDGE DRIVE**
**Granger, IN 46530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
|        | Name |  |  |

---

**2.1031** | Priority creditor's name and mailing address

**GUTIERREZ, WENDY E.**
**16602 ROLLING TREE RD**
**Accokeek, MD 20607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1032** | Priority creditor's name and mailing address

**Guyton, Javyier**
**940 Woodward Avenue, Apt. 4**
**Mc Kees Rocks, PA 15136**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1033** | Priority creditor's name and mailing address

**GUZMAN, JOSE L.**
**5144 TRUEMPER WAY APT 6**
**Fort Wayne, IN 46835**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1034** | Priority creditor's name and mailing address

**GUZMAN, TATIANA**
**2206 HUNTINGTON AVE**
**Saint Louis, MO 63114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1035** | Priority creditor's name and mailing address

**GUZMAN, WILLIAM**
**4620 LOUISIANA AVE.**
**Minneapolis, MN 55428**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1036** | Priority creditor's name and mailing address

**GUZMAN, YENSI**
**2206 HUNTINGTON AVE**
**Saint Louis, MO 63114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1037** | Priority creditor's name and mailing address

**HA, DENNY**
**3501 1ST STREET NORTH**
**Saint Cloud, MN 56303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1038** | Priority creditor's name and mailing address

**HAAS, BRITTANY**
**436 SOUTH DORCAS RD**
**Holland, OH 43528**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1039** | Priority creditor's name and mailing address

**HABER, AMANDA**
**2582 Queenston Rd.**
**Cleveland, OH 44118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.1040** | Priority creditor's name and mailing address

**Haberstroh, Christopher**
**12535 Roth Hill Dr.**
**Maryland Heights, MO 63043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.1041** | Priority creditor's name and mailing address

**HABIGER, BARBARA**
**16018 GLEASON LAKE RD.**
**Wayzata, MN 55391**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.1042** | Priority creditor's name and mailing address

**HAGEDORN, CHRISTINA M.**
**415 LEFFLER DR**
**Indianapolis, IN 46231**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.1043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**HAGEMEYER, KELSEY M.**
**5000 NOB HILL DRIVE**
**Minneapolis, MN 55439**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1044 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**HAIAR, MEGAN L.**
**1701 S KATIVE AVE**
**303**
**Sioux Falls, SD 57106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1045 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**HALABI, ANDREA N.**
**1213 Hudson**
**Peoria, IL 61604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1046 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**HALE, CASEY M.**
**2173 ST. CLAIR AVE**
**Saint Paul, MN 55105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.1047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**HALIBURTON, CLAYTON C.**
**5441 HARAS PL**
**Fort Washington, MD 20744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1048 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Hall, Canzania L.**
**4194 Williams Wharf Rd**
**Prince Frederick, MD 20678**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1049 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Hall, Cordel M.**
**719 23rd Avenue N.**
**Saint Cloud, MN 56301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1050 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**HALL, JESSE J.**
**519 GREENLAWN AVENUE**
**Fort Wayne, IN 46808**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.1051 | Priority creditor's name and mailing address<br><br>**Hall, Sykirra**<br>**21 Robshire Manor Rd**<br>**Huntingtown, MD 20639** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1052 | Priority creditor's name and mailing address<br><br>**HALLETT, BENJAMIN A.**<br>**210 WEST BROADWAY ST**<br>**Maumee, OH 43537** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1053 | Priority creditor's name and mailing address<br><br>**HALLMAN, DARBY C.**<br>**240 WHISPERING OAKS DR.**<br>**Metamora, IL 61548** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1054 | Priority creditor's name and mailing address<br><br>**HAMEED, JOSEFINA R.**<br>**1464 W 10TH ST**<br>**Davenport, IA 52804** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.1055 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**HAMILTON, KIYARAH L.**
**5437 HARAS PL**
**Fort Washington, MD 20744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1056 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**HAMILTON, TAYLOR M.**
**905 N STEPHENSON HWY**
**36**
**Royal Oak, MI 48067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1057 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Hamm-Coyne, Jasmyn**
**12785 Abbey Lake Drive**
**Detroit Lakes, MN 56501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1058 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**HAMMERSCHMIDT, TATUM**
**7721 166TH STREET**
**Tinley Park, IL 60477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| --- | --- | --- | --- |
| | Name | | |

---

**2.1059** | Priority creditor's name and mailing address

**HAMPTON, ASHLYNN**
**1601 EAGLES CREST AVE**
**E6**
**Davenport, IA 52804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1060** | Priority creditor's name and mailing address

**HANCOCK, WILLIAM J.**
**1112 A AVE NW**
**Cedar Rapids, IA 52405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1061** | Priority creditor's name and mailing address

**HANEGRAAF, PAIGE**
**8317 Norwood Ln N**
**Osseo, MN 55369**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1062** | Priority creditor's name and mailing address

**HANKEY, DONALD E.**
**629 A AVE NW**
**Apt F**
**Cedar Rapids, IA 52405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1063 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**HANKINS, AUTUMN N.**
**2214 W ARROWHEAD LANE**
**Peoria, IL 61604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1064 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**HANNEN, MARK D.**
**3559 Mulligan Dr**
**Woodridge, IL 60517**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1065 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**HANSEN, KARINA M.**
**5119 S MARION ROAD**
**Unit 112**
**Sioux Falls, SD 57106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1066 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**HANSEN, SARAH LAYCEE**
**4732 UPLAND CREST NE**
**Minneapolis, MN 55421**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1067** | Priority creditor's name and mailing address

**HANSEN, TAYLER D.**
**5060 R ST.**
**1105**
**Lincoln, NE 68504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1068** | Priority creditor's name and mailing address

**HANSSEN, CATHERINE J.**
**4708 W. 15TH PL.**
**Sioux Falls, SD 57106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1069** | Priority creditor's name and mailing address

**HANTZ, MERCEDES R.**
**1602 32ND ST**
**Rock Island, IL 61201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1070** | Priority creditor's name and mailing address

**HARDAWAY, SHAWN**
**26151 LAKESHORE BLVD**
**#1415 West Building**
**Euclid, OH 44132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.1071 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**HARDEN, TAMARA**
**1929 GREEN ROAD**
**Apt 503**
**Cleveland, OH 44121**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1072 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**HARDING, KAILEY M.**
**6246 N 155TH ST**
**Omaha, NE 68116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1073 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**HARDWICK, MYLES J.**
**8016 CAREY BRANCH PL**
**Fort Washington, MD 20744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1074 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Harrington, Darryl D.**
**4323 3rd Street Southeast #204**
**Washington, DC 20032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1075** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Harrington, Hollie**
**498 Canterbury Trl**
**Roselle, IL 60172**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1076** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Harris, Damon**
**27267 Lehigh St.**
**Inkster, MI 48141**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1077** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**HARRIS, JARED D.**
**630 NORTH 4TH STREET**
**Le Claire, IA 52753**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1078** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Harris, Sherey**
**5609 Sachem Dr.**
**Oxon Hill, MD 20745**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1079** | Priority creditor's name and mailing address

**HARRISON, CHARLIE E.**
**1100 WEST MAIN STREET**
**D6**
**Franklin, TN 37064**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1080** | Priority creditor's name and mailing address

**HARTSHORN, PATRICK J.**
**398 3RD AVENUE SOUTH**
**Saint Cloud, MN 56301**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1081** | Priority creditor's name and mailing address

**HARTZ, SARAH**
**1079 13th St.**
**Martelle, IA 52305**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1082** | Priority creditor's name and mailing address

**HARVEY, DEJWAN E.**
**16190 Lowell Dr**
**312**
**Southgate, MI 48195**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1083** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**HATCHETT, NATHANAEL B.**
**2204 DRYDEN CT**
**Waldorf, MD 20601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1084** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Hatton, Marina S.**
**6701 Dunnigan Drive**
**Clinton, MD 20735**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1085** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**HAUGLAND, ALBERT**
**1510 WEST 86TH STREET**
**Minneapolis, MN 55431**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1086** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**HAVELKA, STEPHANIE**
**26746 ARLINGTON ST**
**Roseville, MI 48066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                   Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.1087 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**HAWKINS, AMANDA R.**
**1018 39TH ST SE**
**Cedar Rapids, IA 52403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1088 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Hawkins, Sky S.**
**4950 Blaine Street NE**
**Washington, DC 20019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1089 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Hawley, River K.**
**1022 Monte Carlo Drive North**
**Fargo, ND 58103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1090 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**HAWTHORNE, ELAINA T.**
**8745 RIVER HEIGHTS WAY**
**Inver Grove Heights, MN 55076**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1091** | Priority creditor's name and mailing address

**HAYES, BRIAN J.**
**5971 BLANDFORD RD**
**Bloomfield Hills, MI 48302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.1092** | Priority creditor's name and mailing address

**HAYES, DEZMOND**
**13501 PISCATAWAY DR.**
**Fort Washington, MD 20744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.1093** | Priority creditor's name and mailing address

**HAYES, LINDSAY**
**2610 OAK GROVE LANE**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.1094** | Priority creditor's name and mailing address

**HAYES, MAKENNA**
**1720 N LENNOX ST**
**2A**
**Olathe, KS 66061**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**2.1095** | Priority creditor's name and mailing address

**HAYWARD, REBECCA D.**
**17701 NW 40TH STREET**
**Raymond, NE 68428**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1096** | Priority creditor's name and mailing address

**HEADING, CLEARN S.**
**3410 Brinkley Road**
**Apt 201**
**Temple Hills, MD 20748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1097** | Priority creditor's name and mailing address

**HEASTINGS, SABRINA**
**3236 CALIFORNIA AVENUE**
**Pittsburgh, PA 15212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1098** | Priority creditor's name and mailing address

**HEDLUND, EMILEE**
**1926 SOUTH TRAINER R**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1099** | Priority creditor's name and mailing address

**HEIGEL, ASHLEY**
**428 LINDY BLVD**
**Ballwin, MO 63021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1100** | Priority creditor's name and mailing address

**HEIPLE, JACOB**
**832 NEELY HEIGHTS AVE**
**Coraopolis, PA 15108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1101** | Priority creditor's name and mailing address

**HELGESON, AARON J.**
**3000 University Ave.**
**Apt 3208**
**West Des Moines, IA 50266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1102** | Priority creditor's name and mailing address

**HELLERUD, JAROD L.**
**100 1ST ST EAST**
**210**
**Ada, MN 56510**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.1103** | Priority creditor's name and mailing address

**HELMIN, HAILEY J.**
**109 14TH ST S**
**Fargo, ND 58103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1104** | Priority creditor's name and mailing address

**HENDERSON, CAILEY M.**
**22277 138TH AVE N**
**Rogers, MN 55374**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1105** | Priority creditor's name and mailing address

**HENDERSON, PAUL**
**1430 E BEARDSLEY AVE**
**Elkhart, IN 46514**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1106** | Priority creditor's name and mailing address

**HENDERSON, TYNIC**
**4218 LOIS**
**Dearborn, MI 48126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

---

**2.1107** | Priority creditor's name and mailing address

**HENDRICK, EBONI T.**
**11609 ZAREH DR.**
**Clinton, MD 20735**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Unknown    Unknown

---

**2.1108** | Priority creditor's name and mailing address

**HENMAN, MICKAYLA M.**
**3725 CARDINAL LANE**
**Fort Wayne, IN 46815**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Unknown    Unknown

---

**2.1109** | Priority creditor's name and mailing address

**HENRY, GRANT J.**
**6960 RONNEBY ROAD NW**
**Foley, MN 56329**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Unknown    Unknown

---

**2.1110** | Priority creditor's name and mailing address

**HENRY, KATHERINE J.**
**21808 S. VINE ST**
**Spring Hill, KS 66083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Unknown    Unknown

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.1111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Henslee, Jaccamo P.**
**210 Glasgow Lane Unit Z1**
**Schaumburg, IL 60194**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**HENSLEY, JOSIE M.**
**4701 NE Parvin Rd**
**Kansas City, MO 64117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**HENSLEY, TODD**
**6100 SE 5th Street**
**Des Moines, IA 50315**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**HENSON, SARA A.**
**1435 WEST JESSAMINE AVE**
**205**
**Saint Paul, MN 55108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.1115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**HEREDIA, ANJELITA M.**
**3225 HOAGLAND AVE**
**Fort Wayne, IN 46807**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Heredia, Bianca K.**
**809 Northwood Boulevard**
**Fort Wayne, IN 46805**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**HERNANDEZ GARAY, EUNICE I.**
**2190 Pascal Street**
**Apt 103**
**Saint Paul, MN 55113**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**HERNANDEZ, ALEXANDER**
**32397 COUNCIL DR**
**25C**
**Madison Heights, MI 48071**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.1119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **HERNANDEZ, ALVARO**<br>**10751 PAGE AVE**<br>**Saint Louis, MO 63132** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **HERNANDEZ, CARLY**<br>**126 N. RACE ST**<br>**Mishawaka, IN 46544** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **HERNANDEZ, DUINA V.**<br>**5652 HURON STREET**<br>**Prior Lake, MN 55372** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **HERNANDEZ, GILBERTO**<br>**8630 MALAGA DR.**<br>**Indianapolis, IN 46250** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1123** | Priority creditor's name and mailing address

**HERNANDEZ, HUGO**
**8321 JEFFERSON AVE**
**Saint Louis, MO 63114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1124** | Priority creditor's name and mailing address

**Hernandez, Jennie**
**9115 Loughran Rd**
**Fort Washington, MD 20744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1125** | Priority creditor's name and mailing address

**Hernandez, Jimena**
**815 Sunrise Lane**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1126** | Priority creditor's name and mailing address

**Hernandez, Karina**
**3226 Pleasantville Bridge Road**
**Thompsons Station, TN 37179**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.1127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**HERNANDEZ, MARIA C.**
**2432 STATE AV**
**Kansas City, KS 66102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**HERNANDEZ, PEDRO**
**2833 HANSON ST**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**HERNANDEZ, ROBERTO**
**7010 Highbridge Road**
**Bowie, MD 20720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**HERNANDEZ-CATIVO, JONATHAN**
**JAV**
**3205 HARBOR LN**
**4-209**
**Minneapolis, MN 55447**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1131** | Priority creditor's name and mailing address

**HERRING, TYLER M.**
**528 BRODERICK DR NE**
**Cedar Rapids, IA 52402**

As of the petition filing date, the claim is:                    **Unknown**          **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1132** | Priority creditor's name and mailing address

**HERRON, BRYCE D.**
**1524 CENTENNIAL DR.**
**235B**
**Joliet, IL 60431**

As of the petition filing date, the claim is:                    **Unknown**          **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1133** | Priority creditor's name and mailing address

**HERRON, JAWUAN T.**
**3345 CALVERT**
**Detroit, MI 48206**

As of the petition filing date, the claim is:                    **Unknown**          **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1134** | Priority creditor's name and mailing address

**Herskovitz, Zachary**
**3 Suffolk Drive**
**Coraopolis, PA 15108**

As of the petition filing date, the claim is:                    **Unknown**          **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

**2.1135** | Priority creditor's name and mailing address

**Hetu, Zach**
**16211 Whitehaven Dr.**
**Northville, MI 48168**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1136** | Priority creditor's name and mailing address

**HICKMAN, HANNAH M.**
**6104 VENTURA DR.**
**Plainfield, IL 60586**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1137** | Priority creditor's name and mailing address

**Hickman, Jeni L.**
**1803 W. 58th Street**
**Davenport, IA 52806**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1138** | Priority creditor's name and mailing address

**HIGGINS, DERRICK L.**
**12321 FOREST GROVE AVE**
**Cleveland, OH 44108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.1139** | Priority creditor's name and mailing address

**HIGGINS, PAUL A.**
**27661 TUNGSTEN ROAD**
**202**
**Euclid, OH 44132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1140** | Priority creditor's name and mailing address

**Hightower, Matthew**
**8319 Switzer Street**
**Overland Park, KS 66214**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1141** | Priority creditor's name and mailing address

**HILGERT, JAIMEE J.**
**6501 ARTISAN WAY**
**Lincoln, NE 68516**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1142** | Priority creditor's name and mailing address

**HILL, DAVID L.**
**1214 GLENHAVEN**
**Baltimore, MD 21239**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1143** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**HILLEN, VICTORIA**
**9630 TAYLOR STREET**
**Omaha, NE 68134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1144** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**HILLMAN, TRACOREY**
**612 WAVERLY RD**
**Davenport, IA 52804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1145** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Hills, Nicholas R.**
**4301 N. 7th Street #306**
**Lincoln, NE 68521**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1146** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**HILTON, KRISTINA**
**327 E HOOVER DR**
**Fort Wayne, IN 46816**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.1147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**HIMES, JOSEPH**
**2711 Keyport Lane**
**Bowie, MD 20715**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Hirsch, Maicee L.**
**11500 97th Place N.**
**Maple Grove, MN 55369**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**HIX, AARON J.**
**17640 66TH AVE N**
**Osseo, MN 55311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**HJELSETH, NATHAN G.**
**210 SUNSET BLVD**
**Waconia, MN 55387**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1151** | Priority creditor's name and mailing address

**HOAK, KAYLE R.**
**9012 FAIRWAY DR**
**Orland Park, IL 60462**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1152** | Priority creditor's name and mailing address

**HOBA, YVONNA**
**4237 7TH STREET SE**
**202**
**Washington, DC 20032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1153** | Priority creditor's name and mailing address

**HOBDAY, LAUREN M.**
**5834 16TH AVE. SE**
**Saint Cloud, MN 56304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1154** | Priority creditor's name and mailing address

**Hodge, Nathan**
**6292 Maxwell Avenue**
**District Heights, MD 20747**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1155** Priority creditor's name and mailing address

**HOFFMAN, PETER R.**
**1510 AVE S JOHN NEUMAIER**
**HALL**
**Unit 308**
**Moorhead, MN 56563**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **Unknown**

---

**2.1156** Priority creditor's name and mailing address

**HOFFMAN, ZACHARY H.**
**3810 NAUTILUS TRAIL**
**Aurora, OH 44202**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **Unknown**

---

**2.1157** Priority creditor's name and mailing address

**HOFMANN, BLAKE**
**1040 EAST STATE BLVD.**
**Fort Wayne, IN 46805**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **Unknown**

---

**2.1158** Priority creditor's name and mailing address

**HOGAN, JARED T.**
**1240 ILLSELY DRIVE**
**Fort Wayne, IN 46807**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1159** | Priority creditor's name and mailing address

**Hogan, Kyle**
**3005 Fairfield Avenue**
**Fort Wayne, IN 46807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1160** | Priority creditor's name and mailing address

**HOGAN, TAYLOR J.**
**1240 ILLSLEY DRIVE**
**Fort Wayne, IN 46807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1161** | Priority creditor's name and mailing address

**HOILAND, JENNIFER L.**
**47137 250 TH ST LOT 13**
**Baltic, SD 57003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1162** | Priority creditor's name and mailing address

**HOLALKERE, SHASHANK**
**8128 MAGNOLIA LANE N**
**Osseo, MN 55369**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1163** | Priority creditor's name and mailing address

**HOLCOMB, CAROL**
**3008 CECIL LEWIS DR**
**Franklin, TN 37067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1164** | Priority creditor's name and mailing address

**HOLDEN, CHRISTOPHER E.**
**714 Irving Ave NW**
**Elk River, MN 55330**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1165** | Priority creditor's name and mailing address

**HOLLAND, RILEY G.**
**2227 Knapp St**
**Apt 201**
**Ames, IA 50014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1166** | Priority creditor's name and mailing address

**HOLLINGSHED, STEVEN W.**
**1330 W 3RD ST**
**Davenport, IA 52802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1167** | Priority creditor's name and mailing address

**HOLLOWAY, LAMARR V.**
**2248 DELTON CT**
**Westland, MI 48186**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1168** | Priority creditor's name and mailing address

**HOLM, CIERRA A.**
**1585 10TH ST.**
**Marion, IA 52302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1169** | Priority creditor's name and mailing address

**Holmes, Kenneth B.**
**7 Craigcrest Place**
**Kansas City, KS 66101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1170** | Priority creditor's name and mailing address

**HOLMES, NATALIE A.**
**17838 168TH ST**
**Basehor, KS 66007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**2.1171** | Priority creditor's name and mailing address

**HOLT, JONATHAN**
**23 VIEWCREST DR**
**Kansas City, KS 66101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.1172** | Priority creditor's name and mailing address

**Holt, Mickaela K.**
**5820 73rd Avenue N. #215**
**Brooklyn Park, MN 55429**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.1173** | Priority creditor's name and mailing address

**HOLTAM, CHRISTOPHER**
**2329 44th st**
**Rock Island, IL 61201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.1174** | Priority creditor's name and mailing address

**Honeycutt, Alyssa A.**
**1959 24th Street**
**Utica, MI 48316**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1175** Priority creditor's name and mailing address

**HOOD, KAYLA**
**29444 BARTON**
**Garden City, MI 48135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1176** Priority creditor's name and mailing address

**Hood, Nicole**
**9019 Beatrice**
**Livonia, MI 48150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1177** Priority creditor's name and mailing address

**HOOK, CORY L.**
**503 EAST SOUTH ST.**
**Geneseo, IL 61254**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1178** Priority creditor's name and mailing address

**HOOVER, STEPHANIE**
**2901 CENTRAL AVE**
**Bettendorf, IA 52722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|

| Name |

---

**2.1179** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**HOPKINS, AMBER R.**
**4105 SOUTH HOLBROOK AVE**
**Sioux Falls, SD 57106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1180** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**HOPSON, NYA M.**
**5624 LIVINGSTON TERRACE**
**101**
**Oxon Hill, MD 20745**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1181** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**HORAK, MAKENZIE S.**
**130 JACOLYN DR SW**
**11**
**Cedar Rapids, IA 52404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1182** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**HORTON, JENNIFER L.**
**3076 White Oak Drive**
**Marion, IA 52302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1183** | Priority creditor's name and mailing address

**HOSKINS, TRAECY**
**8680 MARIGOLD CIRCLE**
**215**
**Eden Prairie, MN 55344**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1184** | Priority creditor's name and mailing address

**Hough, Danielle N.**
**2536 Emerson Ave**
**Fort Wayne, IN 46808**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1185** | Priority creditor's name and mailing address

**HOULIHAN, SHARON**
**2730 ELDON AVE**
**Maryland Heights, MO 63043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1186** | Priority creditor's name and mailing address

**HOURIGAN, ALLY J.**
**64 MILLER AVE SW APT**
**Apt 9**
**Cedar Rapids, IA 52404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1187** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**HOUSE, HANNAH E.**
**1724 85TH AVE WEST**
**Rock Island, IL 61201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1188** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**HOUSE, SPENCER K.**
**1724 85 AVE W**
**Rock Island, IL 61201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1189** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**HOWARD, DANNY W.**
**1218 ADAMS STREET**
**Davenport, IA 52803**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1190** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Howard, Dionna S.**
**822 Barnaby Street SE Apt. 204**
**Washington, DC 20032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.1191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Howell, Samuel R.**
**1809 Blue Springs Ct**
**Franklin, TN 37069**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.1192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**HRUSKA, MERCEDES**
**6770 MARILYN DR**
**Osseo, MN 55369**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.1193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**HUERTA, CIRILO**
**5 S 624 Vest Ave**
**Naperville, IL 60563**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.1194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**HUERTA, LEONARDO**
**3S268 TWIN PINE DR**
**Warrenville, IL 60555**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.1195** | Priority creditor's name and mailing address

**HUESTIS, SHILOH**
**702 SW 2ND ST**
**Madison, SD 57042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1196** | Priority creditor's name and mailing address

**HUFF, JANCILYN R.**
**960 Cypress Rd**
**213**
**Saint Cloud, MN 56303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1197** | Priority creditor's name and mailing address

**Huff, Michael**
**2730 N. 47th Terrace**
**Kansas City, KS 66104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1198** | Priority creditor's name and mailing address

**HUFFER, DEREK D.**
**1528 Saratoga Lane**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**2.1199** | Priority creditor's name and mailing address

**Hughes, Kathi J.**
**5676 S 980 E**
**Wolcottville, IN 46795**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1200** | Priority creditor's name and mailing address

**HUGHES, MARGARET G.**
**8909 DUNE CREEK COVE**
**Fort Wayne, IN 46835**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1201** | Priority creditor's name and mailing address

**Hughes, Sean T.**
**529 Limerick Way**
**Hyattsville, MD 20785**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1202** | Priority creditor's name and mailing address

**HULLINGER, ARDESSA**
**1234 N ST. SW**
**Cedar Rapids, IA 52404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1203**  Priority creditor's name and mailing address

**HUMMER, ALEXIS G.**
**3907 KIMBERTON DR**
**Toledo, OH 43614**

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**            **Unknown**

---

**2.1204**  Priority creditor's name and mailing address

**HUMMER, KALIEGH B.**
**1966 ROSE ARBOR**
**Toledo, OH 43614**

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**            **Unknown**

---

**2.1205**  Priority creditor's name and mailing address

**HUNT, MICHAEL**
**3254 WESTDALE CT.**
**Waldorf, MD 20601**

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**            **Unknown**

---

**2.1206**  Priority creditor's name and mailing address

**HUNT, SYDNEE D.**
**5701 Lillibridge Street Apt 9**
**Lincoln, NE 68507**

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**            **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
| --- | --- | --- | --- |
| | Name | | |

---

**2.1207** Priority creditor's name and mailing address

**HURTADO, MIGUEL**
**430 Wilmer Meadow Drive**
**Wentzville, MO 63385**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1208** Priority creditor's name and mailing address

**HUTCHINS, SEAN M.**
**813 W. St. James St.**
**Peoria, IL 61601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1209** Priority creditor's name and mailing address

**HYBERTSON, SANDRA**
**307 GRAND AVE**
**Harrisburg, SD 57032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1210** Priority creditor's name and mailing address

**HYDUK, ISAAC T.**
**25855 SLY FOX COURT**
**South Bend, IN 46628**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1211** | Priority creditor's name and mailing address

**IBARRA, ALEXUS M.**
**1841 39TH ST S**
**204**
**Fargo, ND 58103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

**2.1212** | Priority creditor's name and mailing address

**ICHIKAWA, MAUREEN Y.**
**11901 CENTRAL PARK WAY**
**2223**
**Osseo, MN 55369**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

**2.1213** | Priority creditor's name and mailing address

**IDEHEN, KEVIN**
**15514 WHITEHALL LANE**
**Orland Park, IL 60462**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

**2.1214** | Priority creditor's name and mailing address

**IGBONEGUN, AYORINDE**
**1106 W CENTRE ST**
**Springfield, IL 62704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.1215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**INFANZON, MARTHA DEL CARMEN**
**3575 LEXINGTON AVE**
**102**
**Saint Paul, MN 55123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.1216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**INMAN, ERIK A.**
**116 SUN VALLEY CT**
**B4**
**East Peoria, IL 61611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.1217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**INNES, JOHN**
**11533 RIVER HILLS DRIVE**
**Burnsville, MN 55337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.1218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**INNES, MEGAN E.**
**11533 RIVER HILLS DR**
**Burnsville, MN 55337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1219** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**ISAAC, SABRINA L.**
**841 JEANETTE AVE**
**Steubenville, OH 43952**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1220** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**ISDALE, JENNIFER M.**
**482 N AUSTIN BLVD**
**#3**
**Oak Park, IL 60302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1221** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**ISLAS-GOMEZ, JUAN C.**
**3439 IVY LN.**
**Saint Paul, MN 55123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1222** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**IVEY, ANAYSIA**
**4322 Georgia Ave**
**Kansas City, KS 66104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number *(if known)* | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**2.1223**  Priority creditor's name and mailing address

**IVEZIC, LUC**
**3531 DU PON DRIVE**
**Sterling Heights, MI 48310**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.1224**  Priority creditor's name and mailing address

**Iyoda, Hiromi**
**1703 E Avenue NE #1**
**Cedar Rapids, IA 52402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.1225**  Priority creditor's name and mailing address

**JACKELEN, STEVEN**
**9965 ALABAMA ROAD**
**Minneapolis, MN 55438**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.1226**  Priority creditor's name and mailing address

**JACKSON, DAIJHA**
**6609 CAPTAIN JOHNS CT**
**Bryans Road, MD 20616**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1227** | Priority creditor's name and mailing address

**JACKSON, FANTASIA**
**5500 AMBERVIEW CT**
**Manassas, VA 20112**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**   **Unknown**

---

**2.1228** | Priority creditor's name and mailing address

**JACKSON, KAALA**
**6602 HAZELHATCH DRIVE**
**Indianapolis, IN 46268**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**   **Unknown**

---

**2.1229** | Priority creditor's name and mailing address

**JACKSON, KEATON D.**
**6206 S AVALON AVE**
**115**
**Sioux Falls, SD 57103**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**   **Unknown**

---

**2.1230** | Priority creditor's name and mailing address

**Jackson, Kenneth E.**
**353 Perry Square #353**
**Kansas City, KS 66101**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**   **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.1231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Jackson, Kevin A.**
**4301 Midtown Square #2028**
**Suitland, MD 20746**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**JACKSON, MIKAYLA M.**
**19616 BLUEJAY TRAIL**
**Lawson, MO 64062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**JACKSON, SYDNEY N.**
**3656 RIVARD ST**
**Detroit, MI 48207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**JACOMET, MICHAEL W.**
**4708 W 15TH PL**
**Sioux Falls, SD 57106**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number (if known) | **19-43756** |
|--------|-----|---|---|---|
| | Name | | | |

---

**2.1235** | Priority creditor's name and mailing address

**JAEGER, CRYSTAL**
**2012 S BARRET PL**
**Sioux Falls, SD 57106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1236** | Priority creditor's name and mailing address

**JAIMES, LUIS**
**10044 HOLLY LN**
**1S**
**Des Plaines, IL 60016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1237** | Priority creditor's name and mailing address

**JALLAH, HORACE**
**8350 EP TRUE PKWY**
**4304**
**West Des Moines, IA 50266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1238** | Priority creditor's name and mailing address

**JAMES, CINTIA**
**4075 LANCASTER LANE**
**Apt 2**
**Minneapolis, MN 55441**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| | Name | | |

---

**2.1239** | Priority creditor's name and mailing address

**JAMES, KATELYN D.**
**1029 W ROSE ST**
**South Bend, IN 46616**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1240** | Priority creditor's name and mailing address

**JANSEN, ALLISON**
**8100 COMMONS PL**
**Apt 7**
**Sioux Falls, SD 57106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1241** | Priority creditor's name and mailing address

**JANSEN, JEREMY P.**
**2748 E.53RD ST.**
**Apt 6**
**Davenport, IA 52807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1242** | Priority creditor's name and mailing address

**Janssen, Alyssa M.**
**1130 Northview Drive**
**Marion, IA 52302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.1243** | Priority creditor's name and mailing address

**JANSSEN, ELLIOT**
**11218 DECATUR PLAZA**
**Unit 212**
**Omaha, NE 68154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1244** | Priority creditor's name and mailing address

**JANSSEN, JOSHUA J.**
**727 5TH AVE SOUTH**
**Saint Cloud, MN 56301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1245** | Priority creditor's name and mailing address

**JARQUIN, EDUARDO**
**201 W 92ND ST**
**Minneapolis, MN 55420**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1246** | Priority creditor's name and mailing address

**JARRETT, MARA A.**
**102 CHERRINGTON COURT**
**Coraopolis, PA 15108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1247** | Priority creditor's name and mailing address

**Jasper, Grace**
**2241 Bellevue Avenue**
**Bettendorf, IA 52722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1248** | Priority creditor's name and mailing address

**Jasso, Monica**
**1705 W. Victoria Dr. #103**
**Mount Prospect, IL 60056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1249** | Priority creditor's name and mailing address

**JASTAL, JOSHUA D.**
**1844 EDGEWOOD DRIVE**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1250** | Priority creditor's name and mailing address

**JAUREGUI, PATRICIA D.**
**4622 BRANDT CT**
**Fort Wayne, IN 46835**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.1251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**JAVA, FRANCISCO**
**728 E. 78TH ST #103**
**Minneapolis, MN 55423**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**JEFFERSON, DOMINIQUE**
**1100 FIELD**
**Detroit, MI 48214**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**JELKS, JESSICA**
**8154 HUNTINGTON STREET**
**Westland, MI 48185**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Jenkins, Ronald I.**
**1912 Grandview**
**Kansas City, KS 66102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.1255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**JENKINS, RYAN**
**301 DORCHESTER AVE**
**62**
**La Plata, MD 20646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Jennings, Tyrone**
**1804 N. 91st**
**Kansas City, KS 66112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**JENSEN, ARIA M.**
**5323 North Gains Street**
**Davenport, IA 52806**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Jensen, Austyn**
**7014 North Nodaway Avenue**
**Kansas City, MO 64152**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1259** Priority creditor's name and mailing address

**JENSEN, KIMBERLY R.**
**436 WILD OAK DRIVE**
**O Fallon, MO 63368**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1260** Priority creditor's name and mailing address

**JENSEN, KIRJA R.**
**4919 W ST JSTREET**
**Sioux Falls, SD 57106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1261** Priority creditor's name and mailing address

**JERRICK, HEATHER A.**
**14454 SAINT LOUIS AVE**
**Midlothian, IL 60445**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1262** Priority creditor's name and mailing address

**JETER, MADDISON**
**2004 FONDULAC DR**
**East Peoria, IL 61611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1263** Priority creditor's name and mailing address

**JIMENEZ HUATO, RENATA**
**6121 65TH AVE. N**
**201**
**Minneapolis, MN 55429**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1264** Priority creditor's name and mailing address

**JIMENEZ, ARNULFO**
**1415 DUNWOODY AVENUE**
**Oxon Hill, MD 20745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1265** Priority creditor's name and mailing address

**Jimenez, Mirian**
**3303 Southgate  Drive**
**Apt 202**
**Alexandria, VA 22306**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1266** Priority creditor's name and mailing address

**JIMENEZ, YADIRA L.**
**27300 FRANKLIN RD APT E600**
**Southfield, MI 48034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1267** | Priority creditor's name and mailing address

**JIMERSON, KELLY**
**11304 Seattle Slew Dr.**
**Noblesville, IN 46060**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1268** | Priority creditor's name and mailing address

**JIN, EUBIN A.**
**5508 FISHER ROAD**
**Temple Hills, MD 20748**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1269** | Priority creditor's name and mailing address

**JOE, JESSICA N.**
**16532 PINEHURST**
**Detroit, MI 48221**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1270** | Priority creditor's name and mailing address

**Johel, Martinez**
**933 White Oak Drive**
**Oxon Hill, MD 20745**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1271** Priority creditor's name and mailing address

**JOHNSON, AEON**
**4265 NASH ST NE**
**Washington, DC 20019**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**      **Unknown**

---

**2.1272** Priority creditor's name and mailing address

**JOHNSON, ALEXANDER**
**28865 STATE HWY 210**
**Aitkin, MN 56431**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**      **Unknown**

---

**2.1273** Priority creditor's name and mailing address

**JOHNSON, ALEXANDRA**
**1806 N COURT ST**
**Rockford, IL 61103**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**      **Unknown**

---

**2.1274** Priority creditor's name and mailing address

**JOHNSON, ALYSSA M.**
**7400 74TH AVENUE N**
**Minneapolis, MN 55428**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**      **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.1275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**JOHNSON, ANTHONY**
**3541 NW 194 ST.**
**Opa Locka, FL 33056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**JOHNSON, BENJAMIN L.**
**218 19 1/2 AVE NORTH**
**Saint Cloud, MN 56303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**JOHNSON, BRANDY**
**84 BASALT DRIVE**
**Fredericksburg, VA 22406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**JOHNSON, BRIAN C.**
**16121 Logarto Lane**
**Lakeville, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
|        | Name | | |

---

**2.1279** Priority creditor's name and mailing address

**JOHNSON, BROOKE**
**4365 MILL POND DRIVE**
**Troy, MI 48085**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.1280** Priority creditor's name and mailing address

**JOHNSON, CHRISTOPHER**
**4217 SHERMEON ST NE**
**Cedar Rapids, IA 52404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.1281** Priority creditor's name and mailing address

**JOHNSON, DARYL G.**
**11377 TOLKIEN AVENUE**
**White Plains, MD 20695**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.1282** Priority creditor's name and mailing address

**Johnson, Dominique**
**3600 Parkway Terrace Drive #8**
**Suitland, MD 20746**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**   **Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.1283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**JOHNSON, ERIKA**
**311 PLEASANT AVENUE**
**415**
**Saint Paul, MN 55102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**JOHNSON, GARRETT P.**
**4062 RENN HART HILLS**
**Loves Park, IL 61111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**JOHNSON, JAMZ K.**
**2895 HAWK RIDGE RD**
**Prior Lake, MN 55372**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**JOHNSON, JORDON T.**
**3608 CALDERWOOD DRIVE**
**Rockford, IL 61114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

| 2.1287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**JOHNSON, KYLE J.**
**1111 W MINNEHAHA AVE**
**Apt 6**
**Saint Paul, MN 55104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Johnson, Kyle J.**
**1601 Hood Road, Apt. 24**
**Sacramento, CA 95825**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**JOHNSON, LEAH**
**P.O. Box 182**
**Lacon, IL 61540**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**JOHNSON, LISA**
**11711 BRUNSWICK AVE**
**Champlin, MN 55316**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1291** | Priority creditor's name and mailing address

**JOHNSON, LNAYA R.**
**13813 STROH CT**
**Accokeek, MD 20607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1292** | Priority creditor's name and mailing address

**JOHNSON, MARCUS B.**
**2721 CEDAR STREET**
**Unit 306**
**Norwalk, IA 50211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1293** | Priority creditor's name and mailing address

**JOHNSON, MARCUS B.**
**633 Canterbury Place**
**Norwalk, IA 50211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1294** | Priority creditor's name and mailing address

**JOHNSON, MATT**
**370 TROMBLEY**
**Troy, MI 48083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1295** | Priority creditor's name and mailing address

**JOHNSON, NICHOLAS C.**
**4743 70TH PL**
**Urbandale, IA 50322**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1296** | Priority creditor's name and mailing address

**JOHNSON, ORLANDO**
**1881 SHERWOOD AVE**
**Saint Paul, MN 55119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1297** | Priority creditor's name and mailing address

**JOHNSON, SARAH**
**105 NAPLES DR**
**Elyria, OH 44035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1298** | Priority creditor's name and mailing address

**JOHNSON, SHEKINAH L.**
**5653 FORDHAM CIRCLE**
**Canton, MI 48187**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|--------|----------------------------------|--------------------------|----------|
| | Name | | |

| 2.1299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|--------|---------------------------------------------|-----|-----|-----|

**JOHNSON, TASHAYLA**
**6509 MARSOL RD**
**718**
**Cleveland, OH 44124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1300 | Priority creditor's name and mailing address |

**Johnson, Tonya**
**7850 Everett Avenue #7**
**Kansas City, KS 66112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1301 | Priority creditor's name and mailing address |

**JOHNSON, VAUNECHIO**
**5615 OLD DOVER**
**Apt 4**
**Fort Wayne, IN 46835**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1302 | Priority creditor's name and mailing address |

**JOHNSON-REEVES, SOLOMON**
**8405 SWEENEY DRIVE**
**Clinton, MD 20735**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1303** | Priority creditor's name and mailing address

**Johnston, Micah**
**5528 Pershing Ave**
**Apt 505**
**Saint Louis, MO 63112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1304** | Priority creditor's name and mailing address

**JONASON, LACHLYN M.**
**317 CAZINOVE ST.**
**Perley, MN 56574**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1305** | Priority creditor's name and mailing address

**JONES JR, RODNEY L.**
**2515 W. WESTPORT RD**
**2C**
**Peoria, IL 61615**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1306** | Priority creditor's name and mailing address

**JONES, ALEX**
**767 LINCOLN ST**
**Anoka, MN 55303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number *(if known)* | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**2.1307** | Priority creditor's name and mailing address

**JONES, CAMERON**
**26433 SOLON RD**
**702**
**Bedford, OH 44146**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.1308** | Priority creditor's name and mailing address

**JONES, CHARIS J.**
**2000 CHITA CT**
**Temple Hills, MD 20748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.1309** | Priority creditor's name and mailing address

**JONES, CRYSTAL M.**
**6246 N 155TH ST**
**Omaha, NE 68116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.1310** | Priority creditor's name and mailing address

**JONES, GREGORY M.**
**713 SW 28TH ST**
**101**
**Ankeny, IA 50023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1311** Priority creditor's name and mailing address

**JONES, LAVELL**
**183 SOUTH BELVOIR**
**Cleveland, OH 44121**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**     **Unknown**

---

**2.1312** Priority creditor's name and mailing address

**JONES, NYIEKA**
**3402 CURTIS DRIVE**
**33**
**Suitland, MD 20746**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**     **Unknown**

---

**2.1313** Priority creditor's name and mailing address

**JONES, ROBIN P.**
**5601 NANNIE BURROUGHS AVE.**
**NE**
**103**
**Washington, DC 20019**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**     **Unknown**

---

**2.1314** Priority creditor's name and mailing address

**JONES, TITO S.**
**16621 W 139TH ST**
**423**
**Olathe, KS 66062**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**     **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number *(if known)* | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**2.1315** | Priority creditor's name and mailing address

**JONES, TOSHIRO**
**10504 TERRACO TERRACE**
**Cheltenham, MD 20623**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1316** | Priority creditor's name and mailing address

**Jones-Camp, Noel**
**4552 Russell Avenue N.**
**Minneapolis, MN 55412**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1317** | Priority creditor's name and mailing address

**JORDAN, ANNA**
**2807 N. ZENITH AVE.**
**Davenport, IA 52804**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1318** | Priority creditor's name and mailing address

**Jordan, Christopher L.**
**208 Emerald Hill**
**Fort Washington, MD 20744**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1319** | Priority creditor's name and mailing address

**JORDAN, JOSEPH T.**
**534 E LOULA ST**
**Olathe, KS 66061**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1320** | Priority creditor's name and mailing address

**JORDING, DESTINY**
**2736 COUNTY RD. 600 N**
**El Paso, IL 61738**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1321** | Priority creditor's name and mailing address

**JOSEPH, DANIELLE G.**
**200 HILL ROAD**
**Hyattsville, MD 20785**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1322** | Priority creditor's name and mailing address

**JOSEPHSON, EMILY N.**
**845 CURRY TRAIL**
**Saint Paul, MN 55123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1323** | Priority creditor's name and mailing address

**JOYCE, BARBARA A.**
**2361 BICENTENNIAL AV**
**Crest Hill, IL 60403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1324** | Priority creditor's name and mailing address

**JUAN, MARON JUDE**
**1930 E 86TH ST**
**Apt 313**
**Minneapolis, MN 55425**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1325** | Priority creditor's name and mailing address

**JUAREZ, JASMIN I.**
**711 LARSEN AVE**
**Streamwood, IL 60107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1326** | Priority creditor's name and mailing address

**Juarez, Tomas L.**
**505 Piccadylli #151**
**Antioch, TN 37013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1327** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**JULO, CAROL A.**
**7612 KING ST.**
**Apt A**
**Overland Park, KS 66214**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1328** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**JUMPS, KACI M.**
**1601 R STREET**
**Lincoln, NE 68508**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1329** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**JURAKOBILOV, JASURBEK R.**
**910 PALMER ROAD**
**11**
**Fort Washington, MD 20744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1330** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**JURMU, JON**
**200 5TH AVE N**
**208**
**Saint Cloud, MN 56303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.1331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**KALAMA, MAKAYLA K.**
**1315 N 110TH PLAZA**
**709**
**Omaha, NE 68154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**KALLISH, JAMES R.**
**5820 OAKWOOD DR**
**Unit 2A**
**Lisle, IL 60532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**KAMEL, NICOLE R.**
**27142 Lorraine**
**Warren, MI 48093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**KAPLAN, DANIEL**
**732 18TH STREET**
**106**
**Des Moines, IA 50317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1335** | Priority creditor's name and mailing address

**KAROVIC, ALEXIS M.**
**2324 48TH ST NE**
**Canton, OH 44705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1336** | Priority creditor's name and mailing address

**KASPER, CRYSTAL**
**9580 Zircon Ct N**
**Osseo, MN 55311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1337** | Priority creditor's name and mailing address

**Kasun, Maria**
**1040 Y Street #301**
**Lincoln, NE 68508**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1338** | Priority creditor's name and mailing address

**KEEHN, ALEXANDER**
**404 N DOMINIC AVE**
**Sioux Falls, SD 57107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1339** | Priority creditor's name and mailing address

**KEEN, AMY L.**
**3876 Melby Ave.**
**Saint Michael, MN 55376**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1340** | Priority creditor's name and mailing address

**KEEN, JOSHUA C.**
**3876 Melby Ave**
**Saint Michael, MN 55376**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1341** | Priority creditor's name and mailing address

**KEISLER, EMILY**
**3240 OSWEGO AVE**
**Fort Wayne, IN 46805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1342** | Priority creditor's name and mailing address

**KEKUINE, SHELSA**
**10118 CAMPUS WAY S**
**Apt 102**
**Upper Marlboro, MD 20774**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.1343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**KELASH, BROOKLYN**
**1405 12TH AVENUE N**
**103**
**Saint Cloud, MN 56303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**KELLEHER, DESTINY**
**5400 HIGHLAND CT.**
**Crestwood, IL 60418**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**KELLER, KEVIN A.**
**513 N 10th Street**
**Leavenworth, KS 66048**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**KEMPTON, MORGAN L.**
**424 11TH ST. S.**
**Moorhead, MN 56560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| --- | --- | --- | --- |
| | Name | | |

---

**2.1347** | Priority creditor's name and mailing address

**KENDALL, WILLIAM**
**138 S CEDAR ST**
**Palatine, IL 60067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1348** | Priority creditor's name and mailing address

**KENNEDY, SARAH**
**929 W DEERBROOK DR**
**Peoria, IL 61615**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1349** | Priority creditor's name and mailing address

**Kennelly, Logan T.**
**947 Cooper Court**
**Elk Grove Village, IL 60007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1350** | Priority creditor's name and mailing address

**Kenney, Taronica A.**
**3519 Minnesota Avenue SE #301**
**Washington, DC 20019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number *(if known)* | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**2.1351** | Priority creditor's name and mailing address

**KENNY, JOSEPH**
**5823 SOUTH 100TH PLZ**
**3B**
**Omaha, NE 68127**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown** | **Unknown**

---

**2.1352** | Priority creditor's name and mailing address

**KEON, ROBERT M.**
**12318 S MULLEN CT**
**Olathe, KS 66062**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown** | **Unknown**

---

**2.1353** | Priority creditor's name and mailing address

**KEON, STACIE L.**
**12318 S. MULLEN CT.**
**Olathe, KS 66062**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown** | **Unknown**

---

**2.1354** | Priority creditor's name and mailing address

**KEPCHAR, STEPHANIE D.**
**5811 ALLANWOOD DR**
**Cleveland, OH 44129**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown** | **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1355** | Priority creditor's name and mailing address

**KERR, JACQUELINE**
**5055 W AGATITE AVE**
**Apt 1**
**Chicago, IL 60630**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1356** | Priority creditor's name and mailing address

**KERSEY, ANDREA G.**
**1522 Prather Avenue**
**Saint Louis, MO 63139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1357** | Priority creditor's name and mailing address

**KESS, AUTI M.**
**9300 S 29TH ST**
**Lincoln, NE 68515**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1358** | Priority creditor's name and mailing address

**KETELBOETER, SYDNEY**
**1201 Wenton Drive**
**Chisholm, MN 55719**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1359** | Priority creditor's name and mailing address

KIMBALL, ANDREW J.
2192 LEXINGTON AVE N
12
Saint Paul, MN 55113

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1360** | Priority creditor's name and mailing address

KINCHELOE, JARED
3905 PINE TREE DR
Cedar Rapids, IA 52403

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1361** | Priority creditor's name and mailing address

KING, ANDRE
17780 SW 103 AVE.
Miami, FL 33157

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1362** | Priority creditor's name and mailing address

King, Ellyn K.
4045 Mohawk Street
Lincoln, NE 68510

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1363** | Priority creditor's name and mailing address

**King, Mikayla N.**
**2024 1/2 N. Westwood Avenue**
**Toledo, OH 43607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1364** | Priority creditor's name and mailing address

**KING, NEAL**
**3627 YORKTOWN DRIVE**
**Waldorf, MD 20601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1365** | Priority creditor's name and mailing address

**KING, RANDOLPH E.**
**1213 CRISFIELD DR.**
**Oxon Hill, MD 20745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1366** | Priority creditor's name and mailing address

**KINNEY, CAITLYN C.**
**950 67TH ST**
**220**
**West Des Moines, IA 50266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1367** | Priority creditor's name and mailing address

**KINSELLA, MARIN**
**1301 ARROWHEAD DR**
**Saint Louis, MO 63132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1368** | Priority creditor's name and mailing address

**Kinsman, Kelly**
**225 William St**
**East Peoria, IL 61611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1369** | Priority creditor's name and mailing address

**Kinzey, James J.**
**28219 Hughes St**
**Saint Clair Shores, MI 48081**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1370** | Priority creditor's name and mailing address

**KIPPER, CARL**
**518 WEST 61ST STREET**
**Davenport, IA 52806**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

---

**2.1371** | Priority creditor's name and mailing address

**KIPPER, CARLTON R.**
**518 WEST 61ST STREET**
**Davenport, IA 52806**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1372** | Priority creditor's name and mailing address

**KIRK, JALEN**
**50 RIVERSIDE RUN DR**
**Indian Head, MD 20640**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1373** | Priority creditor's name and mailing address

**KIRKLAND Jr., DAVID N.**
**2914 Sandy Hallow Rd**
**Apt 4**
**Rockford, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1374** | Priority creditor's name and mailing address

**KIRKWOOD, VALERIE D.**
**2177 KINGSTON DR**
**Maumee, OH 43537**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1375** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**KISELSTEIN, BRIAN J.**
**900 E WILMETTE RD**
**220**
**Palatine, IL 60074**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1376** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**KITREL, EUGENE**
**1395 NE 33 Avenue #107**
**Homestead, FL 33033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1377** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**KIVI, MEGANN M.**
**2061 SHEPARD ROAD**
**207**
**Saint Paul, MN 55116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1378** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**KLAK, LEA**
**594 ROLLING BROOKE WAY**
**Northfield, OH 44067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1379**  Priority creditor's name and mailing address

**KLEIN, STEVE**
**33556 GROTH DR**
**Sterling Heights, MI 48312**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1380**  Priority creditor's name and mailing address

**KLEIN, TINA M.**
**9595 HAVLET RD NW**
**Rice, MN 56367**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1381**  Priority creditor's name and mailing address

**KLENDA, JACOB**
**4818 NORESTON ST**
**Shawnee, KS 66226**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1382**  Priority creditor's name and mailing address

**KLING, MOLLY J.**
**1709 35TH ST S**
**Unit 211**
**Fargo, ND 58103**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1383**

Priority creditor's name and mailing address

**KLING, MOLLY J.**
**1864 S. 39th Street #206**
**Fargo, ND 58103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown     Unknown

---

**2.1384**

Priority creditor's name and mailing address

**Klockner, Halle**
**37680 Northland Street**
**Livonia, MI 48152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown     Unknown

---

**2.1385**

Priority creditor's name and mailing address

**KNIGHT, BRENELLE M.**
**11709 LONG LEAF CIRCLE**
**Saint Louis, MO 63146**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown     Unknown

---

**2.1386**

Priority creditor's name and mailing address

**Knight, Robert F.**
**200 Boyd Lane, #205**
**Oakdale, PA 15071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown     Unknown

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.1387** | Priority creditor's name and mailing address

**KNOBLOCK, SAMANTHA**
**5938 STUMPH ROAD**
**204**
**Cleveland, OH 44130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1388** | Priority creditor's name and mailing address

**KNOX, LOUIS A.**
**10994 Isanti Ct NE**
**Minneapolis, MN 55449**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1389** | Priority creditor's name and mailing address

**Koball, JAMIE L.**
**2207 S. 1st Ave**
**Sioux Falls, SD 57105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1390** | Priority creditor's name and mailing address

**KOBLE, MORGAN**
**3201 45TH AVE SOUTH**
**Fargo, ND 58103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1391** | Priority creditor's name and mailing address

**KOCH, CHRIS**
**1732 Whispering Pines Court SW**
**Cedar Rapids, IA 52404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1392** | Priority creditor's name and mailing address

**KOCH, CHRIS**
**1732 Whispering Pines Court SW**
**Cedar Rapids, IA 52404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1393** | Priority creditor's name and mailing address

**KOLKOSKI, BREEZY R.**
**7209 N NEVADA AVE**
**Kansas City, MO 64152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1394** | Priority creditor's name and mailing address

**KOLKOSKI, BRIELLE J.**
**7209 N NEVADA AVE**
**Kansas City, MO 64152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1395** | Priority creditor's name and mailing address

**KONG, NYAKEK**
**4620 E 54TH ST**
**129**
**Sioux Falls, SD 57110**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1396** | Priority creditor's name and mailing address

**KONONENKO, NATALIYA V.**
**9280 UNIVERSITY AVE NW**
**356**
**Minneapolis, MN 55448**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1397** | Priority creditor's name and mailing address

**KOPIECKI, MADELINE R.**
**1548 VAN BUREN AVE**
**Saint Paul, MN 55104**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1398** | Priority creditor's name and mailing address

**KOPKE, AAYLAH R.**
**6970 S 145 E**
**Wolcottville, IN 46795**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1399** | Priority creditor's name and mailing address

**KOPNICK, ANDREW S.**
**1109 7TH ST S**
**B308**
**Waite Park, MN 56387**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown        Unknown**

---

**2.1400** | Priority creditor's name and mailing address

**Kopp, Alexis C.**
**1030 University Drive N.**
**Fargo, ND 58102**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown        Unknown**

---

**2.1401** | Priority creditor's name and mailing address

**KOPPANG, KATIE**
**150 14th Ave. S.**
**South Saint Paul, MN 55075**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown        Unknown**

---

**2.1402** | Priority creditor's name and mailing address

**KOPPERUD, JENNIFER L.**
**1339 12TH AVE S**
**Fargo, ND 58103**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown        Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1403** | Priority creditor's name and mailing address

**KORAIDO, MADELINE**
**538 Millers Run Road Apt. 1**
**Morgan, PA 15064**

As of the petition filing date, the claim is: | Unknown | Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1404** | Priority creditor's name and mailing address

**KORDALSKI, KEVIN M.**
**750 CHENE ST.**
**1405**
**Detroit, MI 48207**

As of the petition filing date, the claim is: | Unknown | Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1405** | Priority creditor's name and mailing address

**KORECKI, JAKE R.**
**23833 BATTELLE**
**Hazel Park, MI 48030**

As of the petition filing date, the claim is: | Unknown | Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1406** | Priority creditor's name and mailing address

**KORMANIK, LUKE**
**5204 15TH AVE S**
**Minneapolis, MN 55417**

As of the petition filing date, the claim is: | Unknown | Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1407** | Priority creditor's name and mailing address

**KOSLOSKI, HANNAH**
**901 8TH ST S**
**Moorhead, MN 56562**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.1408** | Priority creditor's name and mailing address

**KOUSTRUP, MICHAEL J.**
**3927 88th Ave. NE**
**Circle Pines, MN 55014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.1409** | Priority creditor's name and mailing address

**KOWALSKI, KELSEY J.**
**948 Thomas Ave. W**
**Saint Paul, MN 55104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.1410** | Priority creditor's name and mailing address

**KOZEL, DANIELLA M.**
**1818 BUCKINGHAM RD**
**Mundelein, IL 60060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.1411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**KOZLOWSKI, ALEXIS**
**3709 ORIOLE LN**
**Rolling Meadows, IL 60008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**KRAFT, TYLER J.**
**2909 10TH AVE N**
**Fargo, ND 58102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Krazel, Seth J.**
**21326 Randall St.**
**Farmington, MI 48336**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**KREJCI, JORDYN J.**
**3418 WESTGATE**
**Omaha, NE 68124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.1415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**KREPFLE, SADIE (SARAH) K.**
**865 Bentley Drive Unit 9**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

�No
☐ Yes

---

| 2.1416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Kringen, Barrett A.**
**4022 18th Avenue S. #107**
**Fargo, ND 58103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.1417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**KRUPKO, PAUL**
**2751 DEER CREEK TRAIL**
**Urbandale, IA 50323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.1418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**KRUSE, JACOB**
**1509 Marshall St**
**Boone, IA 50036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.1419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**KUBALA, EILEEN R.**
**8500 HERON AVE SOUTH**
**Cottage Grove, MN 55016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**KUHLMEY, JANESSA J.**
**805 9TH STREET SOUTH**
**Avon, MN 56310**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**KUHNEN, WENDI A.**
**103 OSPREY RIDGE**
**Machesney Park, IL 61115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**KULASA, JOHN**
**14258 PERNELL**
**Sterling Heights, MI 48313**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.1423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**KUMPF, JACKSON**
**122 N 34TH STREET**
**Omaha, NE 68131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**KUPSCH, KEVIN D.**
**315 4TH AVE S**
**203**
**Saint Cloud, MN 56301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**KURTH, GARY**
**1500 LASALLE AVE**
**Apt 508**
**Minneapolis, MN 55403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**KURTS, AUBREE**
**217 JENNETTE PL**
**Franklin, TN 37064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**KURTZ, KIMBERLY**
**604 ORCHARD VIEW DRIVE**
**Maumee, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**KURTZ, NICHOLAS**
**604 ORCHARD VIEW DRIVE**
**Maumee, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**KYM, AIZEN-CHOI**
**966 BUCHANAN ST**
**Fort Wayne, IN 46803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kym, Aizen-Choi**
**966 Oaklawn Ct.**
**Fort Wayne, IN 46803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1431** Priority creditor's name and mailing address

**LABUDA, LAURA A.**
**1106 ASHWOOD COURT**
**Waite Park, MN 56387**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1432** Priority creditor's name and mailing address

**LACAPRARA, NICOLA**
**30936 GRANDVIEW AVE**
**Westland, MI 48186**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1433** Priority creditor's name and mailing address

**LACKNER, ANDREA**
**6515 LONG AVE**
**Shawnee, KS 66216**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1434** Priority creditor's name and mailing address

**LAFAVE, NICOLE M.**
**9757 PLEASANT WAY**
**Indianapolis, IN 46280**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
|        | Name | | |

---

**2.1435** Priority creditor's name and mailing address

**LAGARDA, BERENICE**
**12220 S STRANG LINE CT**
**1302**
**Olathe, KS 66062**

Unknown    Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
�/ Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.1436** Priority creditor's name and mailing address

**LAGARDA, JENNY**
**12215 STRANG LINE CT**
**Olathe, KS 66062**

Unknown    Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.1437** Priority creditor's name and mailing address

**LAGUNES, ROSA**
**700 W MEADE BLVD LOT 80**
**Franklin, TN 37064**

Unknown    Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.1438** Priority creditor's name and mailing address

**LALA, WALTER**
**715 24 AVE NE**
**Minneapolis, MN 55418**

Unknown    Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1439** | Priority creditor's name and mailing address

**LAMAR, JEFFREY**
**5725 PILLORY WAY**
**Indianapolis, IN 46268**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.1440** | Priority creditor's name and mailing address

**LAMERE, TAYLAR**
**19202 HARAPPA AVE.**
**Lakeville, MN 55044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.1441** | Priority creditor's name and mailing address

**LANDAVERDE, JOSE A.**
**1071 ROCHESTER RD**
**Apt 20**
**Troy, MI 48083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.1442** | Priority creditor's name and mailing address

**LANDESS, BRETTLEY C.**
**14175 IRELAND ROAD**
**Mishawaka, IN 46544**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1443** | Priority creditor's name and mailing address

**LANE, ALEXIS D.**
**9440 SUMAC RD**
**Des Plaines, IL 60016**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**     **Unknown**

---

**2.1444** | Priority creditor's name and mailing address

**LANE, BIANCA N.**
**9985 LINDA LN.**
**2W**
**Des Plaines, IL 60016**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**     **Unknown**

---

**2.1445** | Priority creditor's name and mailing address

**LANGE, BRAYDEN A.**
**402 POPLAR COURT**
**Coraopolis, PA 15108**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**     **Unknown**

---

**2.1446** | Priority creditor's name and mailing address

**LANGE, CARISSA**
**402 POPLAR COURT**
**Coraopolis, PA 15108**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**     **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1447** | Priority creditor's name and mailing address

**LANGE, LARA L.**
**941 Whitney Drive**
**Saint Paul, MN 55124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1448** | Priority creditor's name and mailing address

**LANGELAND, NICOLE C.**
**1970 11TH AVE E**
**Shakopee, MN 55379**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1449** | Priority creditor's name and mailing address

**LANGHAM, CHRISTIAN D.**
**1128 OSPREY LANE**
**Nashville, TN 37221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1450** | Priority creditor's name and mailing address

**LANGLAND, DELIA A.**
**3301 HIGHWAY 169 N**
**Unit 316**
**Minneapolis, MN 55441**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.1451** | Priority creditor's name and mailing address

**LANGLINAIS, EMILY C.**
**1501 MEREDITH DR**
**2111**
**Pittsburgh, PA 15205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1452** | Priority creditor's name and mailing address

**LANGOSCH, JAIME**
**10633 PENFIELD**
**Orland Park, IL 60462**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1453** | Priority creditor's name and mailing address

**LAPLANTE, SUMMER R.**
**2735 F STREET APT. 1**
**Lincoln, NE 68510**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1454** | Priority creditor's name and mailing address

**LARES, GERARDO**
**764 INLAND CIRCLE APT 102**
**Naperville, IL 60563**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.1455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**LARKIN, ASHLEY J.**
**45723 LAKEVIEW COURT**
**11307**
**Novi, MI 48377**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**LARSEN, ANDREW B.**
**8010 NORTH GRANBY AV**
**Apt #2**
**Kansas City, MO 64151**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Larson, Ashley N.**
**4433 KELLEE LN**
**Loves Park, IL 61111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Larson, Aspen N.**
**6214 15th Street N.**
**Fargo, ND 58102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1459**  Priority creditor's name and mailing address

**LARSON, GRETCHEN A.**
**5217 S. 28TH ST.**
**Omaha, NE 68107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1460**  Priority creditor's name and mailing address

**LARSON, KIRSTEN**
**2908 Kentshire Circle**
**Naperville, IL 60564**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1461**  Priority creditor's name and mailing address

**LARSON, PAUL L.**
**15460 108th Pl N**
**Osseo, MN 55369**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1462**  Priority creditor's name and mailing address

**LARSON, SYDNEY Y.**
**4000 2ND ST S**
**Moorhead, MN 56560**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| --- | --- | --- | --- |
| | Name | | |

| 2.1463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**LASHAWAY, DREW A.**
**5011 WISSMAN RD**
**Toledo, OH 43615**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**LASHAWAY, JAMES M.**
**2047 BRAME PL**
**Toledo, OH 43613**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**LASHLEY, CARL B.**
**3200 MCROBERT RD**
**Pittsburgh, PA 15234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**LASKY, SAMANTHA C.**
**1250 RIDGE RD**
**Northbrook, IL 60062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1467** Priority creditor's name and mailing address

**Lasso, Edward**
**19781 S W 114th Avenue**
**Miami, FL 33157**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown   Unknown

---

**2.1468** Priority creditor's name and mailing address

**LASTER, CAROL A.**
**2 WILLIAMSON STREET**
**Edwardsville, KS 66113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown   Unknown

---

**2.1469** Priority creditor's name and mailing address

**Latterell, Samantha K.**
**443 Coyote Trail**
**Circle Pines, MN 55014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown   Unknown

---

**2.1470** Priority creditor's name and mailing address

**LAURENTIUS, SAMANTHA A.**
**8790 BROOKE PARK DR**
**205**
**Canton, MI 48187**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown   Unknown

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1471** Priority creditor's name and mailing address

**Laurinaitis, Gregory**
**7508 Red Oak Drive**
**Plainfield, IL 60586**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1472** Priority creditor's name and mailing address

**Lavalle, Robert**
**2509 Cobble Hill Ct. Unit L**
**Saint Paul, MN 55125**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1473** Priority creditor's name and mailing address

**LAWHORN, SHAMILA**
**8755 LEMODE COURT**
**#D**
**Indianapolis, IN 46268**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1474** Priority creditor's name and mailing address

**LAWLOR, PATRICK J.**
**4930 DANFORTH DR.**
**Rockford, IL 61114**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.1475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**LAWSON, ZACHARY M.**
**1013 15TH AVE S**
**Saint Cloud, MN 56301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**LAZARO, HERIBERTO**
**577 PLUM GROVE RD**
**2B**
**Roselle, IL 60172**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**LAZARO, RAQUEL**
**1623 B**
**Lincoln, NE 68502**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**LEAHY, ASHLEY**
**10932 PIONEER DR**
**Burnsville, MN 55337**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1479** | Priority creditor's name and mailing address

**LEAHY, MIKE G.**
**10932 PIONEER DR**
**Burnsville, MN 55337**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.1480** | Priority creditor's name and mailing address

**LEAHY, SARAH A.**
**10932 PIONEER DRIVE**
**Burnsville, MN 55337**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.1481** | Priority creditor's name and mailing address

**LEDBETTER, DENNIS**
**9517 49TH PLACE**
**College Park, MD 20740**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.1482** | Priority creditor's name and mailing address

**Ledoux, Elizabeth**
**3226 43rd Avenue S.**
**Fargo, ND 58104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1483** | Priority creditor's name and mailing address

**LEE, ALEXIS L.**
**5301 MISTY MORNING DR**
**Rockford, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown     Unknown**

---

**2.1484** | Priority creditor's name and mailing address

**LEE, ANTHONY M.**
**914 ANNA LIZA ST**
**Pekin, IL 61554**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown     Unknown**

---

**2.1485** | Priority creditor's name and mailing address

**LEE, LAUREN M.**
**2435 SHARON COURT**
**Naperville, IL 60564**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown     Unknown**

---

**2.1486** | Priority creditor's name and mailing address

**LEE, WILLIAM**
**8325 MORGAN AVE N.**
**Minneapolis, MN 55444**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown     Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1487**  Priority creditor's name and mailing address

Leffler, Amanda C.
5555 North 66th Street
Omaha, NE 68104

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown   Unknown

---

**2.1488**  Priority creditor's name and mailing address

LEMA, GISELA
9944 SW 224 Street
Apt 104
Miami, FL 33190

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown   Unknown

---

**2.1489**  Priority creditor's name and mailing address

LEMKER, LAUREN
508 6TH AVE S
Saint Cloud, MN 56301

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown   Unknown

---

**2.1490**  Priority creditor's name and mailing address

LEMPKE, DYLAN N.
1330 5th Ave S
101
Saint Cloud, MN 56301

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown   Unknown

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1491** | Priority creditor's name and mailing address

**LENAGHAN, DENISE M.**
**2306 HERITAGE DRIVE**
**Saint Cloud, MN 56301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1492** | Priority creditor's name and mailing address

**Lenear, Dajontae M.**
**1124 Irving Avenue North**
**Minneapolis, MN 55411**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1493** | Priority creditor's name and mailing address

**Lentz, Jolynn C.**
**4997 51st Street S.**
**Fargo, ND 58104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1494** | Priority creditor's name and mailing address

**LEONARD, GRANT W.**
**5472 WILD ROSE LN**
**2207**
**West Des Moines, IA 50266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.1495** Priority creditor's name and mailing address

**Lerbakken, Alexander J.**
**3350 Adams Street**
**Fargo, ND 58104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1496** Priority creditor's name and mailing address

**LESDESMA, CESAR**
**5027 S 20TH ST**
**18**
**Omaha, NE 68107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1497** Priority creditor's name and mailing address

**LESLIE, NICOLE M.**
**3126 BUSH DR**
**Franklin, TN 37064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1498** Priority creditor's name and mailing address

**LEWANDOWSKI, DAVID**
**1601 Eagle's Crest Avenue**
**Apt B1**
**Davenport, IA 52804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.1499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**LEWIS, DARNELL L.**
**1364 N. Cove Apt. 4**
**Toledo, OH 43606**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**LEWIS, JALISA D.**
**21340 WESTHAMPTON**
**Oak Park, MI 48237**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Lewis, Katie E.**
**7319 Laurel Ridge Drive**
**Whitehouse, OH 43571**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Lewis, Kenneth S.**
**5841 73rd Avenue No. #151**
**Brooklyn Park, MN 55429**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.1503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**LEWIS, TRACEY**
**14126 COYLE ST.**
**Detroit, MI 48227**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**LIBBY, BRANDON R.**
**3009 18TH ST S**
**204**
**Moorhead, MN 56560**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Licka, Curtis A.**
**35085 Briarwood Drive**
**Warrenville, IL 60555**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**LICON, CHRIS T.**
**2307 W 46TH ST**
**313**
**Sioux Falls, SD 57105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1507** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Liddell, Macenzie**
**100 S. 4th Street W**
**Ada, MN 56510**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1508** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Lietha, Adam**
**9214 November Drive**
**Saint Joseph, MN 56374**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1509** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**LIEURANCE, AUSTIN**
**512 TYLER ST. SE**
**#8**
**Cascade, IA 52033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1510** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**LIGGETT, PATRICK A.**
**5446 CLOISTER DR**
**Murfreesboro, TN 37128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1511** | Priority creditor's name and mailing address

**LIND, JASON J.**
**508 SHADYCREST LN**
**Franklin, TN 37064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1512** | Priority creditor's name and mailing address

**LIND, SARA M.**
**3343  Thomas Avenue North**
**Minneapolis, MN 55412**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1513** | Priority creditor's name and mailing address

**LINSTRA, LAURA K.**
**1613 E 153rd ST**
**Olathe, KS 66062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1514** | Priority creditor's name and mailing address

**LIPP, TIFFANY A.**
**2170 DAWN DR**
**Marion, IA 52302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.1515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**LITTLE, CHRISTIAN I.**
**208 N. 9TH STREET**
**1204**
**Saint Louis, MO 63101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**LITVIN, EDWARD V.**
**1417 SUMMIT RIDGE DR.**
**Saint Louis, MO 63147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**LLAGUNO, MIRANDA**
**6245 SW KENDALE LAKES CIR**
**A205**
**Miami, FL 33183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**LOBATO, DOMINGO**
**12808 MANDERSON PLAZA**
**Unit 205**
**Omaha, NE 68164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1519** | Priority creditor's name and mailing address

**LOBEJKO, KATHLENE**
**6940 ASHWOOD RD #310**
**Saint Paul, MN 55125**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1520** | Priority creditor's name and mailing address

**LOCKE, MARY**
**5811 N Flora Ave**
**Kansas City, MO 64118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1521** | Priority creditor's name and mailing address

**LODERMEIER, LEE R.**
**9595 HAVLET RD NW**
**Rice, MN 56367**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1522** | Priority creditor's name and mailing address

**LOEFFLER, CAITLYN D.**
**555 N MURLEN RD**
**202**
**Shawnee, KS 66216**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.1523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**LOEFFLER, KAYLA C.**
**6705 OAK GROVE PKWY NORTH**
**Unit 1120**
**Minneapolis, MN 55445**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**LOEW, AMANDA**
**1407 TAYLOR ST**
**Fort Wayne, IN 46802**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**LOEW, CADEN M.**
**5504 JOYCE AVE**
**Fort Wayne, IN 46818**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**LOFSWOLD, ANNA L.**
**4924 17TH AVE S**
**Minneapolis, MN 55417**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**2.1527** | Priority creditor's name and mailing address

**Lohmann, Melissa A.**
**1213 57th Place**
**West Des Moines, IA 50266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown        Unknown

---

**2.1528** | Priority creditor's name and mailing address

**LONCZKOWSKI, DANIELLE C.**
**23371 LAKEWOOD**
**Clinton Township, MI 48035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown        Unknown

---

**2.1529** | Priority creditor's name and mailing address

**LONG, MADELINE**
**385 BLUE REEF DR.**
**Hiawatha, IA 52233**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown        Unknown

---

**2.1530** | Priority creditor's name and mailing address

**LONGHENRY, ALLISON J.**
**48082 252ND ST**
**Garretson, SD 57030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown        Unknown

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1531** | Priority creditor's name and mailing address

**LONGIE, PETER J.**
**1710 49TH STREET SOUTH**
**303**
**Fargo, ND 58103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1532** | Priority creditor's name and mailing address

**LONGIE, RICHARD J.**
**1710 49TH STREET SOUTH**
**303**
**Fargo, ND 58103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1533** | Priority creditor's name and mailing address

**LONGTIN, JAMES A.**
**1746 52ND ST S**
**Fargo, ND 58103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1534** | Priority creditor's name and mailing address

**LONSBURY, ABIGAIL L.**
**7503 MERIWOOD DR.**
**Fort Wayne, IN 46835**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number *(if known)* | 19-43756 |
|--------|----------------------------------|--|---------------------------|----------|
| | Name | | | |

---

**2.1535** | Priority creditor's name and mailing address

**LOOMIS, SYDNEY C.**
**4026 87TH ST. E**
**Inver Grove Heights, MN 55076**

As of the petition filing date, the claim is:    **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1536** | Priority creditor's name and mailing address

**LOONAM, BREANNA**
**652 REBECCA LANE**
**Bolingbrook, IL 60440**

As of the petition filing date, the claim is:    **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1537** | Priority creditor's name and mailing address

**Loos, Kimberly L.**
**2630 Jameson N. #2**
**Lincoln, NE 68512**

As of the petition filing date, the claim is:    **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1538** | Priority creditor's name and mailing address

**LOPEZ ESTEVES, YOLANDA**
**7232 PORTLAND AVE**
**10**
**Minneapolis, MN 55423**

As of the petition filing date, the claim is:    **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1539** | Priority creditor's name and mailing address

**LOPEZ ONOFRE, EUTIQUIA**
**3300 Minnehaha Ave S Apt 103**
**Minneapolis, MN 55406**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1540** | Priority creditor's name and mailing address

**LOPEZ, ALEJANDRO**
**5437 MARYLAND AVE. N.**
**Minneapolis, MN 55428**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1541** | Priority creditor's name and mailing address

**Lopez, Alejandro**
**5437 Maryland Avenue No.**
**Minneapolis, MN 55428**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1542** | Priority creditor's name and mailing address

**LOPEZ, ALEXANDER**
**254 BIRMINGHAM ST**
**Unit 2**
**Saint Paul, MN 55106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1543** Priority creditor's name and mailing address

**LOPEZ, CRISOFORO**
**31367 Harlo Drive**
**Apt H**
**Madison Heights, MI 48071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1544** Priority creditor's name and mailing address

**Lopez, Dora D.**
**9611 Wedgewood Dr**
**Fort Washington, MD 20744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1545** Priority creditor's name and mailing address

**LOPEZ, FERNANDO**
**8610 GRANT AVE**
**Overland Park, KS 66212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1546** Priority creditor's name and mailing address

**LOPEZ, JESUS**
**2071 EDINGBURGH LN**
**Aurora, IL 60504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.1547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**LOPEZ, JOSE A.**
**1036 Calvin Ave**
**#16**
**Kansas City, KS 66102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lopez, Jose A.**
**45 N. 11th St. #16**
**Kansas City, KS 66102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lopez, Luis A.**
**1106 Fawn Parkway Plaza**
**Apt 364**
**Omaha, NE 68144**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**LOPEZ, MANUEL**
**4941 Tama Street**
**Apt 4**
**Marion, IA 52302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1551**

Priority creditor's name and mailing address

**LOPEZ, MANUEL**
**906 POCAHONTAS DR**
**Fort Washington, MD 20744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1552**

Priority creditor's name and mailing address

**LOPEZ, MANUEL**
**4941 Tama Street, #42**
**Marion, IA 52302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1553**

Priority creditor's name and mailing address

**LOPEZ, MARCIAL**
**2150 EDGEWOOD RD NW APT 9**
**Cedar Rapids, IA 52405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1554**

Priority creditor's name and mailing address

**LOPEZ, MARGARITA**
**2609 16TH AVE**
**Apt 18**
**Minneapolis, MN 55407**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number (if known) | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**LOPEZ, MARIA F.**
**1908 E RICE ST.**
**13**
**Sioux Falls, SD 57103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**LOPEZ, MAURICIO C.**
**207 Montwood Ct**
**Franklin, TN 37064**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**LOPEZ, NEPTALI B.**
**2727 DUKE ST.**
**Unit 600**
**Alexandria, VA 22314**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**LORD, COLLEEN C.**
**15708 FITZGERALD ST.**
**Livonia, MI 48154**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1559** | Priority creditor's name and mailing address

**LORENTZEN, BURKLEY E.**
**29652 HIDDEN FOREST BLVD**
**Chisago City, MN 55013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1560** | Priority creditor's name and mailing address

**LORENZ, LEVI G.**
**514 LANGLEY ROAD**
**Machesney Park, IL 61115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1561** | Priority creditor's name and mailing address

**LOTHAMER, DUSTIN R.**
**609 Charlotte Ave**
**Fort Wayne, IN 46805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1562** | Priority creditor's name and mailing address

**Love, Joshua**
**11825 Bailey Rd**
**Waterville, OH 43566**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| --- | --- | --- | --- |
| | Name | | |

**2.1563** Priority creditor's name and mailing address

**Lowe, Brandon D.**
**141 Gladstone**
**Detroit, MI 48202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1564** Priority creditor's name and mailing address

**LOWRY, CHRISTOPHER A.**
**24901 AUBURN LN**
**Apt 6**
**Southfield, MI 48033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1565** Priority creditor's name and mailing address

**LUBOWICZ, RACHEL M.**
**9202 DARNELL ST**
**Lenexa, KS 66215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1566** Priority creditor's name and mailing address

**LUBOWICZ, SAM**
**9202 DARNELL ST**
**Lenexa, KS 66215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.1567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Luca, Jonathon**
**1467 Wiltshire Rd**
**Berkley, MI 48072**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**LUCAS, DELANTE**
**3738 STONESBORO RD**
**Fort Washington, MD 20744**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**LUDWIG, ANTHONY**
**3602 E DOUGLAS AV**
**207**
**Des Moines, IA 50317**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**LUEDTKE, KORBIN M.**
**530 NORTHBOROUGH LN.**
**Lincoln, NE 68505**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1571** | Priority creditor's name and mailing address

**LUGN, ASHLEY**
**7321 PIONEERS BLVD**
**326**
**Lincoln, NE 68506**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1572** | Priority creditor's name and mailing address

**LUGO, JUAN**
**1429 COOLIDGE DR**
**Saint Louis, MO 63132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1573** | Priority creditor's name and mailing address

**LUJAN, JOSE D.**
**1605 7TH ST SE**
**301**
**Saint Cloud, MN 56304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1574** | Priority creditor's name and mailing address

**Luna Aguilar, Juan D.**
**14650 Foliage Avenue**
**Saint Paul, MN 55124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.1575** | Priority creditor's name and mailing address

**LUNA, EDUARDO**
**15140 EL CAMENO TERRACE**
**Unit 2N**
**Orland Park, IL 60462**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1576** | Priority creditor's name and mailing address

**LUNA, GABRIELLE E.**
**4524 RICHFIELD LANE**
**Fort Wayne, IN 46816**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1577** | Priority creditor's name and mailing address

**LUNA, KARINA**
**1570 CAVALRY ST**
**Detroit, MI 48209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1578** | Priority creditor's name and mailing address

**LUND, HEATHER**
**122 E 7TH ST**
**Tonganoxie, KS 66086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| --- | --- | --- | --- |
| | Name | | |

---

**2.1579** | Priority creditor's name and mailing address

**Lureen, Cassandra D.**
**613 22nd Street NW**
**Minot, ND 58703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.1580** | Priority creditor's name and mailing address

**Lusk, Connor**
**1028 N. 16th Street**
**Beatrice, NE 68310**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.1581** | Priority creditor's name and mailing address

**LUSK, MARY B.**
**27 VALLEY DRIVE**
**32**
**Mount Clemens, MI 48043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.1582** | Priority creditor's name and mailing address

**LUSKEY, SAMANTHA**
**13301 Maple Knoll Way**
**Apt 701**
**Osseo, MN 55369**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.1583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**LUTZ, TIMOTHY**
**212 ERIE AVE.**
**Aliquippa, PA 15001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**LUZUM, JACKIE L.**
**512 3RD AVE SW**
**Mount Vernon, IA 52314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**LYNCH, RICHARD H.**
**2730 W LAKE ST**
**Unit 610**
**Minneapolis, MN 55419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**LYNUM, DANIEL**
**3440 5TH ST W**
**109**
**West Fargo, ND 58078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1587** | Priority creditor's name and mailing address

**Lyons, Andrew**
**20582 Woodburn**
**Southfield, MI 48075**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1588** | Priority creditor's name and mailing address

**LYSINGER, ERICA**
**248 52ND STREET**
**93**
**West Des Moines, IA 50265**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1589** | Priority creditor's name and mailing address

**Maas, Julia M.**
**1115 Christopher Drive**
**Bowling Green, OH 43402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1590** | Priority creditor's name and mailing address

**MACDONALD, DIANNA R.**
**200 FAIRVIEW AVE**
**East Peoria, IL 61611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.1591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**MACGREGOR, LINDSAY**
**344 Dunnwood dr**
**Apt 2**
**Fort Wayne, IN 46835**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**MACMANUS, AUGUSTUS**
**4816 NORFOLK PLACE**
**Bettendorf, IA 52722**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**MACRAE, LOGAN**
**419 17TH ST S**
**Moorhead, MN 56560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**MADRID, EDUARDO**
**1519 N SILVER LN**
**Apt 3B**
**Palatine, IL 60074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

### 2.1595

**Priority creditor's name and mailing address**

**MAGANA, BRIAN**
**8217 Carlisle Drive**
**Hanover Park, IL 60133**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

### 2.1596

**Priority creditor's name and mailing address**

**MAGDALENA RAMOS, MARIA**
**152 E BURT DR**
**Columbia, TN 38401**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

### 2.1597

**Priority creditor's name and mailing address**

**Magennis, Julian**
**1104 NW 57TH TER**
**Kansas City, MO 64118**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

### 2.1598

**Priority creditor's name and mailing address**

**MALARA, CARLOS O.**
**3513 FEDERAL DR**
**Saint Paul, MN 55122**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.1599** | Priority creditor's name and mailing address

**MALATESTINIC, HOPE K.**
**19495 NORTHRIDGE DR.**
**#D**
**Northville, MI 48167**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1600** | Priority creditor's name and mailing address

**MALDONADO, MARIA I.**
**3419 LOUISIANA AVE**
**Saint Louis, MO 63118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1601** | Priority creditor's name and mailing address

**MALDONADO, RICARDO**
**2110 MERLE HAY RD**
**Des Moines, IA 50310**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1602** | Priority creditor's name and mailing address

**MALIK, MARC E.**
**4057 FLAG AVE N**
**Minneapolis, MN 55427**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1603** | Priority creditor's name and mailing address

**Mallett, Darron D.**
**1821 South Lydia**
**Peoria, IL 61605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1604** | Priority creditor's name and mailing address

**MALLETT, ERIN**
**1511 172ND ST**
**Hazel Crest, IL 60429**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1605** | Priority creditor's name and mailing address

**MALLETTE, KENDAL C.**
**2844 LIVERNOIS NO. 99355**
**Troy, MI 48099**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1606** | Priority creditor's name and mailing address

**Malone, Meghan M.**
**500 Old Mill Road, #306**
**Oakdale, PA 15071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1607** | Priority creditor's name and mailing address

**MALONE, RAYVEN**
**25442 ST. JAMES**
**Southfield, MI 48075**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1608** | Priority creditor's name and mailing address

**MALONE, STEVEN**
**15404 W 128TH ST**
**Olathe, KS 66062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1609** | Priority creditor's name and mailing address

**MANDERS, JAMES I.**
**5 KARIS STREET**
**Waterville, OH 43566**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1610** | Priority creditor's name and mailing address

**MANINGER, KARRIE**
**9125 Xylite St NE**
**Minneapolis, MN 55449**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.1611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Manjarrez, Ana**
**854 Park Bluff Cir**
**Elgin, IL 60120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**MANN, HAELEIGH L.**
**2910 CAROLINE STREET**
**South Bend, IN 46614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**MANNING, LIVIA B.**
**6127 RIVER BEND PLACE**
**Lisle, IL 60532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**MANUYLENKO, ANNA S.**
**9431 REEDER AVE**
**Overland Park, KS 66214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| | Name | | |

---

| 2.1615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**MARANA, JENNIFER LEE J.**
1634 16TH ST SE
5
Saint Cloud, MN 56304

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**MARCHINI, BIANCA N.**
11310 SW 42ND TER
Miami, FL 33165

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Marchione, Rachel**
20509 Northville Place Drive
Apt. 2015
Northville, MI 48167

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**MARCOS MENDOZA, ELIAS**
110 4TH ST NE
Cedar Rapids, IA 52405

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1619** | Priority creditor's name and mailing address

**MARCOS RAYMUNDO, FELIPE**
**4941 TAMA ST.**
**#1**
**Marion, IA 52302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown　Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1620** | Priority creditor's name and mailing address

**MARCOS, DIEGO**
**5229 CAMPBELLS RUN ROAD**
**Pittsburgh, PA 15205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown　Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1621** | Priority creditor's name and mailing address

**MARCOS, DOMINGO**
**303 CHARLES ST SE**
**Apt 9**
**Blairstown, IA 52209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown　Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1622** | Priority creditor's name and mailing address

**MARINERO, PEDRO**
**13412 ALDRICH AV**
**Burnsville, MN 55337**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown　Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**2.1623** | Priority creditor's name and mailing address

**MARK, ANDREW**
**3209 SCHUETZEN LANE**
**Davenport, IA 52804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown　　Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1624** | Priority creditor's name and mailing address

**Markle, Jack**
**1421 10th Street N.**
**Fargo, ND 58102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown　　Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1625** | Priority creditor's name and mailing address

**MARKS, MICHAEL M.**
**814 S. 24TH STREET**
**South Bend, IN 46615**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown　　Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1626** | Priority creditor's name and mailing address

**MARKS, NOAH**
**14218 WEST 124TH TERRACE**
**Olathe, KS 66062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown　　Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1627** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**MARNER, KAYLA**
**401 31st ST SE**
**Cedar Rapids, IA 52403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1628** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**MAROUDIS, NICHOLAS**
**610 EAST 45 ST**
**Hialeah, FL 33016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1629** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**MARQUEZ, JUAN**
**523 5TH STREET**
**Winnetka, IL 60093**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1630** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**MARSH, CIARRA**
**5656 25th Ave S**
**Minneapolis, MN 55417**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1631** | Priority creditor's name and mailing address

**MARSHALL, AUSTIN**
**370 OAKLEY DRIVE**
**603**
**Nashville, TN 37211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1632** | Priority creditor's name and mailing address

**MARSHALL, LAJUANA D.**
**1445 SOUTHERN AVE**
**203**
**Oxon Hill, MD 20745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1633** | Priority creditor's name and mailing address

**Martens, Christina**
**24131 Calvin St.**
**Dearborn, MI 48124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1634** | Priority creditor's name and mailing address

**MARTIN, DARREN J.**
**725 ALBERT DRIVE**
**West Fargo, ND 58078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number *(if known)* | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

| 2.1635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**MARTIN, DAVID B.**
**10410 ST. CHARLES ROCK ROAD**
**Saint Ann, MO 63074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**MARTIN, DAWN C.**
**8950 Goodrich Rd**
**104**
**Minneapolis, MN 55437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Martin, Dawn C.**
**2602 Repton Drive**
**Fort Wayne, IN 46815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**MARTIN, HANNAH**
**7300 YORK LANE**
**Lincoln, NE 68505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1639** | Priority creditor's name and mailing address

**MARTIN, JOHNE C.**
**4909 FOLEY TERRACE**
**Temple Hills, MD 20748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown   Unknown

---

**2.1640** | Priority creditor's name and mailing address

**Martines Gonzales, Romilio**
**3460 Golfview Drive #2213**
**Eagan, MN 55122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown   Unknown

---

**2.1641** | Priority creditor's name and mailing address

**MARTINEZ CORTEZ, FABIAN**
**1101 Iroquois Ave**
**Apt 2130**
**Naperville, IL 60563**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown   Unknown

---

**2.1642** | Priority creditor's name and mailing address

**MARTINEZ MARTIN, ELSY N.**
**902 N SHERMAN**
**Sioux Falls, SD 57103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown   Unknown

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.1643** | Priority creditor's name and mailing address

**MARTINEZ, ADALID M.**
**297 OLD CARTERS CREEK PIKE**
**Franklin, TN 37064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1644** | Priority creditor's name and mailing address

**MARTINEZ, ADRIAN**
**4214 SESAME TRL**
**Cherry Valley, IL 61016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1645** | Priority creditor's name and mailing address

**MARTINEZ, ANDREA**
**777 ROYAL ST GEORGE DR**
**419**
**Naperville, IL 60563**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1646** | Priority creditor's name and mailing address

**MARTINEZ, ANTONIO**
**4872 Algonquin**
**Apt A**
**Rolling Meadows, IL 60008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1647** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Martinez, Antonio**
**4872 Algonquin Apt. A**
**Rolling Meadows, IL 60008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1648** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**MARTINEZ, ARIANNA**
**11340 SAN JOSE**
**Redford, MI 48239**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1649** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**MARTINEZ, FAITH A.**
**612 LORRAINE AVE**
**Bowling Green, OH 43402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1650** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**MARTINEZ, FERNANDO A.**
**1302 OSAGE**
**Kansas City, KS 66105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1651** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown**

**MARTINEZ, FRANCISCO A.**
**1070 50TH ST UNIT 6C**
**West Des Moines, IA 50266**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1652** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown**

**MARTINEZ, GABRIEL**
**933 Lake Nora South court**
**Apt C**
**Indianapolis, IN 46240**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1653** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown**

**MARTINEZ, GABRIELA C.**
**551 N MUR-LEN**
**Apt. 201**
**Olathe, KS 66062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1654** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown**

**MARTINEZ, JONATHAN**
**7720 4TH AVS**
**206**
**Minneapolis, MN 55423**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

---

**2.1655** | Priority creditor's name and mailing address

**MARTINEZ, KARLA**
**1078 HERITAGE HILL DR.**
**Apt C**
**Naperville, IL 60563**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1656** | Priority creditor's name and mailing address

**MARTINEZ, LAZARO**
**5750 SW 116TH AVE**
**Miami, FL 33173**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1657** | Priority creditor's name and mailing address

**MARTINEZ, LUIS**
**297 OLD CARTERSCREEK PIKE**
**Franklin, TN 37064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1658** | Priority creditor's name and mailing address

**MARTINEZ, MAIYA T.**
**13133 WESLEY ST.**
**Southgate, MI 48195**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**MARTINEZ, MARIANN**
777 ROYAL ST. GEORGE DR
419
Naperville, IL 60563

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**MARTINEZ, MARIO**
405 SOUTH HARRISON ROAD
Sterling, VA 20164

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**MARTINEZ, MARLON**
710 N 26TH ST
Lincoln, NE 68503

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**MARTINEZ, MOISES**
8910 ROBIN DRIVE
Unit B
Des Plaines, IL 60016

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1663** | Priority creditor's name and mailing address

**MARTINEZ, NESTOR**
**NEED ADDRESS - MURRAY HILL**
**DR**
**Fort Washington, MD 20744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1664** | Priority creditor's name and mailing address

**MARTINSON, RYAN**
**5866 HACKMANN AVENUE NE**
**Minneapolis, MN 55432**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1665** | Priority creditor's name and mailing address

**Masengarb, Kamden**
**1327 42nd St.**
**Rock Island, IL 61201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1666** | Priority creditor's name and mailing address

**MASON, MIRAKAL**
**24675 Kathrine Court**
**Harrison Township, MI 48045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1667** | Priority creditor's name and mailing address

**MASSEY, JHANA**
**8540 APPOLINE**
**Detroit, MI 48228**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1668** | Priority creditor's name and mailing address

**MASTER, MELISSA**
**14454 SAINT LOUIS**
**Midlothian, IL 60445**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1669** | Priority creditor's name and mailing address

**Mastin, Rochelle D.**
**1616 Valley Vista Drive**
**Bettendorf, IA 52722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1670** | Priority creditor's name and mailing address

**MATSON, CHRISTOPHER A.**
**5906 NORTH TAMPICO D**
**Peoria, IL 61614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|--------|----------------------------------|--------------------------|----------|
| | Name | | |

---

**2.1671**  Priority creditor's name and mailing address

**MATUSIK, TAYLOR**
**1122 TINKERS GREEN DR**
**Streetsboro, OH 44241**

Unknown   Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1672**  Priority creditor's name and mailing address

**MATZINGER, SOPHIA G.**
**51252 WINDY WILLOW COURT**
**South Bend, IN 46628**

Unknown   Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1673**  Priority creditor's name and mailing address

**MAUL, SAVANNAH M.**
**10711 HASKINS COURT**
**Overland Park, KS 66210**

Unknown   Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1674**  Priority creditor's name and mailing address

**MAUPIN, JULIANA I.**
**15305 W 123RD ST**
**Olathe, KS 66062**

Unknown   Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.1675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**MAURO-MARTIN, ANGELICA**
**1101 IROQUOIS AVE**
**2211**
**Naperville, IL 60563**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**MAURUS, SIGNE D.**
**1701 25th Street #1**
**Rock Island, IL 61201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**MAXWELL, NATHAN**
**1125 S EBENEZER AVE**
**304**
**Sioux Falls, SD 57106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**MAY, BRIANNA**
**4121 158TH ST W**
**Rosemount, MN 55068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1679** | Priority creditor's name and mailing address

**MAYER, DUSTIN E.**
**3431 HILLANDALE RD**
**Davenport, IA 52804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1680** | Priority creditor's name and mailing address

**Mayer, Greg D.**
**16 S. Petrie Road**
**Coraopolis, PA 15108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1681** | Priority creditor's name and mailing address

**Mayer, Theresa**
**1201 E Street #2**
**Lincoln, NE 68508**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1682** | Priority creditor's name and mailing address

**MAYORGA, RAMIRO J.**
**6410 SW 113TH PL**
**Miami, FL 33173**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

**2.1683** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**MCALPINE JR, KELLY F.**
**5904 RAYBURN DR**
**Temple Hills, MD 20748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1684** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**MCBRIDE, ANNARUTH D.**
**909 GRANTLAND AVE**
**Murfreesboro, TN 37129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1685** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**MCBRIDE, MICHAEL H.**
**20977 Greenwood Court**
**Lakeville, MN 55044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1686** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**McBrien, Molly**
**3055 Eagandale Pl**
**Apt 326**
**Saint Paul, MN 55121**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1687** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**McCabe, Paige C.**
**626 W. 15th St**
**Sioux Falls, SD 57104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1688** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**McCabe, Paige C.**
**626 W. 15th St**
**Sioux Falls, SD 57104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1689** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**MCCAGUE, PHILIP**
**2020 CORTLAND AVE**
**Fort Wayne, IN 46808**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1690** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**MCCALL, YANCY S.**
**1154 Wrights Mill Rd**
**Spring Hill, TN 37174**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**MCCARTY, DESTINEE**
**26900 GEORGE ZEIGER DR.**
**221**
**Beachwood, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**MCCASKLE, DIALLO S.**
**4229 LARCHMONT**
**Apt 1**
**Detroit, MI 48204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**MCCASLIN, JACOB C.**
**12319 WATERSTONE LN**
**413**
**Perrysburg, OH 43551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**MCCOMBS, CHRIS R.**
**2700 AUSTIN DRIVE**
**Lincoln, NE 68506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

---

**2.1695** Priority creditor's name and mailing address

**MCCONNELL, STEVEN B.**
**108 MAPLE AVE.**
**Highwood, IL 60040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1696** Priority creditor's name and mailing address

**McCoy, Michael**
**337 3rd Street NE**
**Sartell, MN 56377**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1697** Priority creditor's name and mailing address

**MCCUBBIN, LAURA K.**
**3309 SAINT PAUL AVE**
**Lincoln, NE 68504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1698** Priority creditor's name and mailing address

**McCullough Sr., Tyrone**
**3247 East 55th Street**
**Apt 4**
**Cleveland, OH 44127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|-----------------------------------|------------------------|----------|
| | Name | | |

---

**2.1699** | Priority creditor's name and mailing address

**McCune, Troy**
**6622 Cleveland Avenue**
**Lincoln, NE 68507**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1700** | Priority creditor's name and mailing address

**McCurdy, Brian P.**
**106 State Street**
**Osceola, WI 54020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1701** | Priority creditor's name and mailing address

**MCDONALD, BRANDEN**
**612 WAVERLY RD**
**Davenport, IA 52804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1702** | Priority creditor's name and mailing address

**MCDONALD, TREVONTE N.**
**10650 Hampshire Ave 55438**
**Minneapolis, MN 55431**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1703** | Priority creditor's name and mailing address

**McDonnell, Andrew**
**16959 166th Street**
**Basehor, KS 66007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1704** | Priority creditor's name and mailing address

**MCELLIGOTT, BRYNA D.**
**515 5TH AVE SE**
**Minneapolis, MN 55415**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1705** | Priority creditor's name and mailing address

**MCGHIEY, MORGAN**
**3905 NE BELLAGIO CIR**
**Ankeny, IA 50021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1706** | Priority creditor's name and mailing address

**MCGILLIVRAY, HAILEY**
**152 19 1/2 Ave N**
**Saint Cloud, MN 56303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

---

**2.1707** | Priority creditor's name and mailing address

**MCGILLIVRAY, HAILEY**
**152 19 1/2 Ave N**
**Saint Cloud, MN 56303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1708** | Priority creditor's name and mailing address

**MCGRATH, JOSH**
**6900 LENOX VILLAGE DR**
**307**
**Nashville, TN 37211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1709** | Priority creditor's name and mailing address

**MCGROTTY, ASHLEY**
**5851 S FRANKLIN RD**
**Indianapolis, IN 46239**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1710** | Priority creditor's name and mailing address

**MCHENRY, JOSHUA**
**1629 OAKBROOKE DR**
**Saint Paul, MN 55122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1711** | Priority creditor's name and mailing address

**MCHUGH, BREANA C.**
**805 S. SNEVE AVE.**
**Sioux Falls, SD 57103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**      **Unknown**

---

**2.1712** | Priority creditor's name and mailing address

**MCHUGH, JOSEPH**
**4311 15TH AVE S**
**128**
**Fargo, ND 58103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**      **Unknown**

---

**2.1713** | Priority creditor's name and mailing address

**McIlwain, Tiarra**
**2531 Lisa Drive**
**Waldorf, MD 20601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**      **Unknown**

---

**2.1714** | Priority creditor's name and mailing address

**MCKEE, ANNA**
**1220 Esterling Drive**
**Saint Charles, MO 63301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**      **Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1715** | Priority creditor's name and mailing address

**MCKEE, JORDAN**
**811 E VIRGINIA AVE**
**Peoria, IL 61603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1716** | Priority creditor's name and mailing address

**MCKEE, JOSEPH**
**1707 Forest Cove dr**
**102**
**Mount Prospect, IL 60056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1717** | Priority creditor's name and mailing address

**McKinney, Jamal**
**3300 Stonesboro Road**
**Fort Washington, MD 20744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1718** | Priority creditor's name and mailing address

**MCKISSICK, AMBRIANA S.**
**641 HUNTER DR**
**Harrisburg, SD 57032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.1719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**MCLAUGHLIN, CADE A.**
**1909 S JEFFERSON AVENUE**
**Sioux Falls, SD 57106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**MCLEAN, MEESHA**
**306 TAMERACK CT**
**Upper Marlboro, MD 20774**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**MCLEE, JENNIFER J.**
**3504 ROYAL DR**
**Peoria, IL 61604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**MCLELLAN, ROBERT**
**1085 CO RD F**
**Swanton, OH 43558**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| --- | --- | --- | --- |
| | Name | | |

---

**2.1723** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**MCLEMORE, YASHA**
**506 AMERICAN RD**
**Nashville, TN 37209**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1724** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**McMillen, Alyssa**
**1014 West Loucks Ave**
**Peoria, IL 61604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1725** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**MCNAUGHTON, COURTNEY**
**31510 CONCORD DRIVE**
**Apt G**
**Madison Heights, MI 48071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1726** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**MCNEAL, JEREMY M.**
**1203 SOUTHPORT AVE**
**Lisle, IL 60532**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1727** | Priority creditor's name and mailing address

**MCNEALL, CALEB W.**
**8234 N.FLORA AVE**
**Kansas City, MO 64118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.1728** | Priority creditor's name and mailing address

**McNear, Sean C.**
**205 Landwehr, Apt. B**
**Luckey, OH 43443**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.1729** | Priority creditor's name and mailing address

**MCNERLIN, JAMES C.**
**22 16TH AVE N**
**Saint Cloud, MN 56301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.1730** | Priority creditor's name and mailing address

**MCPHAIL, ERIN K.**
**2224 SOMERSET BLVD**
**206**
**Troy, MI 48084**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1731**  Priority creditor's name and mailing address

**McPhail, Erin K.**
**116 Huntley Avenue**
**Clawson, MI 48017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**        **Unknown**

---

**2.1732**  Priority creditor's name and mailing address

**McReynolds, Brandy M.**
**716 Baldwin Avenue**
**Royal Oak, MI 48067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**        **Unknown**

---

**2.1733**  Priority creditor's name and mailing address

**MCSHEFFERY, EMILY R.**
**17027 HAMPTON DR.**
**Granger, IN 46530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**        **Unknown**

---

**2.1734**  Priority creditor's name and mailing address

**MCSHEFFERY, MEGAN**
**17027 HAMPTON DR**
**Granger, IN 46530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**        **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| --- | --- | --- | --- |
| | Name | | |

---

**2.1735** Priority creditor's name and mailing address

**MEDINA SANCHEZ, MELQUIADES**
**2068 3RD STREET NORTH**
**Saint Paul, MN 55109**

As of the petition filing date, the claim is:                    **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)        ☐ Yes

---

**2.1736** Priority creditor's name and mailing address

**Medina Tablas, Mauricio**
**764 Cottage Ave S #2**
**Saint Paul, MN 55106**

As of the petition filing date, the claim is:                    **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)        ☐ Yes

---

**2.1737** Priority creditor's name and mailing address

**Medina, Hugo T.**
**4318 Winchester Lane**
**Brooklyn Center, MN 55429**

As of the petition filing date, the claim is:                    **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)        ☐ Yes

---

**2.1738** Priority creditor's name and mailing address

**MEEKIN, RYAN**
**1627 HAWK PLACE**
**Saint Paul, MN 55122**

As of the petition filing date, the claim is:                    **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)        ☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.1739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Meerdink, Gavin A.**
**2309 W. Grove Blvd.**
**Muscatine, IA 52761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.1740 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**MEISTER, NICKILAS**
**345 QUINLAN AVE S**
**Minneapolis, MN 55430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.1741 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**MEIXELL, GREGORY G.**
**6200 COUNTY ROAD 120**
**101**
**Saint Cloud, MN 56303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.1742 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**MEJIA, BRODY**
**819 W. RUSSELL**
**Peoria, IL 61606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| --- | --- | --- | --- |
| | Name | | |

---

**2.1743** | Priority creditor's name and mailing address

**MEJIA, GERARDO**
**800 W 65TH ST**
**Apt 110**
**Minneapolis, MN 55423**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1744** | Priority creditor's name and mailing address

**MELARA BANOS, JOSE O.**
**306 Bauman Ave**
**Clawson, MI 48017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1745** | Priority creditor's name and mailing address

**Melum, Macy T.**
**4121 West Newcomb Drive, #105**
**Sioux Falls, SD 57106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1746** | Priority creditor's name and mailing address

**MENDEZ, DIMAS**
**9125 Greenspire Dr**
**116**
**West Des Moines, IA 50266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| --- | --- | --- | --- |
| | Name | | |

| 2.1747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| --- | --- | --- | --- | --- |

**MENDEZ, EUSEBRO O.**
**15180 OLD HICKORY BLV**
**Nashville, TN 37211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

� No
☐ Yes

---

| 2.1748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| --- | --- | --- | --- | --- |

**MENDIETA, MARGARITA**
**1795 MARQUETTE LANE**
**Hoffman Estates, IL 60169**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.1749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| --- | --- | --- | --- | --- |

**MENDIOLA RIOS, MARTHA I.**
**9725 Pleasant Ave. S. #2A**
**Minneapolis, MN 55420**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.1750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| --- | --- | --- | --- | --- |

**MENDIOLA, DAVID**
**9705 Pleasant Ave S Apt 2I**
**Minneapolis, MN 55420**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

| 2.1751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|--------|---|---|---|---|

**MENDOZA MARCOS, SAMUEL**
**4947 TAMA ST APT3**
**Marion, IA 52302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|--------|---|---|---|---|

**MENDOZA, ALEXIS**
**2911 SHEARER RD**
**Kansas City, KS 66106**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|--------|---|---|---|---|

**MENDOZA, BIANCA**
**17712 SAYRE AVENUE**
**Tinley Park, IL 60477**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|--------|---|---|---|---|

**MENDOZA, JOSE**
**3156 Columbus Ave S 2nd floor**
**Minneapolis, MN 55407**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|--------|--------------------------------------|------------------------|--------------|
| | Name | | |

---

**2.1755** | Priority creditor's name and mailing address

**MENESES, ENRIQUE**
**8746 Sunny Hill Drive**
**Clive, IA 50325**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1756** | Priority creditor's name and mailing address

**MENESES, ENRIQUE**
**8746 Sunny Hill Drive**
**Clive, IA 50325**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1757** | Priority creditor's name and mailing address

**MENGE, KIM N.**
**1701 WEST BURNSVILLE**
**PARKWAY**
**313**
**Burnsville, MN 55337**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1758** | Priority creditor's name and mailing address

**MENKE, RYAN M.**
**2102 W ALICE AVE**
**Peoria, IL 61607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.1759** Priority creditor's name and mailing address

Mercado, Josh F.
8856 Harvey Street
Westland, MI 48185

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.1760** Priority creditor's name and mailing address

MERCK, MICHELLE L.
2604 ALLISON AVE
Des Moines, IA 50310

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.1761** Priority creditor's name and mailing address

Merida Molina, Cesar A.
3205 W. 43rd #10
Sioux Falls, SD 57106

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.1762** Priority creditor's name and mailing address

Mesa, David
10300 City Walk Dr. 418
Saint Paul, MN 55129

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.1763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.1763** Priority creditor's name and mailing address

**Messer, Brittany**
**512 45th St S Apt #309**
**Fargo, ND 58103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1764** Priority creditor's name and mailing address

**Meyer, Anna M.**
**26 Roberts Street North #213**
**Fargo, ND 58102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1765** Priority creditor's name and mailing address

**MEYER, HATTIE**
**16255 KENYON AVE.**
**Apt 140**
**Lakeville, MN 55044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1766** Priority creditor's name and mailing address

**MEYER, IAN V.**
**1450 N LUCY MONTGOMERY WAY**
**Olathe, KS 66061**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1767** | Priority creditor's name and mailing address

**MEYER, PATRICIA**
**4225 10TH AVENUE**
**Leavenworth, KS 66048**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown      Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

**2.1768** | Priority creditor's name and mailing address

**MEYER, THOMAS E.**
**2505 33RD AVE. S.**
**Minneapolis, MN 55406**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown      Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

**2.1769** | Priority creditor's name and mailing address

**MEYER, TROFIM**
**1000 MORAN RD**
**Franklin, TN 37069**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown      Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

**2.1770** | Priority creditor's name and mailing address

**MEZA, ISAI**
**8701 LYNDALE AVE S #8**
**Minneapolis, MN 55420**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown      Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

---

**2.1771** Priority creditor's name and mailing address

**Michaels, Evan**
**37640 Arbor Woods Drive**
**Livonia, MI 48150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1772** Priority creditor's name and mailing address

**MICKENS, DELORES Q.**
**5262 MARLBORO PIKE**
**103**
**Capitol Heights, MD 20743**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1773** Priority creditor's name and mailing address

**MIKLOS, CYNDI**
**331 OLD EWING ROAD**
**Carnegie, PA 15106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1774** Priority creditor's name and mailing address

**MIKOLICH, MADISON N.**
**P.O. 1158**
**37 S COLLEGE AVE**
**Saint Joseph, MN 56374**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.1775** | Priority creditor's name and mailing address

**MILDENSTEIN, JACOB**
**2525 GEORGETOWN AVE**
**Toledo, OH 43613**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown            Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1776** | Priority creditor's name and mailing address

**MILFORD, RYLIE**
**8728 N PARIS AVE**
**Kansas City, MO 64153**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown            Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1777** | Priority creditor's name and mailing address

**MILLER, ABBI**
**12020 Jonquil St NW**
**Minneapolis, MN 55433**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown            Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1778** | Priority creditor's name and mailing address

**MILLER, ASHLEY E.**
**5411 Virginia Ave N**
**Minneapolis, MN 55428**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown            Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1779** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**MILLER, BETH**
**530 RUDISILL BLVD**
**Fort Wayne, IN 46806**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1780** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**MILLER, CHARIS M.**
**1650 S HWY 36**
**Apt 369**
**Saint Paul, MN 55113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1781** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Miller, Charis M.**
**8331 Haeg Dr.**
**Minneapolis, MN 55431**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1782** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**MILLER, CODY J.**
**2112 WEST 138TH STREET**
**Unit 210**
**Overland Park, KS 66224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1783** Priority creditor's name and mailing address

**Miller, Daren S.**
**1027 Old Oak Road**
**East Alton, IL 62024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1784** Priority creditor's name and mailing address

**MILLER, ERICA M.**
**1720 ELMWOOD AVENUE**
**Bettendorf, IA 52722**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1785** Priority creditor's name and mailing address

**MILLER, HANNAH R.**
**8711 N MATTOX RD**
**Apt C189**
**Kansas City, MO 64154**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1786** Priority creditor's name and mailing address

**MILLER, JOE**
**36401 JEFFERSON COURT**
**912**
**Farmington, MI 48335**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1787** | Priority creditor's name and mailing address

**MILLER, LIZ M.**
**11320 Tecumseh**
**Redford, MI 48239**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ Yes

---

**2.1788** | Priority creditor's name and mailing address

**MILLER, LUKE**
**2171 SUGAR CREEK DR NW**
**Cedar Rapids, IA 52405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.1789** | Priority creditor's name and mailing address

**MILLER, MARISSA L.**
**616 MCFADDENS TRAIL**
**Saint Paul, MN 55123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.1790** | Priority creditor's name and mailing address

**MILLER, TIMOTHY G.**
**770 SAVANNA AVE**
**101**
**Saint Cloud, MN 56303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.1791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**MILLS, CHRISTIAN J.**
**1006 GRATIS AVE**
**Des Moines, IA 50315**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**MILLS, CIEANNA M.**
**627 E 156TH PL**
**South Holland, IL 60473**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**MILLS, JOSHUA R.**
**5911 N WALTON**
**Westland, MI 48185**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**MILLS, NKIRU K.**
**3983 ROSEMOND ROAD**
**Cleveland, OH 44121**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
|        | Name |

**2.1795** Priority creditor's name and mailing address

MILNE ROJEK, LARYN
413 CEDAR LAKE ROAD SOUTH
Minneapolis, MN 55405

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1796** Priority creditor's name and mailing address

MILO, PATRICK C.
5926 GOODFELLOW
Saint Louis, MO 63147

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1797** Priority creditor's name and mailing address

MINER, REYNARD D.
3306 STANFORD STREET
Hyattsville, MD 20783

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1798** Priority creditor's name and mailing address

MINGER, RALPH
35 HERO AVE
Chester, WV 26034

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.1799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

Miracle, Erin M.
9120 Marsh Road
Algonac, MI 48001

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1800 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

MISKA, JESSICA R.
3108 N 157TH STREET
Basehor, KS 66007

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1801 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

MITCHELL, AIMEE
10421 BRIAR BEND
#3
Saint Louis, MO 63146

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1802 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

MITCHELL, JOHN CALVIN W.
15404 S SUMMERTREE LANE
Olathe, KS 66062

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| | Name | | |

---

**2.1803** | Priority creditor's name and mailing address

**MITCHELL, LATROY P.**
**6419 47TH AVE DR**
**Moline, IL 61265**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.1804** | Priority creditor's name and mailing address

**MITCHELL, SEBASTIAN**
**2830 ROYALLVALLEY WAY**
**O Fallon, MO 63368**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.1805** | Priority creditor's name and mailing address

**MITTS, ANITA**
**1319 S 49TH**
**Lincoln, NE 68510**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.1806** | Priority creditor's name and mailing address

**MIXTEGA, DOMINGO L.**
**409 E  Nebraska Ave**
**Peoria, IL 61603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1807** | Priority creditor's name and mailing address

**MJOEN, SYDNEY R.**
**860 30TH ST S**
**Moorhead, MN 56560**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1808** | Priority creditor's name and mailing address

**MOCK, WILLIAM B.**
**1928 Wicklow**
**Woodbridge, VA 22191**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1809** | Priority creditor's name and mailing address

**MOE, RACHAEL L.**
**2651 166TH AVE. NW**
**Andover, MN 55304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1810** | Priority creditor's name and mailing address

**MOHAMED-ABDIRAHMAN,**
**MOHAMED**
**1201 BROOK AVE SE**
**210**
**Minneapolis, MN 55414**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1811** Priority creditor's name and mailing address

**Mohan, Vinesh**
**1117 Marquette Avenue**
**Apt 1801**
**Minneapolis, MN 55403**

As of the petition filing date, the claim is:                    **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)                    ☐ Yes

---

**2.1812** Priority creditor's name and mailing address

**Mohn, Mallery**
**422 Pierce St. N. #5**
**Saint Paul, MN 55104**

As of the petition filing date, the claim is:                    **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)                    ☐ Yes

---

**2.1813** Priority creditor's name and mailing address

**MOLINA TAPIA, MIGUEL**
**7407 PORTLAND AVE**
**Minneapolis, MN 55423**

As of the petition filing date, the claim is:                    **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)                    ☐ Yes

---

**2.1814** Priority creditor's name and mailing address

**MOLTER, SCOTT R.**
**2540 14th St S**
**208**
**Fargo, ND 58103**

As of the petition filing date, the claim is:                    **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)                    ☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Momberger, Elizabeth R.**
**1290 County Road F West #309**
**Arden Hills, MN 55112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**MONFELI, AMANDA M.**
**521 W. 30TH STREET**
**Davenport, IA 52803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**MONPRODE, WILLIAM B.**
**5338 BEAUBEIN ST**
**14**
**Detroit, MI 48202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**MONSON, ANA G.**
**17261 SAYLERS BEACH ROAD**
**Lake Park, MN 56554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1819** | Priority creditor's name and mailing address

**MONTANA-EDWARDS, LEXI**
**311 GENOA ST**
**Cherry Valley, IL 61016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1820** | Priority creditor's name and mailing address

**MONTES, KARSYN S.**
**8013 N. HICKORY ST**
**725**
**Kansas City, MO 64118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1821** | Priority creditor's name and mailing address

**Montoya, Stephen A.**
**3040 West Sumner Street**
**Lincoln, NE 68522**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1822** | Priority creditor's name and mailing address

**MOODY, SAVANNAH A.**
**12433 S ALDEN CIRCLE**
**Olathe, KS 66062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**2.1823** Priority creditor's name and mailing address

**MOORE, CARLOS D.**
**7310 GROVER STREET**
**Omaha, NE 68124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1824** Priority creditor's name and mailing address

**MOORE, GREGORY**
**843 BARNABY ST SE**
**Washington, DC 20032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1825** Priority creditor's name and mailing address

**Moore, Thomas**
**3118 Canaan Valley Drive**
**Kansas City, KS 66109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1826** Priority creditor's name and mailing address

**MORA, JAVIER M.**
**3114 RUE-MARCEAU**
**South Bend, IN 46615**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1827** | Priority creditor's name and mailing address

**MORALES, ANTONIO**
**2320 9TH AVE**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1828** | Priority creditor's name and mailing address

**MORALES, JORGE**
**51544 Hollyhock Rd**
**South Bend, IN 46637**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1829** | Priority creditor's name and mailing address

**Morales, Jose**
**1240 Revell Ave**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1830** | Priority creditor's name and mailing address

**MORALES, JUAN A.**
**777 COACHMAN**
**Apt 3**
**Troy, MI 48083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1831** | Priority creditor's name and mailing address

**Morales, Leonardo**
**2170 NW 82 Street #6**
**Clive, IA 50325**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1832** | Priority creditor's name and mailing address

**MORALES, MANUEL**
**4507 JOHN TYLER CT**
**#1**
**Annandale, VA 22003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1833** | Priority creditor's name and mailing address

**MORALES, MIGUEL A.**
**2512 SILVER LANE**
**Apt 302**
**Minneapolis, MN 55421**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1834** | Priority creditor's name and mailing address

**MORALES, SERGIO A.**
**1104 MUIRHEAD AVE**
**Naperville, IL 60565**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

| 2.1835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**MORALES, VICTOR M.**
**2712 LIM ST**
**Temple Hills, MD 20748**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1836 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**MOREIRA, JOSSELINE E.**
**9115 LOUGHRAN RD**
**Fort Washington, MD 20744**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1837 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**MORENO, ASHLEY**
**7520 SW 107TH AVE**
**6207**
**Miami, FL 33173**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1838 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**MORENO, KRISTINA M.**
**354 COACHMAN DR.**
**2B**
**Troy, MI 48083**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| --- | --- | --- | --- |
| | Name | | |

---

**2.1839** Priority creditor's name and mailing address

**Morgan, Breanna M.**
**8017 Ohio Street**
**Detroit, MI 48204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

Unknown    Unknown

---

**2.1840** Priority creditor's name and mailing address

**MORGAN, CHRISTIAN**
**2409 S 41ST**
**Omaha, NE 68105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

Unknown    Unknown

---

**2.1841** Priority creditor's name and mailing address

**MORGE, BAILEY D.**
**15317 KENTON AVE**
**Oak Forest, IL 60452**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

Unknown    Unknown

---

**2.1842** Priority creditor's name and mailing address

**MORICCA, ALEXIS L.**
**3408 BEAVER AVE.**
**Fort Wayne, IN 46807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

Unknown    Unknown

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1843** | Priority creditor's name and mailing address

**MORLEY, CHRISTINA**
**1624 24TH STREET**
**Moline, IL 61265**

As of the petition filing date, the claim is:                    **Unknown**      **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1844** | Priority creditor's name and mailing address

**MORMINO, MANDY**
**118 MOORES COURT**
**Brentwood, TN 37027**

As of the petition filing date, the claim is:                    **Unknown**      **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1845** | Priority creditor's name and mailing address

**Morrell, Antonio**
**2424 Vermont Avenue #101**
**Hyattsville, MD 20785**

As of the petition filing date, the claim is:                    **Unknown**      **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1846** | Priority creditor's name and mailing address

**MORRIS, DAVID H.**
**630 EASTVIEW CIRCLE**
**Franklin, TN 37064**

As of the petition filing date, the claim is:                    **Unknown**      **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**2.1847** | Priority creditor's name and mailing address

**MORRIS, DAVION R.**
**12501 WHITEHILL**
**Detroit, MI 48224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.1848** | Priority creditor's name and mailing address

**MORRIS, DONOVAN M.**
**12501 WHITEHILL**
**Detroit, MI 48224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.1849** | Priority creditor's name and mailing address

**MORRIS, GERRY E.**
**14603 MILVERTON RD.**
**B1**
**Cleveland, OH 44120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.1850** | Priority creditor's name and mailing address

**MORRIS, LISBET K.**
**600 NE JACOB ST**
**Grimes, IA 50111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1851** | Priority creditor's name and mailing address

**MORRISON, JEREMY M.**
**1333 10TH AVE N**
**Apt 1**
**Fargo, ND 58102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1852** | Priority creditor's name and mailing address

**Morrison, Porsche**
**7407 Rosa Parks**
**Detroit, MI 48206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1853** | Priority creditor's name and mailing address

**MORROW, CARIANNE L.**
**1802 LEER ST**
**South Bend, IN 46613**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1854** | Priority creditor's name and mailing address

**MORTIMER, BRIAN**
**861 Benedetti Drive**
**Apt 201**
**Naperville, IL 60563**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1855** | Priority creditor's name and mailing address

**Mosher, Audra M.**
**13441 Yorktown Lane**
**Champlin, MN 55316**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1856** | Priority creditor's name and mailing address

**MOSHER, SHANNON L.**
**15137 W 154TH TER**
**Olathe, KS 66062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1857** | Priority creditor's name and mailing address

**MOYNIHAN, JENNIFER**
**337 59TH STREET**
**Des Moines, IA 50312**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1858** | Priority creditor's name and mailing address

**MSTOWSKI, STEFANIE**
**14535 OAKLEY AVE**
**Orland Park, IL 60462**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1859** | Priority creditor's name and mailing address

**MUELLER, SAVANNA**
**2109 3RD ST N**
**Sartell, MN 56377**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1860** | Priority creditor's name and mailing address

**MULLEN, ANTONIO**
**9528 MADELAINE MANOR WALK**
**Saint Louis, MO 63134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1861** | Priority creditor's name and mailing address

**Mullen, LAKESHA**
**9528 MADELAINE MANOR WALK**
**Saint Louis, MO 63134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1862** | Priority creditor's name and mailing address

**Mulligan, Patrick C.**
**7935 Amber Hill Road**
**Lincoln, NE 68516**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.1863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mullins, Maloree L.**
**2015 26th St Ave S**
**Minneapolis, MN 55406**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1864 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mullins, Michael**
**18930 Mercer Road**
**Bowling Green, OH 43402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1865 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**MUNCIE, DERRICK**
**14226 GENTRY DR**
**Fishers, IN 46038**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1866 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**MUNGUIA, SELENE**
**9177 LYON ST**
**Detroit, MI 48209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.1867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**MUNN, KAMRYN M.**
**13500 CENTRAL AVE**
**Neapolis, OH 43547**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1868 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Munn, Terrance J.**
**544 Carver Boulevard**
**Toledo, OH 43607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1869 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**MUNSON Sr., THOMAS E.**
**1502 Vance Avenue**
**Fort Wayne, IN 46805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1870 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**MURAD, AARON**
**46529 MAIDSTONE RD**
**Canton, MI 48187**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

| 2.1871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**MURCIA, MANUEL D.**
**2311 TAUROMEE AVE**
**12**
**Kansas City, KS 66102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1872 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**MURILLO, ELIAZ**
**2830 WHEATON**
**Saint Louis, MO 63114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1873 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Murphy, Christian M.**
**14135 Dearborn Path**
**Rosemount, MN 55068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1874 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Murphy, Eileen**
**619 E. Bauer Road**
**Naperville, IL 60563**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

| 2.1875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |
|---|---|---|---|---|---|

**MURPHY, OWEN C.**
**2166 SUMMER HILL CIRCLE**
**Franklin, TN 37064**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1876 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |
|---|---|---|---|---|---|

**Murphy, Tom W.**
**31510 Concord #G**
**Clawson, MI 48017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1877 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |
|---|---|---|---|---|---|

**Murre, Dana**
**8818 Timbercreek Lane**
**Liberty, MO 64068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1878 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |
|---|---|---|---|---|---|

**MURRY, SHONTE**
**6125 BEDFORD AVE**
**Omaha, NE 68104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.1879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**MUSSMAN, MARK A.**
**140 HIGHLAND AVE**
**Fairfax, IA 52228**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1880 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**MYERS, ASHLEY R.**
**10 MEDIA CT**
**Saint Louis, MO 63146**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1881 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Myers, George R.**
**2850 Southampton Drive #113**
**Rolling Meadows, IL 60008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1882 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**MYERS, JESSICA**
**2624 16TH STREET**
**Moline, IL 61265**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.1883** | Priority creditor's name and mailing address

**MYLES, CHRISTOPHER**
**3036 GRAY**
**Detroit, MI 48215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1884** | Priority creditor's name and mailing address

**NAB, RYAN J.**
**13310 W. 137th Terrace**
**Overland Park, KS 66221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1885** | Priority creditor's name and mailing address

**NAGEL, JAMES E.**
**17933 DAVIDS LANE**
**Orland Park, IL 60467**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1886** | Priority creditor's name and mailing address

**NAGY, JESSICA M.**
**18288 NORWICH**
**Livonia, MI 48152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

---

**2.1887** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown

**NAJERA, RANULFO**
**5407 CHATEAU DR.**
**Apt 6**
**Rolling Meadows, IL 60008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1888** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown

**NAKAYAMA, MARIO A.**
**1741 KAYLA LN APT.3D**
**Waukegan, IL 60087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1889** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown

**NAKAYAMA, YOSIHE**
**423 FUNSTON AVE.**
**Highwood, IL 60040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1890** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown

**NASH, JOHN**
**6017 VISTA DRIVE**
**1109**
**West Des Moines, IA 50266**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.1891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**NAVARRETE, IRMA L.**
**1510 ARMSTRONG AVE**
**Kansas City, KS 66102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**NAVARRO, ALEJANDRINA**
**1010 Marcy Ave**
**#4**
**Oxon Hill, MD 20745**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**NAVARRO, JOSE B.**
**1010 MERCY AVE.**
**#4**
**Oxon Hill, MD 20745**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**NDIGWE, STEPHEN**
**10001 HALLMARK CT**
**Fort Washington, MD 20744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1895**  Priority creditor's name and mailing address

**NEAL, MARQUIS**
**21905 AVON RD**
**Oak Park, MI 48237**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1896**  Priority creditor's name and mailing address

**NEALLY, ARIEL L.**
**8337 4th Ave S**
**Minneapolis, MN 55420**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1897**  Priority creditor's name and mailing address

**NEALLY, LEAH L.**
**2095 SILVER BELL RD**
**Unit 27**
**Saint Paul, MN 55122**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1898**  Priority creditor's name and mailing address

**Need, Samantha L.**
**7212 Dark Lake Drive**
**Clarkston, MI 48346**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

**Unknown**    **Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| --- | --- | --- | --- |
| | Name | | |

---

**2.1899** | Priority creditor's name and mailing address

**NEGRETE AGUILAR, MELISSA**
**2325 W POST OAK RD**
**Olathe, KS 66061**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1900** | Priority creditor's name and mailing address

**NEIL, TAYLOR Z.**
**34517 SW 187TH ROAD**
**Homestead, FL 33034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1901** | Priority creditor's name and mailing address

**NEILAN, ALESSA M.**
**2430 36TH ST S**
**301**
**Moorhead, MN 56560**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1902** | Priority creditor's name and mailing address

**NELSEN, BRIANNA M.**
**100 NW 14TH ST.**
**Grimes, IA 50111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.1903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**NELSON, HANNA J.**
**463 HARBOR CIRCLE**
**Saint Paul, MN 55126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.1904 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**NELSON, HEIDI**
**1470 ROCKY LANE**
**Saint Paul, MN 55122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.1905 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**NELSON, LAUREN M.**
**5716 CRICKET RIDGE**
**Indianapolis, IN 46250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.1906 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**NELSON, ZACHARY D.**
**846 WILLARD STREET WEST**
**Stillwater, MN 55082**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

---

| 2.1907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**NEVILLE, GENE E.**
**410 NATCHEZ ST**
**#E**
**Franklin, TN 37064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1908 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**NGUYEN, RYAN**
**2724 WALNUT STREET**
**West Des Moines, IA 50265**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1909 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**NICELY, TAMMY**
**8110 NEVILLE PL.**
**District Heights, MD 20747**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1910 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**NICHOLES, YULANDA G.**
**4703 SHERIFF RD**
**#1**
**Washington, DC 20019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|--------|----------------------------------|--------------------------|----------|
| | Name | | |

---

**2.1911** | Priority creditor's name and mailing address

**NIELSEN, JUSTIN**
**201 W KLUCKHOLM**
**Montrose, SD 57048**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1912** | Priority creditor's name and mailing address

**NIELSEN, MADELINE L.**
**890 MEADOW RD**
**Northbrook, IL 60062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1913** | Priority creditor's name and mailing address

**NIGHTINGALE, DEVIN**
**5425 AUDOBON AVE 103**
**Inver Grove Heights, MN 55077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1914** | Priority creditor's name and mailing address

**NIGHTINGALE, RYLEE**
**6827 COLLEGE PARK CT SW**
**#9**
**Cedar Rapids, IA 52404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|

**2.1915** Priority creditor's name and mailing address

NIHAL, ARHAM
400 MEADOW RIDGE LN.
Prospect Heights, IL 60070

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

**2.1916** Priority creditor's name and mailing address

Nissen, Erik A.
2780 Indian Creek Road
Marion, IA 52302

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

**2.1917** Priority creditor's name and mailing address

NIXON, MEGAN
692 GAMBLE ROAD
Oakdale, PA 15071

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

**2.1918** Priority creditor's name and mailing address

NOACK, SAVANNAH E.
4375 SOUTHFIELD PL.
Bettendorf, IA 52722

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.1919** Priority creditor's name and mailing address

**NOEL, SANTIAGO**
**219 ASH DR**
**Franklin, TN 37064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1920** Priority creditor's name and mailing address

**NOMICHIT, LEEANN P.**
**3208 WEST LINDA LANE**
**Peoria, IL 61605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1921** Priority creditor's name and mailing address

**NOORI, FLOWRA**
**559 N SOMERSET TERR**
**Unit A**
**Olathe, KS 66062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1922** Priority creditor's name and mailing address

**NORD, RILEY**
**920 Willow Creek Pl #8**
**Sioux Falls, SD 57106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1923** Priority creditor's name and mailing address

**NORDHEIM, ALEXIS N.**
**1794 VALENCIA DRIVE**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1924** Priority creditor's name and mailing address

**NORDLUND, TREVER**
**41299 COUNTY RD 1**
**Rice, MN 56367**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1925** Priority creditor's name and mailing address

**NORMAN, RANDY L.**
**7080 OAK GROVE BLVD**
**Minneapolis, MN 55423**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1926** Priority creditor's name and mailing address

**NORTHINGTON, TRAVIS**
**2705 ELM ST N**
**Fargo, ND 58102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.1927** | Priority creditor's name and mailing address

**NOSEK, CECILIA M.**
**471 TOBIN DR**
**309**
**Inkster, MI 48141**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1928** | Priority creditor's name and mailing address

**Nost, Jaxon P.**
**1235 Lindale Drive**
**Marion, IA 52302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1929** | Priority creditor's name and mailing address

**NOTCH, NOAH**
**7510 SW 9TH STREET**
**Des Moines, IA 50315**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1930** | Priority creditor's name and mailing address

**NOVAK, CLAYTON S.**
**426 9TH AVE S**
**Saint Cloud, MN 56301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1931** | Priority creditor's name and mailing address

**Novy, GIANNA**
**240 S Lincoln Ave**
**Aurora, IL 60505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.1932** | Priority creditor's name and mailing address

**Nowak, Michael L.**
**2547 Greenway**
**Toledo, OH 43607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.1933** | Priority creditor's name and mailing address

**NUNEZ, JUAN**
**1075 HIGGINS QUARTERS DR**
**206**
**Hoffman Estates, IL 60169**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.1934** | Priority creditor's name and mailing address

**NUNEZ, TRICIA**
**337 S. Marias Ave**
**Clawson, MI 48017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1935** Priority creditor's name and mailing address

**Nurse, Javon**
**3814 64th Ave**
**Hyattsville, MD 20784**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown        Unknown

---

**2.1936** Priority creditor's name and mailing address

**NUSBAUM, ISABELLA**
**13758 170TH ST**
**Bonner Springs, KS 66012**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown        Unknown

---

**2.1937** Priority creditor's name and mailing address

**NYBO, LEAH**
**9600 99TH AVE. N.**
**Osseo, MN 55369**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown        Unknown

---

**2.1938** Priority creditor's name and mailing address

**NYGARD, JASON**
**3450 COUNTY ROAD T**
**Metamora, OH 43540**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown        Unknown

---

| Debtor | **Granite City Food & Brewery Ltd.** | | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|---|
| | Name | | | | |

---

| 2.1939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**O'Farrill, Orlando**
**4507 NE 19th Avenue**
**Des Moines, IA 50317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1940 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**O'HALLORAN, AUTUMN**
**30242 BUCKINGHAM**
**Livonia, MI 48154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1941 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**O'NEILL, SHANNON**
**1701 New Haven Ave**
**Pittsburgh, PA 15216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1942 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**OBAYES, HUSSEIN S.**
**3219 18TH ST S**
**305**
**Fargo, ND 58103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1943** | Priority creditor's name and mailing address

**Oberholtzer, Sarah**
**1804 Michigan Avenue, Apt. 108**
**Naperville, IL 60563**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1944** | Priority creditor's name and mailing address

**Obsniuk, Elyse B.**
**29455 James St.**
**Garden City, MI 48135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1945** | Priority creditor's name and mailing address

**Ocampo, Bryan J.**
**1501 West Main Street #35**
**Franklin, TN 37064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1946** | Priority creditor's name and mailing address

**Ocampo, Fermin**
**4716 Arbor Dr Apt 116**
**Rolling Meadows, IL 60008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
| | Name | | | |

---

**2.1947** | Priority creditor's name and mailing address

**OCAMPO, JEORGE M.**
**700 WEST MEADE BLVD**
**Lot 116**
**Franklin, TN 37064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1948** | Priority creditor's name and mailing address

**OCHOA, JOSHUA P.**
**2857 Georgia Ave S**
**Minneapolis, MN 55426**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1949** | Priority creditor's name and mailing address

**OCHOA, JOSHUA P.**
**2857 Georgia Ave S**
**Minneapolis, MN 55426**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1950** | Priority creditor's name and mailing address

**OCHOA, MERCEDEZ G.**
**15993 HAVELOCK CT**
**Saint Paul, MN 55124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1951** Priority creditor's name and mailing address

**ODRISCOLL, PEYTON**
**4604 DESERT VARNISH DRIVE**
**Colorado Springs, CO 80922**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.1952** Priority creditor's name and mailing address

**OFARRELL, SHANNON N.**
**13730 HERITAGE**
**Sterling Heights, MI 48312**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.1953** Priority creditor's name and mailing address

**OHL, DANIEL**
**7895 LEEWARD AVE. N.**
**Stillwater, MN 55082**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.1954** Priority creditor's name and mailing address

**OLAFSON, JOSH S.**
**5808 W CHADWICK PL**
**Sioux Falls, SD 57106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1955** | Priority creditor's name and mailing address

**OLEA, JOSE L.**
**1107 GROVE ST**
**Aurora, IL 60505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1956** | Priority creditor's name and mailing address

**OLIN, ZACHARY**
**1800 County Rd D**
**Saint Paul, MN 55112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1957** | Priority creditor's name and mailing address

**Oliver Jr., George T.**
**1910 Falcon Hill Place**
**Fort Wayne, IN 46825**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1958** | Priority creditor's name and mailing address

**OLIVER, MARCUS J.**
**37525 FOUNTAIN PARK**
**Unit 505**
**Westland, MI 48185**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1959** | Priority creditor's name and mailing address

**OLIVERAS, SCOTT A.**
**4144 MEADOWLARK WAY**
**Saint Paul, MN 55122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**    **Unknown**

---

**2.1960** | Priority creditor's name and mailing address

**Ollie, Michael**
**1099 Van Dyke**
**Apt 106**
**Detroit, MI 48214**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**    **Unknown**

---

**2.1961** | Priority creditor's name and mailing address

**OLLIS, TENNAYE M.**
**652 E KIRBY**
**Detroit, MI 48202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**    **Unknown**

---

**2.1962** | Priority creditor's name and mailing address

**OLSEN, SETH D.**
**860 EMERALD ST.**
**Marion, IA 52302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**    **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.1963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**OLSON, KIRRA**
**5005 E 26TH ST**
**Unit 5**
**Sioux Falls, SD 57110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1964 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Olson, Sondra L.**
**345 Cedar Street #309**
**Saint Paul, MN 55105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1965 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**OLSON, THERESA**
**445 HONOR DR**
**Apt 120**
**Lincoln, NE 68510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1966 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**OLVERA-PEREZ, LACEY M.**
**316 FAIRVIEW BLVD.**
**Rockford, IL 61107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.1967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**OMANA, JOEL J.**
**8209 17TH AVE**
**Minneapolis, MN 55425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**OMARI, AMINEH**
**9230 PARK PLACE**
**Tinley Park, IL 60487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**ONEAL, KRISTIN**
**4017 AVONDALE STREET**
**Fort Wayne, IN 46803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**ONGJOCO, ELIZABETH T.**
**409 UNIVERSITY AVE SE**
**14**
**Minneapolis, MN 55414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.1971** | Priority creditor's name and mailing address

**OPITZ, TANYA**
**3419 NICOLLET AVE**
**204**
**Minneapolis, MN 55408**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1972** | Priority creditor's name and mailing address

**OQUELI, BYRON S.**
**3948 OKLAND AVE S**
**Apt 2**
**Minneapolis, MN 55407**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1973** | Priority creditor's name and mailing address

**Orak, Alexa L.**
**1208 Parkwood Ct.**
**Burnsville, MN 55337**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1974** | Priority creditor's name and mailing address

**ORELLANA MENDEZ, ANA**
**CRISTAL C**
**1071 Rochester Rd**
**Apt 19**
**Troy, MI 48083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
|        | Name |

---

| 2.1975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**ORITI, ABIGAIL A.**
**3956 VEZBER DR.**
**Independence, OH 44131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1976 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**ORLICH, EMILY**
**3031 Pitchfork Lane**
**Mc Kees Rocks, PA 15136**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1977 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**OROZCO DIAZ, MIGUEL**
**8915 OLD CEDAR APT 102**
**Minneapolis, MN 55425**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1978 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**ORTEGA, MADELYN**
**1629 FORDHAM ST**
**Bolingbrook, IL 60490**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**2.1979** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**ORTEGA, PABLO**
**12220 S Strang Line Ct**
**Apt 1302**
**Olathe, KS 66062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1980** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**ORTEGA, STEVE R.**
**604 S. Williams Ave**
**Apt 7**
**Sioux Falls, SD 57105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1981** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**ORTEGA-GARZARO, AXEL S.**
**604 S. WILLIAMS AVE**
**Sioux Falls, SD 57104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1982** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Ortiz Zaragoza, Jose Guadalupe**
**15829 Gooseberry Way**
**Saint Paul, MN 55124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

**2.1983** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**ORTIZ, ANA**
**44 AFTON DR**
**Montgomery, IL 60538**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1984** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**ORTIZ, DIANA**
**689 BIRCHWOOD DR**
**Bolingbrook, IL 60490**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1985** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**ORTIZ, JESUS**
**1856 S PHILLIP DR**
**3B**
**Mount Prospect, IL 60056**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1986** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**ORTIZ, LUIS J.**
**5506 OLD DOVER BLVD**
**Apt 1**
**Fort Wayne, IN 46835**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1987** | Priority creditor's name and mailing address

**ORTIZ, MARISOL**
**14414 S 28TH ST**
**Bellevue, NE 68123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.1988** | Priority creditor's name and mailing address

**ORTIZ, PEDRO**
**1728 EASTMORELAND AVE**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.1989** | Priority creditor's name and mailing address

**ORTIZ-MOLINA, JOSE L.**
**1423 VASSAR RD**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.1990** | Priority creditor's name and mailing address

**OSBURN, GAGE R.**
**4470 NW 142ND ST**
**104**
**Urbandale, IA 50323**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.1991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**OSMUNDSON, PAIGE**
**729 WASHINGTON MEMORIAL**
**DRIVE**
**Saint Cloud, MN 56301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1992 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**OSTORGA, YAMILETH**
**609 SALISBURRY**
**Oxon Hill, MD 20745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1993 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**OSTROWSKI, JONATHON C.**
**13043 PROMONTORY TRL**
**Roscoe, IL 61073**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1994 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Ott, Elizabeth A.**
**1135 4th AVE**
**Freedom, PA 15042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**2.1995** Priority creditor's name and mailing address

Outerbridge, Christine A.
8374 Indian Head Hwy. Apt. B1
Fort Washington, MD 20744

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1996** Priority creditor's name and mailing address

Oviedo, Edgardo J.
686 Ballantyne Lane
Spring Lake Park, MN 55432

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1997** Priority creditor's name and mailing address

OVITT, BRADLEY C.
108 3RD STREET
Horace, ND 58047

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1998** Priority creditor's name and mailing address

OWENS, CRYSTAL J.
17408 E 12 MILE RD
Roseville, MI 48066

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.1999** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**PABLO MATEO, ANTONIA**
**2620 S LOUISE AVE**
**Sioux Falls, SD 57106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2000** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**PACE, THOMAS A.**
**5500 N FLINT RIDGE RD**
**Kansas City, MO 64151**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2001** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**PACKER, SEAN**
**4027 Fairway Drive**
**Aliquippa, PA 15001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2002** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Paesani, Victoria**
**512 Winwood Circle**
**Walled Lake, MI 48390**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2003** | Priority creditor's name and mailing address

**Pagel, Elinor S.**
**941 17th Avenue SE Apt. 9**
**Minneapolis, MN 55414**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    Unknown**

---

**2.2004** | Priority creditor's name and mailing address

**PALACIOS, EDGAR**
**505 N OHIO ST**
**Aurora, IL 60505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    Unknown**

---

**2.2005** | Priority creditor's name and mailing address

**PALACIOS, ELIGIO**
**505 N OHIO ST**
**Aurora, IL 60505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    Unknown**

---

**2.2006** | Priority creditor's name and mailing address

**PALENCIA, LESTER J.**
**560 10TH AVE S**
**204**
**Waite Park, MN 56387**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    Unknown**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2007** | Priority creditor's name and mailing address

**PALLOZOLA, ISZA B.**
**16460 WESTKNOLL COVE DR**
**Chesterfield, MO 63017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2008** | Priority creditor's name and mailing address

**Palm, Jacob R.**
**14271 214th Avenue NW**
**Elk River, MN 55330**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2009** | Priority creditor's name and mailing address

**PALMA, JORGE**
**2870 BISTROL DR**
**309**
**Lisle, IL 60532**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2010** | Priority creditor's name and mailing address

**PANADERO-GONZALEZ,**
**ELIZABETH**
**5812 84 1/2 Ave**
**Minneapolis, MN 55443**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.2011** Priority creditor's name and mailing address

**Pantaleon Tobon, Rosalba**
**3209 Portland Avenue**
**Minneapolis, MN 55407**

As of the petition filing date, the claim is: **Unknown    Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)   ■ No
☐ Yes

---

**2.2012** Priority creditor's name and mailing address

**PAPADELIS, NIKI D.**
**3301 JOHN R ROAD**
**Troy, MI 48083**

As of the petition filing date, the claim is: **Unknown    Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)   ■ No
☐ Yes

---

**2.2013** Priority creditor's name and mailing address

**PARKER, AFTON**
**2605 CENTRAL AVENUE**
**Bettendorf, IA 52722**

As of the petition filing date, the claim is: **Unknown    Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)   ■ No
☐ Yes

---

**2.2014** Priority creditor's name and mailing address

**Parker, Marshall E.**
**700 Westminister Drive #B4**
**Franklin, TN 37067**

As of the petition filing date, the claim is: **Unknown    Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)   ■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2015** | Priority creditor's name and mailing address

**PARKER, NICKALS L.**
**579 OHIO ST.**
**Saint Paul, MN 55107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2016** | Priority creditor's name and mailing address

**Parker, Trevon K.**
**20220 Santarosa**
**Detroit, MI 48221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2017** | Priority creditor's name and mailing address

**PARKS, AMANDA M.**
**812 TRUDY LN.**
**O Fallon, MO 63366**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2018** | Priority creditor's name and mailing address

**PARR, RYAN C.**
**9498 BAYWOOD**
**Plymouth, MI 48170**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2019** Priority creditor's name and mailing address

**Parrish, Elizabeth**
**570 Church Street E**
**Brentwood, TN 37027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2020** Priority creditor's name and mailing address

**PASQUIN, WILLIAM S.**
**743 HIGHLAND AVE.**
**Clawson, MI 48017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2021** Priority creditor's name and mailing address

**Pasquin, William S.**
**45925 Spring Lane #202**
**Utica, MI 48317**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2022** Priority creditor's name and mailing address

**PASZKIEWICZ, KAREN**
**2421 SUMAC CIR**
**Glenview, IL 60025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2023** | Priority creditor's name and mailing address

**PATCH, WILLIAM S.**
**1006 LAKE AVE**
**Fort Wayne, IN 46805**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.2024** | Priority creditor's name and mailing address

**PATIERNO, BRANDON J.**
**6204 NEWBERRY RD**
**302**
**Indianapolis, IN 46256**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.2025** | Priority creditor's name and mailing address

**Patino, Valentin**
**1306 W Smith St.**
**Peoria, IL 61605**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.2026** | Priority creditor's name and mailing address

**PATRICK, DIAMONE**
**14804 STRATFORD CT**
**Apt B**
**Bridgeton, MO 63044**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2027** Priority creditor's name and mailing address

**PATRICK, TRAVIS D.**
**1819 56TH AVE S**
**Fargo, ND 58104**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**      **Unknown**

---

**2.2028** Priority creditor's name and mailing address

**PATTERSON JR, DONNIE W.**
**2501 KIELEEN AVE**
**2B**
**Saint Louis, MO 63121**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**      **Unknown**

---

**2.2029** Priority creditor's name and mailing address

**Patterson, Daniel**
**1201 E. 11 Mile Road #307**
**Southfield, MI 48076**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**      **Unknown**

---

**2.2030** Priority creditor's name and mailing address

**PAYNE, RAINA**
**864 MASON LANE**
**Des Plaines, IL 60016**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**      **Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2031** | Priority creditor's name and mailing address

**PAYTON-SMITH, JESSICA**
**2507 SENATOR AVE**
**District Heights, MD 20747**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown      Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2032** | Priority creditor's name and mailing address

**PCHECO, ROLANDO**
**2730 N 8TH STREET**
**Kansas City, KS 66101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown      Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2033** | Priority creditor's name and mailing address

**PEARSON, HEIDI A.**
**3006 ABBOTT AVE N**
**Minneapolis, MN 55422**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown      Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2034** | Priority creditor's name and mailing address

**PECHA, VALERIE**
**3121 CHOWEN AVE. S.**
**Minneapolis, MN 55416**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown      Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2035** | Priority creditor's name and mailing address

**Pederson, Breeya M.**
**1601 N. University Drive #228**
**Fargo, ND 58102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2036** | Priority creditor's name and mailing address

**Pedraza, Jose L.**
**101 Conquest Court**
**Unionville, TN 37180**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2037** | Priority creditor's name and mailing address

**PEHLIVANOVIC, ANELA**
**1364 MCDOWELL RD**
**Naperville, IL 60563**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2038** | Priority creditor's name and mailing address

**PELCH, RYAN T.**
**4002 18TH AVE SOUTH**
**306**
**Fargo, ND 58103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2039** | Priority creditor's name and mailing address

**PENA, GILLIAN G.**
**1855 NORTH LAKE DR.**
**Troy, MI 48083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Unknown        Unknown

---

**2.2040** | Priority creditor's name and mailing address

**PEREZ COBO, MOISES**
**3215 CARLISLE ST. NE**
**Cedar Rapids, IA 52402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Unknown        Unknown

---

**2.2041** | Priority creditor's name and mailing address

**PEREZ LOPEZ, JUAN**
**7108 63 AVN**
**Minneapolis, MN 55428**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Unknown        Unknown

---

**2.2042** | Priority creditor's name and mailing address

**PEREZ ORTIZ, ISAIAS**
**1919 MASHIE DR**
**Saint Louis, MO 63114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Unknown        Unknown

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.2043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**PEREZ PASTOR, ENRIQUE**
**2128 NORTH TOWNE NE**
**Cedar Rapids, IA 52402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2044 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**PEREZ VELAZQUEZ, JORGE**
**1613 E CEDAR PL**
**Olathe, KS 66062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2045 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**PEREZ, ANALYCIA M.**
**2022 SHADYBROOK DR**
**Fort Wayne, IN 46803**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2046 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**PEREZ, ANGELA R.**
**3305 CONCORD**
**Trenton, MI 48183**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2047** | Priority creditor's name and mailing address

**PEREZ, DUNIA Y.**
**5400 BERKSHIRE BVLD AVE**
**202**
**Sioux Falls, SD 57106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2048** | Priority creditor's name and mailing address

**PEREZ, HUGO**
**202 OAK DRIVE**
**Franklin, TN 37064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2049** | Priority creditor's name and mailing address

**PEREZ, IRVIN E.**
**1761 STONE COURT**
**Shakopee, MN 55379**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2050** | Priority creditor's name and mailing address

**Perez, Jose J.**
**600N Salem Drive #108**
**Hoffman Estates, IL 60169**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.2051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**PEREZ, JUAN**
**1613 E CEDAR PL**
**Olathe, KS 66062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2052 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**PEREZ, MARIA**
**10301 DEVONSHIRE ROAD**
**Apt 308**
**Minneapolis, MN 55431**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2053 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**PEREZ, RUBEN**
**5229 CAMPBELL'S RUN**
**Pittsburgh, PA 15205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2054 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Perezgrovas, Guillermo**
**2599 Lexington Avenue N. TRL 5**
**Saint Paul, MN 55113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2055** | Priority creditor's name and mailing address

**PERINO, BRADY M.**
**868 MAPLE LANE**
**Waterville, OH 43566**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2056** | Priority creditor's name and mailing address

**Perry, Keith**
**430 41st Street**
**Cedar Rapids, IA 52402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2057** | Priority creditor's name and mailing address

**Perry, Mary Catherine**
**1036 3rd Avenue**
**Leavenworth, KS 66048**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2058** | Priority creditor's name and mailing address

**Perry, Nicholas R.**
**7807 NW ROANRIDGE RD**
**Apt K**
**Kansas City, MO 64151**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

**2.2059** | Priority creditor's name and mailing address

**PERRY, VIRGINIA**
**1036 3RD AVENUE**
**Leavenworth, KS 66048**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2060** | Priority creditor's name and mailing address

**PERSICHINI, ANGELA D.**
**22555 ALEXANDER**
**Saint Clair Shores, MI 48081**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2061** | Priority creditor's name and mailing address

**PETERSEN, KARL**
**2506 N. Wright Ave.**
**Sioux Falls, SD 57107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2062** | Priority creditor's name and mailing address

**PETERSON, ABIGAIL L.**
**44531 218TH**
**Oldham, SD 57051**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
| --- | --- | --- | --- |
| | Name | | |

---

**2.2063**    Priority creditor's name and mailing address

**PETERSON, RANAE M.**
**404 Oak Street**
**Farmington, MN 55024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.2064**    Priority creditor's name and mailing address

**PETERSON, TIFFANY L.**
**6066 YUKON AVE N**
**Minneapolis, MN 55428**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.2065**    Priority creditor's name and mailing address

**PETERSON, TYLER S.**
**975 GALTIER ST**
**Saint Paul, MN 55117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.2066**    Priority creditor's name and mailing address

**PFLUEGER, ALEC S.**
**1535 7TH STREET S**
**203**
**Sartell, MN 56377**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2067** | Priority creditor's name and mailing address

**PHAN, CEDE**
**2030 N 64TH ST**
**Lincoln, NE 68505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2068** | Priority creditor's name and mailing address

**Philbee, Kristin**
**342 Maria St**
**East Peoria, IL 61611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2069** | Priority creditor's name and mailing address

**PICKENS, EDWARD**
**2120 E STATE ST**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2070** | Priority creditor's name and mailing address

**PICOLO, MARY K.**
**804 DELRAY DR**
**Nashville, TN 37209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2071** | Priority creditor's name and mailing address

**PIGG, BRITTANY C.**
**15154 FORDLINE**
**Southgate, MI 48195**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.2072** | Priority creditor's name and mailing address

**PIKE, HANNAH C.**
**519 COUNTRYWOOD DR**
**Franklin, TN 37064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.2073** | Priority creditor's name and mailing address

**PINA, MARIANO**
**3237 WEST MILTON AVE**
**Saint Louis, MO 63114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.2074** | Priority creditor's name and mailing address

**PINEDA, ANTONIO**
**301 E BURNSVILLE PARKWAY**
**Unit 224**
**Burnsville, MN 55337**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2075** Priority creditor's name and mailing address

**Pineda, Mercedes**
**812 Kishwaukee**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2076** Priority creditor's name and mailing address

**Pineda, Rosvin R.**
**3028 3rd Avenue S #2**
**Minneapolis, MN 55408**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2077** Priority creditor's name and mailing address

**PINNON, PAYTON**
**4811 MOHAWK RD**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2078** Priority creditor's name and mailing address

**PIOTROWICZ, CYNTHIA R.**
**9540 BATAAN DR**
**Saint Louis, MO 63134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2079** | Priority creditor's name and mailing address

**PIRILLIS, ALLAN A.**
**1951 DAKOTA DR N**
**Apt 202**
**Fargo, ND 58102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2080** | Priority creditor's name and mailing address

**PIZER, TAMBERLY**
**5025 PHEASANT WALK**
**Imperial, PA 15126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2081** | Priority creditor's name and mailing address

**Place, Daniel**
**2650 Beaver Road**
**Ambridge, PA 15003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2082** | Priority creditor's name and mailing address

**Plank, Megan H.**
**7807 NW Roanridge Rd.**
**Kansas City, MO 64151**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
| | Name | | |

---

**2.2083** | Priority creditor's name and mailing address

**PLATT, JEDEIAH**
**1 FORT PITT ROAD EXT**
**Carnegie, PA 15106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2084** | Priority creditor's name and mailing address

**PLAYER, MARCUS**
**7200 JAYWICK AVE**
**506**
**Fort Washington, MD 20744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2085** | Priority creditor's name and mailing address

**PLIEGO CID, CORY C.**
**3135 Fox Hill Road**
**Aurora, IL 60504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2086** | Priority creditor's name and mailing address

**PLOWMAN, CHRISTAN E.**
**227 NW 112th st**
**Kansas City, MO 64155**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|--------|-----------------------------------|--------------------------|----------|
|        | Name |  |  |

---

**2.2087** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**PLUMA, FIDENCIO**
**8964 OLDEN AVE**
**Saint Louis, MO 63114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2088** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**PLUMA, JULIETA**
**8964 OLDEN AVE**
**Saint Louis, MO 63132**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2089** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**PLUMA, MARILU P.**
**9641 Huron Drive**
**Saint Louis, MO 63132**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2090** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Pluma, Marilu P.**
**2291 Woodgrass Drive**
**Saint Louis, MO 63114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2091** | Priority creditor's name and mailing address

**PLUMA, YENI**
**9141 Brownrige**
**Saint Louis, MO 63132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2092** | Priority creditor's name and mailing address

**POCRNICH, KAITLYNN**
**1724 5TH AVE N**
**Grand Forks, ND 58203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2093** | Priority creditor's name and mailing address

**POEPPING, JARED**
**3559 WILDFLOWER RD**
**Saint Cloud, MN 56301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2094** | Priority creditor's name and mailing address

**Polanco-Chacon, Juan**
**1270 Mary Ann Rd.**
**Troy, MI 48083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.2095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**POLLARD, JAMIE L.**
**4340 CLEARWATER ROAD**
**310**
**Saint Cloud, MN 56301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2096 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**POMPA, MARIBEL**
**2201 S10 ST**
**111**
**Lincoln, NE 68502**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2097 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ponce, Diana**
**5805 N Cypress Drive**
**Apt 3106**
**Peoria, IL 61615**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2098 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**POPE, DNIA M.**
**8826 HARDESTY DRIVE**
**Clinton, MD 20735**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| --- | --- | --- | --- |
| | Name | | |

---

**2.2099** | Priority creditor's name and mailing address

**POPOVICH, KYLA**
**1711 Brownstone Blvd.**
**Apt 2**
**Toledo, OH 43614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2100** | Priority creditor's name and mailing address

**Poppert, Brandon G.**
**10850 N. 136th Street**
**Waverly, NE 68462**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2101** | Priority creditor's name and mailing address

**PORCAYO, BENJAMIN**
**1019 Westshire Dr.**
**Joliet, IL 60435**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2102** | Priority creditor's name and mailing address

**PORTILLO, ELIO**
**3851 SAINT BARNABAS RD**
**Suitland, MD 20746**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2103** | Priority creditor's name and mailing address

**PORTILLO, RAUL A.**
**302 HALEY PL.**
**Tea, SD 57064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2104** | Priority creditor's name and mailing address

**Posey, Robin A.**
**4850 Brierwood Road**
**La Plata, MD 20646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2105** | Priority creditor's name and mailing address

**POST, ALLISON**
**490 EDINBURGH AVE**
**Marion, IA 52302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2106** | Priority creditor's name and mailing address

**POTTER, BRETT**
**4901 W Equestrian Pl**
**4208**
**Sioux Falls, SD 57106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|-------------------------------|------------------------|----------|
| | Name | | |

---

**2.2107** | Priority creditor's name and mailing address

**POUND, MIRANDA**
**627 N OAKLAND AVE**
**Mishawaka, IN 46544**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2108** | Priority creditor's name and mailing address

**POWELL, AARON**
**503 EAST SOUTH STREET**
**Geneseo, IL 61254**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2109** | Priority creditor's name and mailing address

**POWERS, BRANDON G.**
**8430 W 86TH ST**
**Overland Park, KS 66212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2110** | Priority creditor's name and mailing address

**PRESSON, DEJANAE M.**
**5509 KENWOOD ST**
**Temple Hills, MD 20748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2111** | Priority creditor's name and mailing address

**PRICE, CLIFFORD J.**
**1015 CHELTON AVE**
**Pittsburgh, PA 15226**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2112** | Priority creditor's name and mailing address

**Price, Clifford J.**
**114 Polo Club Drive**
**Coraopolis, PA 15108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2113** | Priority creditor's name and mailing address

**Price, Maddie**
**6806 S 81st Street**
**Omaha, NE 68127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2114** | Priority creditor's name and mailing address

**Price, Malaika**
**16750 Blackjack Oak ln.**
**Apt 302**
**Woodbridge, VA 22191**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.2115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**PRICE, NICHOLAS J.**
**1808 E 6TH ST**
**Sioux Falls, SD 57103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Priest, Sadie A.**
**1802 5th Street #3**
**Wyandotte, MI 48192**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Prior, Robert**
**6609 West Bancroft #A6**
**Toledo, OH 43615**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**PROCTOR, LATIKA D.**
**1725 ADDISON RD S**
**District Heights, MD 20747**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.2119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **PRUETT, CARSON J.**<br>**2203 S HOLT AVE**<br>**Sioux Falls, SD 57103** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Pruitt, Rylee G.**<br>**1717 40th Street St. #127**<br>**Fargo, ND 58103** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Purchase, Nia M.**<br>**2270 Hillview Drive**<br>**Marion, IA 52302** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **QUEBRADO, JUAN C.**<br>**55624 Vest Ave**<br>**Naperville, IL 60563** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2123** | Priority creditor's name and mailing address

**Quebrado, Juan C.**
**55624 Vest Avenue**
**Naperville, IL 60563**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown        Unknown

---

**2.2124** | Priority creditor's name and mailing address

**QUIJANO, NATALIE D.**
**17730 SW 152 AVE**
**Miami, FL 33187**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown        Unknown

---

**2.2125** | Priority creditor's name and mailing address

**QUINTANA, FIDEL G.**
**247 NORTHEAST ST**
**Fort Wayne, IN 46825**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown        Unknown

---

**2.2126** | Priority creditor's name and mailing address

**QUINTANA, HUGO**
**5144 Truemper Way Apt 6**
**Fort Wayne, IN 46835**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown        Unknown

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2127** | Priority creditor's name and mailing address

**Quintana, Jose**
**729 Warwick Ave**
**Fort Wayne, IN 46825**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown** | **Unknown**

---

**2.2128** | Priority creditor's name and mailing address

**QUINTANA, TERESA M.**
**9975 SW 218TH TERRACE**
**Miami, FL 33190**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown** | **Unknown**

---

**2.2129** | Priority creditor's name and mailing address

**QUINTERO VARA, SILVESTRE**
**3041 PARK AVE.**
**Minneapolis, MN 55407**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown** | **Unknown**

---

**2.2130** | Priority creditor's name and mailing address

**QUISENBERRY, RACHEL R.**
**311 MARIA STREET**
**East Peoria, IL 61611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown** | **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.2131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**QUITO, FREDDY L.**
**4420 SOUTH PARK DR**
**Fort Wayne, IN 46806**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.2132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**RACETTE, STEVEN P.**
**7245 Guider Dr**
**Apt 220**
**Saint Paul, MN 55125**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.2133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Rada, Leslie**
**913 E. 6th Street**
**Muscatine, IA 52761**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.2134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**RADOCHONSKI, CHRISTINE L.**
**706 W DORSET AVENUE**
**Palatine, IL 60067**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2135** | Priority creditor's name and mailing address

**RAGAN, CATHERINE A.**
**4375 10TH AVE S**
**209**
**Fargo, ND 58103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　**Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2136** | Priority creditor's name and mailing address

**RAGAN, CATHERINE A.**
**909 43rd St SW #301**
**Fargo, ND 58103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　**Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2137** | Priority creditor's name and mailing address

**RAGNER, GRANT A.**
**816 PRAIRE VIEW DRIVE**
**West Des Moines, IA 50266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　**Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2138** | Priority creditor's name and mailing address

**RAHJA, LISA L.**
**8501 W LAVERN WIPF ST**
**Sioux Falls, SD 57106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**　**Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2139** Priority creditor's name and mailing address

**RAINOLDI, MATTHEW R.**
**381 QUAIL RIDGE CT**
**Waterford, MI 48327**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **Unknown**

---

**2.2140** Priority creditor's name and mailing address

**RALLS, TIFFANY M.**
**918 W 22**
**Sioux Falls, SD 57104**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **Unknown**

---

**2.2141** Priority creditor's name and mailing address

**Ramirez, Alvaro**
**21 W 549 North Ave**
**Apt 127**
**Lombard, IL 60148**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **Unknown**

---

**2.2142** Priority creditor's name and mailing address

**RAMIREZ, CARLOS L.**
**15901 W 144TH ST**
**Olathe, KS 66062**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.2143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**RAMIREZ, ELISA**
**4018 IZARD ST**
**Omaha, NE 68131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.2144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**RAMIREZ, FRANKIE**
**4038 MONACO DRIVE**
**Apt E**
**Indianapolis, IN 46220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.2145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**RAMIREZ, GABRIELA**
**9641 HURON DR**
**Saint Louis, MO 63132**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.2146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Ramirez, Gabriela**
**1169 Saratoga Drive**
**Saint Charles, MO 63303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2147** | Priority creditor's name and mailing address

**RAMIREZ, JERARDO**
**626 MANCHESTER DR**
**South Bend, IN 46615**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2148** | Priority creditor's name and mailing address

**RAMIREZ, JIMENA L.**
**6220 NEBRASKA AVE**
**Omaha, NE 68104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2149** | Priority creditor's name and mailing address

**RAMIREZ, JOSUE**
**240 Fernhill Ave**
**Fort Wayne, IN 46805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2150** | Priority creditor's name and mailing address

**RAMIREZ, LAURA**
**902 S.  27 ST**
**Omaha, NE 68105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.2151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**RAMIREZ, MARIA E.**
**6220 NEBRASKA AV.**
**Omaha, NE 68104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**RAMIREZ, OTTO W.**
**5500 W 44TH ST**
**15**
**Sioux Falls, SD 57106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**RAMIREZ, URIEL**
**724 W 17TH ST**
**Davenport, IA 52804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**RAMOS, ARMANDO**
**454 1/2 Chicago St.**
**East Peoria, IL 61611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2155** | Priority creditor's name and mailing address

**RAMOS, AURORA**
**1524 E BURT Drive**
**64**
**Columbia, TN 38401**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**      **Unknown**

---

**2.2156** | Priority creditor's name and mailing address

**RAMOS, JOSE V.**
**1524 E BURT DR**
**64**
**Columbia, TN 38401**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**      **Unknown**

---

**2.2157** | Priority creditor's name and mailing address

**RAMOS, JUAN**
**904 W Philadelphia St**
**Detroit, MI 48202**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**      **Unknown**

---

**2.2158** | Priority creditor's name and mailing address

**Ramos, Marcos F.**
**1524 E. Burt Drive Unit 1A**
**Columbia, TN 38401**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**      **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number *(if known)* | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**2.2159** | Priority creditor's name and mailing address

**RAMOS, TABITHA B.**
**904 W PHILADELPHIA ST.**
**Detroit, MI 48202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2160** | Priority creditor's name and mailing address

**RAMOS-CAMARILLO, ANDREA A.**
**3909 CLINTON AVE S**
**Minneapolis, MN 55409**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2161** | Priority creditor's name and mailing address

**RAMOZ, VICTOR D.**
**903 Century Rd**
**Apt 104**
**Troy, MI 48083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2162** | Priority creditor's name and mailing address

**RAMSEY, HEATHER N.**
**7814 N NODAWAY AVE**
**Kansas City, MO 64152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.2163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**RAMSEY, ZACHARY**
**1809 260TH AVE**
**Delmar, IA 52037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**RASCON, ALEXIZ**
**1026 N MAIN AVE**
**Tea, SD 57064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**RASMUSSEN, ISABELLA**
**403 7TH AVE. S**
**5**
**Saint Cloud, MN 56301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**RAUSCH, LINDA R.**
**129 LAKE VIEW DRIVE**
**Warroad, MN 56763**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (*if known*) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.2167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**RAVELO, CATHERINE A.**
**1740 SW 87 COURT**
**Miami, FL 33165**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**RAYMUNDO, JEREMIAS**
**4941 TAMA ST**
**Apt 1**
**Marion, IA 52302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Raynor, Katherine T.**
**12494 S. Sagebrush Drive**
**Olathe, KS 66061**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rector, Elizabeth L.**
**7 Chapel Ridge Circle #J**
**Marion, IA 52302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2171** | Priority creditor's name and mailing address

**REDDEN, ARIELLE**
**811 TENNESSEE AVE**
**210**
**Fort Wayne, IN 46806**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.2172** | Priority creditor's name and mailing address

**REDDICK, MARQUITA**
**4547 DALLAS PL**
**202**
**Temple Hills, MD 20748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.2173** | Priority creditor's name and mailing address

**REDFORD, AVERY L.**
**205 SOUTH 30TH STREET**
**West Des Moines, IA 50265**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.2174** | Priority creditor's name and mailing address

**REDMOND, RHIENNE**
**6710 SOUTHFIELD ROAD**
**Fort Washington, MD 20744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.2175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**REDNER, ALEXYSS G.**
**9423 RAVENHOLLOW RD**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.2176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**REED, ALAN**
**501 CALIFORNIA AVE**
**Apt 5A**
**Pittsburgh, PA 15202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.2177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**REED, SARA A.**
**4405 ASPEN DR**
**West Des Moines, IA 50265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.2178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**REED, SHERYL**
**640 McHenry Rd**
**#203**
**Wheeling, IL 60090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

| 2.2179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|--------|---|---|---|---|

**REESE, DEANTHONY H.**
**3486 TOWNSEND**
**Detroit, MI 48214**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|--------|---|---|---|---|

**Reich, Lucas**
**1121 Hamline Ave N**
**#2-212**
**Saint Paul, MN 55108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|--------|---|---|---|---|

**REID, JAMES**
**5912 NW 91st Terrace**
**Kansas City, MO 64154**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|--------|---|---|---|---|

**REID, JESSICA**
**1651 MORTON ST**
**Lincoln, NE 68521**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2183** | Priority creditor's name and mailing address

**REID, TIANNA C.**
**4409 RENA RD**
**202**
**Suitland, MD 20746**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2184** | Priority creditor's name and mailing address

**REIFF, JEREMIAH A.**
**38321 SUMMERS ST.**
**Livonia, MI 48154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2185** | Priority creditor's name and mailing address

**REINA, ANITA S.**
**8303 ICON COURT**
**Smyrna, TN 37167**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2186** | Priority creditor's name and mailing address

**REINA, ANTHONY**
**8303 ICON COURT**
**Smyrna, TN 37167**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.2187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**REINERT, TAYLER J.**
**27 Luella St S**
**Saint Paul, MN 55119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**REINERT, TAYLER J.**
**27 Luella St S**
**Saint Paul, MN 55119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**REKO, RACHEL S.**
**910 9TH ST S**
**Apt 1**
**Fargo, ND 58103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**REMACHE, NEY M.**
**5428 5TH ST NE**
**Apt 1**
**Minneapolis, MN 55421**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

| 2.2191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**RENO, ZACHARY A.**
**8821 ELMHURST AVE**
**Plymouth, MI 48170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**RENTSCH, NICK**
**715 Southeast 7th Ave**
**Minneapolis, MN 55414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Reuben, Cheryl**
**920 Rolling Creek Drive NE**
**Cedar Rapids, IA 52402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**REUER, LINDSEY J.**
**1500 LIONS PARK DR NW**
**Unit 303**
**Elk River, MN 55330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.2195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Reum Raymer, Eliot L.**
**4519 Hoagland Avenue**
**Fort Wayne, IN 46807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**REUTELER, LEAH**
**12122 ZEALAND AVE N**
**Champlin, MN 55316**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**REVERT, MATTHEW W.**
**5648 ROTHMAN RD**
**Fort Wayne, IN 46835**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**REYES JIMINEZ, DANIEL**
**1308 EAST 23RD ST**
**Apt 1**
**Minneapolis, MN 55404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2199** | Priority creditor's name and mailing address

**REYES, RICARDO A.**
**13043 SW57TH TERR**
**Miami, FL 33183**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown          Unknown

---

**2.2200** | Priority creditor's name and mailing address

**REYNOLDS, MADELINE**
**1900 Daleview Dr.**
**Marion, IA 52302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown          Unknown

---

**2.2201** | Priority creditor's name and mailing address

**REYNOLDS, RONALD A.**
**4247 OLD ARNO ROAD**
**Franklin, TN 37064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown          Unknown

---

**2.2202** | Priority creditor's name and mailing address

**RHODES, JULIE L.**
**73 CENTURY DRIVE**
**Roselle, IL 60172**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown          Unknown

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2203** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Rice, Steven J.**
**5646 Monrovia Street**
**Shawnee, KS 66216**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2204** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**RICH, BRANDON**
**1011 KIRKWOOD BLVD.**
**Davenport, IA 52803**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2205** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**RICH, STEPHEN**
**34538 MIDDLEBORO**
**Livonia, MI 48154**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2206** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Richards, Ronald**
**826 Second St.**
**Apt A**
**Bowling Green, OH 43402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.2207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**RICHTER, BRYAN**
**15420 Warwick**
**Detroit, MI 48223**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**RICKARD, SCOTT J.**
**2503 FERNDALE AVE #1**
**Ames, IA 50010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**RICO ESPINOZA, SALVADOR**
**4315 ORCHARD ST #1**
**Lincoln, NE 68503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**RICO, OSWALDO**
**1315 N 47TH ST #1**
**Lincoln, NE 68503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2211** | Priority creditor's name and mailing address

**RIDLEY SR, JAMES**
**902 21 ST NE**
**Apt 108**
**Washington, DC 20002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.2212** | Priority creditor's name and mailing address

**RIES, JASON**
**10801 WEST MILL RD**
**Malcolm, NE 68402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.2213** | Priority creditor's name and mailing address

**RIFE, BRITTANY D.**
**3409 LIMA RD**
**Fort Wayne, IN 46805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.2214** | Priority creditor's name and mailing address

**RIHA, BAYLEE J.**
**2948 N 43RD ST**
**Lincoln, NE 68504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2215** | Priority creditor's name and mailing address

**RIHA, JORDYN**
**2948 N 43RD ST.**
**Lincoln, NE 68504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2216** | Priority creditor's name and mailing address

**RINCON EUROPA, CESAR**
**9105 KENNEDY CT.**
**Orland Park, IL 60462**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2217** | Priority creditor's name and mailing address

**RINEHART, JASON M.**
**429 Allen Ct**
**Apt A**
**Wheeling, IL 60090**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2218** | Priority creditor's name and mailing address

**RIOS-GONZALEZ, ELDA**
**9939 PORTLAND AVE. S**
**Minneapolis, MN 55420**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number *(if known)* | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**2.2219** | Priority creditor's name and mailing address

**RIPLEY, DAN M.**
**18 SOUTH 6TH ST.**
**Waterville, OH 43566**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2220** | Priority creditor's name and mailing address

**RITA, JUAN L.**
**6080 SPRING HOUSE PL**
**3**
**Bridgeville, PA 15017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2221** | Priority creditor's name and mailing address

**RITTER, RYAN E.**
**8659 ALVARADO CT**
**Inver Grove Heights, MN 55077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2222** | Priority creditor's name and mailing address

**Ritter, Samantha L.**
**8324 174th Street West**
**Lakeville, MN 55044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.2223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**RITTER, VICTORIA F.**
**44524 BAYVIEW AVE**
**Clinton Township, MI 48038**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.2224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Rivas Valencia, Elyanna V.**
**1109 Palmer Road,  Apt. 14**
**Fort Washington, MD 20744**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.2225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**RIVAS, ALEJANDRO**
**6445 Livingston Road**
**Oxon Hill, MD 20745**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.2226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**RIVAS, FRANCISCO**
**863 Century Drive**
**Troy, MI 48083**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2227**

Priority creditor's name and mailing address

**Rivas, Katherine C.**
**765 McMurray Drive K11**
**Nashville, TN 37211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.2228**

Priority creditor's name and mailing address

**RIVERA, JOSE**
**3141 5TH AVE**
**Minneapolis, MN 55408**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.2229**

Priority creditor's name and mailing address

**RIVERA, JOSE**
**2822 ROSE VALLEY DR**
**Fort Washington, MD 20744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.2230**

Priority creditor's name and mailing address

**RIVERA, LUIS D.**
**3803 PRIMROSE DR**
**Waldorf, MD 20602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2231** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**RIVERA, MANASES**
**170 SOUTHVIEW DR**
**Apt 4**
**Marion, IA 52302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2232** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**RIVERA, NATALIE E.**
**5360 28TH AVE S**
**310**
**Fargo, ND 58104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2233** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Rivers, Cynthia A.**
**34329 Barton St**
**Westland, MI 48185**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2234** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**RIZVI, ALICIA**
**1400 TWOMBLY RD**
**Unit 2025**
**Cortland, IL 60112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number (if known) | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

**2.2235** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**RIZVI, DEAN**
**1026 DENHAM PL**
**Schaumburg, IL 60194**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2236** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**ROARK, SETH A.**
**3896 COUNTY ROAD 15**
**South Point, OH 45680**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2237** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**ROBERTS, SHAWN A.**
**4217 WEST 115TH STREET**
**3A**
**Alsip, IL 60803**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2238** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**ROBINE, DEANNA**
**7346 Central**
**#3**
**Westland, MI 48185**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2239** | Priority creditor's name and mailing address

**Robine, Deanna**
**7346 Central #3**
**Westland, MI 48185**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2240** | Priority creditor's name and mailing address

**Robinson, Angelo R.**
**8840 Marble Arch Court**
**White Plains, MD 20695**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2241** | Priority creditor's name and mailing address

**ROBINSON, MARK**
**625 North First Avenue**
**Canton, IL 61520**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2242** | Priority creditor's name and mailing address

**ROBINSON, MATTHEW**
**1304 HENRY RUFF**
**Westland, MI 48186**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2243** | Priority creditor's name and mailing address

**ROBINSON, SAMANTHA**
**1316 E BEACH ST**
**Peoria, IL 61615**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown        Unknown

---

**2.2244** | Priority creditor's name and mailing address

**ROBISON, JACOB S.**
**418 E BERRY**
**Fort Wayne, IN 46802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown        Unknown

---

**2.2245** | Priority creditor's name and mailing address

**ROBKE, JERON A.**
**3236 R ST**
**Lincoln, NE 68503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown        Unknown

---

**2.2246** | Priority creditor's name and mailing address

**ROBLES URBINA, GABRIELA L.**
**4020 2ND ST SW**
**Washington, DC 20032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown        Unknown

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2247** | Priority creditor's name and mailing address

**ROBSON, WILLIAM J.**
**4884 21st Ave S**
**Apt 305**
**Fargo, ND 58103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2248** | Priority creditor's name and mailing address

**ROCHA, GUILLERMO**
**1235 YATES ST.**
**Toledo, OH 43608**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2249** | Priority creditor's name and mailing address

**Rock, Jeanette N.**
**1041 Bridgeport Drive**
**Ballwin, MO 63011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2250** | Priority creditor's name and mailing address

**RODGERS, CHELSEA J.**
**1925 E. Maish Ave**
**Des Moines, IA 50320**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.2251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rodgers, Lillian R.**
**12721 Cheyenne St.**
**Detroit, MI 48227**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**RODRIGUEZ CARRILLO, REFUGIO**
**6507 CAMDEN AVE NORTH**
**Minneapolis, MN 55430**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**RODRIGUEZ HERNA, AURELIO**
**55 JOYMAR**
**Saint Cloud, MN 56301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**RODRIGUEZ, ALEXIS**
**2708 N 20TH ST**
**Kansas City, KS 66104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2255** | Priority creditor's name and mailing address

**RODRIGUEZ, ANNETTE**
**6705 SW 129TH CT**
**Miami, FL 33183**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2256** | Priority creditor's name and mailing address

**RODRIGUEZ, BEATRIZ E.**
**15908 W 153RD ST**
**Olathe, KS 66062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2257** | Priority creditor's name and mailing address

**RODRIGUEZ, ISABEL C.**
**21925 SW 104 CT.**
**Apt 102**
**Miami, FL 33190**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2258** | Priority creditor's name and mailing address

**RODRIGUEZ, ISABEL M.**
**2321 20 1/2 AVE SOUTH**
**303**
**Fargo, ND 58103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.2259** | Priority creditor's name and mailing address

**RODRIGUEZ, JORGE**
**10820 SW 200 DR.**
**#221**
**Miami, FL 33157**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2260** | Priority creditor's name and mailing address

**RODRIGUEZ, KIMBERLY N.**
**3217 HOLLAND LN**
**Nashville, TN 37218**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2261** | Priority creditor's name and mailing address

**RODRIGUEZ, LEONARDO**
**6261 OXON HILL RD**
**Apt 201**
**Oxon Hill, MD 20745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2262** | Priority creditor's name and mailing address

**RODRIGUEZ, MARIO R.**
**3217 HOLLAND LANE**
**Nashville, TN 37218**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2263** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Rodriguez-Morris, Biancarose C**
**720 Roberts Road #103**
**Sartell, MN 56377**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2264** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**ROERS, BRADY A.**
**133 18th Ave N**
**Saint Cloud, MN 56301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2265** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**ROESNER, STEPHANIE**
**2510 41st Ave South**
**204**
**Saint Cloud, MN 56301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2266** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**ROGERS, DANI C.**
**1015 W 9th Ave**
**Marion, IA 52302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2267**  Priority creditor's name and mailing address

**ROGERS, EVERETT**
**2409 South 17th Street**
**Leavenworth, KS 66048**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.2268**  Priority creditor's name and mailing address

**ROGERS, FARRAAD R.**
**1643 SUMMER RUN DR UNIT 11**
**Florissant, MO 63033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.2269**  Priority creditor's name and mailing address

**ROGERS, GIANNA L.**
**10940 PIONEER DRIVE**
**Burnsville, MN 55337**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.2270**  Priority creditor's name and mailing address

**ROGERS, JADE J.**
**820 LESPARRE DR**
**Saint Louis, MO 63141**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.2271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**ROGERS, NOAH**
**319 NORMAN DRIVE NE**
**Cedar Rapids, IA 52402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.2272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**ROGERS, TANAE N.**
**1603 OLD DRUMMER BOY LANE**
**Fort Washington, MD 20744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.2273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**ROHLIK, CORINNE N.**
**17600 14TH AVE N**
**Apt 114**
**Minneapolis, MN 55447**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.2274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**ROJAS GARCIA, GONZALO**
**4130 Rahn Rd**
**Apt. 118B**
**Saint Paul, MN 55122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.2275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ROJAS GARCIA, MARIA**
**4130 Rahn Rd**
**Apt 118**
**Saint Paul, MN 55122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ROJAS, MINOR J.**
**9975 SW 218TH TER**
**Miami, FL 33190**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ROMAINE, PAIGE M.**
**1612 W CLINTON ST**
**Goshen, IN 46526**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ROMAN, SILVESTRE**
**6721 VAIL DR**
**Apt 6**
**Westmont, IL 60559**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2279** | Priority creditor's name and mailing address

**Romero, Nicolas**
**12356 W. 107th Terrace**
**Overland Park, KS 66210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown   Unknown

---

**2.2280** | Priority creditor's name and mailing address

**ROMINE, STEPHANIE M.**
**4617 3RD AVE S**
**Minneapolis, MN 55419**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown   Unknown

---

**2.2281** | Priority creditor's name and mailing address

**Romness, Jeffrey N.**
**8536 Clinton Ave South**
**Minneapolis, MN 55420**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown   Unknown

---

**2.2282** | Priority creditor's name and mailing address

**ROMNEY, CHRISTIAN J.**
**10819 134TH AVE SE**
**Becker, MN 55308**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown   Unknown

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2283** | Priority creditor's name and mailing address

**ROPER, EMILY**
**19222 NORTHRIDGE DR**
**Northville, MI 48167**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**    **Unknown**

---

**2.2284** | Priority creditor's name and mailing address

**ROSALES SILVA, PEDRO**
**5600 Xylon Ave N**
**Apt 208**
**Minneapolis, MN 55428**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**    **Unknown**

---

**2.2285** | Priority creditor's name and mailing address

**Rosales, Maria**
**9610 Wedgewood Place**
**Fort Washington, MD 20744**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**    **Unknown**

---

**2.2286** | Priority creditor's name and mailing address

**ROSENBOOM, ROBERT W.**
**P.O. Box 131**
**Palmer, IA 50571**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.2287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rosenthal, Christine**
**1007 Grant PL**
**Wauconda, IL 60084**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ROSETE, JOSE**
**1312 S FINLEY RD**
**1J**
**Lombard, IL 60148**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ROSS, DIJON**
**3409 N 93RD ST**
**Apt 5**
**Omaha, NE 68134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ROSS, DOUGLAS**
**3130 BELCHER DRIVE**
**Sterling Heights, MI 48310**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2291** | Priority creditor's name and mailing address

**ROSSUM, MADELINE**
**908 46TH AVE S**
**Apt 5**
**Moorhead, MN 56560**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.2292** | Priority creditor's name and mailing address

**Rotert, Lance D.**
**2408 Spring Brook Avenue**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.2293** | Priority creditor's name and mailing address

**Rowland, Rabeka L.**
**245 Miller Avenue**
**Weirton, WV 26062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.2294** | Priority creditor's name and mailing address

**Roxas, Vanessa M.**
**14853 Liri Drive**
**Sterling Heights, MI 48312**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|--------|----------------------------------|--------------------------|----------|
| | Name | | |

---

**2.2295** Priority creditor's name and mailing address

**RUANE, MADELEINE**
**698 GREEN BAY RD**
**Winnetka, IL 60093**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2296** Priority creditor's name and mailing address

**RUBALCAVA, DIEGO**
**1305 12TH AVE**
**Belvidere, IL 61008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2297** Priority creditor's name and mailing address

**RUBBERT, TYLER**
**1741 34TH ST S**
**Apt E**
**Fargo, ND 58103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2298** Priority creditor's name and mailing address

**RUBIO, DAMARI C.**
**7660 SW 82 ST**
**H-207**
**Miami, FL 33134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
|        | Name                             |                        |          |

| 2.2299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|--------|---------------------------------------------|-----------------------------------------------|---------|---------|

**RUBIO, JORGE**
**228 52ND STREET**
**34**
**West Des Moines, IA 50265**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|--------|---------------------------------------------|-----------------------------------------------|---------|---------|

**RUBIO, VANESSA A.**
**6005 Sawmill Woods Court**
**Fort Wayne, IN 46835**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|--------|---------------------------------------------|-----------------------------------------------|---------|---------|

**RUCHOTZKE, ERIN N.**
**141 33RD AVE SW**
**Apt 5**
**Cedar Rapids, IA 52404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|--------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Rudnick, Cody**
**1057 N. 35th Street #213**
**Fargo, ND 58102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number *(if known)* | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**2.2303** | Priority creditor's name and mailing address

**Rudolph, Shelby**
**4195 3rd St**
**Wayne, MI 48184**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2304** | Priority creditor's name and mailing address

**RUGERIO, OSCAR**
**2261 ATRIUM DR**
**Saint Louis, MO 63146**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2305** | Priority creditor's name and mailing address

**RUIZ, ALEX J. v**
**17000 MIDDLETON CIR**
**17206**
**Franklin, TN 37064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2306** | Priority creditor's name and mailing address

**Ruiz, Breanna C.**
**265 Southwood Drive**
**Perrysburg, OH 43551**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2307** | Priority creditor's name and mailing address

**Ruiz, Elly**
**650 Edgewood Blvd. Lot 32**
**Franklin, TN 37064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2308** | Priority creditor's name and mailing address

**RUIZ, NAOMI**
**4113 MURDOCK ST**
**Temple Hills, MD 20748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2309** | Priority creditor's name and mailing address

**RULEY, REBEKAH L.**
**1220 27TH ST NE**
**Cedar Rapids, IA 52402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2310** | Priority creditor's name and mailing address

**RUMPHY, CANDIS**
**14656 LINNHURST**
**Detroit, MI 48205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2311** | Priority creditor's name and mailing address

**RUNNING, MATTHEW**
**2021 EDGERTON ST**
**212**
**Saint Paul, MN 55117**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.2312** | Priority creditor's name and mailing address

**RUPPERT, JACOB D.**
**33448 NORFOLK**
**Livonia, MI 48152**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.2313** | Priority creditor's name and mailing address

**RUSSELL, CHRISTI M.**
**911 KENMORE RD**
**Rockford, IL 61108**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.2314** | Priority creditor's name and mailing address

**RUSSELL, MICHELLE M.**
**1120 NORTHWOOD DRIVE**
**235**
**Saint Paul, MN 55121**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number (if known) | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

| 2.2315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**RUTHERFORD, AARON T.**
**2814 N. SHERIDAN RD**
**Peoria, IL 61604**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**RYAN, KRISTEN**
**1313 SLEEPY HOLLOW ROAD**
**Glenview, IL 60025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SAAVEDRA, ENRIQUE**
**1535 COLONIAL DR**
**Saint Paul, MN 55113**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SAAVEDRA, LINDSAY A.**
**400 LARPENTEUR AVE W**
**Apt 3**
**Saint Paul, MN 55113**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2319** Priority creditor's name and mailing address

**SAFKO, JACINDA M.**
**1446 IROQUOIS DRIVE**
**Pittsburgh, PA 15205**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **Unknown**

---

**2.2320** Priority creditor's name and mailing address

**SAGE, SARAH S.**
**722 EDGAR**
**Royal Oak, MI 48073**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **Unknown**

---

**2.2321** Priority creditor's name and mailing address

**SAGER, ETHAN R.**
**5000 28TH AVENUE SOUTH**
**203**
**Fargo, ND 58104**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **Unknown**

---

**2.2322** Priority creditor's name and mailing address

**SAGMAN, BIJAN**
**6458 SILVERBROOK WEST**
**West Bloomfield, MI 48322**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| | Name | | |

---

**2.2323** | Priority creditor's name and mailing address

**SAGRERO, ROGER E.**
**1864 WEST MCEWEN DR**
**Franklin, TN 37067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2324** | Priority creditor's name and mailing address

**SAILORS, CATHIE A.**
**30319 FOX RUN ROAD**
**Stacy, MN 55079**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2325** | Priority creditor's name and mailing address

**SALARDA, KEVIN**
**928 CANTERFIELD PKWY**
**Dundee, IL 60118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2326** | Priority creditor's name and mailing address

**SALAZAR LAZARO, ELISA**
**1623 B STREET**
**Lincoln, NE 68504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.2327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**SALAZAR PONCE, ANA**
**912 WEST TRAILCREEK DR**
**Peoria, IL 61614**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**SALAZAR, IAN B.**
**2285 STEWART AVE**
**1110**
**Saint Paul, MN 55116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**SALAZAR, JESUS R.**
**515 CLAIRBORNE**
**304**
**Olathe, KS 66062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Salazar, Lazarao, Elisa**
**1623 B Street**
**Lincoln, NE 68504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2331** | Priority creditor's name and mailing address

**Salazar, Louis**
**810 E. 6th Street**
**Sioux Falls, SD 57103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**        **Unknown**

---

**2.2332** | Priority creditor's name and mailing address

**SALDANA, FELIPE**
**7056 HEATHER DR**
**Bryans Road, MD 20616**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**        **Unknown**

---

**2.2333** | Priority creditor's name and mailing address

**SALDIVAR, DYLAN J.**
**10902 Hauser Street**
**Overland Park, KS 66210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**        **Unknown**

---

**2.2334** | Priority creditor's name and mailing address

**SALDIVAR, GLORIA**
**10902 Hauser Street**
**Overland Park, KS 66210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**        **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2335** | Priority creditor's name and mailing address

**SALGADO, IVAN**
**5125 S. 99th Plaza APT 4**
**Omaha, NE 68127**

_____

Date or dates debt was incurred

_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**      **Unknown**

---

**2.2336** | Priority creditor's name and mailing address

**SALINAS, AZUCENA**
**527 FIFTH ST NORTHFIELD**
**Winnetka, IL 60093**

_____

Date or dates debt was incurred

_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**      **Unknown**

---

**2.2337** | Priority creditor's name and mailing address

**SALINAS, DANIEL**
**607 6TH ST**
**Winnetka, IL 60093**

_____

Date or dates debt was incurred

_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**      **Unknown**

---

**2.2338** | Priority creditor's name and mailing address

**SALINAS, GABRIEL**
**6200 County Rd 120**
**302**
**Saint Cloud, MN 56303**

_____

Date or dates debt was incurred

_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**      **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2339** | Priority creditor's name and mailing address

**SALINAS, JOSE**
**317 W. 9th St.**
**Mishawaka, IN 46544**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2340** | Priority creditor's name and mailing address

**Salters, Paige**
**6541 Ohio River Blvd**
**Pittsburgh, PA 15202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2341** | Priority creditor's name and mailing address

**SALTZMAN, HATTIE M.**
**4515 NW 79TH TERR**
**Kansas City, MO 64151**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2342** | Priority creditor's name and mailing address

**Samayoa, Jose**
**5650 Whitefeild Chaple Rd #102**
**Lanham, MD 20706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2343** | Priority creditor's name and mailing address

**SAMPSON, JACOB T.**
**4286 MEGHAN LANE**
**Saint Paul, MN 55122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

**2.2344** | Priority creditor's name and mailing address

**SANBORN, ANDREW P.**
**636 Independence Drive East**
**Franklin, TN 37067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

**2.2345** | Priority creditor's name and mailing address

**Sanchez Corral, Ailyn A.**
**5225 Upper 183rd Street West**
**Farmington, MN 55024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

**2.2346** | Priority creditor's name and mailing address

**SANCHEZ LANDEROS, LUIS**
**ANGEL**
**4327 DREXEL ST**
**Omaha, NE 68107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2347** | Priority creditor's name and mailing address

**SANCHEZ MARTINEZ, TOMAS**
**1003 E 80TH STREET**
**201**
**Minneapolis, MN 55420**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2348** | Priority creditor's name and mailing address

**SANCHEZ PLIEGO, ALFREDO**
**8020 Bloomington Ave S**
**Minneapolis, MN 55425**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2349** | Priority creditor's name and mailing address

**SANCHEZ VILLANU, JOSE L.**
**445 LABORE RD**
**#217**
**Saint Paul, MN 55117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2350** | Priority creditor's name and mailing address

**SANCHEZ, ANGEL**
**5015 W. THATCHER LN.**
**Lincoln, NE 68528**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2351** | Priority creditor's name and mailing address

**Sanchez, Angel**
**5015 W. Thatcher Lane**
**Lincoln, NE 68528**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.2352** | Priority creditor's name and mailing address

**SANCHEZ, ANGELA**
**3725 CEDAR AVE S #105**
**Minneapolis, MN 55407**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.2353** | Priority creditor's name and mailing address

**SANCHEZ, ARIANNA A.**
**19607 SUNNYSIDE**
**Saint Clair Shores, MI 48080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.2354** | Priority creditor's name and mailing address

**Sanchez, Daniel**
**8600 North Hickory Street**
**Kansas City, MO 64155**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.2355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Sanchez, Jonathon**
**7429 Pipers Way, Apt. 7**
**Downers Grove, IL 60516**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**SANCHEZ, JOSE A.**
**7575 W. 106TH ST.**
**Overland Park, KS 66212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**SANCHEZ, JOSE F.**
**710 N 26 TH**
**Lincoln, NE 68503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**SANCHEZ, JOSE F.**
**710 N 26TH**
**Lincoln, NE 68503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2359** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**SANCHEZ, JOSE N.**
710 N 26 ST
Lincoln, NE 68503

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2360** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**SANCHEZ, JUAN**
406 E FRYE AVE.
Peoria, IL 61603

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2361** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**SANCHEZ, MARTHA**
4863 FLINTREDGE COURT
#3
Rockford, IL 61107

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2362** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**SANCHEZ, OMAR**
8746 SUNNY HILL DR.
Rippey, IA 50235

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

| 2.2363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**SANCHEZ, RODRIGO**
**8842 OLD CEDAR AVE**
**Apt 3**
**Minneapolis, MN 55425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Sanchez, Rodrigo**
**700 West Meade Blvd. #37**
**Franklin, TN 37064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**SANCHEZ, WILFREDO**
**6933 Balsam Lane**
**Fort Wayne, IN 46825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**SANCHEZ-GARCIA, JOSE L.**
**8913 LA CROSSE AVE APT 2B**
**Skokie, IL 60077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2367** | Priority creditor's name and mailing address

**SANDERS, AMANDA L.**
**2134 Bimelech Lane**
**Murfreesboro, TN 37128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2368** | Priority creditor's name and mailing address

**SANDERS, QIANA**
**9885 BREEDS HILL DR APT C**
**Saint Louis, MO 63123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2369** | Priority creditor's name and mailing address

**SANDOVAL SOLANO, JORGE A.**
**5111 WOODMERE DRIVE**
**104**
**Centreville, VA 20120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2370** | Priority creditor's name and mailing address

**SANDOVAL, HEINZ**
**10232 S. PULASKI RD**
**Apt. 208**
**Oak Lawn, IL 60453**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.2371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**SANDOVAL, TEFANNI**
**14901 SW 80TH STREET**
**A104**
**Miami, FL 33193**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**SANDQUIST, CHADRA F.**
**8827 RUGGLES CIR**
**Omaha, NE 68134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Sandquist, Chadra F.**
**8827 Ruggles Cir.**
**Omaha, NE 68134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**SANDQUIST, JACOB O.**
**8827 RUGGLES CIR**
**Omaha, NE 68134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.2375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sandquist, Jacob O.**
**8827 Ruggles Cir.**
**Omaha, NE 68134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sandquist, Joy M.**
**8827 Ruggles Cir.**
**Omaha, NE 68134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SANDVIG, CODY**
**1321 32ND STREET CIRCLE**
**SOUTH**
**Moorhead, MN 56560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SANFORD, JUSTIN**
**10857 195TH AVE NW**
**Elk River, MN 55330**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2379** Priority creditor's name and mailing address

**SANGSTER, CHRISTOPHER S.**
**1694 MOULIN**
**Madison Heights, MI 48071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2380** Priority creditor's name and mailing address

**SANSOVICH, JAMES D.**
**425 6TH AVE SOUTH**
**Saint Cloud, MN 56301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2381** Priority creditor's name and mailing address

**SANTAGATA, ANTHONY J.**
**1912 TUSCANY LN**
**Romeoville, IL 60446**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2382** Priority creditor's name and mailing address

**SANTIAGO, JORGE S.**
**1311 21ND STREET**
**10**
**Des Moines, IA 50311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.2383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**SANTIAGO, JUAN**
**8255 NW 6 TERRACE**
**Unit 232**
**Miami, FL 33126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**SANTOS, DUNIA L.**
**NEED ADDRESS**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**SANTOYO Sr., GUADALUPE S.**
**903 Roanoke ct**
**41**
**Lincoln, NE 68510**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**SARKIS, ASHLEY**
**3612 27TH AVE. SOUTH**
**Minneapolis, MN 55406**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2387** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**SARMIENTO, IBRAGIM R.**
**4721 West 124th Street**
**Savage, MN 55378**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2388** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**SAUCEDO TORRES, MANUEL**
**3201 15TH AVE S #1**
**Minneapolis, MN 55404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2389** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**SAUCEDO, MELESIO**
**1252 N. Wheeling Rd.**
**Mount Prospect, IL 60056**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2390** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**SAUER, CHELSEA E.**
**4850 Brierwood RD**
**La Plata, MD 20646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2391** | Priority creditor's name and mailing address

**Sauer, Chelsea E.**
**108 Charleston Court**
**La Plata, MD 20646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2392** | Priority creditor's name and mailing address

**SAUK, JOSHUA**
**604 GREGG RD**
**Northbrook, IL 60062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2393** | Priority creditor's name and mailing address

**SAVOY, NAUDIA M.**
**7426 SHADY GLEN TERRACE**
**Capitol Heights, MD 20743**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2394** | Priority creditor's name and mailing address

**SAVOY, TANIA**
**2102 BRINKLEY ROAD**
**Fort Washington, MD 20744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.2395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Schaf, Ryan J.**
**123 15 Street North**
**Fargo, ND 58102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**SCHAFER, AISHA**
**1919 UNIVERSITY DR N**
**310**
**Fargo, ND 58102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**SCHAFER, KIARA C.**
**3707 73RD ST. E**
**Inver Grove Heights, MN 55076**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**SCHALLON, HELEN G.**
**11103 BONJOUR CT**
**Saint Louis, MO 63146**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2399** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**SCHATZ, COURTNEY**
**105 Derby Trace**
**Nashville, TN 37211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.2400** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Schauer, Sarah L.**
**2739 WestwoodStreet W.**
**West Fargo, ND 58078**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.2401** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Schauwecker, Jessica**
**913 W. 8th Avenue**
**Kearney, MO 64060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.2402** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**SCHELER, KIARA A.**
**3420 W SAINT GERMAIN ST**
**212**
**Saint Cloud, MN 56301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2403** | Priority creditor's name and mailing address

**Schenk, Marcus**
**4275 46th Avenue No. #126**
**Robbinsdale, MN 55422**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.2404** | Priority creditor's name and mailing address

**SCHIFFOUR, ETHAN J.**
**1445 HERITAGE DRIVE**
**Canton, MI 48188**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.2405** | Priority creditor's name and mailing address

**SCHILLINGER, DEREK**
**728 HWY C**
**Ulman, MO 65083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.2406** | Priority creditor's name and mailing address

**SCHILLINGER, MARY BETH**
**2224 HOOD AVE**
**Saint Louis, MO 63114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2407** | Priority creditor's name and mailing address

**SCHLIEVERT, JORI H.**
**1955 GLEN ARBOR DR**
**Toledo, OH 43614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2408** | Priority creditor's name and mailing address

**SCHMID, SYDNEY R.**
**3202 42ND AVE S**
**Saint Cloud, MN 56301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2409** | Priority creditor's name and mailing address

**SCHMIDT, CAROL**
**3008 S MAYFAIR DR #19**
**Sioux Falls, SD 57106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2410** | Priority creditor's name and mailing address

**SCHMIDT, KYLIE D.**
**2203 ABBEY DRIVE**
**Apt 6**
**Fort Wayne, IN 46835**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.2411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SCHMITT, KYLIE T.**
**9047 MELVIN**
**Livonia, MI 48150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Schnake, Elsa C.**
**14270 S. Arapaho Drive**
**Olathe, KS 66062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SCHNELL, AMY**
**3500 8TH AVE S**
**101**
**Moorhead, MN 56560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SCHNITKEY, MARIE C.**
**5965 CEMETERY RD.**
**Whitehouse, OH 43571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**2.2415** Priority creditor's name and mailing address

**SCHOENECKER, MARISSA**
**13 WOODHILL RD**
**Saint Cloud, MN 56301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2416** Priority creditor's name and mailing address

**SCHOLTEC, AARON F.**
**8624 SUMMIT DRIVE**
**Clive, IA 50325**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2417** Priority creditor's name and mailing address

**SCHONS, CHRISTOPHER C.**
**1489 E. 120TH ST.**
**Olathe, KS 66061**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2418** Priority creditor's name and mailing address

**SCHOUVILLER, NICOLE C.**
**8708 10th st SE**
**Buffalo, MN 55313**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.2419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**SCHROEDER, KYLE**
**1414 PRINCETON LN.**
**Schaumburg, IL 60193**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**SCHROLL, KATIE M.**
**2095 SILVER BELL RD**
**Saint Paul, MN 55122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Schuchmann, Willow**
**1659 80th Street**
**Arlington, IA 50606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**SCHUELLER, TRAVIS**
**1703 UNIVERSITY DR SE**
**Apt 101**
**Saint Cloud, MN 56304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|--------|----------------------------------|--------------------------|----------|
|        | Name                             |                          |          |

---

**2.2423**  Priority creditor's name and mailing address

**Schulte, Jill**
**27734 W. Drake Drive Apt. 40**
**Channahon, IL 60410**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.2424**  Priority creditor's name and mailing address

**SCHULTZ, RICHARD G.**
**625 LADD**
**Walled Lake, MI 48390**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.2425**  Priority creditor's name and mailing address

**SCHULTZ, TAMI K.**
**750 THORNTON WAY**
**Unit 428**
**Alexandria, VA 22314**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.2426**  Priority creditor's name and mailing address

**SCHUMANN, SARAH R.**
**104 BRENTWOOD PT**
**Brentwood, TN 37027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.2427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |
|---|---|---|---|---|---|

**SCHURB, CHLOE**
**11824 WEST RIVER RD**
**Champlin, MN 55316**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**SCHWARTZ, LISA M.**
**709 HUNTLY CT.**
**Schaumburg, IL 60194**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**SCHWARTZ, SARAH**
**1106 STRATSTRA COURT**
**Apt A**
**Elgin, IL 60120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**SCHWARTZWALTER, COLBY**
**2524 29TH AVE S**
**Moorhead, MN 56560**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2431** Priority creditor's name and mailing address

**Scofield-Relford, Chelsea**
**26747 Lakevue Dr. Apt. 7**
**Perrysburg, OH 43551**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.2432** Priority creditor's name and mailing address

**SCOTT, EMILY A.**
**214 4th St E**
**#207**
**Saint Paul, MN 55101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.2433** Priority creditor's name and mailing address

**SCOTT, KIRSTIN R.**
**3544 N OCONTO**
**Chicago, IL 60634**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.2434** Priority creditor's name and mailing address

**SCOTT, SPENCER G.**
**338 6TH AVE**
**Marion, IA 52302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2435** | Priority creditor's name and mailing address

**Scott, Winston J.**
**1101 Iroquois #1420**
**Naperville, IL 60563**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.2436** | Priority creditor's name and mailing address

**SEAMAN, KATIE**
**8904 W Wiseman Cir**
**Sioux Falls, SD 57106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.2437** | Priority creditor's name and mailing address

**SEARCY, CHANCELLOR**
**15435 ASHTON**
**Detroit, MI 48223**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.2438** | Priority creditor's name and mailing address

**SEARCY, CORINN A.**
**12163 230TH ST.**
**Linwood, KS 66052**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2439** | Priority creditor's name and mailing address

**SEATON, DARIA K.**
**3619 N 44TH AVENUE**
**Omaha, NE 68111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2440** | Priority creditor's name and mailing address

**Sebekow, Maria G.**
**5440 38th Street S. #102**
**Fargo, ND 58104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2441** | Priority creditor's name and mailing address

**SEBREE, DERRICK S.**
**207 WELLINGTON CRESCENT**
**Mount Clemens, MI 48043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2442** | Priority creditor's name and mailing address

**SEIDL, EMILY R.**
**1151 N VILLAGE DR**
**Unit 1**
**Round Lake, IL 60073**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2443** | Priority creditor's name and mailing address

**SEIVERT, CATIE M.**
**1706 OHIO PWKY**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

Unknown     Unknown

---

**2.2444** | Priority creditor's name and mailing address

**SELS, THOMAS E.**
**965 Charlela Lane**
**310**
**Elk Grove Village, IL 60007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

Unknown     Unknown

---

**2.2445** | Priority creditor's name and mailing address

**Serbu, Stephanie**
**2233 Cherry Lane**
**Northbrook, IL 60062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

Unknown     Unknown

---

**2.2446** | Priority creditor's name and mailing address

**Serna Gonzalez, Ivon**
**1101 Iroquois Ave. Apt. 2430**
**Naperville, IL 60563**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

Unknown     Unknown

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2447** | Priority creditor's name and mailing address

**SERRANO CASTRO, EDITH**
**1120 TOWN FOUR PKWY DR**
**Saint Louis, MO 63141**

Unknown    Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2448** | Priority creditor's name and mailing address

**Serrano, Ashley**
**15028 Hunters Lane**
**Huntertown, IN 46748**

Unknown    Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2449** | Priority creditor's name and mailing address

**SERRANO, ESTEBAN**
**6418 Lee Ave North**
**Minneapolis, MN 55429**

Unknown    Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2450** | Priority creditor's name and mailing address

**SERRES, ALEXANDRA M.**
**4538 VILLA DR.**
**Unit A**
**Saint Paul, MN 55122**

Unknown    Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2451** | Priority creditor's name and mailing address

**SEVERT, KRISTEN**
**3440 TURFWAY LANE**
**Antioch, TN 37013**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    Unknown**

---

**2.2452** | Priority creditor's name and mailing address

**SEXTON, COLE J.**
**6675 36TH AVE SE**
**Saint Cloud, MN 56304**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    Unknown**

---

**2.2453** | Priority creditor's name and mailing address

**SHAHEED, SHAREEF**
**331 FULLER AVE APT 6**
**Saint Paul, MN 55103**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    Unknown**

---

**2.2454** | Priority creditor's name and mailing address

**SHAKIR, KHALIA L.**
**13825 BRINGARD DR**
**Detroit, MI 48205**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2455** | Priority creditor's name and mailing address

**SHAURETTE, MITCHELL**
**7331 NW DONOVAN DR**
**526**
**Kansas City, MO 64153**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2456** | Priority creditor's name and mailing address

**SHEARER, BRIAN**
**13808 JOSEPHINE ST**
**Omaha, NE 68138**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2457** | Priority creditor's name and mailing address

**SHEETS, SHAWNA M.**
**1260 US 69 HWY 134**
**Liberty, MO 64068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2458** | Priority creditor's name and mailing address

**SHELLEY, BREANNE T.**
**19553 WEST 207TH PLACE**
**Spring Hill, KS 66083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.2459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**SHELNUTT, DANNY R.**
**2073 DARROW LAKE DRIVE**
**Stow, OH 44224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**SHELTON, ELIZABETH A.**
**910 ALLEN STREET**
**South Bend, IN 46616**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Shepard, Alexis**
**26450 Crocker Boulevard #408**
**Harrison Township, MI 48045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Shepard, Lamarione**
**233 Channing St. NE**
**Washington, DC 20002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2463** | Priority creditor's name and mailing address

**Sherlock, Christoper**
**4640 S Duck Lake Rd**
**Commerce Township, MI 48382**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2464** | Priority creditor's name and mailing address

**SHERRY, NICOLE**
**37706 MUNGER DRIVE**
**Livonia, MI 48154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2465** | Priority creditor's name and mailing address

**SHISLER, VINCENT D.**
**9057 ARTESIAN**
**Detroit, MI 48228**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2466** | Priority creditor's name and mailing address

**SHONBORN, KATELYN M.**
**14517 BROOKFIELD DR.**
**Fortville, IN 46040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2467**  Priority creditor's name and mailing address

**SHOULDERS, SAMANTHA**
**25956 CONTINENTAL CIR**
**Taylor, MI 48180**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2468**  Priority creditor's name and mailing address

**SIBERT, JARIAH E.**
**27661 TUNGSTEN ROAD**
**202**
**Euclid, OH 44132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2469**  Priority creditor's name and mailing address

**Sibley, Derrick**
**7145 Chicago Ave S #6**
**Minneapolis, MN 55436**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2470**  Priority creditor's name and mailing address

**SIGAFOOS, PAIGE N.**
**6150 QUINWOOD LANE NORTH**
**Minneapolis, MN 55442**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2471** | Priority creditor's name and mailing address

**SILK, ASHLEY A.**
**17097 Fair Meadow Way**
**Farmington, MN 55024**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**    **Unknown**

---

**2.2472** | Priority creditor's name and mailing address

**Silva, Alejandro**
**2400 Algonquin Rd. #10**
**Rolling Meadows, IL 60008**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**    **Unknown**

---

**2.2473** | Priority creditor's name and mailing address

**SILVA, MARTIN**
**559 N. SOMERSET TER.**
**Apt G**
**Olathe, KS 66062**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**    **Unknown**

---

**2.2474** | Priority creditor's name and mailing address

**SILVER, KEENAN A.**
**311 KIRKWOOD COURT SW**
**NUMBER 3**
**Cedar Rapids, IA 52404**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.2475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SILVERS, CHRISTOPHER T.**
**5030 TWILIGHT LN**
**Fort Wayne, IN 46835**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SIMMONS - JOINER, DANIEL T.**
**1424 GOLDEN GATE BLVD**
**K5**
**Cleveland, OH 44143**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SIMMONS, ALANA M.**
**1 HONEY LOCUST COURT**
**Saint Charles, MO 63303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SIMMONS, ALEXIS M.**
**1 HONEY LOCUST COURT**
**Saint Charles, MO 63303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.2479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Simmons, Kyle B.**
**2827 N. 102 Street**
**Kansas City, KS 66109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**SIMMS, CHRISTOPHER J.**
**7137 PAISLEY DR**
**Saint Louis, MO 63136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**SIMON, MARCUS**
**1310 ASHEVILLE ROAD**
**District Heights, MD 20747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**SIMONEAU, ZAKK**
**4005 24th Street South**
**Apt 116**
**Saint Cloud, MN 56301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.2483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**SIMPSON, DAN**
**1303 WEST BLVD**
**Cleveland, OH 44102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Simpson, Ebony**
**12315 Pond Run Drive, Unit 102**
**Woodbridge, VA 22192**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**SIPPLE, BRIAN**
**2610 GARFIELD AVE**
**Kansas City, KS 66104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**SIROVY, SARAH**
**10519 WOOD DUCK LANE**
**Orland Park, IL 60467**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.2487** | Priority creditor's name and mailing address

**SITERS, ALYCIA**
**27 Craighead Street**
**Pittsburgh, PA 15211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown        Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2488** | Priority creditor's name and mailing address

**SIWULA, EMILY D.**
**315 COMMODORE DR**
**Mc Donald, PA 15057**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown        Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2489** | Priority creditor's name and mailing address

**SKAGGS, JAMES A.**
**1550 BENTONITE LN**
**Apt 4**
**Greenwood, IN 46143**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown        Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2490** | Priority creditor's name and mailing address

**SKAJA, ALYSSA M.**
**906 CORY LANE**
**Saint Cloud, MN 56303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown        Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2491** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**SKILES, MICHAELA**
**1330 5th Ave S.**
**Apt 101**
**Saint Cloud, MN 56301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2492** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**SLAUGHTER, MELISSA**
**5866 139TH ST W**
**Saint Paul, MN 55124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2493** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Slaughter, Melissa**
**1105 Duckwood Trail #309**
**Saint Paul, MN 55123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2494** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**SLUYTER, ANNA F.**
**1263 NORTH PETZOLD DR.**
**Unit D**
**Olathe, KS 66062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|

| Name |

---

**2.2495** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**SMALL, BRITTANY N.**
**5005 Greenfield Dr.**
**Fort Wayne, IN 46835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2496** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**SMALL, JASMINE**
**8085  WYKES**
**Detroit, MI 48204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2497** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**SMIECINSKI, ANGELA**
**26715 GALASSI**
**New Baltimore, MI 48051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2498** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**SMITH, ABBEY M.**
**4700 46TH STREET SOUTH**
**308**
**Fargo, ND 58104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2499** | Priority creditor's name and mailing address

**SMITH, ALEXIS D.**
**1536 CHICAGO BLVD**
**Detroit, MI 48206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2500** | Priority creditor's name and mailing address

**SMITH, BRIAN D.**
**11515 SPRINGFORD CT**
**Bridgeton, MO 63044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2501** | Priority creditor's name and mailing address

**SMITH, CASSIDY R.**
**186 CROOKS SCHOOL RD**
**Clinton, PA 15026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2502** | Priority creditor's name and mailing address

**SMITH, CHANDLER R.**
**663 HUFFINE MANOR CIRCLE**
**Franklin, TN 37067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2503** Priority creditor's name and mailing address

**SMITH, ERIC**
**6501 Marsol Road**
**Apt 224**
**Cleveland, OH 44124**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown     Unknown

---

**2.2504** Priority creditor's name and mailing address

**SMITH, JAMIE D.**
**396 W. OTIS**
**Hazel Park, MI 48030**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown     Unknown

---

**2.2505** Priority creditor's name and mailing address

**SMITH, JUNIOR K.**
**2525 14TH STREET SOUTH**
**15**
**Fargo, ND 58103**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown     Unknown

---

**2.2506** Priority creditor's name and mailing address

**SMITH, KYLIE N.**
**3408 HUMBOLDT AVE S**
**Minneapolis, MN 55408**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown     Unknown

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2507** | Priority creditor's name and mailing address

**SMITH, MADELEINE C.**
**5523 GRAND AVENUE**
**Des Moines, IA 50312**

Unknown    Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2508** | Priority creditor's name and mailing address

**Smith, Mariah**
**1609 Daytona Drive**
**Toledo, OH 43612**

Unknown    Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2509** | Priority creditor's name and mailing address

**SMITH, MATTHEW J.**
**5617 S 31ST ST**
**15**
**Lincoln, NE 68516**

Unknown    Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2510** | Priority creditor's name and mailing address

**SMITH, MICHELLE L.**
**236 VERBENA DRIVE**
**Watertown, MN 55388**

Unknown    Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2511** | Priority creditor's name and mailing address

**SMITH, ROBERT T.**
**15405 WHISTLING OAK WAY**
**Accokeek, MD 20607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2512** | Priority creditor's name and mailing address

**Smith, Samantha R.**
**3533 Douglas Road #3**
**Toledo, OH 43606**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2513** | Priority creditor's name and mailing address

**Smith, Shannon L.**
**362 Hart Drive**
**Crescent, PA 15046**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2514** | Priority creditor's name and mailing address

**SMITH, SHANNON M.**
**24105 CURRIER**
**Dearborn Heights, MI 48125**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.2515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Smith, Tavia K.**
**5915 Hil Mar Dr.**
**District Heights, MD 20747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SMITH, TAYLOR**
**15767 103RD ST SE**
**Becker, MN 55308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SOGSO, GUSTAVO**
**3112 18TH SOUTH**
**Minneapolis, MN 55407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SOLIS, ANTONIO**
**1563 CROFT CT**
**Apt C**
**Indianapolis, IN 46260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (*if known*) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2519** | Priority creditor's name and mailing address

**SOLIS, IRIS M.**
**6909 NW 80TH TERRACE**
**Apt 4**
**Kansas City, MO 64152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2520** | Priority creditor's name and mailing address

**Sorenson, Jack**
**5508 Reidenbach Rd.**
**South Beloit, IL 61080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2521** | Priority creditor's name and mailing address

**SORIANO PULE, LUIS**
**8355 ALICE AVE**
**Unit 31**
**Clive, IA 50325**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2522** | Priority creditor's name and mailing address

**SOSA, RICARDO**
**801 Plaza Dr.**
**Schaumburg, IL 60173**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2523** Priority creditor's name and mailing address

**SOTHMANN, DANIEL J.**
**1223 Main Avenue**
**Cordova, IL 61242**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2524** Priority creditor's name and mailing address

**SOTHMANN, DANIEL J.**
**1281 Grand Avenue, #5**
**Marion, IA 52302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2525** Priority creditor's name and mailing address

**SOTO, CATHY ADRIANA**
**5212 47TH AVE S**
**Minneapolis, MN 55417**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2526** Priority creditor's name and mailing address

**SOUDER, KERRY L.**
**615 WILLOW LANE**
**Elk Grove Village, IL 60007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| | Name | | |

| 2.2527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**SOWL, RYAN E.**
**4495 WEST 137TH STREET**
**Cleveland, OH 44135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.2528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**SPADARO, NATALIE A.**
**9274 Forest Point Circle**
**Macedonia, OH 44056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.2529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**SPARKMAN, KIARA M.**
**414 W. WILLOW ST.**
**Columbia, TN 38401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.2530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**SPAULDING, ALANNA M.**
**2437 CORAL BARK PLACE**
**APT 513**
**Indianapolis, IN 46268**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
| --- | --- | --- | --- |
| | Name | | |

---

**2.2531**  Priority creditor's name and mailing address

**SPENCE, SEAN R.**
**19031 B STREET**
**Omaha, NE 68130**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **Unknown**

---

**2.2532**  Priority creditor's name and mailing address

**SPEVAK, ALAINA J.**
**523 N 40TH ST**
**#6**
**Omaha, NE 68131**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **Unknown**

---

**2.2533**  Priority creditor's name and mailing address

**SPICER, ANTWANETTE A.**
**4640 EAST 173RD**
**Cleveland, OH 44128**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **Unknown**

---

**2.2534**  Priority creditor's name and mailing address

**SPIERS, ALISON**
**9800 45TH AVE N**
**313**
**Minneapolis, MN 55442**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2535** | Priority creditor's name and mailing address

**SPRADLIN, IAN**
**52351 TALLY HO DR. NORTH**
**South Bend, IN 46635**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown     Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2536** | Priority creditor's name and mailing address

**SPRAY, GRACE G.**
**610 COTTONWOOD DR**
**Lincoln, NE 68510**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown     Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2537** | Priority creditor's name and mailing address

**SPRINGER, STEPHEN W.**
**2500 N 64TH ST**
**Lincoln, NE 68507**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown     Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2538** | Priority creditor's name and mailing address

**Sprinthall, Wesley M.**
**676 Summer Lane**
**Saint Paul, MN 55123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown     Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.2539** | Priority creditor's name and mailing address

**SRAMEK, KADE A.**
**23730 W 121ST ST**
**Olathe, KS 66061**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.2540** | Priority creditor's name and mailing address

**SREDZINSKI, ERIC D.**
**19552 Northridge Dr**
**Northville, MI 48167**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.2541** | Priority creditor's name and mailing address

**STAINBROOK, RYAN M.**
**3208 S WILLOW AVE**
**Sioux Falls, SD 57105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.2542** | Priority creditor's name and mailing address

**STALLWORTH, JOANNA**
**2342 N 60TH STREET**
**Lincoln, NE 68507**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.2543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**STALLWORTH, SHANNON L.**
**519 9TH ST**
**Marion, IA 52302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ Yes
■ No

---

| 2.2544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**STAN, SIERRA JO**
**8245 NORTHWOODS DR**
**112**
**Lincoln, NE 68505**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**STANCIK, CALI**
**6250 CATALINA AVE**
**Oak Forest, IL 60452**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**STANCIL, ROBIN**
**7500 McWhorter Place**
**Annandale, VA 22003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| --- | --- | --- | --- |
| | Name | | |

---

**2.2547** | Priority creditor's name and mailing address

**Stanton, Angela G.**
**3105 North 70th Street #2**
**Lincoln, NE 68507**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.2548** | Priority creditor's name and mailing address

**STARKEY, TYRONE L.**
**30645 Quinkert**
**Apt 201**
**Roseville, MI 48066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.2549** | Priority creditor's name and mailing address

**STATON, JAZLYN**
**208 NEWCOMB ST SE**
**Washington, DC 20032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.2550** | Priority creditor's name and mailing address

**STEFKO, BRANDI J.**
**100 N 15TH ST**
**Apt A**
**Saint Charles, IL 60174**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.2551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**STEGMAN, JONATHAN M.**
4227 Loon Loop
Big Lake, MN 55309

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Steichen, Timothy R.**
1870 42nd St South
Apt 303
Fargo, ND 58103

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**STEINBRUECK, BENJAMIN J.**
108 CENTRAL AVE E.
Saint Michael, MN 55376

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**STEMAN, ANNA M.**
1803 36TH ST S
Saint Cloud, MN 56301

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.2555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**STENE, KALEB**
**3108 S 8TH AVE.**
**Sioux Falls, SD 57105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**STENNIS, SHELBREONNA**
**2430 LORRAINE DR**
**East Saint Louis, IL 62206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**STEPHENS, LANDON**
**18410 EUGENE ST.**
**South Bend, IN 46637**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**STEPHENSON, CAROLE L.**
**848 CARL AVENUE**
**Anoka, MN 55303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2559** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**STERKOWITZ, JOHN**
**17206 LOCUST AVENUE**
**Tinley Park, IL 60487**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ Disputed

■ No
☐ Yes

---

**2.2560** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**STERKOWITZ, SCOTT A.**
**17206 LOCUST AVE**
**Tinley Park, IL 60487**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2561** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**STEVENS, JENNIFER M.**
**3816 106 STREET APT 62**
**Urbandale, IA 50322**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2562** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**STEVENS, RACHEL L.**
**2611 VOEKEL AVENUE**
**Apt 1**
**Pittsburgh, PA 15216**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2563** | Priority creditor's name and mailing address

**STEVENS, RICHARD B.**
**1341 JURDY ROAD**
**Saint Paul, MN 55121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2564** | Priority creditor's name and mailing address

**STEVENSON, BO**
**3848 NORTH RIDGE DRIVE**
**Saint Paul, MN 55123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2565** | Priority creditor's name and mailing address

**STEWART, CHAISE S.**
**8112 ALCOA DRIVE**
**Fort Washington, MD 20744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2566** | Priority creditor's name and mailing address

**STIEGEL, LEAH F.**
**1429 NORTHWAY COURT**
**Saint Cloud, MN 56303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

**2.2567** | Priority creditor's name and mailing address

**STIER, MALLORY R.**
**1318 C BELSLY BLVD**
**Apt C**
**Moorhead, MN 56560**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2568** | Priority creditor's name and mailing address

**STIFF, JOSHUA L.**
**11050 EASY ST**
**Saint Ann, MO 63074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2569** | Priority creditor's name and mailing address

**STIVING, DAVID S.**
**3034 Frampton Dr**
**Apt 4**
**Toledo, OH 43614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2570** | Priority creditor's name and mailing address

**STOCKTON, SYDNEY**
**3211 HWY 55**
**Saint Paul, MN 55121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.2571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Stokes, Malcolm S.**
**528 W. 8th Street**
**Davenport, IA 52803**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**STONE JR, ROBERT N.**
**2615 Washington Ave**
**Apt 511**
**Saint Louis, MO 63103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Stone, Alec T.**
**208 Kensington Place**
**Franklin, TN 37067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**STONE, BRITTNEY R.**
**781 W Walcott Road**
**Lot 111**
**Walcott, IA 52773**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2575** | Priority creditor's name and mailing address

**STONE, ERIN E.**
**218 COUNTRY COURT**
**Sartell, MN 56377**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2576** | Priority creditor's name and mailing address

**STONEBARGER, HALEY D.**
**1010 ASHFORD DR NE**
**Cedar Rapids, IA 52402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2577** | Priority creditor's name and mailing address

**STONER, ASHLEY**
**2950 SEQUOIA DR**
**Lincoln, NE 68516**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2578** | Priority creditor's name and mailing address

**STONER, JONDEE**
**1308 THREE RIVERS EAST**
**Fort Wayne, IN 46802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.2579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**STONEY, JACOB**
**1359 CAROLINE CIRCLE**
**Franklin, TN 37064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**STORM, SUMMER M.**
**41825 269TH AVE**
**Freeport, MN 56331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**STOUT, ADRIENNE L.**
**912 WOODSIDE ST**
**Columbia, TN 38401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**STOVALL, AARON L.**
**13511 MANN AVE.**
**Cleveland, OH 44112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | | Case number *(if known)* | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**2.2583** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**STOVER, KARA L.**
**1420 PARKWOOD DR SE**
**Cedar Rapids, IA 52403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.2584** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**STOWAY, ABIGAIL**
**6956 N. Park Ave. Apt. B**
**Kansas City, MO 64118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.2585** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**STOWERS, ANGEL**
**37319 CASTLETON DRIV**
**Sterling Heights, MI 48312**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.2586** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**STRATTON, KAILEY L.**
**10926 SOUTHVIEW DR.**
**Burnsville, MN 55337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2587** | Priority creditor's name and mailing address

**STRAUGHN, MARQUELL D.**
**6549 N 34TH ST**
**Omaha, NE 68111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2588** | Priority creditor's name and mailing address

**STRAUGHTER, CANDACE**
**18438 ONYX STREET**
**Southfield, MI 48075**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2589** | Priority creditor's name and mailing address

**STRAYER, WESLEY J.**
**3437 VALLEY WOODS DR**
**Cherry Valley, IL 61016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2590** | Priority creditor's name and mailing address

**STRESE, HEATHER**
**1239 37th Ave S**
**Moorhead, MN 56560**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2591** | Priority creditor's name and mailing address

**STRESE, MEGAN R.**
**2725 40TH ST S**
**201**
**Moorhead, MN 56560**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2592** | Priority creditor's name and mailing address

**STROM, MIRANDA**
**4805 SAN JUAN DRIVE**
**Fargo, ND 58103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2593** | Priority creditor's name and mailing address

**STRUCKMEYER, VIRGINIA A.**
**134 N EAGLE ST**
**Naperville, IL 60540**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2594** | Priority creditor's name and mailing address

**STUDER, MARLAINA**
**4405 CARTHAGE DR**
**Rockford, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2595** Priority creditor's name and mailing address

**STUVA, NATHANIEL B.**
**3118 BOONE AVE. N.**
**Minneapolis, MN 55427**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.2596** Priority creditor's name and mailing address

**STYER, RUBY L.**
**1407 HIDDEN TIMBER DRIVE**
**Pittsburgh, PA 15220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.2597** Priority creditor's name and mailing address

**SUCH, JUSTIN J.**
**126 BENTLY DOWN DRIVE**
**Coraopolis, PA 15108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.2598** Priority creditor's name and mailing address

**SUNDERMAN, PAIGE**
**1638 9TH ST N**
**Fargo, ND 58102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
|        | Name |  |  |

---

**2.2599** | Priority creditor's name and mailing address

**SUTHERLAND, SHANNON T.**
**9319 GREENWAY LANE**
**Lenexa, KS 66215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2600** | Priority creditor's name and mailing address

**SUTTON, COREY A.**
**1801 J St. Apt. #408**
**Lincoln, NE 68508**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2601** | Priority creditor's name and mailing address

**Swanepoel, Brianna N.**
**4121 158th Street West**
**Rosemount, MN 55068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2602** | Priority creditor's name and mailing address

**SWANSON, ALYSSA L.**
**2765 23RD AVE**
**Marion, IA 52302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.2603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SWANSON, CALIE L.**
**2638 CEDAR CREST RD E**
**Hopkins, MN 55305**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SWANSON, DUSTIN S.**
**108 N Poplar St**
**Cambridge, IL 61238**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SWANSON, LORA**
**5532 KNOLLWOOD DR**
**Saint Cloud, MN 56301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SWAYZE, MICHAEL**
**3181 PLEASANT ST**
**Springville, IA 52336**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2607**

Priority creditor's name and mailing address

**SWETS, JILL**
**5004 W EQUESTRIAN PL**
**414**
**Sioux Falls, SD 57106**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **Unknown**

---

**2.2608**

Priority creditor's name and mailing address

**Sylvara, Ashley**
**2105 NE 67th Street**
**Kansas City, MO 64118**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **Unknown**

---

**2.2609**

Priority creditor's name and mailing address

**SYSON, ISAIAH E.**
**1110 HELMEN DR.**
**South Bend, IN 46615**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **Unknown**

---

**2.2610**

Priority creditor's name and mailing address

**SYSON, JACOB**
**1110 HELMEN DRIVE**
**South Bend, IN 46615**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.2611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**SZABLA, NICOLE**
**20415 Armanda Court**
**Clinton Township, MI 48035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**SZILAGYI, MATYAS**
**807 72ND CT.**
**Willowbrook, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**SZUDY, MARY A.**
**14400 S. PALMER AVE**
**Posen, IL 60469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**SZYMANSKI, VICTORIA A.**
**5440 CASS**
**601**
**Detroit, MI 48202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.2615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |
|---|---|---|---|---|---|

**TACKAC, AMBER N.**
**1341 SUNSET AVE**
**Aliquippa, PA 15001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**TAFT, JACOB P.**
**2529 E. 38th Street**
**Davenport, IA 52807**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**TAGUE-WULF, TYNA**
**2400 S PHILLIPS AVE**
**Sioux Falls, SD 57105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Talley, Jeremy**
**5669 Cabinwood Court**
**Indian Head, MD 20640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.2619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**TALTON, PIERRE L.**
**3432 FOREST AVE**
**Unit 15**
**Des Moines, IA 50311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**TAPEALAVA-BOULGER, RACHEL J.**
**3033 WOODRIDGE AVE**
**South Bend, IN 46615**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**TAPIA, MIGUEL A.**
**435 WEBER DRIVE**
**Rolling Meadows, IL 60008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Tapio, Brandyn**
**787 Hampden Avenue #460**
**Saint Paul, MN 55114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2623** | Priority creditor's name and mailing address

**TARNOWSKI, RICHARD C.**
**44446 Pine Dr**
**Sterling Heights, MI 48313**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.2624** | Priority creditor's name and mailing address

**TASSONE, STEVI M.**
**1545 E PEARL STREET**
**Hazel Park, MI 48030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.2625** | Priority creditor's name and mailing address

**TATUM, LEWIS**
**720 COACHMAN DR**
**Unit 5**
**Troy, MI 48083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.2626** | Priority creditor's name and mailing address

**TAYE, IDA G.**
**203 TOR BRYAN RD**
**Fort Washington, MD 20744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2627** | Priority creditor's name and mailing address

**TAYLOR, BRETT J.**
**7858 TRIER RD.**
**Fort Wayne, IN 46815**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.2628** | Priority creditor's name and mailing address

**TAYLOR, GABERELLA K.**
**9315 PELLA PL**
**Clinton, MD 20735**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.2629** | Priority creditor's name and mailing address

**TAYLOR, GREGORY E.**
**6431 HILMAR DR.**
**103**
**District Heights, MD 20747**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.2630** | Priority creditor's name and mailing address

**TAYLOR, HALEY M.**
**7504 LAKERIDGE DRIVE**
**Fort Wayne, IN 46819**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2631** | Priority creditor's name and mailing address

**Taylor, Jacob O.**
**3075 Maine Prairie Road #308**
**Saint Cloud, MN 56301**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.2632** | Priority creditor's name and mailing address

**TAYLOR, LAMOND K.**
**3391 W. 49TH**
**Cleveland, OH 44102**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.2633** | Priority creditor's name and mailing address

**TAYLOR, LATIFHA**
**8825 RUSLAND CT**
**Fort Washington, MD 20744**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.2634** | Priority creditor's name and mailing address

**TAYLOR, SHAWN**
**3247 East 55th**
**#3**
**Cleveland, OH 44127**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2635** | Priority creditor's name and mailing address

**Taylor, Stephen C.**
**519 Garden Circle**
**Streamwood, IL 60107**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown        Unknown**

---

**2.2636** | Priority creditor's name and mailing address

**Taylor, Terez D.**
**712 13th Street #19**
**West Des Moines, IA 50265**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown        Unknown**

---

**2.2637** | Priority creditor's name and mailing address

**Taylor, Terez D.**
**712 13th Street #19**
**West Des Moines, IA 50265**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown        Unknown**

---

**2.2638** | Priority creditor's name and mailing address

**TAYLOR, TERRI L.**
**8110 NEVILLE PLACE**
**Fort Washington, MD 20744**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown        Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2639** | Priority creditor's name and mailing address

**TEAFORD, PHILLIP**
**3641 GENE FIELD ROAD**
**F62**
**Saint Joseph, MO 64506**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2640** | Priority creditor's name and mailing address

**Teaford, Phillip**
**8111 Hickory Road #234**
**Kansas City, MO 64118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2641** | Priority creditor's name and mailing address

**Teague, Kalen**
**2318 South Wayne Avenue**
**Fort Wayne, IN 46807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2642** | Priority creditor's name and mailing address

**TEKYI-MENSAH, KWAMENA G.**
**13948 LYONS ST.**
**Livonia, MI 48154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2643** | Priority creditor's name and mailing address

**TELLEZ, KARINA**
**2504 ALGONQUIN RD**
**Apt 4**
**Rolling Meadows, IL 60008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2644** | Priority creditor's name and mailing address

**TELLEZ, LUCERO**
**1029 E BEHRENS**
**Peoria, IL 61603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2645** | Priority creditor's name and mailing address

**TENENBAUM, LAUREN F.**
**1766 SUN DROP DRIVE**
**Saint Charles, MO 63303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2646** | Priority creditor's name and mailing address

**TENSLEY, MATTHEW**
**1315 E 38th St**
**Apt 12**
**Davenport, IA 52807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2647** Priority creditor's name and mailing address

**TEPOZTECO, EDUARDO ABEL**
**1612 E 27TH STREET**
**Apt 2**
**Minneapolis, MN 55407**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Unknown    Unknown

---

**2.2648** Priority creditor's name and mailing address

**Terrazas, Denae**
**1310 Royal Dr**
**Montgomery, IL 60538**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Unknown    Unknown

---

**2.2649** Priority creditor's name and mailing address

**Terrell, Raymond**
**17148 Hasse**
**Hamtramck, MI 48212**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Unknown    Unknown

---

**2.2650** Priority creditor's name and mailing address

**TERRY, ANNA M.**
**1197 Ridge Circle Apt B**
**Tonganoxie, KS 66086**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Unknown    Unknown

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

---

**2.2651** | Priority creditor's name and mailing address

**TERRY, HEATHER M.**
**9592 MANDELL ROAD**
**Perrysburg, OH 43551**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2652** | Priority creditor's name and mailing address

**TERRY, NIKKI J.**
**4501 E49TH**
**110**
**Sioux Falls, SD 57110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2653** | Priority creditor's name and mailing address

**TEWS, KENDALL**
**1206 7TH ST**
**Manson, IA 50563**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2654** | Priority creditor's name and mailing address

**THAYER, CALLI J.**
**213 Price Street**
**Unit 101**
**Eldridge, IA 52748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2655** | Priority creditor's name and mailing address

**THIESSEN, DANIEL**
**1412 DUNMORE CIRCLE**
**Clearwater, MN 55320**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown          Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2656** | Priority creditor's name and mailing address

**THOEL, MICHAEL J.**
**33055 SUMMERS ST.**
**Livonia, MI 48154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown          Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2657** | Priority creditor's name and mailing address

**THOMAS, ARTEECE B.**
**15751 WHITCOMB ST**
**Detroit, MI 48227**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown          Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2658** | Priority creditor's name and mailing address

**THOMAS, BRIAN**
**896 COON RAPIDS BLVD EXT.**
**Minneapolis, MN 55449**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown          Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

**2.2659**

Priority creditor's name and mailing address

**THOMAS, BRIAN L.**
**1325 A AVENUE**
**Marion, IA 52302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.2660**

Priority creditor's name and mailing address

**THOMAS, DARRYL**
**390 17TH ST SE**
**Cedar Rapids, IA 52403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.2661**

Priority creditor's name and mailing address

**THOMAS, SHERMAN L.**
**104 CRESTVIEW DR**
**Apt 2B**
**Eldridge, IA 52748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.2662**

Priority creditor's name and mailing address

**THOMPKINS, THEO**
**192 SPRING AVE**
**Pittsburgh, PA 15202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number *(if known)* | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**2.2663** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**THOMPSON, ALEXANDRIA**
**4952 MARGARETTA AVE**
**Saint Louis, MO 63115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2664** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**THOMPSON, COURTNEY B.**
**2628 LONGBOW COURT**
**Bryans Road, MD 20616**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2665** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**THOMPSON, DAMON**
**5508 FISHER RD**
**Temple Hills, MD 20748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2666** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**THOMPSON, DAVID**
**1100 ANNIE DR.**
**Winterset, IA 50273**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.2667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**THOMPSON, EMMA Y.**
**290 W 33RD AVE**
**Marion, IA 52302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Thompson, Lauren C.**
**5412 Streefkerk Dr**
**Warren, MI 48092**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**THOMPSON, MARYANN F.**
**713 20TH ST. N**
**Moorhead, MN 56560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**THOMPSON, MICHAEL R.**
**1003 RADCLYFFE COURT**
**Apt B**
**Elgin, IL 60120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2671** | Priority creditor's name and mailing address

**THOMPSON, STEPHANIE M.**
**11346 KAW DR**
**Kansas City, KS 66111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2672** | Priority creditor's name and mailing address

**THOMSON, BLAKE A.**
**24770 ROOSEVELT CT**
**385**
**Farmington, MI 48335**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2673** | Priority creditor's name and mailing address

**THOMSON, OLIVIA**
**39636 GLENVIEW COURT**
**Northville, MI 48168**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2674** | Priority creditor's name and mailing address

**THORDARSON, KATRINA**
**647 S MAIN AVE**
**Apt 206**
**Sioux Falls, SD 57104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.2675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**THORMODSON, ARIELLE**
**5365 33RD AVE S**
**309**
**Fargo, ND 58104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2676 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**THORNTON, TAYLOR R.**
**15423 WALNUT HILLS DR**
**Urbandale, IA 50323**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2677 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**THORPE, HUNTER**
**5307 URBANDALE AVE**
**Des Moines, IA 50310**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2678 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**THORUP, PAIGE K.**
**11262 OAKRIDGE CIRCLE**
**Champlin, MN 55316**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
|        | Name                             |                        |          |

| 2.2679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|--------|----------------------------------------------|----------------------------------------------|---------|---------|

**THRASHER, JESSIE S.**
**927 NW 60TH TERR**
**Kansas City, MO 64118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**TIBAI, MELISSA**
**9307 CALIFORNIA ST**
**Livonia, MI 48150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Tibai, Melissa**
**9307 California Street**
**Livonia, MI 48150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Tiedt, Tanji N.**
**5225 Broadmore Ct.**
**Fort Wayne, IN 46818**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2683** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**TIKKANEN, MICHAEL L.**
**21537 PARKWAY**
**Saint Clair Shores, MI 48082**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2684** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**TILLMAN, DOMENICK M.**
**1811 ST JAMES PL**
**Accokeek, MD 20607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2685** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Timmerman, Alycia**
**711 Oak Street**
**Beaver Crossing, NE 68313**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2686** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**TITUS, MADELINE**
**18776 FALL RIDGE ROAD**
**Richmond, MN 56368**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2687** | Priority creditor's name and mailing address

**TIZAPANTZI SERRANO, OLIVER**
**1120 TOWN AND FOUR PKWY DR**
**Saint Louis, MO 63141**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2688** | Priority creditor's name and mailing address

**TIZAPANTZI-SERRANO,**
**FERNANDA T**
**1120 TOWN AND FOUR PKWY DR**
**Saint Louis, MO 63141**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2689** | Priority creditor's name and mailing address

**Tochimani, Alfonso**
**887 Taylor Avenue**
**Aurora, IL 60506**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2690** | Priority creditor's name and mailing address

**Todd, Emily G.**
**1813 Nantes Court**
**Spring Hill, TN 37174**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

---

**2.2691** | Priority creditor's name and mailing address

**TOLAND, ISABELLA M.**
**3729 S RICKETTS AVE**
**Peoria, IL 61607**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.2692** | Priority creditor's name and mailing address

**TOLO, ALLISON R.**
**6705 W 46TH ST.**
**Sioux Falls, SD 57106**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.2693** | Priority creditor's name and mailing address

**TOMCZYK, JOSEPH A.**
**5880 Lake Bluff Drive**
**Unit 3B**
**Tinley Park, IL 60477**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.2694** | Priority creditor's name and mailing address

**TOMLINSON, ALLISON Q.**
**2722 NEFF STREET**
**Elkhart, IN 46514**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.2695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**TORRE, EDWARD**
**8731 SW 53RD ST.**
**Miami, FL 33165**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2696 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**TORRES RAYMUNDO, GASPAR**
**GEREMI**
**124 34th Street Drive**
**Apt. 1**
**Cedar Rapids, IA 52403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2697 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**TORRES, ADAN**
**1742 SURREY DR**
**Brentwood, TN 37027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2698 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**TORRES, ARTURO**
**137 GALEWOOD DR.**
**Bolingbrook, IL 60440**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.2699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**TORRES, CARLOS**
**5730 W Henderson St**
**Chicago, IL 60634**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2700 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**TORRES, HELADIO**
**1408 WILLOW LN**
**Westmont, IL 60559**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2701 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**TORRES, JULIAN**
**529 CAMPBULLS RUN RD**
**Pittsburgh, PA 15205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2702 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Torres, Oscar**
**108 S. Testa Drive #204**
**Naperville, IL 60540**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2703** | Priority creditor's name and mailing address

**TOTO, MIGUEL**
**9830 EL CAMENO LN 1 E**
**Orland Park, IL 60462**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2704** | Priority creditor's name and mailing address

**TOWE, SHAWN E.**
**718 MAPLETON ROAD**
**Rockville, MD 20850**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2705** | Priority creditor's name and mailing address

**TRAINA, NATHANIEL**
**510 HIGHLAND ST. W**
**Annandale, MN 55302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2706** | Priority creditor's name and mailing address

**TRANDELL, JON J.**
**32406 CRESTWOOD**
**Fraser, MI 48026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.2707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**TRAPUZZANO, LAUREN T.**
**12 STERLING DRIVE**
**Coraopolis, PA 15108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2708 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Travers, Crystal**
**1655 Fairfax St.**
**Petersburg, VA 23805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2709 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Travis, Anton**
**18575 Innsbrook Drive #1**
**Northville, MI 48168**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2710 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**TRAVIS, RICHARD C.**
**8501 SW 97TH CT**
**Miami, FL 33173**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2711** | Priority creditor's name and mailing address

**Trenado, Ramona**
**120 S Testa Dr**
**Unit 103**
**Naperville, IL 60540**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.2712** | Priority creditor's name and mailing address

**Trendle, Krystal A.**
**69 W. Jarvis Avenue**
**Hazel Park, MI 48030**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.2713** | Priority creditor's name and mailing address

**TROYER, SUZANNE**
**920 S. Main Street**
**Mishawaka, IN 46544**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.2714** | Priority creditor's name and mailing address

**TRUELOVE, TIARA D.**
**7513 ROSA PARKS**
**Detroit, MI 48206**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.2715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Truong, Ailan**
**905 S Dale Circle**
**Sioux Falls, SD 57110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**TRUONG, JUDY N.**
**6100 THRONTON DR**
**901**
**Lincoln, NE 68512**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**TRUSTHEIM, ASHLEY**
**29572 493RD AVE**
**Brooten, MN 56316**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**TSCHETTER, JILL**
**626 W 15th**
**Sioux Falls, SD 57104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.2719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**TSEGAYE, MAHDERE**
**871 SNELLING AVENUE NORTH**
**Saint Paul, MN 55104**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.2720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**TUKUA, HEATHER**
**3836 Nicollet Ave Apt 102**
**Minneapolis, MN 55409**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.2721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**TULK, PAIGE B.**
**4155 BARCLAY COURT**
**Apt D**
**Indianapolis, IN 46240**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.2722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**TURNER, ANTIONETTE**
**3991 BRITTANY CIRCLE**
**Apt A**
**Bridgeton, MO 63044**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2723** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**TURNER, BRANDON M.**
**835 E. CHIPPEWA AVE.**
**South Bend, IN 46614**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2724** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**TURNER, RUBEN**
**6301 SPUNKY HEART PLACE**
**Clinton, MD 20735**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2725** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**TURNER, YOLANDA**
**19186 Braile**
**Detroit, MI 48219**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2726** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Tuttle Daniel R.**
**5143 Orchard Street**
**Lincoln, NE 68504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**2.2727** Priority creditor's name and mailing address

**TUTTLE, CAMERON R.**
**5143 ORCHARD ST.**
**Lincoln, NE 68504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2728** Priority creditor's name and mailing address

**TUTTLE, TIFFANY K.**
**5143 Orchard St**
**Lincoln, NE 68504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2729** Priority creditor's name and mailing address

**TYLER, AALIYAH**
**3411 23RD PARKWAY**
**Temple Hills, MD 20748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2730** Priority creditor's name and mailing address

**TYLKA, KAROLINA**
**82 OLD CREEK ROAD**
**Palos Park, IL 60464**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.2731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Udall, Andrew A.**
**8793 Ormiston Circle**
**Reynoldsburg, OH 43068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**UDELL, BRITTANY L.**
**3032 CANTERBURY BLVD**
**Unit 8**
**Fort Wayne, IN 46835**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**UERLING, MORGAN**
**5115 VINE STREET**
**114**
**Lincoln, NE 68504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Uhlik, Jacqueline J.**
**6170 Saint Joseph Drive**
**Independence, OH 44131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.2735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Umana, Luis M.**
**523 Greensburg Pike, #1**
**North Versailles, PA 15137**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**UNDERWOOD, MONICA**
**7039 1ST AVENUE S**
**Minneapolis, MN 55423**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**URBAN, MATTHEW**
**405 RIVER ROAD**
**Maumee, OH 43537**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.2738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**URBINA JR, MARCOS A.**
**2702 SW 156 AVE**
**Miami, FL 33185**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 2.2739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Uriostegui, Maria**
**2412 N 35th St**
**Kansas City, KS 66104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2740 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**USSELTON, EMILY**
**550 COEUR DE ROYALE**
**Apt 301**
**Saint Louis, MO 63141**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2741 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**VACURA, CODY M.**
**1314 15 ST NORTH**
**Apt 22**
**Saint Cloud, MN 56303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2742 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**VAINIO, SUMMER**
**1020 NE 103RD ST**
**Kansas City, MO 64155**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.2743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Valazquez, Mike**
**2423 S. Holland-Sylvania Road**
**Maumee, OH 43537**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2744 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Valdenegro, Luis**
**12160 W 136th Street #128**
**Overland Park, KS 66221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2745 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**VALDES, LUIS**
**10235 SW 46TH ST**
**Miami, FL 33165**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2746 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**VALDEZ, ALEXANDRIA I.**
**811 EAST VIRGINIA AVENUE**
**Peoria, IL 61603**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number *(if known)* | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**2.2747** | Priority creditor's name and mailing address

**VALDEZ, DOMINIC T.**
**5995 CANDACE AVE**
**Inver Grove Heights, MN 55076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2748** | Priority creditor's name and mailing address

**VALDEZ, WILBERTH A.**
**4110 RAHN RD**
**212**
**Saint Paul, MN 55122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2749** | Priority creditor's name and mailing address

**VALDEZ-MARTINEZ, STEVE**
**6418 LEE AVE NORTH**
**Minneapolis, MN 55429**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2750** | Priority creditor's name and mailing address

**VALENCIA, NICHOLAS**
**14325 CENTRAL AVENUE**
**Midlothian, IL 60445**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2751** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**VALENT, NICOLE A.**
**810 SOMERSET AVE**
**Mishawaka, IN 46544**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

**2.2752** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**VAN DE LOO, THOMAS J.**
**2844 SUGAR PINE CIRCLE**
**Northbrook, IL 60062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

**2.2753** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Van Der Brink, ERIN J.**
**202 W Church St**
**P.O. Box 266**
**Inwood, IA 51240**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

**2.2754** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**VAN DOOTINGH, ELI J.**
**2357 HORSESHOE DR**
**Toledo, OH 43615**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2755** | Priority creditor's name and mailing address

**VAN NESS, JACOB R.**
**2425 W MOSS AVE**
**Peoria, IL 61604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2756** | Priority creditor's name and mailing address

**VAN NOORT, CASSIDY L.**
**224 N HOLIDAY AVE**
**Sioux Falls, SD 57104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2757** | Priority creditor's name and mailing address

**Van Veen, Kristen L.**
**108 East 40th Street**
**Sioux Falls, SD 57105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2758** | Priority creditor's name and mailing address

**VANDEVOORDE, AUSTIN M.**
**826 19TH AVE**
**Moline, IL 61265**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2759** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

VANES, SHERRI-LYNN A.
531 DILL LANE
A-1
Murfreesboro, TN 37130

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2760** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

VANHOUSEN, JOSHUA M.
1025 N. 63RD ST
G-145
Lincoln, NE 68505

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2761** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

VAREBERG, KYLE
522 42ND ST. S
Apt 180
Fargo, ND 58103

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2762** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

VARELA, PABLO
1703 ROBIN  LN
Lisle, IL 60532

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.2763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**VARELA, SALVADOR**
**6724 PARK LANE**
**Apt 1**
**Westmont, IL 60559**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**VARENHORST-JOHNSON,**
**HANNAH M.**
**5832 BROOKVIEW DRIVE**
**Lincoln, NE 68506**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Vargas, Aldair I.**
**302 Ellsworth Pl.**
**Oxon Hill, MD 20745**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**VARGAS, ZOCHILT**
**1107 GROVE ST.**
**Aurora, IL 60505**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|-----------------------------------|------------------------|----------|
| | Name | | |

---

**2.2767** | Priority creditor's name and mailing address

**VARGO, CHRISTOPHER J.**
**30711 DELTON ST.**
**Madison Heights, MI 48071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2768** | Priority creditor's name and mailing address

**VARI, VERONICA A.**
**521 ALTON COURT**
**Carol Stream, IL 60188**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2769** | Priority creditor's name and mailing address

**VASQUEZ, LEXANDER J.**
**9410 ROSLAN PL**
**Saint Louis, MO 63114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2770** | Priority creditor's name and mailing address

**Vasquez, Victoria**
**5502 Helmont Drive**
**Oxon Hill, MD 20745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.2771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**VAUGHAN, RYAN**
**11639 Grant Drive**
**Overland Park, KS 66210**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2772 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**VAUGHN, NAOMI L.**
**18873 MARX**
**Highland Park, MI 48203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2773 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**VAZQUEZ HUERTA, ESTHER E.**
**7144 123RD ST W**
**Saint Paul, MN 55124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2774 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**VAZQUEZ, ALEXIS N.**
**1830 N TRIPP**
**Chicago, IL 60639**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2775** Priority creditor's name and mailing address

**VAZQUEZ, JENNA M.**
**2020 Rindle Ct**
**Murfreesboro, TN 37129**

_____

Date or dates debt was incurred

_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.2776** Priority creditor's name and mailing address

**Vazquez, Omar R.**
**505 Piccadilly Row #151**
**Antioch, TN 37013**

_____

Date or dates debt was incurred

_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.2777** Priority creditor's name and mailing address

**VEGA, JUAN**
**222 CHERRY DRIVE**
**Franklin, TN 37064**

_____

Date or dates debt was incurred

_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.2778** Priority creditor's name and mailing address

**VELARDE, DANIEL**
**556 E. SHAGBARK LANE**
**Unit A**
**Streamwood, IL 60107**

_____

Date or dates debt was incurred

_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.2779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**VELASCO, DANIEL**
**319 32ND ST NE APT B**
**Cedar Rapids, IA 52402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.2780 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**VELASQUEZ AJTUM, JOSE D.**
**712 Maury Ave**
**Oxon Hill, MD 20745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.2781 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**VELASQUEZ, ADELSO**
**1340 MONDAMIN AVE.**
**Des Moines, IA 50314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.2782 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**VELASQUEZ, JACQUELINE**
**634 IOWA AVE**
**Floor 2**
**Aurora, IL 60506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2783** | Priority creditor's name and mailing address

**VELASQUEZ, SAIRA**
**7909 CAREY BRANCH DR**
**Fort Washington, MD 20744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2784** | Priority creditor's name and mailing address

**VELAZCO SAENZ, JOSE LUIS**
**524 E CEDAR STREET**
**Olathe, KS 66061**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2785** | Priority creditor's name and mailing address

**VELAZQUEZ MONTE, LIZBETH**
**21 99TH LN NW**
**Minneapolis, MN 55448**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2786** | Priority creditor's name and mailing address

**VELAZQUEZ, LUISA**
**1876 APPALOOSA DRIVE**
**Naperville, IL 60565**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2787** | Priority creditor's name and mailing address

**VENEY, TIARA R.**
**2235 SAVANNAH TER SE #14**
**Washington, DC 20020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2788** | Priority creditor's name and mailing address

**Ventimiglia, Renae E.**
**18959 Mayfield**
**Livonia, MI 48152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2789** | Priority creditor's name and mailing address

**VERGARA PLIEGO, ALAN**
**GUILLERMO**
**710 E 78 ST**
**202**
**Minneapolis, MN 55423**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2790** | Priority creditor's name and mailing address

**Vergara, Marco**
**25635 Lincoln Street**
**Novi, MI 48375**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.2791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**VERKE, KARA N.**
**250 6TH ST E #501**
**Saint Paul, MN 55101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**VERSTEEGH, JORDANNE L.**
**840 W RUSHOLME ST**
**Davenport, IA 52804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Vick, Autumn E.**
**812 4th Street South**
**Saint Cloud, MN 56301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**VICKMAN, DANA C.**
**3800 VERA CRUZ AVE**
**Minneapolis, MN 55422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2795** Priority creditor's name and mailing address

**VIDOVICH, ABBY M.**
**6006 SILVERADO COURT**
**Coraopolis, PA 15108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.2796** Priority creditor's name and mailing address

**VILCHIS, ARTURO**
**523 VERITAS STREET**
**Nashville, TN 37211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.2797** Priority creditor's name and mailing address

**VILLAFAN, GUADALUPE**
**5504 TINDER APT 1**
**Rolling Meadows, IL 60008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.2798** Priority creditor's name and mailing address

**Villagrana, Breana**
**329 W. Charleston Street #9021**
**Lincoln, NE 68528**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2799** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**VILLALOBOS, MARCOS**
**1106 W 7TH STREET**
**Apt 3**
**Columbia, TN 38401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2800** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**VILLALTA, STEVENS**
**14107 SW 66th Street**
**Apt D1**
**Miami, FL 33183**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2801** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Villalta, Stevens**
**11605 NW 89th Street  Apt. 108**
**Miami, FL 33178**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2802** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**VILLANUEVA, ROBERT A.**
**20241 SW 124 AVE**
**Miami, FL 33177**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

**2.2803** | Priority creditor's name and mailing address

**VILLAR, MIRTA L.**
**6652 LAKE ST**
**Omaha, NE 68104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2804** | Priority creditor's name and mailing address

**VILLARREAL, SHANNA M.**
**8615 N Cosby Ave**
**Apt R208**
**Kansas City, MO 64154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2805** | Priority creditor's name and mailing address

**VILLEGAS, FLORINDA**
**933 LAKE NORA S CT #C**
**Indianapolis, IN 46240**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2806** | Priority creditor's name and mailing address

**VILLEGAS, JUAN DIEGO**
**868 EASTON PARK WAY**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2807** | Priority creditor's name and mailing address

**VILLEGAS, OFELIA**
**933 LAKE NORA SOUTH COURT**
**Apt C**
**Indianapolis, IN 46240**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.2808** | Priority creditor's name and mailing address

**VIRGEN, GLORIA**
**19 5TH AVE S.**
**102**
**Hopkins, MN 55343**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.2809** | Priority creditor's name and mailing address

**VISHNEVETSKY, ELONA**
**1320 BARDOT LANE**
**Saint Louis, MO 63146**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.2810** | Priority creditor's name and mailing address

**VIZUETE, JESSICA N.**
**13787 SW 66TH STREET**
**D253**
**Miami, FL 33183**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.2811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**VOELKERT, ALYSSA N.**
**52650 SANTA MONICA**
**Granger, IN 46530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Volz, Robin A.**
**4610 NE 65th Ter.**
**Kansas City, MO 64119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**VONBANK, PETER E.**
**515 4TH STREET NE**
**Saint Michael, MN 55376**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**VOSS, SONYA**
**8646 CHANHASSEN HILL**
**Chanhassen, MN 55317**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2815**

Priority creditor's name and mailing address

**VOSTAD, LIV M.**
**4415 N GRADUATE AVE - BLDG 2**
**A**
**Sioux Falls, SD 57107**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Unknown    Unknown

---

**2.2816**

Priority creditor's name and mailing address

**WAGNER, SHANNON**
**220 W. ETHEL AVE**
**Lombard, IL 60148**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Unknown    Unknown

---

**2.2817**

Priority creditor's name and mailing address

**Wahl, Hunter A.**
**1101 7th Avenue SE**
**Barnesville, MN 56514**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Unknown    Unknown

---

**2.2818**

Priority creditor's name and mailing address

**WAINSCOAT, MATTAYAH D.**
**6800 S SANTA ROSA PLACE**
**Unit 5**
**Sioux Falls, SD 57108**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Unknown    Unknown

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.2819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**WAITE, ALLISON M.**
**5417 KURT LN**
**Fort Wayne, IN 46835**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**WALCOTT, JENSEN A.**
**16342 149TH ST.**
**Bonner Springs, KS 66012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**WALCZYNSKI, BLAKE A.**
**122 N 34TH ST**
**Omaha, NE 68131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**WALINE, JOHN G.**
**2410 W 40TH ST**
**Davenport, IA 52806**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.2823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Walker, ALEXA S.**
**4229 Shenandoah Ave**
**2F**
**Saint Louis, MO 63110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**WALKER, JOHN L.**
**1218 16TH ST SE**
**Apt 9**
**Saint Cloud, MN 56301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Walker, John W.**
**5604 Virginia Lane**
**Oxon Hill, MD 20745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**WALKER, RAYVEN A.**
**9329 KOENIG CIR**
**#D**
**Saint Louis, MO 63134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.2827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**WALKER, SHANAY**
**605 FALLS LAKE DR**
**Bowie, MD 20721**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.2828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**WALLACE, CORNEILUS K.**
**4201 BUSHNELL ROAD**
**Cleveland, OH 44118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.2829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**WALLACE, DEJA**
**892 E 144 ST**
**Cleveland, OH 44110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.2830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**WALLACE, MONET**
**6231 DIMRILL COURT**
**Fort Washington, MD 20744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

| 2.2831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|--------|----|----|----|----|

**WALLS, AUSTIN M.**
**109 WASHINGTON AVE.**
**Midway, PA 15060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2832 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|--------|----|----|----|----|

**WALLS, BRANDI**
**109 WASHINGTON AVE**
**Midway, PA 15060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2833 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|--------|----|----|----|----|

**Walsh, Shawn J.**
**415 Oak Grove Street #320**
**Minneapolis, MN 55403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2834 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|--------|----|----|----|----|

**WALSTON, VONDRE A.**
**800 SOUTHERN AVE SE**
**Apt 906**
**Washington, DC 20032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
|        | Name                             |                        |          |

---

**2.2835** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**WALTERS, JACOB B.**
**5611 100TH LANE**
**Minneapolis, MN 55443**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2836** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**WALTH, PRESTON**
**1340 HIGH SITE DR**
**Apt 217**
**Saint Paul, MN 55121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2837** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**WALZ, BRIAN P.**
**1210 7TH AVENUE SOUTH**
**Unit 204**
**Sartell, MN 56377**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2838** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**WANDLING, ELIZABETH B.**
**818 GREENFIELD ST NORTHEAST**
**Cedar Rapids, IA 52402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2839** | Priority creditor's name and mailing address

**WARD, ANGELA R.**
**303 E. 1ST. STREET**
**Hartford, SD 57033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

**2.2840** | Priority creditor's name and mailing address

**WARD, EVAN**
**2305 S. WEST AVE**
**Sioux Falls, SD 57105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

**2.2841** | Priority creditor's name and mailing address

**Warren, Dmon D.**
**8110 Neville Place**
**Fort Washington, MD 20744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

**2.2842** | Priority creditor's name and mailing address

**Warren, John**
**4220 N. 112nd Terr.**
**Kansas City, KS 66109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|--------|-----------------------------------|--------------------------|----------|
| | Name | | |

---

**2.2843** | Priority creditor's name and mailing address

**WARRICK, JOSEPH**
**825 DRIFTWOOD DRIVE**
**Apt 6**
**Saint Cloud, MN 56303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2844** | Priority creditor's name and mailing address

**WASIK, LEA L.**
**19 CASTLE STREET**
**Mc Donald, PA 15057**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2845** | Priority creditor's name and mailing address

**WATERS, TEAL D.**
**2060 ROCK CREEK CT**
**Tonganoxie, KS 66086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2846** | Priority creditor's name and mailing address

**WATKINS, AMBER**
**505 12TH ST S**
**306**
**Saint Cloud, MN 56301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.2847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**WATKINS-LYNCH, KASSANDRA M.**
**1000 WALDEN CREEK TRACE**
**Apt 6-2E**
**Spring Hill, TN 37174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Watkins-Lynch, Kassandra M.**
**2800 Finch Court**
**Columbia, TN 38401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**WATSON, CIRA**
**4908 W 45TH ST**
**Apt 1**
**Sioux Falls, SD 57106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**WATSON, RONDALE D.**
**18289 WISCONSIN STREET**
**Detroit, MI 48221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2851** | Priority creditor's name and mailing address

**WAUTERS, SHEILA M.**
**19 AEGINA DR.**
**Tinley Park, IL 60477**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2852** | Priority creditor's name and mailing address

**Weaver, Adrienne**
**28320 Lockdale Street**
**Apt 107**
**Southfield, MI 48034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2853** | Priority creditor's name and mailing address

**WEAVER, SADIE**
**805 Tipperary Drive**
**Papillion, NE 68046**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2854** | Priority creditor's name and mailing address

**WEBSTER, JOSEPH E.**
**60 LARRAINE DRIVE**
**Pittsburgh, PA 15205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.2855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**WEBSTER, SAVANNA**
**431 N CODDINGTON AVE**
**16**
**Lincoln, NE 68528**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2856 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**WEIDLICK, ABIGAIL C.**
**1925 TOWER BRIDGE TERRACE**
**Saint Louis, MO 63146**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2857 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**WEIDLICK, MARGARET C.**
**1925 TOWER BRIDGE TERRACE**
**Saint Louis, MO 63146**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2858 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**WEIDNER, THOMAS R.**
**115 E COLUMBIA AVE**
**Elmhurst, IL 60126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.2859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **WEISE, MICHELLE**<br>**8449 YALE ST**<br>**Oak Park, MI 48237** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.2860 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **WEISS, DUSTIN J.**<br>**11092 XYLON AVE**<br>**Champlin, MN 55316** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.2861 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Wells, Arika**<br>**12428 Hisperia Rd**<br>**Lusby, MD 20657** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.2862 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **WELLS, KHADIJAH J.**<br>**1644 Richmond RD NE**<br>**Cedar Rapids, IA 52402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.2863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**WELLS, LYKALE D.**
**10414 EAGLEWOOD WOOD AVE**
**Saint Louis, MO 63114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2864 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Wells, Ross J.**
**12428 Hisperia Rd**
**Lusby, MD 20657**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2865 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Welsch, Charli**
**932 Excelsior Street**
**Pittsburgh, PA 15210**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2866 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**WELTZIN, MATTHEW A.**
**5255 NW 57th Ave**
**Johnston, IA 50131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

**2.2867** | Priority creditor's name and mailing address

**WENDLOWSKY, LESLIE A.**
**1861 WALNUT**
**Dearborn, MI 48124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2868** | Priority creditor's name and mailing address

**WENTZ, NYCOLE A.**
**1712 E 72ND STREET**
**Indianapolis, IN 46240**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2869** | Priority creditor's name and mailing address

**WESLEY, ROSEMARY**
**6750 E 700 S**
**Columbia City, IN 46725**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2870** | Priority creditor's name and mailing address

**Wessman, Alayna M.**
**12412 69th Lane**
**Otsego, MN 55330**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2871** | Priority creditor's name and mailing address

**WEST, ANGELO F.**
**1409 SOUTHERN AVE**
**Unit 101**
**Oxon Hill, MD 20745**

_____

Date or dates debt was incurred

_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**       **Unknown**

---

**2.2872** | Priority creditor's name and mailing address

**West, Cassandra**
**8319 Coral Street**
**Spring Hill, FL 34608**

_____

Date or dates debt was incurred

_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**       **Unknown**

---

**2.2873** | Priority creditor's name and mailing address

**WEST, DENARD**
**11400 CROSS ROAD TRAIL**
**Brandywine, MD 20613**

_____

Date or dates debt was incurred

_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**       **Unknown**

---

**2.2874** | Priority creditor's name and mailing address

**WEST, LEONARD**
**2279 THOMAS AVE**
**Berkley, MI 48072**

_____

Date or dates debt was incurred

_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**       **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2875** | Priority creditor's name and mailing address

**WESTGOR, TRAVIS J.**
**1456 EAST OLD SHAKOPEE**
**CIRCLE**
**Minneapolis, MN 55425**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.2876** | Priority creditor's name and mailing address

**WHITE, ANNA M.**
**2745 VIRGINIA DR SE**
**Cedar Rapids, IA 52403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.2877** | Priority creditor's name and mailing address

**WHITE, BRANDON M.**
**9301 MORNING LIGHT TRL**
**103**
**Fort Wayne, IN 46815**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.2878** | Priority creditor's name and mailing address

**WHITEHALL, MOESHA M.**
**1620 9TH STREET**
**105**
**Saint Paul, MN 55110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2879** | Priority creditor's name and mailing address

**WHITFIELD, CALVIN**
**2983 DEVONFIELD AVE**
**Waldorf, MD 20603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2880** | Priority creditor's name and mailing address

**Whiting, Jared T.**
**216 Vantage Way**
**Franklin, TN 37067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2881** | Priority creditor's name and mailing address

**WHITMAN, CARSON M.**
**119 MEADOW LN**
**East Peoria, IL 61611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2882** | Priority creditor's name and mailing address

**WHITMORE, DEANDIS**
**3848 W. 76TH STREET**
**Chicago, IL 60652**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2883** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**WIATT, CHRIS**
**1006 W 17th Street**
**Davenport, IA 52804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2884** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Wiemar, Patrick**
**Canaan Valley Drive**
**Kansas City, KS 66109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2885** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Wiggins, Justie**
**7614 Briggs Street #1**
**Omaha, NE 68134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2886** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**WILBURN, WALTER**
**5006 BELLEVILLE CIRCLE**
**#2**
**South Bend, IN 46619**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2887** | Priority creditor's name and mailing address

**WILHELMI, ZACHERY J.**
**321 7TH ST N**
**24**
**Sartell, MN 56377**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2888** | Priority creditor's name and mailing address

**WILKERSON, RYLI**
**2216 JEBENS AVENUE**
**Davenport, IA 52804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2889** | Priority creditor's name and mailing address

**WILKES, MONET A.**
**10110 BURTON AVE**
**Oak Park, MI 48237**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2890** | Priority creditor's name and mailing address

**WILKOWSKI, ZACHARY**
**38197 SUMMERS ST**
**Livonia, MI 48154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

### 2.2891

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|

**WILKS, KAMEN**
**6 E OXFORD AVENUE**
**Alexandria, VA 22301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

### 2.2892

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|

**WILL, JENNIFER L.**
**2929 175TH ST**
**Spirit Lake, IA 51360**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

### 2.2893

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|

**WILLAIMS, DOMONIQUE C.**
**13305 ARDEN WAY**
**31**
**Laurel, MD 20708**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

### 2.2894

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|

**Willette, Jessica**
**43308 Westview**
**Sterling Heights, MI 48313**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.2895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Williams, Annastacia M.**
**6829 Stearns Street**
**Shawnee, KS 66203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2896 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**WILLIAMS, ASHLEY**
**11875 80TH AVE NTH**
**303**
**Osseo, MN 55369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2897 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**WILLIAMS, CALEB**
**1111 MCKEE ROAD**
**Oakdale, PA 15071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2898 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Williams, Callie**
**4410 Baldwin Avenue**
**Lincoln, NE 68504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2899** Priority creditor's name and mailing address

**Williams, Cheri M.**
**5417 34th Place**
**Crystal, MN 55422**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2900** Priority creditor's name and mailing address

**Williams, Darius**
**24280 Westhampton**
**Oak Park, MI 48237**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2901** Priority creditor's name and mailing address

**WILLIAMS, DEVRON S.**
**3718 HARRIET**
**Inkster, MI 48141**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2902** Priority creditor's name and mailing address

**Williams, Joshua D.**
**2515 Wemsha CT**
**Lincoln, NE 68507**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|-----------------------------------|------------------------|----------|
|        | Name | | |

---

**2.2903**  Priority creditor's name and mailing address

**WILLIAMS, MAKAILA R.**
**8810 CANDLELIGHT LN**
**Lenexa, KS 66215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2904**  Priority creditor's name and mailing address

**WILLIAMS, MICHAEL S.**
**821 MAURY AVE**
**Oxon Hill, MD 20745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2905**  Priority creditor's name and mailing address

**Williams, Peter L.**
**111 West 91st Street**
**Kansas City, MO 64114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2906**  Priority creditor's name and mailing address

**Williams, Sydney M.**
**15897 Saratoga**
**Detroit, MI 48205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2907** | Priority creditor's name and mailing address

**Williams, Wade**
**11617 Myrtle Oak Ct**
**Waldorf, MD 20601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2908** | Priority creditor's name and mailing address

**Williams, Wade**
**4311 23rd Parkway #506**
**Temple Hills, MD 20748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2909** | Priority creditor's name and mailing address

**WILLS, ELISE I.**
**57911 TAWAS CT.**
**New Hudson, MI 48165**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2910** | Priority creditor's name and mailing address

**WILSON, ARIELLE M.**
**9140 S. PAULINA ST**
**Chicago, IL 60620**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2911** | Priority creditor's name and mailing address

**WILSON, ASYIAH N.**
**6700 NORTH SUMMERSHADE**
**CIRCLE**
**Apt 1**
**Peoria, IL 61615**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown        Unknown**

---

**2.2912** | Priority creditor's name and mailing address

**WILSON, CHRIS A.**
**1618 BRECA RIDGE DR.**
**Anamosa, IA 52205**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown        Unknown**

---

**2.2913** | Priority creditor's name and mailing address

**WILSON, DAVIN**
**11935 Wakeley Plaza**
**Apt 7**
**Omaha, NE 68154**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown        Unknown**

---

**2.2914** | Priority creditor's name and mailing address

**Wilson, Michael T.**
**911 11th Ave. #4**
**Fargo, ND 58102**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown        Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.2915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**WILSON, NATALIE M.**
**2935 MAGNOLIA DRIVE**
**Bettendorf, IA 52722**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2916 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**WILSON, REBEKAH R.**
**10 OAKLEY DR**
**Le Claire, IA 52753**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2917 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Wilson, Samuel**
**2426 E. Rosecroft Village Circ**
**Oxon Hill, MD 20745**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2918 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**WILSON, TAYLOR**
**330 N Forest Ave APT 1100**
**Liberty, MO 64068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
| --- | --- | --- | --- |
| | Name | | |

| 2.2919 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |

**Wiltrek, Jason**
**1034 Maplewood Avenue**
**Ambridge, PA 15003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2920 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |

**Windecker, Colin M.**
**6748 Brookshire**
**Canton, MI 48187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2921 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |

**WINDHAM, ASHLEY**
**413 N GARRISON AVE**
**102**
**Kansas City, MO 64163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2922 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |

**WINN, NIKOLAS**
**11310 MULLEN RD**
**Lenexa, KS 66215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2923** | Priority creditor's name and mailing address

**WINN, TORI D.**
**1707 BERWICK LANE**
**New Haven, IN 46774**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2924** | Priority creditor's name and mailing address

**WINTERS, ANDREW S.**
**12473 SERENE DRIVE**
**Durand, IL 61024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2925** | Priority creditor's name and mailing address

**WISCHMANN, GREGORY M.**
**2106 MAPLECREST RD**
**Bettendorf, IA 52722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2926** | Priority creditor's name and mailing address

**WISCHMANN, MADISON E.**
**3106 MAPLECREST ROAD**
**Bettendorf, IA 52722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2927**

Priority creditor's name and mailing address

**WISCHNEWSKI, DANIEL**
**1060 88TH LANE NW**
**Minneapolis, MN 55433**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2928**

Priority creditor's name and mailing address

**Wisniewski, Taylor A.**
**295 Exeter Lane**
**Sugar Grove, IL 60554**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2929**

Priority creditor's name and mailing address

**WITTENBERG, MIRANDA**
**1515 11TH AVE N**
**Fargo, ND 58102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2930**

Priority creditor's name and mailing address

**WOHLWEND, AUSTIN K.**
**3506 N 8TH AVE**
**Sioux Falls, SD 57104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2931** | Priority creditor's name and mailing address

**WOKOVICH, ASHLYN S.**
**1032 DAWN VALLEY DR.**
**Maryland Heights, MO 63043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.2932** | Priority creditor's name and mailing address

**WOLFE, HOPE A.**
**750 CHENE ST.**
**1208**
**Detroit, MI 48207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.2933** | Priority creditor's name and mailing address

**WOLNEY, AUGUSTINE T.**
**3417 CLARK STREET**
**Burnsville, MN 55337**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.2934** | Priority creditor's name and mailing address

**WOOD, JULIA Y.**
**2306 ALEXANDER DR.**
**Troy, MI 48083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2935** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Wood, Kathleen**
**22658 S. Madison**
**Spring Hill, KS 66083**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2936** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**WOOD, NATALIE S.**
**6813 PICKETT DRIVE**
**Suitland, MD 20746**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2937** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Woodall, Adrienne**
**1475 Chicago Blvd.**
**Detroit, MI 48206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2938** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**WOODE, TRINITY A.**
**820 W BENNETT CT**
**Dunlap, IL 61525**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.2939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**WOODWARD, KRYSTALE M.**
**2222 S. GOEBBERT**
**358**
**Arlington Heights, IL 60005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2940 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**WOOLHOUSE, SARAH L.**
**1180 CUSHING CIRCLE**
**302**
**Saint Paul, MN 55108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2941 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**WOOSLEY, TAMMY L.**
**2206 S 5TH ST**
**Leavenworth, KS 66048**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2942 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**WORTHY, AKEEM T.**
**245 MILLER AVE**
**Weirton, WV 26062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.2943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

WRIGHT, SANDRA
6001 CRESTON AVE
15
Des Moines, IA 50321

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2944 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

Wright, Ty D.
9660 Oak Shadow Court
Holland, OH 43528

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2945 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

WUFLESTAD, ELLEN E.
1147 7TH ST S
#4
Fargo, ND 58102

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2946 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

WULF, AUTUMN A.
108 N POPLAR ST
Cambridge, IL 61238

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2947** | Priority creditor's name and mailing address

**WULF, JENNIFER N.**
**2038 N ELSIE AVE**
**Davenport, IA 52804**

As of the petition filing date, the claim is:   **Unknown**   **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2948** | Priority creditor's name and mailing address

**WYCKOFF, KAYLA M.**
**5030 Macy Lane**
**Fort Wayne, IN 46818**

As of the petition filing date, the claim is:   **Unknown**   **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2949** | Priority creditor's name and mailing address

**WYCKSTANDT, SHAWNA**
**434 15TH ST**
**Marion, IA 52303**

As of the petition filing date, the claim is:   **Unknown**   **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2950** | Priority creditor's name and mailing address

**WYRE, JAVON M.**
**14284 SW 109TH CT**
**Miami, FL 33176**

As of the petition filing date, the claim is:   **Unknown**   **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2951** | Priority creditor's name and mailing address

**WYRICK, BENJAMIN H.**
**7912 WINTERBOURNE DR.**
**Monclova, OH 43542**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2952** | Priority creditor's name and mailing address

**XOLIO, JOSE A.**
**2821 Mishawaka ave**
**South Bend, IN 46615**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2953** | Priority creditor's name and mailing address

**Yacarini, Paola G.**
**5855 SW 132nd Ct. #2**
**Miami, FL 33183**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2954** | Priority creditor's name and mailing address

**YANGIBOEV, ADKHAM**
**910 PALMER ROAD**
**11**
**Fort Washington, MD 20744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2955** | Priority creditor's name and mailing address

**YAQUILIMA, JORGE**
**812 KISWAUKEE ST**
**Rockford, IL 61104**

As of the petition filing date, the claim is:    **Unknown    Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2956** | Priority creditor's name and mailing address

**YARBOUGH, MARCUS**
**7138 ROCK RIDGE LANE APT. B**
**Alexandria, VA 22315**

As of the petition filing date, the claim is:    **Unknown    Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2957** | Priority creditor's name and mailing address

**Yarbough, Marcus**
**6135 Edsall Rd., Apt. #O**
**Alexandria, VA 22304**

As of the petition filing date, the claim is:    **Unknown    Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2958** | Priority creditor's name and mailing address

**YARBROUGH, KAZMAN E.**
**1608 KNOX CT**
**Brentwood, TN 37027**

As of the petition filing date, the claim is:    **Unknown    Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**2.2959** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**YATES, JAZMEN**
**11903 MARY CATERINE DR.**
**Clinton, MD 20735**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2960** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**YEH, CINDY**
**108 NE 102ND TER**
**Kansas City, MO 64155**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2961** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**YODER, KRYSTAL J.**
**1812 16TH ST. SE**
**13**
**Saint Cloud, MN 56304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2962** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**YOHO, EMILY**
**15315 NW 128TH STREET**
**Platte City, MO 64079**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 2.2963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**YOUKHANNA, TINA**
**28685 Diesing Drive**
**Madison Heights, MI 48071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2964 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Youkhanna, Tina**
**28685 Diesing Dr.**
**Madison Heights, MI 48071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2965 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Young, Amber K.**
**182 Elm Street**
**Rossford, OH 43460**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2966 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**YOUNG, ASHLEY**
**2164 CHENE ST**
**Detroit, MI 48207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

**2.2967**  Priority creditor's name and mailing address

**YOUNG, CLARKE**
**5409 Pond Bluff Dr**
**West Bloomfield, MI 48323**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.2968**  Priority creditor's name and mailing address

**YOUNG, LA TASHA N.**
**4801 PASTURE VIEW CT**
**Waldorf, MD 20601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.2969**  Priority creditor's name and mailing address

**YOUNG, PATRICIA**
**1751 FLAMINGO DR.**
**Saint Paul, MN 55122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.2970**  Priority creditor's name and mailing address

**YOUNG, SARAH**
**401 ARBORETUM WAY**
**Oswego, IL 60543**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.2971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown    Unknown |

**Yuhala, Armas C.**
9658 County Road 23 SE
Becker, MN 55308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2972 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown    Unknown |

**YURECKO, DANIEL**
11719 EMERY VILLAGE DR N
Champlin, MN 55316

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2973 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown    Unknown |

**ZACHARIAS, RENEE A.**
7211 NW DONOVAN DR
1628
Kansas City, MO 64153

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2974 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown    Unknown |

**ZAIRI, AJTENE**
1717 40TH STR SOUTH
206
Fargo, ND 58103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 2.2975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**ZALEWSKI, ANGELICA K.**
**995 W. GLENN TR.**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2976 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**ZAMORA, LISBETH**
**1617 HIGH ST.**
**Fort Wayne, IN 46808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2977 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**ZAPPA, ANNA**
**37971 Dor Sal Dr**
**Sterling Heights, MI 48312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2978 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Zaragoza Tiempos, Raul**
**717 E 77th Street APT#303**
**Minneapolis, MN 55423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2979** | Priority creditor's name and mailing address

**ZARAK, CODY M.**
**816 34TH AVE. W.**
**West Fargo, ND 58078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown** **Unknown**

---

**2.2980** | Priority creditor's name and mailing address

**ZARI, RANEEM**
**12217 RAIN HOLLOW DR**
**Maryland Heights, MO 63043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown** **Unknown**

---

**2.2981** | Priority creditor's name and mailing address

**Zaun, Deborah**
**1820 40th Street S. #212**
**Fargo, ND 58103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown** **Unknown**

---

**2.2982** | Priority creditor's name and mailing address

**ZEMPOALTECATL, FERNANDO**
**1013 N Merrifield Ave**
**Mishawaka, IN 46545**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown** **Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**2.2983** | Priority creditor's name and mailing address

**ZIEGENFUSS, MATTHEW L.**
**2319 Bicknell Ave**
**Niles, MI 49120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2984** | Priority creditor's name and mailing address

**Zielinski, Sarah**
**6120 Jewel Lane No.**
**Plymouth, MN 55446**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2985** | Priority creditor's name and mailing address

**Zielke, Barbara**
**11848 Russell Avenue**
**Plymouth, MI 48170**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2986** | Priority creditor's name and mailing address

**ZIFFRA, NICHOLAS**
**249 SPRUCE ROAD**
**Northbrook, IL 60062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|--------|----------------------------------|--------------------------|----------|
|        | Name |  |  |

---

**2.2987** | Priority creditor's name and mailing address

**ZIMMERMAN, GREGORY**
**14O RIVERWOOD DRIVE**
**Oswego, IL 60543**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2988** | Priority creditor's name and mailing address

**Zollmann, Maeve K.**
**1644 Boxwood Drive**
**Nashville, TN 37211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2989** | Priority creditor's name and mailing address

**ZOOK, PETE N.**
**111 NORFOLK AVE.**
**Fort Wayne, IN 46805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.2990** | Priority creditor's name and mailing address

**ZUNIGA, ANTHONY**
**3434 WILLIAMS STREET**
**Dearborn, MI 48124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

| 2.2991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ZUNIGA, RAY**
**3434 WILLIAMS STREET**
**Dearborn, MI 48124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.2992 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Zuniga, Rosario**
**975 Grand Canyon Parkway**
**#108**
**Hoffman Estates, IL 60169**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
|---|---|---|---|

**1A Backflow Certs and SVCS LLC**
**12363 Sw 132 Ct**
**Miami, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**1matters.Org**
**3450 W Central Ave Ste 108**
**Toledo, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**1st Assembly Of God**
**5950 Spring Creek Rd**
**Rockford, IL 61114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**22nd Century Media LLC**
**11516 W 183rd St Unit Sw**
**Orland Park, IL 60467**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**36th District Court**
**421 Madison Ave #117**
**Detroit, MI 48226**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**4 Luv Of Dog Rescue**
**Po Box 9283**
**Fargo, ND 58106-9283**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**40 Ways Security LLC**
**8466 Fieldstone Way Unit 17**
**Hyattsville, MD 20785**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$80.00** |
|---|---|---|---|

**618 Spirits LLC**
**618 Spirit Drive Ste 125**
**Chesterfield, MO 63005**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**7g Distrib Fintech**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,273.00** |
|---|---|---|---|

**7g Distributing Co**
**3200 Research Parkway**
**Davenport, IA 52806**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|

Name

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**A AAA Locksmiths LLC**
**Po Box 85052**
**Fort Wayne, IN 46885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**A And R Roofing Co Inc**
**975 Armour St Nw**
**West Fargo, ND 58078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**A Bee Co Roselawn Heritage Far**
**24069 Rum River Blvd**
**Saint Francis, MN 55070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**A Clean Line LLC**
**Po Box 37222**
**Des Moines, IA 50315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$743.06** |
|---|---|---|---|

**A Clear View Window Cleaning**
**Po Box 502**
**New Freedom, PA 17349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|

**A Lot A Clean**
**Po Box 284**
**Lees Summit, MO 64063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$573.12** |
|---|---|---|---|

**A Maestranzi Sons Knife Servic**
**1031 Lunt Ave**
**Schaumburg, IL 60193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.18**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **A Ox Welding Supply Inc**<br>**Po Box 86667**<br>**Sioux Falls, SD 57118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.19**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **A Rivera And Associates Inc**<br>**3240 Washington Ave N**<br>**Minneapolis, MN 55412** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.20**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **A Storage Place LLC**<br>**1508 62nd Avenue N**<br>**Fargo, ND 58107-0894** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.21**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$366.88** |
|---|---|---|
| **A Tech Inc**<br>**PO Box 3597**<br>**Urbandale, IA 50322-0597** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.22**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **A&F Water Heater& Spa Service**<br>**35170 Beattle Drive**<br>**Sterling Heights, MI 48312** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.23**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **A1 Pumping and Excavating LLC**<br>**3900 N National Ave**<br>**Sioux Falls, SD 57104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.24**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **A1 Refrigeration**<br>**1134 North 21st Street**<br>**Lincoln, NE 68503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**AA Service Company Inc**
**550 Anthony Trail**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**AAA Rents DV**
**4500 3rd Street**
**Moline, IL 61265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$218.79**

**AAA Rents Ln**
**2700 North 27th**
**Lincoln, NE 68521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Aadco Inc**
**PO Box 401**
**Beech Grove, IN 46107-0401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Aaron A Zwirblis**
**710 Fieldstone Ct**
**Shorewood, IL 60404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Aaron Benson**
**117 Bluwood Ave**
**Saint Paul, MN 55115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Aaron Helgeson**
**3735 8th Ave South 212**
**Saint Cloud, MN 56301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

**3.32**

**Nonpriority creditor's name and mailing address**

**Aays Rentall Co Inc**
**805 West Edison Rd**
**Mishawaka, IN 46545**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.33**

**Nonpriority creditor's name and mailing address**

**ABC Electric**
**1012 North 25th Street**
**Lincoln, NE 68501**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$858.50**

---

**3.34**

**Nonpriority creditor's name and mailing address**

**ABC Rentals**
**3501 S Minnesota Avenue**
**Sioux Falls, SD 57105**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$356.78**

---

**3.35**

**Nonpriority creditor's name and mailing address**

**ABCO Fire Protection**
**Inc Cr Pittsburgh**
**Pittsburgh, PA 15203-2530**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.36**

**Nonpriority creditor's name and mailing address**

**ABCO Fire Protection Lv**
**PO Box 931933**
**Muncy Valley, PA 17758**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.37**

**Nonpriority creditor's name and mailing address**

**ABDB Home Services LLC**
**12301 Proxmire Dr**
**Fort Washington, MD 20744**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.38**

**Nonpriority creditor's name and mailing address**

**Abes Plumbing Company Inc**
**226 South Elder Street**
**Mishawaka, IN 46544**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.39**

**Nonpriority creditor's name and mailing address**

**Abiding Locksmith and Door Ser**
**PO Box 325**
**Barnhart, MO 63012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.40**

**Nonpriority creditor's name and mailing address**

**Abigail Cross**
**2608 54th Street**
**Des Moines, IA 50310**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.41**

**Nonpriority creditor's name and mailing address**

**Abigail Hoskins**
**3002 Dudley St**
**Lincoln, NE 68503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.42**

**Nonpriority creditor's name and mailing address**

**Abner Whiteside Grand Council**
**6880 Walker Mill Road**
**Capitol Heights, MD 20743**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.43**

**Nonpriority creditor's name and mailing address**

**Absolute Fire Protection Inc**
**5279 28th Ave**
**Rockford, IL 61109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.44**

**Nonpriority creditor's name and mailing address**

**AC Beverage Inc**
**1993 7 Moreland Pkwy**
**Annapolis, MD 21401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.45**

**Nonpriority creditor's name and mailing address**

**Accent Special Event Rental In**
**1637 Iron St**
**Kansas City, MO 64116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$587.11**

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Accurate Locksmiths Inc**
**10824 Cottonwood Lane**
**Omaha, NE 68164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Accusafe Restoration LLC**
**10015 Skeman Rd**
**Brighton, MI 48114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ace Jones Music**
**2145 Echo Hill Rd**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ACI Asphalt and Concrete Inc**
**10285 89th Ave N**
**Maple Grove, MN 55369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Acrolon Technologies Inc**
**19201 Sonoma Hwy #256**
**Sonoma, CA 95476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Action Electric Sd**
**5200 West 9th Street**
**Sioux Falls, SD 57107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Action Inc**
**62 Bellview Cir**
**Mc Kees Rocks, PA 15136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|
| | **Adam Brailey**<br>**225 Aberdeen Dr**<br>**Oakdale, PA 15071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Adam Jorgensen Sioux Falls Pri**<br>**PO Box 2403**<br>**Sioux Falls, SD 57101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Adam Kammer**<br>**4809 Sherwood Rd**<br>**Madison, WI 53711** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Adams Consulting Group**<br>**1650 West 82nd Street**<br>**Suite 1080**<br>**Bloomington, MN 55431** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **ADM Marketing LLC**<br>**1415 W Magnolia Blvd Ste 102**<br>**Burbank, CA 91506** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **ADTKS**<br>**PO Box 371878**<br>**Pittsburgh, PA 15250-7878** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Advanced Employment Inc**<br>**6515 Watts Rd Ste 105**<br>**Madison, WI 53719** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

**3.60**

**Nonpriority creditor's name and mailing address**

**Advanced Media Partners LLC**
**2006 W Altorfer Dr**
**Peoria, IL 61615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.61**

**Nonpriority creditor's name and mailing address**

**Advanced Security Safe& Lock**
**6318 Reisterstown Rd**
**Baltimore, MD 21215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$186.00**

---

**3.62**

**Nonpriority creditor's name and mailing address**

**Agsource Cooperative Services**
**135 Enterprise Drive**
**Verona, WI 53593**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.63**

**Nonpriority creditor's name and mailing address**

**Agustin Nepomuceno Seraio**
**4300 Cornhusker Hwy**
**Lincoln, NE 68504**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.64**

**Nonpriority creditor's name and mailing address**

**Aiden N Byrd**
**8609 Nw 81st Terr**
**Kansas City, MO 64152**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.65**

**Nonpriority creditor's name and mailing address**

**AIG Claims Inc**
**PO Box 105795**
**Atlanta, GA 30348**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.66**

**Nonpriority creditor's name and mailing address**

**Ailan Troung**
**905 S Dale Cir**
**Sioux Falls, SD 57110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**AIO Acquistion Inc**
PO Bxo 3353
San Dimas, CA 91773-7353

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Air Filter Sales and Service I**
108 Se 4th
Des Moines, IA 50309

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Air Max LLC**
6608 Gregory Park Rd South
Saint Cloud, MN 56301

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Airemaster Of Mn**
PO Box 9855
Fargo, ND 58106-9855

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Airemaster Of South**
Central Iowa Dm
PO Box 576
Waukee, IA 50263-0576

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$423.25**

**Airgas Inc**
PO Box 734445
Chicago, IL 60673-4445

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$361.31**

**AJ Smith Enterprise Inc**
9320 Johnson Dr
Merriam, KS 66203

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$361.31** |
|---|---|---|---|

**Ajax Turner Fintech**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AJGRMSSC**
**39683 Treasury Center**
**Chicago, IL 60694-9600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Albert Arno Inc**
**5000 Claxton Ave**
**Saint Louis, MO 63120-2338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Albert Haugland**
**1510 W 86th St**
**Bloomington, MN 55431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alcohol & Gambling Enforcement**
**445 Minnesota St**
**Suite 222**
**Saint Paul, MN 55101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alcohol and Tobacco Commission**
**302 West Washington Street**
**IGCS Room E114**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alcoholic Beverage Control**
**Div Docking State Office Bldg**
**915 Sw Harrison St**
**Topeka, KS 66625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alejandro Mondragon**
**3940 Brittany Circle**
**Bridgeton, MO 63044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alex Keehn**
**404 N Dominic Ave**
**Sioux Falls, SD 57107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alexander Frolov**
**PO Box 78**
**Orono, MN 55356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alexandra J Grobe**
**921 S Main St Lot 64**
**Apt A**
**Lansing, KS 66043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alexandria Chamber Of Commerce**
**2834 Duke St**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$141.88** |
|---|---|---|---|

**Alexandria House Inc.**
**10065 3rd St NE**
**Minneapolis, MN 55434-1534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alicia L Caruthers**
**3832 N Barry Rd Apt G**
**Kansas City, MO 64153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

**3.88** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alicia Rizvi**
**1400 Twombly Rd**
**DeKalb, IL 60112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Aliese Fairweather**
**2854 Pease Dr #103**
**Rocky River, OH 44116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**All City Environmental Svcs In**
**927 W 49th Place**
**Chicago, IL 60609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**All Community Events Inc**
**All Community Events Inc**
**Lake Zurich, IL 60047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,183.42**

**Allegheny Air Conditioning Inc**
**1 Dick Street**
**Carnegie, PA 15106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Allegheny Southwest Tax Collec**
**102 Rahway Road**
**McMurray, PA 15317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Allen Circuit Court**
**715 S Calhoun St Rm 200**
**Fort Wayne, IN 46802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.95**

**Nonpriority creditor's name and mailing address**

**Allen County Treasurer**
**P.O. Box 2540**
**Fort Wayne, IN 46801-2540**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$33,713.66**

---

**3.96**

**Nonpriority creditor's name and mailing address**

**Allen Skaggs**
**3945 2nd St S**
**Saint Cloud, MN 56301**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.97**

**Nonpriority creditor's name and mailing address**

**Alliance For The Great Lakes**
**L-325 Woodfield Mall**
**Schaumburg, IL 60173**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.98**

**Nonpriority creditor's name and mailing address**

**Alliance For The Great Lakes I**
**616 Orland Square Drive**
**Orland Park, IL 60462**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.99**

**Nonpriority creditor's name and mailing address**

**Alliance Refrigeration Co Inc**
**100 Frontier Way**
**Bensenville, IL 60106**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.100**

**Nonpriority creditor's name and mailing address**

**Alliant Energy Iowa**
**PO Box 3062**
**Cedar Rapids, IA 52406-3062**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.101**

**Nonpriority creditor's name and mailing address**

**Allied Benefit Systems Inc**
**200 West Adams Suite 500**
**Chicago, IL 60606**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$841.70**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Allied Mechanical Inc**
**920 Middle Street**
**New Haven, IN 46774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Allied Refrigeration Ac and Re**
**11341 Sw 145th Ave**
**Miami, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Allison Ladd**
**8217 N 47th St**
**Omaha, NE 68152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Allison M Price**
**2443 Court Yard Circle #2**
**Aurora, IL 60506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Allison M Thoemke**
**3700 42nd Street South**
**Fargo, ND 58104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alma Zambrano**
**1920 Swathmore Dr**
**Aurora, IL 60506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alonzo Ewing**
**5857 Plymouth Ave**
**Saint Louis, MO 63112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alpha Kappa Alpha Lota Chi Ome**
**PO Box 11136**
**Fort Wayne, IN 46856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alpha Kappa Alpha Sorority Inc**
**5656 S Stony Island Ave**
**Chicago, IL 60637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Alpha Media LLC**
**3800 Cornhusker Highway**
**Lincoln, NE 68504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Als Electric**
**2616 N Cooper Ave**
**Saint Cloud, MN 56302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**ALSCO Inc**
**315 Lynch St**
**Saint Louis, MO 63118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$825.00**

**Altemp Mechanical Inc**
**303 Lindsay Road**
**Hudson, WI 54016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00**

**Alternative Plumbing Plus Inc**
**6205 N Summit Street**
**Toledo, OH 43611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Always In Bloom Inc**
**227 Franklin Road**
**Franklin, TN 37064**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alycia Siters**
**27 Craighead Street**
**Pittsburgh, PA 15211**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alyssa Slocum**
**463 Little Falls Dr**
**Amery, WI 54001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alyssa Worsham**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alyssia Luna**
**2558 Snow Hill Ct**
**Waldorf, MD 20602**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alzheimers Disease and Related**
**Disorders Assn Inc**
**225 N Michigan Avenue Fl 17**
**Chicago, IL 60601**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Amanco Construction LLC**
**4606 Hamilton St**
**Omaha, NE 68132**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Amanda Abrams**
**695 Springhill Circle**
**Naperville, IL 60563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Amanda K Anderson**
**611 W Lawndale Ave**
**Peoria, IL 61604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Amber Wilburn**
**308 Lorraine Pl**
**Rossford, OH 43460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ambrosi Bros Cutlery Co Inc**
**3023 Main**
**Kansas City, MO 64108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ameren Illinois**
**PO Box 88034**
**Chicago, IL 60680-1034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,775.52**

**Ameren Missouri**
**PO Box 88068**
**Chicago, IL 60680-1068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**American Association Of Zoo Ke**
**8476 E Speedway Blvd Ste 204**
**Tucson, AZ 85710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.130** | Nonpriority creditor's name and mailing address

**American Cancer Society Inc**
**250 Williams St Ste 4b**
**Atlanta, GA 30303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.131** | Nonpriority creditor's name and mailing address

**American Cancer Society Inc**
**250 Williams St Nw Suite 400**
**Atlanta, GA 30303-1002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.132** | Nonpriority creditor's name and mailing address

**American Cancer Society Inc**
**1801 Meyers Road Ste 100**
**Oakbrook Terrace, IL 60181**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.133** | Nonpriority creditor's name and mailing address

**American Compressed Gases Inc**
**PO Box 715**
**Westwood, NJ 07675-0715**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134** | Nonpriority creditor's name and mailing address

**American Express Green Card**
**P.O. Box 981535**
**El Paso, TX 79998-1535**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$148,906.17**

---

**3.135** | Nonpriority creditor's name and mailing address

**American Express Plum Card**
**P.O. Box 981535**
**El Paso, TX 79998-1535**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$727,442.49**

---

**3.136** | Nonpriority creditor's name and mailing address

**American Foundation For**
**Suicide Prevention Inc**
**120 Wall St Fl 29**
**New York, NY 10005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$115.00**

**American Land Title Co**
**11239 Chicago Cir**
**Omaha, NE 68154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$232.00**

**American Lawn and Landscape In**
**PO Box 1606**
**Liberty, MO 64069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**American Lebanese Syrian Asocd**
**501 St Jude Place**
**Memphis, TN 38105-1905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**American Legion 0479 Murbach S**
**200 S Hallet Ave**
**Swanton, OH 43558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**American Legion Baseball**
**6250 Excelsior Blvd**
**St. Louis Park, MN 55416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**American Legion Eg**
**1703 Selby Avenue**
**Saint Paul, MN 55104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**American Rentall**
**1015 Holland Park Blvd**
**Holland, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**American Restaurant Assoc Inc**
**PO Box 51482**
**Sarasota, FL 34232-0332**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**American Restaurant Svcs LLC**
**PO Box 32713**
**Detroit, MI 48232-0713**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Amerigas**
**PO Box 660288**
**Dallas, TX 75266-0288**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$220.00** |
|---|---|---|---|

**Ameripark LLC**
**1640 Power Ferry Road**
**Bldg 5 Ste 200**
**Marietta, GA 30067**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,527.01** |
|---|---|---|---|

**Ameripride Services Inc**
**PO Box 1010**
**Bemidji, MN 56619-1010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Amy Hemmen**
**4747 N 167th Street W**
**Colwich, KS 67030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Amy Keelean**
**23006 Edgewater**
**Saint Clair Shores, MI 48082**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Amy Keen**
**3876 Melby Ave N**
**Saint Michael, MN 55376**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Amy Webster**
**2756 Frankfort Rd**
**New Cumberland, WV 26047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Amyotrophic Lateral Sclerosis**
**3636 Westown Pkwy Ste 204**
**West Des Moines, IA 50266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ana Romero Bautist**
**4400 E Clark St**
**Wichita, KS 67218**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Anderson Animal Shelter**
**1000 S Lafox Rd**
**South Elgin, IL 60177**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Andrew Gude**
**505 8th Street**
**Ames, IA 50010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Andrew M Ellis**
**2221 7th St**
**Maumee, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.158** | **Nonpriority creditor's name and mailing address**

Andrijana Djurasevic
13720 Pernell Dr
Sterling Heights, MI 48313

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address**

Angel Stowers
37319 Castleton Driv
Sterling Heights, MI 48312

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address**

Angela Canino
17660 Navajo Trace
Tinley Park, IL 60477

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address**

Angela Compton
111 S Summit C3
El Dorado, KS 67042

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address**

Angela Perez
3305 Concord
Trenton, MI 48183

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address**

Angelo Martinez
8328 Hoover Lane
Indianapolis, IN 46260

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address**

Angels Place
29299 Franklin Rd Ste 2
Southfield, MI 48034

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.165** | Nonpriority creditor's name and mailing address

**Animal Lifeline Of Iowa Inc**
**PO Box 12**
**Carlisle, IA 50047**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.166** | Nonpriority creditor's name and mailing address

**Animal Welfare Society Of Sout**
**27796 John R Road**
**Madison Heights, MI 48071**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.167** | Nonpriority creditor's name and mailing address

**Animals Deserving of Proper Tr**
**420 Industrial Dr**
**Naperville, IL 60563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.168** | Nonpriority creditor's name and mailing address

**Ann Rohling**
**1728 N Hood St**
**Wichita, KS 67203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.169** | Nonpriority creditor's name and mailing address

**Anna Jordan**
**2807 N Zenith Ave**
**Davenport, IA 52804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.170** | Nonpriority creditor's name and mailing address

**Anna M White**
**2745 Virginia Dr Se**
**Cedar Rapids, IA 52403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.171** | Nonpriority creditor's name and mailing address

**Annah Fajuyigbe**
**2252 Prince Of Wales Court**
**Bowie, MD 20716**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**3.172**

**Nonpriority creditor's name and mailing address**

**Anne Buckman**
**4830 Jersey Ridge Rd Apt 2**
**Davenport, IA 52807**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.173**

**Nonpriority creditor's name and mailing address**

**Annette Berkey**
**7201 Lincoln Ave #505**
**Lincolnwood, IL 60712**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.174**

**Nonpriority creditor's name and mailing address**

**Annette Johnson**
**46 Indian Hills Drive**
**Circle Pines, MN 55014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.175**

**Nonpriority creditor's name and mailing address**

**Anthonio Flores**
**212 Thompson Ave #102**
**Saint Paul, MN 55118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.176**

**Nonpriority creditor's name and mailing address**

**Anthony E Casanova**
**8107 Marshalsea**
**Commerce Township, MI 48382**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,400.00**

---

**3.177**

**Nonpriority creditor's name and mailing address**

**Anthony E Pellan**
**11453 73rd Ave N**
**Osseo, MN 55369**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.178**

**Nonpriority creditor's name and mailing address**

**Anthony Reina**
**8303 Icon Court**
**Smyrna, TN 37167**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
| | Name | | |

---

**3.179** | **Nonpriority creditor's name and mailing address**

**Anthony Wayne Local School Dis**
**9565 Bucher Road**
**Whitehouse, OH 43571**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.180** | **Nonpriority creditor's name and mailing address**

**Antler Country Landscaping Inc**
**21625 Chancellor Road**
**Elkhorn, NE 68022**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.181** | **Nonpriority creditor's name and mailing address**

**Antonio G Castro**
**24 Blueberry Hill Rd**
**Amherst, NH 03031**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.182** | **Nonpriority creditor's name and mailing address**

**Antonios Leather Experts LLC**
**12415 Stark Rd**
**Livonia, MI 48150**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.183** | **Nonpriority creditor's name and mailing address**

**Apadana LLC**
**2360 Nevada Ave N**
**Minneapolis, MN 55427**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.184** | **Nonpriority creditor's name and mailing address**

**APG Media Of Chesapeake LLC**
**PO Box 600**
**29088 Airpark Dr**
**Easton, MD 21601**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.185** | **Nonpriority creditor's name and mailing address**

**APIS Business Intellignce LLC**
**5055 W Park Blvd Ste 700**
**Plano, TX 75093**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Apperts Food Service**
**900 S Hwy 10**
**Saint Cloud, MN 56304-1807**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Apple Inc**
**PO Box 846095**
**Dallas, TX 75284-6095**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$390.84** |
|---|---|---|---|

**Appliance Repair Center Inc**
**1807 3rd Street North**
**Saint Cloud, MN 56303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**April K Conner**
**420 Rosewood Dr**
**Mishawaka, IN 46544**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**April L Irwin**
**5309 11th Ave C**
**Moline, IL 61265**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Aqua Global Events LLC**
**14435 Sw 158th St**
**Miami, FL 33177**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Arab Community Center For Econ**
**omic and Social Services Inc**
**2651 Saulino Court**
**Dearborn, MI 48120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,975.08** |
|---|---|---|---|

**Aramark**
**Aus Central Lockbox**
**PO Box 731676**
**Dallas, TX 75373-1676**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,890.75** |
|---|---|---|---|

**Aramark Uc Apparel Group Inc**
**Aus St Louis Mo Lockbox**
**26792 Network Place**
**Chicago, IL 60673-1792**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Aramark Uniform and Carreer**
**Apparel Group Inc**
**22512 Network Place**
**Chicago, IL 60673-1225**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,294.54** |
|---|---|---|---|

**Aramark Uniform Svcs**
**25259 Network Place**
**Chicago, IL 60673-1792**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,556.36** |
|---|---|---|---|

**Aramark Uniform Svcs**
**PO Box 28050**
**New York, NY 10087-8050**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Aramark Uniform Svcs Tr**
**5120 Advantage Dr**
**Toledo, OH 43612-3876**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Arbor Beverage**
**265 Parkland Plaza**
**Ann Arbor, MI 48103**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

**3.200**

**Nonpriority creditor's name and mailing address**

**Archies Lock and Safe Inc**
**6233 Annapolis Ln N**
**Osseo, MN 55311**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.201**

**Nonpriority creditor's name and mailing address**

**Arciterra Olathe Pointe Ks**
**2720 E Camelback Rd**
**Phoenix, AZ 85016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.202**

**Nonpriority creditor's name and mailing address**

**Arctic Air Inc**
**4918 Ferniee Ave**
**Royal Oak, MI 48073**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.203**

**Nonpriority creditor's name and mailing address**

**Arely Cleaning Svcs Inc**
**PO Box 4536**
**Silver Spring, MD 20914**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.204**

**Nonpriority creditor's name and mailing address**

**Arkadin Inc**
**PO Box 347261**
**Pittsburgh, PA 15251-4261**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.205**

**Nonpriority creditor's name and mailing address**

**Armando Heredia**
**1460 Brians Way**
**Rochester, MI 48307**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.206**

**Nonpriority creditor's name and mailing address**

**Armor Door and Key LLC**
**4014 Chouteau Ave**
**Saint Louis, MO 63110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.207** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Arnolds Freimanis**
**270 Bershire Ln**
**Sugar Grove, IL 60554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Around The Corner Productions**
**5417 Nordic Drive Ste A**
**Cedar Falls, IA 50613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.209** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Arrowstream Software LLC**
**PO Box 6640**
**Carol Stream, IL 60197-6640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.210** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Art By Aisha LLC**
**155 Elmira St Sw**
**Washington, DC 20032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Art Caram**
**13841 Lodge Dr**
**North Royalton, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Arthritis Foundation Inc**
**1355 Peachtree Street Ste 600**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Arthur A Ohotto**
**542 Ely Street N E**
**Minneapolis, MN 55432-1616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.214** | Nonpriority creditor's name and mailing address

**Artisan Beer**
**1999 Shephard Rd**
**Saint Paul, MN 55116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.215** | Nonpriority creditor's name and mailing address

**Artistic Outdoor Services Inc**
**31800 Northwestern Hwy Ste 140**
**Farmington, MI 48334**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.216** | Nonpriority creditor's name and mailing address

**Ascap**
**PO Box 331608**
**Nashville, TN 37203-7515**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.217** | Nonpriority creditor's name and mailing address

**Ascension Health Ministry Serv**
**4040 Vincennes Circle**
**Indianapolis, IN 46268**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$130,565.65**

---

**3.218** | Nonpriority creditor's name and mailing address

**Ashkel LLC**
**6304 Nw Bell Rd**
**Kansas City, MO 64152**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.219** | Nonpriority creditor's name and mailing address

**Ashlee Castaneda**
**1151 N Village Dr**
**Round Lake, IL 60073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.220** | Nonpriority creditor's name and mailing address

**Ashley Larson**
**7140 Harrison Ave Ste 108**
**Rockford, IL 61112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ashley Lugn**
**7321 Pioneers Blvd Apt 326**
**Lincoln, NE 68506**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ashley Serrano**
**3809 Coldwater Rd**
**Fort Wayne, IN 46805**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ashley Silk**
**17097 Fairmeadow Way**
**Farmington, MN 55024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Asian Elephant Support**
**4764 Brookton Way**
**Saint Louis, MO 63128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Asphalt Wizards Inc**
**617 Lacy Road**
**Independence, MO 64050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Asset Acceptance LLC**
**PO Box 2003**
**Warren, MI 48090-2003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86.44** |
|---|---|---|---|

**At and T**
**PO Box 5001**
**Carol Stream, IL 60197-5001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.228** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$590.33**

**AT&T**
**PO Box 5080**
**Carol Stream, IL 60197-5080**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.229** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93.65**

**AT&T**
**PO Box 105262**
**Atlanta, GA 30348-5262**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72.82**

**AT&T**
**PO Box 5014**
**Carol Stream, IL 60197-5014**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$171.63**

**AT&T Mobility Corp (3057)**
**PO Box 6463**
**Carol Stream, IL 60197-6463**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.232** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Atanas Mitov**
**2110 Nw 86 Ter**
**Pompano Beach, FL 33071**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Athens Distrib Fintech**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Athens Orchestra Parent Associ**
**4333 John R**
**Troy, MI 48085**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,577.36** |
|---|---|---|---|

**Atmos Energy**
**PO Box 790311**
**Saint Louis, MO 63179-0311**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$89.27** |
|---|---|---|---|

**Atronic Alarms Inc**
**8220 Melrose Drive**
**Overland Park, KS 66214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Atterro Inc**
**PO Box 74008970**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Audrey N Delgaiso**
**1250 Woodchase Ln**
**Apt B**
**Chesterfield, MO 63017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Augies Quest To Cure Als**
**3601 Ocean Blvd**
**Corona Del Mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AUS SOUTH BEND MC**
**LOCKBOX26552 NETWORK PLACE**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Austin David Anderson**
**10613 Yosemite Rd**
**Minneapolis, MN 55437**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Granite City Food & Brewery Ltd.**
_____
Name

Case number (if known)    **19-43756**

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Autism Family Network**
**5730 N Street Ste C2**
**Lincoln, NE 68505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Automatic Fire Sprinkler LLC**
**1809 Industrial Park Dr**
**Normal, IL 61761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Automatic Lawn Sprinkler**
**1412 51st Ave N**
**Moorhead, MN 56560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$95.85** |

**Automatic Security Co Inc**
**3011 S Phillips Ave**
**Sioux Falls, SD 57105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Avami Systems Inc**
**3350 Scott Blvd Ste 4601**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Avera Mckennan Foundation**
**1325 S Cliff Ave**
**Sioux Falls, SD 57117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Avi Systems Inc**
**Nw8393 PO Box 1450**
**Minneapolis, MN 55485-8393**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number (if known) | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Avvr Inc**
**801 American Blvd E**
**Minneapolis, MN 55420**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$321.00** |
|---|---|---|---|

**B and B Draintech Oc Inc**
**630 2nd Ave**
**Milan, IL 61264**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**B and B Water Heater LLC**
**PO Box 181212**
**Cleveland, OH 44118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**B and D Plumbing Heating**
**And Air Conditioning**
**4145 Mackenzie Court Ne**
**Saint Michael, MN 55376**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**B and J Enterprises Inc**
**400 West Industrial Lake Drive**
**Lincoln, NE 68528**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**B and K Beverage Service Inc**
**3005 E 100 N**
**Lebanon, IN 46052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bacchus Importers Ltd**
**1817 Portal Street**
**Baltimore, MD 21224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.256** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Backflow Prevention Services O**
**1253 170th St**
**Saint Anthony, IA 50239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.257** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Backup Beverage LLC**
**4600 Wedgewood Blvd Ste M**
**Frederick, MD 21703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.258** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bagat Brothers Inc**
**PO Box 20520**
**Dayton, OH 45420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.259** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bagat Inc**
**PO Box 292148**
**Dayton, OH 45429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.260** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$670.00**

**Bakken Beacon Media LLC**
**2852 Thunder Road South**
**Fargo, ND 58104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.261** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bald Man Brewing Inc**
**2020 Silver Bell Rd Unit 25**
**Saint Paul, MN 55122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.262** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Barbershop Harmony Society**
**Lincoln Chapter A060**
**2901 N 56th Street**
**Lincoln, NE 68504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Barbingo Inc**
**2217 West Berwyn**
**Chicago, IL 60625**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Barrel Accessories and Supply**
**PO Box 92170**
**Elk Grove Village, IL 60009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Barth Electric Co Inc**
**1934 N Illinois St**
**Indianapolis, IN 46202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bartz Viviano Flowers and**
**Gifts Inc**
**4505 Secor Road**
**Toledo, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Battaglia Industries Inc**
**406 W Campus Drive**
**Arlington Heights, IL 60004-1406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bauer Lawn Maint Inc**
**6341 Monclova Road**
**PO Box 8732**
**Maumee, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bayard Friedman**
**3879 Maple Avenue**
**Suite 400**
**Dallas, TX 75219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.270** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bbi Metrics LLC**
**17304 Preston Road Suite 430**
**Dallas, TX 75252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.271** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bd Of Education Wayne Co North**
**501 W Main Street**
**Northville, MI 48167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.272** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$215.90**

**Beal Distrib Inc**
**PO Box 84905**
**Sioux Falls, SD 57118-4905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.273** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Becca Koehler**
**3838 Sheridan Blvd**
**Lincoln, NE 68506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.274** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Becks Florist Inc**
**PO Box 178**
**Peoria, IL 61650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.275** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bell Brothers Heating and Air**
**2822 6th Ave**
**Des Moines, IA 50313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.276** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Benjamin August Revier**
**517 3rd Ave N #4**
**Fargo, ND 58102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.277** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Benjamin Franklin Plumb**
**5720 International Parkway**
**Minneapolis, MN 55428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.278** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Benjamin Porcayo**
**2504 Crystal Court**
**Woodridge, IL 60517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.279** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Benji Thomas**
**1636 42nd St S**
**Fargo, ND 58103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.280** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bennego Gounwa Kangar**
**W9894 State Road 35**
**Hager City, WI 54014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.281** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$704.07**

**Benz Beverage Depot**
**501 7th Avenue Se**
**Cedar Rapids, IA 52401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.282** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Berg Industries Inc**
**3455 S Mulford Rd**
**Rockford, IL 61109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.283** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bergseth Bros Co Inc**
**PO Box 1994**
**Fargo, ND 58107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.284**

**Nonpriority creditor's name and mailing address**

**Bergstrom Electric**
**Hwy 81 N Box 13152**
**Grand Forks, ND 58208-3152**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.285**

**Nonpriority creditor's name and mailing address**

**Bernard L Hansbro**
**16573 Burt**
**Detroit, MI 48219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.286**

**Nonpriority creditor's name and mailing address**

**Berndt and Associates Pc**
**30500 Van Dyke #702**
**Warren, MI 48093**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.287**

**Nonpriority creditor's name and mailing address**

**Bernicks Pepsicola**
**PO Box 7457**
**Saint Cloud, MN 56302-7457**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.288**

**Nonpriority creditor's name and mailing address**

**Berry Design Inc**
**755 Mid Broadwell Rd**
**Milton, GA 30004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.289**

**Nonpriority creditor's name and mailing address**

**Bertarelli Cutlery Inc**
**1927 Marconi**
**Saint Louis, MO 63110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.290**

**Nonpriority creditor's name and mailing address**

**Best Biz LLC**
**101 S Main Ste 400**
**Sioux Falls, SD 57104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.291** | **Nonpriority creditor's name and mailing address**

**Best Brands Fintech**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.292** | **Nonpriority creditor's name and mailing address**

**Best Buddies International Inc**
**100 Southeast Second Street**
**Ste 2200**
**Miami, FL 33131**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.293** | **Nonpriority creditor's name and mailing address**

**Best Christmas Ever Inc**
**PO Box 439**
**Cloquet, MN 55720**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294** | **Nonpriority creditor's name and mailing address**

**Best Veterinary Solutions**
**PO Box 370**
**Ellsworth, IA 50075**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295** | **Nonpriority creditor's name and mailing address**

**Best View Signs Inc**
**212 Sherman Ave**
**Montgomery, IL 60538**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296** | **Nonpriority creditor's name and mailing address**

**Betel Home Care LLC**
**1855 N Park Dr**
**Saint Paul, MN 55119**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,256.68**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.297** | **Nonpriority creditor's name and mailing address**

**Beth Asinari**
**1513 13 1/2 St S**
**Fargo, ND 58103**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.298** | Nonpriority creditor's name and mailing address

**Beth Jackson**
346 Summer Lane
Maplewood, MN 55117

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.299** | Nonpriority creditor's name and mailing address

**Bethany For Children and Famil**
1830 6th Ave
Moline, IL 61265

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.300** | Nonpriority creditor's name and mailing address

**Beverage Distrib la Fintech**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.301** | Nonpriority creditor's name and mailing address

**Beverage Wholesalers**
PO Box 1864
Fargo, ND 58107

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$872.20**

---

**3.302** | Nonpriority creditor's name and mailing address

**Bfd Outdoors Inc**
225 N 2nd St
Pekin, IL 61554

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.303** | Nonpriority creditor's name and mailing address

**Bildon Parts and Service Inc**
PO Box 531265
Livonia, MI 48153

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.304** | Nonpriority creditor's name and mailing address

**Bio Grils Inc.**
556 Lizzie Pl E
West Fargo, ND 58078

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$68.00**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |
|---|---|---|---|

**Biologix Service Corp**
**1561 Fairview Ave**
**Saint Louis, MO 63132**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,026.24** |
|---|---|---|---|

**Birko Corp**
**9152 Yosemite St**
**Henderson, CO 80640**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Birmingham Bloomfield Chamber**
**725 S Adams Road Suite 130**
**Birmingham, MI 48009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Birmingham Public Schools**
**31301 Evergreen Road**
**Franklin, MI 48025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$793.80** |
|---|---|---|---|

**Birthdays Direct**
**PO Box 181**
**Cottleville, MO 63338-0181**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bishop Canevin High School**
**2700 Morange Rd**
**Pittsburgh, PA 15205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,242.60** |
|---|---|---|---|

**Bix Produce Co**
**3060 Centerville Rd**
**Little Canada, MN 55117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

**3.312** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bizco Inc**
**7950 O Street**
**Lincoln, NE 68510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.313** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,145.50**

**Black Hills Energy**
**PO Box 6001**
**Rapid City, SD 57709-6001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.314** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Black Stack Brewing Inc**
**755 North Prior Ave Ste 110**
**Saint Paul, MN 55104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.315** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Blackburn Basement Systems Inc**
**PO Box 367**
**Miller, SD 57362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.316** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Blackhawk Automatic Sprinklers**
**PO Box 998**
**Cedar Falls, IA 50613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Blackhawks Of St Paul**
**PO Box 40436**
**Saint Paul, MN 55106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.318** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Blake J Kowalski**
**2026 Brandon Rd**
**Glenview, IL 60025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bleeding Disorders Alliance Of**
**PO Box 548**
**Fargo, ND 58107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Blichmann Engineering LLC**
**1600 Canal Rd Ste A**
**Lafayette, IN 47904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bloomfield Hills School Distri**
**PO Box 2027**
**Bloomfield Hills, MI 48303-2027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83,176.08** |
|---|---|---|---|

**Blue Cross Blue Shield**
**PO Box 64676**
**Saint Paul, MN 55164-0676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46.97** |
|---|---|---|---|

**Blue Ribbon Pelham Waters**
**PO Box 1311**
**Fort Dodge, IA 50501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Blueline Security Services LLC**
**851 Brightseat Road**
**Landover, MD 20785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Blume Brauhaus LLC**
**1744 Terrace Dr**
**Roseville, MN 55113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,858.81** |
|---|---|---|---|

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,858.81** |
|---|---|---|---|
| | **Bmi Cr Annapolis**<br>**PO Box 630893**<br>**Cincinnati, OH 45263-0893** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Bni Of The Heartland LLC**<br>**20775 Rawhide Road**<br>**Elkhorn, NE 68022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Board Of Education City Of Peo**<br>**1615 N North St**<br>**Peoria, IL 61604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Board Of Education Macomb Coun**<br>**31300 Anita Drive**<br>**Warren, MI 48093** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Board Of Education Of Price**<br>**Georges County**<br>**14201 School Lane**<br>**Upper Marlboro, MD 20772** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Board Of Tax Appeals**<br>**Eisenhower State Office Bld**<br>**700 Sw Harrison Ste 1022**<br>**Topeka, KS 66603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Bob Hall Fintech** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 3.333 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bobs Lock & Key Shop**
**900 W 41st St**
**Sioux Falls, SD 57105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,401.64** |
|---|---|---|---|

**Boelter Brands LLC**
**PO Box 734296**
**Chicago, IL 60673-4296**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bolster LLC**
**23 4th St Ne**
**Minneapolis, MN 55413**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,400.00** |
|---|---|---|---|

**Boormalt USA Limited Inc.**
**833 E Michigan St. Ste. 1**
**Milwaukee, WI 53202-5621**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Boreded Up Productions LLC**
**402 E State St**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bountybev LLC**
**414 Harding Industrial Dr**
**Nashville, TN 37211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bowling Green City School Dist**
**137 Clough Street**
**Bowling Green, OH 43402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.340** | Nonpriority creditor's name and mailing address

**Boyd A Bristow**
**2004 S Hillview Rd**
**Sioux Falls, SD 57110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.341** | Nonpriority creditor's name and mailing address

**Boyd Kane**
**2902 A Ivy Drive**
**Newton, KS 67114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.342** | Nonpriority creditor's name and mailing address

**Boys and Girls Club Of Troy**
**3670 John R Road**
**Troy, MI 48083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.343** | Nonpriority creditor's name and mailing address

**Bozick Distrib**
**2840 Old Washington Road**
**Waldorf, MD 20601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,178.00**

---

**3.344** | Nonpriority creditor's name and mailing address

**Brady Roers**
**133 18th Ave N**
**Saint Cloud, MN 56301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.345** | Nonpriority creditor's name and mailing address

**Brandon Gruba**
**912 5th Street Ne**
**New York Mills, MN 56567-5557**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.346** | Nonpriority creditor's name and mailing address

**Brandon J Peiffer**
**2615 East Lawn Dr**
**Marion, IA 52302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon J Wilkinson**
**1439 Wall St**
**Fort Wayne, IN 46802**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Patierno**
**6204 Newberry Rd Apt 302**
**Indianapolis, IN 46256**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Poppert**
**2917 S 47th Street**
**Lincoln, NE 68506-3343**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Rich**
**5270 Utica Ridge Rd**
**Davenport, IA 52807**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**Brass Foundry Brewing Co. Inc.**
**8441 Wayzata Blvd**
**Minneapolis, MN 55426**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brass Tap Beverage Systems Inc**
**668 E Northwest Hwy**
**Mount Prospect, IL 60056**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brave Fire Protection LLC**
**12649 Dunn Rd**
**Riley, MI 48041**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 3.354 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bravehearts Therapeutic Riding**
**7319 Maxon Road**
**Harvard, IL 60033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Braxton Luzier**
**260 5th St E Apt 410**
**Saint Paul, MN 55101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,151.72** |
|---|---|---|---|

**Breakthru Beverage Illinois LL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Breakthru Beverage Md**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$268.33** |
|---|---|---|---|

**Breakthru Beverage Minnesota**
**Wine & Spirits LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Breakthru Beverage Minnesota**
**Beer LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,730.09** |
|---|---|---|---|

**Brecke Inc**
**4140 F Avenue Nw**
**Cedar Rapids, IA 52405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.361** | **Nonpriority creditor's name and mailing address**

**Bremen Community High School
District 228
15201 S Central Ave
Oak Forest, IL 60452**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.362** | **Nonpriority creditor's name and mailing address**

**Bren Schauf
3600 American Blvd W Ste 400
% Granite City Food & Brewery
Bloomington, MN 55431**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.363** | **Nonpriority creditor's name and mailing address**

**Brenans Cleaners
3051 25th St South
Fargo, ND 58103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$145.80**

---

**3.364** | **Nonpriority creditor's name and mailing address**

**Brenco Corp
1193 Main Ave East
PO Box 240
West Fargo, ND 58078**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.365** | **Nonpriority creditor's name and mailing address**

**Brendan Mcmanus
3535 North 48th St
Omaha, NE 68104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.366** | **Nonpriority creditor's name and mailing address**

**Brenden E Meyer
2100 English Turn Drive
Presto, PA 15142**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.367** | **Nonpriority creditor's name and mailing address**

**Brenna M Beach
220 Ann St
Tonganoxie, KS 66086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

**3.368**

**Nonpriority creditor's name and mailing address**

**Brent Breunig**
**604 N Pulvermacher Rd**
**Prairie Du Sac, WI 53578**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.369**

**Nonpriority creditor's name and mailing address**

**Brett Alexander**
**19964 Freeland St**
**Detroit, MI 48235**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.370**

**Nonpriority creditor's name and mailing address**

**Brew A Creative Collaborative**
**201 6th St Se Ste 1**
**Minneapolis, MN 55414**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.371**

**Nonpriority creditor's name and mailing address**

**Brewcraft Usa**
**PO Box 51602**
**Los Angeles, CA 90051-5902**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.372**

**Nonpriority creditor's name and mailing address**

**Brewers Association**
**PO Box 1679**
**Boulder, CO 80306**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.373**

**Nonpriority creditor's name and mailing address**

**Brewers Distrib Fintech**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.374**

**Nonpriority creditor's name and mailing address**

**Brewers Supply Group**
**PO Box 74769**
**Chicago, IL 60694-4769**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,458.12**

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.375 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bri Inc**
**8020 Zionsville Rd**
**Indianapolis, IN 46268**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brian Androwich**
**801 Plaza Dr**
**Schaumburg, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brian Christopher Loridon**
**28409 Glenwood**
**Southfield, MI 48086**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brian Grabowski**
**325 6th Ave Se Apt 203**
**Minneapolis, MN 55414**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brian Shearer**
**1001 North 102nd St**
**Omaha, NE 68114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brian Thomas**
**1325 A Ave**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brian Walz**
**1210 7th Ave South**
**Sartell, MN 56377**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.382**

**Nonpriority creditor's name and mailing address**

**Bridgette Law**
**9201 W 98th Terrace**
**Overland Park, KS 66212**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.383**

**Nonpriority creditor's name and mailing address**

**Briggs and Morgan Pa Inc**
**PO Box 64591**
**Saint Paul, MN 55164-0591**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.384**

**Nonpriority creditor's name and mailing address**

**Bright Cleaning Solutions Tn L**
**4235 Hillsboro Pike Ste 300**
**Nashville, TN 37215**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.385**

**Nonpriority creditor's name and mailing address**

**Bright House Networks LLC**
**PO Box 30262**
**Tampa, FL 33630-3262**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.386**

**Nonpriority creditor's name and mailing address**

**Brinks Incorporated**
**7373 Solutions Center**
**Chicago, IL 60677-7003**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**$2,275.05**

---

**3.387**

**Nonpriority creditor's name and mailing address**

**Brite Way**
**3332 4th Ave S**
**Suite 2e**
**Fargo, ND 58103**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**$575.00**

---

**3.388**

**Nonpriority creditor's name and mailing address**

**Brittany Haas**
**2300 Village Drive West**
**Suite 130**
**Maumee, OH 43537**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|

Name

---

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brittany Head**
**572 Northgate Dr**
**Greenwood, IN 46143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brittany N Brodacki**
**4798 Calvert Dr**
**Troy, MI 48085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brittany Small**
**5005 Greenfield Dr**
**Fort Wayne, IN 46835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Broadridge Investor**
**Communication Solutions Inc**
**PO Box 416423**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Broadstroke Inc**
**820 W 2nd St N**
**Wichita, KS 67203-6005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brooke Pearson**
**9220 S 28th St**
**Lincoln, NE 68516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brooklyn Black**
**1782 Handball Ln Apt C**
**Indianapolis, IN 46260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.396** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Brothers Fire Protection Inc**
**3781 Ne 11 Avenue**
**Pompano Beach, FL 33064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.397** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Brothers Furniture Design Llp**
**4869 Mehaffey St**
**Indianapolis, IN 46226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.398** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Brown Bag Liquor LLC**
**195 North Parker**
**Olathe, KS 66061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.399** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Brown Distrib Fintech**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.400** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,249.81**

**Brown Truck Leasing Corp**
**11229 Aurora Avenue**
**Urbandale, IA 50322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.401** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Browne Academy**
**5917 Telegraph Road**
**Alexandria, VA 22310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.402** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bruce Thompson**
**4559 Fields Way**
**Lorain, OH 44053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brunetti Brewing Company LLC**
**102 Union Ave**
**Oakdale, PA 15071**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bryan Brown**
**2195 Doe Run Dr**
**Arnold, MO 63010**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bryan Campbell**
**5202 Crawfordsville**
**Indianapolis, IN 46224**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bryan Richter**
**15420 Warwick**
**Detroit, MI 48223**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bryan Wolfe**
**6753 Woodcliff Circle**
**Zionsville, IN 46077**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BSREP II Simply Storage JV LLC**
**Simply Storage Troy**
**Troy, MI 48083**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Buck Distrib Fintech**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Buffalo Grove Instrumental Ass**
**1100 W Dundee Rd**
**Buffalo Grove, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Building Hope In Kids Uganda**
**1600 Fayette Ave**
**Washington, IL 61571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Burns Rent Alls Inc**
**2401 N Home St**
**Mishawaka, IN 46545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Busch Heating and Cooling Inc**
**11 Grandview Park Drive**
**Arnold, MO 63010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Business Network International**
**5533 S 27th Street Ste 205**
**Lincoln, NE 68512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Busse Woods Running Club Inc**
**4 Brucewood Ct**
**Buffalo Grove, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**C and C Mechanical LLC**
**470 Sw 850 Rd**
**Chilhowee, MO 64733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.417** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**C and G Publishing Inc**
**13650 East 11 Mile Rd**
**Warren, MI 48089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.418** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$637.40**

**C and L Distrib**
**PO Box 457**
**Sauk Rapids, MN 56379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.419** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**C H Mcguiness Co Inc**
**1637 East 17th Street**
**Des Moines, IA 50316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.420** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cable One Inc**
**PO Box 78000**
**Phoenix, AZ 85062-8000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.421** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,134.12**

**Cameron B Freeman Inc**
**38568 Webb Dr**
**Westland, MI 48185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.422** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Campbell Inc**
**2875 Crane Way**
**Northwood, OH 43619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.423** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Campus Cash Coupons Inc**
**PO Box 270191**
**Fort Collins, CO 80527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.424** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Canada Malting Co Ltd**
**T57585u**
**PO Box 57585 Station A**
**Toronto, ON**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.425** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,740.00**

**Capital Commercial Cleaning Se**
**5401 Hamilton St #2**
**Hyattsville, MD 20781**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.426** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Capital Contractors Inc**
**One Computer Associates Plaza**
**Ste 101**
**Islandia, NY 11749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.427** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,035.55**

**Capitol Beverage Roseville**
**6982 Hwy 65 NE**
**Minneapolis, MN 55432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.428** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Capitol Beverage Sales Fintech**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.429** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Capitol Maint Supply**
**PO Box 556**
**Haddonfield, NJ 08033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.430** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Caplaco Nine Inc**
**11850 Studt Avenue**
**PO Box 419121**
**Saint Louis, MO 63141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.431**

**Nonpriority creditor's name and mailing address**

**Captain Sean M Ruane Memorial**
**35 Kenwood Drive**
**Coraopolis, PA 15108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.432**

**Nonpriority creditor's name and mailing address**

**Captive Aire Systems Inc**
**PO Box 60270**
**Charlotte, NC 28260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.433**

**Nonpriority creditor's name and mailing address**

**Carefree Windows Inc.**
**PO Box 6063**
**Rockford, IL 61125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$270.00**

---

**3.434**

**Nonpriority creditor's name and mailing address**

**Carey Carrington**
**4321 Windsor Parkway**
**Dallas, TX 75205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.435**

**Nonpriority creditor's name and mailing address**

**Cargill Incorporated**
**15407 Mcginty Rd W**
**Wayzata, MN 55391**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.436**

**Nonpriority creditor's name and mailing address**

**Cargill Malt**
**PO Box 1450**
**Nw 9658**
**Minneapolis, MN 55485-9658**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.437**

**Nonpriority creditor's name and mailing address**

**Carl Lashley**
**3200 Mcrobert Rd**
**Pittsburgh, PA 15234**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.438**

**Nonpriority creditor's name and mailing address**

**Carlos Moran**
**4242 Shirley Ave**
**Lynwood, CA 90262**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.439**

**Nonpriority creditor's name and mailing address**

**Carly Cares Corp**
**6927 Berkey Southern Rd**
**Whitehouse, OH 43571**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.440**

**Nonpriority creditor's name and mailing address**

**Carmel Utilities**
**PO Box 109**
**Carmel, IN 46082-0109**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ☑ No ☐ Yes

**$230.02**

---

**3.441**

**Nonpriority creditor's name and mailing address**

**Carol J Bennes**
**10 17th Avenue Se**
**Saint Joseph, MN 56374**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.442**

**Nonpriority creditor's name and mailing address**

**Carrie S White**
**2454 S 15th St #2**
**Omaha, NE 68108**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.443**

**Nonpriority creditor's name and mailing address**

**Casey Cornell**
**1965 Silver Bell Rd #315**
**Eagan, MN 55122**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.444**

**Nonpriority creditor's name and mailing address**

**Cass Co Electric Coop**
**PO Box 6088**
**Fargo, ND 58108**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ☑ No ☐ Yes

**$5,892.00**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.445** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Catherine A Cronin**
**586 Bellerive Rd #2c**
**Annapolis, MD 21409-4619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.446** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Catie Seivert**
**7140 Harrison Ave Ste 108**
**Rockford, IL 61112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.447** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.99**

**Cavalier Distributing Company**
**4650 Lake Forest Drive**
**Ste 580**
**Blue Ash, OH 45242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.448** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**CAVALIER DISTRIBUTING INDIANA**
**3332 PAGOSA CT**
**Indianapolis, IN 46226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.449** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Cavalier Spirits LLC**
**4930 Lakeland Commerce Park**
**Lakeland, FL 33805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.450** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Cbe Pride Inc**
**901 6th St Sw**
**Ste 615a**
**Washington, DC 20024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.451** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,692.31**

**Cbs Outdoor LLC**
**PO Box 33074**
**Newark, NJ 07188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.452**

**Nonpriority creditor's name and mailing address**

**Cch Incorporated**
**PO Box 4307**
**Carol Stream, IL 60197-4307**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.453**

**Nonpriority creditor's name and mailing address**

**Cdw LLC**
**200 N Milwaukee Ave**
**Vernon Hills, IL 60061**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$976.12**

---

**3.454**

**Nonpriority creditor's name and mailing address**

**Cedar Rapids Firefighters Foun**
**713 1st Ave Se**
**Cedar Rapids, IA 52401**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.455**

**Nonpriority creditor's name and mailing address**

**Cedar Rapids Metro**
**Economic Alliance**
**501 1st Street Se**
**Cedar Rapids, IA 52401**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$675.00**

---

**3.456**

**Nonpriority creditor's name and mailing address**

**Cedar Rapids Public Library Fo**
**450 5th Avenue Se**
**Cedar Rapids, IA 52401**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.457**

**Nonpriority creditor's name and mailing address**

**Cedar Rapids Water Dept**
**PO Box 3255**
**Attn: Remittance Processing**
**Cedar Rapids, IA 52406-3255**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,236.17**

---

**3.458**

**Nonpriority creditor's name and mailing address**

**Celarity Inc**
**8120 Penn Ave Ste 220**
**Bloomington, MN 55431**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,760.65** |
|---|---|---|---|

**Centerpoint Energy**
**PO Box 4671**
**Houston, TX 77210-4671**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Central Collection Unit**
**300 W Preston 5th Fl**
**Baltimore, MD 21201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Central Key& Safe Co Inc**
**305 N Market**
**Wichita, KS 67202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Central Mcgowan Inc**
**123 Roosevelt Road**
**Saint Cloud, MN 56302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$366.00** |
|---|---|---|---|

**Central States Beverage Co**
**1900 W 142nd Street**
**Overland Park, KS 66224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Central States Services Inc**
**PO Box 1476**
**Lake Ozark, MO 65049**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Century Security Group LLC**
**PO Box 181099**
**Utica, MI 48318**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.466**

**Nonpriority creditor's name and mailing address**

**Centurylink**
**PO Box 52187**
**Phoenix, AZ 85072-2187**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.467**

**Nonpriority creditor's name and mailing address**

**Centurylink**
**PO Box 2956**
**Phoenix, AZ 85062-2956**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$8.66**

---

**3.468**

**Nonpriority creditor's name and mailing address**

**Centurylink**
**PO Box 2961**
**Phoenix, AZ 85062-2961**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.469**

**Nonpriority creditor's name and mailing address**

**Centurylink**
**PO Box 4300**
**Carol Stream, IL 60197-4300**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$126.68**

---

**3.470**

**Nonpriority creditor's name and mailing address**

**Cerenity Senior Care**
**512 Humboldt Ave**
**Saint Paul, MN 55107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.471**

**Nonpriority creditor's name and mailing address**

**Chad Coats**
**816 E 23rd Ave**
**Kansas City, MO 64116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.472**

**Nonpriority creditor's name and mailing address**

**Chad Larson LLC**
**1107 Old Hassayampa Ln**
**Prescott, AZ 86303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.473 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chaffee Lok Pro Inc**
**217 S Kansas Ave Unit A**
**Olathe, KS 66061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chaldean American Chamber Of C**
**30095 Northwestern Highway**
**Ste 101**
**Farmington, MI 48334**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Challenge Entertainment Indian**
**PO Box 502365**
**Indianapolis, IN 46250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Challenge Entertainment Oklaho**
**PO Box 14116**
**Oklahoma City, OK 73113-0116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chantelle Robinson**
**7350 State Ave**
**Kansas City, KS 66112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charles County Humane Society**
**71 Industrial Park Dr**
**Waldorf, MD 20602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charles Haven Inc**
**275 Market Street**
**Suite 287**
**Minneapolis, MN 55405-1627**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.480 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Charlie T's Food LLC**
**3882 Mersey Way**
**Eagan, MN 55123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.481 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$89.99** |
|---|---|---|---|

**Charter Commuications Holdin**
**PO Box 3019**
**Milwaukee, WI 53201-3019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.482 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Charter Communications Holding**
**PO Box 790086**
**Saint Louis, MO 63179-0086**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.483 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Chas A Bernick Inc**
**PO Box 7008**
**Saint Cloud, MN 56302-7008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.484 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cherry Valley Fire Protection**
**202 E State Street**
**PO Box 540**
**Cherry Valley, IL 61016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.485 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,000.00** |
|---|---|---|---|

**Cherryvale Mall LLC**
**PO Box 955607**
**Cbl #0467**
**Saint Louis, MO 63195-5607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.486 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Chic Virgin Hair Meets Lash Bo**
**12809 Pine Tree Lane**
**Fort Washington, MD 20744**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.487** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Chicago Backflow Inc**
**12607 S Laramie Avenue**
**Alsip, IL 60803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.488** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Chicago Brew Werks Inc**
**14903 S Center St Unit 107**
**Plainfield, IL 60544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.489** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Chicago Tribune**
**PO Box 9001157**
**Louisville, KY 40290-1157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.490** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Chicagos North Shore Conventio**
**8001 Lincoln Ave Ste 715**
**Skokie, IL 60077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.491** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Child Support Payment Center**
**700 Governors Dr Ste 84**
**Pierre, SD 57501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.492** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Childhood Leukemia Warriors Fo**
**427 Gateshead Dr**
**Naperville, IL 60565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.493** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Childrens Hospital Foundation**
**111 Michigan Ave Nvu**
**Washington, DC 20010-2970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.494 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Childrens Safe Harbor Inc**
**1416 20th St**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Chris Koch**
**1732 Whispering Pines Ct S W**
**Cedar Rapids, IA 52404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Chris Miller**
**6820 Gabella St #449**
**Apple Valley, MN 55124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Christian and Associates Inc**
**1500 Capital Blvd**
**Raleigh, NC 27603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Christian Baker**
**24519 Cedar Rd**
**Cleveland, OH 44124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Christian Richardson**
**14345 W 116th St 1716**
**Olathe, KS 66062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Christian Romney**
**3945 2nd St S**
**Saint Cloud, MN 56301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.501**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Christina E Lueth**<br>**617 S 35th St Atp 3**<br>**Omaha, NE 68105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.502**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Christina Goss**<br>**16413 Governors Brid**<br>**Bowie, MD 20716** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.503**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Christina Lammers**<br>**3604 46th St N**<br>**Fargo, ND 58102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.504**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Christine M Eleeson**<br>**7708 W 67th St**<br>**Sioux Falls, SD 57106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.505**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Christopher Erickson**<br>**608 Central Ave**<br>**Osseo, MN 55369** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.506**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Christopher George**<br>**4400 Grazing Way**<br>**Upper Marlboro, MD 20772** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.507**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Christopher Matson**<br>**5906 No Tampico Dr**<br>**Peoria, IL 61614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.508**

**Nonpriority creditor's name and mailing address**

**Christopher Phipps**
**931 Oak St Apt 6**
**Lincoln, NE 68521**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.509**

**Nonpriority creditor's name and mailing address**

**Christopher Smith**
**9408 S 55th Ave**
**Oak Lawn, IL 60453**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.510**

**Nonpriority creditor's name and mailing address**

**Chsd 230 Carl Sandburg High Sc**
**15100 S 94th Ave**
**Orland Park, IL 60462**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.511**

**Nonpriority creditor's name and mailing address**

**Chuck Gilbert**
**6414 11th Ave South**
**Richfield, MN 55423**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.512**

**Nonpriority creditor's name and mailing address**

**Churchich Restaurant Equipment**
**4520 S 79 Street**
**Omaha, NE 68127**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.513**

**Nonpriority creditor's name and mailing address**

**Cintas**
**PO Box 88005**
**Chicago, IL 60680-1005**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$8,048.24**

---

**3.514**

**Nonpriority creditor's name and mailing address**

**Cintas Corp #470 Slp**
**PO Box 88005**
**Chicago, IL 60680-1005**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.515** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,086.73**

**Cintas Corp 2**
**PO Box 636525**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.516** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cintas Corporatiion Loc 13**
**PO Box 630910**
**Cincinnati, OH 45263-0910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.517** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cintas Corporation**
**PO Box 630803**
**Cincinnati, OH 45263-0803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.518** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,193.48**

**Cintas Corporation No 2**
**PO Box 650838**
**Dallas, TX 75265-0838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.519** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80.29**

**Cintas Corporation No 2 Inc**
**PO Box 631025**
**Cincinnati, OH 45263-1025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.520** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,314.55**

**Cintas Dv**
**PO Box 630921**
**Cincinnati, OH 45263-0921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.521** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119,966.00**

**Circle Centre Mall LLC**
**866980 Reliable Parkway**
**Chicago, IL 60686-6900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.522**

**Nonpriority creditor's name and mailing address**
**Circle City Beverage Inc**
**950 Dorman Street**
**Indianapolis, IN 46202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.523**

**Nonpriority creditor's name and mailing address**
**Citizens Energy Group**
**PO Box 7056**
**Indianapolis, IN 46207-7056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.524**

**Nonpriority creditor's name and mailing address**
**Citrix Systems Inc**
**851 West Cypress Creek Rd**
**Fort Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.525**

**Nonpriority creditor's name and mailing address**
**City Beverage Arlington Hgts**
**1401 E Algonquin Rd**
**Arlington Heights, IL 60005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.526**

**Nonpriority creditor's name and mailing address**
**City Fire Inc**
**5708 Sw 25th St**
**Hollywood, FL 33023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.527**

**Nonpriority creditor's name and mailing address**
**City First Church**
**5950 Srping Creek Road**
**Rockford, IL 61114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.528**

**Nonpriority creditor's name and mailing address**
**City Of Bloomington**
**1800 W Old Shakopee Rd**
**Bloomington, MN 55431-3027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,716.38**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

| 3.529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**City Of Carmel**
**One Civic Square**
**Carmel, IN 46032**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.530 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**City Of Cedar Rapids**
**PO Box 2148**
**Cedar Rapids, IA 52406-2148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.531 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**City Of Creve Coeur**
**300 N New Ballas Rd**
**Creve Coeur, MO 63141**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.532 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**City Of Davenport**
**226 W 4th St**
**Davenport, IA 52801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.533 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,073.73** |
|---|---|---|---|

**City Of Davenport**
**PO Box 8003**
**Davenport, IA 52808-1345**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.534 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**City Of Detroit**
**3245 E Jefferson Ave Ste 100**
**Detroit, MI 48207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.535 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**City Of Detroit Bldgs Safety E**
**2 Woodward Ave 4th Fl Ste 412**
**Property Maintenance Division**
**Detroit, MI 48226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.536 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**City Of Detroit Property Tax**
**2 Woodward Ave Ste 154**
**Coleman A Young Minicipal Ctr**
**Detroit, MI 48226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.537 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**City Of Eagan**
**3830 Pilot Knob Road**
**Eagan, MN 55122-1897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.538 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**City Of East Peoria**
**401 W Washington Street**
**East Peoria, IL 61611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**City Of East Peoria**
**401 W Washington Street**
**East Peoria, IL 61611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.540 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**City Of Eden Prairie**
**8080 Mitchell Rd**
**Attn Jes Schrom Arts and Event**
**Eden Prairie, MN 55344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**City Of Ellsworth**
**1528 Dewitt St**
**Ellsworth, IA 50075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.542 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**City Of Fargo**
**200 3rd Street North**
**Fargo, ND 58102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.543** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**City Of Fargo**
**PO Box 1607**
**Fargo, ND 58107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.544** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,362.12**

**City Of Fargo Utilities**
**Fargo Water Dept**
**PO Box 1066**
**Fargo, ND 58107-1066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.545** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**City Of Franklin**
**PO Box 705**
**109 3rd Ave S**
**Franklin, TN 37065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.546** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**City Of Kansas City Missouri**
**414 E 12th Street 1st Floor**
**Kansas City, MO 64106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.547** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**City Of Kansas City Missouri**
**Revenue Division**
**PO Box 843825**
**Kansas City, MO 64184-3825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.548** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**City Of Lincoln**
**Bureau Of Fire Prevention**
**555 S 10th St Room 203**
**Lincoln, NE 68508-3959**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.549** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**City Of Lincoln**
**Alarm Registration Program**
**555 S 10th Street Box 26**
**Lincoln, NE 68508-2803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|

Name

---

**3.550**

**Nonpriority creditor's name and mailing address**
**City Of Maple Grove**
**12800 Arbor Lakes Parkway**
**Maple Grove, MN 55369**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.551**

**Nonpriority creditor's name and mailing address**
**City Of Maple Grove**
**PO Box 1180**
**Maple Grove, MN 55311**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.552**

**Nonpriority creditor's name and mailing address**
**City Of Maple Grove Utilities**
**12800 Arbor Lakes Pkwy N**
**Attn Utility Billing**
**Maple Grove, MN 55369**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.553**

**Nonpriority creditor's name and mailing address**
**City Of Mishawaka**
**City Hall**
**600 East Thrid St**
**Mishawaka, IN 46544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.554**

**Nonpriority creditor's name and mailing address**
**City Of Naperville**
**400 S Eagle Street**
**Naperville, IL 60540**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$10,441.66**

---

**3.555**

**Nonpriority creditor's name and mailing address**
**City Of Northville**
**215 W Cady St**
**Northville, MI 48167**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.556**

**Nonpriority creditor's name and mailing address**
**City Of Olathe Water**
**PO Box 2100**
**Olathe, KS 66051-2100**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.557**

**Nonpriority creditor's name and mailing address**

**City Of Omaha**
**Rm H10**
**1819 Farnam St**
**Omaha, NE 68183**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.558**

**Nonpriority creditor's name and mailing address**

**City Of Rockford**
**425 E State St 7th Floor**
**Rockford, IL 61104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.559**

**Nonpriority creditor's name and mailing address**

**City Of Roseville**
**2660 Civic Center Drive**
**Roseville, MN 55113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.560**

**Nonpriority creditor's name and mailing address**

**City Of Sioux**
**Falls City Attorneys Office**
**224 West 9th St PO Box 7402**
**Sioux Falls, SD 57117-7402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.561**

**Nonpriority creditor's name and mailing address**

**City Of Sioux Falls Health**
**521 North Main Avenue**
**Suite 101**
**Sioux Falls, SD 57104-5963**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.562**

**Nonpriority creditor's name and mailing address**

**City Of St Cloud**
**400 2nd Street South**
**Saint Cloud, MN 56301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.563**

**Nonpriority creditor's name and mailing address**

**City Of St Cloud Utilities**
**PO Box 1501**
**Saint Cloud, MN 56302-1501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,763.18**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**City Of Troy**
PO Box 554754
Detroit, MI 48255-4754

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,478.19** |
|---|---|---|---|

**City Of Troy**
500 W Big Beaver
Troy, MI 48084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**City Of Troy Water Department**
PO Box 554743
Detroit, MI 48255-4743

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**City Treasurer**
635 Woodland Ave
Suite 2103
Kansas City, MO 64106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,999.47** |
|---|---|---|---|

**City Utilities Fort Wayne**
PO Box 4632
Carol Stream, IL 60197-4632

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Citywide Window Svcs Inc**
PO Box 790
Anoka, MN 55303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cjis**
6776 Reisterstown Road Ste 102
Baltimore, MD 21215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.571** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Clark County Collection Servic**
**8860 W Sunset Rd Ste 100**
**Las Vegas, NV 89148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.572** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Classic Aire Care Inc**
**1276 N Warson**
**Saint Louis, MO 63132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.573** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Classic Parking Inc**
**715 Sunrise Trail**
**Spring Branch, TX 78070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.574** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Clay Township Regional**
**Waste Disct**
**PO Box 40638**
**Indianapolis, IN 46240-0638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.575** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.25**

**Clean Breeze LLC**
**11301 S Dixie Hwy #565776**
**Miami, FL 33256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.576** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,428.90**

**Clean Des Moines Inc.**
**1450 NE 69th Pl Ste 50**
**Ankeny, IA 50021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.577** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Clean Earth Environmental Svcs**
**5189 King Highway**
**Kalamazoo, MI 49048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.578 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Clean Iowa Inc**
**1450 Ne 69th Place Ste 50**
**Ankeny, IA 50021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Clearn Heading**
**3410 Brinkley Rd Apt 201**
**Temple Hills, MD 20748**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Clerk Of Hamilton County**
**1 Hamilton County Square #106**
**Noblesville, IN 46060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Clerk Of The Circuit Court**
**14735 Main Street**
**Upper Marlboro, MD 20772**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Cleveland Jewish News**
**23880 Commerce Park**
**Suite 1**
**Beachwood, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Cleveland Municipal Court**
**1200 Ontario St**
**Cleveland, OH 44113**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |

**Clifton Larson Allen LLP**
**220 S 6th St Ste 300**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Clive Chamber Of Commerce**
**1900 Nw 114th St**
**Clive, IA 50325**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Clive Lions Club**
**2085 Nw 149th Street**
**Clive, IA 50325**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,018.94** |

**Clive Water Dept**
**1900 Nw 114th St**
**Clive, IA 50325-7077**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Clocknine**
**1006 W Lake St**
**#125**
**Minneapolis, MN 55408**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Clyde Bryant**
**8606 Wood Violet Way**
**Madison, WI 53717**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Cnty Fire Protection Inc**
**PO Box 1651**
**Stow, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,734.26** |

**Coastal Sunbelt Produce LLC**
**PO Box 62860**
**Baltimore, MD 21264**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.592 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$507.60** |
|---|---|---|---|

**Cocacola Bottling Co**
PO Box 602937
Charlotte, NC 28250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,560.65** |
|---|---|---|---|

**Cocacola National**
PO Box 102703
Atlanta, GA 30368

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cocacola Refreshments In**
PO Box 602937
Charlotte, NC 28260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Coe College**
1220 First Avenue Ne
Cedar Rapids, IA 52402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$203.55** |
|---|---|---|---|

**Cokers Repair Inc**
3709 N Atlantic Ave
Peoria Heights, IL 61616

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Colin Lawson**
9888 E Basser Drive Apt I107
Denver, CO 80231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Collection Services Center**
PO Box 9125
Des Moines, IA 50306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.599 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**College City Beverage Inc**
**700 Railway St S**
**Dundas, MN 55019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**College Possible Inc**
**540 Fairview Ave N Ste 304**
**Saint Paul, MN 55104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**College Publications Inc**
**PO Box 845**
**Marshalls Creek, PA 18335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Collideoscope LLC**
**2123 Mauldin St Nw**
**Atlanta, GA 30318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Collins Electrical**
**Construction Co Inc**
**278 State Street**
**Saint Paul, MN 55107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,536.19** |
|---|---|---|---|

**Collins Mechanical Svcs**
**9290 Bay View Place**
**Nanjemoy, MD 20662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Coloma Frozen Foods Inc**
**4145 Coloma Road**
**Coloma, MI 49038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.606**

**Nonpriority creditor's name and mailing address**

**Coltrin and Associates Inc**
**801 Floral Vale Blvd**
**Yardley, PA 19067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.607**

**Nonpriority creditor's name and mailing address**

**Columbia Gas Of Ohio**
**PO Box 742510**
**Cincinnati, OH 45274-2510**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,452.82**

---

**3.608**

**Nonpriority creditor's name and mailing address**

**Comcast**
**PO Box 37601**
**Philadelphia, PA 19101-0601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.609**

**Nonpriority creditor's name and mailing address**

**Comcast**
**PO Box 70219**
**Philadelphia, PA 19176-0219**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$610.36**

---

**3.610**

**Nonpriority creditor's name and mailing address**

**Comcast Cable**
**PO Box 7500**
**Southeastern, PA 19398-7500**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.611**

**Nonpriority creditor's name and mailing address**

**Comcast Corporate**
**PO Box 3001**
**Southeastern, PA 19398-3001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.612**

**Nonpriority creditor's name and mailing address**

**Comcast Corporation**
**PO Box 17211**
**Charlotte, NC 28272**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 3.613 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$889.67** |
|---|---|---|---|

**Comcast Holdings Corporation**
**PO Box 35170**
**Seattle, WA 98124-5170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.614 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Comcast Maple Grove**
**PO Box 34744**
**Seattle, WA 98124-1744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.615 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Comdata Inc**
**PO Box 500544**
**Saint Louis, MO 63150-0544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.616 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,225.28** |
|---|---|---|---|

**Comed**
**PO Box 6111**
**Carol Stream, IL 60197-6111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.617 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Comfort Systems Usa Indiana LL**
**2701 Fortune Cir E**
**Ste F**
**Indianapolis, IN 46241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.618 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Command Commercial Service and**
**PO Box 10648**
**Saint Paul, MN 55110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.619 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Commercial Cares Inc**
**16601 Sw 49 St**
**Fort Lauderdale, FL 33331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|

Name

---

**3.620**

**Nonpriority creditor's name and mailing address**

**Commercial Gaskets Unlimited Of Minneapolis**
**2637 27th Ave S Ste 3**
**Minneapolis, MN 55406**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.621**

**Nonpriority creditor's name and mailing address**

**Commercial Kitchen Svcs Inc**
**808 Hanley Industrial Ct**
**Saint Louis, MO 63144**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,338.21**

---

**3.622**

**Nonpriority creditor's name and mailing address**

**Commercial Microwave Service L**
**2307 Friendship Drive**
**Lebanon, TN 37087**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.623**

**Nonpriority creditor's name and mailing address**

**Commercial Pumping Svcs LLC**
**PO Box 429**
**Saint Charles, MO 63302**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.624**

**Nonpriority creditor's name and mailing address**

**Commercial Service Innovation**
**PO Box 271**
**Bondurant, IA 50035**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.625**

**Nonpriority creditor's name and mailing address**

**Commercial Sewer Cleaning**
**5838 South Harding Street**
**Indianapolis, IN 46217**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.626**

**Nonpriority creditor's name and mailing address**

**Commerical Plumbing and Heatin**
**24428 Greenway Ave**
**Forest Lake, MN 55025**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.627** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Commonwealth Of Pennsylvania**
PO Box 783473
Philadelphia, PA 19179-3473

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.628** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Community Occupational Medicin**
22818 Old Us 20
Elkhart, IN 46516

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.629** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Como Friends**
1225 Estabrook Dr
Saint Paul, MN 55103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.630** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Complete Building Maintenance**
702 E Western Ave
Lombard, IL 60148

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.631** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Complete Refrigeration LLC**
9970 Old Airport Hwy
Monclova, OH 43542

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.632** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,694.57**

**Complete Solutions and Sourcin**
PO Box 461
Montrose, NY 10548

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.633** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Comptroller Of Maryland**
Revenue Administration Div
PO Box 2999
Annapolis, MD 21404-2999

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Comptroller Of Public Accounts**
**PO Box 12019**
**Austin, TX 78711-2019**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Compudyne Inc**
**1524 E 37th St**
**Hibbing, MN 55746**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Confluence Brewing Company**
**1235 Thomas Beck Rd Ste A**
**Des Moines, IA 50315**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Connor P Fritz**
**29470 John Hauk**
**Garden City, MI 48135**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Consolidated High School Dist**
**13300 S Lagrange Road**
**Orland Park, IL 60462**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Constant Contact Inc**
**1601 Trapelo Rd**
**Third Floor**
**Waltham, MA 02451**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Constellation Newenergy Inc**
**PO Box 4640**
**Carol Stream, IL 60197-4640**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 3.641 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,348.13** |
|---|---|---|---|

**Consumers Energy**
**PO Box 740309**
**Cincinnati, OH 45274-0309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00** |
|---|---|---|---|

**Continental Maintenance Contra**
**8220 Brentwood Industrial Dr**
**Saint Louis, MO 63144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Contractors Bonding and Insura**
**PO Box 801742**
**Kansas City, MO 64180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Controller Of Maryland**
**Unclaimed Property Unit**
**301 W Preston Street Room 310**
**Baltimore, MD 21201-2383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.645 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Controlscan Inc**
**Fifth Third Wholesale Lockbox**
**639378**
**Cincinnati, OH 45263-9378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.646 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Convention Components Inc**
**580 Brownstone St**
**Holland, MI 49423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.647 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cook County Dept Of Revenue**
**25831 Network Place**
**C/O Environmental Contorl**
**Chicago, IL 60673-1258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.648**

**Nonpriority creditor's name and mailing address**

**Cook Healthy Eat Fresh Inc C H**
**145 Fleet St #179**
**Oxon Hill, MD 20745**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.649**

**Nonpriority creditor's name and mailing address**

**Cool Springs Kitchen Mgmt LLC**
**910 Riverview Drive**
**Franklin, TN 37064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$320.00**

---

**3.650**

**Nonpriority creditor's name and mailing address**

**Coordinated Systems & Sup Inc**
**PO Box 58**
**Wichita, KS 67201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.651**

**Nonpriority creditor's name and mailing address**

**Copper Cottage**
**4105 N Lewis Ave**
**Sioux Falls, SD 57104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,687.61**

---

**3.652**

**Nonpriority creditor's name and mailing address**

**Corey Birkey**
**522 Center St**
**Barnum, IA 50518**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.653**

**Nonpriority creditor's name and mailing address**

**Cornelia De Large Syndrome Fou**
**302 W Main St #100**
**Avon, CT 06001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.654**

**Nonpriority creditor's name and mailing address**

**Cornhusker Custom Construction**
**4002 Pacific St**
**Omaha, NE 68105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.655** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Corporations Division**
**PO Box 30702**
**Lansing, MI 48909**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.656** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Corrin Berglund**
**3600 American Blvd W**
**Bloomington, MN 55431**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.657** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cory Cid**
**1939 Opal Drive**
**Aurora, IL 60506**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.658** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Costello School Parent Teacher**
**Organization**
**1333 Hamnman Drive**
**Troy, MI 48085**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.659** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cougar Athletic Club**
**5050 Mallory Lane**
**Franklin, TN 37067**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.660** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Counseling and Family Services**
**330 Sw Washington St**
**Peoria, IL 61602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.661** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**County Court Of Douglas County**
**Civil small Claims**
**1819 Farnam**
**Omaha, NE 68183**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.662 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**County Fire Protection Inc**
**4620 Crystal Parkway**
**Kent, OH 44240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.663 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**County Of Hennepin**
**Independent School Dist #279**
**11200 93rd Avenue North**
**Maple Grove, MN 55369**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.664 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Courtney Barber**
**6933 Wexford Hill Ln**
**Holland, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.665 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Courtney Dechaine**
**140 21st Ave N**
**Saint Cloud, MN 56303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.666 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Courtney Eastman**
**2037 N 153rd Ave**
**Omaha, NE 68116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.667 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Courtney N Smith**
**1129 S Sherman Dr**
**Indianapolis, IN 46203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.668 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cowern Parent Teacher Group**
**2131 Margaret St**
**North Saint Paul, MN 55109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.669** | Nonpriority creditor's name and mailing address

**Cox Communications**
**PO Box 248871**
**Oklahoma City, OK 73124-8871**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.670** | Nonpriority creditor's name and mailing address

**Cozzini Bros Inc**
**350 Howard Avenue**
**Des Plaines, IL 60018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,912.94**

---

**3.671** | Nonpriority creditor's name and mailing address

**Craig Ahmann**
**5831 55th Ave S**
**Fargo, ND 58104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.672** | Nonpriority creditor's name and mailing address

**Craig Miller**
**19101 Mystic Pointe Dr #1501**
**Aventura, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.673** | Nonpriority creditor's name and mailing address

**Craig Wyttenbach**
**8868 Sunstone Ln**
**Middleton, WI 53562**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.674** | Nonpriority creditor's name and mailing address

**Crawford Co**
**1306 Mill Street**
**Rock Island, IL 61201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.675** | Nonpriority creditor's name and mailing address

**Crci Inc**
**7456 Washington Ave South**
**Eden Prairie, MN 55344**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.676** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Creative Publishing Solutions**
**1877 West 4000 South**
**Roy, UT 84067**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.677** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Credence Resource Management L**
**PO Box 2268**
**Southgate, MI 48195-4268**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.678** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Creekside Hearth Patio and Bbq**
**515 S Main St**
**Almont, MI 48003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.679** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cretelift LLC**
**1925 W Millbrook Rd**
**Mount Pleasant, MI 48858**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.680** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Creve Coeur Cham Of Commerce**
**10950 Olive Blvd**
**Creve Coeur, MO 63141**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.681** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cribbs Landscaping Inc**
**PO Box 901**
**Bettendorf, IA 52722-0016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.682** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cristino Gavarrete**
**15515 Sw 172nd Ter**
**Miami, FL 33187**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.683** **Nonpriority creditor's name and mailing address**

**Crunchtime! Information Systems Inc**
**129 Portland Street**
**Boston, MA 02114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.684** **Nonpriority creditor's name and mailing address**

**Crystal Welding Inc**
**17601 113th Ave N**
**Maple Grove, MN 55369**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.685** **Nonpriority creditor's name and mailing address**

**Culligan Water Cond**
**7165 Boone Ave N**
**Brooklyn Park, MN 55428**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.686** **Nonpriority creditor's name and mailing address**

**Culligan Water Cond**
**PO Box 77043**
**Dept 8799**
**Minneapolis, MN 55480-7743**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$227.69**

---

**3.687** **Nonpriority creditor's name and mailing address**

**Culligan Water Cond**
**1510 W 51st St**
**Sioux Falls, SD 57105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.688** **Nonpriority creditor's name and mailing address**

**Cumulus Radio Corp**
**3650 Momentum Place**
**Chicago, IL 60689-5336**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.689** **Nonpriority creditor's name and mailing address**

**Cumulus Radio Corp**
**3637 Momentum Place**
**Chicago, IL 60689-5336**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.690 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Curts Lock& Key**
**1102 Main Ave**
**Fargo, ND 58103-1755**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,139.56** |

**Custom Tree Movers LLC**
**3815 E Sheperd St**
**Sioux Falls, SD 57103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.692 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Cuttin It Close**
**317 Hancock**
**Peoria, IL 61603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Cuyahoga Cnty Board Of Health**
**5550 Venture Dr**
**Parma, OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32.12** |

**Cvb Inc**
**2602 Pear Street**
**PO Box 3060**
**Saint Joseph, MO 64503-0060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Cynmar Corp**
**86475 Gene Lasserre Blvd**
**Yulee, FL 32097**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Cypress Media LLC**
**1729 Grand Blvd**
**Kansas City, MO 64108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|

Name

---

| 3.697 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$162.46** |
|---|---|---|---|

**D and D Signs LLC**
**751 N 114th St**
**Omaha, NE 68154**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**D and M Enterprises Llp**
**1616 Spoonbill Lane Unit B**
**Naples, FL 34105**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dacotah Paper Co Inc**
**3940 15th Ave N**
**Fargo, ND 58102**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$138.50** |
|---|---|---|---|

**Dahlheimer Distrib**
**PO Box 336**
**Monticello, MN 55362**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.701 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dakota Beverage**
**4532 North Cliff Ave**
**Sioux Falls, SD 57104**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$242.60** |
|---|---|---|---|

**Dakota Burke Inc**
**625 S Washington St**
**Alexandria, VA 22314**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dakota Cnty Regional**
**Cham Of Commerce**
**3352 Sherman Ct Dtr 201**
**Eagan, MN 55121**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

| 3.704 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,644.03** |
|---|---|---|---|

**Dakota County Treasurer**
**14955 Galaxie Ave**
**Attn Kaylene Retka**
**Apple Valley, MN 55124**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,905.85** |
|---|---|---|---|

**Dakota Electric**
**PO Box 64427**
**Saint Paul, MN 55164-0427**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dakota Entertainment LLC**
**27119 Sd Hwy 115**
**Harrisburg, SD 57032**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dakota Flame Defense LLC**
**4472 159th Avenue Se**
**Davenport, ND 58021**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,172.02** |
|---|---|---|---|

**Dakota Gasket LLC**
**PO Box 163**
**West Fargo, ND 58078**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,099.47** |
|---|---|---|---|

**Dakota Refrigeration Inc**
**4322 15th Ave N**
**Fargo, ND 58102**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dakota Wine Merchants**
**PO Box 10136**
**Fargo, ND 58106**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|

Name

---

**3.711** | Nonpriority creditor's name and mailing address

**Dale R Schaub**
**PO Box 71103**
**Rochester, MI 48307**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.712** | Nonpriority creditor's name and mailing address

**Dalmatian Fire Equipment Ltd**
**531 Monroe Street**
**Dolton, IL 60419-1134**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,213.30**

---

**3.713** | Nonpriority creditor's name and mailing address

**Damien D Harris**
**2513 Jameson Street**
**Temple Hills, MD 20748**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.714** | Nonpriority creditor's name and mailing address

**Dan Dygert**
**12930 Dellinger Drive**
**Fishers, IN 46038**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.715** | Nonpriority creditor's name and mailing address

**Dana Lipsky**
**126 N London Ave**
**Rockford, IL 61107**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.716** | Nonpriority creditor's name and mailing address

**Dance Expressions LLC**
**27421 Harper**
**Saint Clair Shores, MI 48081**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.717** | Nonpriority creditor's name and mailing address

**Daniel G Race**
**920 Tecumseh Ave**
**Hammond, IN 46327-3138**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.718** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Daniel J Fowler**
**404 N Western Ave**
**Peoria, IL 61606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.719** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Daniel Sederstrom**
**11450 Albavar Path**
**Inver Grove Heights, MN 55077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.720** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Daniel Sothmann**
**1223 Main Ave**
**Cordova, IL 61242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.721** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Daniel Villarreal**
**5430 Midvale Dr #4**
**Rockford, IL 61108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.722** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00**

**Daniel Vincent Burgess**
**1724-A Fayette Walk**
**Hoffman Estates, IL 60169-6849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.723** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Danielle Burciaga**
**1426 Heritage Dr**
**Canton, MI 48188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.724** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Danielle Dell**
**8801 Grace**
**Shelby Township, MI 48317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|

Name

---

**3.725** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Danielle Lonczkowski**
**699 W Big Beaver Rd**
**Troy, MI 48084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.726** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Danielle M Black**
**167 Rossmor Court**
**Pittsburgh, PA 15229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.727** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Danielle Smith**
**1306 Rice St**
**Saint Paul, MN 55117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.728** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Danielson Enterprises Inc**
**751 N 114th St**
**Omaha, NE 68154-1515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.729** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dannie R Spradlin Jr**
**4323 Herdmans Circle**
**Maumee, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.730** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Daria K Seaton**
**5429 13th St Nw**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.731** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$931.00**

**Darling Ingredients Inc**
**PO Box 552210**
**Detroit, MI 48255-2210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.732**

**Nonpriority creditor's name and mailing address**

**Darling Intnl Inc Cc**
**PO Box 552210**
**Detroit, MI 48255-2210**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.733**

**Nonpriority creditor's name and mailing address**

**Darrell K Barney**
**7803 Nw 114th Path**
**Medley, FL 33178**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.734**

**Nonpriority creditor's name and mailing address**

**Dave Hudson**
**813 N. Linden St.**
**Northfield, MN 55057**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.735**

**Nonpriority creditor's name and mailing address**

**Daveyon Wilkinson**
**4253 Crane**
**Detroit, MI 48214**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.736**

**Nonpriority creditor's name and mailing address**

**David Hill**
**1214 Glenhaven**
**Baltimore, MD 21239**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.737**

**Nonpriority creditor's name and mailing address**

**David Kirkland**
**7140 Harrison Ave Ste 108**
**C/O Granite City**
**Rockford, IL 61112**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.738**

**Nonpriority creditor's name and mailing address**

**David Lewandowski**
**1601 Eagles Crest Avenue #B1**
**Davenport, IA 52804**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.739** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$379.06**

**David Long and Assoc Inc**
**312 Crowatan Rd**
**Castle Hayne, NC 28429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.740** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$194.34**

**David Mosow**
**109 Duluth Avenue**
**Nashville, TN 37209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.741** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**David Sprague**
**1500 N 132nd Terr**
**Kansas City, KS 66109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.742** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**David Stiving**
**3034 Frampton Dr Apt 4**
**Toledo, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.743** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**David Thompson**
**1100 Annie Dr**
**Winterset, IA 50273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.744** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**David William Sabers**
**100 East State Street**
**Monroe, SD 57047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.745** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Davis Brown Koehn Shors and Ro**
**215 10th St Ste 1300**
**Des Moines, IA 50309-3993**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.746**

**Nonpriority creditor's name and mailing address**

**Dawn C Wilson**
**202 Louise**
**Highland Park, MI 48203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.747**

**Nonpriority creditor's name and mailing address**

**Dawn Regan**
**2726 Allington Road**
**Saint Clair, MI 48079**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.748**

**Nonpriority creditor's name and mailing address**

**Daymark Safety Systems**
**12836 South Dixie Highway**
**Bowling Green, OH 43402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.749**

**Nonpriority creditor's name and mailing address**

**Dc Child Support Clearinghouse**
**PO Box 37868**
**Washington, DC 20013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.750**

**Nonpriority creditor's name and mailing address**

**Dc Treasurer**
**Unclaimed Property Unit**
**1101 4th Street Sw Ste 800w**
**Washington, DC 20024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.751**

**Nonpriority creditor's name and mailing address**

**Ddm Landscape**
**640 51st Street**
**Marion, IA 52302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$90.95**

---

**3.752**

**Nonpriority creditor's name and mailing address**

**Dean Foods Nc Inc**
**PO Box 1450**
**Nw 8318**
**Minneapolis, MN 55485-8318**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$2,885.91**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.753 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dean Nida & Associates LLC**
**445 South Shore Drive**
**Sarasota, FL 34234**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dean Nida and Associates LLC**
**445 S Shore Dr**
**Sarasota, FL 34234**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Debbie Mcmillan Barrett Clerk**
**135 4th Ave S**
**General Sessions Court**
**Franklin, TN 37064**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,785.00** |
|---|---|---|---|

**Declarks Landscaping Inc**
**13800 33 Mile Rd**
**Romeo, MI 48065**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Delonte E Duff**
**4753 Summertime Dr**
**Oxon Hill, MD 20745**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Delores A Elliot**
**4321 N Linwood Ave**
**Davenport, IA 52806**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Deluxe Group Inc**
**625 Bakers Bridge Ave Ste 105**
**Franklin, TN 37067**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.760**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| **Demos Fruit Fly Exterminators** | ☐ Contingent |
| **834 Sunrise Pl** | ☐ Unliquidated |
| **Roselle, IL 60172** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$600.00**

---

**3.761**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| **Denise Cundell Day** | ☐ Contingent |
| **1411 W 58th Street** | ☐ Unliquidated |
| **Davenport, IA 52806** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown**

---

**3.762**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| **Denise Lenaghan** | ☐ Contingent |
| **2306 Heritage Dr** | ☐ Unliquidated |
| **Saint Cloud, MN 56301** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown**

---

**3.763**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| **Denison Parking Inc** | ☐ Contingent |
| **49 West Maryland St #138** | ☐ Unliquidated |
| **Indianapolis, IN 46204** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown**

---

**3.764**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| **Dennis D Garrigus** | ☐ Contingent |
| **1301 Heritage Road W** | ☐ Unliquidated |
| **Normal, IL 61761** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown**

---

**3.765**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| **Dennis Ledbetter** | ☐ Contingent |
| **9517 49th Place** | ☐ Unliquidated |
| **College Park, MD 20740** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown**

---

**3.766**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| **Dennis Mcgovern** | ☐ Contingent |
| **13868 Clare Downs Way** | ☐ Unliquidated |
| **Rosemount, MN 55068** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.767** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,007.78**

**Dennys 5th Avenue Bakery**
**PO Box 856090**
**Minneapolis, MN 55485-6090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.768** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Department Of Public Utilities**
**Ohio Building**
**PO Box 10017**
**Toledo, OH 43699-0017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.769** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,948.74**

**Dependable Building Maintenanc**
**4645 W 138th St**
**Crestwood, IL 60445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.770** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Dept Of Assessments**
**And Taxation**
**PO Box 17052**
**Baltimore, MD 21297-1052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.771** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Dept Of Assessments &**
**Taxation Gcnh**
**301 W Preston St Ch Div Rm 801**
**Baltimore, MD 21201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.772** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Dept Of Inspections Appeals**
**Lucas State Office Bldg**
**Food and Cons Sfty Bur**
**Des Moines, IA 50319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.773** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Dept Of Revenue**
**Special Tax Division**
**445 E Capitol Ave**
**Pierre, SD 57501-3100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

**3.774** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dept Of Treasury**
**PO Box 30149**
**Collection Services Bureau**
**Lansing, MI 48909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.775** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Derek Schillinger**
**PO Box 417**
**Ulman, MO 65083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.776** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Des Moines A To Z Party Rental**
**2250 Fuller Rd**
**West Des Moines, IA 50265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.777** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Design Temperature Service Eng**
**11026 Gravois Ind Ct**
**Saint Louis, MO 63128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.778** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Designer Lawns LLC**
**6631 Washington Ave**
**Windsor Heights, IA 50324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.779** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Desirae Coleman**
**1705 W Fredonia Ave**
**Peoria, IL 61606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.780** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Destination Travel Network**
**7458 N La Cholla Blvd**
**Suite 100**
**Tucson, AZ 85741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.781** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Destination Whitehouse Inc**
6729 Providence St
PO Box 257
Whitehouse, OH 43571

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.782** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Det Distrib Fintech**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.783** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Detroit Industrial Cleaners In**
24681 Northwestern Hwy #400 H
Southfield, MI 48075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.784** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Detroit Metro Convention &**
**Visitors Bureau**
Dept 117701 PO Box 67000
Detroit, MI 48267-1777

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.785** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Deven G Smalley**
3410 Stonesboro Road
Fort Washington, MD 20744

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.786** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Devin Link**
1801 J Street Apt 306
Lincoln, NE 68508

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.787** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Devin Sipp**
1828 Abriter Ct
Naperville, IL 60563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.788**　**Nonpriority creditor's name and mailing address**

Devon Giesen
4300 W Kathleen St
Sioux Falls, SD 57107

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.789**　**Nonpriority creditor's name and mailing address**

Dgva International Bakery LLC
PO Box 223400
Hollywood, FL 33022

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$386.77**

---

**3.790**　**Nonpriority creditor's name and mailing address**

Diane Hesson
3534 Inverness Blvd
Carmel, IN 46032

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.791**　**Nonpriority creditor's name and mailing address**

Dick Wagner Cutlery Service
PO Box 327
Richard Wagner
Tower, MN 55790

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$60.99**

---

**3.792**　**Nonpriority creditor's name and mailing address**

Dig It For Dave
8056 Colley St
Lincoln, NE 68505

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.793**　**Nonpriority creditor's name and mailing address**

Dinova Inc
6455 East Johns Crossing
Ste 220
Johns Creek, GA 30097

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$80,164.52**

---

**3.794**　**Nonpriority creditor's name and mailing address**

Direct Energy Business
PO Box 660749
Dallas, TX 75266

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.795**

**Nonpriority creditor's name and mailing address**
**Direct Mechanical Inc**
**711 Morse Ave**
**Schaumburg, IL 60193**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.796**

**Nonpriority creditor's name and mailing address**
**Director Alcohol and**
**Gambling Enforcement**
**444 Cedar St Suite 133**
**Saint Paul, MN 55101-5133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.797**

**Nonpriority creditor's name and mailing address**
**Directv**
**PO Box 105249**
**Atlanta, GA 30348-5249**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.798**

**Nonpriority creditor's name and mailing address**
**Directv LLC**
**PO Box 5006**
**Carol Stream, IL 60197-5006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$8,249.19**

---

**3.799**

**Nonpriority creditor's name and mailing address**
**Discount Waste and**
**Recycling Inc**
**PO Box 4066**
**Alpharetta, GA 30023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.800**

**Nonpriority creditor's name and mailing address**
**Discover Tennessee Inc**
**1115 Thorncrest Rd**
**Nashville, TN 37211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.801**

**Nonpriority creditor's name and mailing address**
**Discoverlink Inc**
**1525 Kautz Road Ste 700**
**West Chicago, IL 60185**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|

---

| 3.802 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,698.30** |
|---|---|---|---|

**Discovery Benefits Inc**
**PO Box 9528**
**Fargo, ND 58106-9528**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.803 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$101.65** |
|---|---|---|---|

**Diversifire Systems Inc**
**13830 Nw 19th Avenue**
**Opa Locka, FL 33054-4218**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.804 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dixon Fisheries Inc**
**1807 N Main Street**
**East Peoria, IL 61611**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.805 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Djs Heating& Air Conditioning**
**6060 Labeaux Ave Ne**
**Albertville, MN 55301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.806 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Doetsch Industrial Svcs Inc**
**21221 Mullin Ave**
**Warren, MI 48089**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.807 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dogs Forever Of Iowa**
**809 Rockford Rd**
**Cedar Rapids, IA 52404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.808 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Doll Distrib Fintech**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.809** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dominion East Ohio**
**PO Box 26785**
**Richmond, VA 23261-6785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.810** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Don Stegman**
**3313 68th Ave N**
**Brooklyn Center, MN 55429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.811** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Don Wood Plumbing Co Inc**
**PO Box 680637**
**Franklin, TN 37068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.812** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Donna Ann Cook**
**1440 Nw Vivion Rd**
**Kansas City, MO 64118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.813** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Doodad Inc**
**6110 Irvington Rd**
**Omaha, NE 68134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.814** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Door Closer Service Co Inc**
**2509 N Emerson Ave**
**Indianapolis, IN 46218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.815** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Doria Brooks**
**200 American Way**
**Oxon Hill, MD 20745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
| | Name | | |

---

| 3.816 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$380.00** |

**Doris Lane**
**8320 Karl Ridge Rd**
**Lincoln, NE 68506**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Double H Paving Inc**
**27275 Verhey Place**
**Tea, SD 57064**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Doug Benz**
**5934 Nw 90th Terr**
**Kansas City, MO 64154**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.819 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$281,573.15** |

**Doug Johnson**
**PO Box 90406**
**Sioux Falls, SD 57109**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |

**Doug Lattin**
**8362 Tamarack Village Ste 119**
**Woodbury, MN 55125**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Doug Mccann**
**5540 Wild Horse Dr**
**Indianapolis, IN 46239**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.822 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Douglas County Treasurer**
**PO Box 2855**
**Omaha, NE 68103-2855**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|

Name

---

| 3.823 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Douglas M Pyles**
**603 Bay Front Dr**
**Fort Washington, MD 20744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Douglas Ventures LLC**
**PO Box 1604**
**Maryland Heights, MO 63043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**Dover Grease Traps**
**16585 13 Mile Rd**
**Fraser, MI 48026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Down Syndrome Association Of**
**Northease Indiana Dsani**
**PO Box 13611**
**Fort Wayne, IN 46865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Down Syndrome Diagnosis Networ**
**PO Box 140**
**Stillwater, MN 55082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Down Syndrome Guild Of Greater**
**5960 Dearborn**
**Mission, KS 66202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Down Syndrome Indiana**
**708 E Michigan Street**
**Indianapolis, IN 46202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.830**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Down The Drain Services LLC**<br>**PO Box 57151**<br>**Des Moines, IA 50317** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.831**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Downers Grove Chamber Of Comme**<br>**2001 Butterfield Rd**<br>**Downers Grove, IL 60515** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.832**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Dp Mechanical Services LLC**<br>**PO Box 39568**<br>**Indianapolis, IN 46239** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.833**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Dr Vinyl Om**<br>**PO Box 460818**<br>**Papillion, NE 68046** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.834**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Draft Doctors LLC**<br>**1885 New Hope Road**<br>**Joelton, TN 37080** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.835**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Drew Elliott Merten**<br>**15765 Flackwood Trail**<br>**Apple Valley, MN 55124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.836**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Drike Inc**<br>**315 S Union St**<br>**Mishawaka, IN 46544** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|

Name

---

| 3.837 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Drury Development Corp**
**13075 Manchester Rd Ste 200**
**Attn Melinda Steamer Lease Adm**
**Saint Louis, MO 63131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Drury Plaza Hotel Franklin**
**Dept 0154**
**1874 West Mcewen Drive**
**Franklin, TN 37067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Ds Beverages Inc**
**201 17th St N**
**Moorhead, MN 56560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,644.83** |

**Dte Energy**
**PO Box 740786**
**Cincinnati, OH 45274-0786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.841 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Duane Joseph Bible**
**1742 Cottonwood Cir**
**Saint Cloud, MN 56303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Duff and Phelps Holdings Inc**
**55 E 52nd St 31st Fl**
**New York, NY 10055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Duke Realty Limited Partnershi**
**75 Remittance Dr Ste 3205**
**Chicago, IL 60675-3205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.844** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$139.06**

**Dumor Water Specialists Inc.**
**4405 Wyland Drive**
**Elkhart, IN 46516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.845** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dunbar Armored Service Inc**
**PO Box 64115**
**Baltimore, MD 21264-4115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.846** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,655.05**

**Dunbar Mechanical Inc**
**PO Box 352350**
**Toledo, OH 43635-2350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.847** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$114.71**

**Dunbar Security Products Inc**
**8525 Kelso Dr Ste L**
**Baltimore, MD 21221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.848** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dupage Cnty Health Dept**
**111 N County Farm Rd**
**Wheaton, IL 60187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.849** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dupage Convalescent Center Fou**
**400 N County Farm Road**
**Wheaton, IL 60187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.850** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00**

**Dupage Convention and Visitors**
**915 Harger Rd Ste 120**
**Oak Brook, IL 60523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

**3.851** | **Nonpriority creditor's name and mailing address**

**Dupage Pads Inc**
**600 W Liberty**
**Wheaton, IL 60187**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.852** | **Nonpriority creditor's name and mailing address**

**Dustin Weiss**
**11092 Xylon Ave N**
**Champlin, MN 55316**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.853** | **Nonpriority creditor's name and mailing address**

**Dwd-Ui**
**Div Of Unemployment Insurance**
**201 E Washington Ave**
**Madison, WI 53703**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.854** | **Nonpriority creditor's name and mailing address**

**Dynamic Mom Inc**
**145 S Livernois #158**
**Rochester, MI 48307**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.855** | **Nonpriority creditor's name and mailing address**

**Dynamite Brewing LLC**
**5000 N River Rd**
**Schiller Park, IL 60176**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.856** | **Nonpriority creditor's name and mailing address**

**E and J Tropical Awning Outlet**
**17832 Sw 176th St**
**Miami, FL 33187**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.857** | **Nonpriority creditor's name and mailing address**

**E Solutions LLC Judy Stangler**
**1801 E 115th St**
**Burnsville, MN 55337**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.858 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eagle Brands Sales Fintech**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eagle Group Of Mn Veterans Inc**
**6500 Parnell Ave**
**Edina, MN 55435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.860 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Earnest Brew Works LLC**
**4342 S Detroit Ave**
**Toledo, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**East Peoria Cham Of Commerce**
**201 Clock Tower Drive**
**East Peoria, IL 61611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**East Peoria Water and Sewer De**
**401 W Washington**
**East Peoria, IL 61611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Easter Seals Metropolitan**
**Chicago Inc.**
**1939 W 13th St**
**Chicago, IL 60608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Easter Seals Northern Ohio**
**2173 N Ridge Road**
**Lorain, OH 44055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.865** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Eastown Distributors Company**
**14400 Oakland Ave**
**Highland Park, MI 48203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.866** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ecm Publishers Inc**
**4095 Coon Rapids Blvd Nw**
**Minneapolis, MN 55433-2523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.867** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,655.08**

**Ecolab Food Safety Specialties**
**24198 Network Place**
**Chicago, IL 60673-1241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.868** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,976.48**

**Ecolab Inc**
**26397 Network Place**
**Chicago, IL 60673-1263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.869** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,425.04**

**Ecolab Inc**
**PO Box 70343**
**Chicago, IL 60673-0343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.870** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$890.52**

**Ecolab Pest Elim Div**
**26252 Network Place**
**Chicago, IL 60673-1262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.871** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ecolabgcs**
**24673 Network Place**
**Chicago, IL 60673-1246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 3.872 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$214.00** |
|---|---|---|---|

**Ecoroq**
**14 Sunridge Drive**
**Coraopolis, PA 15108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ecosure**
**655 Lone Oak Drive**
**Bldg D**
**Saint Paul, MN 55121-1652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Educated Mommy Inc**
**207 W 37th St**
**Sioux Falls, SD 57105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$179,084.48** |
|---|---|---|---|

**Edward Don & Co**
**2562 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.876 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edward J White Inc**
**1011 South Michigan Street**
**South Bend, IN 46601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edward Pickens**
**3945 2nd St**
**Saint Cloud, MN 56301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,609.12** |
|---|---|---|---|

**Eec Acquisition LLC**
**PO Box 74008980**
**Chicago, IL 60674-8980**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number (if known) | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

**3.879**

**Nonpriority creditor's name and mailing address**

**Efax Corporate**
**PO Box 51873**
**Los Angeles, CA 90051-6173**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.880**

**Nonpriority creditor's name and mailing address**

**Eileen Rech**
**5721 Meadowood Drive**
**Madison, WI 53711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.881**

**Nonpriority creditor's name and mailing address**

**El Jay Plumbing and Heating In**
**520 Apolo Avenue Ne**
**Saint Cloud, MN 56304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.882**

**Nonpriority creditor's name and mailing address**

**Electrical Appliance Repair Se**
**5805 Valley Belt Road**
**Independence, OH 44131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.883**

**Nonpriority creditor's name and mailing address**

**Electrical Enterprises Inc**
**PO Box 421**
**Clarkston, MI 48347**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.884**

**Nonpriority creditor's name and mailing address**

**Electro Watchman Inc**
**1 West Water St**
**Suite 110**
**Saint Paul, MN 55107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.885**

**Nonpriority creditor's name and mailing address**

**Electronic Contracting Co Inc**
**PO Box 29195**
**Lincoln, NE 68529**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|--------|---------------------------------------|---------------------------|--------------|
| | Name | | |

---

| 3.886 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Elena Czyz**
**8461 Nw Prairie View Dr**
**Kansas City, MO 64153**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Elijah Everett Eaton**
**380 Upper Service Road**
**Hookstown, PA 15050**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.888 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Eliza Bryant Village Inc**
**7201 Wade Park Ave**
**Cleveland, OH 44103**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Elizabeth Vander Grift**
**4304 N Colorado Ave**
**Sioux Falls, SD 57107**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Ella Floral Group LLC**
**2827 Freeman St**
**Fort Wayne, IN 46802**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Ellen M Tjaden**
**1913 3rd Ave**
**Marion, IA 52302**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Ellsworth Coop Telephone Assn**
**PO Box 458**
**Ellsworth, IA 50075-0458**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
| --- | --- | --- | --- |
| | Name | | |

| 3.893 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Elyse B Obsniuk**
29455 James St
Garden City, MI 48135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.894 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,645.50** |
| --- | --- | --- | --- |

**Emerald Green Lawncare Inc**
420 E Hwy 30
Lisbon, IA 52253

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.895 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Emerging Pearls Foundation**
9165 Otis Ave Ste 238
Indianapolis, IN 46216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Emilie S Tomlinson**
2722 Neff Street
Elkhart, IN 46514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Emilo C De Armas**
8225 Sw 188 St
Miami, FL 33157

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.898 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Emily A Oberle**
351 Bannock St
Fort Collins, CO 80524

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.899 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Emily Fleiner**
1906 Kenzie Drive
Pittsburgh, PA 15205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.900**   Nonpriority creditor's name and mailing address

**Emily Orlich**
**1906 Kenzie Drive**
**Pittsburgh, PA 15205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.901**   Nonpriority creditor's name and mailing address

**Emily Perez**
**4933 Sw 129 Avenue**
**Miami, FL 33175**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.902**   Nonpriority creditor's name and mailing address

**Emily Scott**
**214 4th Ste E #207**
**Saint Paul, MN 55101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.903**   Nonpriority creditor's name and mailing address

**Emmaculate Reflections LLC**
**5440 N State Rd 7 Ste 223**
**Fort Lauderdale, FL 33319**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.904**   Nonpriority creditor's name and mailing address

**Empire Distributors Of**
**Tennessee Inc**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.905**   Nonpriority creditor's name and mailing address

**Empire Enterprises Intl Inc**
**7950 Nw 53rd St Ste 337**
**Miami, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.906**   Nonpriority creditor's name and mailing address

**Employment Screenings Svcs Inc**
**Dept K PO Box 830520**
**Birmingham, AL 35283**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$352.00**

---

Debtor    **Granite City Food & Brewery Ltd.**

Name

Case number *(if known)*    **19-43756**

---

| 3.907 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Emr**
**9100 Yellow Brick Rd**
**Suite H**
**Rosedale, MD 21237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.908 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$473.45** |
|---|---|---|---|

**Ems Detergent Services Co Inc**
**390 Herky St Ste 4w**
**North Liberty, IA 52317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.909 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,308.83** |
|---|---|---|---|

**Encore One LLC**
**PO Box 9201 Mi 10**
**Minneapolis, MN 55480-9201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.910 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**End Zone Athletics**
**PO Box 530898**
**Grand Prairie, TX 75053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.911 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Energy City Brewing LLC**
**2 1/2 W Wilson St Ste A1**
**Batavia, IL 60510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.912 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Engledow Inc**
**1100 E 116th Street**
**Carmel, IN 46032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.913 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$317.85** |
|---|---|---|---|

**Enviromaster Inc**
**PO Box 90026**
**Sioux Falls, SD 57109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.914 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,423.67** |
| --- | --- | --- | --- |

**Enviromaster Svcs**
**PO Box 12350**
**Charlotte, NC 28220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.915 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,844.53** |
| --- | --- | --- | --- |

**Enviromatic Corp Of America**
**5936 Pillsbury Avenue South**
**Minneapolis, MN 55419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.916 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Epiphany Evangelical Lutheran**
**915 N Reynolds Rd**
**Toledo, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.917 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,447.65** |
| --- | --- | --- | --- |

**Equiniti Trust Co Inc**
**PO Box 856686**
**Minneapolis, MN 55485-6686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.918 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Er Pumping Service Corp**
**PO Box 266603**
**Fort Lauderdale, FL 33326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.919 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Eric Curry**
**372 Abbedale Court**
**Carmel, IN 46032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.920 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Eric Fuller**
**33075 Allen**
**Livonia, MI 48154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.921** | **Nonpriority creditor's name and mailing address**

**Eric Sredzinski**
**19552 Northridge Dr**
**Northville, MI 48167-2912**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.922** | **Nonpriority creditor's name and mailing address**

**Erickson Electric Co Inc**
**212 North 8th Ave**
**Saint Cloud, MN 56303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.923** | **Nonpriority creditor's name and mailing address**

**Erickson Plumbing and Heating**
**230-35 Th St**
**Moline, IL 61265**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.924** | **Nonpriority creditor's name and mailing address**

**Erik Lyons**
**527 Wet Sand Dr**
**Severn, MD 21144**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.925** | **Nonpriority creditor's name and mailing address**

**Erik Schelesky**
**4214 3 Oaks Drive Apt 3b**
**Troy, MI 48098**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.926** | **Nonpriority creditor's name and mailing address**

**Erin R Schillinger**
**2405 23rd Ave A**
**Moline, IL 61265**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.927** | **Nonpriority creditor's name and mailing address**

**Ermco Inc**
**PO Box 1507**
**Indianapolis, IN 46206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.928**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Essentials LLC**<br>**6333 Apples Way Ste 115**<br>**Lincoln, NE 68516** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.929**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Etc Neon Incorporated**<br>**6601 Ridgeview Drive**<br>**Minneapolis, MN 55439** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.930**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Euclid Beverage**<br>**200 Overland Drive**<br>**IL 60562** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.931**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Euclid Glass and Steel Door In**<br>**4560 Glenbrook Rd**<br>**Willoughby, OH 44094** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.932**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Euclid Municipal Court**<br>**555 E 222 St**<br>**Euclid, OH 44123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.933**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **EUGENE E MCGOWAN SR**<br>**350 S. Main Ave, #605**<br>**Sioux Falls, SD 57104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.934**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Eugene E Mcgowan Sr**<br>**350 S Main Ave #605**<br>**Sioux Falls, SD 57104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.935 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Evan Laroche**
**1206 Englewood Ave**
**Saint Paul, MN 55104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.936 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Evan Strauel**
**2332 Crabtree Ave**
**Woodridge, IL 60517**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.937 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Evangelical Lutheran Church Of**
**Our Redeemer**
**9135 Shelley Ave**
**Saint Louis, MO 63114-4812**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.938 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Events Rental LLC**
**4021 Lowell Cir #1**
**Lincoln, NE 68502**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.939 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ever Onward Inc**
**1153 Bergen Parkway**
**Suite I Box 123**
**Evergreen, CO 80439**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.940 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Everett Rogers**
**285 Frances Lane**
**104**
**Lansing, KS 66043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.941 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,742.00** |
|---|---|---|---|

**Evolving Solutions Inc**
**3989 County Road 116**
**Hamel, MN 55340**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.942** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Excell LLC**
**PO Box 18**
**Peculiar, MO 64078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.943** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Exchange Club Of Dupage County**
**340 Quadrangle Dr Ste A**
**Bolingbrook, IL 60440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.944** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Executive Maint Systems**
**PO Box 31224**
**Independence, OH 44131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.945** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Exsell Inc**
**800 S Home Ave**
**Park Ridge, IL 60068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.946** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$790.00**

**Extra Space Mngt Inc**
**497 Liberty Pike**
**Franklin, TN 37064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.947** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$369.02**

**Eyman Plumb Inc**
**8506 South 117th Street**
**La Vista, NE 68128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.948** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Ez Plumb Co Inc**
**400 Lincoln Street**
**Verona, WI 53593**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.949** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Fabiano Bros Inc**
**1885 Bevanda Ct**
**Bay City, MI 48706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.950** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Faith Evangelical Lutheran**
**Church & School**
**8701 Adams Street**
**Lincoln, NE 68507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.951** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Falcon Fire Protection Inc**
**1239 A Clay Street**
**Kansas City, MO 64116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.952** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,319.90**

**Fallen Timbers Ohio LLC**
**PO Box 368**
**Emerson, NJ 07630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.953** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Fame LLC**
**121 Washington Ave N**
**Minneapolis, MN 55401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.954** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Family Support Payment Center**
**PO Box 109001**
**Jefferson City, MO 65110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.955** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Fancy Plants and Flowers**
**830 S 121st Street**
**Omaha, NE 68154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com |

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.956** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Fargo Moorhead Area Youth Symp**
**808 3rd Ave S Ste 302**
**Fargo, ND 58103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.957** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Fargo Moorhead Choral Artists**
**210 7th St S Ste 100**
**Moorhead, MN 56560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.958** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Fargo Park Disct**
**701 Main Avenue**
**Fargo, ND 58103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.959** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Fargo Rentall Inc**
**3201 32nd St South**
**Fargo, ND 58104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.960** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,708.55**

**Farmer Brothers Company Inc**
**PO Box 732855**
**Dallas, TX 75373-2855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.961** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Fast Drainz Co Inc**
**PO Box 246**
**Deerfield, IL 60015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.962** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Fastsigns Sf**
**709 South Minnesota**
**Sioux Falls, SD 57104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.963** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Father and Sons Carpet Cleanin**
**1735 Huntington Dr Box 15**
**West Fargo, ND 58078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.964** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Fcg Contracting LLC**
**14825 S First St**
**DeKalb, IL 60115-8928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.965** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Fdmd LLC**
**9207 Horseshoe Lake Road**
**Cedar Rapids, IA 52411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.966** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$137.00**

**Fed Ex Freight**
**Dept Ch**
**PO Box 10306**
**Palatine, IL 60055-0306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.967** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$695.32**

**Federal Express**
**PO Box 94515**
**Palatine, IL 60094-4515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.968** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$428.77**

**Federal Express Inc**
**Infosync Account**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.969** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Federal Fireplace Inc**
**3081 Haggerty Rd**
**Walled Lake, MI 48390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.970**

**Nonpriority creditor's name and mailing address**

**Fedex**
**PO Box 371461**
**Pittsburgh, PA 15250-7461**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.971**

**Nonpriority creditor's name and mailing address**

**Fedex Freight Lv**
**PO Box 223125**
**Pittsburgh, PA 15251-2125**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.972**

**Nonpriority creditor's name and mailing address**

**Fedex Ground Inc**
**PO Box 94515**
**Palatine, IL 60094-4515**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.973**

**Nonpriority creditor's name and mailing address**

**Feed My Starving Children**
**6750 W Broadway**
**Minneapolis, MN 55428**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.974**

**Nonpriority creditor's name and mailing address**

**Feeding America Inc.**
**PO Box 96749**
**Washington, DC 20090-6749**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,089.79**

---

**3.975**

**Nonpriority creditor's name and mailing address**

**Felix Barrios**
**1523 Saragosa Ave**
**Miami, FL 33134**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.976**

**Nonpriority creditor's name and mailing address**

**Felling Products Inc**
**PO Box 425**
**Waite Park, MN 56387**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.977 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fernbrook Elementary Pto**
**9661 Fernbrook Ln N**
**Osseo, MN 55369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.978 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Feruci Inc**
**2770 Nw 24th St**
**Miami, FL 33142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.979 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fetching Tails Foundation**
**PO Box 463**
**Itasca, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fevig Oil Company Inc**
**19474 160th Avenue North**
**Felton, MN 56536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.981 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fiedler Law Firm Plc**
**8831 Windsor Parkway**
**Johnston, IA 50131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.982 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,792.31** |
|---|---|---|---|

**Fifth Third Bank**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Finance Dept Treasury Division**
**2 Woodward Ave Rm 105**
**Detroit, MI 48226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.984** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$198.88**

**Finken Water Centers**
3423 County Rd 74
PO Box 7190
Saint Cloud, MN 56302-7190

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.985** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Fintech**
3109 W Dr. MLK Jr. Blvd.
Suite 200
Tampa, FL 33607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.986** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Fire Safety Inc**
1 Helmkamp Dr
PO Box 19
Wood River, IL 62095-0019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.987** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Fire Systems Of Michigan LLC**
26109 Grand River Avenue
Redford, MI 48240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.988** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**First Collections**
PO Box 13225
Grand Forks, ND 58208-3225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.989** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Fish Window Cleaning Lg**
PO Box 413631
Kansas City, MO 64141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.990** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$305.00**

**Fish Window Cleaning Maumee**
PO Box 140893
Toledo, OH 43614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.991 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Fish Window Cleaning Pe**
1904 Ne Monroe St
Peoria, IL 61603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.992 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$950.00** |
|---|---|---|---|

**Fish Window Cleaning Tr**
PO Box 251302
West Bloomfield, MI 48325

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,009.00** |
|---|---|---|---|

**Fishbowl Inc**
PO Box 740513
Atlanta, GA 30374-0513

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Fisher Scientific**
13551 Collecions Ctr Dr
Acct 952446-001
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.995 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Fisk Karz Katz and Regan Ltd**
77 W Washington Street
Ste 900
Chicago, IL 60602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Fite LLC**
PO Box 147
Monrovia, IN 46157

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.997 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Five Star Distrib Fintech**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.998**

**Nonpriority creditor's name and mailing address**

**Flat Earth Holdings LLC**
**688 Minnehaha Ave East**
**Saint Paul, MN 55106**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$140.00

---

**3.999**

**Nonpriority creditor's name and mailing address**

**Fleck Sales**
**11125 High Life Court Sw**
**Cedar Rapids, IA 52404**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.1000**

**Nonpriority creditor's name and mailing address**

**Florida City Gas**
**PO Box 5410**
**Carol Stream, IL 60197-5410**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$824.39

---

**3.1001**

**Nonpriority creditor's name and mailing address**

**Florida Dept Of Financial Svcs**
**PO Box 6350**
**Tallahassee, FL 32314-6350**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.1002**

**Nonpriority creditor's name and mailing address**

**Florida Power and Light**
**Attn: Bankruptcy Department**
**4200 West Flagler Street**
**Coral Gables, FL 33134**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$5,195.98

---

**3.1003**

**Nonpriority creditor's name and mailing address**

**Florida Restaurant& Lodging**
**Assoc**
**230 S Adams Street**
**Tallahassee, FL 32301**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.1004**

**Nonpriority creditor's name and mailing address**

**Florida Seating Inc**
**PO Box 17660**
**Clearwater, FL 33762**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.100
5**

**Nonpriority creditor's name and mailing address**

**Florida State Disbursement Uni
PO Box 8500
Tallahassee, FL 32314**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.100
6**

**Nonpriority creditor's name and mailing address**

**Floyd Total Security Inc
9036 Grand Ave S
Bloomington, MN 55420-3634**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.09**

---

**3.100
7**

**Nonpriority creditor's name and mailing address**

**Food Bank Of Lincoln Inc
4840 Doris Bair Circle Ste A
Lincoln, NE 68504-1465**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.100
8**

**Nonpriority creditor's name and mailing address**

**Foremost
4834 Park Glen Rd
Minneapolis, MN 55416**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.100
9**

**Nonpriority creditor's name and mailing address**

**Forman Glass LLC
5015 E Michigan Ave
Kalamazoo, MI 49048**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.101
0**

**Nonpriority creditor's name and mailing address**

**Fort Wayne Allen County Econom
200 E Main St Ste 800
Fort Wayne, IN 46802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.101
1**

**Nonpriority creditor's name and mailing address**

**Fort Wayne County Department
Of Health
200 E Berry Street Ste 360
Fort Wayne, IN 46802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.101 2**

**Nonpriority creditor's name and mailing address**

**Fort Wayne Prof Baseball LLC**
**1301 Ewing St**
**Fort Wayne, IN 46802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.101 3**

**Nonpriority creditor's name and mailing address**

**Fort Wayne Zoological Society**
**3411 Sherman Blvd**
**Fort Wayne, IN 46808**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.101 4**

**Nonpriority creditor's name and mailing address**

**Foster Mechanical Corp**
**10452 Baur Blvd**
**Saint Louis, MO 63132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$146.77**

---

**3.101 5**

**Nonpriority creditor's name and mailing address**

**Fouad Bashour**
**3879 Maple Avenue**
**Suite 400**
**Dallas, TX 75219**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.101 6**

**Nonpriority creditor's name and mailing address**

**Fouad Bashour**
**3879 Maple Avenue**
**Suite 400**
**Dallas, TX 75219**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.101 7**

**Nonpriority creditor's name and mailing address**

**Foundation For Prader Willi Re**
**340 S Lemon Ave Ste 3620**
**Walnut, CA 91789**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.101 8**

**Nonpriority creditor's name and mailing address**

**Four Day Ray Brewing LLC**
**11671 Lantern Road**
**Fishers, IN 46038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
|        | Name | | |

---

**3.101 9**

**Nonpriority creditor's name and mailing address**

**Four Seasons Heating Air Condi**
**10841 Metea Lane**
**Osceola, IN 46561**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.102 0**

**Nonpriority creditor's name and mailing address**

**Fox Fire Safety Inc**
**4605 Lincolnway East**
**Mishawaka, IN 46544**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.102 1**

**Nonpriority creditor's name and mailing address**

**Fox Valley Fire& Safety Co Inc**
**2730 Pinnacle Drive**
**Elgin, IL 60124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$617.06**

---

**3.102 2**

**Nonpriority creditor's name and mailing address**

**Foxx Equipment Co Inc**
**421 Southwest Blvd**
**Kansas City, MO 64108-2184**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$435.10**

---

**3.102 3**

**Nonpriority creditor's name and mailing address**

**Frames Pest Control Inc**
**4947 W Alexis**
**Sylvania, OH 43560**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.102 4**

**Nonpriority creditor's name and mailing address**

**Francis Properties LLC**
**5507 Valley Dr #6**
**Bettendorf, IA 52722**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$73,765.00**

---

**3.102 5**

**Nonpriority creditor's name and mailing address**

**Francisco R Garza**
**911 Kenmore Rd**
**Rockford, IL 61108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.1026**

**Nonpriority creditor's name and mailing address**

**Franklin Machine Products Inc**
**PO Box 781570**
**Philadelphia, PA 19178**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1027**

**Nonpriority creditor's name and mailing address**

**Franklin Water & Wastewater**
**Dept**
**PO Box 306097**
**Nashville, TN 37230-6097**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1028**

**Nonpriority creditor's name and mailing address**

**Fraternal Order Of Police Ldge**
**130 Auxiliary**
**2233 Burdette**
**Ferndale, MI 48220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1029**

**Nonpriority creditor's name and mailing address**

**Fraternal Order Of Police Wayn**
**2125 Olladale Dr**
**Fort Wayne, IN 46808**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1030**

**Nonpriority creditor's name and mailing address**

**Fred The Fixer Inc**
**309 South Lincoln Ave**
**Sioux Falls, SD 57104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1031**

**Nonpriority creditor's name and mailing address**

**Frederick Grant**
**1100 N Eutaw St**
**Baltimore, MD 21201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1032**

**Nonpriority creditor's name and mailing address**

**Freds Heating and Air Inc**
**6596 S 118th Street**
**Omaha, NE 68137**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.103 3**

**Nonpriority creditor's name and mailing address**

**Freed Plumb Inc**
**615 27th Street**
**Rockford, IL 61108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$252.00**

---

**3.103 4**

**Nonpriority creditor's name and mailing address**

**Freedman Anselmo Lindber**
**PO Box 3228**
**Naperville, IL 60566**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.103 5**

**Nonpriority creditor's name and mailing address**

**Freedom Fresh LLC**
**11001 Nw 124th Street**
**Medley, FL 33178**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,094.55**

---

**3.103 6**

**Nonpriority creditor's name and mailing address**

**Fremont Area United Way**
**445 E 1st Street**
**Fremont, NE 68025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.103 7**

**Nonpriority creditor's name and mailing address**

**Fresh Scents Of Iowa**
**PO Box 10933**
**Cedar Rapids, IA 52410-0933**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$44.83**

---

**3.103 8**

**Nonpriority creditor's name and mailing address**

**Friends Helping Friends Inc**
**PO Box 9764**
**Cedar Rapids, IA 52409**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.103 9**

**Nonpriority creditor's name and mailing address**

**Friends Of The Assateague Stat**
**PO Box 375**
**Berlin, MD 21811**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|

Name

---

**3.104 0**

**Nonpriority creditor's name and mailing address**

**Friends Of Ushers Ferry**
**PO Box 11354**
**Cedar Rapids, IA 52406**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.104 1**

**Nonpriority creditor's name and mailing address**

**Frinks Sewer & Drain**
**PO Box 1004**
**Rockford, IL 61105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.104 2**

**Nonpriority creditor's name and mailing address**

**Front 9 LLC**
**610 Park Shore Dr**
**Cassopolis, MI 49031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.104 3**

**Nonpriority creditor's name and mailing address**

**Front Street Brewery Inc**
**208 E River Dr**
**Davenport, IA 52801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.104 4**

**Nonpriority creditor's name and mailing address**

**Frontier**
**PO Box 740407**
**Cincinnati, OH 45274-0407**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.104 5**

**Nonpriority creditor's name and mailing address**

**Frontier Bootery Inc**
**37495 Kingsburn Dr**
**Livonia, MI 48152**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.104 6**

**Nonpriority creditor's name and mailing address**

**Fss Technologies LLC**
**516 W Campus Drive**
**Arlington Heights, IL 60004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | | |
|---|---|---|---|
| | Name | Case number (if known) | **19-43756** |

---

| 3.104 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**G and K Services Omaha**
**7813 Solution Center**
**Chicago, IL 60677-7008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**G&K Services**
**PO Box 842385**
**Boston, MA 02284-2385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gabriel Rodriguez**
**552 Sw 2ns St Apt #5**
**Miami, FL 33130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gabriel Trust**
**1113 Murfreesboro Rd**
**#106-224**
**Franklin, TN 37064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gail Marie Culbreth**
**205 Box Hall Court**
**Saint Johns, FL 32259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Galaxy America**
**7431 Sawyer Circle**
**Unit 3**
**Port Charlotte, FL 33981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,083.33** |
|---|---|---|---|

**Gallagher Benefit Svcs Inc**
**2850 West Golf Road**
**5th Floor**
**Rolling Meadows, IL 60008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

| 3.105 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gallup Inc**
PO Box 310284
Des Moines, IA 50331-0284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Garda CI Great Lakes Inc**
Lockb#233209
3209 Momentum Place
Chicago, IL 60689-5332

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gasket Guy LLC**
980 Regents Park Dr
Monroe, MI 48161

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gasket Guy Of Nashville LLC**
503 Sharpe Drive
Franklin, TN 37064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gaskets Rock LLC**
409 Parkway View Drive
Pittsburgh, PA 15205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gateway Door Securities LLC**
4014 Chouteau Ave
Saint Louis, MO 63110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70.00** |
|---|---|---|---|

**Gather Technologies Inc**
715 Peachtree St Ne
Atlanta, GA 30308

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**3.106**
**1**

**Nonpriority creditor's name and mailing address**

**Gator Chef Inc**
**100 Frontier Way**
**Bensenville, IL 60106-1124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.106**
**2**

**Nonpriority creditor's name and mailing address**

**Gazette Newspapers Inc**
**PO Box 482**
**Troy, MI 48099**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.106**
**3**

**Nonpriority creditor's name and mailing address**

**Gc Services Lp**
**PO Box 4148**
**Houston, TX 77210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.106**
**4**

**Nonpriority creditor's name and mailing address**

**Gc Wichita Lp**
**201 N Minnesota Avenue**
**Suite 101**
**Sioux Falls, SD 57104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$79,166.60**

---

**3.106**
**5**

**Nonpriority creditor's name and mailing address**

**Geauga County Humane Society**
**15463 Chillicothe Road**
**Novelty, OH 44072**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.106**
**6**

**Nonpriority creditor's name and mailing address**

**Gecko Hospitality**
**Department 4542**
**Carol Stream, IL 60122-4542**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.106**
**7**

**Nonpriority creditor's name and mailing address**

**Geeks Who Drink LLC**
**PO Box 674217**
**Dallas, TX 75287-4217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 3.106 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gene Gray**
**24 Quail Ridge Drive**
**Madison, WI 53717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**General Fire and Safety**
**2431 Fairfield Street**
**Suite A**
**Lincoln, NE 68521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$350.00** |
|---|---|---|---|

**General Fire and Safety Equip**
**5641 South 85th Circle**
**Omaha, NE 68127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**General Security Services Corp**
**9110 Meadowview Rd**
**Minneapolis, MN 55425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Genovese Cutlery LLC**
**10 Linden Court**
**Morton, IL 61550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$82.25** |
|---|---|---|---|

**Genovese Knife Co Inc**
**PO Box 5548**
**Peoria, IL 61601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,165.95** |
|---|---|---|---|

**Get Fresh Produce Inc**
**1441 Brewster Creek Blvd**
**Bartlett, IL 60103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.107
5**

**Nonpriority creditor's name and mailing address**

**Getz Fire Equipment**
**PO Box 419**
**Peoria, IL 61651-0419**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.107
6**

**Nonpriority creditor's name and mailing address**

**Geyer Rental Stcloud**
**1816 St Germain Street**
**Saint Cloud, MN 56301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.107
7**

**Nonpriority creditor's name and mailing address**

**Gfsii LLC**
**PO Box 3257**
**Saginaw, MI 48605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.107
8**

**Nonpriority creditor's name and mailing address**

**Ggp Nimbus Lp**
**PO Box 86**
**Minneapolis, MN 55486-1495**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.107
9**

**Nonpriority creditor's name and mailing address**

**Ggplp Prime LLC**
**PO Box 776250**
**Chicago, IL 60677-6250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.108
0**

**Nonpriority creditor's name and mailing address**

**Gha Technologies Inc**
**Dept 2090**
**PO Box 29661**
**Phoenix, AZ 85038-9661**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$851.34**

---

**3.108
1**

**Nonpriority creditor's name and mailing address**

**Giann Pierre Vazquez**
**2020 Rindle Ct**
**Murfreesboro, TN 37129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.108 2**

**Nonpriority creditor's name and mailing address**

**Giant Eagle Inc**
**34310 Aurora Rd**
**Solon, OH 44139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.108 3**

**Nonpriority creditor's name and mailing address**

**Gilberto Hernandez**
**150 West 96th Street**
**Indianapolis, IN 46260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.108 4**

**Nonpriority creditor's name and mailing address**

**Gill Elementary Pta**
**21195**
**Farmington, MI 48335**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.108 5**

**Nonpriority creditor's name and mailing address**

**Gina Galvan**
**1310 E Chapman Ave**
**Fullerton, CA 92831**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.108 6**

**Nonpriority creditor's name and mailing address**

**Girl Scouts Of Southeastern Mi**
**1333 Brewery Park Blvd**
**Ste 500**
**Detroit, MI 48207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.108 7**

**Nonpriority creditor's name and mailing address**

**Girton Co**
**735 S 2nd Ave**
**Sioux Falls, SD 57104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.108 8**

**Nonpriority creditor's name and mailing address**

**Gisela Lema**
**352 South Avenue**
**Bloomington, MN 55425-5527**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.108 9**

**Nonpriority creditor's name and mailing address**

**Giving Teens Grace**
**5109 Litchfield Rd**
**Fort Wayne, IN 46835**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.109 0**

**Nonpriority creditor's name and mailing address**

**Glazers Distribution**
**4377 Nw 112th St**
**Urbandale, IA 50322**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,239.20**

---

**3.109 1**

**Nonpriority creditor's name and mailing address**

**Glazers Wholesale Oh Fintech**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.109 2**

**Nonpriority creditor's name and mailing address**

**Glenview Chamber Of Commerce**
**2222 Chestnut Ste 100**
**Glenview, IL 60026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.109 3**

**Nonpriority creditor's name and mailing address**

**Global Distributing Inc**
**47498 Monarch Lane**
**Renner, SD 57055**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.109 4**

**Nonpriority creditor's name and mailing address**

**Global Health Systems**
**Foundation Inc**
**7639 Bayview Club Dr Ste 1 B**
**Cincinnati, OH 45250**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.109 5**

**Nonpriority creditor's name and mailing address**

**Glst Enterprises Inc**
**730 North Westwood Avenue**
**Toledo, OH 43607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

| 3.109<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gold Coast Bev**
**Distributors Fintech**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Golden Boy Pies Inc**
**4945 Hadley St**
**Overland Park, KS 66203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Golden Rule Inc**
**804 Ne Main St**
**Grimes, IA 50111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,105.66** |
|---|---|---|---|

**Goodwin Tucker**
**PO Box 3285**
**Des Moines, IA 50316-0285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gooseberry Park Players Inc**
**PO Box 362**
**Moorhead, MN 56561-0362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gopher Kegs LLC**
**595 Se Glenwood Dr**
**Bend, OR 97702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gould Stainless**
**#1141 6027 79 Ave Se**
**Calgary**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
| | Name | | |

---

**3.110 3**

**Nonpriority creditor's name and mailing address**

**Govdocs**
**PO Box 9202**
**Vb Box 167**
**Minneapolis, MN 55480-9202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.110 4**

**Nonpriority creditor's name and mailing address**

**Governors State University**
**One University Parkway**
**Physical Therapy Student Assn**
**University Park, IL 60466**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.110 5**

**Nonpriority creditor's name and mailing address**

**Gow Designs Inc**
**7351 Nw 7th Street**
**Unit H**
**Miami, FL 33126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.110 6**

**Nonpriority creditor's name and mailing address**

**Grainger (Mo)**
**PO Box 419267**
**Dept 870433620**
**Kansas City, MO 64141-6267**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$386.09**

---

**3.110 7**

**Nonpriority creditor's name and mailing address**

**Grainger II Remit**
**Dept 772-856649504**
**Palatine, IL 60038-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.110 8**

**Nonpriority creditor's name and mailing address**

**Grainger Inc**
**Dept 875813388**
**Palatine, IL 60038-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.110 9**

**Nonpriority creditor's name and mailing address**

**Grand Restaurant Equipment &**
**Design**
**PO Box 30156**
**Omaha, NE 68103-1256**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.111 0**

**Nonpriority creditor's name and mailing address**

**Granite City Armored Car Inc**
**PO Box 295**
**Sauk Rapids, MN 56379**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$113.40**

---

**3.111 1**

**Nonpriority creditor's name and mailing address**

**Granite City Food and Brewery**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111 2**

**Nonpriority creditor's name and mailing address**

**Granite City Wichita West LLC**
**PO Box 1363**
**C/O Hagen Commercial Real Est**
**Sioux Falls, SD 57101-1363**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$79,166.60**

---

**3.111 3**

**Nonpriority creditor's name and mailing address**

**Granite Telecommunications LLC**
**PO Box 983119**
**Client Id #311**
**Boston, MA 02298-3119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111 4**

**Nonpriority creditor's name and mailing address**

**Graphic Alliance Inc**
**600 Northgate Pkwy Ste G**
**Wheeling, IL 60090**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111 5**

**Nonpriority creditor's name and mailing address**

**Grassco Inc**
**4121 Hillegas Rd**
**Fort Wayne, IN 46808**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111 6**

**Nonpriority creditor's name and mailing address**

**Great Babies Rescue Inc**
**2586 S County Rd 225 W**
**Paoli, IN 47454**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.111 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Great Lakes Beverage**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Great Lakes Coca Cola
Distribution LLC
PO Box 809082
Chicago, IL 60680-9082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Great Lakes Contracting Inc
440 Arco Dr
Toledo, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Great Lakes Water Authority
PO Box 441370
Attn Treasury
Detroit, MI 48224-1370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Great Lakes Wine &
Spirits Fintech**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Great Oaks Maintenance and Hor
28025 Samuel Linden Court
Novi, MI 48377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Great Pyrenees Club
8 German Square
Pittsburgh, PA 15203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.112 4**

**Nonpriority creditor's name and mailing address**

**Great West Life and Annuity In**
**8515 E Orchard Rd**
**7t2 Corporate Tax Dept**
**Greenwood Village, CO 80111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$51,371.27**

---

**3.112 5**

**Nonpriority creditor's name and mailing address**

**Great Western Malting Co Inc**
**PO Box 51602**
**Los Angeles, CA 90051-5902**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$817.31**

---

**3.112 6**

**Nonpriority creditor's name and mailing address**

**Greater Fort Wayne Inc**
**Cham Of Commerce**
**PO Box 10134**
**Fort Wayne, IN 46850**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112 7**

**Nonpriority creditor's name and mailing address**

**Greater Mount Olive Church of**
**God in Christ**
**1039 Bonner Ave**
**Aurora, IL 60505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$390.00**

---

**3.112 8**

**Nonpriority creditor's name and mailing address**

**Greater Pittsburgh Community F**
**1 North Linden St**
**Duquesne, PA 15110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112 9**

**Nonpriority creditor's name and mailing address**

**Greeneras**
**PO Box 942318**
**Miami, FL 33184**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.113 0**

**Nonpriority creditor's name and mailing address**

**Greg Jones**
**1804 Parkwild #10**
**Council Bluffs, IA 51503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 3.113 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Greg Neutz**
**9412 Unity Lane N**
**Brooklyn Park, MN 55443**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$192.60** |
|---|---|---|---|

**Gregory L Andrews**
**1964 B Ave Ne**
**Cedar Rapids, IA 52402**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gregory Wilson**
**22955 West 244th Street**
**Paola, KS 66071**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gregs Lawn Service Inc**
**1200 Continental Place Ne**
**Cedar Rapids, IA 52402**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gregson Construction Inc**
**4545 Meadow Valley Dr**
**West Des Moines, IA 50265**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$254.50** |
|---|---|---|---|

**Grey Eagle Creve Coeur**
**2340 Millspark Drive**
**Maryland Heights, MO 63043**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$334.96** |
|---|---|---|---|

**Grinding Co Of America Inc**
**105 Annabel Ave**
**Baltimore, MD 21225**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.113 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,453.16** |
|---|---|---|---|

**Grogans Beer**
**840 4th Ave**
**Coraopolis, PA 15108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,691.85** |
|---|---|---|---|

**Group O Packaging Solutions**
**PO Box 860144**
**Minneapolis, MN 55486-0144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Guadalupe Gaytan**
**7825 Copper Leaf Ln**
**Madison, WI 53719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Guardian Fire Protection Servi**
**7668 Standish Place**
**Rockville, MD 20855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gurstel Law Firm Pc**
**6681 Country Club Dr**
**Golden Valley, MN 55427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gw Kent Inc Mg**
**PO Box 674703**
**Detroit, MI 48267-4703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$492.90** |
|---|---|---|---|

**H and B Services LLC**
**4027 Clay Place Ne**
**Washington, DC 20019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Granite City Food & Brewery Ltd.**
_____
Name

Case number (if known)   **19-43756**

---

| 3.114 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**H and D Mechanical LLC**
**7703 Crain Highway**
**Upper Marlboro, MD 20772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**H and S Distribution LLC**
**601 S Caroline Street**
**Baltimore, MD 21231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Habitat For Humanity**
**Of Oakland Cnty**
**150 Osmun Street**
**Pontiac, MI 48342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Habitat For Humanity Saint Lou**
**3830 S Grand Blvd**
**Saint Louis, MO 63118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Haley Murphy**
**5709 Meadows Dr**
**Fort Wayne, IN 46804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Haley Stonebarger**
**1010 Ashford Drive Ne**
**Cedar Rapids, IA 52402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Half Way Home Animal Rescue In**
**PO Box 494**
**Orland Park, IL 60462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 3.115 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hamco Business Information Supplies**
**137 Weldon Parkway**
**Maryland Heights, MO 63043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Hamilton County**
**Health Department**
**18030 Foundation Dr Suite A**
**Noblesville, IN 46060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$33,233.76** |
|---|---|---|---|

**Hamilton County Treasurer**
**33 North 9th Street**
**Suite 112**
**Noblesville, IN 46060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,879.00** |
|---|---|---|---|

**Hamilton County Treasurer (IA)**
**2300 Superior Street**
**Suite 7**
**Webster City, IA 50595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hamilton Elementary School**
**5625 Northfield Parkway**
**Troy, MI 48098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hammerheart LLC**
**Hammerheart Brewing Company**
**7785 Lake Drive**
**Lino Lakes, MN 55014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hander Inc**
**2407 W 5th Street**
**Sioux Falls, SD 57104-5673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.115 9**

**Nonpriority creditor's name and mailing address**

**Harbor Saints Inc**
**1431 Potomac Heights Dr**
**Fort Washington, MD 20744**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116 0**

**Nonpriority creditor's name and mailing address**

**Harborlife Group LLC**
**603 Bay Front Drive**
**Fort Washington, MD 20744**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116 1**

**Nonpriority creditor's name and mailing address**

**Hard Core Bev Inc**
**2 Fools Cider**
**1665 Quincy Ave #155**
**Naperville, IL 60540**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116 2**

**Nonpriority creditor's name and mailing address**

**Harold Castner**
**1031 N Beville Ave**
**Indianapolis, IN 46201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116 3**

**Nonpriority creditor's name and mailing address**

**Harold T Godfrey Jr**
**16780 Sw 278 St**
**Homestead, FL 33031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116 4**

**Nonpriority creditor's name and mailing address**

**Harvard Maintenance Inc**
**201 S Biscayne Blvd**
**24th Floor**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116 5**

**Nonpriority creditor's name and mailing address**

**Hausers Water Systems Inc**
**PO Box 28**
**Manchester, IA 52057-0028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.116 6**

**Nonpriority creditor's name and mailing address**

**Haven Inc**
**801 Vanguard Dr**
**Pontiac, MI 48341**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116 7**

**Nonpriority creditor's name and mailing address**

**Hawkeye Comm/Fandel Alarms**
**1485 Hawkeye Drive**
**Hiawatha, IA 52233**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116 8**

**Nonpriority creditor's name and mailing address**

**Hawkeye Electric**
**1711 Hawkeye Drive**
**Hiawatha, IA 52233**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$98.98**

---

**3.116 9**

**Nonpriority creditor's name and mailing address**

**Hawkeye Fire& Safety Co**
**716 Oakland Road Ne**
**Cedar Rapids, IA 52402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.117 0**

**Nonpriority creditor's name and mailing address**

**Hayes Beer Fintech**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.117 1**

**Nonpriority creditor's name and mailing address**

**Hayes Beer Rockford Fintech**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.117 2**

**Nonpriority creditor's name and mailing address**

**Health and Hospital Corp**
**3840 N Sherman Dr**
**Indianapolis, IN 46226**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| 3 | | | |

**Health Missions**
PO Box 3614
Peoria, IL 61614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| 4 | | | |

**Healy Biodiesel Inc**
11130 W 47th South
Clearwater, KS 67026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| 5 | | | |

**Heartland Animal Shelter Nfp**
2975 Milwaukee Ave
Northbrook, IL 60062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| 6 | | | |

**Heartland Beverage LLC**
10038 Bode St #3
Plainfield, IL 60585

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| 7 | | | |

**Heartland Gaskets Inc**
848 I Avenue
Ogden, IA 50212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| 8 | | | |

**Heartland Glass Co Inc**
401 Sundial Dr
Waite Park, MN 56387

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| 9 | | | |

**Heartland Inc**
8137 Santa Fe Dr
Overland Park, KS 66204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.118 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Heather L Posey**
**1721 Accokeek Rd W**
**Accokeek, MD 20607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Heather N Roberts**
**3111 Se 19th St**
**Des Moines, IA 50320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Heidelberg Dist Cleveland Fin**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Heidelberg Dist Toledo Fintech**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Heightshillcrest Regional Cham**
**4320 Mayfield Rd**
**Ste 212**
**Cleveland, OH 44121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Heineken Usa Inc**
**360 Hamilton Ave**
**White Plains, NY 10601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Hennepin Cnty Environmental**
**Health**
**1011 First St South Ste 215**
**Hopkins, MN 55343**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| --- | --- | --- | --- |
| | Name | | |

| 3.118 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Hennepin Health Foundation**
**701 Park Ave P1**
**Minneapolis, MN 55415**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Henry Ford Health System**
**1 Ford Place**
**Franklin, MI 48025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Heritage Wine Cellars**
**6600 W Howard St**
**Niles, IL 60714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Highest Honor Inc**
**34711 Dequindre Road**
**Troy, MI 48083**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Highway 55 Rental**
**225 Highway 55**
**Hamel, MN 55340**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Hilco Real Estate LLC**
**5 Revere Dr**
**Ste 320**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,505.00** |
| --- | --- | --- | --- |

**Hiller LLC**
**915 Murfreesboro Pike**
**Nashville, TN 37217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.119 4**

**Nonpriority creditor's name and mailing address**

**Hinkle Law Firm LLC**
**301 North Main Street**
**Ste 2000**
**Wichita, KS 67202-4820**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.119 5**

**Nonpriority creditor's name and mailing address**

**Hm Electronics Inc**
**Jtech**
**1400 Northbrook Pkwy #320**
**Suwanee, GA 30024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$290.00**

---

**3.119 6**

**Nonpriority creditor's name and mailing address**

**Hms Group Enterprises Inc**
**PO Box 144591**
**Coral Gables, FL 33114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,043.25**

---

**3.119 7**

**Nonpriority creditor's name and mailing address**

**Hobart Service Corp**
**7330 Ohms Lane**
**Edina, MN 55439**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.119 8**

**Nonpriority creditor's name and mailing address**

**Hobart Service Corp**
**18 S 14th Street**
**Fargo, ND 58103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.119 9**

**Nonpriority creditor's name and mailing address**

**Hobart Service Corp**
**6110 Bluffton Road**
**Fort Wayne, IN 46809-2200**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120 0**

**Nonpriority creditor's name and mailing address**

**Hockenbergs Equip and Supply**
**Co Inc**
**3650 Annapolis Lane Ste 107**
**Plymouth, MN 55447**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

**3.120 1**

**Nonpriority creditor's name and mailing address**

**Hockenbergs Equipment and Supp**
**14063 Cornhusker Rd**
**Omaha, NE 68138**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,595.00**

---

**3.120 2**

**Nonpriority creditor's name and mailing address**

**Hockenbergs Omaha**
**PO Box 30156**
**Omaha, NE 68103-1256**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120 3**

**Nonpriority creditor's name and mailing address**

**Hoff Farms Inc**
**11000 S Woodland St**
**Olathe, KS 66061**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120 4**

**Nonpriority creditor's name and mailing address**

**Hoffman Estates Chamber Of Com**
**2200 W Higgins Rd Ste 201**
**Hoffman Estates, IL 60169**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120 5**

**Nonpriority creditor's name and mailing address**

**Hohensteins Inc**
**2330 Venture Dr**
**Woodbury, MN 55125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120 6**

**Nonpriority creditor's name and mailing address**

**Hollie F Smith**
**3220 Bever Ave**
**Des Moines, IA 50310**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120 7**

**Nonpriority creditor's name and mailing address**

**Holly King**
**4827 Eastwick Dr**
**Fort Wayne, IN 46815**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|

Name

---

**3.120 8**

**Nonpriority creditor's name and mailing address**

**Holtgard Enterprises Inc**
**3130 Fiechtner Dr Ste E**
**Fargo, ND 58103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120 9**

**Nonpriority creditor's name and mailing address**

**Holy Cross Lutheran Church**
**1300 S Sertoma Avenue**
**Sioux Falls, SD 57106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.121 0**

**Nonpriority creditor's name and mailing address**

**Holy Family Catholic Parish In**
**2515 W Palatine Rd**
**Inverness, IL 60067-4567**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.121 1**

**Nonpriority creditor's name and mailing address**

**Homeward Animal Shelter**
**1201 28th Ave N**
**Fargo, ND 58102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.121 2**

**Nonpriority creditor's name and mailing address**

**Homeward Bound Inc**
**12805 Highway 55 Ste 400**
**Plymouth, MN 55441**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.121 3**

**Nonpriority creditor's name and mailing address**

**Honeyman Rentall**
**11226 Wright Circle**
**Omaha, NE 68144-4797**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.121 4**

**Nonpriority creditor's name and mailing address**

**Hoodmasters Inc**
**19252 Shirley St**
**Omaha, NE 68130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|

Name

---

**3.121 5**

**Nonpriority creditor's name and mailing address**

**Hoosier Lawn Services LLC**
**PO Box 15793**
**Fort Wayne, IN 46885**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.121 6**

**Nonpriority creditor's name and mailing address**

**Horn Key& Lock**
**701 Conant Street**
**Maumee, OH 43537**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.121 7**

**Nonpriority creditor's name and mailing address**

**Hotschedulescom Inc**
**PO Box 848472**
**Dallas, TX 75284**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.121 8**

**Nonpriority creditor's name and mailing address**

**Hour Acquisition Group LLC**
**5750 New King Dr Ste 100**
**Troy, MI 48098**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.121 9**

**Nonpriority creditor's name and mailing address**

**House Of Hope Haiti**
**25596 W 270th Street**
**Maryville, MO 64468**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.122 0**

**Nonpriority creditor's name and mailing address**

**Howard County Clerk**
**104 N Buckeye St Rm 114**
**Kokomo, IN 46901**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.122 1**

**Nonpriority creditor's name and mailing address**

**Howe Inc**
**712 E 3rd St**
**Sioux Falls, SD 57103**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

| 3.122 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hs Posters Inc**
PO Box 24348
Denver, CO 80224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,259.02** |
|---|---|---|---|

**Ht Service LLC**
PO Box 12339
Kansas City, MO 64116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Htf Solutions LLC**
PO Box 9040
North Saint Paul, MN 55109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$110.65** |
|---|---|---|---|

**Huber Supply Company Inc**
PO Box 1568
Mason City, IA 50402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hubert Distributors Fintech**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Huestis Shiloh**
3801 N Potter Ave #114
Sioux Falls, SD 57107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Humitech Of Iowa Inc**
PO Box 1027
Waukee, IA 50263-1027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.122 9**

**Nonpriority creditor's name and mailing address**

**Hurry Home Hounds Inc**
**77 S Petrie Road**
**Coraopolis, PA 15108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.123 0**

**Nonpriority creditor's name and mailing address**

**Hy Vee Inc**
**2200 W Kimberly Rd**
**Davenport, IA 52806**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,409.16**

---

**3.123 1**

**Nonpriority creditor's name and mailing address**

**Hyg Financial Services Inc**
**PO Box 14545**
**Des Moines, IA 50306-3545**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$553.89**

---

**3.123 2**

**Nonpriority creditor's name and mailing address**

**I Spinello Locksmiths**
**225-B South 6th Street**
**Rockford, IL 61104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$217.06**

---

**3.123 3**

**Nonpriority creditor's name and mailing address**

**I94 West Chamber Of Commerce**
**PO Box 95**
**Rogers, MN 55374**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.123 4**

**Nonpriority creditor's name and mailing address**

**Ibin Lateet**
**2375 Sequoia Grove St**
**Waldorf, MD 20601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.123 5**

**Nonpriority creditor's name and mailing address**

**Ice Masters**
**6218 Melrose**
**Shawnee, KS 66203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$701.57**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.123 6**

**Nonpriority creditor's name and mailing address**

**Icy Hot Hydration LLC**
**6710 Sw Mcewan Rd**
**Lake Oswego, OR 97035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,012.25**

---

**3.123 7**

**Nonpriority creditor's name and mailing address**

**Ideal Contracting LLC**
**2525 Clark Street**
**Detroit, MI 48209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.123 8**

**Nonpriority creditor's name and mailing address**

**Il Assoc For College Admission**
**PO Box 279**
**Mount Prospect, IL 60056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.123 9**

**Nonpriority creditor's name and mailing address**

**Il State Dispursement Unit**
**PO Box 5400**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.124 0**

**Nonpriority creditor's name and mailing address**

**Illinois Congress Of Parent Te**
**4700 Barker Ave**
**Rolling Meadows, IL 60008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.124 1**

**Nonpriority creditor's name and mailing address**

**Illinois Liquor Control**
**Commission**
**100 W Randolph St #7-801**
**Chicago, IL 60601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.124 2**

**Nonpriority creditor's name and mailing address**

**Illinois Power Marketing**
**23532 Network Place**
**Chicago, IL 60673-1235**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

| 3.124 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Illinois Secretary Of State**
**501 S 2nd Street**
**Springfield, IL 62756-5510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Illinois State Treasurer**
**Unclaimed Property Division**
**PO Box 19495**
**Springfield, IL 62794-9495**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Image Signs Inc**
**7323 N Alpine Rd**
**Loves Park, IL 61111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Immaculate Conception Church**
**434 Western Ave**
**Toledo, OH 43609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Imperial Beverage Fintech**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**In The News Inc**
**8517 Sunstate Street**
**Tampa, FL 33634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Inalnd Property Management LLC**
**PO Box 74008648**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|

Name

---

**3.125 0**

**Nonpriority creditor's name and mailing address**

**Inday Of Sarasota Inc**
**1920 Adams Lane**
**Sarasota, FL 34236**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.125 1**

**Nonpriority creditor's name and mailing address**

**Indeed Brewing Company**
**% Nathan Berndt**
**711 15th Avenue Ne**
**Minneapolis, MN 55413**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.125 2**

**Nonpriority creditor's name and mailing address**

**Indeed Inc**
**Mail Code 5160**
**PO Box 660367**
**Dallas, TX 75266-0367**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.125 3**

**Nonpriority creditor's name and mailing address**

**Independent School District 28**
**4148 Winnetka Ave N**
**New Hope, MN 55427**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.125 4**

**Nonpriority creditor's name and mailing address**

**Indiah Ellis**
**5166 Clacton Ave**
**Camp Springs, MD 20746**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.125 5**

**Nonpriority creditor's name and mailing address**

**Indiana Alcohol and**
**Tobacco Commission**
**302 West Washington St Rm E114**
**Indianapolis, IN 46204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.125 6**

**Nonpriority creditor's name and mailing address**

**Indiana City Brewing Co**
**24 Shelby Street**
**Indianapolis, IN 46202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.125 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Indiana Department Of Revenue**
PO Box 6114
Indianapolis, IN 46206-6114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Indiana Fire Sprinkler and Backflow Inc**
PO Box 85083
Fort Wayne, IN 46885

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,093.00** |
|---|---|---|---|

**Indiana Michigan Power**
PO Box 371496
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Indiana Newspapers Inc**
Unit 1532
PO Box 742619
Cincinnati, OH 45274-2619

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Indiana Oldsmobile Rockets**
2107 W Coliseum Blvd
Fort Wayne, IN 46808

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Indiana State Central Collection Unit**
PO Box 6219
Indianapolis, IN 46206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$477.21** |
|---|---|---|---|

**Indiana Wholesale In Fintech**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|

Name

---

**3.126 4**

**Nonpriority creditor's name and mailing address**

**Indiana Wholesale Wine and Loq**
**200 Lumber Center Road**
**Michigan City, IN 46360**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.126 5**

**Nonpriority creditor's name and mailing address**

**Indianapolis Chapter Of Indian**
**300 E Fall Creek Pkwy North Dr**
**Indianapolis, IN 46205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.126 6**

**Nonpriority creditor's name and mailing address**

**Indianapolis Power and Light**
**Company**
**PO Box 110**
**Indianapolis, IN 46206-0110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,710.57**

---

**3.126 7**

**Nonpriority creditor's name and mailing address**

**Indianapolis Softwater Inc**
**4148 W 99th St**
**Carmel, IN 46032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.126 8**

**Nonpriority creditor's name and mailing address**

**Indigo Signworks Inc**
**4133 Iowa Street Ste 100**
**Alexandria, MN 56308**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.126 9**

**Nonpriority creditor's name and mailing address**

**Industrial Refrigeration Servi**
**613 Se Magazine Rd**
**Ankeny, IA 50021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.127 0**

**Nonpriority creditor's name and mailing address**

**Indy Cham**
**111 Monument Circle**
**Suite 1950**
**Indianapolis, IN 46204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.127**
**1**

**Nonpriority creditor's name and mailing address**

**Indy Expos LLC**
**PO Box 3084**
**Carmel, IN 46082**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.127**
**2**

**Nonpriority creditor's name and mailing address**

**Indy Visitors Channel LLC**
**6060 Gladden Dr**
**Indianapolis, IN 46220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.127**
**3**

**Nonpriority creditor's name and mailing address**

**Infinite Energy Inc**
**PO Box 71247**
**Charlotte, NC 28272-1247**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$593.04**

---

**3.127**
**4**

**Nonpriority creditor's name and mailing address**

**Infinite Self Storagenora**
**8802 Evergreen Ave**
**Indianapolis, IN 46240**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.127**
**5**

**Nonpriority creditor's name and mailing address**

**Infosync Services LLC**
**1938 N Woodlawn**
**Wichita, KS 67208**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.127**
**6**

**Nonpriority creditor's name and mailing address**

**Inland National Real Estate**
**62903 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

**3.127**
**7**

**Nonpriority creditor's name and mailing address**

**Inland Property Management LLC**
**PO Box 74008648**
**Chicago, IL 60674**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$20,020.81**

---

| Debtor | **Granite City Food & Brewery Ltd.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | **19-43756** |

---

| 3.127 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27,166.68** |
|---|---|---|---|

**Inmoment Inc**
**10355 So Jordan Gateway #600**
**South Jordan, UT 84095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Insccu Asfe**
**PO Box 6271**
**Indianapolis, IN 46206-6271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Insight Mechanical Contractors**
**9204 E 350 Hwy**
**Raytown, MO 64133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Institute Of Mngt**
**Accountants (Ima)**
**PO Box 780026**
**Philadelphia, PA 19178-0026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Institution Svcs Inc**
**1421 B Avenue**
**Sioux Falls, SD 57104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Intelligent Networks Corp**
**2315 Whirlpool Street Ste 394**
**Niagara Falls, NY 14305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Internal Revenue Service**
**PO Box 802501**
**Cincinnati, OH 45280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.128 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Internal Revenue Service**
**Levy Processing**
**Cincinnati, OH 45999-0039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**International Assn Of Fire**
**Fighters Local 644 Inc**
**241 Victory Lane**
**Lincoln, NE 68528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**International Assn Of Firefigh**
**PO Box 6243**
**Kansas City, KS 66106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**International Music Camp LLC**
**111 11th Ave Se Ste 3**
**Minot, ND 58701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**International Rett Syndrome Fo**
**4600 Devitt Dr**
**Cincinnati, OH 45248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**International Tech and Sec Ltd**
**PO Box 3123**
**Davenport, IA 52808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Internet Protocol Communicatio**
**1521 Windsor Rd**
**Loves Park, IL 61111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 3.129 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,774.08** |
|---|---|---|---|
| | **Interstate Cleaning Mgmt Inc** | ☐ Contingent | |
| | **PO Box 26** | ☐ Unliquidated | |
| | **Minnetonka Beach, MN 55361-0026** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Intl Assn Of Firefighters Loca** | ☐ Contingent | |
| | **101 S Fairfax** | ☐ Unliquidated | |
| | **Sioux Falls, SD 57103** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Iowa American Water** | ☐ Contingent | |
| | **PO Box 3027** | ☐ Unliquidated | |
| | **Milwaukee, WI 53201-3027** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Iowa Audio Video Inc** | ☐ Contingent | |
| | **1510 Nw 86th Street** | ☐ Unliquidated | |
| | **Clive, IA 50325** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$144.20** |
|---|---|---|---|
| | **Iowa Beverage Systems Inc** | ☐ Contingent | |
| | **2115 Ne 58th Avenue** | ☐ Unliquidated | |
| | **Des Moines, IA 50313** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Iowa Brewing Company LLC** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Cedar Rapids, IA 52401** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Iowa Department Of Revenue** | ☐ Contingent | |
| | **Cadministrative Wage Levy** | ☐ Unliquidated | |
| | **PO Box 10330** | ☐ Disputed | |
| | **Des Moines, IA 50306** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Official Form 206 E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | **Page 934 of 1167** |
|---|---|---|
| Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

**3.1299**

**Nonpriority creditor's name and mailing address**

**Iowa Events Center**
**730 Third Street**
**Des Moines, IA 50309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1300**

**Nonpriority creditor's name and mailing address**

**Iowa Fire Equipment**
**2800 Delaware Ave**
**Des Moines, IA 50317**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1301**

**Nonpriority creditor's name and mailing address**

**Iowa Pump Works Inc**
**PO Box 945**
**Ankeny, IA 50023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1302**

**Nonpriority creditor's name and mailing address**

**Iowa Wild Hockey Club LLC**
**730 Third St**
**Des Moines, IA 50309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1303**

**Nonpriority creditor's name and mailing address**

**IPFS Corporation**
**24722 Network Place**
**Chicago, IL 60673-1247**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1304**

**Nonpriority creditor's name and mailing address**

**IRT Svcs**
**PO Box 5596**
**Coralville, IA 52241**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$226.84**

---

**3.1305**

**Nonpriority creditor's name and mailing address**

**Ispace**
**811 Glenwood Avenue**
**Minneapolis, MN 55405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.1306**

**Nonpriority creditor's name and mailing address**

**Isza B Pallozola**
**522 Gilead Dr**
**Chesterfield, MO 63017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1307**

**Nonpriority creditor's name and mailing address**

**Itek Services Inc.**
**25501 Arctic Ocean Dr**
**Lake Forest, CA 92630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1308**

**Nonpriority creditor's name and mailing address**

**Its Interactive Media LLC**
**5122 Heatherdowns Blvd**
**Ste 105**
**Toledo, OH 43614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1309**

**Nonpriority creditor's name and mailing address**

**ITW Food Equipment Group LLC**
**PO Box 2517**
**Carol Stream, IL 60132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1310**

**Nonpriority creditor's name and mailing address**

**Ivan Salgado**
**8911 Westridge Dr**
**Omaha, NE 68124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1311**

**Nonpriority creditor's name and mailing address**

**Ivy Endowment Inc**
**PO Box 88474**
**Indianapolis, IN 46208**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1312**

**Nonpriority creditor's name and mailing address**

**J and Ds Creative Colors Of No**
**PO Box 1814**
**Mishawaka, IN 46546**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.131 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,531.21** |
|---|---|---|---|

**J and J Mezz LLC**
**8226 Neal Rd Ste 2**
**Arrington, TN 37014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$199.00** |
|---|---|---|---|

**J and M Maintenance and Repair**
**PO Box 165927**
**Miami, FL 33116-5927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$401.25** |
|---|---|---|---|

**J and R Maher Inc**
**852 44th St Se**
**Cedar Rapids, IA 52403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**J and S Liquid Waste Svcs Inc**
**4030 Option Pass**
**Fort Wayne, IN 46818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**J and S Plumbing and Drain Cle**
**18541 Davidson**
**Fraser, MI 48026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**J B Specialty Svcs LLC**
**2447 Verona Caney Rd**
**Lewisburg, TN 37091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**J Heidi Newman**
**3807 E 3rd St K Ave**
**Bloomington, IN 47401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 3.132 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**J N K Gasket Guys**
**18051 Promise Rd**
**Noblesville, IN 46060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jack Leviere**
**371 Rochester Road**
**Pittsburgh, PA 15237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jack Stone Sign Co Inc**
**3131 Pennsy Drive**
**Landover, MD 20785**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jacob A Razor**
**11867 N Shelby 700 W**
**New Palestine, IN 46163**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jacob Kruse**
**4310 10th Ave S Apt 102**
**Fargo, ND 58103-2017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jacob Sampson**
**4286 Meghan Lane**
**Eagan, MN 55122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jacob Smith**
**444 East Street**
**Northville, MI 48167**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number (if known) | **19-43756** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.132 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Jacobs Benefit**
**PO Box 24**
**Hartford, SD 57033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Jacqueline Uhlik**
**6170 Saint Joseph Drive**
**Seven Hills, OH 44131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Jada C Kukec**
**4348 W 150th St**
**Midlothian, IL 60445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Jake Kruse**
**1509 Marshall St**
**Boone, IA 50036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Jake Taft**
**5600 Jersey Ridge Rd Apt N7**
**Davenport, IA 52807-5280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**James Chambers**
**6256 Pennsbury Rd**
**Cherry Valley, IL 61016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$247.50** |
| --- | --- | --- | --- |

**James Ferrari and Sons Inc**
**148 N Groesbeck Ste A**
**Mount Clemens, MI 48043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.133 4**

**Nonpriority creditor's name and mailing address**

**James Fitt**
**1305 Appl3 Ridge Ct**
**South Bend, IN 46614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.133 5**

**Nonpriority creditor's name and mailing address**

**James I Roberts**
**5280 15th Ave Se**
**Saint Cloud, MN 56304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.133 6**

**Nonpriority creditor's name and mailing address**

**James Kallish**
**5820 Oakwood Dr 2a**
**Lisle, IL 60532**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.133 7**

**Nonpriority creditor's name and mailing address**

**James Kinzey**
**28219 Hughes Ave**
**Saint Clair Shores, MI 48081**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.133 8**

**Nonpriority creditor's name and mailing address**

**James L Cook**
**11402 Hennessy Dr**
**Beltsville, MD 20705**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.133 9**

**Nonpriority creditor's name and mailing address**

**James Longtin**
**1746 52nd Street S**
**Fargo, ND 58103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.134 0**

**Nonpriority creditor's name and mailing address**

**James Mitchell**
**5750 N Brookwood Dr**
**Fort Wayne, IN 46835**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$300.00**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.134 1**

**Nonpriority creditor's name and mailing address**

**James P Toomey**
**5422 Pine Lane**
**North Branch, MN 55056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134 2**

**Nonpriority creditor's name and mailing address**

**James Patrick Kirk**
**13240 Sw 105th Street**
**Miami, FL 33186**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134 3**

**Nonpriority creditor's name and mailing address**

**James Reinert**
**12388 Tributary**
**Miami, FL 33186**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134 4**

**Nonpriority creditor's name and mailing address**

**James Whitcomb Riley Memorial**
**30 S Meridian St**
**Indianaolis, IN 40204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134 5**

**Nonpriority creditor's name and mailing address**

**Jameson B Bolish**
**1809 Lakewood**
**Troy, MI 48083**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134 6**

**Nonpriority creditor's name and mailing address**

**Jamf Holdings Inc and**
**Subsidiaries**
**PO Box 1450**
**Minneapolis, MN 55485**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$9,000.00**

---

**3.134 7**

**Nonpriority creditor's name and mailing address**

**Jamie Fiorenza**
**2821 Concordia Dr**
**Rockford, IL 61109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.134 8**

**Nonpriority creditor's name and mailing address**

**Jamz Johnson**
**2895 Hawk Ridge Road**
**Prior Lake, MN 55372**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134 9**

**Nonpriority creditor's name and mailing address**

**Jan Michael Tull**
**5403 398th St**
**Rice, MN 56367**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135 0**

**Nonpriority creditor's name and mailing address**

**Jani King Of Miami Inc**
**PO Box 100649**
**Atlanta, GA 30384-0649**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135 1**

**Nonpriority creditor's name and mailing address**

**Janice Herman**
**15330 E 85th St N**
**Benton, KS 67017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135 2**

**Nonpriority creditor's name and mailing address**

**Janiking Of Kansas**
**14821 W 95th St**
**Lenexa, KS 66215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,568.00**

---

**3.135 3**

**Nonpriority creditor's name and mailing address**

**Japhet School Inc**
**839 S Crooks Rd**
**Clawson, MI 48017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135 4**

**Nonpriority creditor's name and mailing address**

**Jared Hess**
**2203 Spur Point Dr Apt I**
**Indianapolis, IN 46217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.135 5**

**Nonpriority creditor's name and mailing address**

**Jason Gayed**
**9500 Holdrege St**
**Lincoln, NE 68505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135 6**

**Nonpriority creditor's name and mailing address**

**Jason Jenkins**
**1715 Peachtree Lane**
**Bowie, MD 20721**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135 7**

**Nonpriority creditor's name and mailing address**

**Jason Johnson**
**751 58th Ave Ne**
**Minneapolis, MN 55432**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.135 8**

**Nonpriority creditor's name and mailing address**

**Jason Lechner**
**904 W 155th Street**
**Burnsville, MN 55306**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135 9**

**Nonpriority creditor's name and mailing address**

**Jason Oliver Weaver**
**12445 Whisper Creek Ct**
**Charlotte Hall, MD 20622**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136 0**

**Nonpriority creditor's name and mailing address**

**Jason Phillips**
**1920 Jacaranda Ave**
**Fort Pierce, FL 34949**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136 1**

**Nonpriority creditor's name and mailing address**

**Jason Ries**
**833 S 13th, 3**
**Lincoln, NE 68502**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.136 2**

**Nonpriority creditor's name and mailing address**

**Jason Rinehart**
**1257 Kirts Blvd Apt 211**
**Troy, MI 48084**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136 3**

**Nonpriority creditor's name and mailing address**

**Jason Tarasiewicz**
**150 River Park Place**
**Dundee, MI 48131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136 4**

**Nonpriority creditor's name and mailing address**

**Jax Management Inc**
**3245 H East Patrick Ln**
**Las Vegas, NV 89120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136 5**

**Nonpriority creditor's name and mailing address**

**Jay Fedde**
**20013 Pearl St**
**Elkhorn, NE 68022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136 6**

**Nonpriority creditor's name and mailing address**

**Jayhawk Fire Sprinkler Co Inc**
**12030 S Hedge Lane Terrace**
**Olathe, KS 66061**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136 7**

**Nonpriority creditor's name and mailing address**

**Jc Dillon Inc**
**1515 W Luthy Dr**
**Peoria, IL 61615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136 8**

**Nonpriority creditor's name and mailing address**

**Jd Harris**
**630 North 4th Street**
**Le Claire, IA 52753**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 3.136 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jdrf Intl**
**26 Broadway 14th Floor**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,389.39** |
|---|---|---|---|

**Jean Marie Muscarello**
**3210 E Ft Lowell Road**
**Ste 104**
**Tucson, AZ 85716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jeannette Garcia**
**12020 W 85 St N**
**Valley Center, KS 67147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jeff Berlin**
**645 Dunsten Cr**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jeff Castora**
**19907 Abigail Ln**
**Strongsville, OH 44149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jeff Crane**
**16476 Dodd Ln**
**Lakeville, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jeff Rager**
**1008 Dockway Drive**
**Huron, OH 44839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.137 6**

**Nonpriority creditor's name and mailing address**

**Jeff Stoddard**
**1513 Gettysburg Ave N**
**Minneapolis, MN 55427**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137 7**

**Nonpriority creditor's name and mailing address**

**Jeff Stotler**
**2120 N 58th**
**Lincoln, NE 68505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137 8**

**Nonpriority creditor's name and mailing address**

**Jeffery Paul Moberg**
**1905 N Mable**
**Sioux Falls, SD 57103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137 9**

**Nonpriority creditor's name and mailing address**

**Jeffrey N Romness**
**8536 Clinton Ave South**
**Minneapolis, MN 55420**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.138 0**

**Nonpriority creditor's name and mailing address**

**Jeffrey Robert Langeland**
**1970 11th Ave E**
**Shakopee, MN 55379**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.138 1**

**Nonpriority creditor's name and mailing address**

**Jeffs Plumbing Inc**
**750 34th Street N**
**Unit J**
**Fargo, ND 58102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$93.00**

---

**3.138 2**

**Nonpriority creditor's name and mailing address**

**Jen Kopperud**
**1339 12th Ave S**
**Fargo, ND 58103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.138
3**

**Nonpriority creditor's name and mailing address**

**Jenna Emerson
7701 Townsend Ave
Urbandale, IA 50322**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.138
4**

**Nonpriority creditor's name and mailing address**

**Jenna Perez
2020 Rindle Ct
Murfreesboro, TN 37129-4071**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.138
5**

**Nonpriority creditor's name and mailing address**

**Jennifer Greene
2221 Euclid Ave
Beloit, WI 53511**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.138
6**

**Nonpriority creditor's name and mailing address**

**Jennifer Knutson
25888 80th Street Nw
Brooten, MN 56316**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.138
7**

**Nonpriority creditor's name and mailing address**

**Jennifer Wulf
2038 N Elsie Ave
Davenport, IA 52804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.138
8**

**Nonpriority creditor's name and mailing address**

**Jerel Scott Fuller
6723 Knoll St
Minneapolis, MN 55427**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$210.00**

---

**3.138
9**

**Nonpriority creditor's name and mailing address**

**Jeremy Beard
877 Savanna Ave
Saint Cloud, MN 56303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.1390**

**Nonpriority creditor's name and mailing address**

**Jeremy Jansen**
**2748 E 53rd St Apt 6**
**Davenport, IA 52807**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.1391**

**Nonpriority creditor's name and mailing address**

**Jerica Wiborg**
**200 Dickman Rd #190**
**Des Moines, IA 50315**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.1392**

**Nonpriority creditor's name and mailing address**

**Jesse Taucher**
**63 Locust St**
**Burgettstown, PA 15021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.1393**

**Nonpriority creditor's name and mailing address**

**Jessica Myers**
**2624 16th St**
**Moline, IL 61265**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.1394**

**Nonpriority creditor's name and mailing address**

**Jessica R Matykiewicz**
**4721 W 124th St**
**Savage, MN 55378**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.1395**

**Nonpriority creditor's name and mailing address**

**Jessica Schroeder**
**50 4th Ave N 31**
**Minneapolis, MN 55401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.1396**

**Nonpriority creditor's name and mailing address**

**Jessie S Field**
**706 Three Rivers North**
**Fort Wayne, IN 46802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

**3.139 7**

**Nonpriority creditor's name and mailing address**

**Jetco Inc**
**208 1st Ave South**
**Altoona, IA 50009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139 8**

**Nonpriority creditor's name and mailing address**

**Jewell Farm and Home LLC**
**720 Main**
**Jewell, IA 50130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$87.17**

---

**3.139 9**

**Nonpriority creditor's name and mailing address**

**Jf Ahern Co Inc**
**Attn Accounts Recievable**
**PO Box 1316**
**Fond Du Lac, WI 54936-1316**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.140 0**

**Nonpriority creditor's name and mailing address**

**Jihan Bailey**
**8242 Marcus**
**Detroit, MI 48213**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.140 1**

**Nonpriority creditor's name and mailing address**

**Jill Schulte**
**27734 W Drake Drive, Apt. 40**
**Channahon, IL 60410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.140 2**

**Nonpriority creditor's name and mailing address**

**Jill Tschetter**
**626 W 15th**
**Sioux Falls, SD 57104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.140 3**

**Nonpriority creditor's name and mailing address**

**Jim A Gehrmann**
**2648 Kenneth Ct**
**Sun Prairie, WI 53590**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.140 4**

**Nonpriority creditor's name and mailing address**

**Jim Lahood Construction Inc**
**802 South 50th Ave**
**Omaha, NE 68106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.140 5**

**Nonpriority creditor's name and mailing address**

**Jim Lussier**
**3433 Leflore Court**
**Verona, WI 53593**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.140 6**

**Nonpriority creditor's name and mailing address**

**Jj Keller and Associates Inc**
**PO Box 6609**
**Carol Stream, IL 60197-6609**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.140 7**

**Nonpriority creditor's name and mailing address**

**Jm and P LLC**
**PO Box 640814**
**Cincinnati, OH 45264-0814**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.140 8**

**Nonpriority creditor's name and mailing address**

**Joann Blehi**
**4478 Parade Street**
**Pittsburgh, PA 15207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.140 9**

**Nonpriority creditor's name and mailing address**

**Joe Kenny**
**1001 North 102nd St**
**Omaha, NE 68114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.141 0**

**Nonpriority creditor's name and mailing address**

**Joe Mckee**
**1707 Forest Cove Dr Unit 102**
**Mount Prospect, IL 60056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.141**
**1**

**Nonpriority creditor's name and mailing address**

**Joe Miller**
**36401 Jefferson Court**
**Farmington, MI 48335**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.141**
**2**

**Nonpriority creditor's name and mailing address**

**John C Van Ede and**
**Rochelle M Van Ede**
**22792 140th St**
**Wilmont, MN 56185**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.141**
**3**

**Nonpriority creditor's name and mailing address**

**John D Hurst**
**4232 Linden Hills Blvd**
**Minneapolis, MN 55410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.141**
**4**

**Nonpriority creditor's name and mailing address**

**John Hancock Retirement**
**Plan Svcs**
**PO Box 2495**
**Carol Stream, IL 60132-2495**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.141**
**5**

**Nonpriority creditor's name and mailing address**

**John Henry Building Svcs LLC**
**320 Old Hickory Blvd Ste 1600**
**Nashville, TN 37221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,020.00**

---

**3.141**
**6**

**Nonpriority creditor's name and mailing address**

**John Henrys Plumb Co**
**2949 Cornhusker Way**
**Lincoln, NE 68504**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.141**
**7**

**Nonpriority creditor's name and mailing address**

**John Kulasa**
**14258 Pernell**
**Sterling Heights, MI 48313**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|

Name

---

**3.141 8**

**Nonpriority creditor's name and mailing address**

**John Nagengast Doors LLC**
**4971 Kassel Ave Ne**
**Albertville, MN 55301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.141 9**

**Nonpriority creditor's name and mailing address**

**John Pierre Jr**
**13954 Sw 106th Terrace**
**Miami, FL 33186**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.142 0**

**Nonpriority creditor's name and mailing address**

**John R Gohn**
**460 Franklin Rd**
**Franklin, TN 37069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.142 1**

**Nonpriority creditor's name and mailing address**

**John W Walker**
**5604 Virginia Lane**
**Oxon Hill, MD 20745**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.142 2**

**Nonpriority creditor's name and mailing address**

**John Whitmore**
**4134 E 136th St**
**Cleveland, OH 44105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.142 3**

**Nonpriority creditor's name and mailing address**

**Johnson Bros**
**6600 Merle Hay Rd**
**Johnston, IA 50131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,293.90**

---

**3.142 4**

**Nonpriority creditor's name and mailing address**

**Johnson Bros**
**300 E 50 Street N**
**Sioux Falls, SD 57104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.142 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Johnson Brothers Of North Dako**
**PO Box 9095**
**Fargo, ND 58106-9095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,559.30** |
|---|---|---|---|

**Johnson Brothers Omaha Fintech**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,743.11** |
|---|---|---|---|

**Johnson Brothers St Paul Fn**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Johnson County Equipment and P**
**1530 E Spruce St**
**Olathe, KS 66061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jonathon Luca**
**1550 Shevlin**
**Ferndale, MI 48220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jordan Tax Service**
**102 Rahway Road**
**Mcmurray, PA 15317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jordann Balaich**
**3274 W Tischer Rd**
**Duluth, MN 55803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.143 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jorge Dall Orto**
**200 American Way**
**Oxon Hill, MD 20745**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jose Galvez**
**5780 N Ewing St**
**Indianapolis, IN 46220**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph Burkart**
**2879 Royal Ave**
**Berkley, MI 48072**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph Mullarkey Distributors**
**Inc**
**2200 Ridge Drive**
**Glenview, IL 60025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph S Turco**
**755 Wildflower Circle**
**Naperville, IL 60540**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Josh Ochoa**
**2620 S 70th St #111**
**Lincoln, NE 68506**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Josh Williams**
**7940 Colby Street**
**Lincoln, NE 68505**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.143 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Joshua Keen**
**3876 Melby Ave**
**Saint Michael, MN 55376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.144 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Josie Hensley**
**15085 W 119th St**
**Olathe, KS 66062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.144 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jp Electric Inc**
**5403 Meadow View Close**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.144 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jp Parker Company LLC**
**377 E Jefferson St Ste A**
**Franklin, IN 46131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.144 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Js Paluch Co**
**PO Box 2703**
**Acct 1276717**
**Schiller Park, IL 60176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.144 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Juan Nunez**
**1075 Higgins Quarters Dr**
**206**
**Hoffman Estates, IL 60169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.144 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Julia Griffin**
**2874 Meadow Lane Unit W2**
**Schaumburg, IL 60193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.1446**

**Nonpriority creditor's name and mailing address**

**Julia I Fitzgerald**
**202 Natchez Trace**
**Madison, WI 53705**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1447**

**Nonpriority creditor's name and mailing address**

**Julia K Campoli**
**60549 Whispering Hills Dr**
**South Bend, IN 46614**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1448**

**Nonpriority creditor's name and mailing address**

**Julian Anthony Re Martin**
**1227 1/2 N Tacoma Ave**
**Indianapolis, IN 46201**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1449**

**Nonpriority creditor's name and mailing address**

**Julian Gaytan Cintora**
**2414 N Idaho Street**
**Peoria, IL 61604**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1450**

**Nonpriority creditor's name and mailing address**

**Julian Magennis**
**11909 Main Street**
**Maple Grove, MN 55369**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1451**

**Nonpriority creditor's name and mailing address**

**Julio Maravilla**
**1207 N Lasalle St**
**Indianapolis, IN 46201**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1452**

**Nonpriority creditor's name and mailing address**

**Junior League Of Sioux Falls I**
**1000n West Ave Ste 225**
**Sioux Falls, SD 57104**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|---|
| | Name | | | | |

---

| 3.145 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Justice Fire and Safety**
**3601 N Potsdam Ave**
**Sioux Falls, SD 57104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Justin Christenson**
**3881 Brant Grove Dr**
**Sioux Falls, SD 57106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Justin Morris**
**42 Trotter Lane**
**Clinton, PA 15026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Justin R Larsen**
**2338 North 113th Street**
**Omaha, NE 68164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Justin Samueloff**
**14943 Stoney Brook**
**Shelby Twp, MI 48315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Justin Sanford**
**3301 Highway 169 N Apt 316**
**Plymouth, MN 55441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jw Koehler Electric Inc**
**2716 W Central Park Ave**
**Davenport, IA 52804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.1460**

**Nonpriority creditor's name and mailing address**

**K & Z Distrib**
**PO Box 29289**
**Lincoln, NE 68507**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$726.00**

---

**3.1461**

**Nonpriority creditor's name and mailing address**

**K and J Phillips Inc**
**526 W 5th Ave**
**Naperville, IL 60563**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1462**

**Nonpriority creditor's name and mailing address**

**K9 Kindness Rescue Inc**
**4209 Rodeo Road**
**Davenport, IA 52806**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1463**

**Nonpriority creditor's name and mailing address**

**Kansas City Board**
**Of Public Utilities**
**PO Box 219661**
**Kansas City, MO 64121-9661**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$8,066.28**

---

**3.1464**

**Nonpriority creditor's name and mailing address**

**Kansas City Mo Health Dept**
**Food Protection Program**
**2400 Troost Suite 3200**
**Kansas City, MO 64108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1465**

**Nonpriority creditor's name and mailing address**

**Kansas City Power & Light**
**PO Box 219330**
**Kansas City, MO 64121-9330**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$8,858.90**

---

**3.1466**

**Nonpriority creditor's name and mailing address**

**Kansas City Zoo Aazk Chapter I**
**6800 Zoo Drive**
**Kansas City, MO 64132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.1467**

**Nonpriority creditor's name and mailing address**

**Kansas Payment Center**
**PO Box 758599**
**Topeka, KS 66675**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1468**

**Nonpriority creditor's name and mailing address**

**Kansas State Treasurer**
**900 Sw Jackson 2nd Floor**
**Suite 201**
**Topeka, KS 66612-1235**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1469**

**Nonpriority creditor's name and mailing address**

**Kara O King Entertainment LLC**
**4642 Sw 74th Ave**
**Miami, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.1470**

**Nonpriority creditor's name and mailing address**

**Karen Mincheff**
**145 Woodland Drive**
**Oak Brook, IL 60523**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1471**

**Nonpriority creditor's name and mailing address**

**Kari Deweese**
**1801 Central Ave**
**Detroit, MI 48209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1472**

**Nonpriority creditor's name and mailing address**

**Karlsburger Foods Inc**
**3236 Chelsea Road West**
**Monticello, MN 55362**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$36,136.57**

---

**3.1473**

**Nonpriority creditor's name and mailing address**

**Karolyis Inc**
**24521 Dale Ave**
**Eastpointe, MI 48021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.147 4**

**Nonpriority creditor's name and mailing address**

**Katelyn L Heisinger**
**1200 S Dakota Avenue**
**2**
**Sioux Falls, SD 57105**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.147 5**

**Nonpriority creditor's name and mailing address**

**Katherine E Ingle**
**1854 Nw 150th Ct**
**Clive, IA 50325**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.147 6**

**Nonpriority creditor's name and mailing address**

**Kathryn A Tarbell**
**237 S Highland Ave**
**1**
**Arlington Heights, IL 60005**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.147 7**

**Nonpriority creditor's name and mailing address**

**Kathryn Miller**
**8350 N Spruce Ave**
**Kansas City, MO 64119**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.147 8**

**Nonpriority creditor's name and mailing address**

**Kathy Crowell**
**2324 N Plumthicket Circle**
**Wichita, KS 67226**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.147 9**

**Nonpriority creditor's name and mailing address**

**Katie Crawley**
**102 Bluebell Way**
**Franklin, TN 37064**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 0**

**Nonpriority creditor's name and mailing address**

**Katie Koppang**
**150 14th Ave S**
**South Saint Paul, MN 55075**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.148 1**

**Nonpriority creditor's name and mailing address**

**Katten Muchin Rosenman Llp**
**525 W Monroe St**
**Chicago, IL 60661-3693**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 2**

**Nonpriority creditor's name and mailing address**

**Kayla M Wyckoff**
**525 Riverside Ave**
**Fort Wayne, IN 46805**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 3**

**Nonpriority creditor's name and mailing address**

**Kaylee Ann Montag**
**8410 N Il Rt 2**
**Byron, IL 61010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 4**

**Nonpriority creditor's name and mailing address**

**Kbs Gk Fund Ii Lp**
**PO Box 856664**
**Minneapolis, MN 55485-6664**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$26,159.55**

---

**3.148 5**

**Nonpriority creditor's name and mailing address**

**Kck Cham**
**727 Minnesota Ave**
**Kansas City, KS 66101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 6**

**Nonpriority creditor's name and mailing address**

**Kcmo City Treasurer**
**PO Box 809026**
**Kansas City, MO 64180-9026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 7**

**Nonpriority creditor's name and mailing address**

**Kcmo City Treasurer**
**Fire Prevention Division**
**635 Woodland Ave Ste 2103**
**Kansas City, MO 64106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.148 8**

**Nonpriority creditor's name and mailing address**

**Kcmo Water Svcs Department**
**PO Box 807045**
**Kansas City, MO 64180-7045**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,421.55**

---

**3.148 9**

**Nonpriority creditor's name and mailing address**

**Keagan Mcginness**
**2319 36th St**
**Des Moines, IA 50310**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.149 0**

**Nonpriority creditor's name and mailing address**

**Keg Logistics Holdings LLC**
**PO Box 912908**
**Denver, CO 80291**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.149 1**

**Nonpriority creditor's name and mailing address**

**Kehmari Norman**
**700 51st Street Ne Apt 301**
**Washington, DC 20019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.149 2**

**Nonpriority creditor's name and mailing address**

**Keith M Turner**
**10349 Hornton St**
**Indianapolis, IN 46236**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.149 3**

**Nonpriority creditor's name and mailing address**

**Keith Moss**
**2607 Knapp Street**
**Ames, IA 50014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.149 4**

**Nonpriority creditor's name and mailing address**

**Keller and Keller Law Office**
**PO Box 1010**
**Waldorf, MD 20604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | | |
| --- | --- | --- | --- |
| | Name | Case number *(if known)* | **19-43756** |

---

| 3.149 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,303.61** |
| --- | --- | --- | --- |

**Keller Fire and Safety Inc**
**1138 Kansas Ave**
**Kansas City, KS 66105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Kelly Diaz**
**325 N Kerch Street**
**Brooklyn, WI 53521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Kelly Glass Inc**
**2400 Sw Adams St**
**Peoria, IL 61602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Kelly Howie**
**14586 Leblanc Ave**
**Allen Park, MI 48101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Kelly Kinsman**
**225 William St**
**East Peoria, IL 61611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Kelly Satter**
**2211 Griffith St**
**Lincoln, NE 68503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Kelsey Jones**
**10812 Cleveland Ave**
**Kansas City, KS 66109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.150 2**

**Nonpriority creditor's name and mailing address**

**Kelsey Kowalski**
**9319 Harpers Ct Ne**
**Blaine, MN 55449**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.150 3**

**Nonpriority creditor's name and mailing address**

**Kendall County Circuit Court**
**807 W John St**
**Chicago, IL 60660**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.150 4**

**Nonpriority creditor's name and mailing address**

**Kendall Tews**
**1722 Detroit**
**Ellsworth, IA 50075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.150 5**

**Nonpriority creditor's name and mailing address**

**Kerry Patrick Clark**
**1614 River Road**
**Maumee, OH 43537**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.150 6**

**Nonpriority creditor's name and mailing address**

**Kevin Currier**
**2717 N 66th St**
**Omaha, NE 68104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.150 7**

**Nonpriority creditor's name and mailing address**

**Kevin J Botka**
**1207 Wood Edge Cir**
**Bristol, IN 46507**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.150 8**

**Nonpriority creditor's name and mailing address**

**Khadijah J Wells**
**1644 Richmond Rd Ne**
**Cedar Rapids, IA 52402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.150 9**

**Nonpriority creditor's name and mailing address**

**Kiara C Schafer**
**3707 73rd St E**
**Inver Grove Heights, MN 55076**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 0**

**Nonpriority creditor's name and mailing address**

**Kiehl L Gold**
**1025 Donnie Court**
**Lincoln, NE 68522**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 1**

**Nonpriority creditor's name and mailing address**

**Kim Menge**
**3330 Pilot Knob Rd**
**Eagan, MN 55121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 2**

**Nonpriority creditor's name and mailing address**

**Kingdom State Church Inc**
**PO Box 775185**
**Saint Louis, MO 63177**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 3**

**Nonpriority creditor's name and mailing address**

**Kingsmen Cleaning**
**6818 Laurel Ave**
**Omaha, NE 68104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 4**

**Nonpriority creditor's name and mailing address**

**Kirby Water Conditioning**
**200 S 14th Ave**
**Eldridge, IA 52748**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$100.44**

---

**3.151 5**

**Nonpriority creditor's name and mailing address**

**Kirshenbaum Bond Senecal and P**
**160 Varick St**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.151 6**

**Nonpriority creditor's name and mailing address**

**Kirsten Keding**
**610 Parkview Dr**
**New Richmond, WI 54017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 7**

**Nonpriority creditor's name and mailing address**

**Kitty Cat Connection Inc**
**4600 E 63rd Street Trfwy**
**Smithville, MO 64089**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 8**

**Nonpriority creditor's name and mailing address**

**Kiwanis Charities Of Rockford**
**PO Box 8472**
**Rockford, IL 61126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 9**

**Nonpriority creditor's name and mailing address**

**Klabundes Delivery Inc**
**8555 Izard Street**
**Omaha, NE 68114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$209.00**

---

**3.152 0**

**Nonpriority creditor's name and mailing address**

**Klosterman Baking Co**
**PO Box 712572**
**Cincinnati, OH 45271-2572**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$738.15**

---

**3.152 1**

**Nonpriority creditor's name and mailing address**

**Knights Of Columbus**
**4620 Haviland Ct**
**Naperville, IL 60564**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152 2**

**Nonpriority creditor's name and mailing address**

**Knights Of Columbus**
**6254 Valley Knoll Dr**
**Rockford, IL 61109-9718**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$390.00**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.152
3**

**Nonpriority creditor's name and mailing address**

**Knights Of Columbus
Saint Fabian Council 13362
32200 W Telegraph Rd
Farmington Hills, MI 48334**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152
4**

**Nonpriority creditor's name and mailing address**

**Knights Of Columbus Hoffman
Schaumburg Council 6964
PO Box 68035
Schaumburg, IL 60168**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152
5**

**Nonpriority creditor's name and mailing address**

**Knowresolve
PO Bxo 380435
Clinton Township, MI 48038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152
6**

**Nonpriority creditor's name and mailing address**

**Knox and Barnes Custom Shop LL
5223 Decatur Rd
Fort Wayne, IN 46806**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152
7**

**Nonpriority creditor's name and mailing address**

**Koehlinger Security Technology
Inc
421 East Washington Blvd
Fort Wayne, IN 46802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152
8**

**Nonpriority creditor's name and mailing address**

**Kolortech Lighting LLC
PO Box 68
Sheridan, IN 46069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152
9**

**Nonpriority creditor's name and mailing address**

**Konica Minolta Business Soluti
21146 Network Place
Chicago, IL 60673-1211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.153 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Konica Minolta Business Soluti
Dept Ch 19188
Palatine, IL 60055-9188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$944.69** |
|---|---|---|---|

**Konica Minolta Premier
PO Box 41602
Philadelphia, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Koorsen Fire and Security Inc
2719 N Arlington Ave
Indianapolis, IN 46218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kory Donaldson
437 E Washington St
East Peoria, IL 61611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kothrade Sewer Water and
Excavating Inc
12059 Whitetail Ln
Hanover, MN 55341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kotis Design LLC
PO Box 24003
Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kowalsky Painting LLC
2729 Virginia Dr Se
Cedar Rapids, IA 52403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|

Name

---

**3.153 7**

**Nonpriority creditor's name and mailing address**

**Kr Company LLC**
**5140 Meijer Drive**
**Royal Oak, MI 48073**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.153 8**

**Nonpriority creditor's name and mailing address**

**Krauter Bosn Service Company I**
**3607 N 39th Street**
**Lincoln, NE 68504**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.153 9**

**Nonpriority creditor's name and mailing address**

**Krew Kegs Inc**
**19437 Sw 90th Ct**
**Tualatin, OR 97062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.154 0**

**Nonpriority creditor's name and mailing address**

**Krisann Schwanke**
**1108 Belsly Blvd Apt 109**
**Moorhead, MN 56560**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.154 1**

**Nonpriority creditor's name and mailing address**

**Kriss Premium Products Inc**
**PO Box 17280**
**Minneapolis, MN 55417**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.154 2**

**Nonpriority creditor's name and mailing address**

**Kristen R Grable**
**7337 Cacabneah Dr Apt #304**
**Indianapolis, IN 46227**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.154 3**

**Nonpriority creditor's name and mailing address**

**Kristin Rego**
**1572 Woodrow Rd**
**Mayfield Heights, OH 44124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.154 4**

**Nonpriority creditor's name and mailing address**

**Kryfuls LLC**
**3706 S 138th St**
**Omaha, NE 68144**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.154 5**

**Nonpriority creditor's name and mailing address**

**Krystal Kleen Inc**
**31436 Pagels Dr**
**Warren, MI 48092**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$334.00**

---

**3.154 6**

**Nonpriority creditor's name and mailing address**

**Kt Hood Cleaning Service**
**3730 Rosewood Lane N**
**Plymouth, MN 55441**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.154 7**

**Nonpriority creditor's name and mailing address**

**Kulture Kids**
**PO Box 181425**
**Cleveland, OH 44118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.154 8**

**Nonpriority creditor's name and mailing address**

**Kyle Bryan**
**6582 Tamarack Ct**
**Troy, MI 48098**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.154 9**

**Nonpriority creditor's name and mailing address**

**Kyle Johnson**
**1111 W Minnehaha Ave #6**
**Saint Paul, MN 55104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.155 0**

**Nonpriority creditor's name and mailing address**

**Kyleigh D Bly**
**1705 State St**
**Apt 6**
**Nashville, TN 37203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.155 1**

**Nonpriority creditor's name and mailing address**

**L E Hunt Jr Enterprise Inc**
**4005 Se Grimes Blvd**
**Grimes, IA 50111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,275.00**

---

**3.155 2**

**Nonpriority creditor's name and mailing address**

**L F Lanpher and Chad Chroniste**
**26567 E Shore Pl**
**Hartford, SD 57033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.155 3**

**Nonpriority creditor's name and mailing address**

**La Grasso Bros**
**5001 Bellevue**
**PO Box 2638**
**Detroit, MI 48202-2638**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$13,063.68**

---

**3.155 4**

**Nonpriority creditor's name and mailing address**

**Laclede Gas Co**
**Drawer 2**
**Saint Louis, MO 63171**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.155 5**

**Nonpriority creditor's name and mailing address**

**Lake County Circuit Court**
**18 N County St**
**Waukegan, IL 60085**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.155 6**

**Nonpriority creditor's name and mailing address**

**Lake Forest Bank and Trust Com**
**PO Box 7000**
**Carol Stream, IL 60197-7000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.155 7**

**Nonpriority creditor's name and mailing address**

**Lake Zurich Brewing Company LL**
**932 Donata Ct**
**Lake Zurich, IL 60047**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.155 8**

**Nonpriority creditor's name and mailing address**

**Lalika LLC`**
**2521 Gross Point Rd Ste 4**
**Evanston, IL 60201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.155 9**

**Nonpriority creditor's name and mailing address**

**Lamar Texas Limited Partnershi**
**PO Box 96030**
**Baton Rouge, LA 70896**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 0**

**Nonpriority creditor's name and mailing address**

**Lamonica Beverages Inc**
**4060 Rock Valley Pkwy**
**Loves Park, IL 61111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$380.00**

---

**3.156 1**

**Nonpriority creditor's name and mailing address**

**Lana Rivay**
**5522 Century Ave #2**
**Middleton, WI 53562**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 2**

**Nonpriority creditor's name and mailing address**

**Lancaster Cnty Schl Dist 001**
**PO Box 82889**
**Lincoln, NE 68501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 3**

**Nonpriority creditor's name and mailing address**

**Lancaster County Court**
**575 S 10th**
**2nd Floor**
**Lincoln, NE 68508**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 4**

**Nonpriority creditor's name and mailing address**

**Lance Koch**
**6055 Niles**
**Troy, MI 48098**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| | Name | | |

---

**3.156 5**

**Nonpriority creditor's name and mailing address**

**Landes D Wallace**
**15510 Livingston Road**
**Accokeek, MD 20607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 6**

**Nonpriority creditor's name and mailing address**

**Landscape Garden Cntr**
**7201 S Minnesota Ave**
**Sioux Falls, SD 57108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 7**

**Nonpriority creditor's name and mailing address**

**Lanzarini Inc**
**1901 Delmar Blvd**
**Saint Louis, MO 63103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$48.00**

---

**3.156 8**

**Nonpriority creditor's name and mailing address**

**Lara Lange**
**941 Whitney Drive**
**Apple Valey, MN 55124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 9**

**Nonpriority creditor's name and mailing address**

**Larry Birkey**
**1633 10th Street**
**Manson, IA 50563**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.157 0**

**Nonpriority creditor's name and mailing address**

**Larry Brown**
**435 Clyd Street**
**Toledo, OH 43605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.157 1**

**Nonpriority creditor's name and mailing address**

**Larry Lawson**
**11105 Pompey Dr**
**Upper Marlboro, MD 20772**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor **Granite City Food & Brewery Ltd.**
Name

Case number (if known)    **19-43756**

---

| 3.157 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Larry Taylor and Assoc Consult**
**2304 Fawn Lake Circle**
**Naperville, IL 60564**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.157 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Larson Middle School Pto**
**2222 E Long Lake Rd**
**Troy, MI 48085**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.157 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Last Day Dog Rescue Inc**
**PO Box 51935**
**Livonia, MI 48151-5935**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.157 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Last Minute Gas Contractors**
**10330 Sw 42 Terrace**
**Miami, FL 33165**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.157 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laura L Horner**
**414 Brickpath Lane 109**
**Franklin, TN 37064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.157 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laurel Highlands Council Boy S**
**1275 Bedford Ave**
**Flag Plaza**
**Pittsburgh, PA 15219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.157 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laurels Princess Parties LLC**
**6800 W Central Ave Ste L2**
**Toledo, OH 43617**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.1579**

**Nonpriority creditor's name and mailing address**

**Lauren S Anderson**
**2316 W Cothrell St**
**Olathe, KS 66061**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1580**

**Nonpriority creditor's name and mailing address**

**Lauri Blakley**
**541 Harper Drive**
**Verona, WI 53593**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1581**

**Nonpriority creditor's name and mailing address**

**Law Office Of John Lindner Pa**
**1920 Greenspring Dr #130**
**Timonium, MD 21093**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1582**

**Nonpriority creditor's name and mailing address**

**Law Offices Of Michael R Still**
**30057 Orchard Lake Rd #200**
**Farmington Hills, MI 48334**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1583**

**Nonpriority creditor's name and mailing address**

**Lawrence C Hawkins**
**PO Box 896**
**La Porte, IN 46352**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1584**

**Nonpriority creditor's name and mailing address**

**Lazaro Filter Service Inc**
**7445 S Waterway Dr**
**Miami, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1585**

**Nonpriority creditor's name and mailing address**

**Lcd Builders LLC**
**3095 Tuscarawas Road**
**Beaver, PA 15009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,450.00**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.158 6**

**Nonpriority creditor's name and mailing address**

**Lead Up**
**5740 S 32nd Street**
**Lincoln, NE 68516**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.158 7**

**Nonpriority creditor's name and mailing address**

**Leah Bannister**
**16119 N Admiral Rd**
**Chillicothe, IL 61523**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.158 8**

**Nonpriority creditor's name and mailing address**

**Leah Johnson**
**PO Box 182**
**Lacon, IL 61540**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.158 9**

**Nonpriority creditor's name and mailing address**

**Leah M Agnew**
**4011 Bamberger**
**Saint Louis, MO 63116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.159 0**

**Nonpriority creditor's name and mailing address**

**Learfield Communications LLC**
**PO Box 843038**
**Kansas City, MO 64184-3038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.159 1**

**Nonpriority creditor's name and mailing address**

**Leasequery LLC**
**115 Perimeter Center Pi Ne**
**Ste 1150**
**Atlanta, GA 30346**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.159 2**

**Nonpriority creditor's name and mailing address**

**Leeanna E Horner**
**414 Brick Path Lane**
**Franklin, TN 37064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**3.159
3**

**Nonpriority creditor's name and mailing address**

**Legacy Service and Supply LLC**
**1732 West Park Center Ste A**
**Fenton, MO 63026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.159
4**

**Nonpriority creditor's name and mailing address**

**Legacy Village Investors LLC**
**PO Box 635159**
**Cincinnati, OH 45263-5159**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,739.08**

---

**3.159
5**

**Nonpriority creditor's name and mailing address**

**Leighf Inc**
**3333 W Division St Ste 127a**
**Saint Cloud, MN 56301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.159
6**

**Nonpriority creditor's name and mailing address**

**Leighton Enterprises Inc**
**PO Box 1458**
**Saint Cloud, MN 56302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.159
7**

**Nonpriority creditor's name and mailing address**

**Leikin Ingber and Winters Pc**
**3000 Town Center Ste 2390**
**Southfield, MI 48075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.159
8**

**Nonpriority creditor's name and mailing address**

**Leonard Ealey**
**24841 Emanuel Lane**
**Tremont, IL 61568**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.159
9**

**Nonpriority creditor's name and mailing address**

**Lesea Global Feed The Hungry I**
**530 E Ireland Rd**
**South Bend, IN 46614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|

Name

---

**3.160 0**

**Nonpriority creditor's name and mailing address**

**Leticia Hernandez Sedano**
**3225 Webster St**
**Fort Wayne, IN 46807**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.160 1**

**Nonpriority creditor's name and mailing address**

**Leukemia and Lymphoma Soc Inc**
**5700 Brecksville Road 3rd Fl**
**Independence, OH 44131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.160 2**

**Nonpriority creditor's name and mailing address**

**Liberty Fruit Co Inc**
**1247 Argentine Blvd**
**Kansas City, KS 66105-1508**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$53,001.25**

---

**3.160 3**

**Nonpriority creditor's name and mailing address**

**Liberty Sound and Electronics Inc**
**PO Box 3209**
**South Bend, IN 46619-0209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.160 4**

**Nonpriority creditor's name and mailing address**

**Life Safety Systems Inc**
**1417 Knecht Ave Ste A**
**Arbutus, MD 21227**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.160 5**

**Nonpriority creditor's name and mailing address**

**Lifeserve Blood Center Inc**
**431 East Locust**
**Des Moines, IA 50309**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.160 6**

**Nonpriority creditor's name and mailing address**

**Lighthouse Church Of All Nations**
**4501 W 127th St**
**Alsip, IL 60803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Official Form 206 E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

**Page 978 of 1167**

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.160<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lighting Maintenance Inc**
**351 N 6th Ave**
**Eldridge, IA 52748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lincoln Chamber Of Commerce In**
**PO Box 83006**
**Lincoln, NE 68501-3006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,462.94** |
|---|---|---|---|

**Lincoln Electric System**
**PO Box 2986**
**Omaha, NE 68103-2966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$285.00** |
|---|---|---|---|

**Lincoln Independent Business A**
**620 N 48th St Ste 205**
**Lincoln, NE 68504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lincoln Journal Star**
**Subscription**
**926 P Street**
**Lincoln, NE 68508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lincoln North Star Athletics B**
**520 W Carrine**
**Lincoln, NE 68521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Linda Kay Kozlowski**
**316 Allen St**
**Belvidere, IL 61008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.161 4**

**Nonpriority creditor's name and mailing address**

**Linda S Willgohs Cpa**
**805 Highland Ave West**
**Northfield, MN 55057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.161 5**

**Nonpriority creditor's name and mailing address**

**Linda Stuesser**
**9001 Ancient Oak Lane**
**Verona, WI 53593**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.161 6**

**Nonpriority creditor's name and mailing address**

**Lindsay Gambino**
**15036 Knoison**
**Livonia, MI 48154**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.161 7**

**Nonpriority creditor's name and mailing address**

**Lingle Design Group Inc**
**158 W Main**
**Lena, IL 61048**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.161 8**

**Nonpriority creditor's name and mailing address**

**Linn Cnty**
**501 13th St Nw**
**Cedar Rapids, IA 52405-3700**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.161 9**

**Nonpriority creditor's name and mailing address**

**Linn County Sheriff**
**PO Box 669**
**Cedar Rapids, IA 52406**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.162 0**

**Nonpriority creditor's name and mailing address**

**Linn Mar School Foundation Inc**
**2999 N 10th St**
**Marion, IA 52302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
| | Name | | |

---

| 3.162 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Liquid 12 Festivals LLC**
**1095 7th St W**
**Saint Paul, MN 55102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$382.99** |

**Liquid Environmental Solutions**
**Of Texas LLC**
**PO Box 203371**
**Dallas, TX 75320-3371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Lisa Conway**
**1055 Krattley Ln**
**Hudson, WI 54016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Lisa Lyn Rahja**
**8501 W Lavern Wipf St**
**Sioux Falls, SD 57106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Lisa M Schwartz**
**709 Huntly Ct**
**Schaumburg, IL 60194**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Little Friends Inc**
**140 N Wright St**
**Naperville, IL 60540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Littler Mendelson Pc**
**Attn Treasury**
**2301 Mcgee St, 8th Floor**
**Kansas City, MO 64108-2662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.1628**

**Nonpriority creditor's name and mailing address**

**Liturgical Publications Inc**
**2875 S James Dr**
**New Berlin, WI 53151**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.1629**

**Nonpriority creditor's name and mailing address**

**Live Your Freedom Inc**
**1766 W St Se**
**Washington, DC 20020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.1630**

**Nonpriority creditor's name and mailing address**

**Livonia Chamber Of Commerce**
**33300 Five Mile Road Ste 212**
**Livonia, MI 48154**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.1631**

**Nonpriority creditor's name and mailing address**

**Livonia Civic Arenas Inc**
**33841 Lyndon St**
**Livonia, MI 48154**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.1632**

**Nonpriority creditor's name and mailing address**

**Livonia Frc Robotics Inc**
**16200 Newburgh Rd**
**Livonia, MI 48154**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.1633**

**Nonpriority creditor's name and mailing address**

**LI Harder Inc**
**5013 W 12th**
**Sioux Falls, SD 57106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.1634**

**Nonpriority creditor's name and mailing address**

**LLChd**
**3140 N Street**
**Lincoln, NE 68510-1514**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.163
5**

**Nonpriority creditor's name and mailing address**

**Locals Love Us Quad Cities LLC**
**102 E Kimberly Rd**
**Ste 1 Pmb 199**
**Davenport, IA 52806**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.163
6**

**Nonpriority creditor's name and mailing address**

**Lockgiant Locksmith Inc**
**671 Pilgrim Ave**
**Birmingham, MI 48009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.163
7**

**Nonpriority creditor's name and mailing address**

**Lockton Companies LLC**
**PO Box 802707**
**Kansas City, MO 64180-2707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$690,001.00**

---

**3.163
8**

**Nonpriority creditor's name and mailing address**

**Lodging Source**
**PO Box 744**
**Mount Pleasant, SC 29465**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$26,988.84**

---

**3.163
9**

**Nonpriority creditor's name and mailing address**

**Lodovico Window Cleaning Inc**
**PO Box 341**
**Murrysville, PA 15668**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.164
0**

**Nonpriority creditor's name and mailing address**

**Loffredo**
**4001 Sw 63rd Street**
**Des Moines, IA 50321**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$38,492.10**

---

**3.164
1**

**Nonpriority creditor's name and mailing address**

**Lohr Distrib Co Inc**
**1100 South 9th St**
**Saint Louis, MO 63104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$100.80**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.164**
**2**

**Nonpriority creditor's name and mailing address**

**Lois Flora**
**5438 S 32nd St**
**Lincoln, NE 68516**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.164**
**3**

**Nonpriority creditor's name and mailing address**

**Lois Kammer**
**4809 Sherwood Road**
**Madison, WI 53711**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.164**
**4**

**Nonpriority creditor's name and mailing address**

**Lone Rock Inc**
**7939 Burden Rd**
**Machesney Park, IL 61115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.164**
**5**

**Nonpriority creditor's name and mailing address**

**Long Range Systems LLC**
**PO Box 671111**
**Dallas, TX 75267-1111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$79.99**

---

**3.164**
**6**

**Nonpriority creditor's name and mailing address**

**Loomis Armored Us Inc**
**Dept Ch 10500**
**Palatine, IL 60055-0500**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.164**
**7**

**Nonpriority creditor's name and mailing address**

**Lora Swanson**
**5532 Knollwood Dr**
**Saint Cloud, MN 56303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.164**
**8**

**Nonpriority creditor's name and mailing address**

**Lorena Zubko**
**701 N Duluth**
**Sioux Falls, SD 57104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number (if known) | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

| 3.164 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lori A Wolff**
**816 Lincolnwood Lane**
**Apt B**
**Indianapolis, IN 46260**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lotaspirits**
**3780 State Street**
**Bettendorf, IA 52722**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Louis Glunz Beer Inc**
**7100 N Capital Drive**
**Lincolnwood, IL 60712-2740**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Louis Glunz Wines Inc**
**630 Margate Dr**
**Lincolnshire, IL 60069**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Louis Robert Z Williams Ii**
**4606 Holborn Ave**
**Annandale, VA 22003**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,618.53** |
|---|---|---|---|

**Loves Travel Stops and Country**
**10601 North Pennsylvania**
**Oklahoma City, OK 73120**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lsw Consulting Solutions LLC**
**805 Highland Ave**
**Northfield, MN 55057**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|

Name

---

**3.165 6**

**Nonpriority creditor's name and mailing address**

**Ltd Brewing LLC**
**725 Mainstreet**
**Hopkins, MN 55343**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.165 7**

**Nonpriority creditor's name and mailing address**

**Lucas Howell**
**2112 W Ayres**
**Peoria, IL 61604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.165 8**

**Nonpriority creditor's name and mailing address**

**Lucid Brewing LLC**
**701 N 5th Street**
**Minneapolis, MN 55401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.165 9**

**Nonpriority creditor's name and mailing address**

**Luis Valdes**
**10235 Sw 46th St**
**Miami, FL 33165**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.166 0**

**Nonpriority creditor's name and mailing address**

**Lumind Research Down Syndrome**
**20 Burlington Mall Rd Ste 200**
**Burlington, MA 01803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.166 1**

**Nonpriority creditor's name and mailing address**

**Lupulin Brewing LLC**
**570 Thumboldt Drive #107**
**Big Lake, MN 55309**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.166 2**

**Nonpriority creditor's name and mailing address**

**Lupus Foundation Of America In**
**2121 K Street Nw Ste 200**
**Washington, DC 20037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.166 3**

**Nonpriority creditor's name and mailing address**

**Lutheran Family Services Of Ne**
**124 S 24th Street Ste 230**
**Omaha, NE 68102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.166 4**

**Nonpriority creditor's name and mailing address**

**Lutheran High School Associati**
**Of The Greater Rockford Area**
**3411 N Alpine Rd**
**Rockford, IL 61114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.166 5**

**Nonpriority creditor's name and mailing address**

**Lutheran Military Veterans**
**And Families Ministries Inc**
**3480 Stellhorn Road**
**Fort Wayne, IN 46815**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.166 6**

**Nonpriority creditor's name and mailing address**

**Luz Nokaj**
**40325 Plymouth Rd Apt 201**
**Plymouth, MI 48170**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.166 7**

**Nonpriority creditor's name and mailing address**

**Lyndsey Gruber**
**204 Nw 79th Terrace**
**Kansas City, MO 64118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.166 8**

**Nonpriority creditor's name and mailing address**

**Lynn M Baltrip**
**38020 Joplin Dr**
**Clinton Township, MI 48036-3904**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.166 9**

**Nonpriority creditor's name and mailing address**

**Lynn Publications Inc**
**833 Sw Lemans Lane**
**Suite 132**
**Lees Summit, MO 64082**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.167 0**

**Nonpriority creditor's name and mailing address**

**Lyons Doughty and Veldhuis Pc**
**PO Box 1269**
**Mount Laurel, NJ 08054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.167 1**

**Nonpriority creditor's name and mailing address**

**M L Jackson Quality Plumbing I**
**712 E 6th St**
**Coal Valley, IL 61240**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.167 2**

**Nonpriority creditor's name and mailing address**

**M W Hopkins and Sons Inc**
**9150 Pyott Rd**
**Lake in the Hills, IL 60156**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$310.00**

---

**3.167 3**

**Nonpriority creditor's name and mailing address**

**Mad Ape LLC**
**2300 Wisconsin Ave #213**
**Downers Grove, IL 60515**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$647.50**

---

**3.167 4**

**Nonpriority creditor's name and mailing address**

**Maddison Jeter**
**2004 Fondulac Dr**
**East Peoria, IL 61611**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.167 5**

**Nonpriority creditor's name and mailing address**

**Madeline Morrison**
**510 Lindsay Road**
**Carnegie, PA 15106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.167 6**

**Nonpriority creditor's name and mailing address**

**Madhouse Brewing Company LLC**
**501 Scott Ave**
**Des Moines, IA 50309**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.167 7**

**Nonpriority creditor's name and mailing address**

**Madison Carroll**
**808 1/2 Oak**
**New Haven, IN 46774**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.167 8**

**Nonpriority creditor's name and mailing address**

**Madonna University**
**36600 Schoolcraft Road**
**Livonia, MI 48150**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.167 9**

**Nonpriority creditor's name and mailing address**

**Magnum Electric Inc**
**471 Christianson Drive W**
**West Fargo, ND 58078**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.168 0**

**Nonpriority creditor's name and mailing address**

**Mahoney Environmental**
**37458 Eagle Way**
**Chicago, IL 60678-1374**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.168 1**

**Nonpriority creditor's name and mailing address**

**Major Brands Creve Coeur**
**PO Box 840141**
**Kansas City, MO 64184-0141**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$898.83**

---

**3.168 2**

**Nonpriority creditor's name and mailing address**

**Major Brands Kansas City**
**PO Box 804464**
**Kansas City, MO 64180**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$383.19**

---

**3.168 3**

**Nonpriority creditor's name and mailing address**

**Make A Wish Foundation Of**
**Nebraska**
**11926 Arbor Ste 102**
**Omaha, NE 68144**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$197.00**

---

| Debtor | Granite City Food & Brewery Ltd. | | |
|---|---|---|---|
| | Name | Case number (if known) | 19-43756 |

---

**3.168 4**

**Nonpriority creditor's name and mailing address**

**Make A Wish Foundaton Of Iowa**
**3024 104th St**
**Urbandale, IA 50322**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.168 5**

**Nonpriority creditor's name and mailing address**

**Malaika Price**
**16750 Blackjack Oak Ln**
**Apt 302**
**Woodbridge, VA 22191**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.168 6**

**Nonpriority creditor's name and mailing address**

**Mallory Valley Utility Disct**
**PO Box 306056**
**Nashville, TN 37230-6056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$992.90**

---

**3.168 7**

**Nonpriority creditor's name and mailing address**

**Manau Cutlery Inc**
**2533 S Western Avenue**
**Chicago, IL 60608-4807**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.168 8**

**Nonpriority creditor's name and mailing address**

**Manuel Mendoza**
**5636 N Hamilton Rd**
**Peoria, IL 61614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.168 9**

**Nonpriority creditor's name and mailing address**

**Manuel Rodriguezleston**
**4001 Sw 129th Ave**
**Miami, FL 33175**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.169 0**

**Nonpriority creditor's name and mailing address**

**Maple Grove Rotary Foundation**
**6900 Wedgewood Rd**
**Suite 200**
**Osseo, MN 55311**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

**3.169
1**

**Nonpriority creditor's name and mailing address**

**Maple Grove Senior High
Dance Team Booster Club
9800 Fernbrook Lane N
Osseo, MN 55369**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.169
2**

**Nonpriority creditor's name and mailing address**

**March Of Dimes Foundation
300 Cedar Ridge Drive
Suite 311/313
Pittsburgh, PA 15205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.169
3**

**Nonpriority creditor's name and mailing address**

**Marco Inc
PO Box 660831
Dallas, TX 75266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.169
4**

**Nonpriority creditor's name and mailing address**

**Marco Vergara
25635 Lincoln St
Novi, MI 48375**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.169
5**

**Nonpriority creditor's name and mailing address**

**Marianne Heider
317 Dundee Rd
East Peoria, IL 61611**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.169
6**

**Nonpriority creditor's name and mailing address**

**Marilyn Naiman Kohn Plc
30500 Northwestern Hwy 410
Farmington, MI 48334**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.169
7**

**Nonpriority creditor's name and mailing address**

**Marion County Treasurer
200 E Washington St
Ste 1001
Indianapolis, IN 46204-3356**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,346.98**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.1698**

**Nonpriority creditor's name and mailing address**

**Marissa K. Corado**
**1211 Tom Sawyer Trail #106**
**Harrisburg, SD 57032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$335.60**

---

**3.1699**

**Nonpriority creditor's name and mailing address**

**Mark A Johnson**
**1812 Edgewood Rd**
**Sioux Falls, SD 57103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1700**

**Nonpriority creditor's name and mailing address**

**Mark A. Gozdowski**
**2958 Lime City Rd**
**Perrysburg, OH 43551**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$467.60**

---

**3.1701**

**Nonpriority creditor's name and mailing address**

**Mark Gemar**
**3225 43rd Ave S**
**Fargo, ND 58104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1702**

**Nonpriority creditor's name and mailing address**

**Mark Hannen**
**3559 Mulligan Dr**
**Woodridge, IL 60517**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1703**

**Nonpriority creditor's name and mailing address**

**Mark Mussman**
**140 Highland Ave**
**Fairfax, IA 52228**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1704**

**Nonpriority creditor's name and mailing address**

**Mark Of Greatness Inc**
**221 S 66th St**
**Lincoln, NE 68510**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.170 5**

**Nonpriority creditor's name and mailing address**

**Mark Robinson**
**625 N First Ave**
**Canton, IL 61520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.170 6**

**Nonpriority creditor's name and mailing address**

**Mark Toth**
**2704 Southwood Rd**
**Toledo, OH 43614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.170 7**

**Nonpriority creditor's name and mailing address**

**Marketplace Selections Inc**
**1723 W Altorfer Dr**
**Peoria, IL 61615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.170 8**

**Nonpriority creditor's name and mailing address**

**Marking Refrigeration Inc**
**4760 S 134th St**
**Omaha, NE 68137**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.170 9**

**Nonpriority creditor's name and mailing address**

**Marquis Neal**
**24611 Westhampton**
**Oak Park, MI 48237**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.171 0**

**Nonpriority creditor's name and mailing address**

**Martell Electric LLC**
**4601 Cleveland Road**
**South Bend, IN 46628**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.171 1**

**Nonpriority creditor's name and mailing address**

**Martell Elementary Schl Pto**
**5666 Livernois Road**
**Troy, MI 48098**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|

Name

---

**3.171
2**

**Nonpriority creditor's name and mailing address**

**Martins Plaques LLC**
**26 Wilber St**
**Plantsville, CT 06479**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.171
3**

**Nonpriority creditor's name and mailing address**

**Mary Beth Ross**
**2726 N Rushwood Court**
**Wichita, KS 67226**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.171
4**

**Nonpriority creditor's name and mailing address**

**Mary Jane Elliott Pc**
**24300 Karim Blvd**
**Novi, MI 48375**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.171
5**

**Nonpriority creditor's name and mailing address**

**Mary Kate Picolo**
**2431 Alteras Dr**
**Nashville, TN 37211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.171
6**

**Nonpriority creditor's name and mailing address**

**Mary Vanlandingham**
**Box 61**
**Kingman, KS 67068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.171
7**

**Nonpriority creditor's name and mailing address**

**Maryland Child Support Account**
**PO Box 17396**
**Baltimore, MD 21297**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.171
8**

**Nonpriority creditor's name and mailing address**

**Marz Company Brewing Inc**
**960 W 31st St**
**Chicago, IL 60608**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.171.9**

**Nonpriority creditor's name and mailing address**

**Masons Window Cleaning Service**
**934 South 27th Street**
**South Bend, IN 46615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.172.0**

**Nonpriority creditor's name and mailing address**

**Master Craft Outdoors Inc**
**9450 Nason Court Ne**
**Elk River, MN 55330**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,650.00**

---

**3.172.1**

**Nonpriority creditor's name and mailing address**

**Master Locksmith LLC**
**155 Old Buggy Ct**
**Saint Charles, MO 63304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.172.2**

**Nonpriority creditor's name and mailing address**

**Master Repair Inc.**
**1550 91st St Ave NE**
**Minneapolis, MN 55449**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$593.87**

---

**3.172.3**

**Nonpriority creditor's name and mailing address**

**Mastin Septic& Well Service**
**12004 Waterville Swanton Rd**
**Whitehouse, OH 43571**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.172.4**

**Nonpriority creditor's name and mailing address**

**Matheson Trigas Inc**
**Dept 3028 PO Box 123028**
**Dallas, TX 75312**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,089.29**

---

**3.172.5**

**Nonpriority creditor's name and mailing address**

**Mathew Rainoldi**
**381 Quail Ridge Ct**
**Waterford, MI 48327**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.172 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Johnson**
**370 Trombley**
**Troy, MI 48083**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.172 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Brady**
**4638 Wentworth Ave South**
**Minneapolis, MN 55419**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.172 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Hudson**
**601 East Willow St**
**Harrisburg, SD 57032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.172 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Maybray**
**4160 Tuscarawas Rd**
**Beaver, PA 15009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.173 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew T Blanchar**
**7351 Royal Oakland D**
**Indianapolis, IN 46236**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.173 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Weltzin**
**1203 Ne Windsor Dr Unit 102**
**Ankeny, IA 50021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.173 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Ziegenfuss**
**7917 S 157th St**
**Omaha, NE 68136**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| | Name | | |

**3.173 3**

**Nonpriority creditor's name and mailing address**

**Maumee Bowling Alleys Inc**
**1246 Conant St**
**Maumee, OH 43537**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.173 4**

**Nonpriority creditor's name and mailing address**

**Maumee Cham Of Commerce**
**605 Conant Street**
**Maumee, OH 43537**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.173 5**

**Nonpriority creditor's name and mailing address**

**Maumee Firefighting Assn Inc**
**220 Illinois Ave**
**Maumee, OH 43537**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.173 6**

**Nonpriority creditor's name and mailing address**

**Maumee Valley Partners For Inc**
**1154 Larc Lane**
**Toledo, OH 43614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.173 7**

**Nonpriority creditor's name and mailing address**

**Mauricio Lopez**
**518 Hatfield Dr**
**Franklin, TN 37064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.173 8**

**Nonpriority creditor's name and mailing address**

**Maury County Courthouse**
**41 Public Square**
**Columbia, TN 38401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.173 9**

**Nonpriority creditor's name and mailing address**

**Maven Print LLC`**
**1506 Rollins Ave**
**Capitol Heights, MD 20743**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.174 0**

**Nonpriority creditor's name and mailing address**

**Maximilian J Guerra**
**2440 Sw 124th Ave**
**Miami, FL 33175**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.174 1**

**Nonpriority creditor's name and mailing address**

**Mayer Electric Corporation**
**8340 89th Ave N**
**Minneapolis, MN 55445**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.174 2**

**Nonpriority creditor's name and mailing address**

**Mccaren Designs Inc**
**760 Vandalia Street**
**Saint Paul, MN 55114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$225.94**

---

**3.174 3**

**Nonpriority creditor's name and mailing address**

**Mccarthy Lebit Crystal and Lif**
**101 W Prospect Ave Ste 1800**
**Cleveland, OH 44115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.174 4**

**Nonpriority creditor's name and mailing address**

**Mccrae Enterprise Inc**
**PO Box 90966**
**Washington, DC 20090-0966**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.174 5**

**Nonpriority creditor's name and mailing address**

**Mcgreevy Williams Pc**
**6735 Vistagreen Way Ste 300**
**Rockford, IL 61107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.174 6**

**Nonpriority creditor's name and mailing address**

**Mckinnon Co Inc**
**1002 South 48th Street**
**Grand Forks, ND 58201-8201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$104.70**

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**3.1747**

**Nonpriority creditor's name and mailing address**

**Mcmaster Carr Supply Co**
**PO Box 7690**
**Chicago, IL 60680-7690**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$411.54**

---

**3.1748**

**Nonpriority creditor's name and mailing address**

**Mcmurray Electric Inc**
**109 Marble Dr**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1749**

**Nonpriority creditor's name and mailing address**

**Mcs Inc**
**7405 S Bitterrroot Pl Ste 113**
**Sioux Falls, SD 57108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1750**

**Nonpriority creditor's name and mailing address**

**Meazureup Inc**
**180 John Street**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1751**

**Nonpriority creditor's name and mailing address**

**Mediacom Dm**
**PO Box 5744**
**Carol Stream, IL 60197-5744**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$129.95**

---

**3.1752**

**Nonpriority creditor's name and mailing address**

**Mediausa Advertising Inc**
**PO Box 189**
**Litchfield, MN 55355**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.1753**

**Nonpriority creditor's name and mailing address**

**Meet Minneapolis Cva**
**250 Marquette Avenue South**
**Suite 1300**
**Minneapolis, MN 55401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.175 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$90.00** |
|---|---|---|---|

**Megge Enterprises Inc**
**PO Box 26067**
**Fraser, MI 48026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Melissa Champion**
**2812 Oak Grove Lane**
**Rockford, IL 61108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Meltzer Purtill and Stelle LLC**
**1515 E Woodfield Rd**
**Schaumburg, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Melvin W Welch**
**PO Box 206**
**Swisher, IA 52338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Melwood Horticultural Training**
**5606 Dower House Road**
**Upper Marlboro, MD 20772-3604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$249.00** |
|---|---|---|---|

**Menutrinfo LLC**
**2629 Redwing Rd Ste 280**
**Fort Collins, CO 80526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mercedes Pineda**
**812 Kishwaukee**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|

Name

---

**3.176
1**

**Nonpriority creditor's name and mailing address**

**Mergent Inc
444 Madison Ave Ste 1710
New York, NY 10022**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.176
2**

**Nonpriority creditor's name and mailing address**

**Messerli and Kramer Pa
3033 Campus Dr Ste 250
Minneapolis, MN 55441**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.176
3**

**Nonpriority creditor's name and mailing address**

**Metro Sales Inc
Attn: Accts Receivable
1620 E 78th Street
Minneapolis, MN 55423-4637**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.176
4**

**Nonpriority creditor's name and mailing address**

**Metromedia Inc
4210 Shawnee Mission Parkway
Suite 314a
Mission, KS 66205**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.176
5**

**Nonpriority creditor's name and mailing address**

**Metropolitan Life Insurance Co
Dept Ch 10579
Palatine, IL 60055-0579**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.176
6**

**Nonpriority creditor's name and mailing address**

**Metropolitan St Louis
Sewer District
PO Box 437
Saint Louis, MO 63166-0437**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.176
7**

**Nonpriority creditor's name and mailing address**

**Metropolitan Utilities Disct
PO Box 3600
Omaha, NE 68103-0600**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

| 3.176 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Meyers Rodbell& Rosenbaum**
**6801 Keniworth Ave**
**Suite 400**
**Riverdale, MD 20737**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mghs Boys Basketball Booster C**
**9800 Fernbrook Ln**
**Osseo, MN 55369**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mgsh Crimson Trap Booster**
**9800 Fernbrook Lane N**
**Osseo, MN 55369**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mh Logistics Inc**
**8901 N Industrial Rd**
**Peoria, IL 61615**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Miami Dade Derm Permit Renewal**
**PO Box 863532**
**Orlando, FL 32886-3532**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,602.67** |
|---|---|---|---|

**Miami-Dade Tax Collector**
**200 NW 2nd Avenue**
**1st Floor**
**Miami, FL 33128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,376.09** |
|---|---|---|---|

**Miamidade Water& Sewer Dept**
**PO Box 026055**
**Miami, FL 33102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.177 5**

**Nonpriority creditor's name and mailing address**

**Michael Baker International Fo**
**100 Airside Drive**
**Coraopolis, PA 15108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177 6**

**Nonpriority creditor's name and mailing address**

**Michael Bohlken**
**2137 Walnut Ct**
**Glenview, IL 60025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177 7**

**Nonpriority creditor's name and mailing address**

**Michael C Carter**
**718 Chatsworth Dr**
**Accokeek, MD 20607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177 8**

**Nonpriority creditor's name and mailing address**

**Michael Chmelka**
**3915 N 69th St Apt 5**
**Lincoln, NE 68507**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177 9**

**Nonpriority creditor's name and mailing address**

**Michael H Staenberg**
**222 S Central Avenue Suite 402**
**Saint Louis, MO 63105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.178 0**

**Nonpriority creditor's name and mailing address**

**Michael J Thoel**
**33055 Summers St**
**Livonia, MI 48154**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.178 1**

**Nonpriority creditor's name and mailing address**

**Michael Joseph Dunn Jr**
**1819 Tyler St**
**Aliquippa, PA 15001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|

Name

---

**3.178 2**

**Nonpriority creditor's name and mailing address**

**Michael Marks**
**814 S 24th Street**
**South Bend, IN 46615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.178 3**

**Nonpriority creditor's name and mailing address**

**Michael Mcbride**
**20977 Greenwood Ct**
**Lakeville, MN 55044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.178 4**

**Nonpriority creditor's name and mailing address**

**Michael Milinovich**
**586 36 1/2 Ave NE**
**Minneapolis, MN 55418**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.178 5**

**Nonpriority creditor's name and mailing address**

**Michael Misko**
**578 Lincoln Highlands Dr**
**Coraopolis, PA 15108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.178 6**

**Nonpriority creditor's name and mailing address**

**Michael Quagliano**
**4701 1st Ave Se #11**
**Cedar Rapids, IA 52402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$31,762.50**

---

**3.178 7**

**Nonpriority creditor's name and mailing address**

**Michelle Allison Simpson**
**12625 Willow View Pl**
**Waldorf, MD 20602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.178 8**

**Nonpriority creditor's name and mailing address**

**Michelle Smith**
**236 Verbena Dr**
**Watertown, MN 55388**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.178 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michiana Restaurant Services**
**11450 Tangletree Dr**
**Granger, IN 46530**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michigan Brewers Guild**
**225 W Washtenaw Ste C**
**Lansing, MI 48933**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michigan Dept Of**
**Treasury Unclaimed Wages**
**PO Box 30756**
**Lansing, MI 48909**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michigan Liquor Control Comm**
**529 W Allegan St**
**PO Box 30005**
**Lansing, MI 48909**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michigan Logos Inc**
**5030 Northwind Dr Ste 103**
**East Lansing, MI 48823**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michigan Receivable Management**
**24300 Karim Blvd**
**Novi, MI 48375**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michigan State Disbursement**
**PO Box 30350**
**Lansing, MI 48909**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 3.179 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mickayla M Henman**
3725 Cardinal Lane
Fort Wayne, IN 46815

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Micro Center**
PO Box 848
Hilliard, OH 43026-0848

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Micro Plumbing Inc**
8988 J Street
Omaha, NE 68127

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Microstar Quality Services LLC**
PO Box 912857
Denver, CO 80291-2857

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mid America Locksmiths LLC**
13410 Santa Fe Trail Dr
Lenexa, KS 66215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,999.26** |
|---|---|---|---|

**Midamerican Energy**
PO Box 8020
Davenport, IA 52808-8020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$106.50** |
|---|---|---|---|

**Midcontinent Communications**
PO Box 5010
Sioux Falls, SD 57117

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.180 3**

**Nonpriority creditor's name and mailing address**

**Middle Tennessee Electric**
**PO Box 681709**
**Franklin, TN 37068-1709**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.180 4**

**Nonpriority creditor's name and mailing address**

**Midwest Alarm Co**
**1104 6th Street**
**Sioux City, IA 51101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$107.86**

---

**3.180 5**

**Nonpriority creditor's name and mailing address**

**Midwest Alarm Svcs**
**PO Box 4511**
**Davenport, IA 52808**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.180 6**

**Nonpriority creditor's name and mailing address**

**Midwest Baseball Consulting**
**7900 S 20th St**
**Lincoln, NE 68504**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.180 7**

**Nonpriority creditor's name and mailing address**

**Midwest Communications Inc**
**500 Phillips Ave**
**Sioux Falls, SD 57104**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$861.00**

---

**3.180 8**

**Nonpriority creditor's name and mailing address**

**Midwest Cutlery Service**
**PO Box 20520**
**Dayton, OH 45420**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$135.00**

---

**3.180 9**

**Nonpriority creditor's name and mailing address**

**Midwest Lighting Products**
**PO Box 558**
**Osseo, MN 55369**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$93.45**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.181 0**

**Nonpriority creditor's name and mailing address**

**Midwest Paper Products**
**429 E Dupon Rd #64**
**Fort Wayne, IN 46825**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.181 1**

**Nonpriority creditor's name and mailing address**

**Midwest Telephone Co Inc**
**8172 Zionsville Rd**
**Indianapolis, IN 46268**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.181 2**

**Nonpriority creditor's name and mailing address**

**Miguel Cestarys Rodriguez**
**1828 Abriter Ct**
**Freedom Plaza**
**Naperville, IL 60563**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.181 3**

**Nonpriority creditor's name and mailing address**

**Miguel Hurtado**
**11411 Olive Blvd**
**Saint Louis, MO 63141**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.181 4**

**Nonpriority creditor's name and mailing address**

**Miguel Paisano**
**21w600 Lynn Rd**
**Lombard, IL 60148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.181 5**

**Nonpriority creditor's name and mailing address**

**Mike Koustrup**
**3927 88th Ave Ne**
**Circle Pines, MN 55014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.181 6**

**Nonpriority creditor's name and mailing address**

**Mike Leahy**
**10932 Pioneer Dr**
**Burnsville, MN 55337**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|

Name

---

**3.181 7**

**Nonpriority creditor's name and mailing address**

**Mike Lyons**
**1042 McKenna Blvd**
**Madison, WI 53719**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.181 8**

**Nonpriority creditor's name and mailing address**

**Mike Sucha Memorial Golf Classic**
**6924 Pike Place**
**Lincoln, NE 68516**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.181 9**

**Nonpriority creditor's name and mailing address**

**Mikes Draft Line Cleaning**
**9768 Pinehurst Ct**
**Elko New Market, MN 55020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.182 0**

**Nonpriority creditor's name and mailing address**

**Millar Mechanical**
**46707 282nd Street**
**Lennox, SD 57039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.182 1**

**Nonpriority creditor's name and mailing address**

**Miller and Steeno PC**
**11970 Borman Dr #250**
**Saint Louis, MO 63146**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.182 2**

**Nonpriority creditor's name and mailing address**

**Miller Engineering Co Inc**
**1616 South Main Street**
**Rockford, IL 61102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.182 3**

**Nonpriority creditor's name and mailing address**

**Millner Vineyard LLC**
**220 5th Street S**
**Dassel, MN 55325**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$324.00**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 3.182 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$80.64** |
|---|---|---|---|
| | **Mills Transfer**<br>**656 Rose Street**<br>**Lincoln, NE 68502-2098** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.182 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Minneapolis Finance**<br>**250 S 4th St Rm 510**<br>**Minneapolis, MN 55415** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.182 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$131.02** |
|---|---|---|---|
| | **Minneapolis Oxygen Co**<br>**3842 Washington Avenue No**<br>**Minneapolis, MN 55412-2142** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.182 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Minneapolis Regional Chamber**<br>**81 South 9th St Ste 200**<br>**Minneapolis, MN 55402-3223** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.182 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$274.33** |
|---|---|---|---|
| | **Minnehaha Bldg Maint Inc**<br>**1200 Centre Pointe Curve 350**<br>**Saint Paul, MN 55120-0243** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.182 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$160.00** |
|---|---|---|---|
| | **Minnesota Boston Terrier Club**<br>**PO Box 7459**<br>**Minneapolis, MN 55407** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Minnesota Department Of Health**<br>**625 Robert Street North**<br>**PO Box 64975**<br>**Saint Paul, MN 55164-0975** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.183
1**

**Nonpriority creditor's name and mailing address**

**Minnesota Dept Of Commerce**
**85 7th Place East**
**Suite 500**
**Saint Paul, MN 55101-2198**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.183
2**

**Nonpriority creditor's name and mailing address**

**Minnesota Energy Resources**
**PO Box 3140**
**Milwaukee, WI 53201-3140**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.183
3**

**Nonpriority creditor's name and mailing address**

**Minnesota Graphic Solutions**
**2600 Fembrook Lane North #101**
**Minneapolis, MN 55447**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.183
4**

**Nonpriority creditor's name and mailing address**

**Minnesota Logos Inc**
**7373 West 147th Street**
**Suite 107**
**Saint Paul, MN 55124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.183
5**

**Nonpriority creditor's name and mailing address**

**Minnesota Restaurant Assoc**
**1959 Sloan Place Ste 120**
**Saint Paul, MN 55117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.183
6**

**Nonpriority creditor's name and mailing address**

**Minnesota Revenue**
**PO Box 64649**
**Saint Paul, MN 55164-0649**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.183
7**

**Nonpriority creditor's name and mailing address**

**Minnesota Revenue**
**PO Box 64564**
**Saint Paul, MN 55164-0564**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|

Name

---

**3.183 8**

**Nonpriority creditor's name and mailing address**

**Minnesota Sec Of State Notary
Retirement System Of Mn Bldg
60 Empire Drice Ste 100
Saint Paul, MN 55103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.183 9**

**Nonpriority creditor's name and mailing address**

**Minnesota State Colleges
and Universities
30 7th Street East Ste 350
Saint Paul, MN 55101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,500.00**

---

**3.184 0**

**Nonpriority creditor's name and mailing address**

**Minuteman Press
8742 Lyndale Ave S
Minneapolis, MN 55420**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.184 1**

**Nonpriority creditor's name and mailing address**

**Minuteman Press Cr Kendall
13275 Sw 136 Street 35
Miami, FL 33186**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.184 2**

**Nonpriority creditor's name and mailing address**

**Miranda Strom
1636 Sw 42nd St
Fargo, ND 58103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.184 3**

**Nonpriority creditor's name and mailing address**

**Mishawaka Little League
1100 S Carlton
Mishawaka, IN 46544**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.184 4**

**Nonpriority creditor's name and mailing address**

**Mishawaka Utilities
126 North Church Street
PO Box 363
Mishawaka, IN 46546-0363**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,991.86**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.184 5**

**Nonpriority creditor's name and mailing address**

**Misko Magic LLC**
**528 Lincoln Highlands Dr**
**Coraopolis, PA 15108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.184 6**

**Nonpriority creditor's name and mailing address**

**Mississippi Dept Of Human Svcs**
**PO Box 23094**
**Jackson, MS 39225**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.184 7**

**Nonpriority creditor's name and mailing address**

**Missouri American Water**
**PO Box 790247**
**Saint Louis, MO 63179-0247**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.184 8**

**Nonpriority creditor's name and mailing address**

**Missouri Director Of Revenue**
**Missouri Div Of Alcohol & Toba**
**1738 E Elm St Lower Level East**
**Jefferson City, MO 65101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.184 9**

**Nonpriority creditor's name and mailing address**

**Missouri Patriot Paws**
**1908 N Bishop**
**Rolla, MO 65401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.185 0**

**Nonpriority creditor's name and mailing address**

**Missouri State Treasurer**
**Clint Zweifel Unclaimed Prpty**
**301 W High St Room 157**
**Jefferson City, MO 65101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.185 1**

**Nonpriority creditor's name and mailing address**

**Mkc3 Inc**
**PO Box 9855**
**Fargo, ND 58106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$192.97**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.185 2**

**Nonpriority creditor's name and mailing address**

**MLCC**
**7150 Harris Drive**
**PO Box 30005**
**Lansing, MI 48909-7505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$20,163.72**

---

**3.185 3**

**Nonpriority creditor's name and mailing address**

**Mn Child Support Payment**
**PO Box 64306**
**Saint Paul, MN 55164**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.185 4**

**Nonpriority creditor's name and mailing address**

**Moac Mall Holdings LLC**
**PO Box 1450**
**Minneapolis, MN 55485-5826**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,161.70**

---

**3.185 5**

**Nonpriority creditor's name and mailing address**

**Mobo Systems Inc**
**285 Fulton Street**
**FL 82**
**New York, NY 10007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,364.99**

---

**3.185 6**

**Nonpriority creditor's name and mailing address**

**Moda Lighting**
**11070 Fleetwood St Unit F**
**Sun Valley, CA 91352**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.185 7**

**Nonpriority creditor's name and mailing address**

**Moises Martinez**
**8839 Robin Drive, C**
**Des Plaines, IL 60016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.185 8**

**Nonpriority creditor's name and mailing address**

**Mona Electric Group Inc**
**7915 Malcolm Rd**
**Clinton, MD 20735**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.185 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,926.45** |
|---|---|---|---|

**Monarchs Holdings LLC**
**PO Box 235**
**Emerson, NJ 07630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Monclova Area Parents**
**8035 Monclova Road**
**Monclova, OH 43542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Monica Underwood**
**7039 1st Ave South**
**Minneapolis, MN 55423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Monte Cohenour**
**1501 Valleyview Ave**
**Van Meter, IA 50261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Morgan Moser**
**253 Braun Rd**
**Beaver Falls, PA 15010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Morse Elementary School Pto**
**475 Cherry Drive**
**Troy, MI 48083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$88.00** |
|---|---|---|---|

**Mosaic Inc**
**8047 Parallel Parkway**
**Kansas City, KS 66112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.186 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Moss Adams Llp**
**PO Box 101822**
**Pasadena, CA 91189-1822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Motionloft Inc**
**550 15th St Ste 29**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Motown Fire LLC**
**39282 E Archer Dr**
**Harrison Township, MI 48045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mr Gas Inc**
**25204 Ryan Rd**
**Warren, MI 48091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,017.82** |
|---|---|---|---|

**Msp Lighting Products Inc**
**15549 S 70th Ct**
**Orland Park, IL 60462-5105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mtt Innovations LLC**
**PO Box 23271**
**Toledo, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mulberrys LLC**
**2587 Fairview Ave North**
**Saint Paul, MN 55113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor      **Granite City Food & Brewery Ltd.**

Name                                                                     Case number *(if known)*    **19-43756**

| | | |
|---|---|---|
| 3.187 3 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Multi Locksmith LLC**
**2702 Scarborough Dr**
**Fort Washington, MD 20744**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.187 4 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Multicorp Inc**
**PO Box 361**
**Westminster, MD 21158**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.187 5 | **Nonpriority creditor's name and mailing address** | **$460.00** |

**Muska Electric Co Inc**
**1985 Oakcrest Ave**
**Saint Paul, MN 55113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.187 6 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Mutton Rental Center Inc**
**1818 Lakeview Dr**
**Fort Wayne, IN 46808-3918**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.187 7 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**My Trade LLC**
**2770 Nw 24th Street**
**Miami, FL 33142**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.187 8 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Mycheck LLC**
**408 Broadway 2nd Floor**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.187 9 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Myriah Jo K Hansen**
**10750 Brunswick Rd Apt 307**
**Minneapolis, MN 55438**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.188 0**

**Nonpriority creditor's name and mailing address**

**Myron Alfonso Young**
**12629 Memory Lane**
**Bowie, MD 20715**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.188 1**

**Nonpriority creditor's name and mailing address**

**Nakeadlia D Mitchell**
**15058 Vaughan**
**Detroit, MI 48223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.188 2**

**Nonpriority creditor's name and mailing address**

**Naperville Area Chamber**
**of Commerce**
**55 S Maint St Ste 351**
**Naperville, IL 60540**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.188 3**

**Nonpriority creditor's name and mailing address**

**Naperville Hotel Ptnrs LLC**
**130 E Randolph Ste 2100**
**Chicago, IL 60601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,186.30**

---

**3.188 4**

**Nonpriority creditor's name and mailing address**

**Naperville Humane Society Inc**
**PO Box 533**
**Naperville, IL 60566**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.188 5**

**Nonpriority creditor's name and mailing address**

**Naperville Park District**
**320 W Jackson Avenue**
**Naperville, IL 60540**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.188 6**

**Nonpriority creditor's name and mailing address**

**Naperville Seniors In Action**
**790 Royal St George Dr**
**Ste 141 #156**
**Naperville, IL 60563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

| 3.188 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nardini Fire Equipment Co Inc**
**405 County Road E W**
**Saint Paul, MN 55126-7093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$354.13** |
|---|---|---|---|

**Nardini Fire Equipmentfg**
**PO Box 9707**
**Fargo, ND 58106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Nashville Edge LLC**
**1600 Ogletree Ct**
**La Vergne, TN 37086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nashville Fireplace Distr Inc**
**2140 Edward Curd Lane**
**Franklin, TN 37067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Natalie R Koster**
**1355 Cleveland Hts Blvd**
**Cleveland, OH 44121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nate Hjelseth**
**3600 American Blvd W, Ste 400**
**Minneapolis, MN 55431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,472.84** |
|---|---|---|---|

**Nathan H Hyde**
**5975 Rosecroft Place**
**Hughesville, MD 20637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    **Page 1019 of 1167**

| | |
|---|---|
| Debtor | **Granite City Food & Brewery Ltd.** |
| | Name |

Case number (if known)   **19-43756**

---

**3.189 4**

**Nonpriority creditor's name and mailing address**

**Nathan John Balistreri**
**2140 Nw Creek Drive**
**Blue Springs, MO 64015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.189 5**

**Nonpriority creditor's name and mailing address**

**National Car Rental**
**PO Box 402383**
**Atlanta, GA 30384-2383**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,756.06**

---

**3.189 6**

**Nonpriority creditor's name and mailing address**

**National Cinemedia Inc**
**Po Box 17491**
**Denver, CO 80217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.189 7**

**Nonpriority creditor's name and mailing address**

**National Cinemedia LLC**
**PO Box 17491**
**Denver, CO 80217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.189 8**

**Nonpriority creditor's name and mailing address**

**National Down Syndrome Society**
**8 East 41st Street**
**8th Floor**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.189 9**

**Nonpriority creditor's name and mailing address**

**National Harbor Convention and**
**Visitors Association Inc**
**165 Waterfront Street**
**Oxon Hill, MD 20745**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.190 0**

**Nonpriority creditor's name and mailing address**

**National Lock & Safe Co**
**1401 Westridge Road**
**Lincoln, NE 68523**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.190 1**

**Nonpriority creditor's name and mailing address**

**National Multiple Sclerosis So**
**733 Third Ave Fl 3**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.190 2**

**Nonpriority creditor's name and mailing address**

**National Safe and Vault Inc**
**32778 Van Dyke Avenue**
**Warren, MI 48093**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.190 3**

**Nonpriority creditor's name and mailing address**

**National Women Veterans**
**922 7th St**
**Rockford, IL 61104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$167.00**

---

**3.190 4**

**Nonpriority creditor's name and mailing address**

**Ncr Corp**
**PO Box 198755**
**Atlanta, GA 30384-8755**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$39,787.29**

---

**3.190 5**

**Nonpriority creditor's name and mailing address**

**Nd Child Support Enforcement**
**PO Box 7280**
**Bismarck, ND 58507**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.190 6**

**Nonpriority creditor's name and mailing address**

**Ndsu Mens Rugby Club**
**128 Memorial Union Dept 5360**
**PO Box 6050**
**Fargo, ND 58108-6050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.190 7**

**Nonpriority creditor's name and mailing address**

**Ne Dol/Boiler Inspection**
**Program**
**550 S 16th St PO Box 94600**
**Lincoln, NE 68509-4600**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.1908**

**Nonpriority creditor's name and mailing address**

**Nebraska Child Support Payment**
PO Box 82890
Lincoln, NE 68501

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1909**

**Nonpriority creditor's name and mailing address**

**Nebraska Department Of Revenue**
PO Box 94818
Lincoln, NE 68509-4818

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1910**

**Nonpriority creditor's name and mailing address**

**Nebraska Dept of Health&Human
Services Div of Public Health**
PO Box 22790
Lincoln, NE 68502

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1911**

**Nonpriority creditor's name and mailing address**

**Nebraska Dept Of Revenue
Compliance Division**
PO Box 94609
Lincoln, NE 68509

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1912**

**Nonpriority creditor's name and mailing address**

**Nebraska Humane Society Inc**
8929 Fort Street
Omaha, NE 68134

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1913**

**Nonpriority creditor's name and mailing address**

**Nebraska Industrial
Refrigeration Inc.**
6921 W Remington Dr
Lincoln, NE 68532

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1914**

**Nonpriority creditor's name and mailing address**

**Nebraska Licensed Beverage Asn**
8424 W Center Rd Ste 204
Omaha, NE 68124

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.191**
**5**

**Nonpriority creditor's name and mailing address**

**Nebraska Restaurant Assoc**
**1610 S 70th Street**
**Suite 101**
**Lincoln, NE 68506**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.191**
**6**

**Nonpriority creditor's name and mailing address**

**Nebraska Secretary Of State**
**PO Box 94608**
**Lincoln, NE 68509**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.191**
**7**

**Nonpriority creditor's name and mailing address**

**Nebraska State Treasurer**
**809 P Street**
**Unclaimed Property Division**
**Lincoln, NE 68508**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.191**
**8**

**Nonpriority creditor's name and mailing address**

**Necker Charms One LLC**
**721 6th Ave**
**De Witt, IA 52742**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.191**
**9**

**Nonpriority creditor's name and mailing address**

**Neighborhood Greetings LLC**
**2884 Devils Glen Rd #128**
**Bettendorf, IA 52722**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.192**
**0**

**Nonpriority creditor's name and mailing address**

**Nelbud**
**51 Kowba Lane**
**Indianapolis, IN 46201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.192**
**1**

**Nonpriority creditor's name and mailing address**

**Nelbud Services Group Inc**
**51 Koweba Lane**
**Indianapolis, IN 46201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.192 2**

**Nonpriority creditor's name and mailing address**

**Neptune Plumb & Heating**
**23860 Miles Road**
**Suite G**
**Cleveland, OH 44128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.192 3**

**Nonpriority creditor's name and mailing address**

**New Ground Theater**
**2113 E 11th St**
**Davenport, IA 52803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.192 4**

**Nonpriority creditor's name and mailing address**

**New Hope Ctr For Grief Support**
**145 N Center St Ste E**
**Northville, MI 48167**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.192 5**

**Nonpriority creditor's name and mailing address**

**New Tkg Storagemart Ptnrs Lp**
**Storage Mart #1653**
**7401 State Ave**
**Kansas City, KS 66112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.192 6**

**Nonpriority creditor's name and mailing address**

**Next Day Signs Toledo Inc**
**2112 N Reynolds Rd**
**Toledo, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.192 7**

**Nonpriority creditor's name and mailing address**

**Nh P Garage LLC**
**PO Box 75740**
**Nh Gs Manager**
**Baltimore, MD 21275-5740**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.192 8**

**Nonpriority creditor's name and mailing address**

**Nh-R Retail LLC**
**PO Box 603719**
**Charlotte, NC 28260-3719**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$8,549.83**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.1929**

**Nonpriority creditor's name and mailing address**
**Nhp Retail**
**PO Box 75740**
**Baltimore, MD 21275-5740**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,414.83**

---

**3.1930**

**Nonpriority creditor's name and mailing address**
**Nicholas Turney**
**801 Del Rio Pike Apt R4**
**Franklin, TN 37064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1931**

**Nonpriority creditor's name and mailing address**
**Nichols Kaster Pllp**
**80 S 8th Ste 4600**
**Minneapolis, MN 55402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1932**

**Nonpriority creditor's name and mailing address**
**Nick Leet**
**5029 Dunkirk Place N**
**Minneapolis, MN 55446**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1933**

**Nonpriority creditor's name and mailing address**
**Nick Meister**
**345 Quinlan Ave S**
**Lakeland, MN 55043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1934**

**Nonpriority creditor's name and mailing address**
**Nick Perry**
**3831 Summersworth Run**
**Fort Wayne, IN 46804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1935**

**Nonpriority creditor's name and mailing address**
**Nick Picciola**
**17802 Bos Drive**
**Orland Park, IL 60467**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.193 6**

**Nonpriority creditor's name and mailing address**

**Nickolas Koudelis**
**11755 Casa Grande Dr**
**Saint Louis, MO 63146**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.193 7**

**Nonpriority creditor's name and mailing address**

**Nicolas Domenick**
**132 Rivercrest Dr**
**Coraopolis, PA 15108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.193 8**

**Nonpriority creditor's name and mailing address**

**Nicole Estes**
**699 W Big Beaver Rd**
**Troy, MI 48084**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.193 9**

**Nonpriority creditor's name and mailing address**

**Nicole Hood**
**9019 Beatrice**
**Livonia, MI 48150**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.194 0**

**Nonpriority creditor's name and mailing address**

**Nicole Kamel**
**27142 Lorraine**
**Warren, MI 48093**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.194 1**

**Nonpriority creditor's name and mailing address**

**Nicole Kibler**
**395 Georgetown Road**
**Darlington, PA 16115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.194 2**

**Nonpriority creditor's name and mailing address**

**Nicole Langeland**
**1970 11th Ave E**
**Shakopee, MN 55379**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.194 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,790.80** |
|---|---|---|

**Nicor Gas**
**PO Box 5407**
**Carol Stream, IL 60197-5407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|

**Nifco Mechanical Systems LLC**
**500 Blue Heron Drive**
**Lincoln, NE 68522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|

**Nikki Ehlers**
**9220 Colby St**
**Lincoln, NE 68505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|

**Nikolas Ritschel Foundation**
**1915 Stratford Lane**
**Rockford, IL 61107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,487.93** |
|---|---|---|

**Nipsco Fw**
**PO Box 13007**
**Merrillville, IN 46411-3007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$234.92** |
|---|---|---|

**NJB Enterprises LLC**
**400 Renaissance Center Level I**
**Suite 1407**
**Detroit, MI 48243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194 9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|

**Noahs Ark Animal Sanctuary Inc**
**111 N 1st St**
**Rockford, IL 61107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.195 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**North American Directory Svcs**
**320 East 27th Street**
**Loveland, CO 80538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**North Dakota Assn of Drug**
**Court Professionals**
**1010 2nd Ave S**
**Fargo, ND 58103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**North Dakota Elite LLC**
**205 19th Ave N**
**Fargo, ND 58102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**North Dakota Ins Department**
**600 E Boulevard Ave**
**Dept 401**
**Bismarck, ND 58505-0320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**North Dakota State Land Dev**
**Unclaimed Property Division**
**PO Box 5523**
**Bismarck, ND 58506-5523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**North End Electric Company Inc**
**2000 Bellaire Ave**
**Royal Oak, MI 48067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**North Hennepin Area**
**Cham Of Commerce**
**229 1st Ave Ne**
**Osseo, MN 55369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.195 7**

**Nonpriority creditor's name and mailing address**

**North Kansas City Beverage Co**
**203 E 11th Ave**
**Kansas City, MO 64116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$125.70**

---

**3.195 8**

**Nonpriority creditor's name and mailing address**

**Northbrook Chamber Of Commerce**
**202 Walters Ave**
**Northbrook, IL 60062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.195 9**

**Nonpriority creditor's name and mailing address**

**Northern Electric**
**4640 North Chatsworth**
**Saint Paul, MN 55126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.196 0**

**Nonpriority creditor's name and mailing address**

**Northern Mechanical**
**Contractors LLC**
**1975 Seneca Rd Ste 100**
**Saint Paul, MN 55122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.196 1**

**Nonpriority creditor's name and mailing address**

**Northern Mechanical Inc**
**9933 North Alpine**
**Machesney Park, IL 61115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.196 2**

**Nonpriority creditor's name and mailing address**

**Northland Directories**
**PO Box 605**
**Hudson, WI 54016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.196 3**

**Nonpriority creditor's name and mailing address**

**Northland Health Care Access**
**PO Box 14414**
**Kansas City, MO 64152**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|

Name

---

**3.196 4**

**Nonpriority creditor's name and mailing address**

**Northland Regional Chamber Of Commerce**
**634 Nw Englewood Rd**
**Kansas City, MO 64118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.196 5**

**Nonpriority creditor's name and mailing address**

**Northside Welding LLC**
**2618 10th Street Ne**
**Sauk Rapids, MN 56379**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.196 6**

**Nonpriority creditor's name and mailing address**

**Northstar Facility Svcs Inc**
**30515 Centruy Drive**
**Wixom, MI 48393**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$2,861.40**

---

**3.196 7**

**Nonpriority creditor's name and mailing address**

**Northville Eagles Aerie 2504**
**113 S Center**
**Northville, MI 48167**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.196 8**

**Nonpriority creditor's name and mailing address**

**Northville Township**
**Water and Sewer Department**
**PO Box 674268**
**Detroit, MI 48267-4268**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$4,818.78**

---

**3.196 9**

**Nonpriority creditor's name and mailing address**

**Northwest Mechanical Inc**
**PO Box 2708**
**Davenport, IA 52809**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.197 0**

**Nonpriority creditor's name and mailing address**

**Northwestern Memorial Foundation Inc.**
**442 Williamsburg Avenue**
**Geneva, IL 60134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.197 1**

**Nonpriority creditor's name and mailing address**

**Nova Communications Inc**
**16305 36th Ave N**
**Ste 450**
**Minneapolis, MN 55446**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.197 2**

**Nonpriority creditor's name and mailing address**

**Nova Fire Protection Inc**
**304 41st St Sw**
**Fargo, ND 58103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.197 3**

**Nonpriority creditor's name and mailing address**

**Novak Elementary Parent**
**Teacher Organization**
**401 29th Avenue**
**Marion, IA 52302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.197 4**

**Nonpriority creditor's name and mailing address**

**Np Service and Repair LLC**
**6426 North 149th Ave**
**Omaha, NE 68116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.197 5**

**Nonpriority creditor's name and mailing address**

**Nrai Inc**
**PO Box 4349**
**Carol Stream, IL 60197-4349**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.197 6**

**Nonpriority creditor's name and mailing address**

**Nrg Radio LLC**
**4343 O Street**
**Lincoln, NE 68510**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.197 7**

**Nonpriority creditor's name and mailing address**

**Nuco2 Inc**
**PO Box 417902**
**Boston, MA 02241-7902**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,227.93**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.197 8**

**Nonpriority creditor's name and mailing address**

**Nw Navigator Luxury Coaches LL**
**13940 N Rivergate Blvd**
**Portland, OR 97203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.197 9**

**Nonpriority creditor's name and mailing address**

**O and W Inc**
**3003 William Ave**
**Ypsilanti, MI 48198**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.198 0**

**Nonpriority creditor's name and mailing address**

**Oak Ridge Elementary Pta**
**506 East 13 Mile Rd**
**Royal Oak, MI 48073**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.198 1**

**Nonpriority creditor's name and mailing address**

**Oakland Cnty Health Division**
**1200 N Telegraph Rd Dept 432**
**Attn Ehs**
**Pontiac, MI 48341**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.198 2**

**Nonpriority creditor's name and mailing address**

**Oakland Jr Grizzlies Hockey Cl**
**2864 Croftshire Ct**
**Rochester, MI 48306**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.198 3**

**Nonpriority creditor's name and mailing address**

**Oasis Plantscapes LLC**
**623 Main E #202**
**West Fargo, ND 58078**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.198 4**

**Nonpriority creditor's name and mailing address**

**Obros Windows LLC**
**1051 Wall Street**
**Big Lake, MN 55309**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$107.38**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|

Name

---

**3.198
5**

**Nonpriority creditor's name and mailing address**

**Obtav Ez LLC**
**251 5th St Nw**
**Saint Paul, MN 55112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.198
6**

**Nonpriority creditor's name and mailing address**

**Odlc Maumee**
**221 Golden Gate Plaza**
**Maumee, OH 43537**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.198
7**

**Nonpriority creditor's name and mailing address**

**Office Depot**
**PO Box 88040**
**Chicago, IL 60680-1040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$9,914.20**

---

**3.198
8**

**Nonpriority creditor's name and mailing address**

**Office Depot Inc**
**PO Box 633301**
**Cincinnati, OH 45263-3301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,492.92**

---

**3.198
9**

**Nonpriority creditor's name and mailing address**

**Office of Attorney General**
**Licensing Section**
**600 E Boulevard Ave Dept 125**
**Bismarck, ND 58505-0040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.199
0**

**Nonpriority creditor's name and mailing address**

**Office of State Fire Marshal**
**800 Sw Jackson Ste 104**
**Topeka, KS 66612**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.199
1**

**Nonpriority creditor's name and mailing address**

**Office Of The State Treasurer**
**500 E Capitol Ave**
**Suite 212**
**Pierre, SD 57501-5070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|

Name

---

| 3.199 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ohio Bureau Of**
**Workers Compensation**
**PO Box 89492**
**Cleveland, OH 44101-6492**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ohio Child Support Payment**
**PO Box 182394**
**Columbus, OH 43218**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ohio Dept Of Commerce**
**Div Of Unclaimed Funds**
**77 South High Street**
**Columbus, OH 43215-6108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ohio Division Of**
**Liquor Control**
**6606 Tussing Rd PO Box 4005**
**Reynoldsburg, OH 43068-9005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ohio Logos Inc**
**4384 Tuller Road**
**Dublin, OH 43017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ohio Services Cle LLC**
**9075 Town Centre Dr Ste 200**
**Broadview Heights, OH 44147**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Okoboji Winessd**
**PO Box 376**
**Okoboji, IA 51355**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Granite City Food & Brewery Ltd.**

Name

Case number (if known)    **19-43756**

---

**3.199 9**

**Nonpriority creditor's name and mailing address**

**Oktober LLC**
**1657 S Getty St Ste 17**
**Muskegon, MI 49442**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.200 0**

**Nonpriority creditor's name and mailing address**

**Olathe Cham Of Commerce**
**18103 W 106th St Ste 100**
**Olathe, KS 66061**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.200 1**

**Nonpriority creditor's name and mailing address**

**Olathe Parks & Rec Foundation**
**100 E Santa Fe**
**PO Box 768**
**Olathe, KS 66051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.200 2**

**Nonpriority creditor's name and mailing address**

**Old Republic Surety Group**
**PO Box 1635**
**Milwaukee, WI 53201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.200 3**

**Nonpriority creditor's name and mailing address**

**Oliphant Lock and Safe Inc**
**131 E Riverside Blvd**
**Loves Park, IL 61111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.200 4**

**Nonpriority creditor's name and mailing address**

**Olivia A Garza**
**2012 Pierce Ave**
**Rockford, IL 61103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.200 5**

**Nonpriority creditor's name and mailing address**

**Olympia Plumbing & Sewer**
**Service Inc**
**3245 Quail Ridge Circle**
**Rochester, MI 48309**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$695.00**

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

**3.2006**

**Nonpriority creditor's name and mailing address**
**Omaha Chamber Of Commerce**
**1301 Harney Street**
**Omaha, NE 68102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2007**

**Nonpriority creditor's name and mailing address**
**Omaha Door & Window Co Inc**
**4665 G Street**
**Omaha, NE 68117-1489**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2008**

**Nonpriority creditor's name and mailing address**
**Omaha False Alarm**
**Reduction Program**
**PO Box 958932**
**Saint Louis, MO 63195-8932**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2009**

**Nonpriority creditor's name and mailing address**
**Omaha Parks Foundation Inc**
**11225 Davenport St #108**
**Omaha, NE 68154**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2010**

**Nonpriority creditor's name and mailing address**
**Omni Brewing Company LLC**
**9462 Deerwood Lane N**
**Osseo, MN 55369**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2011**

**Nonpriority creditor's name and mailing address**
**Omni Grove Park Inn LLC**
**290 Macon Ave**
**Asheville, NC 28804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2012**

**Nonpriority creditor's name and mailing address**
**One Bounce Golf LLC**
**6904 Forest Hills Rd**
**Loves Park, IL 61111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.201<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Oneals Restoration Inc**
**4076 Locerbie Cir**
**Spring Hill, TN 37174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Onesimo Aleman**
**1480 Jersey Way**
**Chanhassen, MN 55317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Onezone Inc**
**10305 Allisonville Rd Ste B**
**Fishers, IN 46038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,727.81** |
|---|---|---|---|

**Opentable Inc**
**29109 Network Place**
**Chicago, IL 60673-1291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,914.27** |
|---|---|---|---|

**Oppd Omaha**
**PO Box 3995**
**Omaha, NE 68103-0995**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Optiv Security Inc**
**PO Box 28216 Network Place**
**Chicago, IL 60673-1282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Oracle America Inc**
**15612 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.202 0**

**Nonpriority creditor's name and mailing address**

**Orchestra Assn Of Troy High**
**1796 Carpenter**
**Troy, MI 48098**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.202 1**

**Nonpriority creditor's name and mailing address**

**Orland Park Area**
**Chamber Of Commerce**
**8799 West 151st Street**
**Orland Park, IL 60462**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.202 2**

**Nonpriority creditor's name and mailing address**

**Orland Park Crossing Ii LLC**
**14400 S John Humphrey Dr**
**Suite 200**
**Orland Park, IL 60462**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.202 3**

**Nonpriority creditor's name and mailing address**

**Orland Youth Assn Girls Prog.**
**20635 Abbey Woods Ct #104**
**Frankfort, IL 60423**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.202 4**

**Nonpriority creditor's name and mailing address**

**Oscar Madrigal**
**PO Box 28034**
**Hialeah, FL 33002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.202 5**

**Nonpriority creditor's name and mailing address**

**Osf Healthcare Foundation Inc**
**800 Ne Glen Oak Ave**
**Peoria, IL 61603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.202 6**

**Nonpriority creditor's name and mailing address**

**Osf Healthcare System**
**7800 N Sommer St Ste 508**
**Peoria, IL 61615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.202 7**

**Nonpriority creditor's name and mailing address**

**Osseo Soccer**
**9581 Orleans Ln N**
**Osseo, MN 55369**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.202 8**

**Nonpriority creditor's name and mailing address**

**Otc Markets Group Inc**
**PO Box 29959**
**New York, NY 10087-9959**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.202 9**

**Nonpriority creditor's name and mailing address**

**Otis Bibbs**
**5173 Emmerson Village Place**
**Apt 108**
**Indianapolis, IN 46237**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.203 0**

**Nonpriority creditor's name and mailing address**

**Otsego Music Boosters**
**18805 Tontogany Creek Rd**
**Bowling Green, OH 43402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.203 1**

**Nonpriority creditor's name and mailing address**

**Ottenbergs Bakery**
**PO Box 37285**
**Baltimore, MD 21297**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.203 2**

**Nonpriority creditor's name and mailing address**

**Our Lady Of Lourdes School**
**14000 Sw 112st**
**Miami, FL 33186**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.203 3**

**Nonpriority creditor's name and mailing address**

**Our Lady Of Mount Carmel Inc**
**14598 Oak Ridge Rd**
**Carmel, IN 46032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.203
4**

**Nonpriority creditor's name and mailing address**

**Outfront Media Inc
PO Box 33074
Newark, NJ 07188**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.203
5**

**Nonpriority creditor's name and mailing address**

**Ovarian Cancer Connection Inc
5577 Airport Hwy Ste 206
Toledo, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.203
6**

**Nonpriority creditor's name and mailing address**

**Owens State Community College
PO Box 10,000
Toledo, OH 43699**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.203
7**

**Nonpriority creditor's name and mailing address**

**Owens Technology Companies Inc
930 E 80th St
Minneapolis, MN 55420**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,952.91**

---

**3.203
8**

**Nonpriority creditor's name and mailing address**

**Oxon Hill Volunteer Fire and
Rescue Co Inc
PO Box 259
Oxon Hill, MD 20750**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.203
9**

**Nonpriority creditor's name and mailing address**

**P and T Elite Plumb Co LLC
9701 Pompey Ct
Upper Marlboro, MD 20772**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.204
0**

**Nonpriority creditor's name and mailing address**

**P G Dephillips Inc
111 Space Park South Drive
Nashville, TN 37211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 3.204 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pablo Dahbura**
**13000 Sw 103 Ave**
**Miami, FL 33176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pacific Commercial Svcs LLC**
**9101 Lbj Freeway Ste 700**
**Dallas, TX 75243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Packers Outlet Inc**
**260 N 24th Ave**
**Minneapolis, MN 55411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paddock Publications Inc**
**PO Box 3204**
**Arlington Heights, IL 60006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paige Hanegraaf**
**3600 American Blvd W Ste 400**
**Minneapolis, MN 55431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Palatine Public Library**
**District Foundation Inc.**
**700 North Court**
**Palatine, IL 60067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pame Nfp**
**6806 N Water Oak Dr**
**Edwards, IL 61528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.204 8**

**Nonpriority creditor's name and mailing address**

**Panacea Meadery LLC**
**804 W Cherokee St**
**Sioux Falls, SD 57104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.204 9**

**Nonpriority creditor's name and mailing address**

**Pancreatic Cancer Action**
**Network Inc**
**1500 Rosecrans Ave Ste 200**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.205 0**

**Nonpriority creditor's name and mailing address**

**Panda Distribution Inc**
**77 S Bedford St Ste 350**
**Burlington, MA 01803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.205 1**

**Nonpriority creditor's name and mailing address**

**Paragon Foods**
**PO Box 645423**
**Pittsburgh, PA 15264-5423**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,718.47**

---

**3.205 2**

**Nonpriority creditor's name and mailing address**

**Parkway School District**
**455 North Woods Mill Road**
**Chesterfield, MO 63017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.205 3**

**Nonpriority creditor's name and mailing address**

**Party Inflators LLC**
**7200 Whitestone Circle**
**Lincoln, NE 68507**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.205 4**

**Nonpriority creditor's name and mailing address**

**Patricia Dalton**
**747 John Daly**
**Inkster, MI 48141**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$600.00**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.205 5**

**Nonpriority creditor's name and mailing address**

**Patricia Meyer**
**4225 10th Avenue**
**Leavenworth, KS 66048**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.205 6**

**Nonpriority creditor's name and mailing address**

**Patrick Boyland**
**1617 Liberty Street**
**Hanover Park, IL 60133**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.205 7**

**Nonpriority creditor's name and mailing address**

**Patrick Michael Umphrey**
**3441 Elm Creek Drive**
**Hamel, MN 55340**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.205 8**

**Nonpriority creditor's name and mailing address**

**Paul Christian Konobeck**
**1214 N 1st St**
**Stillwater, MN 55082**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.205 9**

**Nonpriority creditor's name and mailing address**

**Paul E Persing**
**7200 W Maple St**
**Sioux Falls, SD 57107**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.206 0**

**Nonpriority creditor's name and mailing address**

**Paul Larson**
**15460 108th Place N**
**Osseo, MN 55369**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.206 1**

**Nonpriority creditor's name and mailing address**

**Paul Larson LLC**
**2112 Broadway Street Ne #115**
**Minneapolis, MN 55413**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$582.56**

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

**3.206 2**

**Nonpriority creditor's name and mailing address**

**Paul Pershica**
**1300 Summit Oaks Dr**
**Burnsville, MN 55337**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.206 3**

**Nonpriority creditor's name and mailing address**

**Paul T Phillips**
**480 K Rd**
**Palmyra, NE 68418**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.206 4**

**Nonpriority creditor's name and mailing address**

**Pauline M Zukowski**
**3908 Pleasant Valley Blvd**
**Rockford, IL 61114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.206 5**

**Nonpriority creditor's name and mailing address**

**Paustis & Sons**
**17300 Medina Road**
**Suite 100**
**Minneapolis, MN 55447**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,037.25**

---

**3.206 6**

**Nonpriority creditor's name and mailing address**

**Paws Up Of Nebraska**
**PO Box 301**
**Wymore, NE 68466**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.206 7**

**Nonpriority creditor's name and mailing address**

**Pcr Restorations Inc**
**933 West Longview Ave**
**Mansfield, OH 44906**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.206 8**

**Nonpriority creditor's name and mailing address**

**Pellitteri Waste Systems**
**PO Box 259426**
**Madison, WI 53725-9426**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.206 9**

**Nonpriority creditor's name and mailing address**

**Peoples**
**PO Box 644760**
**Pittsburgh, PA 15264-4760**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,130.66**

---

**3.207 0**

**Nonpriority creditor's name and mailing address**

**Peoria Area Cham Of Commerce**
**403 Ne Jefferson Ave**
**Peoria, IL 61603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.207 1**

**Nonpriority creditor's name and mailing address**

**Peoria Area Convention and**
**Visitors Bureau Inc**
**456 Fulton Street Suite 300**
**Peoria, IL 61602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.207 2**

**Nonpriority creditor's name and mailing address**

**Peoria Housing Authority**
**100 S Richard Pryor Pl**
**Peoria, IL 61605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.207 3**

**Nonpriority creditor's name and mailing address**

**Peoria Humane Society**
**2600 N.E. Perry**
**Peoria, IL 61603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.207 4**

**Nonpriority creditor's name and mailing address**

**Peoria Lock and Safe Inc**
**1421 Ne Jefferson**
**Peoria, IL 61603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.207 5**

**Nonpriority creditor's name and mailing address**

**Pepco**
**PO Box 13608**
**Philadelphia, PA 19101-3608**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 3.207 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,421.48** |
|---|---|---|---|

**Pepsi Cola Inc**
**PO Box 75948**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Performant National Payment**
**Center**
**PO Box 205789**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Perlick Corp**
**Bin 88802**
**Milwaukee, WI 53288-8802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Perpetual Motion Marketing Inc**
**80 S Eight Street Ste 900**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Perrysburg Plumbing Heating**
**1620 Waters Edge Drive**
**Perrysburg, OH 43551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pesto Inc Morris Visitor**
**PO Box 1584**
**Augusta, GA 30903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pet Refuge Inc**
**4626 Burnett Dr**
**South Bend, IN 46614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| --- | --- | --- | --- |
| | Name | | |

---

**3.208 3**

**Nonpriority creditor's name and mailing address**

**Peter Schwabe Inc**
**13890 Bishops Drive Ste 100**
**Brookfield, WI 53005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.208 4**

**Nonpriority creditor's name and mailing address**

**Peter Vonbank**
**515 4th Street Ne**
**Saint Michael, MN 55376**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.208 5**

**Nonpriority creditor's name and mailing address**

**Petersen Plumbing and Heating**
**926 W 3rd St**
**Davenport, IA 52802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.208 6**

**Nonpriority creditor's name and mailing address**

**Peterson Companies**
**12500 Fair Lakes Circle #400**
**Fairfax, VA 22033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$226,371.68**

---

**3.208 7**

**Nonpriority creditor's name and mailing address**

**Peterson Whitaker and Bjork LL**
**3140 Harbor Land Suite 100**
**Plymouth, MN 55447**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.208 8**

**Nonpriority creditor's name and mailing address**

**Phillips Mg**
**1999 Shepard Road**
**Saint Paul, MN 55116-0328**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.208 9**

**Nonpriority creditor's name and mailing address**

**Phillips Wine& Spirits Fintech**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,211.64**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.209 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,130.43** |
|---|---|---|---|

**Piazza Produce**
PO Box 68931
Indianapolis, IN 46268-0931

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pierre Productions and Promoti**
2318 Eastwood Cir
Monticello, MN 55362

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pilgrim Dry Cleaners Inc**
3217 85th Ave N
Brooklyn Park, MN 55443

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pilot Travel Centers LLC**
PO Box 11407
Birmingham, AL 35246-1314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pink Ribbon Riders**
5420 Bleckley Rd Ste 334
Battle Creek, MI 49015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pinnacle Productions Inc**
121 South Williams Ave
Sioux Falls, SD 57104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pioneer Credit Recovery**
PO Box 158
Arcade, NY 14009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.209 7**

**Nonpriority creditor's name and mailing address**

**Piper Plumb & Drain Service**
**4551 N 123rd Ter**
**C/O Burlingame Enterprises**
**Kansas City, KS 66109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$365.12**

---

**3.209 8**

**Nonpriority creditor's name and mailing address**

**Pipeworks Production LLC**
**3912 W Mclean Ave Ste B**
**Chicago, IL 60647**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$240.67**

---

**3.209 9**

**Nonpriority creditor's name and mailing address**

**Pitney Bowes Global**
**Financial Svcs LLC**
**PO Box 371887**
**Pittsburgh, PA 15250-7887**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$329.03**

---

**3.210 0**

**Nonpriority creditor's name and mailing address**

**Plans Examiners Inc**
**1000 Church Hill Road**
**Suite 210**
**Pittsburgh, PA 15205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.210 1**

**Nonpriority creditor's name and mailing address**

**Plastic Resource Inc**
**7887 95th Street South**
**Cottage Grove, MN 55016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.210 2**

**Nonpriority creditor's name and mailing address**

**Platte Cnty Collector**
**415 Third Street**
**C/O Sheila L Palmer**
**Platte City, MO 64079-8475**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.210 3**

**Nonpriority creditor's name and mailing address**

**Platte County Clerk**
**Liquor Licensing**
**415 3rd St Rm 116**
**Platte City, MO 64079**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.210**
**4**

**Nonpriority creditor's name and mailing address**

**Playerlync LLC**
**5690 Dtc Blvd Ste 450e**
**Greenwood Village, CO 80111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.210**
**5**

**Nonpriority creditor's name and mailing address**

**Players For Pits Nfp**
**811 Stanford Lane**
**Carol Stream, IL 60188**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.210**
**6**

**Nonpriority creditor's name and mailing address**

**Playnetwork Inc**
**PO Box 21550**
**New York, NY 10087-1550**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.210**
**7**

**Nonpriority creditor's name and mailing address**

**Pleasure Driveway and Park**
**District of Peoria**
**1125 W Lake Ave**
**Peoria, IL 61614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.210**
**8**

**Nonpriority creditor's name and mailing address**

**Plexus Company Inc**
**PO Box 2925**
**Fargo, ND 58108-2925**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.58**

---

**3.210**
**9**

**Nonpriority creditor's name and mailing address**

**Plymouth Hs Boys Swimming and**
**Diving Club**
**8400 N Beck Rd**
**Canton, MI 48187**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.211**
**0**

**Nonpriority creditor's name and mailing address**

**Pmc Design LLC**
**18328 Boyd St**
**Elkhorn, NE 68022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.211**
**1**

**Nonpriority creditor's name and mailing address**

**Pods Enterprises Inc**
**PO Box 791003**
**Baltimore, MD 21279-1003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$459.95**

---

**3.211**
**2**

**Nonpriority creditor's name and mailing address**

**Polar Leasing Company Inc**
**4410 New Haven Ave**
**Fort Wayne, IN 46803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.211**
**3**

**Nonpriority creditor's name and mailing address**

**Polk County Sheriff**
**Civil Division**
**225 5th Ave**
**Des Moines, IA 50309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.211**
**4**

**Nonpriority creditor's name and mailing address**

**Poly Vinyl Roofing Inc**
**785 Elbow Creek Rd**
**Mount Vernon, IA 52314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.211**
**5**

**Nonpriority creditor's name and mailing address**

**Pond and Lighting Designs Inc**
**175 James Ave N**
**Minneapolis, MN 55405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.211**
**6**

**Nonpriority creditor's name and mailing address**

**Popalock**
**652 36th Ave NE**
**Minneapolis, MN 55418**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.211**
**7**

**Nonpriority creditor's name and mailing address**

**Positive Signs LLC**
**7611a Richmond Highway**
**Alexandria, VA 22306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number (if known) | **19-43756** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.211<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Pottawatamie County Sheriff**
**1400 Big Lake Rd**
**Council Bluffs, IA 51501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Power Nashville LLC**
**PO Box 681556**
**Franklin, TN 37068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Power Up Batteries LLC**
**481 Roosevelt Rd**
**Glen Ellyn, IL 60137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$48,225.65** |
| --- | --- | --- | --- |

**Ppf Rtl Rosedale Shopping Ctr**
**29974 Network Place**
**Morgan Stanley**
**Chicago, IL 60673-1299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$430.80** |
| --- | --- | --- | --- |

**Prairie State Beverage Inc**
**300 Miles Parkway**
**Bartlett, IL 60103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,435.52** |
| --- | --- | --- | --- |

**Praxair Distribution Inc**
**Dept Ch 10660**
**Palatine, IL 60055-0660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Precious Lesley**
**13721 Chandler St**
**Omaha, NE 68138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.212<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,775.00** |
|---|---|---|---|

**Precision Cleaning LLC**
**PO Box 1131**
**Fargo, ND 58107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Precision Waste Solutions LLC**
**PO Box 18856**
**Shreveport, LA 71138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Preeclampsia Foundation**
**6767 N Wickham Rd Ste 400**
**Melbourne, FL 32940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$743.66** |
|---|---|---|---|

**Premier Beverage Fintech**
**3109 W. Dr. MLK Jr. Blvd.**
**Suite 2**
**Tampa, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Premiere Credit Of North**
**America**
**PO Box 19309**
**Indianapolis, IN 46219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Premiere Services Inc**
**400 N Main St**
**Goshen, IN 46528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Premiermidwest Beverage Co**
**10367 South 134th St**
**Omaha, NE 68138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.213 2**

**Nonpriority creditor's name and mailing address**
**Premium Electric Co Inc**
**2550 Hilton Road**
**Ferndale, MI 48220-1544**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,603.60**

---

**3.213 3**

**Nonpriority creditor's name and mailing address**
**Premium Electric Co Inc.**
**2550 Hilton Road**
**Ferndale, MI 48220-1544**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,603.60**

---

**3.213 4**

**Nonpriority creditor's name and mailing address**
**Prepass**
**PO Box 52774**
**Phoenix, AZ 85072-2774**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.213 5**

**Nonpriority creditor's name and mailing address**
**Prescott Elementary PTO**
**1930 S 20th Street**
**Lincoln, NE 68502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.213 6**

**Nonpriority creditor's name and mailing address**
**Prescription Landscape**
**PO Box 856827**
**Minneapolis, MN 55485-6827**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.213 7**

**Nonpriority creditor's name and mailing address**
**Preston Waith**
**502 East Willow St**
**Harrisburg, SD 57032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.213 8**

**Nonpriority creditor's name and mailing address**
**Primary Business Corp**
**3355 Heritage Lane**
**Saint Paul, MN 55121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$590.00**

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

| 3.213 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,787.58 |
|---|---|---|---|

**Prince George County Treasurer**
**14741 Gov. Oden Bowie Drive**
**Suite 3200**
**Upper Marlboro, MD 20772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Prince Georges County**
**5012 Rhode Island Ave Rm 204**
**Hyattsville, MD 20781**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Prince Georges County**
**9200 Basil Court Ste 420**
**Upper Marlboro, MD 20774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Prince of Peace Council**
**No. 7909 Knights of Columbus**
**PO Box 2577**
**Olathe, KS 66063-2577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pro Courier Inc**
**8375 Sunset Rd E**
**Minneapolis, MN 55432-1315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pro Refrigeration Inc**
**PO Box 1528**
**Auburn, WA 98071-1528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Professional Audio Visual Syst**
**1113 Murfreesboro Rd Suite 206**
**Franklin, TN 37067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.214 6**

**Nonpriority creditor's name and mailing address**

**Professional Food Equipment Sv**
**PO Box 80897**
**Fort Wayne, IN 46898**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$186.92**

---

**3.214 7**

**Nonpriority creditor's name and mailing address**

**Professional Hygiene Inc**
**Enviro Master Of St Louis**
**777 Merus Court**
**Fenton, MO 63026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.214 8**

**Nonpriority creditor's name and mailing address**

**Professional Sports**
**Publications Inc.**
**570 Elmont Road**
**Elmont, NY 11003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.214 9**

**Nonpriority creditor's name and mailing address**

**Program One Professional**
**Building Svc**
**960 Rand Rd Ste 113c**
**Des Plaines, IL 60016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

**3.215 0**

**Nonpriority creditor's name and mailing address**

**Property Investors LLC**
**700 N Cotner Blvd**
**Lincoln, NE 68505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.215 1**

**Nonpriority creditor's name and mailing address**

**Prospect Meadows Inc**
**1890 County Home Road**
**Marion, IA 52302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.215 2**

**Nonpriority creditor's name and mailing address**

**Prospero Equipment Corp**
**123 Castleton Street**
**Pleasantville, NY 10570**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|

Name

---

**3.215 3**

**Nonpriority creditor's name and mailing address**

**Ps3 Enterprises Inc**
**PO Box 396**
**Blue Grass, IA 52726**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.215 4**

**Nonpriority creditor's name and mailing address**

**Ptsa Michigan Congress Of**
**Parents Teachers and Students**
**240 Nahma**
**Clawson, MI 48017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.215 5**

**Nonpriority creditor's name and mailing address**

**Purchase Power**
**PO Box 371874**
**Pittsburgh, PA 15250**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.215 6**

**Nonpriority creditor's name and mailing address**

**Qc Animal Welfare Center**
**724 W 2nd Ave**
**Milan, IL 61264**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.215 7**

**Nonpriority creditor's name and mailing address**

**Qsr Automations Inc**
**2301 Stanley Gault Parkway**
**Louisville, KY 40223**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.215 8**

**Nonpriority creditor's name and mailing address**

**Quackenbush Vinyl& Leather**
**546 Oak Ridge Drive**
**Darien, WI 53114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.215 9**

**Nonpriority creditor's name and mailing address**

**Quad Cities Chamber Of**
**Commerce**
**1601 River Dr Ste 310**
**Moline, IL 61265**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor  **Granite City Food & Brewery Ltd.**
_____
Name

Case number *(if known)*   **19-43756**
_____

| 3.216 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Quad Cities Convention and
Visitors Bureau
1601 River Drive Ste 110
Moline, IL 61265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Quad Cities Intrfth Sponsoring
Committee
601 Brady St Ste 208
Davenport, IA 52803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Quad City All Breed Horse Asso
PO Box 555
Milan, IL 61264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Quad City Window Cleaning Inc
PO Box 635
Walcott, IA 52773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$371.58** |
|---|---|---|---|

**Quality Care Storage LLC
761 Camp Cardinal Blvd
Coralville, IA 52241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Quality Plumbing Inc
1731 Howell Street
Kansas City, MO 64116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Quality Trusted Construction
and Roofing Inc.
6909 Winnetka Ave North
Minneapolis, MN 55428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number *(if known)* | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**3.216 7**

**Nonpriority creditor's name and mailing address**

**Quality Upholstery**
**1113 71st Avenue South**
**Fargo, ND 58104-7310**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.216 8**

**Nonpriority creditor's name and mailing address**

**Queen Of The Rosary**
**690 W Elk Grove Blvd**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.216 9**

**Nonpriority creditor's name and mailing address**

**Questo Inc**
**PO Box 936562**
**Atlanta, GA 31193**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.217 0**

**Nonpriority creditor's name and mailing address**

**R and L Hood Cleaning Svcs Inc**
**Hood Guyz**
**7711 N Military Trial Ste 220**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.217 1**

**Nonpriority creditor's name and mailing address**

**R J Ries/Vallet**
**601 S Main Ave**
**Sioux Falls, SD 57104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$25.05**

---

**3.217 2**

**Nonpriority creditor's name and mailing address**

**Rachael Elizabeth Knowles**
**407 Kingsbury Rd**
**Metamora, IL 61548**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.217 3**

**Nonpriority creditor's name and mailing address**

**Rachel Baker**
**12891 Maison Ladue Drive**
**Saint Louis, MO 63141**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|

Name

---

**3.217
4**

**Nonpriority creditor's name and mailing address**

**Rachel Marchione**
**20509 Northville Place Dr**
**Apt 2015**
**Northville, MI 48167**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.217
5**

**Nonpriority creditor's name and mailing address**

**Rachelle B Abrams**
**3210 S 10th St**
**Milwaukee, WI 53215**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.217
6**

**Nonpriority creditor's name and mailing address**

**Radio Fargo Moorhead Inc**
**PO Box 9919**
**Fargo, ND 58106**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.217
7**

**Nonpriority creditor's name and mailing address**

**Rainbow Irrigation and**
**Backflow Prevention Inc**
**300 N River Rd**
**Fox River Grove, IL 60021**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,465.00**

---

**3.217
8**

**Nonpriority creditor's name and mailing address**

**Ralph Decker**
**98 Ventura Ct**
**Naperville, IL 60540**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.217
9**

**Nonpriority creditor's name and mailing address**

**Rames Enterprises Inc.**
**1012 E 63rd St**
**Sioux Falls, SD 57108**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$718.88**

---

**3.218
0**

**Nonpriority creditor's name and mailing address**

**Ramsey Cnty**
**Sds 12-2411**
**PO Box 86**
**Minneapolis, MN 55486-2411**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 3.218 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Randy Norman**
**7080 Oak Grove Blvd**
**Minneapolis, MN 55423**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ranulfo Najera**
**801 Plaza Drive**
**Schaumburg, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rave Associates Inc**
**260 Metty Dr Ste H**
**Ann Arbor, MI 48103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rayvon Riggins**
**1738 Stanton Terrace SE**
**Washington, DC 20020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Reagan Delaney Tokes Memorial**
**10185 Cameilla St**
**Pompano Beach, FL 33076**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$80.00** |
|---|---|---|---|

**Real Clean Inc**
**3723 Goshen Road**
**Fort Wayne, IN 46818**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$674.16** |
|---|---|---|---|

**Reardon Office Equip**
**PO Box 128**
**Moorhead, MN 56560**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|

Name

---

**3.218**
**8**

**Nonpriority creditor's name and mailing address**
**Rebecca A Olson**
**324 S Fountain**
**Wichita, KS 67218**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.218**
**9**

**Nonpriority creditor's name and mailing address**
**Rebecca Bullock**
**5861 Houghten**
**Washington, MI 48094**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.219**
**0**

**Nonpriority creditor's name and mailing address**
**Reco Gale**
**4325 Denison**
**Cleveland, OH 44109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.219**
**1**

**Nonpriority creditor's name and mailing address**
**Red Bull**
**PO Box 204750**
**Dallas, TX 75320-4750**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$108.00**

---

**3.219**
**2**

**Nonpriority creditor's name and mailing address**
**Red River Refrigeration**
**160 8th Ave NW**
**West Fargo, ND 58078**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$215.00**

---

**3.219**
**3**

**Nonpriority creditor's name and mailing address**
**Red Sky Sports Venture LLC**
**1201 River Drive**
**Moline, IL 61265**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.219**
**4**

**Nonpriority creditor's name and mailing address**
**Redford Lock Company Inc**
**46085 Grand River Ave**
**Novi, MI 48374**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.219**
**5**

**Nonpriority creditor's name and mailing address**

**Redford Union High School Band Boosters**
**15933 Fox**
**Redford, MI 48239**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.219**
**6**

**Nonpriority creditor's name and mailing address**

**Reese Electric Motor Co Inc**
**200 East Ave**
**Ames, IA 50010**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.219**
**7**

**Nonpriority creditor's name and mailing address**

**Regency Centers LP**
**1568 Solutions Center**
**Chicago, IL 60677**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$150,743.61**

---

**3.219**
**8**

**Nonpriority creditor's name and mailing address**

**Regulatory Compliance Svcs Inc**
**PO Box 1779**
**Tallahassee, FL 32302**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.219**
**9**

**Nonpriority creditor's name and mailing address**

**Reis Northville LLC**
**17800 Laurel Park Dr North**
**Suite 200C**
**Livonia, MI 48152**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.220**
**0**

**Nonpriority creditor's name and mailing address**

**Relocation Today Inc**
**NW 7215 PO Box 1450**
**Minneapolis, MN 55485**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,600.00**

---

**3.220**
**1**

**Nonpriority creditor's name and mailing address**

**Renae E Ventimiglia**
**18959 Mayfield**
**Livonia, MI 48152**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

| 3.220 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Renaissance High School
Baseball Foundation LLC
22194 Arbor Lane
Farmington, MI 48336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.220 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,060.64** |
|---|---|---|---|

**Republic National
4101 North Potsdam Ave
Sioux Falls, SD 57104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.220 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,229.13** |
|---|---|---|---|

**Republic National Fg
PO Box 1940
Fargo, ND 58107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.220 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$490.48** |
|---|---|---|---|

**Republic National IN Fintech
3109 W Dr MLK Jr. Blvd Suite 2
Tampa, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.220 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,329.23** |
|---|---|---|---|

**Republic National NE Fintech
3109 W Dr MLK Jr. Blvd Suite 2
Tampa, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.220 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Responder Rescue Inc
3711 Mexico Rd
Saint Charles, MO 63303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.220 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,108.43** |
|---|---|---|---|

**Restaurant Technologies Inc
2250 Pilot Knob Rd
Saint Paul, MN 55120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.2209**

**Nonpriority creditor's name and mailing address**

**Resurgence Legal Group PC**
**3000 Lakeside Dr #309-S**
**Deerfield, IL 60015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2210**

**Nonpriority creditor's name and mailing address**

**Revenue Management Solutions**
**777 S Harbour Island Blvd**
**Suite 890**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$10,416.67**

---

**3.2211**

**Nonpriority creditor's name and mailing address**

**Revlocal LLC**
**PO Box 511**
**Mount Vernon, OH 43050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2212**

**Nonpriority creditor's name and mailing address**

**Rhl Enterprises LLC**
**832 Anita Ave**
**Antioch, IL 60002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2213**

**Nonpriority creditor's name and mailing address**

**Rhodesia D Jones**
**1120 Lower Marlboro Rd**
**Huntingtown, MD 20639**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2214**

**Nonpriority creditor's name and mailing address**

**Rhyme Business Products LLC**
**PO Box 338**
**Portage, WI 53901**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2215**

**Nonpriority creditor's name and mailing address**

**Ricardo A Morales Cleaning LLC**
**270 Parkview Ave**
**Indianapolis, IN 46201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number *(if known)* | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**3.221 6**

**Nonpriority creditor's name and mailing address**

**Rice Sound Inc**
**4640 Williston Rd**
**Minnetonka, MN 55345**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.221 7**

**Nonpriority creditor's name and mailing address**

**Richard A Lane P Cameron Lane**
**PO Box 9727**
**Michigan City, IN 46361**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$108,333.35**

---

**3.221 8**

**Nonpriority creditor's name and mailing address**

**Richard B Boehm**
**4913 Yukon Ave N**
**Minneapolis, MN 55428**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.221 9**

**Nonpriority creditor's name and mailing address**

**Richard Baske**
**17629 Mulbery Ave**
**Tinley Park, IL 60487**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.222 0**

**Nonpriority creditor's name and mailing address**

**Richard H Lynch**
**2730 W Lake St #610**
**Minneapolis, MN 55416**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.222 1**

**Nonpriority creditor's name and mailing address**

**Richard Heckert**
**621 Broadway Avenue**
**Mc Kees Rocks, PA 15136**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.222 2**

**Nonpriority creditor's name and mailing address**

**Richard Jimenez**
**9431 Reavis Barracks**
**Saint Louis, MO 63123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.222
3**

**Nonpriority creditor's name and mailing address**

**Richard Lee Lawson Jr**
**70310 Sheridan Dr**
**Edwardsburg, MI 49112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.222
4**

**Nonpriority creditor's name and mailing address**

**Richland County Family Court**
**PO Box 192**
**Columbia, SC 29202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.222
5**

**Nonpriority creditor's name and mailing address**

**Ridgecrest Foundation Inc.**
**4130 Northwest Blvd**
**Davenport, IA 52806**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$113.87**

---

**3.222
6**

**Nonpriority creditor's name and mailing address**

**Right Management Inc**
**24677 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.222
7**

**Nonpriority creditor's name and mailing address**

**Right On Carpentry Inc**
**7140 Harrison Ave**
**Suite 108**
**Rockford, IL 61112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$950.00**

---

**3.222
8**

**Nonpriority creditor's name and mailing address**

**Riley G Holland**
**2227 Knapp St**
**Apt. 201**
**Ames, IA 50014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.222
9**

**Nonpriority creditor's name and mailing address**

**Rinos Woodworking Shop Inc**
**36475 Biltmore Place**
**Willoughby, OH 44094**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.223 0**

**Nonpriority creditor's name and mailing address**

**River Bend Plumbing Services L**
**PO Box 1142**
**Bettendorf, IA 52722**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.223 1**

**Nonpriority creditor's name and mailing address**

**Riverband Equine Therapy**
**23875 W State Rt 65**
**Grand Rapids, OH 43522**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.223 2**

**Nonpriority creditor's name and mailing address**

**Riverfront Holdings Inc**
**Department 77725**
**PO Box 77000**
**Detroit, MI 48277-0725**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$231,906.67**

---

**3.223 3**

**Nonpriority creditor's name and mailing address**

**Rivertown Electric Inc**
**PO Box 564**
**Hastings, MN 55033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.223 4**

**Nonpriority creditor's name and mailing address**

**Riverview Law Office**
**PO Box 570**
**Sauk Rapids, MN 56379**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.223 5**

**Nonpriority creditor's name and mailing address**

**Rj Distributing Company Inc**
**410 High Point Lane**
**East Peoria, IL 61611**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.223 6**

**Nonpriority creditor's name and mailing address**

**Rj Thomas Manufacturing Co**
**5648 Hwy 59**
**PO Box 946**
**Cherokee, IA 51012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.223 7**

**Nonpriority creditor's name and mailing address**

**Rjh Air Conditioning and Refrigeration Service LLC**
**12232 Distribution Place**
**Beltsville, MD 20705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.223 8**

**Nonpriority creditor's name and mailing address**

**Rk Dixon Inc**
**PO Box 856699**
**Minneapolis, MN 55485-6699**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,706.81**

---

**3.223 9**

**Nonpriority creditor's name and mailing address**

**Rli Insurance Company Inc**
**9025 N Lindbergh Drive**
**Peoria, IL 61615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.224 0**

**Nonpriority creditor's name and mailing address**

**Rm Svcs**
**625 Estes Avenue**
**Schaumburg, IL 60193**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.224 1**

**Nonpriority creditor's name and mailing address**

**Rms Mechanical Services Inc**
**2493 Brodhead Rd**
**Aliquippa, PA 15001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,593.98**

---

**3.224 2**

**Nonpriority creditor's name and mailing address**

**Robert A Beall Inc**
**64 Progress Ave**
**Cranberry Twp, PA 16066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.224 3**

**Nonpriority creditor's name and mailing address**

**Robert A Harris**
**123 Mohican Dr**
**Oxon Hill, MD 20745**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

**3.224
4**

**Nonpriority creditor's name and mailing address**

**Robert Asp Elem Parent Teacher
Advisory Council
900 11th St N
Moorhead, MN 56560**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.224
5**

**Nonpriority creditor's name and mailing address**

**Robert Beurger
7140 Harrison Ave Ste 108
Rockford, IL 61112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.224
6**

**Nonpriority creditor's name and mailing address**

**Robert Buerger
7140 Harrison Ave Ste 108
C/O Granite City #20
Rockford, IL 61112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.224
7**

**Nonpriority creditor's name and mailing address**

**Robert Dodds
606 12th Ave
Manson, IA 50563**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.224
8**

**Nonpriority creditor's name and mailing address**

**Robert George Thacker
505 Ivanhoe Ave
Northfield, MN 55057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.224
9**

**Nonpriority creditor's name and mailing address**

**Robert Half International Inc
PO Box 743295
Los Angeles, CA 90074-3295**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.225
0**

**Nonpriority creditor's name and mailing address**

**Robert Hildreth
PO Box 61
Iowa Falls, IA 50126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Official Form 206 E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

**Page 1070 of 1167**

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

**3.225**
**1**

**Nonpriority creditor's name and mailing address**

**Robert Hill**
**19262 Farmington Lave**
**South Bend, IN 46614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.225**
**2**

**Nonpriority creditor's name and mailing address**

**Robert J Doran**
**1685 Hampton Course**
**Saint Charles, IL 60174**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.225**
**3**

**Nonpriority creditor's name and mailing address**

**Robert Morris Unversity**
**6001 University Blvd**
**Coraopolis, PA 15108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.225**
**4**

**Nonpriority creditor's name and mailing address**

**Robert Neil Mathewson**
**1001 105th Ave NW**
**Minneapolis, MN 55433**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

**3.225**
**5**

**Nonpriority creditor's name and mailing address**

**Robert Rosenboom**
**316 Richart St**
**PO Box 131**
**Palmer, IA 50571-0131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.225**
**6**

**Nonpriority creditor's name and mailing address**

**Robert S Bond and Ronna C**
**Wyatt**
**471 W Meadowlark St**
**Gardner, KS 66030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$508.00**

---

**3.225**
**7**

**Nonpriority creditor's name and mailing address**

**Robert Stone Jr**
**PO Box 32**
**Isanti, MN 55040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.225 8**

**Nonpriority creditor's name and mailing address**

**Robert T Miller**
**11320 Tecumseh**
**Redford, MI 48239**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.225 9**

**Nonpriority creditor's name and mailing address**

**Roberto C Negrete**
**12215 S Strang Line Ct Apt 100**
**Olathe, KS 66062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.226 0**

**Nonpriority creditor's name and mailing address**

**Roberts Oxygen Co Inc**
**PO Box 5507**
**Derwood, MD 20855**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$65.30**

---

**3.226 1**

**Nonpriority creditor's name and mailing address**

**Robertson Media Group LLC**
**PO Box 364**
**Franklin, TN 37065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.226 2**

**Nonpriority creditor's name and mailing address**

**Robin Jones**
**200 American Way**
**Oxon Hill, MD 20745**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.226 3**

**Nonpriority creditor's name and mailing address**

**Robins Adapted Athletics Boost**
**7636 Angeline Dr**
**Minneapolis, MN 55428**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.226 4**

**Nonpriority creditor's name and mailing address**

**Robinson Beer and Beverage Inc**
**5899 Steubenville Pk Ste #1**
**Mc Kees Rocks, PA 15136**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$132.58**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.226 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robinson Township Christian**
**77 Phillips Lane**
**Mc Kees Rocks, PA 15136**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robinsonexpress LLC**
**4317 Campbells Run Road**
**Pittsburgh, PA 15205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robyn Deloss Henkler**
**11990 101st Ave N**
**Osseo, MN 55369**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rochelle Wilson**
**1450 N Salina Ave**
**Wichita, KS 67203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,532.71** |
|---|---|---|---|

**Rochester Armored Car**
**PO Box 8 - Dts**
**Omaha, NE 68101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,124.54** |
|---|---|---|---|

**Rock River Water**
**Reclamation District**
**PO Box 6207**
**Rockford, IL 61125-1207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rockford Cham Of Commerce**
**308 W State Street suite 190**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|--------|----------------------------------|------------------------|----------|
|        | Name                             |                        |          |

| 3.227 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $343.00 |
|---|---|---|---|

**Rockford Fine Arts Coalition**
**ATTN: Carly Schutte**
**5806 Cape Town Ave**
**Rockford, IL 61108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rockford Metropolitan**
**Exposition Auditorium**
**300 Elm St**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rockford Park District**
**401 S Main St**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rockford Public Schools**
**District 205**
**501 Seventh St**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rockford Rescue Mission**
**715 W State Street**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rocky Mountain Irrigation LLC**
**538 E Skylark St**
**Gardner, KS 66030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rocky River Municipal Court**
**21012 Hullard Blvd**
**Rocky River, OH 44116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|

Name

---

**3.227 9**

**Nonpriority creditor's name and mailing address**

**Roger E Hanley**
**421 15th Ave N**
**Fargo, ND 58102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.228 0**

**Nonpriority creditor's name and mailing address**

**Roger Sagrero**
**15085 W 119th St**
**c/o Granite City**
**Olathe, KS 66062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.228 1**

**Nonpriority creditor's name and mailing address**

**Rolling Thunder Maryland Chapt**
**PO Box 44152**
**Fort Washington, MD 20744**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.228 2**

**Nonpriority creditor's name and mailing address**

**Ronald Jones**
**4847 Baldwin Apt 303**
**Detroit, MI 48214**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.228 3**

**Nonpriority creditor's name and mailing address**

**Ronald Rich and Assoc**
**30665 Northwestern Hwy 280**
**Farmington, MI 48334**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.228 4**

**Nonpriority creditor's name and mailing address**

**Rons Fireplace Service Inc**
**1233 Butler Ave**
**Lincoln, NE 68521**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.228 5**

**Nonpriority creditor's name and mailing address**

**Roo Entertainment LLC**
**2204 S Roosevelt Ave**
**Sioux Falls, SD 57106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$559.13**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.228 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Roofing Technology Inc**
**1726 W 1st Street**
**Davenport, IA 52808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Rooftop Solutions**
**2019 Corporate Lane Suite 119**
**Naperville, IL 60563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Roosen Varchetti and**
**Olivier PLLC**
**PO Box 2305**
**Mount Clemens, MI 48046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Rosemount Inc**
**8200 Market Blvd**
**Chanhassen, MN 55317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Rossford Band Booster**
**Concession Fund**
**651 Superior**
**Rossford, OH 43460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Rossford Elementary Pto**
**203 Eagle Point Rd**
**Rossford, OH 43460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Rotary Club Of Waterville**
**PO Box 212**
**Waterville, OH 43566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.229
3**

**Nonpriority creditor's name and mailing address**

**Roto Rooter Inc
5672 Collections Center Drive
Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,250.72**

---

**3.229
4**

**Nonpriority creditor's name and mailing address**

**Rotorooter
5278 Telegraph Road
Toledo, OH 43612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.229
5**

**Nonpriority creditor's name and mailing address**

**Rotorooter
PO Box 623
Sioux Falls, SD 57101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.229
6**

**Nonpriority creditor's name and mailing address**

**Rotorooter
5672 Collection Center Drive
Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,669.87**

---

**3.229
7**

**Nonpriority creditor's name and mailing address**

**Rotorooter
5672 Collection Center Drive
Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.229
8**

**Nonpriority creditor's name and mailing address**

**Rotorooter
PO Box 7011
Saint Cloud, MN 56302-7011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.229
9**

**Nonpriority creditor's name and mailing address**

**Routine Clean LLC
Pmb 152 2884 Devils Glen Rd
Bettendorf, IA 52722**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,500.00**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

| 3.230 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Roy C Stemmerich**
**134 Lorien Dr**
**Jeannette, PA 15644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Royal Publish**
**7620 N Harker Drive**
**Peoria, IL 61615-1849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Roys Upholstery Inc**
**1422 15th Street**
**Moline, IL 61265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rsr Electric LLC**
**2333 Waters Dr**
**Saint Paul, MN 55120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rudey Landscape LLC**
**32 W Burlington Avenue**
**Suite 4**
**Westmont, IL 60559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rush Creek Elementary Pto**
**8801 Country Road 101 N**
**Osseo, MN 55311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Russell Thomas Monaghan**
**1113 S 30th Ave #3**
**Omaha, NE 68105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 3.230 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,700.00** |
|---|---|---|---|

**Ruth Elizabeth Moreno De Ochoa**
12211 Brandywine Rd
Brandywine, MD 20613

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rutts Service and Repair**
PO Box 5914
Lincoln, NE 68505

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rw Lawn Works LLC**
PO Box 344
Bonner Springs, KS 66012

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ryan Bronson**
PO Box 88951
Sioux Falls, SD 57109

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ryan Kizzier**
Lincoln Plumbing
2501 Surrey Court
Lincoln, NE 68512

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ryan Lynch**
95 Havemeyer Unit 1
Brooklyn, NY 11211

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ryan Nab**
13310 W 137th Terrace
Overland Park, KS 66221

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.231 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ryan Vaughan**
**15085 W 119th St**
**Olathe, KS 66062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ryan Williams**
**440 Bezdek Drive Nw**
**Cedar Rapids, IA 52405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ryell Bradley**
**6641 Creek Point Way**
**Alexandria, VA 22315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**S J Smith Co Inc**
**3707 West River Drive**
**Davenport, IA 52802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sa Comunale Co Inc**
**2900 Newpark Drive**
**Barberton, OH 44203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sadie Krepfle**
**865 Bentley Drive Unit 9**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Saint Joseph Brewery LLC**
**540 N College Ave**
**Indianapolis, IN 46202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

**3.232**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Salvatore Aluzzo**<br>**38522 Mt Kisco**<br>**Sterling Heights, MI 48310** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.232**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Samantha L Smith Allen**<br>**7611 36th Ave N Apt 304**<br>**Minneapolis, MN 55427** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.232**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Samantha Luskey**<br>**11907 23rd Ave N**<br>**Minneapolis, MN 55441** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.232**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Samantha Robinson**<br>**529 W Hight St**<br>**Peoria, IL 61606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.232**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Samantha Schatzman**<br>**6545 Ohio River Blvd**<br>**Pittsburgh, PA 15202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.232**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,297.85** |
|---|---|---|
| **Samco Facilities Maint**<br>**11878 Brookfield**<br>**Livonia, MI 48150** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.232**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Samuel Ferguson**<br>**1304 S Lakota Ave**<br>**Brandon, SD 57005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor     **Granite City Food & Brewery Ltd.**

_____
Name                                                    Case number (if known)     **19-43756**

---

| 3.232 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

**Samuel L Fross**
**12358 Shoreridge Ct**
**Maryland Heights, MO 63043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.232 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

**Sandra Masche**
**N6911 Kuhl Rd**
**Waterloo, WI 53594**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

**Santucci Plumbing Inc**
**1855 Janke Dr**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

**Sara Groom**
**1621 Woodlyn Ave East**
**Saint Paul, MN 55109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

**Sarah Hanggi Kennedy**
**2030 Crabapple Parc Way**
**Roswell, GA 30076**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

**Sarah Mackin**
**3600 American Blvd W**
**Suite 400**
**Minneapolis, MN 55431**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

**Saunders Home Automation LLC**
**17283 70th Ave N**
**Osseo, MN 55311**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
| --- | --- | --- | --- |
| | Name | | |

| 3.233 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Schaefer Electric Inc**
**2927 North 84th Street**
**Omaha, NE 68134**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$518.80** |
| --- | --- | --- | --- |

**Schamberger Bros Inc**
**PO Box 7440**
**Villa Park, IL 60181**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Schamburg Business Association**
**1501 E Woodfield Rd Ste 115n**
**Schaumburg, IL 60173**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Schechter Dokken Kante**
**100 Washington Ave S**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Schechter Dokken Kante**
**100 Washington Ave S**
**Suite 1600**
**Minneapolis, MN 55401-2192**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Schindler Elevator Corp**
**PO Box 93050**
**Chicago, IL 60673-3050**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Schneider Graphics Inc**
**6082 Ne 14th Street**
**Des Moines, IA 50313**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|

Name

---

**3.234
2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|

**Schuckit and Associates PC**
**4545 Northwestern Drive**
**Zionsville, IN 46077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234
3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|

**Schultes Greenhouse and Nurser**
**2960 La Beaux Ave Ne**
**Saint Michael, MN 55376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234
4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|

**Schweigert Klemin and Mcbride**
**1915 N Kavaney Dr 2**
**Bismarck, ND 58501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234
5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|

**Scott Anderson**
**414 Long Drive**
**Pittsburgh, PA 15241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234
6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|

**Scott County Sheriff**
**400 W 4th St**
**Davenport, IA 52801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234
7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45,053.65** |
|---|---|---|

**Scott County Treasurer**
**600 West 4th Street**
**Davenport, IA 52801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234
8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|

**Scott Kornahuens**
**8909 Bedford Cir**
**Omaha, NE 68114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.2349**

**Nonpriority creditor's name and mailing address**

**Scott M Wood**
**Scott Wood Services**
**508 Deer Creek Road**
**Saxonburg, PA 16056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2350**

**Nonpriority creditor's name and mailing address**

**Scott Rickard**
**2503 Ferndale Ave**
**Ames, IA 50010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2351**

**Nonpriority creditor's name and mailing address**

**Scott Stegner**
**4011 Lillie Ave #104**
**Davenport, IA 52806**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2352**

**Nonpriority creditor's name and mailing address**

**Scripps Media Inc**
**PO Box 204224**
**Dallas, TX 75320-4224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2353**

**Nonpriority creditor's name and mailing address**

**Sd Department Of Health**
**600 E Capitol Ave**
**Hughesville, MD 20637**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2354**

**Nonpriority creditor's name and mailing address**

**Sdk9 Rehabilitation LLC**
**6535 Harvest Ridge Ln**
**Hughesville, MD 20637**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2355**

**Nonpriority creditor's name and mailing address**

**Seamless Roofing Solutions LL**
**12602 W Santa Fe Trail Dr**
**Lenexa, KS 66215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.235 6**

**Nonpriority creditor's name and mailing address**

**Sean M Fritz**
**29470 John Hauk**
**Garden City, MI 48135**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.235 7**

**Nonpriority creditor's name and mailing address**

**Sebastian Buisson**
**7204 Green Meadows Ln**
**Nashville, TN 37221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.235 8**

**Nonpriority creditor's name and mailing address**

**Second Harvest Heartland Inc.**
**1140 Gervais Ave**
**Saint Paul, MN 55109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$596.00**

---

**3.235 9**

**Nonpriority creditor's name and mailing address**

**Secretary Of State State Of No**
**PO Box 5513**
**Bismarck, ND 58506**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.236 0**

**Nonpriority creditor's name and mailing address**

**Sectional Hockey Tournaments**
**6250 Excelsior Blvd 103**
**Minneapolis, MN 55416**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.236 1**

**Nonpriority creditor's name and mailing address**

**Secured Retail Networks Inc**
**26000 Towne Centre Dr Ste 100**
**Foothill Ranch, CA 92610**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,850.00**

---

**3.236 2**

**Nonpriority creditor's name and mailing address**

**Security Incorporated**
**PO Box 274**
**Michigan City, IN 46360**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.236 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Security One Svcs**
**PO Box 1910**
**Lees Summit, MO 64063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Security Self Storage Corp**
**355 Bishop Rd**
**Cleveland, OH 44143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Seeds Of Faith Early Learning**
**Center Inc.**
**10395 University Avenue**
**Clive, IA 50325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Selective Systems Inc**
**4230 Madison Ave**
**Indianapolis, IN 46227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$35.00** |
|---|---|---|---|

**Sentry Security Systems Inc**
**3881 West 95th Street**
**Leawood, KS 66206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Service Electric Of Allen**
**County Inc.**
**PO Box 6129**
**Fort Wayne, IN 46896-6129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$99.00** |
|---|---|---|---|

**Service Experts Heating**
**1702 S Fairfield Ave**
**Fort Wayne, IN 46802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

**3.237 0**

**Nonpriority creditor's name and mailing address**

**Service Wet Grinding Co**
**1867 Prospect Avenue**
**Cleveland, OH 44115**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$136.50**

---

**3.237 1**

**Nonpriority creditor's name and mailing address**

**Sesac Inc.**
**PO Box 900013**
**Raleigh, NC 27675-9013**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.237 2**

**Nonpriority creditor's name and mailing address**

**Sewer Service Companies Inc**
**PO Box 100**
**Scandia, MN 55073**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.237 3**

**Nonpriority creditor's name and mailing address**

**Sf Paraskeva Orthodox Charity**
**PO Box 9103**
**Aurora, IL 60598**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.237 4**

**Nonpriority creditor's name and mailing address**

**Shamrock Group**
**2900 Fifth Ave So**
**Minneapolis, MN 55408-2484**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.237 5**

**Nonpriority creditor's name and mailing address**

**Shane Allen Major**
**400 4th Street**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.237 6**

**Nonpriority creditor's name and mailing address**

**Shane Allen Major**
**400 4th Street**
**Box 168**
**Grant, IA 50847**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.237 7**

**Nonpriority creditor's name and mailing address**

**Shane Bauer**
**5542 Adams St**
**Lincoln, NE 68510**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.237 8**

**Nonpriority creditor's name and mailing address**

**Shannon Hill**
**2655 Manistique**
**Detroit, MI 48215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.237 9**

**Nonpriority creditor's name and mailing address**

**Shannon Lovejoy**
**3276 Corliss Trail**
**Rosemount, MN 55068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.238 0**

**Nonpriority creditor's name and mailing address**

**Shannon Sutherland**
**9319 Greenway Lane**
**Lenexa, KS 66215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.238 1**

**Nonpriority creditor's name and mailing address**

**Shareef Shaheed**
**331 Fuller Ave Apt 6**
**Saint Paul, MN 55103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.238 2**

**Nonpriority creditor's name and mailing address**

**Shatin C I LLC**
**10701 White Hall Road**
**Hagerstown, MD 21740**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.238 3**

**Nonpriority creditor's name and mailing address**

**Shawn Michael Wingate**
**2361 Morningdew Blvd**
**Maumee, OH 43537-1048**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.238
4**

**Nonpriority creditor's name and mailing address**

**Shawne Murphy Johnson**
**104 Malcom Ave SE**
**Minneapolis, MN 55414**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.238
5**

**Nonpriority creditor's name and mailing address**

**Shiela Tully Driscoll**
**1750 Glenview Rd**
**Glenview, IL 60025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.238
6**

**Nonpriority creditor's name and mailing address**

**Shingobee Builders Inc**
**669 N Medina St**
**Loretto, MN 55357**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.238
7**

**Nonpriority creditor's name and mailing address**

**Shoes For Crews LLC**
**PO Box 734176**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$273.09**

---

**3.238
8**

**Nonpriority creditor's name and mailing address**

**Shred It Us Holdco Inc**
**28883 Network Place**
**Chicago, IL 60673-1288**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$82.85**

---

**3.238
9**

**Nonpriority creditor's name and mailing address**

**Shriners International Murat**
**Shriners Inc.**
**510 N New Jersey St**
**Indianapolis, IN 46204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.239
0**

**Nonpriority creditor's name and mailing address**

**Shurgard Storage Centers LLC**
**933 N Illinois St**
**Indianapolis, IN 46204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.239**
**1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Sigma Aldrich Inc**<br>**PO Box 535182**<br>**Atlanta, GA 30353-5182** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.239**
**2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Sign A Rama Inc**<br>**6641 Middlebelt Road**<br>**Garden City, MI 48135** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.239**
**3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Sign Solutions LLC**<br>**3014 North Clinton Street**<br>**Fort Wayne, IN 46805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.239**
**4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$900.94** |
|---|---|---|
| **Signage Solutions**<br>**2231 S Dupont Dr**<br>**Anaheim, CA 92806-6105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.239**
**5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Signarama Lv**<br>**731 Beta Drive**<br>**Unit D**<br>**Cleveland, OH 44143** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.239**
**6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,863.81** |
|---|---|---|
| **Signature Concepts**<br>**4777 Shady Oak Road**<br>**Hopkins, MN 55343** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.239**
**7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Signature Events Group Ltd**<br>**400 River Edge Dr**<br>**Elgin, IL 60123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

| 3.239 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Signs For Tomorrow Inc**
**2727 Lincoln Dr**
**Saint Paul, MN 55113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Silco Fire& Security**
**10765 Medallion Drive**
**Cincinnati, OH 45241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Simonson Plumb**
**PO Box 10**
**Sauk Rapids, MN 56379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Simplex**
**Dept Ch 10320**
**Palatine, IL 60055-0320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Simply Storage Partners**
**Reit II LLC**
**1320 E Big Beaver Rd**
**Troy, MI 48083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sioux Empire Pit Rescue Inc**
**PO Box 2321**
**Sioux Falls, SD 57101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sioux Empire Rock A Bettys Inc**
**PO Box 88251**
**Sioux Falls, SD 57109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Granite City Food & Brewery Ltd.**                    Case number *(if known)*    **19-43756**

Name

---

**3.240 5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Sioux Falls Area**
**Cham of Commerce**
**PO Box 1425**
**Sioux Falls, SD 57101-1425**

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.240 6**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*

**Sioux Falls Area Humane Soc**
**3720 East Benson Rd**
**Sioux Falls, SD 57110**

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.240 7**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*

**Sioux Falls Utilities**
**1201 N Western Ave**
**PO Box 7401**
**Sioux Falls, SD 57117-7401**

$3,414.34

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.240 8**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*

**Sir Speedy**
**9412 W 143rd Street**
**Orland Park, IL 60462**

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.240 9**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*

**Sis Auto& Furniture Upholstery**
**6601 Country Road 47**
**Saint Cloud, MN 56301**

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.241 0**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*

**Sjpj LLC**
**3214 Strong Ave**
**Kansas City, KS 66106**

$379.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.241 1**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*

**Skokie Valley Beverage**
**199 Shepard Ave**
**Wheeling, IL 60090**

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.241
2**

**Nonpriority creditor's name and mailing address**

**SKR Enterprises LLC
127 W Wayne St
Maumee, OH 43537**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.241
3**

**Nonpriority creditor's name and mailing address**

**Skyline Beam LLC
3933 Curtice Rd
Northwood, OH 43619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.241
4**

**Nonpriority creditor's name and mailing address**

**Slbs Limited Partnership
3201 Rider Trail South
Earth City, MO 63045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$110.25**

---

**3.241
5**

**Nonpriority creditor's name and mailing address**

**Smarth Mouth Ventures Inc
1310 E Chapman Ave #59
Fullerton, CA 92831**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.241
6**

**Nonpriority creditor's name and mailing address**

**Smithfield Packaged Meats
Sales Corp
200 Commerce St
Smithfield, VA 23430**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.241
7**

**Nonpriority creditor's name and mailing address**

**Sofiane B Zareb
2286 Whirlaway Ct
Indianapolis, IN 46234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.241
8**

**Nonpriority creditor's name and mailing address**

**Solution Partners Consulting
915 Wedgewood Drive
Glenview, IL 60025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Official Form 206 E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                **Page 1094 of 1167**

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.241 9**

**Nonpriority creditor's name and mailing address**

**Some Good Print Inc**
**28018 Evergreen Run**
**Imperial, PA 15126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$250.10

---

**3.242 0**

**Nonpriority creditor's name and mailing address**

**Soul Harbour Ranch Animal**
**Therapy Program**
**22093 N Countryside Lane**
**Barrington, IL 60010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.242 1**

**Nonpriority creditor's name and mailing address**

**South Bend Ripple Brew Co LLC**
**5123 E 68th Street**
**Indianapolis, IN 46220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.242 2**

**Nonpriority creditor's name and mailing address**

**South Dakota Boxer Rescue Inc**
**300 S Crawford Rd**
**Vermillion, SD 57069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.242 3**

**Nonpriority creditor's name and mailing address**

**South East Cutlery Inc**
**407 East Prospect Road**
**Fort Lauderdale, FL 33334**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.242 4**

**Nonpriority creditor's name and mailing address**

**South Euclid Lyndhurst City**
**School District**
**5044 Mayfield Rd**
**Cleveland, OH 44124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.242 5**

**Nonpriority creditor's name and mailing address**

**South Fargo Junior Olympic**
**Volleyball Inc.**
**PO Box 6561**
**Fargo, ND 58103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.242 6**

**Nonpriority creditor's name and mailing address**

**South Shore Electric Inc**
**PO Box 321**
**Elyria, OH 44036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.242 7**

**Nonpriority creditor's name and mailing address**

**South Side Office Of Concern**
**202 NE Madison Ave**
**Peoria, IL 61602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.242 8**

**Nonpriority creditor's name and mailing address**

**South Side School District**
**4949 State Route 151**
**Hookstown, PA 15050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.242 9**

**Nonpriority creditor's name and mailing address**

**Southern Academy Of Irish Danc**
**1710 General George Patton Dr**
**Brentwood, TN 37027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.243 0**

**Nonpriority creditor's name and mailing address**

**Southern Glazers Of Missouri**
**1 Glazer Way**
**Saint Charles, MO 63301-4367**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,307.67**

---

**3.243 1**

**Nonpriority creditor's name and mailing address**

**Southern Wine and Spirit FL FN**
**3109 W Dr MLK Jr. Blvd Suite 2**
**Tampa, FL 33607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$401.34**

---

**3.243 2**

**Nonpriority creditor's name and mailing address**

**Southern Wine and Spirit MN FN**
**3109 W Dr MLK Jr. Blvd Suite 2**
**Tampa, FL 33607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,209.43**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.243 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$701.69** |
|---|---|---|---|

**Southern Wine and Spirits
of America
1600 NW 163rd Street
Miami, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Southern Wine and Spirits
of America, Inc.
PO Box 90189
Lakeland, FL 33804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,439.92** |
|---|---|---|---|

**Southern Wine and Spirits
3109 W Dr MLK Jr. Blvd Suite 2
Tampa, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,297.23** |
|---|---|---|---|

**Southern Wine and Spirits
IL FL
3109 W Dr MLK Jr. Blvd Suite 2
Tampa, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$819.09** |
|---|---|---|---|

**Southern Wine and Spirts IN FL
3109 W Dr MLK Jr. Blvd Suite 2
Tampa, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sowers Club Of Lincoln Inc
1701 S 17th St Ste 1h
Lincoln, NE 68502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$490.00** |
|---|---|---|---|

**SP Plus Corporation
150 Potomac Passage
Oxon Hill, MD 20745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

| 3.244 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$640.00** |
|---|---|---|---|

**Spe Inc**
**150 Nickerson Street Suite 305**
**Seattle, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Special Olympics Illinois**
**605 E Willow St**
**Normal, IL 61761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$52.29** |
|---|---|---|---|

**Special Olympics Indiana Inc.**
**6200 Technology Center Dr**
**Suite 105**
**Indianapolis, IN 46278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Special Olympics Missouri Inc**
**305 Special Olympics Drive**
**Jefferson City, MO 65101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Specialty Enterprises**
**245 Nw 52nd Avenue**
**Des Moines, IA 50313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$215.59** |
|---|---|---|---|

**Spielmans Event Svcs**
**1380 Stoney Point Rd Sw**
**Cedar Rapids, IA 52404-1081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,659.71** |
|---|---|---|---|

**Spire Missouri Inc**
**Drawer 2**
**Saint Louis, MO 63171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.244 7**

**Nonpriority creditor's name and mailing address**

**Spirit Of Peace UCC**
**6509 S Cliff Ave**
**Sioux Falls, SD 57108-8318**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.244 8**

**Nonpriority creditor's name and mailing address**

**Sporcle Inc**
**3610 Albion Pl N #120**
**Seattle, WA 98103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.244 9**

**Nonpriority creditor's name and mailing address**

**Sport View Television Corp**
**7699 Lochlin Drive**
**Brighton, MI 48116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,106.66**

---

**3.245 0**

**Nonpriority creditor's name and mailing address**

**Spotlight Media LLC**
**15 Broadway N Ste 500**
**Fargo, ND 58102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.245 1**

**Nonpriority creditor's name and mailing address**

**Springfield Local Schools**
**6900 Hall St**
**Holland, OH 43528**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.245 2**

**Nonpriority creditor's name and mailing address**

**SS Steiner Inc**
**725 Fifth Ave**
**Floor 23**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,814.78**

---

**3.245 3**

**Nonpriority creditor's name and mailing address**

**SSK and Cutlery LLC**
**1020 Holland Dr Ste 120**
**Boca Raton, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$72.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.245 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**St Anthony Parish and School**
**2114 E Jefferson Blvd**
**South Bend, IN 46617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**St Baldricks Foundation**
**1333 Mayflower Ave. 400**
**Monrovia, CA 91016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**St Brendans Irish Dance Founda**
**3507 S Matthew Dr**
**Sioux Falls, SD 57103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**St Cloud Cham**
**PO Box 487**
**Saint Cloud, MN 56302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,983.66** |
|---|---|---|---|

**St Cloud Rainbow Village LLC**
**c/o Doran Companies**
**7803 Glenroy Rd Ste 200**
**Minneapolis, MN 55439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**St Cloud Refrigeration Inc**
**604 Lincoln Ave NE**
**Saint Cloud, MN 56304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**St Irene Catholic Church**
**28 W 441**
**Warrenville, IL 60555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.246**
**1**

**Nonpriority creditor's name and mailing address**

**St John Catholic Church Of**
**Lincoln Inc.**
**7601 Vine St**
**Lincoln, NE 68505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.246**
**2**

**Nonpriority creditor's name and mailing address**

**St John Paul II Catholic**
**Schools Network**
**5600 25th Street South**
**Fargo, ND 58104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.246**
**3**

**Nonpriority creditor's name and mailing address**

**St John The Evangelist**
**Catholic Church**
**126 W Georgia St**
**Indianapolis, IN 46225**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.246**
**4**

**Nonpriority creditor's name and mailing address**

**St Joseph Cnty Treasurer**
**227 W Jefferson Blvd**
**P.O. Box 4758**
**South Bend, IN 46634**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,777.08**

---

**3.246**
**5**

**Nonpriority creditor's name and mailing address**

**St Jude Childrens Research**
**Hospital**
**501 St. Jude Place**
**Memphis, TN 38105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.246**
**6**

**Nonpriority creditor's name and mailing address**

**St Louis Affiliate Of Susan G**
**Komen Breast Cancer Foundation**
**1002 Hi Pointe Place Ste 100**
**Saint Louis, MO 63117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.246**
**7**

**Nonpriority creditor's name and mailing address**

**St Louis Cnty Dept Of Rev**
**41 South Central Avenue**
**Saint Louis, MO 63105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.246 8**

**Nonpriority creditor's name and mailing address**

**St Louis Cnty Treasurer**
**41 S Central Ave**
**Saint Louis, MO 63105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.246 9**

**Nonpriority creditor's name and mailing address**

**St Louis County Dept Of Health**
**6121 N Hanley Rd**
**Saint Louis, MO 63134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.247 0**

**Nonpriority creditor's name and mailing address**

**St Louis Post Dispatch**
**PO Box 790099**
**Saint Louis, MO 63179-0099**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.247 1**

**Nonpriority creditor's name and mailing address**

**St Peter Lutheran School**
**202 E Schaumburg Rd**
**Schaumburg, IL 60194**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.247 2**

**Nonpriority creditor's name and mailing address**

**St Rose Of Lima Catholic Churc**
**206 Summit St**
**Monroeville, IN 46773**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.247 3**

**Nonpriority creditor's name and mailing address**

**St Ursula Academy**
**4025 Indian Rd**
**Toledo, OH 43605-6500**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.247 4**

**Nonpriority creditor's name and mailing address**

**St Vincent Hospital and Health**
**2001 West 86th Street**
**Indianapolis, IN 46260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.247
5**

**Nonpriority creditor's name and mailing address**

**St. Ambrose University**
**518 Locust St W**
**Davenport, IA 52803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.247
6**

**Nonpriority creditor's name and mailing address**

**Stacey A Heckert**
**1758 Harcor Dr**
**Pittsburgh, PA 15226**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.247
7**

**Nonpriority creditor's name and mailing address**

**Stacy Blasi**
**506 N Sunset Land**
**Colwich, KS 67030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.247
8**

**Nonpriority creditor's name and mailing address**

**Stainbrook Communications Inc**
**3312 40th Street South**
**Saint Cloud, MN 56301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.247
9**

**Nonpriority creditor's name and mailing address**

**Standard Heating and Air**
**Conditioning Inc.**
**11746 Portal Rd**
**La Vista, NE 68128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$715.07**

---

**3.248
0**

**Nonpriority creditor's name and mailing address**

**Stanley Convergent Security**
**Solutions Inc.**
**Dept Ch 10651**
**Palatine, IL 60055-0651**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,775.29**

---

**3.248
1**

**Nonpriority creditor's name and mailing address**

**Star West JV LLC**
**PO Box 912661**
**Denver, CO 80291**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|

Name

---

**3.248 2**

**Nonpriority creditor's name and mailing address**

**Star-West Gateway LLC**
**c/o Starwood Retail Partners**
**One East Wacker Drive, #3700**
**Chicago, IL 60601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$22,668.33**

---

**3.248 3**

**Nonpriority creditor's name and mailing address**

**State Disbursement**
**PO Box 989067**
**West Sacramento, CA 95798**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.248 4**

**Nonpriority creditor's name and mailing address**

**State Fire Marshal Op III Off**
**of the State Fire Marshal**
**PO Box 3331**
**Springfield, IL 62708-3331**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.248 5**

**Nonpriority creditor's name and mailing address**

**State Of Indiana**
**PO Box 2504**
**Unclaimed Property Division**
**Greenwood, IN 46142**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.248 6**

**Nonpriority creditor's name and mailing address**

**State Of Michigan**
**PO Box 30255**
**Lansing, MI 48909**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.248 7**

**Nonpriority creditor's name and mailing address**

**State Of Michigan**
**PO Box 30401**
**Lansing, MI 48909-7901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.248 8**

**Nonpriority creditor's name and mailing address**

**State Of Michigan/MIcc**
**7150 Harris Drive**
**PO Box 30005**
**Lansing, MI 48909-7505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Official Form 206 E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

**Page 1104 of 1167**

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.248 9**

**Nonpriority creditor's name and mailing address**

**State Of Tennessee**
**PO Box 198990**
**Nashville, TN 37219-8990**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.249 0**

**Nonpriority creditor's name and mailing address**

**State Tax Commissioner**
**Alcohol Tax Section**
**600 E Boulevard Ave**
**Bismarck, ND 58505-0599**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.249 1**

**Nonpriority creditor's name and mailing address**

**Stateline Mechanical Inc**
**201 S 8th St**
**South Beloit, IL 61080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,678.00**

---

**3.249 2**

**Nonpriority creditor's name and mailing address**

**Stateline Plant Nfp**
**601 N Perryville Rd**
**Rockford, IL 61107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.249 3**

**Nonpriority creditor's name and mailing address**

**Stearns County Sheriffs Youth**
**Program Inc.**
**PO Box 217**
**Saint Cloud, MN 56302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.249 4**

**Nonpriority creditor's name and mailing address**

**Stearns County Treasurer**
**705 Courthouse Square**
**Room 148**
**Saint Cloud, MN 56303-4701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$25,217.00**

---

**3.249 5**

**Nonpriority creditor's name and mailing address**

**Steel Toe Brewing LLC**
**4848 W 35th St**
**Minneapolis, MN 55416**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

| 3.249 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stefan Rafacz**
**20 Forest Hill Dr. 104**
**Glen Ellyn, IL 60137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$278.85** |
|---|---|---|---|

**Stem Gallery LLC**
**5630 P St**
**Lincoln, NE 68505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stenger and Stenger PC**
**2618 E Paris Ave SE**
**Grand Rapids, MI 49546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stephanie A Adams**
**6288 Maxwell Drive 1**
**Suitland, MD 20746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stephanie Nurre**
**605 G Ave. 102**
**Cedar Rapids, IA 52405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stephanie Randol**
**304 West 5th Street**
**Haysville, KS 67060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stephanie Rogers**
**4214 3 Oaks Drive Apt 3B**
**Troy, MI 48098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

**3.250 3**

**Nonpriority creditor's name and mailing address**

**Stephen D Galindo**
**39309 Lilly Ct**
**Farmington, MI 48331**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.250 4**

**Nonpriority creditor's name and mailing address**

**Stephen Taylor**
**519 Garde Cir**
**Streamwood, IL 60107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.250 5**

**Nonpriority creditor's name and mailing address**

**Stephens Soldiers Foundation**
**28580 Orchard Lake Rd Ste 150**
**Farmington, MI 48334**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.250 6**

**Nonpriority creditor's name and mailing address**

**Stephenson Electric Co Inc**
**512 Water Street**
**Fenton, MO 63026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.250 7**

**Nonpriority creditor's name and mailing address**

**Steve Soyka**
**PO Box 12**
**Saint Stephen, MN 56375**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.250 8**

**Nonpriority creditor's name and mailing address**

**Steven Dehan**
**5507 Noland Rd**
**Shawnee, KS 66216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.250 9**

**Nonpriority creditor's name and mailing address**

**Steven McConnell**
**108 Maple Ave**
**Highwood, IL 60040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.251 0**

**Nonpriority creditor's name and mailing address**

**Stillwater Septic Svc Sewer
and Drain Cleaner Inc.
PO Box 359
Lusby, MD 20657**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.251 1**

**Nonpriority creditor's name and mailing address**

**Stilwell Holding Company LLC
24 Kirkham Industrial Ct
Saint Louis, MO 63119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$789.60**

---

**3.251 2**

**Nonpriority creditor's name and mailing address**

**Store Capital Corporation
8377 East Hardford Dr Ste 100
Scottsdale, AZ 85255**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$557,028.78**

---

**3.251 3**

**Nonpriority creditor's name and mailing address**

**Storehouse For Teachers
281 Corliss St
Pittsburgh, PA 15220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.251 4**

**Nonpriority creditor's name and mailing address**

**Straightline Landscaping& Lawn
15836 Annico Dr Ste 1-A
Homer Glen, IL 60491**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.251 5**

**Nonpriority creditor's name and mailing address**

**Stray Rescue of St. Louis Inc,
2320 Pine St
Saint Louis, MO 63103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.251 6**

**Nonpriority creditor's name and mailing address**

**Streib Electric Company Inc.
9225 Watson Industrial Dr
Saint Louis, MO 63126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.251 7**

**Nonpriority creditor's name and mailing address**

**STS Monitoring LLC**
**202 Ravine Ct**
**Barrington, IL 60010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$540.00**

---

**3.251 8**

**Nonpriority creditor's name and mailing address**

**Stumps Fire Protection Inc.**
**501 E Bigelow Ave**
**Findlay, OH 45840**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.251 9**

**Nonpriority creditor's name and mailing address**

**Suburban Law Enforcement Assn**
**Charitable Fund**
**6252 Century Blvd**
**Minneapolis, MN 55429**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.252 0**

**Nonpriority creditor's name and mailing address**

**Summit City Brewerks LLC**
**1501 E Berry #106**
**Fort Wayne, IN 46803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.252 1**

**Nonpriority creditor's name and mailing address**

**Summit Energy Svcs Inc.**
**25716 Network Place**
**Chicago, IL 60673-1257**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,171.00**

---

**3.252 2**

**Nonpriority creditor's name and mailing address**

**Summit Facility & Kitchen**
**PO Box 1575**
**Minneapolis, MN 55480**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.252 3**

**Nonpriority creditor's name and mailing address**

**Summit Facility & Kitchen Serv**
**PO Box 1575**
**Minneapolis, MN 55480**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.252**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Summit Fire Protection**<br>**PO Box 6205**<br>**Carol Stream, IL 60197-6205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.252**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Super Power Shower Inc.**<br>**6631 North Ridge W**<br>**Geneva, OH 44041** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.252**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Superior Draft Svcs Inc.**<br>**27035 Meadow Ridge Drive**<br>**Elko New Market, MN 55020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.252**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$172.00** |
|---|---|---|
| **Superior Knife LLC**<br>**8120 Central Park Ave**<br>**Skokie, IL 60076-2907** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.252**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Superior Upholstery LLC**<br>**10005 E 63rd**<br>**Kansas City, MO 64133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.252**
**9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Supreme Cleaning Company LLC**<br>**PO Box 1131**<br>**Fargo, ND 58103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.253**
**0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Susan G Komen Breast Cancer**<br>**Foundation Inc.**<br>**5005 Lbj Freeway Ste 250**<br>**Dallas, TX 75244** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.253 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Suzanne Troyer**
**6501 Grape Rd Ste 1000**
**Mishawaka, IN 46545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Suzies Party Shop LLC**
**195 N Parker Rd**
**Olathe, KS 66061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Syndie M. Murphy**
**2455 N 87th Apt C**
**Lincoln, NE 68507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Synergid Inc.**
**3110 Butler Ridge Parkway**
**Fort Wayne, IN 46808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Synergy Metalworking LLC**
**PO Box 786**
**Veneta, OR 97487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$170,138.98** |
|---|---|---|---|

**Sysco Chicago**
**PO Box 5037**
**Des Plaines, IL 60017-5037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sysco Cleveland**
**PO Box 94570**
**Cleveland, OH 44101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number (if known) | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

| 3.253 8 | **Nonpriority creditor's name and mailing address** **Sysco Detroit** PO Box 33580 Detroit, MI 48232-5580 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$309,651.52** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.253 9 | **Nonpriority creditor's name and mailing address** **Sysco Eastern Maryland** PO Box 477 Pocomoke City, MD 21851-0477 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$195,921.09** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.254 0 | **Nonpriority creditor's name and mailing address** **Sysco Illinois** PO Box 620 Lincoln, IL 62656 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.254 1 | **Nonpriority creditor's name and mailing address** **Sysco Indianapolis** PO Box 7137 Indianapolis, IN 46206-7137 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$61,802.72** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.254 2 | **Nonpriority creditor's name and mailing address** **Sysco Iowa** PO Box 874 Des Moines, IA 50304-0874 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$187,449.84** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.254 3 | **Nonpriority creditor's name and mailing address** **Sysco Kansas City** PO Box 40 Olathe, KS 66051-0040 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$175,619.02** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.254 4 | **Nonpriority creditor's name and mailing address** **Sysco Lincoln** P.O. Box 80068 Lincoln, NE 68501-0068 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$187,600.30** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.254
5**

**Nonpriority creditor's name and mailing address**

**Sysco Minnesota**
**P.O. Box 49730**
**Minneapolis, MN 55449-0730**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$386,932.36**

---

**3.254
6**

**Nonpriority creditor's name and mailing address**

**Sysco Nashville**
**PO Box 305138**
**Nashville, TN 37230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$90,958.50**

---

**3.254
7**

**Nonpriority creditor's name and mailing address**

**Sysco North Dakota**
**PO Box 10128**
**Fargo, ND 58106-0128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$62,221.50**

---

**3.254
8**

**Nonpriority creditor's name and mailing address**

**Sysco Pittsburgh**
**PO Box 1000**
**Harmony, PA 16037-1000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$53,590.30**

---

**3.254
9**

**Nonpriority creditor's name and mailing address**

**Sysco South Florida**
**12500 Sysco Way**
**Miami, FL 33178**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$38,595.26**

---

**3.255
0**

**Nonpriority creditor's name and mailing address**

**Sysco St Louis**
**3850 Mueller Road**
**Saint Charles, MO 63301-8047**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$73,687.28**

---

**3.255
1**

**Nonpriority creditor's name and mailing address**

**T& T Produce**
**PO Box 5756**
**Fort Oglethorpe, GA 30742**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,208.25**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.255 2**

**Nonpriority creditor's name and mailing address**

**Tabitha Ramos**
**1742 E Woodruff Ave**
**Hazel Park, MI 48030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.255 3**

**Nonpriority creditor's name and mailing address**

**Tadd M Johnson**
**603 W Altorfer Lane**
**Peoria, IL 61615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.255 4**

**Nonpriority creditor's name and mailing address**

**Talent Technical Services Inc**
**5353 Wayzata Blvd Ste 200**
**Minneapolis, MN 55416**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.255 5**

**Nonpriority creditor's name and mailing address**

**Talentreef Inc**
**210 University Blvd Ste 300**
**Denver, CO 80206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,759.00**

---

**3.255 6**

**Nonpriority creditor's name and mailing address**

**Talx Ucm Serices Inc**
**4076 Paysphere Circle**
**Chicago, IL 60674-4076**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.255 7**

**Nonpriority creditor's name and mailing address**

**Tamara Callaway**
**1848 Westchester Lane**
**Shakopee, MN 55379**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.255 8**

**Nonpriority creditor's name and mailing address**

**Tami Schultz**
**8102 Pleasantview Dr Ne #A**
**Minneapolis, MN 55432**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

**3.255 9**

Nonpriority creditor's name and mailing address

**Tandem Printing Inc**
**2970 Lexington Ave South**
**Saint Paul, MN 55121-1420**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$129.70

---

**3.256 0**

Nonpriority creditor's name and mailing address

**Tann Electric Inc**
**13216 W 99th Street**
**Lenexa, KS 66215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.256 1**

Nonpriority creditor's name and mailing address

**Tanner Michael Mccarron**
**6105 S Venita Circle**
**Sioux Falls, SD 57108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.256 2**

Nonpriority creditor's name and mailing address

**Tanya Sims**
**1752 Temple Ave**
**Cleveland, OH 44124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.256 3**

Nonpriority creditor's name and mailing address

**Tap On It LLC**
**1105 Christie St Ste C**
**Davenport, IA 52803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.256 4**

Nonpriority creditor's name and mailing address

**Tarco Industries Inc**
**1891 Goodyear Ave #603**
**Ventura, CA 93003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.256 5**

Nonpriority creditor's name and mailing address

**Tashayla Johnson**
**6509 Marsol Rd**
**Cleveland, OH 44124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.256
6**

**Nonpriority creditor's name and mailing address**

**Taste Of Omaha Inc**
**7015 Spring St**
**Omaha, NE 68106-3518**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.256
7**

**Nonpriority creditor's name and mailing address**

**Taxman Holdings Inc**
**89 S Baldwin St**
**Bargersville, IN 46106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.256
8**

**Nonpriority creditor's name and mailing address**

**Tayler D Hansen**
**5060 R St**
**Lincoln, NE 68504**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.256
9**

**Nonpriority creditor's name and mailing address**

**Tayler J Reinert**
**1078 Cherokee Ave**
**Saint Paul, MN 55118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257
0**

**Nonpriority creditor's name and mailing address**

**Taylor Wilson**
**5500 West 137th St**
**Apt 212**
**Overland Park, KS 66223**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257
1**

**Nonpriority creditor's name and mailing address**

**Taysia Blue Siberian**
**Husky Rescue Ne**
**2604 Garden Rd**
**Omaha, NE 68124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257
2**

**Nonpriority creditor's name and mailing address**

**Tazewell Cnty Collector**
**11 S 4th St**
**Suite 308**
**Pekin, IL 61554**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$79,066.51**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.257 3**

**Nonpriority creditor's name and mailing address**

**Tazewell County Resource Centers Inc**
**21310 Illinois Rte 9**
**Tremont, IL 61568**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257 4**

**Nonpriority creditor's name and mailing address**

**Tc Valet LLC**
**1226 Thomas Ave**
**Saint Paul, MN 55104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257 5**

**Nonpriority creditor's name and mailing address**

**Tci Companies Inc**
**405 State Route 117**
**Goodfield, IL 61742**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257 6**

**Nonpriority creditor's name and mailing address**

**Tdn2k**
**14785 Preston Rd Ste 290**
**Dallas, TX 75254**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257 7**

**Nonpriority creditor's name and mailing address**

**Tds Media Direct Inc**
**PO Box 9**
**Circle Pines, MN 55014-0009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257 8**

**Nonpriority creditor's name and mailing address**

**Tds Telecom**
**PO Box 94510**
**Palatine, IL 60094-4510**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$472.31**

---

**3.257 9**

**Nonpriority creditor's name and mailing address**

**Teale A Jackson**
**401 N Western Ave #103**
**Sioux Falls, SD 57104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.258
0**

**Nonpriority creditor's name and mailing address**

**Team Nutz LLC
1366 Old Freeport Road
Pittsburgh, PA 15238**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.258
1**

**Nonpriority creditor's name and mailing address**

**Tech Electronics Inc
PO Box 790379
Saint Louis, MO 63179**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.258
2**

**Nonpriority creditor's name and mailing address**

**Tech Masters Inc
2024 Sw 6th St
Lincoln, NE 68522**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,174.43**

---

**3.258
3**

**Nonpriority creditor's name and mailing address**

**Temp Con LLC
15670 S Keller St
Olathe, KS 66062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.258
4**

**Nonpriority creditor's name and mailing address**

**Tennessee Abc
500 James Robertso Pkwy
Davey Crockett Blg 3rd Flr
Nashville, TN 37243**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.258
5**

**Nonpriority creditor's name and mailing address**

**Tennessee B and E Unit
220 French Landing Drive
2nd Floor
Nashville, TN 37243**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.258
6**

**Nonpriority creditor's name and mailing address**

**Tennessee Dept Of Rev
500 Deaderick Street
Nashville, TN 37242**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.258 7**

**Nonpriority creditor's name and mailing address**

**Tennessee Hospitality Assoc**
**475 Craighead Street**
**Nashville, TN 37204**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.258 8**

**Nonpriority creditor's name and mailing address**

**Teresa Feuerstein**
**715 N French Ave**
**Sioux Falls, SD 57103**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.258 9**

**Nonpriority creditor's name and mailing address**

**Terryn Schultz**
**17231 Ozark Ave**
**Tinley Park, IL 60477**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.259 0**

**Nonpriority creditor's name and mailing address**

**Tetera Tech Inc**
**PO Box 911642**
**Denver, CO 80291-1642**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.259 1**

**Nonpriority creditor's name and mailing address**

**The Als Association**
**333 Washington Ave N**
**Ste 105**
**Minneapolis, MN 55401**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.259 2**

**Nonpriority creditor's name and mailing address**

**The Barrel Mill**
**640 Chinook Ave Sw**
**Avon, MN 56310**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.259 3**

**Nonpriority creditor's name and mailing address**

**The Bradley Center Inc**
**5180 Campbells Run Road**
**Pittsburgh, PA 15205**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.259 4**

**Nonpriority creditor's name and mailing address**

**The Buddy Foundation**
**PO Box 334**
**Arlington Heights, IL 60006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.259 5**

**Nonpriority creditor's name and mailing address**

**The Catholic Central High**
**School Of Detroit**
**27225 Wixom Rd**
**Novi, MI 48374**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.259 6**

**Nonpriority creditor's name and mailing address**

**The Chamber**
**PO Box 2443**
**Fargo, ND 58108-2443**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.259 7**

**Nonpriority creditor's name and mailing address**

**The Chamber Of**
**Commerce Of St Joseph Cnty**
**401 East Colfax Ste 310**
**South Bend, IN 46617**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.259 8**

**Nonpriority creditor's name and mailing address**

**The Chamber Of Commerce**
**Of St Joseph County**
**101 N Michigan St Ste 101**
**South Bend, IN 46601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.259 9**

**Nonpriority creditor's name and mailing address**

**The Cure Starts Now**
**10280 Chester Road**
**Cincinnati, OH 45215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.260 0**

**Nonpriority creditor's name and mailing address**

**The Door and Fence Store Inc**
**2316 230th St #304**
**Ames, IA 50014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

| 3.260<br>1 | **Nonpriority creditor's name and mailing address**<br>**The Dream Factory** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$300.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.260<br>2 | **Nonpriority creditor's name and mailing address**<br>**The Dupage Community Foundatio**<br>**3000 Woodcreek Drive**<br>**Suite 310**<br>**Downers Grove, IL 60515** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.260<br>3 | **Nonpriority creditor's name and mailing address**<br>**The First Impression Group**<br>**2700 Blue Water Road**<br>**Suite 450**<br>**Saint Paul, MN 55121-1429** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,934.55** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.260<br>4 | **Nonpriority creditor's name and mailing address**<br>**The Flower Bed**<br>**PO Box 7697**<br>**Saint Cloud, MN 56302** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.260<br>5 | **Nonpriority creditor's name and mailing address**<br>**The Forum**<br>**PO Box 6100**<br>**Fargo, ND 58108-6100** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.260<br>6 | **Nonpriority creditor's name and mailing address**<br>**The Gathering Place**<br>**23300 Commerce Park**<br>**Beachwood, OH 44122** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.260<br>7 | **Nonpriority creditor's name and mailing address**<br>**The Gazette**<br>**500 3rd Avenue Se**<br>**Cedar Rapids, IA 52406-0511** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.260 8**

**Nonpriority creditor's name and mailing address**

**The Grounds Keeper LLC**
**801 N Main St**
**Grimes, IA 50111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.260 9**

**Nonpriority creditor's name and mailing address**

**The Health Foundation Of Great**
**429 E Vermont St Ste 300**
**Indianapolis, IN 46202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.261 0**

**Nonpriority creditor's name and mailing address**

**The Homestead Autism Svcs Inc**
**1525 Adventureland Drive Ste B**
**Altoona, IA 50009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.261 1**

**Nonpriority creditor's name and mailing address**

**The Humane Society**
**Of Rock Island County**
**724 W 2nd Ave**
**Milan, IL 61264**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.261 2**

**Nonpriority creditor's name and mailing address**

**The Illuminating Co**
**PO Box 3638**
**Akron, OH 44309-3638**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.261 3**

**Nonpriority creditor's name and mailing address**

**The Institute Of Electrical**
**and Electronics Engineers Inc**
**445 Hoes Lane**
**Piscataway, NJ 08854-4141**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.261 4**

**Nonpriority creditor's name and mailing address**

**The Leukemia and Lymphoma Soci**
**3 International Dr Ste 200**
**Port Chester, NY 10573**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.261 5**

**Nonpriority creditor's name and mailing address**

**The Leukemia& Lymphoma
Society White Plains
1311 Mamaroneck Avenue
White Plains, NY 10605-5221**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.261 6**

**Nonpriority creditor's name and mailing address**

**The Madonna Foundation
5401 South Street
Lincoln, NE 68506-2150**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.261 7**

**Nonpriority creditor's name and mailing address**

**The Neon Doctor
1824 Homeville Rd
West Mifflin, PA 15122**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.261 8**

**Nonpriority creditor's name and mailing address**

**The Northville Art House
215 W Cody Street
Northville, MI 48167**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.261 9**

**Nonpriority creditor's name and mailing address**

**The Novi Chamber Of Commerce
41875 W Eleven Mile
Suite 201
Novi, MI 48375**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.262 0**

**Nonpriority creditor's name and mailing address**

**The Ohio State University Fdn
1480 W Lane Ave
Columbus, OH 43221**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.262 1**

**Nonpriority creditor's name and mailing address**

**The Olathe East Baseball
Booster Club
Overland Park, KS 66221**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

**3.262 2**

**Nonpriority creditor's name and mailing address**

**The Pink Fund**
**PO Box 603**
**Bloomfield Hills, MI 48303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.262 3**

**Nonpriority creditor's name and mailing address**

**The Potato Head Project**
**7700 188th Ln Nw**
**Anoka, MN 55303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.262 4**

**Nonpriority creditor's name and mailing address**

**The Rail Media Inc**
**PO Box 575**
**Monson, MA 01057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.262 5**

**Nonpriority creditor's name and mailing address**

**The Right Staff LLC**
**PO Box 390240**
**Minneapolis, MN 55439-0240**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.262 6**

**Nonpriority creditor's name and mailing address**

**The Rose Foundation**
**2702 Bloomfield Dr**
**Saint Louis, MO 63129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.262 7**

**Nonpriority creditor's name and mailing address**

**The Salvation Army Inc**
**620 N Erie St**
**Toledo, OH 43604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.262 8**

**Nonpriority creditor's name and mailing address**

**The Sherring Brewing Company L**
**11841 Dorsett Road**
**Maryland Heights, MO 63043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.262 9**

**Nonpriority creditor's name and mailing address**

**The Shoppes At Arbor Lakes**
**PO Box 22072 Network Place**
**Chicago, IL 60673-1231**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.263 0**

**Nonpriority creditor's name and mailing address**

**The Steve Peroutka Law Group**
**8028 Ritchie Hwy #300**
**Pasadena, MD 21122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.263 1**

**Nonpriority creditor's name and mailing address**

**The Tanzillo Law Group LLC**
**1825 Arabian Ave**
**Naperville, IL 60565**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.263 2**

**Nonpriority creditor's name and mailing address**

**The Trash Man**
**PO Box 907**
**Webster City, IA 50595-0907**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.263 3**

**Nonpriority creditor's name and mailing address**

**The Ups Store**
**145 Fleet Street**
**Oxon Hill, MD 20745**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.263 4**

**Nonpriority creditor's name and mailing address**

**The Village Initiative Inc**
**3004 N 27th Street**
**Kansas City, KS 66104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.263 5**

**Nonpriority creditor's name and mailing address**

**The Waldinger Corp**
**PO Box 1612**
**Des Moines, IA 50306-1612**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.263<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**The Wine Co Fintech**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Think Tourism Usa Llc**
**2233 Roosevelt Rd Ste 11**
**Saint Cloud, MN 56301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Thomas G Hunter**
**3237 Garfield Ave S**
**Minneapolis, MN 55408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Thomas Geisinger**
**3600 13th Ave South**
**Minneapolis, MN 55407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.264<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Thomas J Retka**
**1622 E Gastel Cir**
**Mission, TX 78572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.264<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Thomas Meyer**
**39603 Traditions Dr**
**Northville, MI 48168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.264<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Thomas Munson**
**8749 Fluvia Terrace Apt 2a**
**Indianapolis, IN 46250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.264
3**

**Nonpriority creditor's name and mailing address**

**Thomas P Golden**
**1707 10th Ave S**
**Saint Cloud, MN 56301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.264
4**

**Nonpriority creditor's name and mailing address**

**Thomas Wheeler**
**166 Chestnut Ave**
**Northfield, OH 44067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.264
5**

**Nonpriority creditor's name and mailing address**

**Thompson Construction And**
**1527 Dearborn St PO Box 40**
**Ellsworth, IA 50075-0040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.264
6**

**Nonpriority creditor's name and mailing address**

**Three Star Millwork Inc**
**610 Klee Mill Rd**
**Westminster, MD 21157**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.264
7**

**Nonpriority creditor's name and mailing address**

**Tileshop Inc**
**1005 Harrison Street**
**Berkeley, CA 94710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.264
8**

**Nonpriority creditor's name and mailing address**

**Tim Cunningham**
**12422 Magnolia St**
**Minneapolis, MN 55448**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.264
9**

**Nonpriority creditor's name and mailing address**

**Tim Davis**
**11013 Lafayette Plz 2106**
**Omaha, NE 68154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**3.265 0**

**Nonpriority creditor's name and mailing address**

**Timbre L Severson**
**7625 Lisa Lane Apt#221**
**Middleton, WI 53562**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.265 1**

**Nonpriority creditor's name and mailing address**

**Time In A Bottle Inc**
**712 J Ave Ne**
**Cedar Rapids, IA 52402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.265 2**

**Nonpriority creditor's name and mailing address**

**Time Warner Cable LLC**
**Box 223085**
**Pittsburgh, PA 15251-2085**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$91.79**

---

**3.265 3**

**Nonpriority creditor's name and mailing address**

**Time Warner Cable Zr**
**PO Box 1104**
**Carol Stream, IL 60132-1104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.265 4**

**Nonpriority creditor's name and mailing address**

**Timothy Anderson Corp**
**700 20th Street**
**Rockford, IL 61104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.265 5**

**Nonpriority creditor's name and mailing address**

**Timothy James Stout**
**10 Water St #305**
**Bangor, ME 04401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.265 6**

**Nonpriority creditor's name and mailing address**

**Tina Youkhanna**
**28685 Diesing Dr**
**Madison Heights, MI 48071**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

**3.265 7**

**Nonpriority creditor's name and mailing address**

**Tkg Storagemart Partners Iii L**
**5525 State Hwy 169 Service Dr**
**Minneapolis, MN 55442**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$102.00**

---

**3.265 8**

**Nonpriority creditor's name and mailing address**

**Tn Child Support**
**Receipting Unit**
**PO Box 305200**
**Nashville, TN 37229**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.265 9**

**Nonpriority creditor's name and mailing address**

**Tn Department Of Revenue**
**PO Box 190665**
**Nashville, TN 37219-0665**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.266 0**

**Nonpriority creditor's name and mailing address**

**Tnt Total Stop LLC**
**1600 W 44th Place**
**Sioux Falls, SD 57105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.266 1**

**Nonpriority creditor's name and mailing address**

**Todd Hensley**
**6100 Se 5th Street**
**Des Moines, IA 50315**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.266 2**

**Nonpriority creditor's name and mailing address**

**Todd Or Lori Hanson**
**C/O Farmers Credit Serv Of Am**
**322 1st Avenue East**
**Mobridge, SD 57601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$91,875.00**

---

**3.266 3**

**Nonpriority creditor's name and mailing address**

**Todd Raymond Shaw**
**620 N Little Walnut Creek Dr**
**Waukee, IA 50263**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.266 4**

**Nonpriority creditor's name and mailing address**

**Tokenworks Inc**
**26 Milburn St 2nd Fl**
**Bronxville, NY 10708**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.266 5**

**Nonpriority creditor's name and mailing address**

**Toledo Area Humane Society Inc**
**827 Illinois**
**Maumee, OH 43537**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.266 6**

**Nonpriority creditor's name and mailing address**

**Toledo Arena Sports Inc**
**Fifth Thrid Field**
**406 Washington Street**
**Toledo, OH 43604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.266 7**

**Nonpriority creditor's name and mailing address**

**Toledo Choral Society Inc**
**PO Box 66**
**Toledo, OH 43697**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.266 8**

**Nonpriority creditor's name and mailing address**

**Toledo Edison Maumee**
**PO Box 3638**
**Akron, OH 44309-3638**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,035.35**

---

**3.266 9**

**Nonpriority creditor's name and mailing address**

**Toledo Lucas Cnty Health Dept**
**635 N Erie St Rm 350**
**Toledo, OH 43604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.267 0**

**Nonpriority creditor's name and mailing address**

**Toledo Municipal Court**
**555 N Erie St**
**Toledo, OH 43604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.267**
**1**

**Nonpriority creditor's name and mailing address**

**Toledo Soft Water Supply Inc**
**2806 Nebraska Ave**
**Toledo, OH 43607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.267**
**2**

**Nonpriority creditor's name and mailing address**

**Tom Hardin**
**103 East Hill Street**
**Blanchardville, WI 53516**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.267**
**3**

**Nonpriority creditor's name and mailing address**

**Tom Mack**
**4104 N Plum Tree**
**Wichita, KS 67226**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.267**
**4**

**Nonpriority creditor's name and mailing address**

**Tom Smith Plumb Co**
**429 E Sciota Avenue**
**Peoria Heights, IL 61616**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.267**
**5**

**Nonpriority creditor's name and mailing address**

**Tony Alwin**
**2351 O Street**
**Lincoln, NE 68510**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.267**
**6**

**Nonpriority creditor's name and mailing address**

**Top Shot Ckr Inc**
**1714 Ohio Pkwy**
**Rockford, IL 61108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,113.19**

---

**3.267**
**7**

**Nonpriority creditor's name and mailing address**

**Tori Guin**
**1608 Tiago Lane**
**Fort Wayne, IN 46815**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.2678**

Nonpriority creditor's name and mailing address

**Torrence Sound Equip Company**
**29050 Glenwood Road**
**Perrysburg, OH 43551**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2679**

Nonpriority creditor's name and mailing address

**Total Fire Protection**
**1004 7th Avenue North**
**Brandon, SD 57005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2680**

Nonpriority creditor's name and mailing address

**Total Fire& Safety**
**6808 Hobson Valley Drive**
**Woodridge, IL 60517**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2681**

Nonpriority creditor's name and mailing address

**Total Line Refrigeration Inc**
**33530 Pin Oak Pkwy**
**Avon Lake, OH 44012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2682**

Nonpriority creditor's name and mailing address

**Total Recovery Resources and C**
**254 Route 17k Ste 201**
**Newburgh, NY 12550**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2683**

Nonpriority creditor's name and mailing address

**Toteglass Inc**
**PO Box 1924**
**Wilmington, NC 28402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2684**

Nonpriority creditor's name and mailing address

**Tovar Snow Professional Inc.**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,325.00**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.268 5**

**Nonpriority creditor's name and mailing address**

**Town and Country Distribs Inc**
**1050 Ardmore Ave**
**Itasca, IL 60143**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.268 6**

**Nonpriority creditor's name and mailing address**

**Town Center Inc**
**PO Box 2273**
**Brighton, MI 48116**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.268 7**

**Nonpriority creditor's name and mailing address**

**Town Square Publications LLC**
**PO Box 6754**
**Carol Stream, IL 60197-6754**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.268 8**

**Nonpriority creditor's name and mailing address**

**Township Of Robinson**
**102 Rahway Road**
**Canonsburg, PA 15317**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.268 9**

**Nonpriority creditor's name and mailing address**

**Townsquare Media Sioux Falls L**
**240 Greenwich Ave**
**Greenwich, CT 06830**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.269 0**

**Nonpriority creditor's name and mailing address**

**Traked Enterprises Inc**
**PO Box 12350**
**Charlotte, NC 28220**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.269 1**

**Nonpriority creditor's name and mailing address**

**Trane Us Inc**
**PO Box 98167**
**Chicago, IL 60693**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.2692**

**Nonpriority creditor's name and mailing address**                    **Unknown**

**Transformations By Austin Ange**
**9901 Brodie Ln Ste 160 Pmb 255**
**Austin, TX 78748**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2693**

**Nonpriority creditor's name and mailing address**                    **Unknown**

**Translations In Motion Inc**
**515 N Flagler Dr P300**
**West Palm Beach, FL 33401**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2694**

**Nonpriority creditor's name and mailing address**                    **Unknown**

**Travis Justin Lorentson**
**7603 Whitney Drive**
**Saint Paul, MN 55124**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2695**

**Nonpriority creditor's name and mailing address**                    **Unknown**

**Travis Northington**
**1636 Sw 42nd St**
**Fargo, ND 58103**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2696**

**Nonpriority creditor's name and mailing address**                    **Unknown**

**Treasurer City Of Detroit**
**402 Coleman A Young**
**Municipal Center**
**Detroit, MI 48226**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2697**

**Nonpriority creditor's name and mailing address**                    **Unknown**

**Treasurer Of Allegheny Cnty**
**542 4th Ave**
**Pittsburgh, PA 15219**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2698**

**Nonpriority creditor's name and mailing address**                    **Unknown**

**Treasurer Of State**
**Unclaimed Property Division**
**Mac N8200-071 800 Walnut St**
**Des Moines, IA 50309**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

**3.269 9**

**Nonpriority creditor's name and mailing address**

**Treasurer Of Virginia**
**Div Of Child Support Enforcemt**
**PO Box 570**
**Richmond, VA 23218-0570**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.270 0**

**Nonpriority creditor's name and mailing address**

**Treasurer, City Of Detroit**
**City Of Detroit**
**PO Box 30812**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.270 1**

**Nonpriority creditor's name and mailing address**

**Treasury Department (Tn)**
**Unclaimed Property Division**
**PO Box 198649**
**Nashville, TN 37219**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.270 2**

**Nonpriority creditor's name and mailing address**

**Treu House Of Munch Fintech**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.270 3**

**Nonpriority creditor's name and mailing address**

**Tri City Electric Company Of I**
**6225 N Brady St**
**Davenport, IA 52806**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.270 4**

**Nonpriority creditor's name and mailing address**

**Tri County Broadcasting Inc**
**1010 2nd Street North**
**PO Box 366**
**Sauk Rapids, MN 56379**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.270 5**

**Nonpriority creditor's name and mailing address**

**Tri Tech Dispensing**
**2499 Rice Street**
**Ste 140**
**Saint Paul, MN 55113**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.270 6**

**Nonpriority creditor's name and mailing address**

**Triangle Metals Div Of
Thomas Engineering Inc**
575 W Central Rd
Hoffman Estates, IL 60192

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.270 7**

**Nonpriority creditor's name and mailing address**

**Tricnty Beverage Fintech**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.270 8**

**Nonpriority creditor's name and mailing address**

**Tricnty Irrigation& Plumb Inc**
PO Box 290
Goodfield, IL 61742-0290

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.270 9**

**Nonpriority creditor's name and mailing address**

**Trigger Agency LLC**
3539 Clipper Mill Road
Baltimore, MD 21211

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.271 0**

**Nonpriority creditor's name and mailing address**

**Trine University Inc**
1 Universtiy Ave
Angola, IN 46703

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.271 1**

**Nonpriority creditor's name and mailing address**

**Trinity Lutheran Church
Trinity Lutheran School**
4560 Glendale Ave
Toledo, OH 43614-1907

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.271 2**

**Nonpriority creditor's name and mailing address**

**Trivia Mafia**
2322 3rd St Ne
Minneapolis, MN 55418

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$315.00**

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

**3.271
3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Troy Athens Band Booster**<br>**4333 John R Road**<br>**Troy, MI 48085** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.271
4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Troy Baseball Boosters Inc**<br>**3673 Crooks Road**<br>**PO Box 142**<br>**Troy, MI 48084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.271
5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Troy Cham Of Commerce**<br>**2125 Butterfield Dr**<br>**Suite 100n**<br>**Troy, MI 48084-3441** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.271
6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Troy Community Coalition For**<br>**The Prevention Of Drug and Alc**<br>**4420 Livernois**<br>**Troy, MI 48098** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.271
7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Troy High School Booster Club**<br>**4777 Northfield Parkway**<br>**Troy, MI 48098** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.271
8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Troy Police Benevolent Associa**<br>**500 W Big Beaver Road**<br>**Troy, MI 48084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.271
9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Troy School District**<br>**4400 Livernois**<br>**Troy, MI 48098** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.272 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tsc**
**7300 Metro Boulevard**
**Suite 450**
**Minneapolis, MN 55439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$581.55** |
|---|---|---|---|

**Tsc Cr Pittsburgh**
**1002 Oak Street**
**Clairton, PA 15025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tsfa Parents Organization Inc**
**333 14th St**
**Toledo, OH 43604-5459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ttb**
**Excise Tax**
**701 Xenia Ave S Ste 120**
**Minneapolis, MN 55416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tucker Lithographic Company**
**5250 Gulfton Suite 2d**
**Houston, TX 77081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Turbohaul Inc**
**11071-A Guilford Rd**
**Annapolis Junction, MD 20701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Twin Cities North Chamber Of C**
**1915 Highway 36 West Ste 112**
**Saint Paul, MN 55113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.272 7**

**Nonpriority creditor's name and mailing address**

**Twin City Handyman LLC**
**3632 Village Ct**
**Saint Paul, MN 55125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.272 8**

**Nonpriority creditor's name and mailing address**

**Twin Towers Embroidery Screen**
**Printing and Vinyl Graphics In**
**1231 Logan Ave**
**Belvidere, IL 61008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.272 9**

**Nonpriority creditor's name and mailing address**

**Two Brothers Coffee Roasters L**
**30w315 Calumet Ave**
**Warrenville, IL 60555**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,211.50**

---

**3.273 0**

**Nonpriority creditor's name and mailing address**

**Two Track Malting LLC**
**1651 7th St Ne**
**Goodrich, ND 58444**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.273 1**

**Nonpriority creditor's name and mailing address**

**Tx Child Support Sdu**
**PO Box 659791**
**San Antonio, TX 78265**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.273 2**

**Nonpriority creditor's name and mailing address**

**Tyco Fire and Security Us Mana**
**PO Box 371967**
**Pittsburgh, PA 15251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,674.04**

---

**3.273 3**

**Nonpriority creditor's name and mailing address**

**Tyco Integrated Security**
**PO Box 371967**
**Pittsburgh, PA 15250-7967**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.273 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tyler Caracofe**
**1595 Highway 36 West**
**Saint Paul, MN 55113**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tyler Graves**
**7140 Harrison Ave Ste 108**
**Rockford, IL 61112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tymikia Cottom**
**11106 Captains View Lane**
**Fort Washington, MD 20744**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ugi Enterprises Inc**
**One Meridian Blvd**
**Suite 2c01**
**Reading, PA 19610**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Uline Inc**
**PO Box 88741**
**Attn Accounts Receivable**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ulises R Castro**
**601 79th Ave Ne**
**Minneapolis, MN 55432**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ullman Electric Company Inc**
**3901 Chester Ave Unit B**
**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 3.274 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ultimate Events Inc**
**13405 15th Ave N**
**Minneapolis, MN 55441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Umix LLC**
**13790 Bridgewater Crossing Bvd**
**#1080**
**Windermere, FL 34786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.83** |
|---|---|---|---|

**Underground Vaults and Storage**
**PO Box 1723**
**Hutchinson, KS 67504-1723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Unified Government License**
**Division**
**4953 State Ave**
**Kansas City, KS 66102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Unifund Ccr Partners**
**PO Box 45242**
**Cincinnati, OH 45242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Union Central Individual Plan**
**131 Oak Street Ste 5**
**Glastonbury, CT 06033-2380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Union Station**
**6100 W 96th St**
**Suite 150**
**Indianapolis, IN 46278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.2748**

**Nonpriority creditor's name and mailing address**
**United Beverage Fintech**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2749**

**Nonpriority creditor's name and mailing address**
**United States Postal Service**
**Infosync Poc Account#6679636**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$149.60**

---

**3.2750**

**Nonpriority creditor's name and mailing address**
**United States Postal Service**
**Corporate Hills Station**
**9350 Corporate Hills Dr**
**Wichita, KS 67207-9997**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2751**

**Nonpriority creditor's name and mailing address**
**United States Postal Service**
**Corporate Hills Station**
**9350 Corporate Hills Dr**
**Wichita, KS 67207-9997**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$149.60**

---

**3.2752**

**Nonpriority creditor's name and mailing address**
**United Way Of Greater St Louis**
**910 N Eleventh St**
**Saint Louis, MO 63101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2753**

**Nonpriority creditor's name and mailing address**
**United Way Of Lincoln**
**and Lancaster County**
**238 S 13th St**
**Lincoln, NE 68510**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2754**

**Nonpriority creditor's name and mailing address**
**Unitypoint Health Trinity**
**Reg Med Ctr**
**2520 9th Avenue South**
**Fort Dodge, IA 50501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.275
5**

**Nonpriority creditor's name and mailing address**

**Universal Ad Com LLC
2921 Ave E East
Arlington, TX 76011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.275
6**

**Nonpriority creditor's name and mailing address**

**University Liggett School
1045 Cook Rd
Grosse Pointe, MI 48236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.275
7**

**Nonpriority creditor's name and mailing address**

**University Of Maryland Eastern
Shore Nat Alumni Assn Southern
PO Box 1632
Waldorf, MD 20604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.275
8**

**Nonpriority creditor's name and mailing address**

**University Park Association
867525 Reliable Parkway
Chicago, IL 60686-7500**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.275
9**

**Nonpriority creditor's name and mailing address**

**University Park Mall, LLC
c/o Simon Properties
867525 Reliable Parkway
Chicago, IL 60686**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$126,657.50**

---

**3.276
0**

**Nonpriority creditor's name and mailing address**

**Unlimited Opportunity Inc
5885 S 118th Cir
Omaha, NE 68137**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.276
1**

**Nonpriority creditor's name and mailing address**

**Untapped Inc
21 South Front Street
Wilmington, NC 28401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.276 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Unum Life Insurance Company Of America Inc**
1 Fountain Square
Chattanooga, TN 37402-1330

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Upshow Inc**
29349 Network Place
Chicago, IL 60673-1293

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,882.33** |

**Uptown Bake and Brew LLC**
5335 Kilmer Place
Hyattsville, MD 20781

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |

**Urban Growler Brewing Comapny**
2325 Endicott St Ste 11
Saint Paul, MN 55114

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Urbic Construction LLC**
2023 1/2 Bancroft St
Omaha, NE 68108

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Us Bancorp Equipment Finance Inc**
PO Box 790448
Saint Louis, MO 63179-0448

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Us Bank Oefs**
PO Box 790448
Saint Louis, MO 63179

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|

Name

---

**3.2769**

**Nonpriority creditor's name and mailing address**

**Us Casino Rentals LLC**
**345 N Eric Dr**
**Palatine, IL 60067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2770**

**Nonpriority creditor's name and mailing address**

**Us Department Of Education**
**PO Box 105081**
**Natl Pmnt Center**
**Atlanta, GA 30348**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2771**

**Nonpriority creditor's name and mailing address**

**Us Dept Of Education Awg**
**PO Box 790356**
**Saint Louis, MO 63179-0356**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2772**

**Nonpriority creditor's name and mailing address**

**Us Foods Culinary**
**Equipment and Supplies**
**PO Box 64177**
**Saint Paul, MN 55164**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$88,333.75**

---

**3.2773**

**Nonpriority creditor's name and mailing address**

**Us Guest Services LLC**
**11 Mckinley Drive**
**Mc Kees Rocks, PA 15136**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2774**

**Nonpriority creditor's name and mailing address**

**Us Standard Products Corp**
**PO Box 5509**
**Englewood, NJ 07631**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2775**

**Nonpriority creditor's name and mailing address**

**Us Yellow Pages**
**PO Box 48098**
**Jacksonville, FL 32247-8098**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| --- | --- | --- | --- |
| | Name | | |

---

**3.277 6**

**Nonpriority creditor's name and mailing address**

**Ustore**
**6120 Livingston Rd**
**Oxon Hill, MD 20745**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$213.00**

---

**3.277 7**

**Nonpriority creditor's name and mailing address**

**Van D Inc**
**1405 S Scarlet Oak Trail**
**Sioux Falls, SD 57110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.277 8**

**Nonpriority creditor's name and mailing address**

**Van Meter Inc**
**850 32nd Avenue Sw**
**Cedar Rapids, IA 52404-3913**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.277 9**

**Nonpriority creditor's name and mailing address**

**Van Ru Credit Corporation**
**PO Box 1065**
**Des Plaines, IL 60017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.278 0**

**Nonpriority creditor's name and mailing address**

**Vanco Commercial Service LLC**
**8025 Castleway Dr**
**Indianapolis, IN 46250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.278 1**

**Nonpriority creditor's name and mailing address**

**Vanderbilt University Medical**
**1161 21st Ave S**
**D-3300 Medical Center North**
**Nashville, TN 37232-5445**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.278 2**

**Nonpriority creditor's name and mailing address**

**Vanessa Valdez**
**4121 Excelsior Blvd**
**Minneapolis, MN 55416**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

| 3.278 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Vasey Commercial Heating
and Air Conditioning Inc
10830 Andrade Dr
Zionsville, IN 46077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$808.86** |

**Vectren Energy Delivery
PO Box 6248
Indianapolis, IN 46206-6248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$128.01** |

**Verizon
PO Box 4830
Trenton, NJ 08650-4830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Verizon Wireless
PO Box 15124
Albany, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Verizon Wireless
PO Box 660720
Dallas, TX 75266-0720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,575.00** |

**Versique Inc
6465 Wayzata Blvd
Suite 800
Minneapolis, MN 55426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
| --- | --- | --- | --- |
| | Name | | |

| 3.279 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Vetsch Plumbing Services Inc**
**398 Central Ave E**
**Saint Michael, MN 55376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.279 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Vetter Electric Inc**
**PO Box 41645**
**Nashville, TN 37204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.279 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Victoria Fulkerson**
**1828 Arbiter Ct**
**Naperville, IL 60563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.279 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Victoria Kirk**
**684 Patriot Dr**
**Lancaster, PA 17601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.279 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Viking Automatic Sprinkler Com**
**PO Box 74008409**
**Chicago, IL 60674-8409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.279 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Village Hanover Park**
**2121 Lake St**
**Hanover Park, IL 60133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.279 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$612.10** |
| --- | --- | --- | --- |

**Village Of Cherry Valley**
**806 E State Street**
**Cherry Valley, IL 61016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.279
7**

**Nonpriority creditor's name and mailing address**

**Village Of Northbrook**
**1225 Cedar Lane**
**Northbrook, IL 60062-4582**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.279
8**

**Nonpriority creditor's name and mailing address**

**Village Of Northbrook**
**1225 Cedar Lane**
**Northbrook, IL 60062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.279
9**

**Nonpriority creditor's name and mailing address**

**Village Of Orland Park**
**14700 S Ravina**
**Orland Park, IL 60462**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.280
0**

**Nonpriority creditor's name and mailing address**

**Village Of Orland Park Water**
**PO Box 74713**
**Chicago, IL 60694-4713**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.280
1**

**Nonpriority creditor's name and mailing address**

**Village Of Schaumburg**
**201 Schaumburg Court**
**Schaumburg, IL 60193**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.280
2**

**Nonpriority creditor's name and mailing address**

**Village Of Schaumburg**
**PO Box 6755**
**Carol Stream, IL 60197-6755**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.280
3**

**Nonpriority creditor's name and mailing address**

**Village Of Schaumburg**
**101 Schaumburg Court**
**Schaumburg, IL 60193-1899**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,950.99**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
| --- | --- | --- | --- |
| | Name | | |

**3.280 4**

Nonpriority creditor's name and mailing address

**Village West Association Inc**
**% Kessinger/Hunter & Co Lc**
**2600 Grand Blvd Suite 700**
**Kansas City, MO 64108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.280 5**

Nonpriority creditor's name and mailing address

**Vincent Ken Rose**
**5901 Eastwood Rd**
**Saint Paul, MN 55112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.280 6**

Nonpriority creditor's name and mailing address

**Vintage Wine Comp Fintech**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.280 7**

Nonpriority creditor's name and mailing address

**Vintage Wine Distrib Fn**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.280 8**

Nonpriority creditor's name and mailing address

**Vintegrity LLC**
**1689 N Topping Ave**
**Kansas City, MO 64120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.280 9**

Nonpriority creditor's name and mailing address

**Vinyl Doctor Systems Inc**
**PO Box 32086**
**West Palm Beach, FL 33420**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.281 0**

Nonpriority creditor's name and mailing address

**Vinyl Masters**
**Commerical Upholstery**
**1661 Western Ave N**
**Saint Paul, MN 55117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

**3.281**
**1**

Nonpriority creditor's name and mailing address

**Vinyl Pro**
**1710 W 50th Street**
**Sioux Falls, SD 57105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.281**
**2**

Nonpriority creditor's name and mailing address

**Vip Cleaning Svcs Inc**
**2804 Drake Street**
**Lincoln, NE 68516-2742**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.281**
**3**

Nonpriority creditor's name and mailing address

**Vip Lawn and Landscape Inc**
**PO Box 3551**
**Omaha, NE 68103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.281**
**4**

Nonpriority creditor's name and mailing address

**Vip Makeovers LLC**
**13818 Clayton Rd**
**Chesterfield, MO 63017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.281**
**5**

Nonpriority creditor's name and mailing address

**Virginia Dept Of Taxation**
**PO Box 27407**
**Richmond, VA 23261-7407**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.281**
**6**

Nonpriority creditor's name and mailing address

**Virginia Dept Of Treasury**
**Division Of Unclaimed Property**
**PO Box 2478**
**Richmond, VA 23218-2478**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.281**
**7**

Nonpriority creditor's name and mailing address

**Vision Technologies Inc**
**PO Box 64240**
**Baltimore, MD 21264-4240**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

**3.2818**

**Nonpriority creditor's name and mailing address**

**Visionfriendlycom Inc**
**1245 E Diehl Rd**
**Suite 307**
**Naperville, IL 60563**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2819**

**Nonpriority creditor's name and mailing address**

**Visit Indy**
**Dept 78942**
**PO Box 78000**
**Detroit, MI 48278**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2820**

**Nonpriority creditor's name and mailing address**

**Vital Accounting and Consultin**
**7641 Kings Bridge Dr**
**West Jordan, UT 84084**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.2821**

**Nonpriority creditor's name and mailing address**

**Volunteer Welding Supply Inc**
**815 Fifth Ave South**
**Nashville, TN 37203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$25.57**

---

**3.2822**

**Nonpriority creditor's name and mailing address**

**Voss Distrib**
**5109 Ne 17th Street**
**Des Moines, IA 50313**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2823**

**Nonpriority creditor's name and mailing address**

**Voss Lighting**
**PO Box 22159**
**Lincoln, NE 68542-2190**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2824**

**Nonpriority creditor's name and mailing address**

**W Ld Legends Holdings Vii LLC**
**PO Box 505333**
**Saint Louis, MO 63150-5333**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.282 5**

**Nonpriority creditor's name and mailing address**

**Wa Light Plumb**
**9815 Sea View Cove**
**Fort Wayne, IN 46835**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.282 6**

**Nonpriority creditor's name and mailing address**

**Wade Williams**
**200 American Way**
**Oxon Hill, MD 20745**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.282 7**

**Nonpriority creditor's name and mailing address**

**Wag N Train Terrier Rescue Inc**
**1006 N 77th St**
**Omaha, NE 68114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.282 8**

**Nonpriority creditor's name and mailing address**

**Wags and Whiskers**
**Animal Rescue Of Mn**
**PO Box 304**
**Shakopee, MN 55379**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$188.09**

---

**3.282 9**

**Nonpriority creditor's name and mailing address**

**Walk With Rachel Nfp**
**1039 Conrad Ct**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.283 0**

**Nonpriority creditor's name and mailing address**

**Warren Township Of Marion Coun**
**Small Claims Court**
**501 N Post Rd Ste C**
**Indianapolis, IN 46219**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.283 1**

**Nonpriority creditor's name and mailing address**

**Warrior Dog Rescue**
**13696 Stonebrooke Curve**
**Shakopee, MN 55379**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | | Case number (if known) | 19-43756 |
|---|---|---|---|---|
| | Name | | | |

---

**3.283 2**

**Nonpriority creditor's name and mailing address**

**Washburn Computer Group Inc**
**218 Chelsea Road**
**Monticello, MN 55362**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,271.69**

---

**3.283 3**

**Nonpriority creditor's name and mailing address**

**Washeclair**
**400 Davis Ave**
**Des Moines, IA 50315**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.283 4**

**Nonpriority creditor's name and mailing address**

**Washington Civil Township**
**1832 W Wallen Rd**
**Fort Wayne, IN 46818**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.283 5**

**Nonpriority creditor's name and mailing address**

**Washington Gas**
**PO Box 37747**
**Philadelphia, PA 19101-5047**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.283 6**

**Nonpriority creditor's name and mailing address**

**Washington High School**
**Crcsd**
**2205 Forest Dr Se**
**Cedar Rapids, IA 52403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.283 7**

**Nonpriority creditor's name and mailing address**

**Waste Management National**
**Services Inc**
**PO Box 930580**
**Atlanta, GA 31193**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$24,355.26**

---

**3.283 8**

**Nonpriority creditor's name and mailing address**

**Waterville Historical Society**
**PO Box 263**
**Waterville, OH 43566**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.283 9**

**Nonpriority creditor's name and mailing address**

**Wayne Cnty Health Department**
**33030 Van Born**
**Wayne, MI 48184**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.284 0**

**Nonpriority creditor's name and mailing address**

**Weathercraft Co Of Lincoln Inc**
**4510 Nw 44th St Ste A**
**PO Box 80459**
**Lincoln, NE 68524**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.284 1**

**Nonpriority creditor's name and mailing address**

**Weber and Olcese**
**3250 W Big Beaver Rd #124**
**Troy, MI 48084**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.284 2**

**Nonpriority creditor's name and mailing address**

**Weddingpages LLC**
**11106 Mockingbird Dr**
**Omaha, NE 68137**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.284 3**

**Nonpriority creditor's name and mailing address**

**Weiland Enterprises Inc**
**Certapro Painters Des Moines**
**2771 104th Street Ste G, IA 50322**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.284 4**

**Nonpriority creditor's name and mailing address**

**Weingarten Realty Investors**
**PO Box 301074**
**Dallas, TX 75303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$72,021.94**

---

**3.284 5**

**Nonpriority creditor's name and mailing address**

**Weinstock Friedman and Friedma**
**10461 Mill Run Cr #550**
**Owings Mills, MD 21117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.284 6**

**Nonpriority creditor's name and mailing address**

**Wells Fargo Shareowner**
**Wf 8113**
**PO Box 1450**
**Minneapolis, MN 55485-8113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.284 7**

**Nonpriority creditor's name and mailing address**

**Welocalize Inc**
**241 E 4th St Ste 207**
**Frederick, MD 21701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.284 8**

**Nonpriority creditor's name and mailing address**

**West Acres Development LLP**
**3902 13th Avenue South**
**Suite 3717**
**Fargo, ND 58103-3357**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$19,145.76**

---

**3.284 9**

**Nonpriority creditor's name and mailing address**

**West Side Beer Distributing**
**28100 Gorsuch Ave**
**Romulus, MI 48174**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.285 0**

**Nonpriority creditor's name and mailing address**

**Western Allegheny Community Li**
**181 Bateman Rd**
**Oakdale, PA 15071**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.285 1**

**Nonpriority creditor's name and mailing address**

**Western Irrigation Inc**
**26 W 307 St Charles Road**
**Carol Stream, IL 60188**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.285 2**

**Nonpriority creditor's name and mailing address**

**Western Square Industries Inc**
**1621 North Broadway Ave**
**Stockton, CA 95205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.285 3 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Weston Baril**
**5407 Justice Dr S**
**Fargo, ND 58104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.285 4 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Westrim Properties LLC**
**11760 Treadwell Dr**
**Poway, CA 92064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$112,500.00**

---

| 3.285 5 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Westroads Mall L.L.C.**
**c/o General Growth Properties**
**110 North Wacker Drive**
**Chicago, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$56,451.09**

---

| 3.285 6 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Westroads Oaks Inc**
**PO Box 86 Sds-12-1531**
**Minneapolis, MN 55486-1531**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.285 7 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Whip It Media Inc**
**20 Pidgeon Hill Dr Ste 201**
**Sterling, VA 20165**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.285 8 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Whitehouse Parents Club**
**6510 Texas Street**
**Whitehouse, OH 43571**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.285 9 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wholesale Lighting LLC**
**5242 Angola Rd**
**Suite 55**
**Toledo, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

| 3.286 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wi Sctf**
**PO Box 74400**
**Milwaukee, WI 53274**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wiedenbachbrown**
**2975 Westchester Ave Ste 203**
**Purchase, NY 10577**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wil Fischer Companies**
**17501 West 98th Street**
**Pillar 18-49**
**Lenexa, KS 66219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wildlife Rehabilitation Center**
**2530 Dale St**
**Saint Paul, MN 55102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wildwood Exteriors LLC**
**9102 N Meridan St Ste 230**
**Indianapolis, IN 46260**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wilking Law Firm Pllc**
**3003 32nd Ave South**
**Suite 240**
**Fargo, ND 58103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wilkins Elementary Parent**
**Teacher Organization**
**2127 27th Street**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.286 7**

**Nonpriority creditor's name and mailing address**

**Will L Austin**
**7016 Penbrook Dr**
**Franklin, TN 37069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.286 8**

**Nonpriority creditor's name and mailing address**

**Willamette Valley Hops LLC**
**PO Box 276**
**Saint Paul, OR 97137**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.286 9**

**Nonpriority creditor's name and mailing address**

**Willard Community Center Inc**
**Folsom**
**Lincoln, NE 68522**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.287 0**

**Nonpriority creditor's name and mailing address**

**William Beaumont Hospital**
**3601 W 13 Mile Rd**
**Royal Oak, MI 48073**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.287 1**

**Nonpriority creditor's name and mailing address**

**William Luper**
**PO Box 3605**
**Gaithersburg, MD 20885**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,341.00**

---

**3.287 2**

**Nonpriority creditor's name and mailing address**

**William Schneider Jr**
**4003 Dalewood**
**Pittsburgh, PA 15227**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,000.00**

---

**3.287 3**

**Nonpriority creditor's name and mailing address**

**William W Hutton**
**509 Armstrong Avenue**
**Kansas City, KS 66101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|---|---|---|---|

Name

---

| 3.287 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Williamson Cnty Cham**
**Of Commerce**
**5005 Meridian Blvd Ste 150**
**Franklin, TN 37067**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$685.89** |
|---|---|---|---|

**Windstream**
**PO Box 9001908**
**Louisville, KY 40290-1908**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Windy City Distribution LLC**
**1103 Butterfield**
**Aurora, IL 60502**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wine Merchants**
**PO Box 16328**
**Saint Paul, MN 55116-0328**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wine Merchants Fintech**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Winnebago County Casa**
**211 S Court Street Ste 258**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wirtz Beverage Illinois**
**PO Box 809180**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|
| | Name | | |

---

**3.288**
**1**

**Nonpriority creditor's name and mailing address**

**Wisconsin Dept Of Rev**
**Box 930208**
**Milwaukee, WI 53293-0208**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.288**
**2**

**Nonpriority creditor's name and mailing address**

**Wisconsin Dept Of Revenue**
**PO Box 8982**
**Unclaimed Property**
**Madison, WI 53708-8982**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.288**
**3**

**Nonpriority creditor's name and mailing address**

**Wood Cnty Humane Society**
**801 Van Camp Rd**
**Bowling Green, OH 43402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.288**
**4**

**Nonpriority creditor's name and mailing address**

**Wood Goods Industries Inc**
**407 South Duncan Street**
**Luck, WI 54853**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.288**
**5**

**Nonpriority creditor's name and mailing address**

**Wood Roofing Company Inc**
**5225 Ne 17th St**
**Des Moines, IA 50313**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.288**
**6**

**Nonpriority creditor's name and mailing address**

**Woodbridge Printing Co LLC**
**14826 Build America Drive**
**Woodbridge, VA 22191**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.288**
**7**

**Nonpriority creditor's name and mailing address**

**World Central Kitchen**
**1875 Connecticut Ave Nw**
**10th Floor**
**Washington, DC 20009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor  **Granite City Food & Brewery Ltd.**
_____
Name

Case number (if known)   **19-43756**

---

| 3.288 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**World Vision Inc**
**34834 Weyerhaeuser Way S**
**PO Box 9716**
**Federal Way, WA 98063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,078.00** |
|---|---|---|---|

**Wrighthennepin Electric**
**PO Box 77027**
**Minneapolis, MN 55480-7727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wrike Inc**
**10 Almaden Blvd**
**Floor 10 Suite 1000**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wsi**
**1600 East Century Avenue**
**Suite 1**
**Bismarck, ND 58506-5585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ww Grainger Inc**
**Dept 868809880**
**Palatine, IL 60038-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$303.50** |
|---|---|---|---|

**Wyeast Laboratories**
**PO Box 146**
**Odell, OR 97044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,319.45** |
|---|---|---|---|

**Xcel Energy**
**PO Box 9477**
**Minneapolis, MN 55484-9477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
| | Name | | |

---

**3.2895**

**Nonpriority creditor's name and mailing address**

**Xi Sigma Chapter Of Phi Beta
Sigma Fraternity Inc
PO Box 2322
Indianapolis, IN 46206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2896**

**Nonpriority creditor's name and mailing address**

**Yager Enterprise Inc
3920 Mobile Ave
Fort Wayne, IN 46805**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2897**

**Nonpriority creditor's name and mailing address**

**Yamamoto Moss Mackenzie Inc
219 2nd St N Ste 200
Minneapolis, MN 55401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2898**

**Nonpriority creditor's name and mailing address**

**Yanez Enrique Gonzalez
1701 W 89th St
Minneapolis, MN 55431**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2899**

**Nonpriority creditor's name and mailing address**

**Yankee Hill Landscape Company
11855 Yankee Hill Road
Lincoln, NE 68526**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2900**

**Nonpriority creditor's name and mailing address**

**Yelp Inc
PO Box 204393
Dallas, TX 75320-4393**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2901**

**Nonpriority creditor's name and mailing address**

**Ymca Of Greater St Louis Inc
326 S 21st Street 4th Fl
Saint Louis, MO 63103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number *(if known)* | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.290.2**

**Nonpriority creditor's name and mailing address**

**Ymca Of Metropolitan Detroit**
**14255 Stark**
**Livonia, MI 48154**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.290.3**

**Nonpriority creditor's name and mailing address**

**Ymca Of Rock River Valley Inc**
**200 Y Blvd**
**Rockford, IL 61107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.290.4**

**Nonpriority creditor's name and mailing address**

**Ymh Torrance Inc**
**PO Box 460**
**Hiawatha, IA 52233**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.290.5**

**Nonpriority creditor's name and mailing address**

**Yoko Gambrill**
**33500 Tallyho Ct**
**Solon, OH 44139**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.290.6**

**Nonpriority creditor's name and mailing address**

**You Yes You Project Inc**
**1857 Brook Crossing Ct**
**Indianapolis, IN 46229**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.290.7**

**Nonpriority creditor's name and mailing address**

**Young At Heart Pet Rescue Inc**
**PO Box 1293**
**Palatine, IL 60078**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.290.8**

**Nonpriority creditor's name and mailing address**

**Young Life**
**1827 N 28th St Apt 1**
**Lincoln, NE 68503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Granite City Food & Brewery Ltd. | Case number (if known) | 19-43756 |
|---|---|---|---|
| | Name | | |

---

**3.2909**

**Nonpriority creditor's name and mailing address**

**Young& Richards**
**222 S Phillips Ave**
**Sioux Falls, SD 57104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2910**

**Nonpriority creditor's name and mailing address**

**Your Event Party Rental LLC**
**15101 Cleat St**
**Plymouth, MI 48170**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2911**

**Nonpriority creditor's name and mailing address**

**Your Williamson**
**PO Box 364**
**Franklin, TN 37065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2912**

**Nonpriority creditor's name and mailing address**

**Zach Boyer**
**729 Broadacre Ave**
**Clawson, MI 48017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2913**

**Nonpriority creditor's name and mailing address**

**Zach Miller**
**12641 Huntington Ave**
**Minneapolis, MN 55416**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2914**

**Nonpriority creditor's name and mailing address**

**Zach Olin**
**3600 American Blvd W Ste 400**
**Minneapolis, MN 55431**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2915**

**Nonpriority creditor's name and mailing address**

**Zachary Metzger**
**1832 Crafton Blvd**
**Pittsburgh, PA 15205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.2916 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zcp Events LLC**
**10404 Hunter Ridge Dr**
**Oakton, VA 22124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2917 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zeller Electric Inc**
**7 Legacy Drive**
**Goodfield, IL 61742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2918 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zink Dist Fintech**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2919 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zona Rosa Development LLC**
**C/O Olshan Properties**
**PO Box 304 Dept 5000**
**Emerson, NJ 07630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2920 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zoning Permits Section**
**11805 Sw 26 Street**
**Miami, FL 33175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2921 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zwicker and Associates Pc**
**7366 N Lincoln Ave #102**
**Lincolnwood, IL 60712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number (if known) | **19-43756** |
|--------|--------------------------------------|------------------------|--------------|
| | Name | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|--|--|--|------------------------|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 8,540,102.50 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ | 8,540,102.50 |

**Fill in this information to identify the case:**

Debtor name     **Granite City Food & Brewery Ltd.**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    **19-43756**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Aramark Uniform Services**<br>**115 North First Street**<br>**Burbank, CA 91502** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Produce Contract** |
| State the term remaining | |
| List the contract number of any government contract | **Bix Produce Company**<br>**1415 L'Orient Street**<br>**Saint Paul, MN 55117** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Lease for Ft. Wayne, IN restaurant** |
| State the term remaining | **37 months** |
| List the contract number of any government contract | **Brookfield Property REIT Inc.**<br>**350 Orleans St. #300**<br>**Chicago, IL 60654** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Lease for 2018 Volvo Model No. VNL64T760 (October 12, 2017)** |
| State the term remaining | **47 months** |
| List the contract number of any government contract | **Brown Truck Leasing Corp**<br>**11229 Aurora Avenue**<br>**Urbandale, IA 50322** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Granite City Food & Brewery Ltd.**
   First Name      Middle Name      Last Name
                                           Case number (*if known*)   **19-43756**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Lease for 2019 Volvo Model No. VNL64T760 (July 10, 2018)** | |
|---|---|---|---|
| | State the term remaining | **56 months** | |
| | List the contract number of any government contract | | **Brown Truck Leasing Corporatio 11229 AURORA AVENUE Urbandale, IA 50322** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Lease of 2019 Dodge City Promaster** | |
|---|---|---|---|
| | State the term remaining | **50 months** | |
| | List the contract number of any government contract | | **Brown Truck Leasing Corporatio 2525 Euclid Avenue Des Moines, IA 50317** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2013 Great Dane Trailer** | |
|---|---|---|---|
| | State the term remaining | **16 months** | |
| | List the contract number of any government contract | | **Brown Truck Leasing Corporatio 11229 AURORA AVENUE Urbandale, IA 50322** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2014 Great Dane Trailer** | |
|---|---|---|---|
| | State the term remaining | **46 months** | |
| | List the contract number of any government contract | | **Brown Truck Leasing Corporatio 11229 AURORA AVENUE Urbandale, IA 50322** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2014 Kenworth T680 Sleeper** | |
|---|---|---|---|
| | State the term remaining | **0** | |
| | List the contract number of any government contract | | **Brown Truck Leasing Corporatio 2525 Euclid Avenue Des Moines, IA 50317** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **1999 Great Dane Trailer** | |
|---|---|---|---|
| | State the term remaining | **unknown** | |
| | List the contract number of any | | **Brown Truck Leasing Corporatio 11229 AURORA AVENUE Urbandale, IA 50322** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Granite City Food & Brewery Ltd.** | | | Case number (*if known*) | **19-43756** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **2016 Hyundai Trailer** | |
|---|---|---|---|
| | State the term remaining | **unknown** | **Brown Truck Leasing Corporatio** |
| | List the contract number of any government contract | | **11229 AURORA AVENUE** **Urbandale, IA 50322** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Creve Couer, MO restaurant** | |
|---|---|---|---|
| | State the term remaining | **37 months** | **CAPLACO NINE INC** **11850 STUDT AVENUE** |
| | List the contract number of any government contract | | **PO Box 419121** **Saint Louis, MO 63141** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Rockford, IL restaurant** | |
|---|---|---|---|
| | State the term remaining | **20 months** | **Cherryvale Mall LLC** **CBL Center #500** |
| | List the contract number of any government contract | | **2030 Hamilton Place Blvd** **Chattanooga, TN 37421** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Indianapolis, IN restaurant** | |
|---|---|---|---|
| | State the term remaining | **43 months** | **Circle Centre Mall LLC** **866980 Reliable Parkway** |
| | List the contract number of any government contract | | **Chicago, IL 60686** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Beverage Marketing Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Coca-Cola Foodservice** **PO Box 602937** |
| | List the contract number of any government contract | | **Charlotte, NC 28250** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Product and Services Supply Agreement** | **Cocacola National** **PO Box 102703** **Atlanta, GA 30368** |
|---|---|---|---|

| Debtor 1 | **Granite City Food & Brewery Ltd.** | | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | State the term remaining | | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Administration Tool Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Discoverlink Inc** |
| | List the contract number of any government contract | | **1525 Kautz Road Ste 700** **West Chicago, IL 60185** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Fountain Support Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Dr Pepper/Seven Up, Inc.** |
| | List the contract number of any government contract | | **5301 Legacy Drive** **Plano, TX 75024-3109** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Franklin, TN restaurant** | |
|---|---|---|---|
| | State the term remaining | **89 months** | **Drury Development Corp** |
| | List the contract number of any government contract | | **721 Emerson Road #200** **Saint Louis, MO 63141** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Product and Services Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | **18 months** | **Ecolab Inc.** |
| | List the contract number of any government contract | | **1 Ecolab Place** **Saint Paul, MN 55102** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Edward Don & Company** |
| | List the contract number of any government contract | | **2500 South Harlem Avenue** **Riverside, IL 60546** |

Debtor 1   **Granite City Food & Brewery Ltd.**

First Name        Middle Name        Last Name

Case number (*if known*)   **19-43756**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.22.** State what the contract or lease is for and the nature of the debtor's interest — **Lease for Toledo, OH restaurant**

State the term remaining — **38 months**

List the contract number of any government contract

**Fallen Timbers Ohio LLC**
**c/o NAMCO Realty LLC**
**150 Great Neck Road #304**
**Great Neck, NY 11021**

---

**2.23.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase Agreement**

State the term remaining — **27 months**

List the contract number of any government contract

**Farmer Bros. Co.**
**1912 Farmer Brothers Drive**
**Roanoke, TX 76262**

---

**2.24.** State what the contract or lease is for and the nature of the debtor's interest — **Product and Services Supply Agreement**

State the term remaining

List the contract number of any government contract

**Farmer Brothers Company Inc**
**PO Box 732855**
**Dallas, TX 75373-2855**

---

**2.25.** State what the contract or lease is for and the nature of the debtor's interest — **Lease for Des Moines, IA restaurant**

State the term remaining — **46 months**

List the contract number of any government contract

**Francis Properties LLC**
**5507 Valley Drive**
**#6**
**Bettendorf, IA 52722**

---

**2.26.** State what the contract or lease is for and the nature of the debtor's interest — **Service Agreement**

State the term remaining

List the contract number of any government contract

**G&K Services**
**621 Olson Memorial Highway**
**Minneapolis, MN 55405**

---

**2.27.** State what the contract or lease is for and the nature of the debtor's interest — **Lease for corporate office in MN**

State the term remaining — **28 months**

List the contract number of any

**GKII Northland Center LLC**
**KBS/GK Fund II LP**
**3500 American Blvd. W #200**
**Minneapolis, MN 55431**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor 1 | **Granite City Food & Brewery Ltd.** | | Case number (*if known*) | **19-43756** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | | |
|---|---|---|---|
| | government contract | | |
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Maple Grove, MN restaurant** | |
| | State the term remaining | **55 months** | **Hanson, Todd and Lori** |
| | List the contract number of any government contract | | **13846 SD Hwy 40** **Hermosa, SD 57744** |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2016 Yale ERP030VT Forklift** | |
| | State the term remaining | **22 months** | **Hyg Financial Services Inc** |
| | List the contract number of any government contract | | **300 E John Carpenter Freeway** **Irving, TX 75062-2712** |
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Pittsburgh, PA Lease** | |
| | State the term remaining | **60 months** | **Indland Commercial Real Estate** |
| | List the contract number of any government contract | | **2901 Butterfield Road** **Oak Brook, IL 60523** |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Sioux Falls, SD restaurant** | |
| | State the term remaining | **133 months** | **Johnson, Doug** |
| | List the contract number of any government contract | | **P.O. Box 90406** **Sioux Falls, SD 57109** |
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Zona Rosa, MO restaurant** | |
| | State the term remaining | **127 months** | **Johnson, Doug** |
| | List the contract number of any government contract | | **P.O. Box 90406** **Sioux Falls, SD 57109** |
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for East Peoria, IL restaurant** | **Johnson, Doug** **P.O. Box 90406** **Sioux Falls, SD 57109** |

| Debtor 1 | Granite City Food & Brewery Ltd. | | Case number (*if known*) | **19-43756** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **95 months** | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Katz Americas** |
| | List the contract number of any government contract | | **3685 Lockport Road** **Sanborn, NY 14132** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Orland Park, IL restaurant** | |
|---|---|---|---|
| | State the term remaining | **13 months** | **LANE, RICHARD AND CAMERON** |
| | List the contract number of any government contract | | **1000 N RUSH STREET** **Michigan City, IN 46361** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Legacy, OH restaurant** | |
|---|---|---|---|
| | State the term remaining | **56 months** | **Legacy Village Investors LLC** |
| | List the contract number of any government contract | | **25333 Cedar Raod #300** **Cleveland, OH 44124** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Pricing Agreement** | |
|---|---|---|---|
| | State the term remaining | **1 month** | **Mazzetta Company, LLC** |
| | List the contract number of any government contract | | **1990 Saint Johns Avenue** **Highland Park, IL 60035** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Mall of America restaurant in MN** | |
|---|---|---|---|
| | State the term remaining | **12 months** | **MOAC Mall Holdings LLC** |
| | List the contract number of any government contract | | **60 East Broadway** **Minneapolis, MN 55425** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | Granite City Food & Brewery Ltd. | | Case number (*if known*) | 19-43756 |
| --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Product and Services Supply Agreement** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Nuco2 Inc** |
| | List the contract number of any government contract | | **PO Box 417902** **Boston, MA 02241-7902** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Beverage Gas Equipment/Product Supply Agreement** | |
| --- | --- | --- | --- |
| | State the term remaining | | **NuCO2 LLC** |
| | List the contract number of any government contract | | **2800 SE Market Place** **Stuart, FL 34997** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for National Harbor, MD Cadillac Ranch restaurant** | |
| --- | --- | --- | --- |
| | State the term remaining | **51 months** | **Peterson Companies** |
| | List the contract number of any government contract | | **12500 Fair Lakes Circle #400** **Fairfax, VA 22033** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for National Harbor, MD Granite City restaurant** | |
| --- | --- | --- | --- |
| | State the term remaining | **80 months** | **Peterson Companies** |
| | List the contract number of any government contract | | **12500 Fair Lakes Circle #400** **Fairfax, VA 22033** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Roseville, MN restaurant** | |
| --- | --- | --- | --- |
| | State the term remaining | **26 months** | **PPF RTL ROSEDALE SHOPPING CENT** |
| | List the contract number of any government contract | | **29974 Network Place** **Chicago, IL 60673** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Cedar Rapids, IA restaurant** | |
| --- | --- | --- | --- |
| | State the term remaining | **48 months** | **Rainmaker Management Inc** |
| | List the contract number of any | | **4701 1st Avenue SE** **Cedar Rapids, IA 52402** |

| Debtor 1 | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | government contract | | |
|---|---|---|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Product and Services Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Restaurant Technologies Inc** |
| | List the contract number of any government contract | | **2250 Pilot Knob Rd** **Saint Paul, MN 55120** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Restaurant Technologies Inc** |
| | List the contract number of any government contract | | **2250 Pilot Knob Rd** **Saint Paul, MN 55120** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Detroit, MI restaurant** | |
|---|---|---|---|
| | State the term remaining | **195 months** | **Riverfront Holdings, Inc.** **c/o CBRE, Inc. Lease Admin** |
| | List the contract number of any government contract | | **400 Renaissance Center 25th Fl** **Detroit, MI 48243** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Lincoln, NE restaurant** | |
|---|---|---|---|
| | State the term remaining | **82 months** | **Star-West Gateway LLC** **c/o Starwood Retail Partners** |
| | List the contract number of any government contract | | **One East Wacker Drive, #3700** **Chicago, IL 60601** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for St. Cloud, MN restaurant** | |
|---|---|---|---|
| | State the term remaining | **114 months** | **Store Master Funding I, LLC** **8377 East Hartford Drive** |
| | List the contract number of any government contract | | **#100** **Scottsdale, AZ 85255** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Davenport, IA restaurant** | **Store Master Funding I, LLC** **8377 East Hartford Drive** **#100** **Scottsdale, AZ 85255** |
|---|---|---|---|

| Debtor 1 | **Granite City Food & Brewery Ltd.** | | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | State the term remaining | **114 months** | |
|---|---|---|---|---|
| | | List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Eagan, MN restaurant** | |
|---|---|---|---|
| | State the term remaining | **114 months** | **Store Master Funding I, LLC** |
| | List the contract number of any government contract | | **8377 East Hartford Drive #100** |
| | | | **Scottsdale, AZ 85255** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Olathe, KS restaurant** | |
|---|---|---|---|
| | State the term remaining | **114 months** | **Store Master Funding I, LLC** |
| | List the contract number of any government contract | | **8377 East Hartford Drive #100** |
| | | | **Scottsdale, AZ 85255** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Troy, MI restaurant** | |
|---|---|---|---|
| | State the term remaining | **114 months** | **Store Master Funding I, LLC** |
| | List the contract number of any government contract | | **8377 East Hartford Drive #100** |
| | | | **Scottsdale, AZ 85255** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Naperville, IL restaurant** | |
|---|---|---|---|
| | State the term remaining | **114 months** | **Store Master Funding I, LLC** |
| | List the contract number of any government contract | | **8377 East Hartford Drive #100** |
| | | | **Scottsdale, AZ 85255** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Schaumburg, IL restaurant** | |
|---|---|---|---|
| | State the term remaining | **114 months** | **Store Master Funding I, LLC** |
| | List the contract number of any government contract | | **8377 East Hartford Drive #100** |
| | | | **Scottsdale, AZ 85255** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Granite City Food & Brewery Ltd.**                                        Case number *(if known)*    **19-43756**
         First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Carmel, IN restaurant** | |
|---|---|---|---|
| | State the term remaining | **51 months** | **SVH Real Estate, Inc.** |
| | List the contract number of any government contract | | **250 West 96th Street** **Indianapolis, IN 46260** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Master Distribution Agreement** | |
|---|---|---|---|
| | State the term remaining | **17 months** | **Sysco Corporation** |
| | List the contract number of any government contract | | **1390 Enclave Parkway** **Houston, TX 77077-2099** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Northville, MI restaurant** | |
|---|---|---|---|
| | State the term remaining | **124 months** | **The Indland Real Estate Groupo** |
| | List the contract number of any government contract | | **2901 Butterfield Road** **Oak Brook, IL 60523** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Kendall, FL restaurant** | |
|---|---|---|---|
| | State the term remaining | **21 months** | **The Palms at Town & Country** **Weingarten REalty** |
| | List the contract number of any government contract | | **P.O. Box 301074** **Dallas, TX 75303** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Northbrook, IL restaurant** | |
|---|---|---|---|
| | State the term remaining | **141 months** | **Torres, Marisol** |
| | List the contract number of any government contract | | **1211 West 22nd Street #300** **Oak Brook, IL 60523** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for South Bend, IN restaurant** | |
|---|---|---|---|
| | State the term remaining | **44 months** | **University Mark Mall, LLC** **c/o Simon Properties** |
| | List the contract number of any | | **867525 Reliable Parkway** **Chicago, IL 60686** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **New Product/Special Order Notification and Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Us Foods Culinary Equipment and Supplies PO Box 64177 Saint Paul, MN 55164** |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Operator Agreement** | |
|---|---|---|---|
| | State the term remaining | **10 months** | **Ventura Foods, LLC 40 Pointe Drive Brea, CA 92821** |
| | List the contract number of any government contract | | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Waste Management National Services Inc 415 Day Hill Road Windsor, CT 06095** |
| | List the contract number of any government contract | | |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Fargo, ND restaurant** | |
|---|---|---|---|
| | State the term remaining | **24 months** | **WEST ACRES DEVELOPMENT LLP 3902 13th AVenue South #3717 Fargo, ND 58103** |
| | List the contract number of any government contract | | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Legends, KS restaurant** | |
|---|---|---|---|
| | State the term remaining | **158 months** | **Westrim Properties LLC 4628 Calle de Vida San Diego, CA 92124** |
| | List the contract number of any government contract | | |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Omaha, NE restaurant** | **Westroads Mall L.L.C. c/o General Growth Properties 110 North Wacker Drive Chicago, IL 60606** |
|---|---|---|---|

| Debtor 1 | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| State the term remaining | **87 months** |
| List the contract number of any government contract | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Granite City Food & Brewery Ltd.** |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number (if known) | **19-43756** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Granite City of Indiana, Inc.** | **3600 American Bvd. West Suite 400 Minneapolis, MN 55431** | **Citizens Bank, N.A.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Granite City of Indiana, Inc.** | **3600 American Bvd. West Suite 400 Minneapolis, MN 55431** | **Great Western Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Granite City of Indiana, Inc.** | **3600 American Bvd. West Suite 400 Minneapolis, MN 55431** | **JMB Capital Partners Lending** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Granite City of Kansas Ltd.** | **3600 American Blvd. West Suite 400 Minneapolis, MN 55431** | **Citizens Bank, N.A.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.5 | **Granite City of Kansas Ltd.** | 3600 American Blvd. West Suite 400 Minneapolis, MN 55431 | **Great Western Bank** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.6 | **Granite City of Kansas Ltd.** | 3600 American Blvd. West Suite 400 Minneapolis, MN 55431 | **JMB Capital Partners Lending** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.7 | **Granite City of Maryland, Inc.** | 3600 American Blvd. West Suite 400 Minneapolis, MN 55431 | **Citizens Bank, N.A.** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.8 | **Granite City of Maryland, Inc.** | 3600 American Blvd. West Suite 400 Minneapolis, MN 55431 | **Great Western Bank** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.9 | **Granite City of Maryland, Inc.** | 3600 American Blvd. West Suite 400 Minneapolis, MN 55431 | **JMB Capital Partners Lending** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.10 | **Granite City of Ohio, Inc.** | 3600 American Blvd. West Suite 400 Minneapolis, MN 55431 | **Citizens Bank, N.A.** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.11 | **Granite City of Ohio, Inc.** | 3600 American Blvd. West Suite 400 Minneapolis, MN 55431 | **Great Western Bank** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |

▇ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.12 **Granite City of Ohio, Inc.** | 3600 American Blvd. West Suite 400 Minneapolis, MN 55431 | **JMB Capital Partners Lending** | ■ D  **2.3** ☐ E/F _____ ☐ G _____ |
| 2.13 **Granite City Restaurant Operat** | 3600 American Blvd. W #400 Minneapolis, MN 55431 | **Citizens Bank, N.A.** | ■ D  **2.1** ☐ E/F _____ ☐ G _____ |
| 2.14 **Granite City Restaurant Operat** | 3600 American Blvd. W #400 Minneapolis, MN 55431 | **Great Western Bank** | ■ D  **2.2** ☐ E/F _____ ☐ G _____ |
| 2.15 **Granite City Restaurant Operat** | 3600 American Blvd. W #400 Minneapolis, MN 55431 | **JMB Capital Partners Lending** | ■ D  **2.3** ☐ E/F _____ ☐ G _____ |
| 2.16 **Granite City – Arkansas, Inc.** | 3600 American Blvd. West Suite 400 Minneapolis, MN 55431 | **Citizens Bank, N.A.** | ■ D  **2.1** ☐ E/F _____ ☐ G _____ |
| 2.17 **Granite City – Arkansas, Inc.** | 3600 American Blvd. West Suite 400 Minneapolis, MN 55431 | **Great Western Bank** | ■ D  **2.2** ☐ E/F _____ ☐ G _____ |
| 2.18 **Granite City – Arkansas, Inc.** | 3600 American Blvd. West Suite 400 Minneapolis, MN 55431 | **JMB Capital Partners Lending** | ■ D  **2.3** ☐ E/F _____ ☐ G _____ |

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.19 | Granite City-Creve Coeur, Inc. | 3600 American Blvd. West Suite 400 Minneapolis, MN 55431 | Citizens Bank, N.A. | ▪ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.20 | Granite City-Creve Coeur, Inc. | 3600 American Blvd. West Suite 400 Minneapolis, MN 55431 | Great Western Bank | ▪ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.21 | Granite City-Creve Coeur, Inc. | 3600 American Blvd. West Suite 400 Minneapolis, MN 55431 | JMB Capital Partners Lending | ▪ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.22 | Granite City-Orland Park, Inc. | 3600 American Blvd. West Suite 400 Minneapolis, MN 55431 | Citizens Bank, N.A. | ▪ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.23 | Granite City-Orland Park, Inc. | 3600 American Blvd. West Suite 400 Minneapolis, MN 55431 | Great Western Bank | ▪ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.24 | Granite City-Orland Park, Inc. | 3600 American Blvd. West Suite 400 Minneapolis, MN 55431 | JMB Capital Partners Lending | ▪ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.25 | Granite City-Peoria, Inc. | 3600 American Blvd. West Suite 400 Minneapolis, MN 55431 | Citizens Bank, N.A. | ▪ D __2.1__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.26 | **Granite City-Peoria, Inc.** | 3600 American Blvd. West Suite 400 Minneapolis, MN 55431 | **Great Western Bank** | ▪ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.27 | **Granite City-Peoria, Inc.** | 3600 American Blvd. West Suite 400 Minneapolis, MN 55431 | **JMB Capital Partners Lending** | ▪ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.28 | **Granite City-Rockford, Inc.** | 3600 American Blvd. West Suite 400 Minneapolis, MN 55431 | **Citizens Bank, N.A.** | ▪ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.29 | **Granite City-Rockford, Inc.** | 3600 American Blvd. West Suite 400 Minneapolis, MN 55431 | **Great Western Bank** | ▪ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.30 | **Granite City-Rockford, Inc.** | 3600 American Blvd. West Suite 400 Minneapolis, MN 55431 | **JMB Capital Partners Lending** | ▪ D __2.3__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Granite City Food & Brewery Ltd.**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    **19-43756**

☐ Check if this is an
amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                 04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2019** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$125,279,047.00** |
| **For prior year:** From **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other _____ | **$133,837,780.00** |
| **For year before that:** From **1/01/2017** to **12/31/2017** | ■ Operating a business ☐ Other _____ | **$141,206,005.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For year before that:** From **1/01/2017** to **12/31/2017** | **Interest Income** | **$264.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    **Granite City Food & Brewery Ltd.**    Case number *(if known)*    **19-43756**

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **American Express Plum Card**<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | **Various** | **$99,802.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Merchant credit card fees** |
| 3.2.  **Epiq Corporate Restructuring**<br>777 Third Avenue<br>12th Floor<br>New York, NY 10017 | **10/3/2019,<br>11/20/2019** | **$13,721.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3.  **JMB Capital Partners Lending**<br>1999 Avenue of the Stars<br>Suite 2040<br>Los Angeles, CA 90067 | **10/31/2019,<br>11/25/2019** | **$14,250.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.  **Schuckit and Associates PC**<br>4545 Northwestern Drive<br>Zionsville, IN 46077 | **10/9/2019,<br>10/21/2019** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5.  **Arent Fox LLP**<br>1717 K Street NW<br>Washington, DC 20006 | **10/8/2019** | **$50,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6.  **Meltzer Purtill and Stelle LLC**<br>1515 E Woodfield Rd<br>Schaumburg, IL 60173 | **11/8/2019** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7.  **Store Capital Corporation**<br>8377 East Hardford Dr Ste 100<br>Scottsdale, AZ 85255 | **11/8/2019** | **$120,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent payments** |

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* **19-43756** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.8. **Michael Ash**<br>**11760 Treadwell Drive**<br>**Poway, CA 92064** | **12/6/2019** | **$37,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent payment** |
| 3.9. **American Express Plum Card**<br>**P.O. Box 981535**<br>**El Paso, TX 79998-1535** | **Various** | **$1,467,143.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **Discovery Benefits Inc**<br>**PO Box 9528**<br>**Fargo, ND 58106-9528** | **Various** | **$20,062.47** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance Benefits** |
| 3.11. **Internal Revenue Service**<br>**PO Box 802501**<br>**Cincinnati, OH 45280** | **9/24/2019,**<br>**10/10/2019,**<br>**10/22/2019,**<br>**11/13/2019,**<br>**11/19/2019,**<br>**12/10/2019** | **$20,713.51** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Excise Tax** |
| 3.12. **Great Western Bank**<br>**225 South Main Avenue**<br>**Sioux Falls, SD 57104** | **9/30/2019,**<br>**10/30/2019,**<br>**12/2/2019** | **$22,500.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **Citizens Bank, N.A.**<br>**One Park Plaza**<br>**Suite 400**<br>**Irvine, CA 92614** | **10/16/2019,**<br>**11/18/2019,**<br>**12/16/2019** | **$15,443.38** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Bank service charges** |
| 3.14. **Alcoholic Beverage Control**<br>**Div Docking State Office Bldg**<br>**915 Sw Harrison St**<br>**Topeka, KS 66625** | **Various** | **$8,788.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **3 5 Refunds Inc.**<br>**3033 EXCELSIOR BLVD STE 570**<br>**Minneapolis, MN 55416** | **11/27/2019** | **$7,218.16** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.16<br>· | **Alliance Refrigeration Co Inc**<br>**100 Frontier Way**<br>**Bensenville, IL 60106** | **Various** | **$13,868.33** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.17<br>· | **Alliant Energy Iowa**<br>**PO Box 3062**<br>**Cedar Rapids, IA 52406-3062** | **10/8/2019,**<br>**10/29/2019,**<br>**11/5/2019,**<br>**12/10/2019** | **$22,111.07** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.18<br>· | **Allied Refrigeration Ac and Re**<br>**11341 Sw 145th Ave**<br>**Miami, FL 33186** | **10/4/2019,**<br>**10/22/2019,**<br>**10/25/2019** | **$7,420.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.19<br>· | **Altemp Mechanical Inc**<br>**303 Lindsay Road**<br>**Hudson, WI 54016** | **Various** | **$7,023.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.20<br>· | **Ameren Illinois**<br>**PO Box 88034**<br>**Chicago, IL 60680-1034** | **10/8/2019,**<br>**11/5/2019,**<br>**12/3/2019** | **$14,557.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.21<br>· | **Ameren Missouri**<br>**PO Box 88068**<br>**Chicago, IL 60680-1068** | **9/27/2019,**<br>**10/18/2019,**<br>**11/19/2019** | **$18,880.08** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.22<br>· | **Ameripride Services Inc**<br>**PO Box 1010**<br>**Bemidji, MN 56619-1010** | **Various** | **$16,430.12** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.23<br>· | **Annette Johnson**<br>**46 Indian Hills Drive**<br>**Circle Pines, MN 55014** | **10/8/2019,**<br>**10/18/2019,**<br>**10/29/2019,**<br>**11/5/2019,**<br>**11/27/2019** | **$61,386.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* **19-43756** |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.24. | **Anthony E Casanova**<br>**8107 Marshalsea**<br>**Commerce Township, MI 48382** | **10/1/2019,**<br>**10/18/2019,**<br>**10/22/2019,**<br>**11/5/2019,**<br>**11/12/2019,**<br>**11/26/2019,**<br>**12/3/2019,**<br>**12/10/2019** | **$9,100.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.25. | **APIS Business Intellignce LLC**<br>**5055 W Park Blvd Ste 700**<br>**Plano, TX 75093** | **10/8/2019,**<br>**10/11/2019,**<br>**11/15/2019** | **$9,900.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.26. | **Aramark Uniform Services**<br>**115 North First Street**<br>**Burbank, CA 91502** | **Various** | **$21,105.22** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27. | **AT&T**<br>**PO Box 5080**<br>**Carol Stream, IL 60197-5080** | **Various** | **$7,365.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.28. | **Athens Distrib Fintech**<br>**3109 West Dr. MLK Jr. Blvd.**<br>**Suite 200**<br>**Tampa, FL 33607** | **Various** | **$8,275.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29. | **Atmos Energy**<br>**PO Box 790311**<br>**Saint Louis, MO 63179-0311** | **9/24/2019,**<br>**10/18/2019,**<br>**11/8/2019,**<br>**11/15/2019,**<br>**11/19/2019** | **$15,007.03** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.30. | **Benz Beverage Depot**<br>**501 7th Avenue Se**<br>**Cedar Rapids, IA 52401** | **various** | **$9,997.57** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31. | **Betel Home Care LLC**<br>**1855 N Park Dr**<br>**Saint Paul, MN 55119** | **9/24/2019,**<br>**10/25/2019,**<br>**11/22/2019** | **$21,770.04** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Granite City Food & Brewery Ltd.**                                    Case number *(if known)*   **19-43756**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.32. | **Beverage Distrib la Fintech**<br>**3109 W. Dr. MLK Jr. Blvd.**<br>**Suite 200**<br>**Tampa, FL 33607** | **Various** | **$8,767.19** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.33. | **Birko Corp**<br>**9152 Yosemite St**<br>**Henderson, CO 80640** | **Various** | **$18,662.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34. | **Bix Produce Co**<br>**3060 Centerville Rd**<br>**Little Canada, MN 55117** | **Various** | **$151,656.94** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.35. | **Blue Cross Blue Shield**<br>**PO Box 64676**<br>**Saint Paul, MN 55164-0676** | **9/24/2019,**<br>**10/22/2019,**<br>**11/19/2019** | **$426,910.24** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36. | **Blueline Security Services LLC**<br>**851 Brightseat Road**<br>**Landover, MD 20785** | **10/4/2019,**<br>**11/1/2019,**<br>**12/3/2019** | **$16,378.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.37. | **Bmi Cr Annapolis**<br>**PO Box 630893**<br>**Cincinnati, OH 45263-0893** | **10/29/2019** | **$15,858.81** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.38. | **Bob Hall Fintech**<br>**3109 W. Dr. MLK Jr. Blvd.**<br>**Tampa, FL 33607** | **Various** | **$16,516.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.39. | **Boelter Brands LLC**<br>**PO Box 734296**<br>**Chicago, IL 60673-4296** | **Various** | **$9,241.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Granite City Food & Brewery Ltd.**                                   Case number *(if known)*  **19-43756**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.40. | **Bozick Distrib**<br>**2840 Old Washington Road**<br>**Waldorf, MD 20601** | **Various** | **$11,454.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.41. | **Breakthru Beverage Illinois LL**<br>**3109 W. Dr. MLK Jr. Blvd.**<br>**Tampa, FL 33607** | **Various** | **$39,073.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.42. | **Breakthru Beverage Md**<br>**3109 W. Dr. MLK Jr. Blvd.**<br>**Tampa, FL 33607** | **Various** | **$48,830.63** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.43. | **Breakthru Beverage Minnesota**<br>**Wine & Spirits LLC**<br>**3109 W. Dr. MLK Jr. Blvd.**<br>**Tampa, FL 33607** | **Various** | **$23,672.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.44. | **Brewers Supply Group**<br>**PO Box 74769**<br>**Chicago, IL 60694-4769** | **9/24/2019,<br>10/4/2019,<br>10/18/2019,<br>11/1/2019,<br>11/19/2019,<br>11/26/2019,<br>12/3/2019** | **$12,727.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.45. | **Bright Cleaning Solutions Tn L**<br>**4235 Hillsboro Pike Ste 300**<br>**Nashville, TN 37215** | **10/15/2019,<br>11/1/2019,<br>11/8/2019,<br>12/10/2019** | **$12,400.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.46. | **Brinks Incorporated**<br>**7373 Solutions Center**<br>**Chicago, IL 60677-7003** | **9/24/2019,<br>10/8/2019,<br>10/11/2019,<br>11/1/2019,<br>11/5/2019,<br>12/3/2019** | **$11,244.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.47. | **Brown Bag Liquor LLC**<br>**195 North Parker**<br>**Olathe, KS 66061** | **Various** | **$32,460.85** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor    **Granite City Food & Brewery Ltd.**                                          Case number *(if known)*  **19-43756**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.48. **Brown Truck Leasing Corp**<br>**11229 Aurora Avenue**<br>**Urbandale, IA 50322** | **9/20/2019,**<br>**10/8/2019,**<br>**10/29/2019,**<br>**11/5/2019,**<br>**11/12/2019,**<br>**11/26/2019** | **$36,983.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Lease payments** |
| 3.49. **Bryan Richter**<br>**15420 Warwick**<br>**Detroit, MI 48223** | **12/13/2019** | **$8,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Employee reimbursement** |
| 3.50. **Canada Malting Co Ltd**<br>**T57585u**<br>**PO Box 57585 Station A**<br>**Toronto, ON** | **9/24/2019,**<br>**10/25/2019,**<br>**12/6/2019** | **$44,885.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.51. **Capital Commercial Cleaning Se**<br>**5401 Hamilton St #2**<br>**Hyattsville, MD 20781** | **9/24/2019,**<br>**11/1/2019,**<br>**11/26/2019** | **$14,960.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.52. **Capitol Beverage Sales Fintech**<br>**3109 W. Dr. MLK Jr. Blvd.**<br>**Tampa, FL 33607** | **Various** | **$10,122.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.53. **Caplaco Nine Inc**<br>**11850 Studt Avenue**<br>**PO Box 419121**<br>**Saint Louis, MO 63141** | **9/24/2019,**<br>**10/25/2019,**<br>**12/13/2019** | **$119,634.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Lease payments** |
| 3.54. **Carlos Moran**<br>**4242 Shirley Ave**<br>**Lynwood, CA 90262** | **Various** | **$56,641.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.55. **Cass Co Electric Coop**<br>**PO Box 6088**<br>**Fargo, ND 58108** | **9/24/2019,**<br>**10/18/2019,**<br>**11/19/2019** | **$23,252.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

Debtor    **Granite City Food & Brewery Ltd.**    Case number *(if known)*    **19-43756**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.56. **Cch Incorporated**<br>PO Box 4307<br>Carol Stream, IL 60197-4307 | 10/18/2019 | $6,900.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.57. **Cherryvale Mall LLC**<br>PO Box 955607<br>Cbl #0467<br>Saint Louis, MO 63195-5607 | 10/25/2019 | $35,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Lease payments** |
| 3.58. **Cintas Dv**<br>PO Box 630921<br>Cincinnati, OH 45263-0921 | Various | $14,606.62 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.59. **Cintas Corporation No 2**<br>PO Box 650838<br>Dallas, TX 75265-0838 | Various | $33,107.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.60. **Cintas**<br>PO Box 88005<br>Chicago, IL 60680-1005 | Various | $13,979.03 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.61. **City Of Bloomington**<br>1800 W Old Shakopee Rd<br>Bloomington, MN 55431-3027 | 9/18/2019,<br>10/4/2019,<br>10/15/2019,<br>11/1/2019,<br>11/19/2019,<br>11/22/2019 | $15,788.62 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.62. **City Of Eagan**<br>3830 Pilot Knob Road<br>Eagan, MN 55122-1897 | 11/1/2019,<br>11/19/2019 | $11,457.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.63. **City Of Ellsworth**<br>1528 Dewitt St<br>Ellsworth, IA 50075 | 10/11/2019,<br>11/15/2019,<br>12/10/2019 | $7,171.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

Debtor    **Granite City Food & Brewery Ltd.**                                    Case number *(if known)*  **19-43756**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.64. **City Of Naperville**<br>**400 S Eagle Street**<br>**Naperville, IL 60540** | **Various** | **$39,774.33** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.65. **City Of Olathe Water**<br>**PO Box 2100**<br>**Olathe, KS 66051-2100** | **10/8/2019,**<br>**11/5/2019,**<br>**12/10/2019** | **$8,340.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.66. **City Of Roseville**<br>**2660 Civic Center Drive**<br>**Roseville, MN 55113** | **10/25/2019,**<br>**11/1/2019** | **$7,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.67. **Clifton Larson Allen LLP**<br>**220 S 6th St Ste 300**<br>**Minneapolis, MN 55402** | **12/3/2019** | **$7,053.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.68. **Clive Water Dept**<br>**1900 Nw 114th St**<br>**Clive, IA 50325-7077** | **10/11/2019,**<br>**11/5/2019,**<br>**12/10/2019** | **$7,728.97** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.69. **Coastal Sunbelt Produce LLC**<br>**PO Box 62860**<br>**Baltimore, MD 21264** | **Various** | **$58,053.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.70. **Collins Mechanical Svcs**<br>**9290 Bay View Place**<br>**Nanjemoy, MD 20662** | **Various** | **$17,313.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.71. **Comcast Holdings Corporation**<br>**PO Box 35170**<br>**Seattle, WA 98124-5170** | **Various** | **$9,030.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Granite City Food & Brewery Ltd.**                                   Case number *(if known)*    **19-43756**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.72. | **Comed**<br>PO Box 6111<br>Carol Stream, IL 60197-6111 | 9/24/2019,<br>9/27/2019,<br>10/4/2019,<br>10/8/2019,<br>10/25/2019,<br>11/1/2019,<br>11/5/2019,<br>11/26/2019,<br>12/3/2019 | $37,489.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.73. | **Constellation Newenergy Inc**<br>PO Box 4640<br>Carol Stream, IL 60197-4640 | 10/4/2019,<br>10/11/2019,<br>10/25/2019,<br>11/4/2019,<br>12/10/2019 | $46,262.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.74. | **Consumers Energy**<br>PO Box 740309<br>Cincinnati, OH 45274-0309 | 9/24/2019,<br>9/27/2019,<br>10/25/2019,<br>12/6/2019 | $13,202.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.75. | **Dakota Electric**<br>PO Box 64427<br>Saint Paul, MN 55164-0427 | 9/20/2019,<br>10/25/2019,<br>11/19/2019 | $17,599.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.76. | **Dakota Gasket LLC**<br>PO Box 163<br>West Fargo, ND 58078 | 11/5/2019 | $8,383.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.77. | **Dean Foods Nc Inc**<br>PO Box 1450<br>Nw 8318<br>Minneapolis, MN 55485-8318 | Various | $7,101.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.78. | **Dennys 5th Avenue Bakery**<br>PO Box 856090<br>Minneapolis, MN 55485-6090 | Various | $7,167.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.79<br>· | **Directv LLC**<br>**PO Box 5006**<br>**Carol Stream, IL 60197-5006** | **Various** | **$53,077.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.80<br>· | **Doug Johnson**<br>**PO Box 90406**<br>**Sioux Falls, SD 57109** | **10/9/2019,**<br>**11/8/2019** | **$75,181.35** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lease payments** |
| 3.81<br>· | **Drury Development Corp**<br>**721 Emerson Road #200**<br>**Saint Louis, MO 63141** | **10/16/2019,**<br>**12/13/2019** | **$153,145.68** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lease payments** |
| 3.82<br>· | **Dte Energy**<br>**PO Box 740786**<br>**Cincinnati, OH 45274-0786** | **10/4/2019,**<br>**10/25/2019,**<br>**12/3/2019** | **$23,697.42** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.83<br>· | **Duff and Phelps Holdings Inc**<br>**55 E 52nd St 31st Fl**<br>**New York, NY 10055** | **9/27/2019,**<br>**10/29/2019,**<br>**11/8/2019,**<br>**11/22/2019,**<br>**12/13/2019,**<br>**12/12/2019,**<br>**12/6/2019** | **$586,529.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.84<br>· | **Dunbar Mechanical Inc**<br>**PO Box 352350**<br>**Toledo, OH 43635-2350** | **10/18/2019,**<br>**10/22/2019,**<br>**10/25/2019,**<br>**11/5/2019,**<br>**12/10/2019** | **$8,127.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.85<br>· | **Eagle Brands Sales Fintech**<br>**3109 W. Dr. MLK Jr. Blvd.**<br>**Tampa, FL 33607** | **Various** | **$10,940.15** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.86<br>· | **Ecolab Inc**<br>**26397 Network Place**<br>**Chicago, IL 60673-1263** | **Various** | **$66,997.33** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    

Debtor    **Granite City Food & Brewery Ltd.**    Case number *(if known)* **19-43756**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.87. **Ecolab Pest Elim Div**<br>**26252 Network Place**<br>**Chicago, IL 60673-1262** | **Various** | **$31,074.87** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.88. **Edward Don & Co**<br>**2562 Paysphere Circle**<br>**Chicago, IL 60674** | **Various** | **$450,963.69** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.89. **Eec Acquisition LLC**<br>**PO Box 74008980**<br>**Chicago, IL 60674-8980** | **Various** | **$42,810.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.90. **Emily Scott**<br>**214 4th Ste E #207**<br>**Saint Paul, MN 55101** | **Various** | **$20,115.58** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee reimbursement** |
| 3.91. **Empire Distributors Of Tennessee Inc** | **Various** | **$23,272.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.92. **Encore One LLC**<br>**PO Box 9201 Mi 10**<br>**Minneapolis, MN 55480-9201** | **Various** | **$12,609.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.93. **Enviromaster Inc**<br>**PO Box 90026**<br>**Sioux Falls, SD 57109** | **Various** | **$8,551.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.94. **Enviromatic Corp Of America**<br>**5936 Pillsbury Avenue South**<br>**Minneapolis, MN 55419** | **Various** | **$27,051.53** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.95. **Epiq Systems Acquisition Inc.** **777 Third Avenue, 12th Floor** **New York, NY 10017** | **11/22/2019, 12/6/2019** | **$9,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.96. **Equiniti Trust Co Inc** **PO Box 856686** **Minneapolis, MN 55485-6686** | **9/24/2019, 10/25/2019, 11/22/2019** | **$7,066.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.97. **Fallen Timbers Ohio LLC** **c/o NAMCO Realty LLC** **150 Great Neck Road #304** **Great Neck, NY 11021** | **11/11/2019** | **$94,182.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other_ **Lease payments** |
| 3.98. **Family Support Payment Center** **PO Box 109001** **Jefferson City, MO 65110** | **Various** | **$8,180.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other_ **Garnishments** |
| 3.99. **Florida Power and Light** **General Mail Facility** **Miami, FL 33188-0001** | **9/24/2019, 10/18/2019, 11/19/2019** | **$19,838.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.100. **Foxx Equipment Co Inc** **421 Southwest Blvd** **Kansas City, MO 64108-2184** | **Various** | **$7,603.24** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.101. **Francis Properties LLC** **5507 Valley Drive** **#6** **Bettendorf, IA 52722** | **10/16/2019, 10/17/2019** | **$38,654.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other_ **Lease payments** |
| 3.102. **Freedom Fresh LLC** **11001 Nw 124th Street** **Medley, FL 33178** | **Various** | **$10,118.93** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Granite City Food & Brewery Ltd.**                                    Case number *(if known)*    **19-43756**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.10<br>3. | **Gallagher Benefit Svcs Inc**<br>**2850 West Golf Road**<br>**5th Floor**<br>**Rolling Meadows, IL 60008** | **9/24/2019,**<br>**10/25/2019,**<br>**11/26/2019** | **$21,249.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.10<br>4. | **Gather Technologies Inc**<br>**715 Peachtree St Ne**<br>**Atlanta, GA 30308** | **10/11/2019,**<br>**10/22/2019,**<br>**10/25/2019,**<br>**11/22/2019** | **$12,105.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.10<br>5. | **Ggplp Prime LLC**<br>**PO Box 776250**<br>**Chicago, IL 60677-6250** | **9/17/2019,**<br>**10/16/2019,**<br>**10/29/2019,**<br>**11/25/2019** | **$81,945.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ **Lease payments** |
| 3.10<br>6. | **Giant Eagle Inc**<br>**34310 Aurora Rd**<br>**Solon, OH 44139** | **Various** | **$7,337.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.10<br>7. | **Glazers Distribution**<br>**4377 Nw 112th St**<br>**Urbandale, IA 50322** | **Various** | **$7,697.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.10<br>8. | **Gold Coast Bev**<br>**Distributors Fintech**<br>**3109 W. Dr. MLK Jr. Blvd.**<br>**Tampa, FL 33607** | **Various** | **$22,196.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.10<br>9. | **Goodwin Tucker**<br>**PO Box 3285**<br>**Des Moines, IA 50316-0285** | **Various** | **$13,333.55** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11<br>0. | **Great Lakes Wine &**<br>**Spirits Fintech**<br>**3109 W. Dr. MLK Jr. Blvd.**<br>**Tampa, FL 33607** | **Various** | **$36,726.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* **19-43756** |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.11 1. | **Great Western Malting Co Inc**<br>**PO Box 51602**<br>**Los Angeles, CA 90051-5902** | **Various** | **$16,090.42** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11 2. | **Grogans Beer**<br>**840 4th Ave**<br>**Coraopolis, PA 15108** | **Various** | **$31,237.08** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11 3. | **Heidelberg Dist Toledo Fintech**<br>**3109 W. Dr. MLK Jr. Blvd.**<br>**Tampa, FL 33607** | **Various** | **$6,863.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11 4. | **Hockenbergs Equip and Supply**<br>**Co Inc**<br>**3650 Annapolis Lane Ste 107**<br>**Plymouth, MN 55447** | **11/1/2019,**<br>**11/5/2019,**<br>**11/12/2019,**<br>**11/15/2019** | **$13,465.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11 5. | **Ht Service LLC**<br>**PO Box 12339**<br>**Kansas City, MO 64116** | **Various** | **$32,872.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11 6. | **Hy Vee Inc**<br>**2200 W Kimberly Rd**<br>**Davenport, IA 52806** | **Various** | **$8,262.53** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11 7. | **Il State Dispursement Unit**<br>**PO Box 5400**<br>**Carol Stream, IL 60197** | **Varioius** | **$7,905.91** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Garnishment**__ |
| 3.11 8. | **Imperial Beverage Fintech**<br>**3109 W. Dr. MLK Jr. Blvd.**<br>**Tampa, FL 33607** | **Various** | **$8,356.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)*    **19-43756** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.119. | **Indiana Michigan Power**<br>PO Box 371496<br>Pittsburgh, PA 15250 | **9/24/2019,**<br>**10/18/2019,**<br>**11/19/2019** | **$17,826.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.120. | **Indiana Wholesale In Fintech**<br>3109 W. Dr. MLK Jr. Blvd.<br>Tampa, FL 33607 | **Various** | **$8,341.29** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.121. | **Indianapolis Power and Light Company**<br>PO Box 110<br>Indianapolis, IN 46206-0110 | **9/24/2019,**<br>**10/11/2019,**<br>**11/19/2019** | **$15,852.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.122. | **Infosync Services LLC**<br>1938 N Woodlawn<br>Wichita, KS 67208 | **Various** | **$131,543.22** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.123. | **Inland National Real Estate**<br>62903 Collections Center Drive<br>Chicago, IL 60693 | **Various** | **$158,021.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Lease payments** |
| 3.124. | **Inland Property Management LLC**<br>PO Box 74008648<br>Chicago, IL 60674 | **Various** | **$212,165.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Lease payments** |
| 3.125. | **James Kallish**<br>5820 Oakwood Dr 2a<br>Lisle, IL 60532 | **9/24/2019,**<br>**10/1/2019,**<br>**10/22/2019** | **$12,065.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Employee reimbursement** |
| 3.126. | **Janiking Of Kansas**<br>14821 W 95th St<br>Lenexa, KS 66215 | **10/1/2019,**<br>**11/1/2019,**<br>**12/3/2019** | **$7,704.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Granite City Food & Brewery Ltd.**                                    Case number *(if known)* **19-43756**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.12<br>7. | **Johnson Bros**<br>**6600 Merle Hay Rd**<br>**Johnston, IA 50131** | **Various** | **$33,841.04** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12<br>8. | **Johnson Brothers Of North Dako**<br>**PO Box 9095**<br>**Fargo, ND 58106-9095** | **Various** | **$7,366.81** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12<br>9. | **Johnson Brothers Omaha Fintech**<br>**3109 W. Dr. MLK Jr. Blvd.**<br>**Tampa, FL 33607** | **Various** | **$12,813.55** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13<br>0. | **Johnson Brothers St Paul Fn**<br>**3109 W. Dr. MLK Jr. Blvd.**<br>**Tampa, FL 33607** | **Various** | **$70,732.79** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13<br>1. | **Joshua Keen**<br>**3876 Melby Ave**<br>**Saint Michael, MN 55376** | **Various** | **$15,408.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ **Employee reimbursement** |
| 3.13<br>2. | **Kansas City Board**<br>**Of Public Utilities**<br>**PO Box 219661**<br>**Kansas City, MO 64121-9661** | **10/4/2019,**<br>**10/25/2019,**<br>**11/19/2019** | **$30,752.12** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13<br>3. | **Kansas City Power & Light**<br>**PO Box 219330**<br>**Kansas City, MO 64121-9330** | **9/24/2019,**<br>**9/27/2019,**<br>**10/25/2019,**<br>**11/19/2019,**<br>**12/3/2019** | **$36,688.26** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13<br>4. | **Katten Muchin Rosenman Llp**<br>**525 W Monroe St**<br>**Chicago, IL 60661-3693** | **10/25/2019,**<br>**10/29/2019** | **$84,671.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ **Lease payments** |

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.13 5. | **Kbs Gk Fund Ii Lp**<br>PO Box 856664<br>Minneapolis, MN 55485-6664 | **10/25/2019,**<br>**10/29/2019** | **$84,671.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Lease payments** |
| 3.13 6. | **Kcmo Water Svcs Department**<br>PO Box 807045<br>Kansas City, MO 64180-7045 | **9/20/2019,**<br>**10/18/2019,**<br>**11/19/2019** | **$15,389.38** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13 7. | **Keller Fire and Safety Inc**<br>1138 Kansas Ave<br>Kansas City, KS 66105 | **10/8/2019,**<br>**10/11/2019,**<br>**10/25/2019,**<br>**10/29/2019** | **$8,361.62** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13 8. | **La Grasso Bros**<br>5001 Bellevue<br>PO Box 2638<br>Detroit, MI 48202-2638 | **Various** | **$105,555.17** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13 9. | **Lake Forest Bank and Trust Com**<br>PO Box 7000<br>Carol Stream, IL 60197-7000 | **9/24/2019** | **$36,300.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14 0. | **Landscape Garden Cntr**<br>7201 S Minnesota Ave<br>Sioux Falls, SD 57108 | **10/11/2019,**<br>**11/1/2019,**<br>**11/12/2019,**<br>**12/6/2019** | **$13,025.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14 1. | **Lcd Builders LLC**<br>3095 Tuscarawas Road<br>Beaver, PA 15009 | **Various** | **$14,650.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14 2. | **Leticia Hernandez Sedano**<br>3225 Webster St<br>Fort Wayne, IN 46807 | **9/20/2019,**<br>**10/8/2019,**<br>**11/19/2019,**<br>**12/6/2019** | **$8,160.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* **19-43756** |
|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.14<br>3. | **Liberty Fruit Co Inc**<br>**1247 Argentine Blvd**<br>**Kansas City, KS 66105-1508** | **Various** | **$113,296.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.14<br>4. | **Lincoln Electric System**<br>**PO Box 2986**<br>**Omaha, NE 68103-2966** | **10/18/2019,**<br>**11/19/2019** | **$8,795.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.14<br>5. | **Lipman Brothers Fintech**<br>**3109 W. Dr. MLK Jr. Blvd.**<br>**Tampa, FL 33607** | **Various** | **$15,671.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.14<br>6. | **Littler Mendelson Pc**<br>**Attn Treasury**<br>**2301 Mcgee St, 8th Floor**<br>**Kansas City, MO 64108-2662** | **12/16/2019** | **$12,500.15** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.14<br>7. | **Lockton Companies LLC**<br>**PO Box 802707**<br>**Kansas City, MO 64180-2707** | **Various** | **$863,311.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.14<br>8. | **Lodging Source**<br>**PO Box 744**<br>**Mount Pleasant, SC 29465** | **Various** | **$91,787.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.14<br>9. | **Loomis Armored Us Inc**<br>**Dept Ch 10500**<br>**Palatine, IL 60055-0500** | **Various** | **$7,029.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.15<br>0. | **Loves Travel Stops and Country**<br>**10601 North Pennsylvania**<br>**Oklahoma City, OK 73120** | **9/24/2019,**<br>**10/22/2019,**<br>**11/19/2019** | **$14,474.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.15 1. | **Major Brands Creve Coeur**<br>**PO Box 840141**<br>**Kansas City, MO 64184-0141** | **Various** | **$7,468.61** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.15 2. | **Major Brands Kansas City**<br>**PO Box 804464**<br>**Kansas City, MO 64180** | **Varous** | **$7,928.97** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.15 3. | **Mark Hannen**<br>**3559 Mulligan Dr**<br>**Woodridge, IL 60517** | **Various** | **$22,004.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee reimbursement** |
| 3.15 4. | **Merrill Communications LLC**<br>**One Merrill Circle**<br>**Saint Paul, MN 55170** | **10/4/2019,**<br>**10/8/2019,**<br>**10/29/2019,**<br>**11/26/2019** | **$35,742.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.15 5. | **Metropolitan Life Insurance Co**<br>**Dept Ch 10579**<br>**Palatine, IL 60055-0579** | **10/15/2019,**<br>**11/22/2019** | **$54,998.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.15 6. | **Michael Quagliano**<br>**4701 1st Ave Se #11**<br>**Cedar Rapids, IA 52402** | **12/13/2019** | **$97,192.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lease payments** |
| 3.15 7. | **Michigan State Disbursement**<br>**PO Box 30350**<br>**Lansing, MI 48909** | **Various** | **$8,360.53** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.15 8. | **Midamerican Energy**<br>**PO Box 8020**<br>**Davenport, IA 52808-8020** | **Various** | **$35,842.12** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Granite City Food & Brewery Ltd.**                                    Case number *(if known)*  **19-43756**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.15 9. | **Middle Tennessee Electric**<br>PO Box 681709<br>Franklin, TN 37068-1709 | **10/4/2019,**<br>**10/25/2019,**<br>**12/3/2019** | **$23,369.55** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.16 0. | **Millar Mechanical**<br>46707 282nd Street<br>Lennox, SD 57039 | **Various** | **$8,468.06** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16 1. | **Minnehaha County Treasurer**<br>415 N DAKOTA AVE<br>Sioux Falls, SD 57104 | **11/11/2019** | **$24,708.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16 2. | **Mishawaka Utilities**<br>126 North Church Street<br>PO Box 363<br>Mishawaka, IN 46546-0363 | **9/24/2019,**<br>**10/8/2019,**<br>**11/5/2019** | **$19,033.29** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.16 3. | **MLCC**<br>7150 Harris Drive<br>PO Box 30005<br>Lansing, MI 48909-7505 | **9/24/2019,**<br>**10/22/2019,**<br>**11/19/2019** | **$42,752.63** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16 4. | **Mn Child Support Payment**<br>PO Box 64306<br>Saint Paul, MN 55164 | **Various** | **$7,273.69** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Garnishment__ |
| 3.16 5. | **MOAC Mall Holdings LLC**<br>60 East Broadway<br>Minneapolis, MN 55425 | **10/8/2019,**<br>**11/8/2019,**<br>**11/25/2019** | **$186,312.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Lease payments__ |
| 3.16 6. | **Mobo Systems Inc**<br>285 Fulton Street<br>FL 82<br>New York, NY 10007 | **10/25/2019,**<br>**11/1/2019,**<br>**12/3/2019** | **$9,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* **19-43756** |
|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.16 7. | **Naperville Hotel Ptnrs LLC**<br>130 E Randolph Ste 2100<br>Chicago, IL 60601 | 9/24/2019 | $7,186.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.16 8. | **National Car Rental**<br>PO Box 402383<br>Atlanta, GA 30384-2383 | Various | $35,119.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.16 9. | **Ncr Corp**<br>PO Box 198755<br>Atlanta, GA 30384-8755 | 10/22/2019,<br>11/12/2019 | $39,921.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.17 0. | **Nhp Retail**<br>PO Box 75740<br>Baltimore, MD 21275-5740 | 9/20/2019,<br>10/16/2019,<br>10/25/2019,<br>12/2/2019,<br>12/10/2019 | $241,604.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lease payments** |
| 3.17 1. | **Nh-R Retail LLC**<br>PO Box 603719<br>Charlotte, NC 28260-3719 | 9/24/2019,<br>10/25/2019,<br>12/3/2019 | $21,038.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lease payments** |
| 3.17 2. | **Nicor Gas**<br>PO Box 5407<br>Carol Stream, IL 60197-5407 | Various | $13,766.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.17 3. | **Nipsco Fw**<br>PO Box 13007<br>Merrillville, IN 46411-3007 | 9/20/2019,<br>9/24/2019,<br>10/18/2019,<br>11/15/2019,<br>11/26/2019 | $7,478.47 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.17 4. | **Ohio Services Cle LLC**<br>9075 Town Centre Dr Ste 200<br>Broadview Heights, OH 44147 | 10/4/2019,<br>10/8/2019,<br>11/1/2019,<br>12/3/2019 | $15,466.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor    **Granite City Food & Brewery Ltd.**    Case number *(if known)* __19-43756__

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.17 5. | **Oppd Omaha** PO Box 3995 Omaha, NE 68103-0995 | **9/27/2019, 10/18/219, 11/19/2019** | **$17,453.50** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |
| 3.17 6. | **Optiv Security Inc** PO Box 28216 Network Place Chicago, IL 60673-1282 | **9/27/2019** | **$24,589.32** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.17 7. | **Oracle America Inc** 15612 Collections Center Drive Chicago, IL 60693 | **10/11/2019** | **$9,688.50** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.17 8. | **Outfront Media Inc** PO Box 33074 Newark, NJ 07188 | **10/25/2019, 12/3/2019** | **$7,384.62** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.17 9. | **Owens Technology Companies Inc** 930 E 80th St Minneapolis, MN 55420 | **Various** | **$13,388.25** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.18 0. | **Paragon Foods** PO Box 645423 Pittsburgh, PA 15264-5423 | **Various** | **$28,395.47** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.18 1. | **Patricia Dalton** 747 John Daly Inkster, MI 48141 | **10/4/2019, 11/5/2019, 12/6/2019** | **$12,400.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.18 2. | **Pepco** PO Box 13608 Philadelphia, PA 19101-3608 | **10/11/2019, 11/5/2019, 12/10/2019** | **$18,938.17** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |

Debtor    **Granite City Food & Brewery Ltd.**    Case number *(if known)*    **19-43756**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.18<br>3. **Pepsi Cola Inc**<br>PO Box 75948<br>Chicago, IL 60675 | **Various** | **$9,818.29** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.18<br>4. **Phillips Wine& Spirits Fintech**<br>3109 W. Dr. MLK Jr. Blvd.<br>Tampa, FL 33607 | **Various** | **$10,822.27** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.18<br>5. **Piazza Produce**<br>PO Box 68931<br>Indianapolis, IN 46268-0931 | **Various** | **$47,035.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.18<br>6. **Playerlync LLC**<br>5690 Dtc Blvd Ste 450e<br>Greenwood Village, CO 80111 | **10/22/2019,<br>12/10/2019** | **$18,920.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.18<br>7. **PPF RTL ROSEDALE SHOPPING CENT**<br>29974 Network Place<br>Chicago, IL 60673 | **9/24/2019,<br>10/28/2019,<br>11/19/2019** | **$144,676.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Lease payments** |
| 3.18<br>8. **Precision Cleaning LLC**<br>PO Box 1131<br>Fargo, ND 58107 | **10/1/2019,<br>11/8/2019,<br>12/6/2019** | **$8,250.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.18<br>9. **Ralph Decker**<br>98 Ventura Ct<br>Naperville, IL 60540 | **9/27/2019,<br>10/25/2019,<br>11/26/2019** | **$15,040.47** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.19<br>0. **Reis Northville LLC**<br>17800 Laurel Park Dr North<br>Suite 200C<br>Livonia, MI 48152 | **10/8/2019,<br>10/11/2019** | **$19,114.63** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Lease payments** |

Debtor   **Granite City Food & Brewery Ltd.**                                                Case number *(if known)*   **19-43756**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.19<br>1. | **Republic National**<br>**4101 North Potsdam Ave**<br>**Sioux Falls, SD 57104** | **Various** | **$40,895.61** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19<br>2. | **Republic National NE Fintech**<br>**3109 W Dr MLK Jr. Blvd Suite 2**<br>**Tampa, FL 33607** | **Various** | **$10,628.68** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19<br>3. | **Restaurant Technologies Inc**<br>**2250 Pilot Knob Rd**<br>**Saint Paul, MN 55120** | **Various** | **$105,676.57** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19<br>4. | **Revenue Management Solutions**<br>**777 S Harbour Island Blvd**<br>**Suite 890**<br>**Tampa, FL 33602** | **9/24/2019,**<br>**10/25/2019,**<br>**11/12/2019** | **$31,250.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19<br>5. | **Richard H Lynch**<br>**2730 W Lake St #610**<br>**Minneapolis, MN 55416** | **Various** | **$8,386.24** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee reimbursement** |
| 3.19<br>6. | **Routine Clean LLC**<br>**Pmb 152 2884 Devils Glen Rd**<br>**Bettendorf, IA 52722** | **9/20/2019,**<br>**10/11/2019,**<br>**10/25/2019,**<br>**11/1/2019,**<br>**11/15/2019,**<br>**12/3/2019** | **$7,629.37** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19<br>7. | **Ruth Elizabeth Moreno De Ochoa**<br>**12211 Brandywine Rd**<br>**Brandywine, MD 20613** | **11/1/2019,**<br>**11/26/2019** | **$9,400.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19<br>8. | **Secured Retail Networks Inc**<br>**26000 Towne Centre Dr Ste 100**<br>**Foothill Ranch, CA 92610** | **Various** | **$16,650.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* | **19-43756** |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.19<br>9. | **Southern Glazers Of Missouri<br>1 Glazer Way<br>Saint Charles, MO 63301-4367** | **Various** | **$27,985.63** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20<br>0. | **Southern Wine and Spirit MN FN<br>3109 W Dr MLK Jr. Blvd Suite 2<br>Tampa, FL 33607** | **Various** | **$32,278.24** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20<br>1. | **Southern Wine and Spirits IL F<br>3109 W. Dr. MLK Jr. Blvd.<br>Tampa, FL 33607** | **Various** | **$58,723.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20<br>2. | **Southern Wine and Spirts IN FL<br>3109 W. Dr. MLK Jr. Blvd.<br>Suite 200<br>Tampa, FL 33607** | **Various** | **$44,645.58** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20<br>3. | **Southern Wine and Spirits<br>3109 W Dr MLK Jr. Blvd Suite 200<br>Tampa, FL 33607** | **Various** | **$13,828.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20<br>4. | **Southern Wine and Spirit FL FN<br>3109 W Dr MLK Jr. Blvd Suite 200<br>Tampa, FL 33607** | **Various** | **$47,834.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20<br>5. | **Spire Missouri Inc<br>Drawer 2<br>Saint Louis, MO 63171** | **9/24/2019,<br>10/25/2019,<br>11/22/2019** | **$12,171.31** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.20<br>6. | **Star West JV LLC<br>PO Box 912661<br>Denver, CO 80291** | **11/15/2019** | **$68,004.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Lease payments_ |

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* **19-43756** |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.20<br>7. | **Sterling Card Solutions Holdings LLC**<br>**2026 JOHNSON INDUSTRIAL BLVD**<br>**Nolensville, TN 37135** | 10/25/2019,<br>11/1/2019,<br>12/3/2019 | $66,766.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20<br>8. | **Summit Energy Svcs Inc.**<br>**25716 Network Place**<br>**Chicago, IL 60673-1257** | **Various** | $6,831.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.20<br>9. | **Sysco Illinois**<br>**PO Box 620**<br>**Lincoln, IL 62656** | **Various** | $99,928.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21<br>0. | **Sysco Chicago**<br>**PO Box 5037**<br>**Des Plaines, IL 60017-5037** | **Various** | $533,349.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21<br>1. | **Sysco Cleveland**<br>**PO Box 94570**<br>**Cleveland, OH 44101** | **Various** | $91,001.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21<br>2. | **Sysco Detroit**<br>**PO Box 33580**<br>**Detroit, MI 48232-5580** | **Various** | $674,046.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21<br>3. | **Sysco Eastern Maryland**<br>**PO Box 477**<br>**Pocomoke City, MD 21851-0477** | **Various** | $430,628.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21<br>4. | **Sysco Indianapolis**<br>**PO Box 7137**<br>**Indianapolis, IN 46206-7137** | **Various** | $290,954.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Granite City Food & Brewery Ltd.**                                    Case number (*if known*)   **19-43756**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.21<br>5. | **Sysco Iowa**<br>**PO Box 874**<br>**Des Moines, IA 50304-0874** | **Various** | **$431,687.83** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.21<br>6. | **Sysco Kansas City**<br>**PO Box 40**<br>**Olathe, KS 66051-0040** | **Various** | **$386,310.51** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.21<br>7. | **Sysco Lincoln**<br>**P.O. Box 80068**<br>**Lincoln, NE 68501-0068** | **Various** | **$422,985.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.21<br>8. | **Sysco Minnesota**<br>**P.O. Box 49730**<br>**Minneapolis, MN 55449-0730** | **Various** | **$894,477.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.21<br>9. | **Sysco Nashville**<br>**PO Box 305138**<br>**Nashville, TN 37230** | **Various** | **$203,134.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.22<br>0. | **Sysco North Dakota**<br>**PO Box 10128**<br>**Fargo, ND 58106-0128** | **Various** | **$173,398.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.22<br>1. | **Sysco Pittsburgh**<br>**PO Box 1000**<br>**Harmony, PA 16037-1000** | **Various** | **$134,348.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.22<br>2. | **Sysco South Florida**<br>**12500 Sysco Way**<br>**Miami, FL 33178** | **Various** | **$93,535.53** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor **Granite City Food & Brewery Ltd.**                                   Case number *(if known)* **19-43756**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.22 3. **Sysco St Louis** 3850 Mueller Road Saint Charles, MO 63301-8047 | **Various** | **$166,129.66** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.22 4. **T& T Produce** PO Box 5756 Fort Oglethorpe, GA 30742 | **Various** | **$42,737.69** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.22 5. **Talx Ucm Serices Inc** 4076 Paysphere Circle Chicago, IL 60674-4076 | **10/11/2019, 10/15/2019, 10/18/2019** | **$9,229.83** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |
| 3.22 6. **Tech Masters Inc** 2024 Sw 6th St Lincoln, NE 68522 | **9/20/2019, 10/15/2019, 10/25/2019, 10/29/2019, 11/5/2019, 11/8/2019, 11/12/2019, 11/22/2019, 12/6/2019, 12/11/2019** | **$12,515.33** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.22 7. **The First Impression Group** 2700 Blue Water Road Suite 450 Saint Paul, MN 55121-1429 | **9/20/2019, 9/27/2019** | **$24,230.89** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.22 8. **The Illuminating Co** PO Box 3638 Akron, OH 44309-3638 | **10/11/2019, 11/5/2019, 12/3/2019** | **$15,099.83** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |
| 3.22 9. **The Shoppes At Arbor Lakes** PO Box 22072 Network Place Chicago, IL 60673-1231 | **11/8/2019** | **$7,201.53** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor    **Granite City Food & Brewery Ltd.**                                    Case number *(if known)* **19-43756**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.23<br>0. | **Todd Or Lori Hanson**<br>**C/O Farmers Credit Serv Of Am**<br>**322 1st Avenue East**<br>**Mobridge, SD 57601** | **11/7/2019,**<br>**11/11/2019** | **$97,132.15** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lease payments** |
| 3.23<br>1. | **Toledo Edison Maumee**<br>**PO Box 3638**<br>**Akron, OH 44309-3638** | **9/27/2019,**<br>**10/25/2019,**<br>**11/19/2019** | **$16,314.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.23<br>2. | **Top Shot Ckr Inc**<br>**1714 Ohio Pkwy**<br>**Rockford, IL 61108** | **Various** | **$7,312.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23<br>3. | **Ttb**<br>**Excise Tax**<br>**701 Xenia Ave S Ste 120**<br>**Minneapolis, MN 55416** | **Various** | **$28,775.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.23<br>4. | **Unum Life Insurance Company Of**<br>**America Inc**<br>**1 Fountain Square**<br>**Chattanooga, TN 37402-1330** | **11/5/2019,**<br>**11/27/2019** | **$12,114.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.23<br>5. | **Uptown Bake and Brew LLC**<br>**5335 Kilmer Place**<br>**Hyattsville, MD 20781** | **Various** | **$9,846.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23<br>6. | **Us Dept Of Education Awg**<br>**PO Box 790356**<br>**Saint Louis, MO 63179-0356** | **Various** | **$13,756.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Garnishment** |
| 3.23<br>7. | **Verizon Wireless**<br>**PO Box 15124**<br>**Albany, NY 12212-5124** | **Various** | **$12,234.09** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **Granite City Food & Brewery Ltd.**                                  Case number (if known)    **19-43756**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.23 8. | **Versique Inc**<br>**6465 Wayzata Blvd**<br>**Suite 800**<br>**Minneapolis, MN 55426** | **10/25/2019,**<br>**11/8/2019,**<br>**11/22/2019,**<br>**12/3/2019,**<br>**12/6/2019** | **$16,800.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.23 9. | **Village Of Schaumburg**<br>**201 Schaumburg Court**<br>**Schaumburg, IL 60193** | **9/18/2019,**<br>**10/15/2019,**<br>**10/18/2019,**<br>**11/15/2019,**<br>**11/19/2019,**<br>**12/6/2019** | **$27,093.98** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.24 0. | **Weingarten Realty Investors**<br>**PO Box 301074**<br>**Dallas, TX 75303** | **9/26/2019,**<br>**10/15/2019,**<br>**10/18/2019** | **$84,903.98** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Lease payments** |
| 3.24 1. | **WEST ACRES DEVELOPMENT LLP**<br>**3902 13th AVenue South**<br>**#3717**<br>**Fargo, ND 58103** | **10/25/2019** | **$24,167.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Leases** |
| 3.24 2. | **Windstream**<br>**PO Box 9001908**<br>**Louisville, KY 40290-1908** | **Various** | **$39,936.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.24 3. | **Wrighthennepin Electric**<br>**PO Box 77027**<br>**Minneapolis, MN 55480-7727** | **9/20/2019,**<br>**10/22/2019,**<br>**11/19/2019** | **$17,761.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.24 4. | **Xcel Energy**<br>**PO Box 9477**<br>**Minneapolis, MN 55484-9477** | **Various** | **$63,297.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.24 5. | **Fifth Third Bank**<br>**38 Fountain Square**<br>**Cincinnati, OH 45202** | **Various** | **$560,714.89** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Merchant credit card fees** |

Debtor **Granite City Food & Brewery Ltd.**        Case number *(if known)* **19-43756**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.24<br>6. | **Ohio Department of Taxation**<br>**Attn: Business Compliance Division**<br>**P.O. Box 1090**<br>**Columbus, OH 43216-1090** | **9/25/2019,**<br>**10/25/2019,**<br>**11/14/2019,**<br>**11/27/2019** | **$84,180.47** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other __Taxes__ |
| 3.24<br>7. | **Allegheny County**<br>**542 Forbes Avenue**<br>**Pittsburgh, PA 15219** | **9/19/2019,**<br>**10/21/2019,**<br>**11/19/2019** | **$19,504.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other __Taxes__ |
| 3.24<br>8. | **City Of Kansas City Missouri**<br>**414 E 12th Street 1st Floor**<br>**Kansas City, MO 64106** | **9/23/2019,**<br>**10/22/2019,**<br>**11/21/219** | **$13,341.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other __Taxes__ |
| 3.24<br>9. | **City Of Lincoln**<br>**555 S 10th St Room 203**<br>**Lincoln, NE 68508-3959** | **9/27/2019,**<br>**10/29/2019,**<br>**11/27/2019** | **$15,530.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other __Taxes__ |
| 3.25<br>0. | **City Of Omaha**<br>**Rm H10**<br>**1819 Farnam St**<br>**Omaha, NE 68183** | **10/1/2019,**<br>**11/1/2019,**<br>**12/3/2019** | **$12,967.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other __Taxes__ |
| 3.25<br>1. | **Commonwealth Of Pennsylvania**<br>**PO Box 783473**<br>**Philadelphia, PA 19179-3473** | **9/20/19,**<br>**10/21/2019,**<br>**11/20/2019** | **$40,172.12** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other __Taxes__ |
| 3.25<br>2. | **Comptroller Of Maryland**<br>**Revenue Administration Div**<br>**PO Box 2999**<br>**Annapolis, MD 21404-2999** | **9/23/2019,**<br>**10/22/2019,**<br>**11/20/2019** | **$195,880.38** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other __Taxes__ |
| 3.25<br>3. | **Florida Dept Of Financial Svcs**<br>**PO Box 6350**<br>**Tallahassee, FL 32314-6350** | **9/20/2019,**<br>**10/21/2019,**<br>**11/20/2019** | **$44,388.98** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other __Taxes__ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Granite City Food & Brewery Ltd.**                                        Case number *(if known)* **19-43756**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.25 4. | **Great Western Bank** 225 South Main Avenue Sioux Falls, SD 57104 | **9/24/2019, 10/7/2019, 10/21/2019, 11/7/2019, 11/18/2019, 12/2/2019, 12/16/2019** | **$120,071.54** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Deferred Compensation** |
| 3.25 5. | **Iowa Department Of Revenue** Cadministrative Wage Levy PO Box 10330 Des Moines, IA 50306 | **9/26/2019, 10/28/2019, 11/1/2019, 11/12/2019, 11/26/2019, 12/4/2019, 12/11/2019** | **$164,594.39** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Taxes** |
| 3.25 6. | **Illinois Department of Revenue** RETAILERS OCCUPATION TAX PO BOX 19035 Springfield, IL 62794-9035 | **Various** | **$370,123.68** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Taxes** |
| 3.25 7. | **Kansas Department of Revenue** 915 SW Harrison Street Topeka, KS 66625 | **Various** | **$136,483.34** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Taxes** |
| 3.25 8. | **Linn Cnty** 501 13th St Nw Cedar Rapids, IA 52405-3700 | **12/16/2019** | **$63,777.30** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Taxes** |
| 3.25 9. | **Minnesota Revenue** PO Box 64649 Saint Paul, MN 55164-0649 | **9/20/2019, 10/18/2019, 10/21/219, 11/20/2019** | **$417,242.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Taxes** |
| 3.26 0. | **Northville Township Tax** 215 W MAIN STREET Northville, MI 48167 | **9/25/2019** | **$12,586.72** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Taxes** |
| 3.26 1. | **Nebraska Department Of Revenue** PO Box 94818 Lincoln, NE 68509-4818 | **9/23/2019, 10/22/2019, 11/22/2019** | **$95,566.90** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Taxes** |

Debtor    **Granite City Food & Brewery Ltd.**                    Case number *(if known)* **19-43756**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.26 2. | **South Dakota Department of Revenue**<br>**P.O. Box 5055**<br>**Sioux Falls, SD 57177-5055** | **9/23/2019,**<br>**9/25/2019,**<br>**10/25/2019,**<br>**11/20/2019,**<br>**11/25/2019** | **$72,980.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.26 3. | **Tn Department Of Revenue**<br>**PO Box 190665**<br>**Nashville, TN 37219-0665** | **Various** | **$141,470.16** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.26 4. | **Unified Government Treasury**<br>**4953 State Ave**<br>**Kansas City, KS 66102** | **12/9/2019** | **$61,745.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.26 5. | **ExpertPay**<br>**470 Olde Worthington Road**<br>**Suite 200**<br>**Westerville, OH 43082-9127** | **9/19/2019,**<br>**10/3/2019,**<br>**10/17/2019,**<br>**10/31/2019,**<br>**11/14/2019,**<br>**11/29/2019,**<br>**12/12/2019** | **$49,261.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Garnishments** |
| 3.26 6. | **CSI Modr Tax**<br>**Missouri Department of Revenue**<br>**P.o. Box 840**<br>**Jefferson City, MO 65105-0840** | **Various** | **$144,296.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.26 7. | **Indiana Food and Beverage Tax**<br>**Attn: Sales Tax**<br>**P.O. Box 7229**<br>**Indianapolis, IN 46207-7229** | **9/30/2019,**<br>**10/30/2019,**<br>**12/2/2019** | **$18,741.16** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.26 8. | **Indiana Department Of Revenue**<br>**PO Box 7218**<br>**Indianapolis, IN 46206-7229** | **9/20/2019,**<br>**10/21/2019,**<br>**11/20/2019** | **$121,838.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.26 9. | **Michigan Treasury Online**<br>**No address** | **9/20/2019,**<br>**10/18/2019,**<br>**10/21/2019,**<br>**11/20/2019** | **$234,510.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |

Debtor  **Granite City Food & Brewery Ltd.**                          Case number *(if known)*  **19-43756**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.27 0. | **North Dakota Tax** **Office of State Tax Commissioner** **600 East Boulevard Avenue** **Dept. 127** **Bismarck, ND 58505-0599** | **10/10/2019, 10/16/2019, 10/23/2019, 11/1/2019, 11/13/2019, 12/3/2019, 12/10/2019** | **$69,723.19** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Taxes** |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. | **LYNCH, RICHARD H.** **2730 W LAKE ST** **Unit 610** **Minneapolis, MN 55419** **Chief Executive Officer and Director** | **2/13/19, 2/19/19, 2/22/19, 2/25/19, 2/27/19, 3/6/19, 3/11/19, 3/13/19, 3/18/19, 3/21/19, 3/25/19, 3/26/19, 3/27/19, 4/3/19, 4/10/19, 4/17/19, 4/24/19, 5/13/19, 5/21/19, 5/28/19, 6/3/19, 6/7/19, 6/14/19, 6/25/19, 6/28/19, 7/12/19, 7/24/19, 7/29/19, 8/9/19, 8/27/19, 9/18/19** | **$2,996,521.76** | **Expense reimbursements** |

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* **19-43756** |
|---|---|---|

of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**    **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Johnson, Chris** | **workers compensation** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Flores, Leah** | **workers compensation** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Smith, Taylor M.** | **workers compensation** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Skaja, Alyssa M.** | **workers compensation** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Chapel, Richard L.** | **workers compensation** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Miller, Timothy G.** | **workers compensation** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Marana, Jennifer Lee J** | **workers compensation** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Fuentes, Maria** | **workers compensation** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Ferguson, Samuel** | **workers compensation** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Hybertson, Sandra** | **workers compensation** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Granite City Food & Brewery Ltd.**                    Case number *(if known)*   **19-43756**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.11. **Koball, Jamie** | **workers compensation** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. **Alcantara-Ruiz, Janet** | **workers compensation** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. **Newtoff, Austin** | **workers compensation** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. **Zappa, Anna** | **workers compensation** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. **Ferrell, Laurie** | **workers compensation** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. **Ferguson, Dwayne** | **workers compensation** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. **Guifarro, Erick** | **workers compensation** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. **Navarro, Alejandrina** | **workers compensation** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. **Bentiez, Walter** | **workers compensation** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. **Ortega, Madelyn** | **workers compensation** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21. **Tharps, Channel** | **workers compensation** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22. **Hofbeck, Jaccii** | **Personal Injury** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23. **Stryker, Kristen** | **Personal Injury** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Granite City Food & Brewery Ltd.**                    Case number *(if known)* **19-43756**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.24. **Bryant, Lindsey** | **Personal Injury** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.25. **Starnes, Margaret** | **Personal Injury** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.26. **Hopkins, Molly** | **Personal Injury** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.27. **Hopkins, Nancy** | **Personal Injury** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.28. **Swain, Cathy** | **Personal Injury** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.29. **Streetman, Dagmar D.** | **Personal Injury** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.30. **Senthilvanan, Anusha** | **Personal Injury** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.31. **Horrall, Deborah** | **Personal Injury** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.32. **Demudd, Regina** | **Personal Injury** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.33. **Peppers, Marilyn** | **Personal Injury** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.34. **Wheeler, De-Ja** | **Personal Injury** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.35. **Lamacki, Diane** | **Personal Injury** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.36. **Rudnik, Lorraine** | **Personal Injury** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Granite City Food & Brewery Ltd.**                    Case number *(if known)*   **19-43756**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.37. | **Circle Centre Mall LLC v. Granite City Food & Brewery Ltd.**<br>**49/d01-19009-CC-036654** | **Civil** | **Marion County Superior Court**<br>**200 East Washington Street**<br>**Indianapolis, IN 46204** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.38. | **Todd Hanson and Lori Hanson v. Granite City Food & Brewery Ltd.**<br>**27-CV-19-18179** | **Civil** | **Hennepin County District Court**<br>**300 South Sixth Street**<br>**Minneapolis, MN 55487** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. | **Luv of Dog Rescue**<br>**PO BOX 9283**<br>**Fargo, ND 58106** | **Monetary** | **10/13/2018, 10/18/19, 7/17/2019, 2/13/2018** | **$1,870.21** |
| | Recipients relationship to debtor | | | |
| 9.2. | **American Cancer Society, Inc.**<br>**250 Williams Street NW**<br>**Atlanta, GA 30303** | **Monetary** | **5/17/18, 5/23/18, 5/26/18, 5/23/18, 1/22/19, 5/17/19, 6/3/19, 7/8/19, 8/2/19, 10/1/19, 10/22/19, 10/26/19** | **$2,591.29** |
| | Recipients relationship to debtor | | | |
| 9.3. | **American Foundation for Suicide Preventi**<br>**120 WALL ST FL 29**<br>**New York, NY 10005** | **Monetary** | **9/30/2018** | **$1,260.97** |
| | Recipients relationship to debtor | | | |

Debtor   **Granite City Food & Brewery Ltd.**                                        Case number *(if known)*   **19-43756**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.4. | **Angels Place**<br>**29299 FRANKLIN RD STE 2**<br>**Southfield, MI 48034** | **Monetary** | **3/29/19,**<br>**4/7/2018** | **$1,018.93** |
| | Recipients relationship to debtor | | | |
| 9.5. | **Board of Education Wayne Co**<br>**Northville**<br>**405 West Main Street**<br>**Northville, MI 48167** | **Monetary** | **3/25/2019,**<br>**5/1/2018,**<br>**11/14/2018,**<br>**8/20/19, 12/3/19** | **$1,792.73** |
| | Recipients relationship to debtor | | | |
| 9.6. | **Board of Education - Macomb**<br>**County**<br>**31300 ANITA DRIVE**<br>**Warren, MI 48093** | **Monetary** | **3/11/2019,**<br>**6/18/2019,**<br>**9/11/19** | **$1,785.46** |
| | Recipients relationship to debtor | | | |
| 9.7. | **Charles County Humane**<br>**Society**<br>**71 INDUSTRIAL PARK DR**<br>**Waldorf, MD 20602** | **Monetary** | **4/24/2019,**<br>**10/13/2018,**<br>**10/11/2018** | **$1,774.71** |
| | Recipients relationship to debtor | | | |
| 9.8. | **Childhood Leukemia Warriors**<br>**Foundation**<br>**427 GATESHEAD DR**<br>**Naperville, IL 60565** | **Monetary** | **7/9/19, 4/28/19** | **$1,037.65** |
| | Recipients relationship to debtor | | | |
| 9.9. | **City of Roseville**<br>**2660 CIVIC CENTER DRIVE**<br>**Saint Paul, MN 55113** | **Monetary** | **4/9/18, 7/18/18** | **$1,254.12** |
| | Recipients relationship to debtor | | | |
| 9.10. | **COE College**<br>**1220 FIRST AVENUE NE**<br>**Cedar Rapids, IA 52402** | **Monetary** | **3/13/19** | **$1,000.00** |
| | Recipients relationship to debtor | | | |

Debtor   **Granite City Food & Brewery Ltd.**                                    Case number *(if known)* **19-43756**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.11. | **Consolidated High School Dist #230** <br> **13300 S LAGRANGE ROAD** <br> **Orland Park, IL 60462** | **Monetary** | **8/27/2018** | **$2,936.58** |
| | Recipients relationship to debtor | | | |
| 9.12. | **Easter Seals Northern Ohio** <br> **2173 N RIDGE ROAD** <br> **Lorain, OH 44055** | **Monetary** | **12/17/17** | **$1,500.00** |
| | Recipients relationship to debtor | | | |
| 9.13. | **Fremont Area United Way** <br> **445 E 1ST STREET** <br> **Fremont, NE 68025** | **Monetary** | **4/10/19** | **$1,063.67** |
| | Recipients relationship to debtor | | | |
| 9.14. | **Gleaners Community Food Bank of Southeas** <br> **2131 BEAUFALT ST** <br> **Detroit, MI 48207** | **Monetary** | **12/19/17** | **$1,378.00** |
| | Recipients relationship to debtor | | | |
| 9.15. | **Greater Chicago Food Depository Inc.** <br> **4100 W ANN LURIE PLACE** <br> **Chicago, IL 60632** | **Monetary** | **12/19/17** | **$1,689.00** |
| | Recipients relationship to debtor | | | |
| 9.16. | **Habitat for Humanity** <br> **270 Peachtree Street NW** <br> **Suite 1300** <br> **Atlanta, GA 30303** | **Monetary** | **2/27/19, 6/25/19, 8/4/19, 8/3/18, 11/7/18, 5/9/18, 11/6/17, 5/4/19, 5/4/19, 3/19/18, 11/6/17** | **$2,218.05** |
| | Recipients relationship to debtor | | | |
| 9.17. | **Harvesters the Community Food Network** <br> **3801 TOPPING AVENUE** <br> **Kansas City, MO 64129** | **Monetary** | **12/19/17** | **$1,233.00** |
| | Recipients relationship to debtor | | | |

Debtor    **Granite City Food & Brewery Ltd.**                                Case number *(if known)*  **19-43756**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.18. | **International Association of Firefighter**<br>**1750 New York Avenue**<br>**NW Suite 300**<br>**Washington, DC 20006-5395** | **Monetary** | **11/15/18, 4/24/18** | **$3,623.00** |
| | Recipients relationship to debtor | | | |
| 9.19. | **JDRF Intl**<br>**26 BROADWAY  14TH FLOOR**<br>**New York, NY 10004** | **Monetary** | **2/28/18, 2/28/19, 10/18/17** | **$2,403.00** |
| | Recipients relationship to debtor | | | |
| 9.20. | **John Deere Classic**<br>**3100 Heather Knoll**<br>**Silvis, IL 61282** | **Monetary** | **7/24/18, 7/23/19** | **$1,253.61** |
| | Recipients relationship to debtor | | | |
| 9.21. | **Jordann Balaich**<br>**3274 W TISCHER RD**<br>**Duluth, MN 55803** | **Monetary** | **6/10/18** | **$1,800.00** |
| | Recipients relationship to debtor | | | |
| 9.22. | **Last Day Dog Rescue Inc.**<br>**PO BOX 51935**<br>**Livonia, MI 48151** | **Monetary** | **11/2/18, 7/21/19** | **$1,148.10** |
| | Recipients relationship to debtor | | | |
| 9.23. | **Lutheran Military Veterans**<br>**3480 STELLHORN ROAD**<br>**Fort Wayne, IN 46815** | **Monetary** | **5/8/18, 5/6/19, 11/18/18, 8/29/18, 10/20/18, 10/30/19** | **$1,840.16** |
| | Recipients relationship to debtor | | | |
| 9.24. | **Marketplace Selections Inc.**<br>**1723 W ALTORFER DR**<br>**Peoria, IL 61615** | **Monetary** | **6/24/19** | **$1,455.00** |
| | Recipients relationship to debtor | | | |

Debtor    **Granite City Food & Brewery Ltd.**                     Case number *(if known)*  **19-43756**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.25. | **National Women Veterans**<br>**922 7TH ST**<br>**Rockford, IL 61104** | **Monetary** | **2/10/19,**<br>**10/21/18,**<br>**12/5/19** | **$1,306.25** |
| | Recipients relationship to debtor | | | |
| 9.26. | **Reagan Delaney Tokes**<br>**Memorial Foundation**<br>**10185 CAMEILLA ST**<br>**Pompano Beach, FL 33076** | **Monetary** | **3/13/18** | **$1,584.00** |
| | Recipients relationship to debtor | | | |
| 9.27. | **Robinson Township Christian**<br>**77 PHILLIPS LANE**<br>**Mc Kees Rocks, PA 15136** | **Monetary** | **4/12/18, 12/6/18** | **$1,350.00** |
| | Recipients relationship to debtor | | | |
| 9.28. | **Second Harvest Heartland**<br>**1140 GERVAIS AVE**<br>**Saint Paul, MN 55109** | **Monetary** | **12/19/17,**<br>**12/6/19** | **$2,607.00** |
| | Recipients relationship to debtor | | | |
| 9.29. | **Special Olympics Missouri**<br>**Inc.**<br>**305 SPECIAL OLYMPICS**<br>**DRIVE**<br>**Jefferson City, MO 65101** | **Monetary** | **7/15/19** | **$1,600.00** |
| | Recipients relationship to debtor | | | |
| 9.30. | **Sydnie M. Murphy**<br>**2455 N 87TH  APT C**<br>**Lincoln, NE 68507** | **Monetary** | **4/10/18, 7/19/19** | **$1,362.30** |
| | Recipients relationship to debtor | | | |
| 9.31. | **The Gathering Place**<br>**23300 COMMERCE PARK**<br>**Beachwood, OH 44122** | **Monetary** | **4/28/18** | **$1,450.96** |
| | Recipients relationship to debtor | | | |

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* **19-43756** |
|---|---|---|

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.32 · | **The Leukemia and Lymphoma Society Inc.**<br>**12100 W CENTER ROAD**<br>**BUILDING 1  SUITE 202**<br>**Omaha, NE 68144** | **Monetary** | **8/10/19** | **$1,640.94** |
| | Recipients relationship to debtor | | | |
| 9.33 · | **Troy Athens Band Booster**<br>**4333 JOHN R ROAD**<br>**Troy, MI 48085** | **Monetary** | **5/11/18,**<br>**1/23/19,**<br>**10/9/18,**<br>**12/16/19** | **$1,397.08** |
| | Recipients relationship to debtor | | | |
| 9.34 · | **Troy School District**<br>**4400 LIVERNOIS**<br>**Troy, MI 48098** | **Monetary** | **4/9/18, 2/13/19,**<br>**2/16/18,**<br>**4/27/18,**<br>**10/9/18,**<br>**5/23/18, 5/5/19,**<br>**2/16/18** | **$1,753.31** |
| | Recipients relationship to debtor | | | |
| 9.35 · | **United Way of Lincoln and Lancaster Coun**<br>**238 S 13TH ST**<br>**Lincoln, NE 68510** | **Monetary** | **12/19/17,**<br>**11/26/18,**<br>**10/3/19** | **$1,811.58** |
| | Recipients relationship to debtor | | | |
| 9.36 · | **World Central Kitchen**<br>**1875 CONNECTICUT AVE NW**<br>**10th Floor**<br>**Washington, DC 20009** | **Monetary** | **1/26/18** | **$1,000.00** |
| | Recipients relationship to debtor | | | |
| 9.37 · | **Chesapeake Sports and Entertainment Group LLC**<br>**1997 Annapolis Exchange Parkway**<br>**Annapolis, MD 21401** | | **11/20/19,**<br>**12/9/19** | **$2,313.08** |
| | Recipients relationship to debtor | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Granite City Food & Brewery Ltd.**                               Case number *(if known)*  **19-43756**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.38 . | **Feeding America, Inc.**<br>**35 East Wacker Drive**<br>**Suite 2000**<br>**Chicago, IL 60601** | | **11/19/19** | **$1,089.79** |
| | **Recipients relationship to debtor** | | | |
| 9.39 . | **Landons League Foundation**<br>**130 Marble Crossing Drive**<br>**Wentzville, MO 63385** | | **11/2/19** | **$1,124.00** |
| | **Recipients relationship to debtor** | | | |
| 9.40 . | **Midwest Institute for**<br>**Addiction, Inc.**<br>**711 Old Ballas Road**<br>**Suite 203**<br>**Saint Louis, MO 63141** | | **9/15/19** | **$1,100.00** |
| | **Recipients relationship to debtor** | | | |
| 9.41 . | **Sonia De Nicola**<br>**2301 Pontside Terrace**<br>**Silver Spring, MD 20906** | | **10/7/19,**<br>**11/15/19** | **$1,900.00** |
| | **Recipients relationship to debtor** | | | |

**Part 5:**   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **AV Equipment damaged due to burst water pipe at Davenport location** | **37990.24** | **2/2/2019** | **Unknown** |
| **Emergency sewer & drain repair causing location to close at Davenport location** | **29,930.93** | **3/1/2019** | **Unknown** |
| **Main breaker panel failure causing location to close at National Harbor location** | **33809.71** | **5/19/19** | **Unknown** |
| **Credit card breach** | **Pending** | **6/4/2019** | **Unknown** |

**Part 6:**   Certain Payments or Transfers

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* **19-43756** |
|---|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Briggs and Morgan, P.A. 2200 IDS Center 80 South Eighth Street Minneapolis, MN 55402** | | **Various** | **$953,530.95** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Duff and Phelps Holdings Inc 55 E 52nd St 31st Fl New York, NY 10055** | | | **$691,957.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Hilco Real Estate LLC 5 Revere Dr Ste 320 Northbrook, IL 60062** | | | **$75,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* | **19-43756** |
|---|---|---|---|

---

**Part 7:**    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **701 Xenia Avenue Suite 120 Minneapolis, MN 55416** | **1/1/2012- 5/31/2016** |

---

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Name, email address, birthdate**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Granite City Food & Brewery 401k Plan** | EIN:  **41-1883636** |

Has the plan been terminated?
■ No
☐ Yes

---

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

---

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* **19-43756** |
| --- | --- | --- |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |
| **Extra Space Storage**<br>**497 Liberty Pike**<br>**Franklin, TN 37064** | **Jared D. Harris**<br>**1864 West McEwen Drive**<br>**Franklin, TN 37067** | **Records and patio furniture** | ☐ No<br>■ Yes |
| **Master Craft Outdoors Inc**<br>**9450 Nason Court Ne**<br>**Elk River, MN 55330** | **Peter E. VonBank**<br>**11909 Main Street**<br>**Maple Grove, MN 55369** | **Records and patio furniture** | ☐ No<br>■ Yes |
| **Ace Mini Storage**<br>**5525 Highway 169 North**<br>**Minneapolis, MN 55442** | **Peter E. VonBank**<br>**11909 Main Street**<br>**Maple Grove, MN 55369** | **Records and patio furniture** | ☐ No<br>■ Yes |
| **SS New Brighton, LLC**<br>**d/b/a Simply Self Storage**<br>**Saint Paul, MN 55112** | **Christopher J. Erickson**<br>**1595 Highway 36 West**<br>**Roseville, MN 55113** | **Records and patio furniture** | ☐ No<br>■ Yes |
| **New TKG-KC, LLC**<br>**d/b/a StorageMart**<br>**1653 7401 State Avenue**<br>**Kansas City, KS 66112** | **Andrea Lackner**<br>**1701 Village West Parkway**<br>**Kansas City, KS 66111** | **Records and patio furniture** | ☐ No<br>■ Yes |
| **Infinite Self Storagenora**<br>**8802 Evergreen Ave**<br>**Indianapolis, IN 46240** | **Mark Hannen**<br>**801 Plaza Drive**<br>**Schaumburg, IL 60173** | **Records and patio furniture** | ☐ No<br>■ Yes |

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

Debtor    **Granite City Food & Brewery Ltd.**                            Case number *(if known)*  **19-43756**

**21.** **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Nuco2 Inc**<br>**PO Box 417902**<br>**Boston, MA 02241-7902** | | **See attached Exhibit A for description and location** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Farmer Bros. Co.**<br>**1912 Farmer Brothers Drive**<br>**Roanoke, TX 76262** | | **See attached Exhibit A for description and location of property** | **$42,241.01** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Coca-Cola Foodservice**<br>**PO Box 602937**<br>**Charlotte, NC 28250** | | **See attached Exhibit A for description and location of property** | **$198,504.30** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Ecolab Food Safety Specialties**<br>**24198 Network Place**<br>**Chicago, IL 60673-1241** | | **See attached Exhibit A for description and location of property** | **$11,563.45** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Restaurant Technologies Inc**<br>**2250 Pilot Knob Rd**<br>**Saint Paul, MN 55120** | | **See attached Exhibit A for description and location of property** | **$260,000.00** |

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)*  **19-43756** |
| --- | --- | --- |

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
| --- | --- |

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |
| 25.1. | **Granite City Restaurant Operations, Inc.**<br>**3600 American Blvd. West**<br>**Suite 400**<br>**Minneapolis, MN 55431** | **Restaurant Operations** | EIN: **26-2456488**<br><br>From-To **2008 to present** |
| 25.2. | **Granite City - Arkansas, Inc.**<br>**3600 American Blvd. West**<br>**Suite 400**<br>**Minneapolis, MN 55431** | **Restaurant** | EIN: **26-0214068**<br><br>From-To **2006 to present** |
| 25.3. | **Granite City - Creve Coeur, Inc.**<br>**3600 American Blvd. West**<br>**Suite 400**<br>**Minneapolis, MN 55431** | **Restaurant** | EIN: **26-0234806**<br><br>From-To **2007 to present** |
| 25.4. | **Granite City of Indiana, Inc.**<br>**3600 American Blvd. West**<br>**Suite 400**<br>**Minneapolis, MN 55431** | **Restaurant** | EIN: **26-0250746**<br><br>From-To **2007 to present** |
| 25.5. | **Granite City of Kansas, Ltd.**<br>**3600 American Blvd. West**<br>**Suite 400**<br>**Minneapolis, MN 55431** | **Restaurant** | EIN: **02-0742915**<br><br>From-To **2005 to present** |
| 25.6. | **Granite City of Maryland, Inc.**<br>**3600 American Blvd. West**<br>**Suite 400**<br>**Minneapolis, MN 55431** | **Restaurant** | EIN: **30-0708557**<br><br>From-To **2011 to present** |
| 25.7. | **Granite City of Ohio, Inc.**<br>**3600 American Blvd West**<br>**Suite 400**<br>**Minneapolis, MN 55431** | **Restaurant** | EIN: **26-0250689**<br><br>From-To **2007 to present** |

| Debtor | **Granite City Food & Brewery Ltd.** | Case number *(if known)* **19-43756** |
|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.8. | **Granite City - Orland Park, Inc.**<br>**3600 American Blvd. West**<br>**Suite 400**<br>**Minneapolis, MN 55431** | **Restaurant** | EIN: **20-5811031**<br><br>From-To **2006 to present** |
| 25.9. | **Granite City - Peoria, Inc.**<br>**3600 American Blvd. West**<br>**Suite 400**<br>**Minneapolis, MN 55431** | **Restaurant** | EIN: **20-5810887**<br><br>From-To **2006 to present** |
| 25.10. | **Granite City - Rockford, Inc.**<br>**3600 American Blvd. West**<br>**Suite 400**<br>**Minneapolis, MN 55431** | **Restaurant** | EIN: **20-5810961**<br><br>From-To **2006 to present** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **InfoSync Services, LLC**<br>**1938 Woodlawn**<br>**Suit 100**<br>**Wichita, KS 67208** | **2015-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **Schechter Dokken Kanter**<br>**100 Washington Avenue South**<br>**Suite 1600**<br>**Minneapolis, MN 55401-2192** | **1999 to present** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2. **InfoSync Services, LLC**<br>**1938 Woodlawn**<br>**Suite 100**<br>**Wichita, KS 67208** | **2015 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1. **Schechter Dokken Kanter**<br>**100 Washington Avenue South**<br>**Suite 1600**<br>**Minneapolis, MN 55401-2192** | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor **Granite City Food & Brewery Ltd.**      Case number *(if known)* **19-43756**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. **InfoSync Services, LLC**<br>**1938 Woodlawn**<br>**Suite 100**<br>**Wichita, KS 67208** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Citizens Bank, N.A.**<br>**One Park Plaza**<br>**Suite 400**<br>**Irvine, CA 92614** |
| 26d.2. **Otc Markets Group Inc**<br>**PO Box 29959**<br>**New York, NY 10087-9959** |
| 26d.3. **Store Capital Corporation**<br>**8377 East Hardford Dr Ste 100**<br>**Scottsdale, AZ 85255** |
| 26d.4. **American Express Plum Card**<br>**P.O. Box 981535**<br>**El Paso, TX 79998-1535** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Denise Lenaghan** | **12/4/2019** | **$42,032.94** |
| | Name and address of the person who has possession of inventory records | | |
| | **Granite City Food & Brewery Ltd.**<br>**3945 2nd Street South**<br>**Saint Cloud, MN 56301** | | |
| 27.2. | **Devon Giesen** | **12/4/2019** | **$60,679.49** |
| | Name and address of the person who has possession of inventory records | | |
| | **Granite City Food & Brewery Ltd.**<br>**2620 South Louise Avenue**<br>**Sioux Falls, SD 57106** | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Granite City Food & Brewery Ltd.**      Case number *(if known)* **19-43756**

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.3. | Jen Kopperud | 12/4/2019 | $58,850.78 |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Granite City Food & Brewery Ltd.<br>1636 SW 42nd Street<br>Fargo, ND 58103 |

| | | Date of inventory | The dollar amount |
|---|---|---|---|
| 27.4. | Aaron Helgeson | 12/4/2019 | $39,432.46 |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Granite City Food & Brewery Ltd.<br>12801 University Avenue<br>Clive, IA 50325 |

| | | Date of inventory | The dollar amount |
|---|---|---|---|
| 27.5. | Mark Mussman | 12/4/2019 | $36,681.06 |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Granite City Food & Brewery Ltd.<br>4755 1st Avenue SE<br>Cedar Rapids, IA 52403 |

| | | Date of inventory | The dollar amount |
|---|---|---|---|
| 27.6. | David Lewandwski | 12/4/2019 | $46,135.34 |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Granite City Food & Brewery Ltd.<br>5270 Utica Ridge Road<br>Davenport, IA 52807 |

| | | Date of inventory | The dollar amount |
|---|---|---|---|
| 27.7. | Shane Bauer | 12/4/2019 | $44,849.71 |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Granite City Food & Brewery Ltd.<br>6200 "O" Street<br>Lincoln, NE 68510 |

| | | Date of inventory | The dollar amount |
|---|---|---|---|
| 27.8. | Pete VonBank | 12/4/2019 | $52,697.31 |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Granite City Food & Brewery Ltd.<br>11909 Main Street<br>Osseo, MN 55369 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Granite City Food & Brewery Ltd.**     Case number *(if known)* **19-43756**

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.9. | **Mike Leahy** | **12/4/2019** | **$40,372.78** |

Name and address of the person who has possession of inventory records

**Granite City Food & Brewery Ltd.**
**3330 Pilot Knob Road**
**Saint Paul, MN 55121**

| | | | |
|---|---|---|---|
| 27.10. | **Julian Magennis** | **12/4/2019** | **$39,531.28** |

Name and address of the person who has possession of inventory records

**Granite City Food & Brewery Ltd.**
**8461 NW Prairie View Road**
**Kansas City, MO 64153**

| | | | |
|---|---|---|---|
| 27.11. | **Andrea Lackner** | **12/4/2019** | **$42,527.89** |

Name and address of the person who has possession of inventory records

**Granite City Food & Brewery Ltd.**
**1701 Village West Parkway**
**Kansas City, KS 66111**

| | | | |
|---|---|---|---|
| 27.12. | **Shannon Southerland** | **12/4/2019** | **$36,646.36** |

Name and address of the person who has possession of inventory records

**Granite City Food & Brewery Ltd.**
**15085 West 119th Street**
**Olathe, KS 66062**

| | | | |
|---|---|---|---|
| 27.13. | **Ivan Salgado** | **12/4/2019** | **$38,438.27** |

Name and address of the person who has possession of inventory records

**Granite City Food & Brewery Ltd.**
**1001 North 102nd Street**
**Omaha, NE 68114**

| | | | |
|---|---|---|---|
| 27.14. | **Chris Erickson** | **12/4/2019** | **$48,978.35** |

Name and address of the person who has possession of inventory records

**Granite City Food & Brewery Ltd.**
**1595 Highway 36 West**
**Saint Paul, MN 55113**

Debtor **Granite City Food & Brewery Ltd.** Case number *(if known)* **19-43756**

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.15. | **Brian Androwich** | **12/4/2019** | **$42,079.96** |

**Name and address of the person who has possession of inventory records**

**Granite City Food & Brewery Ltd.**
**7140 Harrison Avenue**
**Suite 108**
**Rockford, IL 61112**

| | | | |
|---|---|---|---|
| 27.16. | **Ashley Serrano** | **12/4/2019** | **$58,833.43** |

**Name and address of the person who has possession of inventory records**

**Granite City Food & Brewery Ltd.**
**3809 Coldwater Road**
**Fort Wayne, IN 46805**

| | | | |
|---|---|---|---|
| 27.17. | **Robert Stone Jr.** | **12/4/2019** | **$44,489.49** |

**Name and address of the person who has possession of inventory records**

**Granite City Food & Brewery Ltd.**
**West Oaks Shopping Center**
**Saint Louis, MO 63141**

| | | | |
|---|---|---|---|
| 27.18. | **Greg Jones** | **12/4/2019** | **$53,850.88** |

**Name and address of the person who has possession of inventory records**

**Granite City Food & Brewery Ltd.**
**699 West Big Beaver Road**
**Troy, MI 48084**

| | | | |
|---|---|---|---|
| 27.19. | **Courtney Barber** | **12/4/2019** | **$45,376.64** |

**Name and address of the person who has possession of inventory records**

**Granite City Food & Brewery Ltd.**
**2300 Village Drive West**
**Suite 130**
**Maumee, OH 43537**

| | | | |
|---|---|---|---|
| 27.20. | **JD Harris** | **12/4/2019** | **$61,348.44** |

**Name and address of the person who has possession of inventory records**

**Granite City Food & Brewery Ltd.**
**1864 West McEwen Drive**
**Franklin, TN 37067**

Debtor   **Granite City Food & Brewery Ltd.**                                    Case number *(if known)* **19-43756**

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.2 1. | **Mike Bohlken** | **12/4/2019** | **$49,416.62** |
| | Name and address of the person who has possession of inventory records | | |
| | **Granite City Food & Brewery Ltd. 1828 Abriter Court Naperville, IL 60563** | | |
| 27.2 2. | **Eric Sredzinski** | **12/4/2019** | **$51,291.19** |
| | Name and address of the person who has possession of inventory records | | |
| | **Granite City Food & Brewery Ltd. 39603 Traditions Drive Northville, MI 48168** | | |
| 27.2 3. | **Stephen Taylor** | **12/4/2019** | **$50,540.82** |
| | Name and address of the person who has possession of inventory records | | |
| | **Granite City Food & Brewery Ltd. 801 Plaza Drive Schaumburg, IL 60173** | | |
| 27.2 4. | **Ryell Bradley** | **12/4/2019** | **$41,418.68** |
| | Name and address of the person who has possession of inventory records | | |
| | **Granite City Food & Brewery Ltd. 200 American Way Oxon Hill, MD 20745** | | |
| 27.2 5. | **Jim Kinzey** | **12/4/2019** | **$50,453.29** |
| | Name and address of the person who has possession of inventory records | | |
| | **Granite City Food & Brewery Ltd. 100 Renaissance Center Suite 1101 Detroit, MI 48243** | | |
| 27.2 6. | **Sean Corrigan** | **12/4/2019** | **$47,791.03** |
| | Name and address of the person who has possession of inventory records | | |
| | **Granite City Food & Brewery Ltd. 352 South Avenue Minneapolis, MN 55425** | | |

Debtor   **Granite City Food & Brewery Ltd.**                     Case number *(if known)*  **19-43756**

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.27. | **Rich Travis** | **12/4/2019** | **$54,977.60** |

Name and address of the person who has possession of inventory records

**Granite City Food & Brewery Ltd.**
**The Palms at Town & Country**
**11735 Sherri Lane**
**Miami, FL 33183**

| | | Date of inventory | |
|---|---|---|---|
| 27.28. | **Joey Himes** | **12/4/2019** | **$55,122.53** |

Name and address of the person who has possession of inventory records

**Granite City Food & Brewery Ltd.**
**186 Fleet Street**
**Oxon Hill, MD 20745**

| | | | |
|---|---|---|---|
| 27.29. | **Anna Brailey** | **12/4/2019** | **$40,925.22** |

Name and address of the person who has possession of inventory records

**Granite City Food & Brewery Ltd.**
**1060 Settlers Ridge Center Drive**
**Pittsburgh, PA 15205**

| | | | |
|---|---|---|---|
| 27.30. | **Corey Burkey** | **12/4/2019** | **$0** |

Name and address of the person who has possession of inventory records

**Granite City Food & Brewery Ltd.**
**1722 Detroit Street**
**Ellsworth, IA 50075**

| | | | |
|---|---|---|---|
| 27.31. | **Denise Lenaghan** | **12/11/2019** | **$40,950.81** |

Name and address of the person who has possession of inventory records

**Granite City Food & Brewery Ltd.**
**3945 2nd Street South**
**Saint Cloud, MN 56301**

| | | | |
|---|---|---|---|
| 27.32. | **Devon Giesen** | **12/11/2019** | **$57,311.17** |

Name and address of the person who has possession of inventory records

**Granite City Food & Brewery Ltd.**
**2620 South Louise Avenue**
**Sioux Falls, SD 57106**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   **Granite City Food & Brewery Ltd.**                                   Case number *(if known)*  **19-43756**

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.3 3. | **Jen Kopperud** | **12/11/2019** | **$55,569.04** |

Name and address of the person who has possession of inventory records

**Granite City Food & Brewery Ltd.**
**1636 SW 42nd Street**
**Fargo, ND 58103**

| | | | |
|---|---|---|---|
| 27.3 4. | **Aaron Helgeson** | **12/11/2019** | **$38,242.49** |

Name and address of the person who has possession of inventory records

**Granite City Food & Brewery Ltd.**
**12801 University Avenue**
**Clive, IA 50325**

| | | | |
|---|---|---|---|
| 27.3 5. | **Mark Mussman** | **12/11/2019** | **$35,263.89** |

Name and address of the person who has possession of inventory records

**Granite City Food & Brewery Ltd.**
**4755 1st Avenue SE**
**Cedar Rapids, IA 52403**

| | | | |
|---|---|---|---|
| 27.3 6. | **David Lewandowski** | **12/11/2019** | **$44,618.80** |

Name and address of the person who has possession of inventory records

**Granite City Food & Brewery Ltd.**
**5270 Utica Ridge Road**
**Davenport, IA 52807**

| | | | |
|---|---|---|---|
| 27.3 7. | **Shane Bauer** | **12/11/2019** | **$46,841.74** |

Name and address of the person who has possession of inventory records

**Granite City Food & Brewery Ltd.**
**6200 "O" Street**
**Lincoln, NE 68510**

| | | | |
|---|---|---|---|
| 27.3 8. | **Pete VonBank** | **12/11/2019** | **$48,077.10** |

Name and address of the person who has possession of inventory records

**Granite City Food & Brewery Ltd.**
**11909 Main Street**
**Osseo, MN 55369**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Granite City Food & Brewery Ltd.**                    Case number *(if known)* **19-43756**

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.39. | **Mike Leahy** | **12/11/2019** | **$39,915.86** |

**Name and address of the person who has possession of inventory records**

**Granite City Food & Brewery Ltd.**
**3330 Pilot Knob Road**
**Saint Paul, MN 55121**

| 27.40. | **Julian Magennis** | **12/11/2019** | **$38,669.90** |
|---|---|---|---|

**Name and address of the person who has possession of inventory records**

**Granite City Food & Brewery Ltd.**
**8461 NW Prairie View Road**
**Kansas City, MO 64153**

| 27.41. | **Andrea Lackner** | **12/11/2019** | **$50,699.06** |
|---|---|---|---|

**Name and address of the person who has possession of inventory records**

**Granite City Food & Brewery Ltd.**
**1701 Village West Parkway**
**Kansas City, KS 66111**

| 27.42. | **David Kirkland** | **12/11/2019** | **$37,806.79** |
|---|---|---|---|

**Name and address of the person who has possession of inventory records**

**Granite City Food & Brewery Ltd.**
**15085 West 119th Street**
**Olathe, KS 66062**

| 27.43. | **Ivan Salgado** | **12/11/2019** | **$37,225.93** |
|---|---|---|---|

**Name and address of the person who has possession of inventory records**

**Granite City Food & Brewery Ltd.**
**1001 North 102nd Street**
**Omaha, NE 68114**

| 27.44. | **Chris Erickson** | **12/11/2019** | **$45,023.41** |
|---|---|---|---|

**Name and address of the person who has possession of inventory records**

**Granite City Food & Brewery Ltd.**
**1595 Highway 36 West**
**Saint Paul, MN 55113**

Debtor   **Granite City Food & Brewery Ltd.**                                    Case number *(if known)*  **19-43756**

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.4 5. | **Brian Androwich** | **12/11/2019** | **$42,289.40** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Granite City Food & Brewery Ltd.**<br>**7140 Harrison Avenue**<br>**Suite 108**<br>**Rockford, IL 61112** |

| | | Date of inventory | Amount |
|---|---|---|---|
| 27.4 6. | **Ashley Serrano** | **12/11/2019** | **$57,015.94** |

Name and address of the person who has possession of inventory records

**Granite City Food & Brewery Ltd.**
**3809 Coldwater Road**
**Fort Wayne, IN 46805**

| 27.4 7. | **Robert Stone Jr.** | **12/11/2019** | **$43,171.54** |
|---|---|---|---|

Name and address of the person who has possession of inventory records

**Granite City Food & Brewery Ltd.**
**West Oaks Shopping Center**
**Saint Louis, MO 63141**

| 27.4 8. | **Greg Jones** | **12/11/2019** | **$54,916.46** |
|---|---|---|---|

Name and address of the person who has possession of inventory records

**Granite City Food & Brewery Ltd.**
**699 West Big Beaver Road**
**Troy, MI 48084**

| 27.4 9. | **Courtney Barber** | **12/11/2019** | **$42,541.23** |
|---|---|---|---|

Name and address of the person who has possession of inventory records

**Granite City Food & Brewery Ltd.**
**2300 Village Drive West**
**Suite 130**
**Maumee, OH 43537**

| 27.5 0. | **JD Harris** | **12/11/2019** | **$57,754.39** |
|---|---|---|---|

Name and address of the person who has possession of inventory records

**Granite City Food & Brewery Ltd.**
**1864 West McEwen Drive**
**Franklin, TN 37067**

| Debtor | **Granite City Food & Brewery Ltd.** | | Case number *(if known)* **19-43756** |
|---|---|---|---|

| | **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|---|
| 27.5 1. | **Mike Bohlken** | **12/11/2019** | **$43,105.22** |
| | **Name and address of the person who has possession of inventory records** | | |
| | **Granite City Food & Brewery Ltd.**<br>**1828 Abriter Court**<br>**Naperville, IL 60563** | | |
| 27.5 2. | **Eric Sredzinski** | **12/11/2019** | **$53,148.52** |
| | **Name and address of the person who has possession of inventory records** | | |
| | **Granite City Food & Brewery Ltd.**<br>**39603 Traditions Drive**<br>**Northville, MI 48168** | | |
| 27.5 3. | **Stephen Taylor** | **12/11/2019** | **$46,704.69** |
| | **Name and address of the person who has possession of inventory records** | | |
| | **Granite City Food & Brewery Ltd.**<br>**801 Plaza Drive**<br>**Schaumburg, IL 60173** | | |
| 27.5 4. | **Ryan Bradley** | **12/11/2019** | **$39,514.78** |
| | **Name and address of the person who has possession of inventory records** | | |
| | **Granite City Food & Brewery Ltd.**<br>**200 American Way**<br>**Oxon Hill, MD 20745** | | |
| 27.5 5. | **Jim Kinzey** | **12/11/2019** | **$49,626.36** |
| | **Name and address of the person who has possession of inventory records** | | |
| | **Granite City Food & Brewery Ltd.**<br>**100 Renaissance Center**<br>**Suite 1101**<br>**Detroit, MI 48243** | | |
| 27.5 6. | **Sean Corrigan** | **12/11/2019** | **$44,370.80** |
| | **Name and address of the person who has possession of inventory records** | | |
| | **Granite City Food & Brewery Ltd.**<br>**352 South Avenue**<br>**Minneapolis, MN 55425** | | |

Debtor   **Granite City Food & Brewery Ltd.**                    Case number *(if known)*   **19-43756**

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.57. | **Rich Travis** | **12/11/2019** | **$54,049.88** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Granite City Food & Brewery Ltd.**<br>**The Palms at Town & Country**<br>**11735 Sherri Lane**<br>**Miami, FL 33183** |

| | | Date of inventory | The dollar amount |
|---|---|---|---|
| 27.58. | **Joey Himes** | **12/11/2019** | **$53,472.97** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Granite City Food & Brewery Ltd.**<br>**186 Fleet Street**<br>**Oxon Hill, MD 20745** |

| | | Date of inventory | The dollar amount |
|---|---|---|---|
| 27.59. | **Anna Brailey** | **12/11/2019** | **$41,334.16** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Granite City Food & Brewery Ltd.**<br>**1060 Settlers Ridge Center Drive**<br>**Pittsburgh, PA 15205** |

| | | Date of inventory | The dollar amount |
|---|---|---|---|
| 27.60. | **Corey BUrkey** | **12/11/2019** | **$0** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Granite City Food & Brewery Ltd.**<br>**1722 Detroit Street**<br>**Ellsworth, IA 50075** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **LYNCH, RICHARD H.** | **2730 W LAKE ST**<br>**Unit 610**<br>**Minneapolis, MN 55419** | **Chief Executive Officer and Director** | **5%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **HJELSETH, NATHAN G.** | **210 SUNSET BLVD**<br>**Waconia, MN 55387** | **Chief Financial Officer and Director** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Doran, Robert J.** | **1685 Hampton Course**<br>**Saint Charles, IL 60174** | **Director** | **Less than 1%** |

Debtor   **Granite City Food & Brewery Ltd.**                    Case number *(if known)*   **19-43756**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **McGowan, Eugene E.** | **350 South Main Avenue #605 Sioux Falls, SD 57104** | **Director and Control Person** | **14.6%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Concept Development Partners LLC** | **3879 Maple Avenue #400 Dallas, TX 75219** | **Control Person** | **78.5%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **DHW Leasing, L.L.C.** | **350 South Main Avenue #605 Sioux Falls, SD 57104** | **Control Person** | **11.6%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Bashour, Fouad Z.** | **6335 Brookshire Drive Dallas, TX 75230** | **Chairman of Board** | **5/10/11-9/26/19** |
| **Staenberg, Michael H.** | **2127 Innerbelt Business Center Drive #310 Saint Louis, MO 63114** | **Director** | **5/10/11-9/26/19** |
| **Carrington, Jr., H.G.** | **4301 Potomac Avenue Dallas, TX 75205** | **Director** | **4/22/14-9/26/19** |
| **Rager, Jeff** | **1008 Dockway Drive Huron, OH 44839** | **Chief Financial Officer** | **7/16/14-1/20/19** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

Debtor   **Granite City Food & Brewery Ltd.**    Case number *(if known)*  **19-43756**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Carrington, Carey**<br>**4301 Potomac Avenue**<br>**Dallas, TX 75205** | **51,287.32** | **various** | |
| | Relationship to debtor<br>**Director** | | | |
| 30.2. | **McGowan, Sr., Eugene E.**<br>**350 South Main Avenue**<br>**#605**<br>**Sioux Falls, SD 57104** | **49,215.97** | **Various** | |
| | Relationship to debtor<br>**Director** | | | |
| 30.3. | **Bashour, Fouad**<br>**6335 Brookshire Drive**<br>**Dallas, TX 75203** | **56,869.77** | **various** | |
| | Relationship to debtor<br>**Director** | | | |
| 30.4. | **Rager, Jeff**<br>**1008 Dockway Drive**<br>**Huron, OH 44839** | **66,063.22** | **various** | **salary** |
| | Relationship to debtor<br>**Former Chief Financial Officer** | | | |
| 30.5. | **Staenberg, Michael H.**<br>**2127 Innerbelt Business Center Drive**<br>**#310**<br>**Saint Louis, MO 63114** | **40,000.00** | **Various** | |
| | Relationship to debtor<br>**Director** | | | |
| 30.6. | **HJELSETH, NATHAN G.**<br>**210 SUNSET BLVD**<br>**Waconia, MN 55387** | **222,546.74** | **Various** | **salary** |
| | Relationship to debtor<br>**Chief Financial Officer and Director** | | | |
| 30.7. | **LYNCH, RICHARD H.**<br>**2730 W LAKE ST**<br>**Unit 610**<br>**Minneapolis, MN 55419** | **557,464.83** | **various** | **salary** |
| | Relationship to debtor<br>**Chief Executive Officer and Director** | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor   **Granite City Food & Brewery Ltd.**                          Case number *(if known)*   **19-43756**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.8.   **Doran, Robert J.**<br>**1685 Hampton Course**<br>**Saint Charles, IL 60174** | **45,206.84** | **various** | |
| **Relationship to debtor**<br>**Director** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 13, 2020**

**/s/ Richard H. Lynch**                          **Richard H. Lynch**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Chief Executive Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

| Concept | Store # | | City | State | Zip | Phone | Open Date | SC Mall | Approx. RT Value |
|---|---|---|---|---|---|---|---|---|---|
| GC | 29 | 1864 West McEwen Drive | Franklin | TN | 37067 | 615-435-1949 | 02/05/13 | Indoor | $ 10,000.00 |
| GC | 2 | 2620 S Louise Ave | Sioux Falls | SD | 57106 | 605-362-0000 | 12/18/00 | N/A | N/A |
| CR | 305 | 1060 Settlers Ridge Center Drive | Pittsburgh | PA | 15205 | 412-788-0777 | 06/01/12 | Indoor | $ 10,000.00 |
| GC | 26 | 2300 Village Drive West, Suite 130 (Toledo) | Maumee | OH | 43537 | 419-878-9050 | 02/12/08 | Indoor | $ 10,000.00 |
| GC | 7 | 6200 "O" Street | Lincoln | NE | 68510 | 402-466-1900 | 05/04/04 | Indoor | $ 10,000.00 |
| GC | 15 | 1001 North 102nd St | Omaha | NE | 68114 | 402-393-5000 | 10/17/06 | Indoor | $ 10,000.00 |
| GC | 3 | 1636 SW 42nd St. | Fargo | ND | 58103 | 701-293-3000 | 11/20/01 | N/A | N/A |
| GC | 11 | 8461 NW Prarie View Rd. (Zona Rosa) | Kansas City | MO | 64153 | 816-587-3838 | 11/15/05 | Indoor | $ 10,000.00 |
| GC | 24 | 11411 Olive Street | Creve Coeur | MO | 63141 | 314-432-3535 | 01/15/08 | Indoor | $ 10,000.00 |
| CR | 300 | 352 South Avenue (MOA) | Bloomington | MN | 55425 | 952-854-1004 | 11/28/11 | N/A | N/A |
| GC | 1 | 3945 2nd St. S | St. Cloud | MN | 56301 | 320-203-9000 | 06/01/99 | Indoor | $ 10,000.00 |
| GC | 8 | 11909 Main Street | Maple Grove | MN | 55369 | 763-416-0010 | 06/22/04 | Indoor | $ 10,000.00 |
| GC | 10 | 3330 Pilot Knob Rd. | Eagan | MN | 55121 | 651-452-4600 | 09/20/05 | Indoor | $ 10,000.00 |
| GC | 17 | 1595 Highway 36 W, Space 1005 | Roseville | MN | 55113 | 651-209-3500 | 11/03/06 | Indoor | $ 10,000.00 |
| GC | 25 | 699 W. Big Beaver Road | Troy | MI | 48084 | 248-519-1040 | 05/08/12 | Indoor | $ 10,000.00 |
| GC | 33 | 39603 Traditions Drive | Northville | MI | 48168 | 248-662-3400 | 04/08/15 | Indoor | $ 10,000.00 |
| GC | 36 | 100 Renaissance Center - Suite 1102 | Detroit | MI | 48243 | 313-309-9120 | 02/10/16 | Indoor | $ 10,000.00 |
| CR | 302 | 186 Fleet Street (National Harbor) | Oxon Hill | MD | 20745 | 301-839-1100 | 12/28/11 | Indoor | $ 10,000.00 |
| GC | 35 | 200 American Way | Oxon Hill | MD | 20745 | 240-493-3900 | 5/6/2015 | Indoor | $ 10,000.00 |
| GC | 12 | 1701 Village West Parkway (Legends) | Kansas City | KS | 66111 | 913-334-2255 | 01/31/06 | Indoor | $ 10,000.00 |
| GC | 13 | 15085 W 119th Street | Olathe | KS | 66062 | 913-829-6060 | 03/28/06 | Indoor | $ 10,000.00 |
| GC | 22 | 3809 Coldwater Rd | Fort Wayne | IN | 46805 | 260-471-3030 | 01/29/08 | Indoor | $ 10,000.00 |
| GC | 20 | 7140 Harrison Avenue, Suite 108 (Rockford) | Cherry Valley | IL | 61112 | 815-332-7070 | 07/03/07 | Indoor | $ 10,000.00 |
| GC | 32 | 1828 Abriter Court | Naperville | IL | 60563 | 630-544-3700 | 10/29/14 | Indoor | $ 10,000.00 |
| GC | 34 | 801 Plaza Dr. | Schaumburg | IL | 60173 | 630-523-5700 | 02/25/15 | Indoor | $ 10,000.00 |
| GC | 4 | 12801 University Avenue | Clive | IA | 50325 | 515-224-1300 | 09/02/03 | Indoor | $ 10,000.00 |
| GC | 5 | 4755 1st Avenue SE | Cedar Rapids | IA | 52403 | 319-395-7500 | 11/18/03 | Indoor | $ 10,000.00 |
| GC | 6 | 5270 Utica Ridge Road | Davenport | IA | 52807 | 563-344-9700 | 01/27/04 | Indoor | $ 10,000.00 |
| CR | 301 | 11735 Sherri Lane (Kendall) | Miami | FL | 33183 | 305-279-3700 | 12/28/11 | Indoor | $ 10,000.00 |

| Address | City | State | Zip Code | Plan Type | Tank Count | Cyl Inv | Xactmix Qty | XactN2 Qty | MK9 Unit Qty | MK10 Unit Qty | CO2 Sensor Qty | Heat Exchange (Evaporator) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5270 UTICA RIDGE RD | DAVENPORT | IA | 528073872 | ELP | 2 | 3 | 1 | 1 | 0 | 0 | 0 | 0 |
| 1636 42ND ST S | FARGO | ND | 581033324 | ELP | 2 | 3 | 1 | 1 | 0 | 0 | 0 | 0 |
| 1595 HIGHWAY 36 WSPACE 1005 | ROSEVILLE | MN | 55113 | ELP | 2 | 1 | 1 | 1 | 0 | 0 | 0 | 0 |
| 7140 HARRISON AVE | ROCKFORD | IL | 611121013 | ELP | 2 | 3 | 1 | 1 | 0 | 0 | 0 | 0 |
| 11411 OLIVE BLVD | CREVE COEUR | MO | 631417108 | ELP | 1 | 4 | 1 | 1 | 0 | 0 | 0 | 0 |
| 3809 COLDWATER RD | FORT WAYNE | IN | 468051101 | ELP | 1 | 1 | | | 0 | 0 | 0 | 0 |
| 2300 VILLAGE DR WSUITE 130 | MAUMEE | OH | 435377550 | ELP | 2 | | | 1 | 0 | 0 | 0 | 0 |
| 3945 2ND STREET S | SAINT CLOUD | MN | 56301 | ELP | 1 | 7 | 1 | 1 | 0 | 0 | 0 | 0 |
| 2620 S LOUISE AVE | SIOUX FALLS | SD | 57104 | ELP | 1 | | 1 | 1 | 0 | 0 | 0 | 0 |
| 12801 UNIVERSITY AVE | CLIVE | IA | 50325 | PPA | | 3 | 1 | 1 | 0 | 0 | 0 | 0 |
| 4755 1ST AVE SE | CEDAR RAPIDS | IA | 52403 | PPA | | | 1 | 1 | 0 | 0 | 0 | 0 |
| 6200 O STREET | LINCOLN | NE | 68510 | ELP | 2 | | 1 | 1 | 0 | 2 | 0 | 0 |
| 11909 MAIN ST | MAPLE GROVE | MN | 55369 | ELP | 1 | 2 | | 1 | 0 | 0 | 0 | 0 |
| 3330 PILOT KNOB RD | EAGAN | MN | 55121 | ELP | 1 | 5 | 1 | 1 | 0 | 0 | 0 | 0 |
| 8461 NW PRARIE VIEW RDZONA ROSA | KANSAS CITY | MO | 64153 | PPA | | | 1 | 1 | 0 | 0 | 0 | 0 |
| 1701 VILLAGE WEST PARKWAYLEGENDS | KANSAS CITY | KS | 66111 | PPA | | | 1 | 1 | 0 | 0 | 0 | 0 |
| 15085 W 119TH STREET | OLATHE | KS | 66062 | PPA | | | 1 | 1 | 0 | 0 | 0 | 0 |
| 1001 NORTH 102ND STREET | OMAHA | NE | 68114 | PPA | | | 1 | 1 | 0 | 0 | 0 | 0 |
| 699 W BIG BEAVER ROAD | TROY | MI | 48084 | ELP | 2 | | 1 | 1 | 0 | 0 | 0 | 0 |
| 352 SOUTH AVE | BLOOMINGTON | MN | 55425 | BOC | | 2 | 1 | 1 | 0 | 0 | 0 | 0 |
| 11735 SHERRI LN | MIAMI | FL | 33183 | ELP | 1 | | 1 | 1 | 0 | 0 | 0 | 0 |
| 1060 SETTLERS RIDGE DR | PITTSBURGH | PA | 15205 | ELP | 1 | | 1 | 1 | 0 | 0 | 0 | 0 |
| 186 FLEET ST (NATIONAL HARBOR) | OXON HILL | MD | 20745 | ELP | 2 | | 1 | 1 | 0 | 0 | 0 | 0 |
| 1864 W MCEWEN DR | FRANKLIN | TN | 37067 | ELP | 2 | | 1 | 1 | 0 | 0 | 0 | 0 |
| 1828 ABRITER CT | NAPERVILLE | IL | 60563 | ELP | 2 | | 1 | 1 | 0 | 0 | 0 | 0 |
| 39603 TRADITIONS DRIVE | NORTHVILLE | MI | 48167 | ELP | 2 | | 1 | 1 | 0 | 0 | 0 | 0 |
| 200 AMERICAN WAY | OXON HILL | MD | 20745 | ELP | 2 | | 1 | 1 | 0 | 0 | 0 | 0 |
| 801 PLAZA DR | SCHAUMBURG | IL | 601734919 | ELP | 2 | | 1 | 1 | 1 | 0 | 1 | 0 |
| 100 RENAISSANCE CENTERSUITE 1102 | DETROIT | MI | 48243 | ELP | 2 | | 1 | 1 | 0 | 0 | 0 | 1 |

**From:** Jonathan Baza <JBaza@nuco2.com>
**Sent:** Tuesday, November 05, 2019 5:36 PM
**To:** Onesimo Aleman <OAleman@GCFB.NET>
**Subject:** RE: Suppler Assets at Granite City and Cadillac Ranch Restaurants - NuCo2

Hello Oni,

Attached is the store listing with all the equipment that each location has. NuCO2's equipment consist of: Bulk tanks, Xactmix (beer blender), XactN2 (Nitrogen Generator), MK9 & MK10 CO2 leak detections, and one location has a heat exchange (evaporator). NuCO2 has patented designed equipment for our beer equipment so I do not have an approximate value to provide to you and I requested the information. Utilizing information from the internet gas blenders range similar run $1,300 and up and nitrogen generators run and nitrogen generators range from $12,000 and up. Bulk tanks range between $3,500-$8,000 depending on the size and capabilities. Heat Exchange units range from $8,500 and up.

| | Equip Value | Depr per Month |
|---|---|---|
| | 42,241.01 | |

| Description | Item# | Accou | Life(In M | InitialValue | CBV | State | Address1 | Address2 | Addres | City | County | ZipCode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TWN AP BRWR: D1000GH13A0 | 58100169 | 711 | 60 | | 313.64 | IL | 14035 S LA GRANGE RD | | | ORLAND PARK | | 60462 |
| HC: PC-1D-10-02: 120V/15 SLC | 5899762 | 714 | 36 | 500.00 | | KS | 15085 W 119TH ST | | | OLATHE | | 66062 |
| HC: HC-1D-10-02: 120V/15A, SCH | 5892882 | 711 | 36 | 500.00 | | IA | 4755 1ST AVE SE | | | CEDAR RAPIDS | | 52402-3211 |
| TEA: TCTPS10000: 120V/15A, C | 5890803 | 714 | 36 | 720.39 | | IA | 4755 1ST AVE SE | | | CEDAR RAPIDS | | 52402-3211 |
| HC: PC-1D-10-02: 120V/15 SLC | 5899762 | 714 | 36 | 500.00 | | KS | 1701 VILLA(LEGENDS MALL | | | KANSAS CITY | | 66111-1879 |
| HC: PC-1D-10-02: 120V/15 SLC | 5899762 | 714 | 36 | 500.00 | | MO | 8461 NW PRAIRIE VIEW RD | | | KANSAS CITY | | 64153-1842 |
| HC: HC-1D-10-01: 120V/15 | 5891116 | 714 | 36 | | | IN | 150 W 96TH ST | | | CARMEL | | 46032-9661 |
| TEA: TCTCS10000: 120V/15A, C | 5890803 | 714 | 36 | 720.39 | | IL | 7144 HARRISON AVE | | | ROCKFORD | | 61112 |
| TWN AP BRWR: FBD1000GT13 | 5890702 | 711 | 36 | 1,062.00 | | MN | 3330 PILOT KNOB RD | | | SAINT PAUL | | 55121-2055 |
| SNGL AP BRWR: FBD500GT62/ | 5890702 | 711 | 36 | 624.00 | | MN | 3330 PILOT KNOB RD | | | SAINT PAUL | | 55121-2055 |
| TEA: TCTPS10000: 120V/15A, C | 5890803 | 714 | 36 | 720.39 | | MO | 8461 NW PRAIRIE VIEW RD | | | KANSAS CITY | | 64153-1842 |
| TWN AP BRWR: FBD1000GT13 | 5890451 | 711 | 36 | 1,062.00 | | KS | 1701 VILLA(LEGENDS MALL | | | KANSAS CITY | | 66111-1879 |
| TWN AP BRWR: FBD1000GT63 | 5890625 | 714 | 36 | 14.41 | | KS | 15085 W 119TH ST | | | OLATHE | | 66062 |
| TWN AP BRWR: FBD1000GT63 | 5890625 | 714 | 36 | 28.82 | | SD | 2620 SO LOUISE AVE. | | | SIOUX FALLS | | 57104 |
| SNGL AP BRWR: FBD500GT62/ | 5890702 | 714 | 36 | 28.82 | | MN | 851 ROSEDALE SHOPPING C | | | SAINT PAUL | | 55113-2093 |
| 1/NOL. SCTCTDP-35S-10: 120/ | 5894631 | 714 | 36 | 500.00 | | IA | 1281 UNIVERSITY AVENUE | | | CLIVE | | 50325 |
| SNGL AP BRWR: FBD500GT62/ | 5890702 | 711 | 36 | | | MN | 851 ROSEDALE SHOPPING C | | | SAINT PAUL | | 55113-2093 |
| SNGL AP BRWR: FBD500GT62/ | 5890702 | 711 | 36 | | | OH | LEGACY LIF 24519 CEDAR RC | | | LYNDHURST | | 44124 |
| SNGL AP BRWR: FBD1000GT13 | 5890451 | 711 | 36 | 100.88 | | NE | 1001 N 102ND ST | | | OMAHA | | 68114-2155 |
| SNGL AP BRWR: D500GT62A0( | 5894042 | 711 | 36 | 72.06 | | NE | 6200 O STREET | | | LINCOLN | | 68510-2240 |
| TWN AP BRWR: FBD1000GT13 | 5890451 | 711 | 36 | 1,062.00 | | IL | 7144 HARRISON AVE | | | ROCKFORD | | 61112 |
| TEA: TCTPS10000: 120V/15A, C | 5890803 | 711 | 36 | 122.50 | | MN | 11909 MAIN STREET NORTH | | | OSSEO | | 55369-7098 |
| TWN AP BRWR: FBD1000GT13 | 5890451 | 711 | 36 | | | IL | 230 CONFERENCE CENTER | | | EAST PEORIA | | 61611-0000 |
| TWN AP BRWR: FBD1000GT13 | 5890451 | 714 | 36 | 1,062.00 | | ND | 1636 42ND ST S | | | FARGO | | 58103-3324 |
| TEA: FBTCTS10000: STNDRD T | 5893021 | 714 | 36 | 122.50 | | ND | 1636 42ND ST S | | | FARGO | | 58103-3324 |
| TWN AP BRWR: FBD1000GT63 | 5890625 | 711 | 36 | | | OH | LEGACY LIF 24519 CEDAR RC | | | LYNDHURST | | 44124 |
| SNGL AP BRWR: D500GT62A0( | 5894042 | 711 | 36 | 500.00 | | OH | LEGACY LIF 24519 CEDAR RC | | | LYNDHURST | | 44124 |
| TWN AP BRWR: FBD1000GT63 | 5890625-R | 714 | 60 | 330.00 | 326.56 | MO | 8461 NW PRAIRIE VIEW RD | | | KANSAS CITY | | 64153-1842 |
| HC: HC-1D-10-01: 120V/15 | 5891116 | 711 | 36 | 158.52 | | OH | 2300 VILLAGE DR W STE 130 | | | MAUMEE | | 43537-7550 |
| TEA: FBTCTS10000, STNDRD 1 | 5893021-R | 714 | 36 | | | IL | 992 WILLOW RD STE 20 | | | NORTHBROOK | | 60062 |
| TEA: TCTPS10000: 120V/15A, C | 5890803 | 711 | 36 | | | MO | W OAKS SHOPPING CTR 114 | | | SAINT LOUIS | | 63141-7108 |
| TWN AP BRWR: FBD1000GT13 | 5890451 | 711 | 36 | 302.64 | | IN | 3809 COLDWATER RD | | | FORT WAYNE | | 46805-1101 |
| TWN AP BRWR: FBD1000GT13 | 5890451 | 711 | 36 | | | MO | W OAKS SHOPPING CTR 114 | | | SAINT LOUIS | | 63141-7108 |
| TWN AP BRWR: FBD1000GT13 | 5890451 | 711 | 36 | 309.84 | | OH | 2300 VILLAGE DR W STE 130 | | | MAUMEE | | 43537-7550 |
| TWN AP BRWR: D1000-AP-13 | 5899671 | 714 | 36 | | | IN | 150 W 96TH ST | | | CARMEL | | 46032-9661 |
| TWN AP BRWR: FBD1000GT13 | 5890451 | 714 | 36 | | | IN | 6501 GRAPE RD STE 1000 | | | MISHAWAKA | | 46545-1007 |
| TEA: TCTS10070: G3 SHORT, V | 5892310 | 711 | 36 | 281.02 | | SD | 2620 SO LOUISE AVE. | | | SIOUX FALLS | | 57104 |
| TEA: FBTCTS10000, STNDRD 1 | 5893021-R | 714 | 36 | 376.04 | | OH | 2300 VILLAGE DR W STE 130 | | | MAUMEE | | 43537-7550 |
| SNGL AP BRWR: FBD500GT62/ | 5890702 | 711 | 36 | 556.86 | | FL | 11735 SHERRI LN | | | MIAMI | | 33183 |
| TEA: TCTPS10000: 120V/15A, C | 5890803 | 714 | 36 | 720.39 | | IL | 801 PLAZA DRIVE | | | SCHAUMBURG | | 60173 |
| TEA: TCTS10070: G3 SHORT, V | 5892310 | 711 | 36 | 603.10 | | MN | 3945 SECOND STREET SOUT | | | SAINT CLOUD | | 56301 |
| TEA: PTTP310000: 120V/15A, S | 5895208 | 711 | 36 | 697.16 | | MN | 851 ROSEDALE SHOPPING C | | | SAINT PAUL | | 55113-2093 |
| TEA: TCTS10070: G3 SHORT, V | 5892310 | 711 | 60 | | | IL | 14035 S LA GRANGE RD | | | ORLAND PARK | | 60462 |
| TWN AP BRWR: FBD1000GT13 | 5890451-R | 711 | 36 | 332.00 | | MN | 3330 PILOT KNOB RD | | | SAINT PAUL | | 55121-2055 |
| SNGL AP BRWR: FBD500GT62/ | 5890702 | 711 | 36 | 503.00 | | ND | 1636 42ND ST S | | | FARGO | | 58103-3324 |
| TEA: FBTCTS10000, STNDRD 1 | 5893021-R | 711 | 36 | 672.00 | | IN | 3809 COLDWATER RD | | | FORT WAYNE | | 46805-1101 |
| TEA: FBTCTS10000, STNDRD 1 | 5893021-R | 714 | 60 | 672.00 | | IA | 5270 UTICA RIDGE ROAD | | | DAVENPORT | | 52807-3872 |
| TEA: FBTCTS10000, STNDRD 1 | 5893021-R | 711 | 36 | 346.00 | | MI | 39603 TRADITIONS DRIVE | | | NORTHVILLE | | 48168 |
| HC: HC-1D-10-01: 120V/15 | 5891116-R | 714 | 36 | 483.18 | | IA | 5270 UTICA RIDGE ROAD | | | DAVENPORT | | 52807-3872 |
| HC: FBCAFEPC1CL10000 | 5895663 | 711 | 36 | 688.00 | | ND | 1636 42ND ST S | | | FARGO | | 58103-3324 |
| TWN AP BRWR: FBD1000GT13 | 5890451-R | 711 | 36 | 420.00 | | NE | 6200 O STREET | | | LINCOLN | | 68510-2240 |
| TEA: FBTCTS10000, STNDRD T | 5893021 | 711 | 36 | | | IL | 230 CONFERENCE CENTER | | | EAST PEORIA | | 61611-0000 |
| TEA: FBTCTS10000, STNDRD 1 | 5893021-R | 711 | 36 | 389.93 | | NE | 6200 O STREET | | | LINCOLN | | 68510-2240 |
| SNGL AP BRWR: FBD500GT62/ | 5890702 | 711 | 36 | 503.00 | | MN | 352 SOUTH AVE | | | BLOOMINGTON | | 55425 |
| TWN AP BRWR: FBD500GT62/ | 5890702 | 711 | 36 | 410.28 | | IA | 4755 1ST AVE SE | | | CEDAR RAPIDS | | 52402-3211 |
| SNGL AP BRWR: FBD500GT62/ | 5890702 | 711 | 36 | 510.00 | | PA | 1060 SETTLERS RIDGE CEN1 | | | PITTSBURGH | | 15205 |
| TEA: FBTCTS10000, STNDRD T | 5893021 | 711 | 36 | 550.00 | | PA | 1060 SETTLERS RIDGE CEN1 | | | PITTSBURGH | | 15205 |
| TEA: FBTCTS10000, STNDRD T | 5893021-R | 711 | 36 | | | IN | 150 W 96TH ST | | | CARMEL | | 46032-9661 |
| TEA: FBTCTS10000, STNDRD 1 | 5893021 | 711 | 36 | 603.10 | | MI | 699 W BIG BEAVER RD | | | TROY | | 48084 |
| TWN AP BRWR: FBD1000GT13 | 5890451 | 714 | 36 | 873.00 | | IA | 5270 UTICA RIDGE ROAD | | | DAVENPORT | | 52807-3872 |
| SNGL AP BRWR: FBD500GT62/ | 5890702 | 711 | 36 | 510.00 | | MI | 100 RENAISSANCE CTR STR | | | DETROIT | | 48243 |
| TEA: FBTCTS10000, STNDRD 1 | 5893021 | 711 | 36 | 603.10 | | KS | 1701 VILLA(LEGENDS MALL | | | KANSAS CITY | | 66111-1879 |
| SNGL AP BRWR: FBD500GT62/ | 5890702 | 711 | 36 | 510.00 | | MI | 699 W BIG BEAVER RD | | | TROY | | 48084 |
| TWN AP BRWR: FBD1000GT13 | 5890451 | 714 | 36 | 873.00 | | IA | 12801 UNIVERSITY AVENUE | | | CLIVE | | 50325 |
| TEA: FBTCTS10000, STNDRD 1 | 5893021 | 711 | 36 | 550.00 | | TN | 1864 W MCEWEN DRIVE | | | FRANKLIN | | 37067 |
| SNGL AP BRWR: FBD500GT62/ | 5890702 | 711 | 36 | 510.00 | | TN | 1864 W MCEWEN DRIVE | | | FRANKLIN | | 37067 |
| HC: HC-1D-10-01: 120V/15 | 5891116-R | 711 | 36 | 471.10 | | TN | 1864 W MCEWEN DRIVE | | | FRANKLIN | | 37067 |
| SNGL SHUTL: FBGEMSS63A10 | 5890617 | 711 | 36 | 965.00 | | TN | 1864 W MCEWEN DRIVE | | | FRANKLIN | | 37067 |
| SNGL AP BRWR: FBD500GT62/ | 5890702 | 711 | 36 | 510.00 | | MI | 100 RENAISSANCE CTR STR | | | DETROIT | | 48243 |
| SNGL AP BRWR: FBD500GT62/ | 5890702 | 711 | 36 | 520.00 | | IN | 49 W MARYLAND ST STE B0: | | | INDIANAPOLIS | | 46204 |
| TEA: FBTCTS10000, STNDRD 1 | 5893021 | 711 | 36 | 520.00 | | IN | 49 W MARYLAND ST STE B0: | | | INDIANAPOLIS | | 46204 |
| TEA: FBTCTS10000, STNDRD 1 | 5893021 | 711 | 36 | 560.00 | | IN | 49 W MARYLAND ST STE B0: | | | INDIANAPOLIS | | 46204 |
| SNGL AP BRWR: FBD500GT62/ | 5890702 | 711 | 36 | 520.00 | 65.06 | MD | 186 FLEET ST | | | OXON HILL | | 20745 |
| TEA: FBTCTS10000, STNDRD 1 | 5893021 | 711 | 36 | 560.00 | | MD | 186 FLEET ST | | | OXON HILL | | 20745 |
| TWN AP BRWR: FBD1000GT13 | 5890451 | 711 | 36 | 885.00 | | MN | 11909 MAIN STREET NORTH | | | OSSEO | | 55369-7098 |
| TEA: FBTCTS10000, STNDRD T | 5893021 | 711 | 36 | 560.00 | | OH | LEGACY LIF 24519 CEDAR RC | | | LYNDHURST | | 44124 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TEA: FBTCTS10000, STNDRD T | 5893021 | 711 | 36 | 560.00 | | IN | 6501 GRAPE RD STE 1000 | MISHAWAKA | 46545-1007 |
| TEA: FBTCTS10000, STNDRD T | 5893021 | 711 | 36 | 560.00 | | IL | 1828 ABRITER CT | NAPERVILLE | 60563-9368 |
| SNGL AP BRWR: FBD500GT62 | 5890702 | 711 | 36 | 520.00 | | IL | 1828 ABRITER CT | NAPERVILLE | 60563-9368 |
| SNGL AP BRWR: FBD500GT62 | 5890702 | 711 | 36 | 520.00 | | IL | 1828 ABRITER CT | NAPERVILLE | 60563-9368 |
| TEA: FBTCTS10000, STNDRD T | 5893021 | 711 | 36 | 560.00 | | MD | 200 AMERICAN WAY | OXON HILL | 20745 |
| TEA: FBTCTS10000, STNDRD T | 5893021 | 711 | 36 | 560.00 | | KS | 15085 W 119TH ST | OLATHE | 66062 |
| TEA: RTB BREWER ROTATING | 58100363 | 711 | 36 | 565.00 | 55.73 | MI | 100 RENAISSANCE CTR STR | DETROIT | 48243 |
| SNGL AP BRWR: FBD500GT62 | 5890702 | 711 | 36 | 520.00 | | MD | 200 AMERICAN WAY | OXON HILL | 20745 |
| SNGL AP BRWR: FBD500GT62 | 5890702 | 711 | 36 | 520.00 | 22.32 | IL | 801 PLAZA DRIVE | SCHAUMBURG | 60173 tea |
| SNGL AP BRWR: FBD500GT62 | 5890702 | 711 | 36 | 520.00 | 36.09 | MI | 39603 TRADITIONS DRIVE | NORTHVILLE | 48168 |
| SNGL AP BRWR: FBD500GT62 | 5890702 | 711 | 36 | 520.00 | 36.09 | MI | 39603 TRADITIONS DRIVE | NORTHVILLE | 48168 |
| SNGL AP BRWR: FBD500GT62 | 5890702 | 711 | 36 | 520.00 | 22.32 | IL | 801 PLAZA DRIVE | SCHAUMBURG | 60173 |
| SNGL SHUTL: FBGEMSS63A10 | 5890617 | 711 | 36 | 965.00 | 165.68 | MD | 200 AMERICAN WAY | OXON HILL | 20745 |
| TEA: FBTCTS10000, STNDRD T | 5893021 | 711 | 60 | 560.00 | 420.69 | NE | 1001 N 102ND ST | OMAHA | 68114-2155 |
| BREWER ICED TEA EXTENDEI | 2000502-R | 714 | 36 | 433.37 | | IA | 12801 UNIVERSITY AVENUE | CLIVE | 50325 |
| BREWER ICED TEA EXTENDEI | 2000502-R | 714 | 36 | 329.22 | | IA | 12801 UNIVERSITY AVENUE | CLIVE | 50325 |

| Sales Org Lvl 5 (Chain) | ccr_acn__c | name | Address* | City* | State | ZIP* | Serial Number* | IC Code* | Item Description* | install_date | Units | Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001611999 - GRANITE CITY COPERATE OFFI | 1810657 | GRANITE CITY | 100 RENAISSANCE CTR STE 110 | DETROIT | MI | 48243 | ZLN866909D | 45748 | DI BEV2323100-8FL45LEPCSGLW | 1/12/2016 | 1 | $3,804.35 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1810657 | GRANITE CITY | 100 RENAISSANCE CTR STE 110 | DETROIT | MI | 48243 | ZLN867592K | 45748 | DI BEV2323100-8FL45LEPCSGLW | 1/12/2016 | 1 | $3,804.35 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1810657 | GRANITE CITY | 100 RENAISSANCE CTR STE 110 | DETROIT | MI | 48243 | ZLN872373D | 45748 | DI BEV2323100-8FL45LEPCSGLW | 1/12/2016 | 1 | $3,804.34 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1810657 | GRANITE CITY | 100 RENAISSANCE CTR STE 110 | DETROIT | MI | 48243 | ZLN891701Z | 45992 | CB BEV PUMP LL 1/3HP 8' | 1/12/2016 | 1 | $386.01 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1810657 | GRANITE CITY | 100 RENAISSANCE CTR STE 110 | DETROIT | MI | 48243 | ZLN891704K | 45992 | CB BEV PUMP LL 1/3HP 8' | 1/12/2016 | 1 | $386.01 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1810657 | GRANITE CITY | 100 RENAISSANCE CTR STE 110 | DETROIT | MI | 48243 | ZLN891709V | 45992 | CB BEV PUMP LL 1/3HP 8' | 1/12/2016 | 1 | $386.01 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1810657 | GRANITE CITY | 100 RENAISSANCE CTR STE 110 | DETROIT | MI | 48243 | ZLN891711S | 45992 | CB BEV PUMP LL 1/3HP 8' | 1/12/2016 | 1 | $386.01 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1810657 | GRANITE CITY | 100 RENAISSANCE CTR STE 110 | DETROIT | MI | 48243 | ZNN108193F | 46282 | WB - Freestyle 4.4 GAL | 1/12/2016 | 1 | $467.51 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1810657 | GRANITE CITY | 100 RENAISSANCE CTR STE 110 | DETROIT | MI | 48243 | ZNN0993604 | 41568 | CB FF100 NEW1022BFP | 1/12/2016 | 1 | $348.48 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1810657 | GRANITE CITY | 100 RENAISSANCE CTR STE 110 | DETROIT | MI | 48243 | ZNN1112000 | 41568 | CB FF100 NEW1022BFP | 1/12/2016 | 1 | $348.48 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1440725 | GRANITE CITY FOOD AND BREWERY | 3330 PILOT KNOB RD | EAGAN | MN | 55121-2055 | ZLN809413K | 45748 | DI BEV2323100-8FL45LEPCSGLW | 3/4/2013 | 1 | $1,032.72 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1440725 | GRANITE CITY FOOD AND BREWERY | 3330 PILOT KNOB RD | EAGAN | MN | 55121-2055 | ZLN810776M | 45992 | CB BEV PUMP LL 1/3HP 8' | 3/4/2013 | 1 | $104.37 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1440725 | GRANITE CITY FOOD AND BREWERY | 3330 PILOT KNOB RD | EAGAN | MN | 55121-2055 | ZLN8095814 | 45748 | DI BEV2323100-8FL45LEPCSGLW | 3/4/2013 | 1 | $1,032.72 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1440725 | GRANITE CITY FOOD AND BREWERY | 3330 PILOT KNOB RD | EAGAN | MN | 55121-2055 | ZLN8107731 | 45992 | CB BEV PUMP LL 1/3HP 8' | 3/4/2013 | 1 | $104.37 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1440725 | GRANITE CITY FOOD AND BREWERY | 3330 PILOT KNOB RD | EAGAN | MN | 55121-2055 | ZMC9323950 | 41568 | CB FF100 NEW1022BFP | 3/4/2013 | 1 | $96.28 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1441511 | GRANITE CITY FOOD AND BREWERY | 1001 N 102ND ST | OMAHA | NE | 68114 | ZLN822581D | 45992 | CB BEV PUMP LL 1/3HP 8' | 2/5/2014 | 1 | $196.45 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1441511 | GRANITE CITY FOOD AND BREWERY | 1001 N 102ND ST | OMAHA | NE | 68114 | ZLN824053J | 45748 | DI BEV2323100-8FL45LEPCSGLW | 2/5/2014 | 1 | $1,944.04 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1441511 | GRANITE CITY FOOD AND BREWERY | 1001 N 102ND ST | OMAHA | NE | 68114 | ZMC9712077 | 41568 | CB FF100 NEW1022BFP | 2/5/2014 | 1 | $176.71 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1441511 | GRANITE CITY FOOD AND BREWERY | 1001 N 102ND ST | OMAHA | NE | 68114 | ZMC9799232 | 41568 | CB FF100 NEW1022BFP | 2/5/2014 | 1 | $181.24 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1441511 | GRANITE CITY FOOD AND BREWERY | 1001 N 102ND ST | OMAHA | NE | 68114 | ZMC9849221 | 41568 | CB FF100 NEW1022BFP | 2/5/2014 | 1 | $181.24 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1441589 | GRANITE CITY FOOD AND BREWERY | 6200 O ST | LINCOLN | NE | 68510 | ZLN811677D | 45748 | DI BEV2323100-8FL45LEPCSGLW | 3/18/2013 | 1 | $1,592.76 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1441589 | GRANITE CITY FOOD AND BREWERY | 6200 O ST | LINCOLN | NE | 68510 | ZLN8126255 | 45992 | CB BEV PUMP LL 1/3HP 8' | 3/18/2013 | 1 | $160.96 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1441589 | GRANITE CITY FOOD AND BREWERY | 6200 O ST | LINCOLN | NE | 68510 | ZMC928030N | 41568 | CB FF100 NEW1022BFP | 3/18/2013 | 1 | $148.48 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1441589 | GRANITE CITY FOOD AND BREWERY | 6200 O ST | LINCOLN | NE | 68510 | ZMC9280338 | 41568 | CB FF100 NEW1022BFP | 3/18/2013 | 1 | $148.49 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1441714 | GRANITE CITY FOOD AND BREWERY | 1595 HIGHWAY 36 W STE 1005 | ROSEVILLE | MN | 55113 | ZLA149425H | 45749R | DI BEV2323100-830LESSFLXSS | 1/9/2014 | 1 | $1,340.93 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1441714 | GRANITE CITY FOOD AND BREWERY | 1595 HIGHWAY 36 W STE 1005 | ROSEVILLE | MN | 55113 | ZLA1497692 | 45749R | DI BEV2323100-830LESSFLXSS | 1/9/2014 | 1 | $1,340.95 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1441714 | GRANITE CITY FOOD AND BREWERY | 1595 HIGHWAY 36 W STE 1005 | ROSEVILLE | MN | 55113 | ZLN822512L | 45992 | CB BEV PUMP LL 1/3HP 8' | 1/9/2014 | 1 | $169.37 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1441714 | GRANITE CITY FOOD AND BREWERY | 1595 HIGHWAY 36 W STE 1005 | ROSEVILLE | MN | 55113 | ZLN822518R | 45992 | CB BEV PUMP LL 1/3HP 8' | 1/9/2014 | 1 | $169.37 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1441714 | GRANITE CITY FOOD AND BREWERY | 1595 HIGHWAY 36 W STE 1005 | ROSEVILLE | MN | 55113 | ZMC998420P | 41568 | CB FF100 NEW1022BFP | 1/9/2014 | 1 | $156.27 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1441714 | GRANITE CITY FOOD AND BREWERY | 1595 HIGHWAY 36 W STE 1005 | ROSEVILLE | MN | 55113 | ZMC9686059 | 43479 | WB 1004.4GAL | 1/9/2014 | 1 | $209.34 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1446759 | GRANITE CITY FOOD AND BREWERY | 12801 UNIVERSITY AVE | CLIVE | IA | 50325-8219 | ZLN809569E | 45748 | DI BEV2323100-8FL45LEPCSGLW | 4/23/2013 | 1 | $1,090.62 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1446759 | GRANITE CITY FOOD AND BREWERY | 12801 UNIVERSITY AVE | CLIVE | IA | 50325-8219 | ZLN8110816 | 45992 | CB BEV PUMP LL 1/3HP 8' | 4/23/2013 | 1 | $110.21 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1446759 | GRANITE CITY FOOD AND BREWERY | 12801 UNIVERSITY AVE | CLIVE | IA | 50325-8219 | ZMC912097V | 41568 | CB FF100 NEW1022BFP | 4/23/2013 | 1 | $101.68 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1446759 | GRANITE CITY FOOD AND BREWERY | 12801 UNIVERSITY AVE | CLIVE | IA | 50325-8219 | ZNN255604D | 41568 | CB FF100 NEW1022BFP | 11/1/2018 | 1 | $298.08 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1446759 | GRANITE CITY FOOD AND BREWERY | 12801 UNIVERSITY AVE | CLIVE | IA | 50325-8219 | ZSI275305P | 42036 | DI 2217-60-630LESSFLXSS | 11/1/2018 | 1 | $2,009.47 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1448584 | GRANITE CITY FOOD AND BREWERY | 3809 COLDWATER RD | FORT WAYNE | IN | 46805 | ZLN849130K | 45748 | DI BEV2323100-8FL45LEPCSGLW | 10/7/2014 | 1 | $1,432.92 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1448584 | GRANITE CITY FOOD AND BREWERY | 3809 COLDWATER RD | FORT WAYNE | IN | 46805 | ZLN850187C | 45992 | CB BEV PUMP LL 1/3HP 8' | 10/7/2014 | 1 | $145.41 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1538146 | GRANITE CITY FOOD AND BREWERY | 150 W 96TH ST | INDIANAPOLIS | IN | 46260 | ZLN874312Q | 45748 | DI BEV2323100-8FL45LEPCSGLW | 4/13/2016 | 1 | $2,570.61 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1538146 | GRANITE CITY FOOD AND BREWERY | 150 W 96TH ST | INDIANAPOLIS | IN | 46260 | ZLN874314G | 45748 | DI BEV2323100-8FL45LEPCSGLW | 4/13/2016 | 1 | $2,570.61 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1538146 | GRANITE CITY FOOD AND BREWERY | 150 W 96TH ST | INDIANAPOLIS | IN | 46260 | ZLN903041W | 45992 | CB BEV PUMP LL 1/3HP 8' | 4/13/2016 | 1 | $260.82 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1538146 | GRANITE CITY FOOD AND BREWERY | 150 W 96TH ST | INDIANAPOLIS | IN | 46260 | ZLN903050U | 45992 | CB BEV PUMP LL 1/3HP 8' | 4/13/2016 | 1 | $260.82 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1538146 | GRANITE CITY FOOD AND BREWERY | 150 W 96TH ST | INDIANAPOLIS | IN | 46260 | ZNN073133W | 43479 | WB 1004.4GAL | 4/13/2016 | 1 | $315.89 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1538146 | GRANITE CITY FOOD AND BREWERY | 150 W 96TH ST | INDIANAPOLIS | IN | 46260 | ZNN125297V | 41568 | CB FF100 NEW1022BFP | 4/13/2016 | 1 | $235.48 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1538146 | GRANITE CITY FOOD AND BREWERY | 150 W 96TH ST | INDIANAPOLIS | IN | 46260 | ZNN125298Q | 41568 | CB FF100 NEW1022BFP | 4/13/2016 | 1 | $235.48 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1563873 | GRANITE CITY FOOD AND BREWERY | 11411 OLIVE BLVD | CREVE COEUR | MO | 63141-7108 | NSR47010270 | 46281 | BG-Mark IV-12BTN/10-82036 | 10/4/2019 | 1 | $0.00 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1563873 | GRANITE CITY FOOD AND BREWERY | 11411 OLIVE BLVD | CREVE COEUR | MO | 63141-7108 | NSR47010271 | 46281 | BG-Mark IV-12BTN/10-82036 | 10/4/2019 | 1 | $0.00 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1563873 | GRANITE CITY FOOD AND BREWERY | 11411 OLIVE BLVD | CREVE COEUR | MO | 63141-7108 | NSR47010272 | 46281 | BG-Mark IV-12BTN/10-82036 | 10/4/2019 | 1 | $0.00 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1563873 | GRANITE CITY FOOD AND BREWERY | 11411 OLIVE BLVD | CREVE COEUR | MO | 63141-7108 | ZLN809435W | 45748 | DI BEV2323100-8FL45LEPCSGLW | 1/20/2014 | 1 | $2,866.97 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1563873 | GRANITE CITY FOOD AND BREWERY | 11411 OLIVE BLVD | CREVE COEUR | MO | 63141-7108 | ZLN822648T | 45992 | CB BEV PUMP LL 1/3HP 8' | 1/20/2014 | 1 | $289.73 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1563873 | GRANITE CITY FOOD AND BREWERY | 11411 OLIVE BLVD | CREVE COEUR | MO | 63141-7108 | ZMC998409U | 41568 | CB FF100 NEW1022BFP | 1/20/2014 | 1 | $267.31 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1587939 | GRANITE CITY FOOD AND BREWERY | 8461 NW PRAIRIE VIEW RD | KANSAS CITY | MO | 64153-1842 | ZLN809576M | 45748 | DI BEV2323100-8FL45LEPCSGLW | 3/19/2013 | 1 | $1,366.62 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1587939 | GRANITE CITY FOOD AND BREWERY | 8461 NW PRAIRIE VIEW RD | KANSAS CITY | MO | 64153-1842 | ZLN812340J | 45992 | CB BEV PUMP LL 1/3HP 8' | 3/19/2013 | 1 | $138.12 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1587939 | GRANITE CITY FOOD AND BREWERY | 8461 NW PRAIRIE VIEW RD | KANSAS CITY | MO | 64153-1842 | ZLN812628Q | 45992 | CB BEV PUMP LL 1/3HP 8' | 3/19/2013 | 1 | $138.12 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1587939 | GRANITE CITY FOOD AND BREWERY | 8461 NW PRAIRIE VIEW RD | KANSAS CITY | MO | 64153-1842 | ZLN8096109 | 45748 | DI BEV2323100-8FL45LEPCSGLW | 3/19/2013 | 1 | $1,366.62 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1587939 | GRANITE CITY FOOD AND BREWERY | 8461 NW PRAIRIE VIEW RD | KANSAS CITY | MO | 64153-1842 | ZMC943743T | 41568 | CB FF100 NEW1022BFP | 3/19/2013 | 1 | $127.40 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1587939 | GRANITE CITY FOOD AND BREWERY | 8461 NW PRAIRIE VIEW RD | KANSAS CITY | MO | 64153-1842 | ZMC947198F | 41568 | CB FF100 NEW1022BFP | 3/19/2013 | 1 | $127.39 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1588309 | GRANITE CITY FOOD AND BREWERY | 699 W BIG BEAVER RD | TROY | MI | 48084 | ZLN868353G | 45748 | DI BEV2323100-8FL45LEPCSGLW | 5/16/2016 | 1 | $4,029.64 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1588309 | GRANITE CITY FOOD AND BREWERY | 699 W BIG BEAVER RD | TROY | MI | 48084 | ZLN874313L | 45748 | DI BEV2323100-8FL45LEPCSGLW | 5/16/2016 | 1 | $4,029.64 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1588309 | GRANITE CITY FOOD AND BREWERY | 699 W BIG BEAVER RD | TROY | MI | 48084 | ZLN901768Y | 45992 | CB BEV PUMP LL 1/3HP 8' | 5/16/2016 | 1 | $408.88 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1588309 | GRANITE CITY FOOD AND BREWERY | 699 W BIG BEAVER RD | TROY | MI | 48084 | ZLN9017602 | 45992 | CB BEV PUMP LL 1/3HP 8' | 5/16/2016 | 1 | $408.86 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1588309 | GRANITE CITY FOOD AND BREWERY | 699 W BIG BEAVER RD | TROY | MI | 48084 | ZNN081885J | 43479 | WB 1004.4GAL | 5/16/2016 | 1 | $495.20 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1588309 | GRANITE CITY FOOD AND BREWERY | 699 W BIG BEAVER RD | TROY | MI | 48084 | ZNN125210E | 41568 | CB FF100 NEW1022BFP | 5/16/2016 | 1 | $369.13 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1588309 | GRANITE CITY FOOD AND BREWERY | 699 W BIG BEAVER RD | TROY | MI | 48084 | ZNN1252119 | 41568 | CB FF100 NEW1022BFP | 5/16/2016 | 1 | $369.13 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1591082 | GRANITE CITY FOOD AND BREWERY | 5270 UTICA RIDGE RD | DAVENPORT | IA | 52807-3872 | ZLN787653F | 45809 | DI BEV2323100-8FL45LESS | 1/14/2013 | 1 | $512.39 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1591082 | GRANITE CITY FOOD AND BREWERY | 5270 UTICA RIDGE RD | DAVENPORT | IA | 52807-3872 | ZLN792875V | 45809 | DI BEV2323100-8FL45LESS | 1/14/2013 | 1 | $512.39 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1591082 | GRANITE CITY FOOD AND BREWERY | 5270 UTICA RIDGE RD | DAVENPORT | IA | 52807-3872 | ZLN806346C | 45992 | CB BEV PUMP LL 1/3HP 8' | 1/14/2013 | 1 | $321.11 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1591082 | GRANITE CITY FOOD AND BREWERY | 5270 UTICA RIDGE RD | DAVENPORT | IA | 52807-3872 | ZLN8064300 | 45992 | CB BEV PUMP LL 1/3HP 8' | 1/14/2013 | 1 | $321.11 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1591082 | GRANITE CITY FOOD AND BREWERY | 5270 UTICA RIDGE RD | DAVENPORT | IA | 52807-3872 | ZMC8852310 | 41568 | CB FF100 NEW1022BFP | 1/14/2013 | 1 | $296.24 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1591082 | GRANITE CITY FOOD AND BREWERY | 5270 UTICA RIDGE RD | DAVENPORT | IA | 52807-3872 | ZMC891553A | 41568 | CB FF100 NEW1022BFP | 1/14/2013 | 1 | $296.25 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1592052 | GRANITE CITY FOOD AND BREWERY | 4755 1ST AVE SE | CEDAR RAPIDS | IA | 52403 | ZLN891105L | 46370 | DI 2323100-830LEPCFLXSSSGWB | 11/15/2017 | 1 | $4,200.09 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1592052 | GRANITE CITY FOOD AND BREWERY | 4755 1ST AVE SE | CEDAR RAPIDS | IA | 52403 | ZLN8962624 | 46370 | DI 2323100-830LEPCFLXSSSGWB | 11/15/2017 | 1 | $4,200.09 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1592052 | GRANITE CITY FOOD AND BREWERY | 4755 1ST AVE SE | CEDAR RAPIDS | IA | 52403 | ZMN287248R | 41568R | CB FF100 NEW1022BFP | 11/15/2017 | 1 | $383.32 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1592052 | GRANITE CITY FOOD AND BREWERY | 4755 1ST AVE SE | CEDAR RAPIDS | IA | 52403 | ZMN2872126 | 41568R | CB FF100 NEW1022BFP | 11/15/2017 | 1 | $378.52 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1592052 | GRANITE CITY FOOD AND BREWERY | 4755 1ST AVE SE | CEDAR RAPIDS | IA | 52403 | ZNN195421N | 41568 | CB FF100 NEW1022BFP | 11/15/2017 | 1 | $431.49 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1592052 | GRANITE CITY FOOD AND BREWERY | 4755 1ST AVE SE | CEDAR RAPIDS | IA | 52403 | ZNN1954248 | 41568 | CB FF100 NEW1022BFP | 11/15/2017 | 1 | $431.49 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1592992 | GRANITE CITY FOOD AND BREWERY | 2300 VILLAGE DR W STE 130 | MAUMEE | OH | 43537 | ZLN8116810 | 45748 | DI BEV2323100-8FL45LEPCSGLW | 6/25/2013 | 1 | $985.04 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1592992 | GRANITE CITY FOOD AND BREWERY | 2300 VILLAGE DR W STE 130 | MAUMEE | OH | 43537 | ZLN8151301 | 45992 | CB BEV PUMP LL 1/3HP 8' | 6/25/2013 | 1 | $99.58 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1612041 | GRANITE CITY FOOD AND BREWERY | 230 CONFERENCE CENTER DR | EAST PEORIA | IL | 61611 | ZLN809721K | 45750 | DI BEV2323100-8FL30LEPCSGLW | 10/1/2014 | 1 | $2,503.03 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1612041 | GRANITE CITY FOOD AND BREWERY | 230 CONFERENCE CENTER DR | EAST PEORIA | IL | 61611 | ZLN809722F | 45750 | DI BEV2323100-8FL30LEPCSGLW | 10/1/2014 | 1 | $2,503.06 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1612041 | GRANITE CITY FOOD AND BREWERY | 230 CONFERENCE CENTER DR | EAST PEORIA | IL | 61611 | ZLN840123L | 45992 | CB BEV PUMP LL 1/3HP 8' | 10/1/2014 | 1 | $246.83 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1612041 | GRANITE CITY FOOD AND BREWERY | 230 CONFERENCE CENTER DR | EAST PEORIA | IL | 61611 | ZLN840147N | 45992 | CB BEV PUMP LL 1/3HP 8' | 10/1/2014 | 1 | $246.83 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1612041 | GRANITE CITY FOOD AND BREWERY | 230 CONFERENCE CENTER DR | EAST PEORIA | IL | 61611 | ZNN041334K | 41568 | CB FF100 NEW1022BFP | 10/1/2014 | 1 | $232.14 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1612044 | GRANITE CITY FOOD AND BREWERY | 3809 COLDWATER RD | FORT WAYNE | IN | 46805 | ZLN841276D | 45847 | DI BEV232310012FLMVU45LEPCSGV | 5/13/2015 | 1 | $2,217.82 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1612044 | GRANITE CITY FOOD AND BREWERY | 3809 COLDWATER RD | FORT WAYNE | IN | 46805 | ZLN872598K | 45992 | CB BEV PUMP LL 1/3HP 8' | 5/13/2015 | 1 | $194.55 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1612067 | GRANITE CITY FOOD AND BREWERY | 1636 42ND ST S | FARGO | ND | 58103-3324 | ZLN823484U | 45748 | DI BEV2323100-8FL45LEPCSGLW | 1/30/2014 | 1 | $2,599.96 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1612067 | GRANITE CITY FOOD AND BREWERY | 1636 42ND ST S | FARGO | ND | 58103-3324 | ZLN828058Y | 45992 | CB BEV PUMP LL 1/3HP 8' | 1/30/2014 | 1 | $262.78 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1612067 | GRANITE CITY FOOD AND BREWERY | 1636 42ND ST S | FARGO | ND | 58103-3324 | ZMC991423L | 41568 | CB FF100 NEW1022BFP | 1/30/2014 | 1 | $242.41 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1612073 | GRANITE CITY FOOD AND BREWERY | 7140 HARRISON AVE STE 108 | ROCKFORD | IL | 61112 | ZLN809411U | 45748 | DI BEV2323100-8FL45LEPCSGLW | 7/22/2014 | 1 | $2,038.68 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1612073 | GRANITE CITY FOOD AND BREWERY | 7140 HARRISON AVE STE 108 | ROCKFORD | IL | 61112 | ZLN809623N | 45748 | DI BEV2323100-8FL45LEPCSGLW | 7/22/2014 | 1 | $2,316.68 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1612073 | GRANITE CITY FOOD AND BREWERY | 7140 HARRISON AVE STE 108 | ROCKFORD | IL | 61112 | ZLN841214T | 45992 | CB BEV PUMP LL 1/3HP 8' | 7/22/2014 | 1 | $234.13 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1612073 | GRANITE CITY FOOD AND BREWERY | 7140 HARRISON AVE STE 108 | ROCKFORD | IL | 61112 | ZLN841217E | 45992 | CB BEV PUMP LL 1/3HP 8' | 7/22/2014 | 1 | $234.13 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1612073 | GRANITE CITY FOOD AND BREWERY | 7140 HARRISON AVE STE 108 | ROCKFORD | IL | 61112 | ZNN027228S | 41568 | CB FF100 NEW1022BFP | 7/22/2014 | 1 | $215.99 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1612073 | GRANITE CITY FOOD AND BREWERY | 7140 HARRISON AVE STE 108 | ROCKFORD | IL | 61112 | ZNN027229N | 41568 | CB FF100 NEW1022BFP | 7/22/2014 | 1 | $215.99 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1612073 | GRANITE CITY FOOD AND BREWERY | 7140 HARRISON AVE STE 108 | ROCKFORD | IL | 61112 | ZNN0210473 | 46282 | WB - Freestyle 4.4 GAL | 7/22/2014 | 1 | $289.33 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1612074 | GRANITE CITY FOOD AND BREWERY | 6501 GRAPE RD | MISHAWAKA | IN | 46545 | ZLN869964H | 45992 | CB BEV PUMP LL 1/3HP 8' | 4/23/2015 | 1 | $248.64 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1612074 | GRANITE CITY FOOD AND BREWERY | 6501 GRAPE RD | MISHAWAKA | IN | 46545 | ZLN8676431 | 45748 | DI BEV2323100-8FL45LEPCSGLW | 4/23/2015 | 1 | $2,450.53 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1612074 | GRANITE CITY FOOD AND BREWERY | 6501 GRAPE RD | MISHAWAKA | IN | 46545 | ZNN0006672 | 41568 | CB FF100 NEW1022BFP | 1/7/2014 | 1 | $117.44 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1612075 | GRANITE CITY FOOD AND BREWERY | 1701 VILLAGE WEST PKWY | KANSAS CITY | KS | 66111 | ZLN809497G | 45748 | DI BEV2323100-8FL45LEPCSGLW | 3/20/2013 | 1 | $1,346.75 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1612075 | GRANITE CITY FOOD AND BREWERY | 1701 VILLAGE WEST PKWY | KANSAS CITY | KS | 66111 | ZLN809577H | 45748 | DI BEV2323100-8FL45LEPCSGLW | 3/20/2013 | 1 | $1,346.75 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1612075 | GRANITE CITY FOOD AND BREWERY | 1701 VILLAGE WEST PKWY | KANSAS CITY | KS | 66111 | ZLN812624A | 45992 | CB BEV PUMP LL 1/3HP 8' | 3/20/2013 | 1 | $136.12 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1612075 | GRANITE CITY FOOD AND BREWERY | 1701 VILLAGE WEST PKWY | KANSAS CITY | KS | 66111 | ZLN8126260 | 45992 | CB BEV PUMP LL 1/3HP 8' | 3/20/2013 | 1 | $136.12 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1612075 | GRANITE CITY FOOD AND BREWERY | 1701 VILLAGE WEST PKWY | KANSAS CITY | KS | 66111 | ZMC921130L | 41568 | CB FF100 NEW1022BFP | 3/20/2013 | 1 | $125.56 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1612075 | GRANITE CITY FOOD AND BREWERY | 1701 VILLAGE WEST PKWY | KANSAS CITY | KS | 66111 | ZMC9211341 | 41568 | CB FF100 NEW1022BFP | 3/20/2013 | 1 | $125.53 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1614981 | GRANITE CITY FOOD AND BREWERY | 1864 W MCEWEN DR | FRANKLIN | TN | 37067 | ZLN807376A | 42117 | DI 2323100-8LELVFLXSS | 2/5/2013 | 1 | $1,535.18 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1614981 | GRANITE CITY FOOD AND BREWERY | 1864 W MCEWEN DR | FRANKLIN | TN | 37067 | ZLN807381S | 42117 | DI 2323100-8LELVFLXSS | 2/5/2013 | 1 | $1,535.18 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1614981 | GRANITE CITY FOOD AND BREWERY | 1864 W MCEWEN DR | FRANKLIN | TN | 37067 | ZMC859294S | 41568 | CB FF100 NEW1022BFP | 2/5/2013 | 1 | $208.56 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1614981 | GRANITE CITY FOOD AND BREWERY | 1864 W MCEWEN DR | FRANKLIN | TN | 37067 | ZMC898582J | 41568 | CB FF100 NEW1022BFP | 2/5/2013 | 1 | $215.49 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1614981 | GRANITE CITY FOOD AND BREWERY | 1864 W MCEWEN DR | FRANKLIN | TN | 37067 | ZMC924380H | 41568 | CB FF100 NEW1022BFP | 2/5/2013 | 1 | $215.49 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1639089 | GRANITE CITY FOOD AND BREWERY | 49 W MARYLAND ST STE B03A | INDIANAPOLIS | IN | 46204 | ZLN816903U | 45992 | CB BEV PUMP LL 1/3HP 8' | 8/5/2013 | 1 | $208.95 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1639089 | GRANITE CITY FOOD AND BREWERY | 49 W MARYLAND ST STE B03A | INDIANAPOLIS | IN | 46204 | ZLN8095638 | 45748 | DI BEV2323100-8FL45LEPCSGLW | 8/5/2013 | 1 | $2,067.57 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1639089 | GRANITE CITY FOOD AND BREWERY | 49 W MARYLAND ST STE B03A | INDIANAPOLIS | IN | 46204 | ZLN8096114 | 45748 | DI BEV2323100-8FL45LEPCSGLW | 8/5/2013 | 1 | $2,067.57 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1639089 | GRANITE CITY FOOD AND BREWERY | 49 W MARYLAND ST STE B03A | INDIANAPOLIS | IN | 46204 | ZLN8155419 | 45992 | CB BEV PUMP LL 1/3HP 8' | 8/5/2013 | 1 | $208.95 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1639089 | GRANITE CITY FOOD AND BREWERY | 49 W MARYLAND ST STE B03A | INDIANAPOLIS | IN | 46204 | ZMC963459T | 41568 | CB FF100 NEW1022BFP | 8/29/2013 | 1 | $81.77 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1639089 | GRANITE CITY FOOD AND BREWERY | 49 W MARYLAND ST STE B03A | INDIANAPOLIS | IN | 46204 | ZMC971046A | 41568 | CB FF100 NEW1022BFP | 8/5/2013 | 1 | $192.76 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1639089 | GRANITE CITY FOOD AND BREWERY | 49 W MARYLAND ST STE B03A | INDIANAPOLIS | IN | 46204 | ZMC971054D | 41568 | CB FF100 NEW1022BFP | 8/5/2013 | 1 | $192.76 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1639089 | GRANITE CITY FOOD AND BREWERY | 49 W MARYLAND ST STE B03A | INDIANAPOLIS | IN | 46204 | ZMC971730S | 41568 | CB FF100 NEW1022BFP | 8/1/2013 | 1 | $100.01 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1639089 | GRANITE CITY FOOD AND BREWERY | 49 W MARYLAND ST STE B03A | INDIANAPOLIS | IN | 46204 | ZMC9710475 | 41568 | CB FF100 NEW1022BFP | 8/29/2013 | 1 | $81.77 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1659465 | GRANITE CITY FOOD AND BREWERY | 24519 CEDAR RD | LYNDHURST | OH | 44124 | ZLN820513E | 45748 | DI BEV2323100-8FL45LEPCSGLW | 10/28/2013 | 1 | $3,076.20 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1659465 | GRANITE CITY FOOD AND BREWERY | 24519 CEDAR RD | LYNDHURST | OH | 44124 | ZLN820602D | 45992 | CB BEV PUMP LL 1/3HP 8' | 10/28/2013 | 1 | $310.88 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1659465 | GRANITE CITY FOOD AND BREWERY | 24519 CEDAR RD | LYNDHURST | OH | 44124 | ZLN820614W | 45992 | CB BEV PUMP LL 1/3HP 8' | 10/28/2013 | 1 | $310.89 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1659465 | GRANITE CITY FOOD AND BREWERY | 24519 CEDAR RD | LYNDHURST | OH | 44124 | ZLN823494N | 45748 | DI BEV2323100-8FL45LEPCSGLW | 10/28/2013 | 1 | $3,076.20 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1659465 | GRANITE CITY FOOD AND BREWERY | 24519 CEDAR RD | LYNDHURST | OH | 44124 | ZLN8205149 | 45748 | DI BEV2323100-8FL45LEPCSGLW | 10/28/2013 | 1 | $3,076.20 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1659465 | GRANITE CITY FOOD AND BREWERY | 24519 CEDAR RD | LYNDHURST | OH | 44124 | ZLN8212455 | 45992 | CB BEV PUMP LL 1/3HP 8' | 10/28/2013 | 1 | $310.89 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1659465 | GRANITE CITY FOOD AND BREWERY | 24519 CEDAR RD | LYNDHURST | OH | 44124 | ZMC979927I | 41568 | CB FF100 NEW1022BFP | 10/28/2013 | 1 | $286.81 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1730990 | GRANITE CITY FOOD AND BREWERY | 801 N PLAZA DR | SCHAUMBURG | IL | 60173 | ZLN853509R | 45748 | DI BEV2323100-8FL45LEPCSGLW | 2/13/2015 | 1 | $2,861.80 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1730990 | GRANITE CITY FOOD AND BREWERY | 801 N PLAZA DR | SCHAUMBURG | IL | 60173 | ZLN856130G | 45748 | DI BEV2323100-8FL45LEPCSGLW | 2/13/2015 | 1 | $2,861.80 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1730990 | GRANITE CITY FOOD AND BREWERY | 801 N PLAZA DR | SCHAUMBURG | IL | 60173 | ZLN856131B | 45748 | DI BEV2323100-8FL45LEPCSGLW | 2/13/2015 | 1 | $2,861.81 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1730990 | GRANITE CITY FOOD AND BREWERY | 801 N PLAZA DR | SCHAUMBURG | IL | 60173 | ZLN8579660 | 45992 | CB BEV PUMP LL 1/3HP 8' | 2/13/2015 | 1 | $290.39 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1730990 | GRANITE CITY FOOD AND BREWERY | 801 N PLAZA DR | SCHAUMBURG | IL | 60173 | ZLN8396562 | 45992 | CB BEV PUMP LL 1/3HP 8' | 2/13/2015 | 1 | $290.39 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1730990 | GRANITE CITY FOOD AND BREWERY | 801 N PLAZA DR | SCHAUMBURG | IL | 60173 | ZLN8579721 | 45992 | CB BEV PUMP LL 1/3HP 8' | 2/13/2015 | 1 | $290.39 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1730990 | GRANITE CITY FOOD AND BREWERY | 801 N PLAZA DR | SCHAUMBURG | IL | 60173 | ZNN0478486 | 46282 | WB - Freestyle 4.4 GAL | 2/24/2015 | 1 | $654.43 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1730990 | GRANITE CITY FOOD AND BREWERY | 801 N PLAZA DR | SCHAUMBURG | IL | 60173 | ZNN0561870 | 41568 | CB FF100 NEW1022BFP | 2/13/2015 | 1 | $267.89 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1730997 | GRANITE CITY FOOD AND BREWERY | 1828 ABRITER CT | NAPERVILLE | IL | 60563 | ZLN523880V | 45747 | DI BEV2323100-8FL30LESSSGLW | 10/13/2014 | 1 | $2,479.69 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1730997 | GRANITE CITY FOOD AND BREWERY | 1828 ABRITER CT | NAPERVILLE | IL | 60563 | ZLN815012I | 45747 | DI BEV2323100-8FL30LESSSGLW | 10/13/2014 | 1 | $2,479.69 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1730997 | GRANITE CITY FOOD AND BREWERY | 1828 ABRITER CT | NAPERVILLE | IL | 60563 | ZLN845960Z | 45992 | CB BEV PUMP LL 1/3HP 8' | 10/13/2014 | 1 | $298.63 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1730997 | GRANITE CITY FOOD AND BREWERY | 1828 ABRITER CT | NAPERVILLE | IL | 60563 | ZLN848231J | 45992 | CB BEV PUMP LL 1/3HP 8' | 10/13/2014 | 1 | $298.63 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1730997 | GRANITE CITY FOOD AND BREWERY | 1828 ABRITER CT | NAPERVILLE | IL | 60563 | ZLN848321D | 45992 | CB BEV PUMP LL 1/3HP 8' | 10/13/2014 | 1 | $298.63 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1730997 | GRANITE CITY FOOD AND BREWERY | 1828 ABRITER CT | NAPERVILLE | IL | 60563 | ZLN8150148 | 45747 | DI BEV2323100-8FL30LESSSGLW | 10/13/2014 | 1 | $2,479.69 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1730997 | GRANITE CITY FOOD AND BREWERY | 1828 ABRITER CT | NAPERVILLE | IL | 60563 | ZNN042134T | 41568 | CB FF100 NEW1022BFP | 10/13/2014 | 1 | $275.54 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1739193 | GRANITE CITY FOOD AND BREWERY | 39603 TRADITIONS DR | NORTHVILLE | MI | 48168 | ZLA162416S | 45992R | CB BEV PUMP LL 1/3HP 8' | 3/25/2015 | 1 | $337.33 |
| 001611999 - GRANITE CITY COPERATE OFFI | 1739193 | GRANITE CITY FOOD AND BREWERY | 39603 TRADITIONS DR | NORTHVILLE | MI | 48168 | ZLA162486F | 45992R | CB BEV PUMP LL 1/3HP 8' | 3/25/2015 | 1 | $337.33 |

| Account | Company | Address | City | ST | Zip | Serial | Code | Description | Date | Qty | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001611999 - GRANITE CITY OPERATE OFFI1739193 | GRANITE CITY FOOD AND BREWERY | 39603 TRADITIONS DR | NORTHVILLE | MI | 48168 | 2LA16241A2 | 45992R | CB BEV PUMP LL 1/3HP 8' | 3/25/2015 | 1 | $337.33 |
| 001611999 - GRANITE CITY OPERATE OFFI1739193 | GRANITE CITY FOOD AND BREWERY | 39603 TRADITIONS DR | NORTHVILLE | MI | 48168 | 2LN853538B | 45748 | DI BEV2321100-8FL4SLEPCSGLW | 3/25/2015 | 1 | $3,324.67 |
| 001611999 - GRANITE CITY OPERATE OFFI1739193 | GRANITE CITY FOOD AND BREWERY | 39603 TRADITIONS DR | NORTHVILLE | MI | 48168 | 2LN84916L6S | 45748 | DI BEV2321100-8FL4SLEPCSGLW | 3/25/2015 | 1 | $3,258.17 |
| 001611999 - GRANITE CITY OPERATE OFFI1739193 | GRANITE CITY FOOD AND BREWERY | 39603 TRADITIONS DR | NORTHVILLE | MI | 48168 | 2LN9367103 | 45748 | DI BEV2321100-8FL4SLEPCSGLW | 4/20/2017 | 1 | $2,883.50 |
| 001611999 - GRANITE CITY OPERATE OFFI1739193 | GRANITE CITY FOOD AND BREWERY | 39603 TRADITIONS DR | NORTHVILLE | MI | 48168 | 2NN047596K | 46282 | WB - Freestyle 4.4 GAL | 3/25/2015 | 1 | $408.58 |
| 001611999 - GRANITE CITY OPERATE OFFI1739193 | GRANITE CITY FOOD AND BREWERY | 39603 TRADITIONS DR | NORTHVILLE | MI | 48168 | 2NN064357A | 41568 | CB FF100 NEW1022BFP | 3/25/2015 | 1 | $304.56 |
| 001611999 - GRANITE CITY OPERATE OFFI1783326 | GRANITE CITY | 200 AMERICAN WAY | OXON HILL | MD | 20745-4502 | 2LA1617035 | 45992R | CB BEV PUMP LL 1/3HP 8' | 4/27/2015 | 1 | $455.95 |
| 001611999 - GRANITE CITY OPERATE OFFI1783326 | GRANITE CITY | 200 AMERICAN WAY | OXON HILL | MD | 20745-4502 | 2LN95893P | 45751 | DI BEV2321100-8FL30LEPC | 4/27/2016 | 1 | $2,420.76 |
| 001611999 - GRANITE CITY OPERATE OFFI1783326 | GRANITE CITY | 200 AMERICAN WAY | OXON HILL | MD | 20745-4502 | 2LN857697L | 45992 | CB BEV PUMP LL 1/3HP 8' | 4/27/2015 | 1 | $455.95 |
| 001611999 - GRANITE CITY OPERATE OFFI1783326 | GRANITE CITY | 200 AMERICAN WAY | OXON HILL | MD | 20745-4502 | 2LN862678A | 45992 | CB BEV PUMP LL 1/3HP 8' | 4/27/2015 | 1 | $455.95 |
| 001611999 - GRANITE CITY OPERATE OFFI1783326 | GRANITE CITY | 200 AMERICAN WAY | OXON HILL | MD | 20745-4502 | 2LN864841Z | 45748 | DI BEV2321100-8FL4SLEPCSGLW | 4/27/2015 | 1 | $4,493.62 |
| 001611999 - GRANITE CITY OPERATE OFFI1783326 | GRANITE CITY | 200 AMERICAN WAY | OXON HILL | MD | 20745-4502 | 2NN06431SC | 41568 | CB FF100 NEW1022BFP | 4/27/2015 | 1 | $411.63 |
| 001611999 - GRANITE CITY OPERATE OFFI1783326 | GRANITE CITY | 200 AMERICAN WAY | OXON HILL | MD | 20745-4502 | 2NN066120M | 46282 | WB - Freestyle 4.4 GAL | 4/27/2015 | 1 | $552.22 |
| 001611999 - GRANITE CITY OPERATE OFFI1876616 | GRANITE CITY FOOD AND BREWERY | 992 WILLOW RD | NORTHBROOK | IL | 60062 | 2LN668332Z | 45748 | DI BEV2321100-8FL4SLEPCSGLW | 10/4/2016 | 1 | $4,152.49 |
| 001611999 - GRANITE CITY OPERATE OFFI1876616 | GRANITE CITY FOOD AND BREWERY | 992 WILLOW RD | NORTHBROOK | IL | 60062 | 2LN907471Z | 45992 | CB BEV PUMP LL 1/3HP 8' | 10/4/2016 | 1 | $421.34 |
| 001611999 - GRANITE CITY OPERATE OFFI1876616 | GRANITE CITY FOOD AND BREWERY | 992 WILLOW RD | NORTHBROOK | IL | 60062 | 2LN907479Y | 45992 | CB BEV PUMP LL 1/3HP 8' | 10/4/2016 | 1 | $421.34 |
| 001611999 - GRANITE CITY OPERATE OFFI1876616 | GRANITE CITY FOOD AND BREWERY | 992 WILLOW RD | NORTHBROOK | IL | 60062 | 2LN907488T | 45992 | CB BEV PUMP LL 1/3HP 8' | 10/4/2016 | 1 | $421.34 |
| 001611999 - GRANITE CITY OPERATE OFFI1876616 | GRANITE CITY FOOD AND BREWERY | 992 WILLOW RD | NORTHBROOK | IL | 60062 | 2LN91151GE | 45748 | DI BEV2321100-8FL4SLEPCSGLW | 10/4/2016 | 1 | $4,152.49 |
| 001611999 - GRANITE CITY OPERATE OFFI1876616 | GRANITE CITY FOOD AND BREWERY | 992 WILLOW RD | NORTHBROOK | IL | 60062 | 2LN867642A6 | 45748 | DI BEV2321100-8FL4SLEPCSGLW | 10/4/2016 | 1 | $4,152.49 |
| 001611999 - GRANITE CITY OPERATE OFFI1876616 | GRANITE CITY FOOD AND BREWERY | 992 WILLOW RD | NORTHBROOK | IL | 60062 | 2NN130120E | 41568 | CB FF100 NEW1022BFP | 10/4/2016 | 1 | $380.40 |
| 001611999 - GRANITE CITY OPERATE OFFI1876616 | GRANITE CITY FOOD AND BREWERY | 992 WILLOW RD | NORTHBROOK | IL | 60062 | 2NN137268U | 41568 | CB FF100 NEW1022BFP | 10/4/2016 | 1 | $380.40 |
| 001611999 - GRANITE CITY OPERATE OFFI1876616 | GRANITE CITY FOOD AND BREWERY | 992 WILLOW RD | NORTHBROOK | IL | 60062 | 2NN1110808 | 43479 | WB 1004.4GAL | 10/4/2016 | 1 | $510.28 |
| 001611999 - GRANITE CITY OPERATE OFFI1899229 | GRANITE CITY FOOD AND BREWERY | 6100 O ST | LINCOLN | NE | 68510 | 2LN912972V | 45992 | CB BEV PUMP LL 1/3HP 8' | 12/6/2016 | 1 | $421.69 |
| 001611999 - GRANITE CITY OPERATE OFFI1899229 | GRANITE CITY FOOD AND BREWERY | 6100 O ST | LINCOLN | NE | 68510 | 2LN91406SY | 45748 | DI BEV2321100-8FL4SLEPCSGLW | 12/6/2016 | 1 | $4,155.98 |
| 001611999 - GRANITE CITY OPERATE OFFI1899229 | GRANITE CITY FOOD AND BREWERY | 6100 O ST | LINCOLN | NE | 68510 | 2LN9222820 | 45992 | CB BEV PUMP LL 1/3HP 8' | 12/6/2016 | 1 | $421.69 |
| 001611999 - GRANITE CITY OPERATE OFFI1899229 | GRANITE CITY FOOD AND BREWERY | 6100 O ST | LINCOLN | NE | 68510 | 2LN9145532 | 45748 | DI BEV2321100-8FL4SLEPCSGLW | 12/6/2016 | 1 | $4,155.98 |
| 001611999 - GRANITE CITY OPERATE OFFI5118306 | GRANITE CITY FOOD AND BREWERY | 15085 W 119TH ST | OLATHE | KS | 66062-9628 | 2LN811684L | 45748 | DI BEV2321100-8FL4SLEPCSGLW | 3/21/2013 | 1 | $1,320.86 |
| 001611999 - GRANITE CITY OPERATE OFFI5118306 | GRANITE CITY FOOD AND BREWERY | 15085 W 119TH ST | OLATHE | KS | 66062-9628 | 2LN811686B | 45748 | DI BEV2321100-8FL4SLEPCSGLW | 3/21/2013 | 1 | $1,320.86 |
| 001611999 - GRANITE CITY OPERATE OFFI5118306 | GRANITE CITY FOOD AND BREWERY | 15085 W 119TH ST | OLATHE | KS | 66062-9628 | 2LN81262ZK | 45992 | CB BEV PUMP LL 1/3HP 8' | 3/21/2013 | 1 | $133.47 |
| 001611999 - GRANITE CITY OPERATE OFFI5118306 | GRANITE CITY FOOD AND BREWERY | 15085 W 119TH ST | OLATHE | KS | 66062-9628 | 2LN81262ZV | 45992 | CB BEV PUMP LL 1/3HP 8' | 3/21/2013 | 1 | $133.47 |
| 001611999 - GRANITE CITY OPERATE OFFI5118306 | GRANITE CITY FOOD AND BREWERY | 15085 W 119TH ST | OLATHE | KS | 66062-9628 | 2MC921127T | 41568 | CB FF100 NEW1022BFP | 3/21/2013 | 1 | $123.12 |
| 001611999 - GRANITE CITY OPERATE OFFI5118306 | GRANITE CITY FOOD AND BREWERY | 15085 W 119TH ST | OLATHE | KS | 66062-9628 | 2MC9211336 | 41568 | CB FF100 NEW1022BFP | 3/21/2013 | 1 | $123.14 |
| 001611999 - GRANITE CITY OPERATE OFFI5375368 | GRANITE CITY FOOD AND BREWERY | 14035 S LA GRANGE RD | ORLAND PARK | IL | 60462 | 2LN8668435 | 45748 | DI BEV2321100-8FL4SLEPCSGLW | 4/13/2015 | 1 | $2,317.19 |
| 001611999 - GRANITE CITY OPERATE OFFI5375368 | GRANITE CITY FOOD AND BREWERY | 14035 S LA GRANGE RD | ORLAND PARK | IL | 60462 | 2LN868077L | 45748 | DI BEV2321100-8FL4SLEPCSGLW | 4/13/2015 | 1 | $2,317.19 |
| 001611999 - GRANITE CITY OPERATE OFFI5375368 | GRANITE CITY FOOD AND BREWERY | 14035 S LA GRANGE RD | ORLAND PARK | IL | 60462 | 2LN8626713 | 45992 | CB BEV PUMP LL 1/3HP 8' | 4/13/2015 | 1 | $235.12 |
| 001611999 - GRANITE CITY OPERATE OFFI5375368 | GRANITE CITY FOOD AND BREWERY | 14035 S LA GRANGE RD | ORLAND PARK | IL | 60462 | 2LN8686966 | 45992 | CB BEV PUMP LL 1/3HP 8' | 4/13/2015 | 1 | $235.12 |
| 001611999 - GRANITE CITY OPERATE OFFI5375368 | GRANITE CITY FOOD AND BREWERY | 14035 S LA GRANGE RD | ORLAND PARK | IL | 60462 | 2NN058634N | 46282 | WB - Freestyle 4.4 GAL | 4/13/2015 | 1 | $284.75 |
| 001611999 - GRANITE CITY OPERATE OFFI5806114 | GRANITE CITY FOOD AND BREWERY | 11909 MAIN ST | MAPLE GROVE | MN | 55369-7098 | 2LA1626772R | 45992R | CB BEV PUMP LL 1/3HP 8' | 4/2/2015 | 1 | $558.99 |
| 001611999 - GRANITE CITY OPERATE OFFI5806114 | GRANITE CITY FOOD AND BREWERY | 11909 MAIN ST | MAPLE GROVE | MN | 55369-7098 | 2LA162677R | 45992R | CB BEV PUMP LL 1/3HP 8' | 4/2/2015 | 1 | $558.99 |
| 001611999 - GRANITE CITY OPERATE OFFI5806114 | GRANITE CITY FOOD AND BREWERY | 11909 MAIN ST | MAPLE GROVE | MN | 55369-7098 | 2LN8092515 | 45753 | DI BEV2321100-8FL4SLEPC | 4/2/2015 | 1 | $5,362.72 |
| 001611999 - GRANITE CITY OPERATE OFFI5806114 | GRANITE CITY FOOD AND BREWERY | 11909 MAIN ST | MAPLE GROVE | MN | 55369-7098 | 2LN809247S | 45753 | DI BEV2321100-8FL4SLEPC | 4/2/2015 | 1 | $5,362.72 |
| 001611999 - GRANITE CITY OPERATE OFFI5806114 | GRANITE CITY FOOD AND BREWERY | 11909 MAIN ST | MAPLE GROVE | MN | 55369-7098 | 2MC9596388 | 41568 | CB FF100 NEW1022BFP | 5/10/2013 | 1 | $1,625.74 |
| 001611999 - GRANITE CITY OPERATE OFFI5806114 | GRANITE CITY FOOD AND BREWERY | 11909 MAIN ST | MAPLE GROVE | MN | 55369-7098 | 2NN063348T | 41568 | CB FF100 NEW1022BFP | 4/2/2015 | 1 | $504.67 |
| 001611999 - GRANITE CITY OPERATE OFFI5806114 | GRANITE CITY FOOD AND BREWERY | 11909 MAIN ST | MAPLE GROVE | MN | 55369-7098 | 2NN067502T | 41568 | CB FF100 NEW1022BFP | 4/2/2015 | 1 | $504.67 |
| 001611999 - GRANITE CITY OPERATE OFFI5806114 | GRANITE CITY FOOD AND BREWERY | 11909 MAIN ST | MAPLE GROVE | MN | 55369-7098 | 2NN058529 | 46282 | WB - Freestyle 4.4 GAL | 4/2/2015 | 1 | $676.98 |
| 001611999 - GRANITE CITY OPERATE OFFI5824791 | GRANITE CITY FOOD AND BREWERY | 3945 2ND ST S | SAINT CLOUD | MN | 56301-3792 | 2LN8077700 | 45992 | CB BEV PUMP LL 1/3HP 8' | 2/11/2013 | 1 | $122.66 |
| 001611999 - GRANITE CITY OPERATE OFFI5824791 | GRANITE CITY FOOD AND BREWERY | 3945 2ND ST S | SAINT CLOUD | MN | 56301-3792 | 2MC933983U | 41568 | CB FF100 NEW1022BFP | 2/11/2013 | 1 | $113.16 |
| 001611999 - GRANITE CITY OPERATE OFFI6048485 | GRANITE CITY FOOD AND BREWERY | 2620 S LOUISE AVE | SIOUX FALLS | SD | 57106-4329 | 2LN8077540 | 45992 | CB BEV PUMP LL 1/3HP 8' | 2/11/2013 | 1 | $171.02 |
| 001611999 - GRANITE CITY OPERATE OFFI6048485 | GRANITE CITY FOOD AND BREWERY | 2620 S LOUISE AVE | SIOUX FALLS | SD | 57106-4329 | 2LN809605R | 45748 | DI BEV2321100-8FL4SLEPCSGLW | 2/11/2013 | 1 | $1,692.25 |
| 001611999 - GRANITE CITY OPERATE OFFI6048485 | GRANITE CITY FOOD AND BREWERY | 2620 S LOUISE AVE | SIOUX FALLS | SD | 57106-4329 | 2MC915967S | 41568 | CB FF100 NEW1022BFP | 2/11/2013 | 1 | $157.80 |
| 001611999 - GRANITE CITY OPERATE OFFI6048485 | GRANITE CITY FOOD AND BREWERY | 2620 S LOUISE AVE | SIOUX FALLS | SD | 57106-4329 | 2MC9339814 | 41568 | CB FF100 NEW1022BFP | 2/11/2013 | 1 | $157.80 |
| **Grand Total** | **Total** | **Total** | | | | | | | | **193** | **$198,504.03** |

| Sold To Nbr | Sold To Name | Address Line 1 | City | St | Zip | Bill to Nbr | Bill to Name | Payer Nbr | Serial Nbr | Machine Type | Model Cod | Service Contract Nbr | Service Contract I | Program Typ | H5 Number | Lease End | Lease Base Ra |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 503698777 | GRANITE CITY BREWING | 100 RENAISSANCE CTR, STE 8032 | DETROIT | MI | 48243-1106 | 0503698777 | GRANITE CITY BREWING | 0504410751 | W150148887 | UNDER COUNTER, GLASS WASH | U-LT | 1000675080 | DM RNTL PGM-DI | DM Rntl Pgm | 503463440 | 05/01/2020 | $111.34 |
| 503698777 | GRANITE CITY BREWING | 100 RENAISSANCE CTR, STE 8032 | DETROIT | MI | 48243-1106 | 0503698777 | GRANITE CITY BREWING | 0504410751 | 85DK151358 | CONVEYOR | EC44 | 1000689042 | DM RNTL PGM-DI | DM Rntl Pgm | 0503463440 | 06/18/2020 | $246.35 |
| 503698777 | GRANITE CITY BREWING | 100 RENAISSANCE CTR, STE 8032 | DETROIT | MI | 48243-1106 | 0503698777 | GRANITE CITY BREWING | 0504410751 | 00000007437371546 | BOOSTER HEATER RENTAL | BOOSTER | 1000696433 | BOOSTER HEATE | Booster Heate | 0503463440 | 06/18/2020 | $51.50 |
| 503698777 | GRANITE CITY BREWING | 100 RENAISSANCE CTR, STE 8032 | DETROIT | MI | 48243-1106 | 0503698777 | GRANITE CITY BREWING | 0504410751 | W170265964 | UNDER COUNTER, GLASS WASH | U-LT | 1000734384 | DM RNTL PGM-DI | DM Rntl Pgm | 0503463440 | 05/17/2020 | $118.70 |
| 503698777 | GRANITE CITY BREWING | 100 RENAISSANCE CTR, STE 8032 | DETROIT | MI | 48243-1106 | 0503698777 | GRANITE CITY BREWING | 0504410751 | 00000000002545823 | WHOLESALE (OR POINT OF ENT | WTR SFTN | 1000739938 | WTR TMT PGM-W | Wtr Tmt Pgm | 0503463440 | 07/10/2020 | $149.33 |
| 504192273 | GRANITE CITY | 1001 N 102ND ST | OMAHA | NE | 68114-2155 | 0504192273 | GRANITE CITY | 0504410751 | 06F207021 | CONVEYOR | WH44 | 1000630786 | DM RNTL PGM-W | DM Rntl Pgm | 0503463440 | 03/22/2020 | $204.72 |
| 504192273 | GRANITE CITY | 1001 N 102ND ST | OMAHA | NE | 68114-2155 | 0504192273 | GRANITE CITY | 0504410751 | 00000004302881838 | BOOSTER HEATER RENTAL | BOOSTER | 1000638834 | BOOSTER HEATE | Booster Heate | 0503463440 | 04/22/2020 | $54.64 |
| 503513274 | CADILLAC RANCH | 1060 SETTLERS RIDGE CENTER DR | PITTSBURGH | PA | 15205-1438 | 0503513274 | CADILLAC RANCH | 0504410751 | 85DM111578 | CONVEYOR | EC44 | 1000618030 | DM RNTL PGM-DI | DM Rntl Pgm | 0503463440 | 08/04/2020 | $213.82 |
| 503513274 | CADILLAC RANCH | 1060 SETTLERS RIDGE CENTER DR | PITTSBURGH | PA | 15205-1438 | 0503513274 | CADILLAC RANCH | 0504410751 | 00000003655161819 | BOOSTER HEATER RENTAL | BOOSTER | 1000686409 | BOOSTER HEATE | Booster Heate | 0503463440 | 05/25/2020 | $54.64 |
| 504193904 | GRANITE CITY GATEWAY F&B | 11411 OLIVE BLVD | CREVE COEUI | MO | 63141-7108 | 0504193904 | GRANITE CITY GATEWAY F&B | 0504410751 | 00000007697751603 | BOOSTER HEATER RENTAL | BOOSTER | 1000614068 | BOOSTER HEATE | Booster Heate | 0503463440 | 02/04/2020 | $51.50 |
| 504193904 | GRANITE CITY GATEWAY F&B | 11411 OLIVE BLVD | CREVE COEUI | MO | 63141-7108 | 0504193904 | GRANITE CITY GATEWAY F&B | 0504410751 | 07A215901 | CONVEYOR | WH44 | 1000685737 | DM RNTL PGM-W | DM Rntl Pgm | 0503463440 | 02/04/2020 | $241.18 |
| 504193904 | GRANITE CITY GATEWAY F&B | 11411 OLIVE BLVD | CREVE COEUI | MO | 63141-7108 | 0504193904 | GRANITE CITY GATEWAY F&B | 0504410751 | 23OE130313 | UNDER COUNTER, GLASS WASH | OMEGA 5I | 1000699837 | DM RNTL PGM-DI | DM Rntl Pgm | 0503463440 | 05/01/2020 | $114.68 |
| 503711112 | CADILLAC RANCH 2 | 11735 SHERRI LN | Miami | FL | 33183-4830 | 0503711112 | CADILLAC RANCH 2 | 0504410751 | 12F273460 | CONVEYOR | WH44 | 1000636915 | DM RNTL PGM-W | DM Rntl Pgm | 0503463440 | 07/09/2020 | $293.79 |
| 503711112 | CADILLAC RANCH 2 | 11735 SHERRI LN | Miami | FL | 33183-4830 | 0503711112 | CADILLAC RANCH 2 | 0504410751 | 00000007793281606 | BOOSTER HEATER RENTAL | BOOSTER | 1000672229 | BOOSTER HEATE | Booster Heate | 0503463440 | 07/09/2020 | $50.00 |
| 503711112 | CADILLAC RANCH 2 | 11735 SHERRI LN | Miami | FL | 33183-4830 | 0503711112 | CADILLAC RANCH 2 | 0504410751 | W150450943 | UNDER COUNTER, GLASS WASH | U-LT | 1000713801 | DM RNTL PGM-DI | DM Rntl Pgm | 0503463440 | 02/15/2020 | $114.68 |
| 504136398 | GRANITE CITY BREWERY | 11909 MAIN ST | MAPLE GROVI | MN | 55369-7098 | 0504136398 | GRANITE CITY BREWERY | 0504410751 | 00000005858581450 | BOOSTER HEATER RENTAL | BOOSTER | 1000655417 | BOOSTER HEATE | Booster Heate | 0503463440 | 07/02/2020 | $51.50 |
| 504136398 | GRANITE CITY BREWERY | 11909 MAIN ST | MAPLE GROVI | MN | 55369-7098 | 0504136398 | GRANITE CITY BREWERY | 0504410751 | 85DL111190 | CONVEYOR | EC44 | 1000677008 | DM RNTL PGM-DI | DM Rntl Pgm | 0503463440 | 03/18/2020 | $213.59 |
| 504129752 | GRANITE CITY BREWERY | 12801 UNIVERSITY AVE | CLIVE | IA | 50325-8219 | 0504129752 | GRANITE CITY BREWERY | 0504410751 | 23OL151522 | UNDER COUNTER, GLASS WASH | OMEGA 5I | 1000644601 | DM RNTL PGM-DI | DM Rntl Pgm | 0503463440 | 06/22/2020 | $118.70 |
| 504129752 | GRANITE CITY BREWERY | 12801 UNIVERSITY AVE | CLIVE | IA | 50325-8219 | 0504129752 | GRANITE CITY BREWERY | 0504410751 | J13364WH | CONVEYOR | WH44 | 1000667020 | DM RNTL PGM-W | DM Rntl Pgm | 0503463440 | 07/11/2020 | $197.27 |
| 504129752 | GRANITE CITY BREWERY | 12801 UNIVERSITY AVE | CLIVE | IA | 50325-8219 | 0504129752 | GRANITE CITY BREWERY | 0504410751 | 00000007489491548 | BOOSTER HEATER RENTAL | BOOSTER | 1000668915 | BOOSTER HEATE | Booster Heate | 0503463440 | 07/11/2020 | $50.00 |
| 504143391 | GRANITE CITY OLATHE | 15085 W 119TH ST | OLATHE | KS | 66062-9628 | 0504143391 | GRANITE CITY OLATHE | 0504410751 | 10H256829 | CONVEYOR | WH44 | 1000640868 | DM RNTL PGM-W | DM Rntl Pgm | 0503463440 | 02/24/2020 | $250.01 |
| 504143391 | GRANITE CITY OLATHE | 15085 W 119TH ST | OLATHE | KS | 66062-9628 | 0504143391 | GRANITE CITY OLATHE | 0504410751 | 00000005945721501 | BOOSTER HEATER RENTAL | BOOSTER | 1000670474 | BOOSTER HEATE | Booster Heate | 0503463440 | 02/24/2020 | $51.50 |
| 504188808 | GRANITE CITY | 1595 HIGHWAY 36 W, STE 1005 | SAINT PAUL | MN | 55113-1092 | 0504188808 | GRANITE CITY | 0504410751 | 00000002118271724 | BOOSTER HEATER RENTAL | BOOSTER | 1000679591 | BOOSTER HEATE | Booster Heate | 0503463440 | 06/22/2020 | $54.64 |
| 504188808 | GRANITE CITY | 1595 HIGHWAY 36 W, STE 1005 | SAINT PAUL | MN | 55113-1092 | 0504188808 | GRANITE CITY | 0504410751 | 14F294298 | CONVEYOR | EC44 | 1000708013 | DM RNTL PGM-DI | DM Rntl Pgm | 0503463440 | 04/08/2020 | $242.83 |
| 504136390 | GRANITE CITY | 1636 42ND ST S | FARGO | ND | 58103-3324 | 0504136390 | GRANITE CITY | 0504410751 | 995876121A | BOOSTER HEATER RENTAL | BOOSTER | 1000624579 | BOOSTER HEATE | Booster Heate | 0503463440 | 02/22/2020 | $50.00 |
| 504136390 | GRANITE CITY | 1636 42ND ST S | FARGO | ND | 58103-3324 | 0504136390 | GRANITE CITY | 0504410751 | 85DF190594 | CONVEYOR | EC44 | 1000824577 | DM RNTL PGM DI | DM Rntl Pgm | 0503463440 | 10/25/2021 | $241.66 |
| 504143330 | GRANITE CITY LEGENDS | 1701 VILLAGE WEST PKWY | KANSAS CITY | KS | 66111-1879 | 0504143330 | GRANITE CITY LEGENDS | 0504410751 | J8113WH | CONVEYOR | WH44 | 1000739746 | DM RNTL PGM-W | DM Rntl Pgm | 0503463440 | 01/26/2020 | $195.83 |
| 504143330 | GRANITE CITY LEGENDS | 1701 VILLAGE WEST PKWY | KANSAS CITY | KS | 66111-1879 | 0504143330 | GRANITE CITY LEGENDS | 0504410751 | 00000009388011701 | BOOSTER HEATER RENTAL | BOOSTER | 1000742687 | BOOSTER HEATE | Booster Heate | 0503463440 | 01/26/2020 | $54.64 |
| 503652700 | GRANITE CITY | 1828 ABRITER CT | NAPERVILLE | IL | 60563-9368 | 0503652700 | GRANITE CITY | 0504410751 | 06G207962 | CONVEYOR | EC44 | 1000628447 | DM RNTL PGM-DI | DM Rntl Pgm | 0503463440 | 08/08/2020 | $221.16 |
| 503652700 | GRANITE CITY | 1828 ABRITER CT | NAPERVILLE | IL | 60563-9368 | 0503652700 | GRANITE CITY | 0504410751 | 00000004076571831 | BOOSTER HEATER RENTAL | BOOSTER | 1000656813 | BOOSTER HEATE | Booster Heate | 0503463440 | 08/08/2020 | $54.64 |
| 503652700 | GRANITE CITY | 1828 ABRITER CT | NAPERVILLE | IL | 60563-9368 | 0503652700 | GRANITE CITY | 0504410751 | 00000000002284023 | WHOLESALE (OR POINT OF ENT | WTR SFTN | 1000663701 | WTR TMT PGM-W | Wtr Tmt Pgm | 0503463440 | 04/15/2020 | $153.81 |
| 503652700 | GRANITE CITY | 1828 ABRITER CT | NAPERVILLE | IL | 60563-9368 | 0503652700 | GRANITE CITY | 0504410751 | W140845449 | UNDER COUNTER, GLASS WASH | U-LT | 1000694385 | DM RNTL PGM-DI | DM Rntl Pgm | 0503463440 | 09/08/2020 | $118.70 |
| 503612242 | CADILLAC RANCH | 186 FLEET ST | OXON HILL | MD | 20745-1575 | 0503612242 | CADILLAC RANCH | 0504410751 | 23AA180009 | DOOR AND HOOD | APEX HT | 1000619785 | DM RNTL PGM-DI | DM Rntl Pgm | 0503463440 | 02/02/2020 | $174.78 |
| 503745834 | GRANITE CITY | 1864 W MCEWEN DR | FRANKLIN | TN | 37067-1782 | 0503745834 | GRANITE CITY | 0504410751 | 00000007397631545 | BOOSTER HEATER RENTAL | BOOSTER | 1000667328 | BOOSTER HEATE | Booster Heate | 0503463440 | 05/22/2020 | $51.50 |
| 503745834 | GRANITE CITY | 1864 W MCEWEN DR | FRANKLIN | TN | 37067-1782 | 0503745834 | GRANITE CITY | 0504410751 | 85DK121195 | CONVEYOR | EC44 | 1000696767 | DM RNTL PGM-DI | DM Rntl Pgm | 0503463440 | 05/22/2020 | $209.24 |
| 503745834 | GRANITE CITY | 1864 W MCEWEN DR | FRANKLIN | TN | 37067-1782 | 0503745834 | GRANITE CITY | 0504410751 | 23OH140778 | UNDER COUNTER, GLASS WASH | OMEGA 5I | 1000737623 | DM RNTL PGM-DI | DM Rntl Pgm | 0503463440 | 04/16/2020 | $118.70 |
| 503569696 | GRANITE CITY BREWERY | 200 AMERICAN WAY | OXON HILL | MD | 20745-4502 | 0503569696 | GRANITE CITY BREWERY | 0504410751 | W170971869 | UNDER COUNTER, GLASS WASH | U-LT | 1000637503 | DM RNTL PGM-DI | DM Rntl Pgm | 0503463440 | 05/09/2020 | $114.68 |
| 503569696 | GRANITE CITY BREWERY | 200 AMERICAN WAY | OXON HILL | MD | 20745-4502 | 0503569696 | GRANITE CITY BREWERY | 0504410751 | 00000000002402199 | WHOLESALE (OR POINT OF ENT | WTR SFTN | 1000662470 | WTR TMT PGM-W | Wtr Tmt Pgm | 0503463440 | 05/16/2020 | $153.81 |
| 503569696 | GRANITE CITY BREWERY | 200 AMERICAN WAY | OXON HILL | MD | 20745-4502 | 0503569696 | GRANITE CITY BREWERY | 0504410751 | 00000000002391707 | WHOLESALE (OR POINT OF ENT | WTR SFTN | 1000662472 | WTR TMT PGM-W | Wtr Tmt Pgm | 0503463440 | 05/16/2020 | $153.81 |
| 503569696 | GRANITE CITY BREWERY | 200 AMERICAN WAY | OXON HILL | MD | 20745-4502 | 0503569696 | GRANITE CITY BREWERY | 0504410751 | 85DA150184 | CONVEYOR | EC44 | 1000738483 | DM RNTL PGM-DI | DM Rntl Pgm | 0503463440 | 04/03/2020 | $250.11 |
| 504197263 | GRANITE CITY | 2300 VILLAGE DR W, STE 130 | MAUMEE | OH | 43537-7550 | 0504197263 | GRANITE CITY | 0504410751 | 00000009100791643 | BOOSTER HEATER RENTAL | BOOSTER | 1000665822 | BOOSTER HEATE | Booster Heate | 0503463440 | 05/11/2020 | $53.05 |
| 504197263 | GRANITE CITY | 2300 VILLAGE DR W, STE 130 | MAUMEE | OH | 43537-7550 | 0504197263 | GRANITE CITY | 0504410751 | 85DF180677 | CONVEYOR | EC44 | 1000687002 | DM RNTL PGM-DI | DM Rntl Pgm | 0503463440 | 09/11/2020 | $234.62 |
| 504129729 | GRANITE CITY BREWERY | 2620 S LOUISE AVE | SIOUX FALLS | SD | 57106-4329 | 0504129729 | GRANITE CITY BREWERY | 0504410751 | 85DG130739 | CONVEYOR | EC44 | 1000654613 | DM RNTL PGM-DI | DM Rntl Pgm | 0503463440 | 06/01/2020 | $241.66 |
| 504129729 | GRANITE CITY BREWERY | 2620 S LOUISE AVE | SIOUX FALLS | SD | 57106-4329 | 0504129729 | GRANITE CITY BREWERY | 0504410751 | 00000005317121916 | BOOSTER HEATER RENTAL | BOOSTER | 1000682071 | BOOSTER HEATE | Booster Heate | 0503463440 | 05/01/2020 | $54.64 |
| 504129014 | GRANITE CITY | 3330 PILOT KNOB RD | EAGAN | MN | 55121-2055 | 0504129014 | GRANITE CITY | 0504410751 | 00000002320821229 | BOOSTER HEATER RENTAL | BOOSTER | 1000664131 | BOOSTER HEATE | Booster Heate | 0503463440 | 07/11/2020 | $50.00 |
| 504129014 | GRANITE CITY | 3330 PILOT KNOB RD | EAGAN | MN | 55121-2055 | 0504129014 | GRANITE CITY | 0504410751 | 00000000003677732 | WHOLESALE (OR POINT OF ENT | WTR SFTN | 1000824086 | WTR TMT PGM W | Wtr Tmt Pgm | 0503463440 | 09/10/2022 | $189.00 |
| 503541541 | CADILLAC RANCH | 352 S AVENUE, STE S352 | MINNEAPOLIS | MN | 55425-5527 | 0503541541 | CADILLAC RANCH | 0504410751 | 00000003000171750 | BOOSTER HEATER RENTAL | BOOSTER | 1000615365 | BOOSTER HEATE | Booster Heate | 0503463440 | 06/02/2020 | $54.64 |
| 503541541 | CADILLAC RANCH | 352 S AVENUE, STE S352 | MINNEAPOLIS | MN | 55425-5527 | 0503541541 | CADILLAC RANCH | 0504410751 | GW2633 | UNDER COUNTER, GLASS WASH | OMEGA 5I | 1000657188 | DM RNTL PGM-DI | DM Rntl Pgm | 0503463440 | 08/01/2020 | $118.70 |
| 503541541 | CADILLAC RANCH | 352 S AVENUE, STE S352 | MINNEAPOLIS | MN | 55425-5527 | 0503541541 | CADILLAC RANCH | 0504410751 | 85DE130580 | CONVEYOR | EC44 | 1000730448 | DM RNTL PGM-DI | DM Rntl Pgm | 0503463440 | 06/02/2020 | $232.99 |
| 504197809 | GRANITE CITY | 3809 COLDWATER RD | FORT WAYNE | IN | 46805-1101 | 0504197809 | GRANITE CITY | 0504410751 | 00000005137631911 | BOOSTER HEATER RENTAL | BOOSTER | 1000614091 | BOOSTER HEATE | Booster Heate | 0503463440 | 04/26/2020 | $54.64 |
| 504197809 | GRANITE CITY | 3809 COLDWATER RD | FORT WAYNE | IN | 46805-1101 | 0504197809 | GRANITE CITY | 0504410751 | 07J228836 | CONVEYOR | WH44 | 1000725166 | DM RNTL PGM-W | DM Rntl Pgm | 0503463440 | 04/26/2020 | $204.72 |
| 504197809 | GRANITE CITY | 3809 COLDWATER RD | FORT WAYNE | IN | 46805-1101 | 0504197809 | GRANITE CITY | 0504410751 | 00000000003691361 | WHOLESALE (OR POINT OF ENT | WTR SFTN | 1000836195 | WTR TMT PGM W | Wtr Tmt Pgm | 0503463440 | 09/26/2022 | $158.42 |
| 504197809 | GRANITE CITY | 3809 COLDWATER RD | FORT WAYNE | IN | 46805-1101 | 0504197809 | GRANITE CITY | 0504410751 | 00000000003691362 | WHOLESALE (OR POINT OF ENT | WTR SFTN | 1000836196 | WTR TMT PGM W | Wtr Tmt Pgm | 0503463440 | 09/26/2022 | $158.42 |
| 504135430 | GRANITE CITY BREWERY | 3945 2ND ST S | SAINT CLOUD | MN | 56301-3792 | 0504135430 | GRANITE CITY BREWERY | 0504410751 | 00000007640671601 | BOOSTER HEATER RENTAL | BOOSTER | 1000621783 | BOOSTER HEATE | Booster Heate | 0503463440 | 07/01/2020 | $51.50 |
| 504135430 | GRANITE CITY BREWERY | 3945 2ND ST S | SAINT CLOUD | MN | 56301-3792 | 0504135430 | GRANITE CITY BREWERY | 0504410751 | 04DD170369 | CONVEYOR | EC44HH | 1000743806 | DM RNTL PGM-DI | DM Rntl Pgm | 0503463440 | 05/01/2020 | $298.44 |
| 503644242 | GRANITE CITY | 39603 TRADITIONS DR | NORTHVILLE | MI | 48168-9496 | 0503644242 | GRANITE CITY | 0504410751 | 85DA150058 | CONVEYOR | EC44 | 1000690576 | DM RNTL PGM-DI | DM Rntl Pgm | 0503463440 | 03/05/2020 | $255.33 |
| 503644242 | GRANITE CITY | 39603 TRADITIONS DR | NORTHVILLE | MI | 48168-9496 | 0503644242 | GRANITE CITY | 0504410751 | 00000000002372928 | WHOLESALE (OR POINT OF ENT | WTR SFTN | 1000695257 | WTR TMT PGM-W | Wtr Tmt Pgm | 0503463440 | 07/02/2020 | $153.81 |
| 503644242 | GRANITE CITY | 39603 TRADITIONS DR | NORTHVILLE | MI | 48168-9496 | 0503644242 | GRANITE CITY | 0504410751 | 00000006121211507 | BOOSTER HEATER RENTAL | BOOSTER | 1000713116 | BOOSTER HEATE | Booster Heate | 0503463440 | 03/05/2020 | $51.50 |
| 504129707 | GRANITE CITY BREWERY | 4755 1ST AVE SE | CEDAR RAPID | IA | 52402-3211 | 0504129707 | GRANITE CITY BREWERY | 0504410751 | J13409WH | CONVEYOR | WH44 | 1000658223 | DM RNTL PGM-W | DM Rntl Pgm | 0503463440 | 01/15/2021 | $248.42 |
| 504129707 | GRANITE CITY BREWERY | 4755 1ST AVE SE | CEDAR RAPID | IA | 52402-3211 | 0504129707 | GRANITE CITY BREWERY | 0504410751 | 00000009370921653 | BOOSTER HEATER RENTAL | BOOSTER | 1000690262 | BOOSTER HEATE | Booster Heate | 0503463440 | 01/15/2021 | $53.05 |
| 504129766 | GRANITE CITY BREWERY | 5270 UTICA RIDGE RD | DAVENPORT | IA | 52807-3872 | 0504129766 | GRANITE CITY BREWERY | 0504410751 | 00000000000871831 | WHOLESALE (OR POINT OF ENT | WTR SFTN | 1000624777 | WTR TMT PGM-W | Wtr Tmt Pgm | 0503463440 | 08/08/2020 | $149.33 |
| 504129766 | GRANITE CITY BREWERY | 5270 UTICA RIDGE RD | DAVENPORT | IA | 52807-3872 | 0504129766 | GRANITE CITY BREWERY | 0504410751 | 00000000000880413 | WHOLESALE (OR POINT OF ENT | WTR SFTN | 1000679962 | WTR TMT PGM-W | Wtr Tmt Pgm | 0503463440 | 09/11/2020 | $149.33 |
| 504129766 | GRANITE CITY BREWERY | 5270 UTICA RIDGE RD | DAVENPORT | IA | 52807-3872 | 0504129766 | GRANITE CITY BREWERY | 0504410751 | 85DA180011 | CONVEYOR | EC44 | 1000686425 | DM RNTL PGM-DI | DM Rntl Pgm | 0503463440 | 02/27/2020 | $241.66 |
| 504129766 | GRANITE CITY BREWERY | 5270 UTICA RIDGE RD | DAVENPORT | IA | 52807-3872 | 0504129766 | GRANITE CITY BREWERY | 0504410751 | 00000008666381114 | BOOSTER HEATER RENTAL | BOOSTER | 1000694537 | BOOSTER HEATE | Booster Heate | 0503463440 | 03/15/2020 | $50.00 |
| 504129735 | GRANITE CITY BREWERY | 6200 O ST | LINCOLN | NE | 68510-2256 | 0504129735 | GRANITE CITY BREWERY | 0504410751 | 00000001027604330 | CONVEYOR | APEX COI | 1000643637 | DM RNTL PGM-LV | DM Rntl Pgm | 0503463440 | 05/04/2020 | $565.49 |
| 504129735 | GRANITE CITY BREWERY | 6200 O ST | LINCOLN | NE | 68510-2256 | 0504129735 | GRANITE CITY BREWERY | 0504410751 | W161063107 | UNDER COUNTER, GLASS WASH | U-LT | 1000669034 | DM RNTL PGM-DI | DM Rntl Pgm | 0503463440 | 05/27/2020 | $114.68 |
| 503608453 | GRANITE CITY | 699 W BIG BEAVER RD | TROY | MI | 48084-4920 | 0503608453 | GRANITE CITY | 0504410751 | 85DF110535 | CONVEYOR | EC44HH | 1000670910 | DM RNTL PGM-DI | DM Rntl Pgm | 0503463440 | 05/15/2020 | $288.35 |
| 503608453 | GRANITE CITY | 699 W BIG BEAVER RD | TROY | MI | 48084-4920 | 0503608453 | GRANITE CITY | 0504410751 | 00000008325081621 | BOOSTER HEATER RENTAL | BOOSTER | 1000685046 | BOOSTER HEATE | Booster Heate | 0503463440 | 05/15/2020 | $50.00 |
| 504200086 | GRANITE CITY BREWERY | 7140 HARRISON AVE | ROCKFORD | IL | 61112-1013 | 0504200086 | GRANITE CITY BREWERY | 0504410751 | 00000000000845102 | WHOLESALE (OR POINT OF ENT | WTR SFTN | 1000657481 | WTR TMT PGM-W | Wtr Tmt Pgm | 0503463440 | 04/25/2020 | $149.33 |
| 504200086 | GRANITE CITY BREWERY | 7140 HARRISON AVE | ROCKFORD | IL | 61112-1013 | 0504200086 | GRANITE CITY BREWERY | 0504410751 | 08A232637 | CONVEYOR | WH44 | 1000685683 | DM RNTL PGM-W | DM Rntl Pgm | 0503463440 | 09/05/2020 | $244.81 |
| 504200086 | GRANITE CITY BREWERY | 7140 HARRISON AVE | ROCKFORD | IL | 61112-1013 | 0504200086 | GRANITE CITY BREWERY | 0504410751 | 00000000000834271 | WHOLESALE (OR POINT OF ENT | WTR SFTN | 1000701138 | WTR TMT PGM-W | Wtr Tmt Pgm | 0503463440 | 03/11/2020 | $149.33 |
| 504200086 | GRANITE CITY BREWERY | 7140 HARRISON AVE | ROCKFORD | IL | 61112-1013 | 0504200086 | GRANITE CITY BREWERY | 0504410751 | 00000008787181634 | BOOSTER HEATER RENTAL | BOOSTER | 1000729510 | BOOSTER HEATE | Booster Heate | 0503463440 | 09/05/2020 | $53.05 |
| 503741572 | GRANITE CITY BREWERY | 801 N PLAZA DR | Schaumburg | IL | 60173-4919 | 0503741572 | GRANITE CITY BREWERY | 0504410751 | 00000005932931501 | BOOSTER HEATER RENTAL | BOOSTER | 1000632421 | BOOSTER HEATE | Booster Heate | 0503463440 | 01/18/2020 | $51.50 |
| 503741572 | GRANITE CITY BREWERY | 801 N PLAZA DR | Schaumburg | IL | 60173-4919 | 0503741572 | GRANITE CITY BREWERY | 0504410751 | 23OE150732 | UNDER COUNTER, GLASS WASH | OMEGA 5I | 1000661462 | DM RNTL PGM-DI | DM Rntl Pgm | 0503463440 | 04/18/2020 | $115.24 |
| 503741572 | GRANITE CITY BREWERY | 801 N PLAZA DR | Schaumburg | IL | 60173-4919 | 0503741572 | GRANITE CITY BREWERY | 0504410751 | 85DL141165 | CONVEYOR | EC44 | 1000664984 | DM RNTL PGM-DI | DM Rntl Pgm | 0503463440 | 01/18/2020 | $250.11 |
| 503741572 | GRANITE CITY BREWERY | 801 N PLAZA DR | Schaumburg | IL | 60173-4919 | 0503741572 | GRANITE CITY BREWERY | 0504410751 | 00000000002362093 | WHOLESALE (OR POINT OF ENT | WTR SFTN | 1000688144 | WTR TMT PGM-W | Wtr Tmt Pgm | 0503463440 | 09/03/2020 | $153.81 |
| 504131923 | GRANITE CITY ZONA ROSA | 8461 NW PRAIRIE VIEW RD | KANSAS CITY | MO | 64153-1842 | 0504131923 | GRANITE CITY ZONA ROSA | 0504410751 | 00000004136581833 | BOOSTER HEATER RENTAL | BOOSTER | 1000627818 | BOOSTER HEATE | Booster Heate | 0503463440 | 03/17/2020 | $54.64 |
| 504131923 | GRANITE CITY ZONA ROSA | 8461 NW PRAIRIE VIEW RD | KANSAS CITY | MO | 64153-1842 | 0504131923 | GRANITE CITY ZONA ROSA | 0504410751 | 06D202475 | CONVEYOR | WH44 | 1000681748 | DM RNTL PGM-W | DM Rntl Pgm | 0503463440 | 03/17/2020 | $197.26 |

LOCAL FORM 1007-1
REVISED 06/16

# United States Bankruptcy Court
### District of Minnesota

In re   **Granite City Food & Brewery Ltd.**                    Case No.   **19-43756**

Debtor(s)                         Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal Services, I have agreed to accept  ...........................  $   **See Application to Employ**
Prior to the filing of this statement I have received  ..............  $   **See Application to Employ**
Balance Due  .........................................................................  $   **See Application to Employ**

2.   The source of the compensation paid to me was:
   ☑ Debtor                    ☐ Other (specify)

3.   The source of the compensation to be paid to me is:
   ☑ Debtor                    ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal service for all aspects of the bankruptcy case, including:

   A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   B. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   D. Representation of the debtor in contested bankruptcy matters; and

   E. Other services reasonably necessary to represent the debtor(s).

6.   Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements in the Statement of Financial Affairs to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

## CERTIFICATION

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

LOCAL FORM 1007-1
REVISED 06/16

I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Dated: **January 13, 2020**

Signature of Attorney
**/s/ James M. Jorissen**
**James M. Jorissen**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# United States Bankruptcy Court
## District of Minnesota

In re    **Granite City Food & Brewery Ltd.**              Case No.   **19-43756**

                           Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 13, 2020**             **/s/ Richard H. Lynch**

                                          **Richard H. Lynch**/**Chief Executive Officer**
                                          Signer/Title

# United States Bankruptcy Court
## District of Minnesota

In re  **Granite City Food & Brewery Ltd.**                                    Case No.  **19-43756**

                                                    Debtor(s)          Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Granite City Food & Brewery Ltd.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**January 13, 2020**                                    **/s/ James M. Jorissen**

Date                                                   **James M. Jorissen**
                                                       Signature of Attorney or Litigant
                                                       Counsel for   **Granite City Food & Brewery Ltd.**
                                                       **Taft Stettinius & Hollister LLP**
                                                       **80 South 8th Street**
                                                       **Minneapolis, MN 55402**
                                                       **612-977-8400 Fax:612-977-8650**
                                                       **jjorissen@taftlaw.com**