# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| In re: | Jointly Administered under |
| --- | --- |
|  | 19-43756 (WJF) |
| Granite City Food & Brewery Ltd. | 19-43756 |
| Granite City Restaurant Operations, Inc. | 19-43757 |
| Granite City of Indiana, Inc. | 19-43758 |
| Granite City of Kansas Ltd. | 19-43759 |
| Granite City of Maryland, Inc. | 19-43760 |
| Debtors. | Chapter 11 Cases |

## RESPONSE OBJECTING TO MOTION OF FRANCIS PROPERTIES, L.L.C. FOR RELIEF FROM THE AUTOMATIC STAY

The Debtors, for their Response to Francis Properties, L.L.C.'s Motion for Relief from the Automatic Stay [Dkt. 86], through their attorneys state and allege as follows

1. The Debtors are proceeding quickly through a sale of their business as a going concern.

2. The stalking horse bidder and other potential bidders may be interested in designating the lease with Francis Properties, L.L.C. ("Francis") for assumption and assignment.

3. The Debtors have not had time to assess the Iowa court proceedings to evaluate whether Francis terminated the lease prepetition. Furthermore, the lease describes ejection and termination as separate remedies, but does not provide a procedure for termination. Therefore, the Debtors contend that the lease was not terminated prepetition.

4. The lease is necessary for an effective reorganization because any loss of potential locations will diminish the value for potential bidders.

5. The Debtors request an evidentiary hearing to determine whether the lease was terminated prepetition and whether it is necessary for an effective reorganization.

12337505v1

                                                      **TAFT STETTINIUS HOLLISTER LLP**

Dated: January 27, 2020                /e/ James M. Jorissen
                                                  By: _____
James M. Jorissen, #262833
Karl J. Johnson, #391211
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612-977-8400
Facsimile: 612-977-8650
jjorissen@taftlaw.com
kjjohnson@taftlaw.com

**COUNSEL FOR THE DEBTORS**

2

12337505v1