# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Jointly Administered under 19-43756 (WJF) |
| Granite City Food & Brewery Ltd. | 19-43756 |
| Granite City Restaurant Operations, Inc. | 19-43757 |
| Granite City of Indiana, Inc. | 19-43758 |
| Granite City of Kansas Ltd. | 19-43759 |
| Granite City of Maryland, Inc. | 19-43760 |
| Debtors. | Chapter 11 Cases |

## NOTICE OF AUCTION

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

The Consultation Committee, as defined in the Bid Procedures [Dkt. 140] approved by the Court's Order Approving Auction and Bid Procedures [Dkt. 143], received multiple Qualifying Bids and will conduct an auction on Tuesday, February 11, 2020 at 9:00 a.m. CST at the offices of Taft Stettinius & Hollister LLP.

Any questions, including requests to observe the auction, may be directed to Karl J. Johnson at 612-977-8665 or kjjohnson@taftlaw.com.

Copies of the Bid Procedures and other pleadings may be obtained by any party in interest free of charge on the dedicated website related to the Debtors' chapter 11 cases maintained by the noticing agent in these cases at https://dm.epiq11.com/case/GCF/info.

**TAFT STETTINIUS & HOLLISTER LLP**

Dated: February 7, 2020

By: /e/ Karl J. Johnson
_____
James M. Jorissen, #262833
Karl J. Johnson, #391211
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612-977-8400
Facsimile: 612-977-8650
jjorissen@taftlaw.com
kjjohnson@taftlaw.com

**COUNSEL FOR THE DEBTORS**

12359664v1