## Schedule 1.1(a)

### Acquired Leased Real Property

| Location | State | Landlord |
|---|---|---|
| Bloomington - Mall of America | MN | MOAC Mall Holdings LLC |
| National Harbor | MD | Peterson Companies |
| Pittsburgh | PA | Indland Commercial Real Estate |