DocuSign Envelope ID: 03B2A014-43E5-454A-B5D5-CE1EAZC97695

Case 19-43756    Doc 196-5    Filed 02/12/20    Entered 02/12/20 18:29:23    Desc
Exhibit(s) Granite City Acquired Real Property    Page 1 of 2

## Schedule 1.1(a)

## Acquired Leased Real Property

| Location | State | Landlord |
|---|---|---|
| St. Cloud | MN | Store Master Funding I, LLC |
| Sioux Falls | SD | Doug Johnson |
| Fargo | ND | WEST ACRES DEVELOPMENT LLP |
| Des Moines | IA | Francis Properties LLC |
| Cedar Rapids | IA | Rainmaker Management Inc. |
| Davenport | IA | Store Master Funding I, LLC |
| Lincoln | NE | Star-West Gateway LLC c/o Starwood Retail Partners, LLC |
| Maple Grove | MN | Todd and Lori Hanson |
| Eagan | MN | Store Master Funding I, LLC |
| Zona Rosa | MO | Doug Johnson |
| Legends | KS | Westrim Properties LLC |
| Roseville | MN | PPF RTL ROSEDALE SHOPPING CENTER LLC |
| Rockford | IL | Cherryvale Mall LLC CBL Center #500 |
| Creve Coeur | MO | CAPLACO NINE INC. |
| Ft. Wayne | IN | Brookfield Property REIT Inc. |
| Troy | MI | Store Master Funding I, LLC |
| Toledo | OH | Fallen Timbers Ohio LLC c/o NAMCO Realty LLC |
| Franklin | TN | DRURY DEVELOPMENT CORP |
| Naperville | IL | Store Master Funding I, LLC |
| Northville | MI | The Indland Real Estate Groupo, Inc. |
| Schaumburg | IL | Store Master Funding I, LLC |

12368957v1

DocuSign Envelope ID: 03B2A014-43E5-454A-B5D5-CE1EAZC97695

Case 19-43756    Doc 196-5    Filed 02/12/20    Entered 02/12/20 18:29:23    Desc
Exhibit(s) Granite City Acquired Real Property    Page 2 of 2

| National Harbor - GC | MD | Peterson Companies |
| --- | --- | --- |
| Detroit - Ren Center | MI | Riverfront Holdings, Inc. c/o CBRE, Inc. Lease Administration |
|  |  |  |

12368957v1