UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Jointly Administered under 19-43756 (WJF) |
| Granite City Food & Brewery Ltd. | 19-43756 |
| Granite City Restaurant Operations, Inc. | 19-43757 |
| Granite City of Indiana, Inc. | 19-43758 |
| Granite City of Kansas Ltd. | 19-43759 |
| Granite City of Maryland, Inc. | 19-43760 |
| Debtors. | Chapter 11 Cases |

**AMENDMENTS TO ASSET PURCHASE AGREEMENTS AND SCHEDULES OF ACQUIRED ASSETS**

The Debtors in the above-referenced cases hereby submit the following Amendments to Asset Purchase Agreements and Schedules of Acquired Assets in support of (A) their Motion for an Order Approving the Sale of Assets Free and Clear of All Liens [Dkt. 77], related Bid Procedures [Dkt. 140], and related Notice of Auction Results [Dkt. 194];

- Exhibit A: First Amendment to Asset Purchase Agreement for Granite City Assets and Amended Schedule of Acquired Leased Real Property
- Exhibit B: First Amendment to Asset Purchase Agreement for Back-Up Bid and Amended Schedule of Acquired Leased Real Property

**TAFT STETTINIUS & HOLLISTER LLP**

/e/ Karl J. Johnson
By: _____

Dated: February 14, 2020

James M. Jorissen, #262833
Karl J. Johnson, #391211
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612-977-8400
Facsimile: 612-977-8650
jjorissen@taftlaw.com
kjjohnson@taftlaw.com

**COUNSEL FOR THE DEBTORS**

12375811v1

# EXHIBIT A

**FIRST AMENDMENT TO ASSET PURCHASE AGREEMENT**

THIS FIRST AMENDMENT TO ASSET PURCHASE AGREEMENT (this "**Amendment**") dated as of February [●], 2020 (the "**Effective Date**"), is made by and among those persons listed on Schedule A attached to this Amendment (each individually, "**Seller**", and collectively, "**Sellers**"), and BBQ Acquisition, Inc., a Minnesota corporation, its successors and assignees ("**Buyer**").

**RECITALS**

A. Sellers and Buyer are parties to that certain Asset Purchase Agreement dated February 11, 2020 (the "**Asset Purchase Agreement**"), pursuant to which Buyer agreed to purchase certain assets and assume certain liabilities of the Granite City Business (as defined in the Asset Purchase Agreement).

B. Sellers and Buyer desire to amend the Asset Purchase Agreement as set forth herein.

**NOW, THEREFORE**, in consideration of the foregoing and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, it is hereby agreed as follows:

1. **Amendment to Asset Purchase Agreement**. Sellers and Buyer agree that the Asset Purchase Agreement shall be amended as follows:

    (a) Schedule 1.1(a) shall be replaced in its entirety with the Schedule 1.1(a) attached hereto.

    (b) Schedule 1.1(g) shall be amended to add the following item:

    License Agreement, dated as of January 11, 2011, by and between Granite City Food & Brewery Ltd. and Caffé Connection, Inc.

2. **Terms of Asset Purchase Agreement**. Except as expressly set forth in this Amendment, all other terms and provisions of the Asset Purchase Agreement will remain in full force and effect.

3. **Miscellaneous**. This Amendment constitutes the entire agreement among the parties and supersedes any prior understandings, agreements, or representations among the parties, written or oral, that may have related in any way to the subject matter hereof. This Amendment may be executed in counterparts, each of which shall be deemed an original, but all of which together shall be deemed to be one and the same agreement. A signed copy of this Amendment delivered by facsimile, e-mail or other means of electronic transmission shall be deemed to have the same legal effect as delivery of an original signed copy of this Amendment.

12378957v1

**IN WITNESS WHEREOF**, the undersigned have executed this Amendment to be effective as of the Effective Date.

**BUYER:**

**BBQ Acquisition, Inc.**

By:_____
Name:_____
Title:_____

**SELLERS:**

**Granite City Food & Brewery Ltd.**

By:_____
　　Richard H. Lynch, President

**Granite City – Arkansas, Inc.**

By:_____
　　Richard H. Lynch, President

**Granite City – Orland Park, Inc.**

By:_____
　　Richard H. Lynch, President

**Granite City – Creve Coeur, Inc.**

By:_____
　　Richard H. Lynch, President

*[Signature Page – First Amendment to Asset Purchase Agreement (GC-Assets Only)]*

12378957v1

**Granite City – Rockford, Inc.**

By: _____
    Richard H. Lynch, President

**Granite City – Peoria, Inc.**

By: _____
    Richard H. Lynch, President

**Granite City of Indiana, Inc.**

By: _____
    Richard H. Lynch, President

**Granite City of Ohio, Inc.**

By: _____
    Richard H. Lynch, President

**Granite City Restaurant Operations, Inc.**

By: _____
    Richard H. Lynch, President

**Granite City of Kansas, Ltd.**

By: _____
    Richard H. Lynch, President

**Granite City of Maryland, Inc.**

By: _____
    Richard H. Lynch, President

*[Signature Page – First Amendment to Asset Purchase Agreement (GC-Assets Only)]*

## Schedule A

### Sellers

1. Granite City Food & Brewery Ltd., a Minnesota corporation.
2. Granite City – Arkansas, Inc., an Arkansas corporation.
3. Granite City – Orland Park, Inc., an Illinois corporation.
4. Granite City – Creve Coeur, Inc., a Missouri corporation.
5. Granite City – Rockford, Inc., an Illinois corporation.
6. Granite City – Peoria, Inc., an Illinois corporation.
7. Granite City of Indiana, Inc., an Indiana corporation.
8. Granite City of Ohio, Inc., a Ohio corporation.
9. Granite City Restaurant Operations, Inc., a Minnesota corporation.
10. Granite City of Kansas, Ltd., a Kansas corporation.
11. Granite City of Maryland, Inc., a Minnesota corporation.

**Schedule 1.1(a)**

**Acquired Leased Real Property**

| Location | State | Landlord |
|---|---|---|
| St. Cloud | MN | Store Master Funding I, LLC |
| Sioux Falls | SD | Doug Johnson |
| Fargo | ND | WEST ACRES DEVELOPMENT LLP |
| Cedar Rapids | IA | Rainmaker Management Inc. |
| Davenport | IA | Store Master Funding I, LLC |
| Lincoln | NE | Star-West Gateway LLC c/o Starwood Retail Partners, LLC |
| Maple Grove | MN | Todd and Lori Hanson |
| Eagan | MN | Store Master Funding I, LLC |
| Roseville | MN | PPF RTL ROSEDALE SHOPPING CENTER LLC |
| Creve Coeur | MO | CAPLACO NINE INC. |
| Ft. Wayne | IN | Brookfield Property REIT Inc. |
| Troy | MI | Store Master Funding I, LLC |
| Franklin | TN | DRURY DEVELOPMENT CORP |
| Naperville | IL | Store Master Funding I, LLC |
| Northville | MI | The Inland Real Estate Group, Inc. |
| Zona Rosa | MO | Doug Johnson |
| Schaumburg | IL | Store Master Funding I, LLC |

12378957v1

# EXHIBIT B

12375811v1

# FIRST AMENDMENT TO ASSET PURCHASE AGREEMENT

THIS FIRST AMENDMENT TO ASSET PURCHASE AGREEMENT (this "**Amendment**") dated as of February [●], 2020 (the "**Effective Date**"), is made by and among those persons listed on Schedule A attached to this Amendment (each individually, "**Seller**", and collectively, "**Sellers**"), and BBQ Acquisition, Inc., a Minnesota corporation, its successors and assignees ("**Buyer**").

## RECITALS

A.     Sellers and Buyer are parties to that certain Asset Purchase Agreement dated February 11, 2020 (the "**Asset Purchase Agreement**"), pursuant to which Buyer agreed to purchase certain assets and assume certain liabilities of Sellers as a Back-Up Bid (as defined in the Asset Purchase Agreement).

B.     Sellers and Buyer desire to amend the Asset Purchase Agreement as set forth herein.

**NOW, THEREFORE**, in consideration of the foregoing and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, it is hereby agreed as follows:

1.     **Amendment to Asset Purchase Agreement**. Sellers and Buyer agree that the Asset Purchase Agreement shall be amended as follows:

(a)     Section 1.2 shall be amended to add subsection (l), which subsection shall read as follows:

> The Real Property Lease for the location in Kendall, Florida and all of Sellers' right, title and interest in the assets and rights used primarily by Sellers in connection with such Leased Real Property.

(b)     Schedule 1.1(a) shall be replaced in its entirety with the Schedule 1.1(a) attached hereto.

(c)     Schedule 1.1(g) shall be amended to add the following item:

> License Agreement, dated as of January 11, 2011, by and between Granite City Food & Brewery Ltd. and Caffé Connection, Inc.

2.     **Terms of Asset Purchase Agreement**.  Except as expressly set forth in this Amendment, all other terms and provisions of the Asset Purchase Agreement will remain in full force and effect.

3.     **Miscellaneous**.  This Amendment constitutes the entire agreement among the parties and supersedes any prior understandings, agreements, or representations among the parties, written or oral, that may have related in any way to the subject matter hereof.  This Amendment may be executed in counterparts, each of which shall be deemed an original, but all of which together shall be deemed to be one and the same agreement.  A signed copy of this Amendment

12376491v1

delivered by facsimile, e-mail or other means of electronic transmission shall be deemed to have the same legal effect as delivery of an original signed copy of this Amendment.

*[Signature Page – First Amendment to Asset Purchase Agreement (Back-Up Bid)]*

12376491v1

**IN WITNESS WHEREOF**, the undersigned have executed this Amendment to be effective as of the Effective Date.

**BUYER:**

**BBQ Acquisition, Inc.**

By: _____
Name: _____
Title: _____


**SELLERS:**

**Granite City Food & Brewery Ltd.**

By: _____
    Richard H. Lynch, President

**Granite City – Arkansas, Inc.**

By: _____
    Richard H. Lynch, President

**Granite City – Orland Park, Inc.**

By: _____
    Richard H. Lynch, President

**Granite City – Creve Coeur, Inc.**

By: _____
    Richard H. Lynch, President

*[Signature Page – First Amendment to Asset Purchase Agreement (Back-Up Bid)]*

12376491v1

**Granite City – Rockford, Inc.**

By: _____
Richard H. Lynch, President

**Granite City – Peoria, Inc.**

By: _____
Richard H. Lynch, President

**Granite City of Indiana, Inc.**

By: _____
Richard H. Lynch, President

**Granite City of Ohio, Inc.**

By: _____
Richard H. Lynch, President

**Granite City Restaurant Operations, Inc.**

By: _____
Richard H. Lynch, President

**Granite City of Kansas, Ltd.**

By: _____
Richard H. Lynch, President

**Granite City of Maryland, Inc.**

By: _____
Richard H. Lynch, President

*[Signature Page – First Amendment to Asset Purchase Agreement (Back-Up Bid)]*

12376491v1

## Schedule A

Sellers

1. Granite City Food & Brewery Ltd., a Minnesota corporation.
2. Granite City – Arkansas, Inc., an Arkansas corporation.
3. Granite City – Orland Park, Inc., an Illinois corporation.
4. Granite City – Creve Coeur, Inc., a Missouri corporation.
5. Granite City – Rockford, Inc., an Illinois corporation.
6. Granite City – Peoria, Inc., an Illinois corporation.
7. Granite City of Indiana, Inc., an Indiana corporation.
8. Granite City of Ohio, Inc., a Ohio corporation.
9. Granite City Restaurant Operations, Inc., a Minnesota corporation.
10. Granite City of Kansas, Ltd., a Kansas corporation.
11. Granite City of Maryland, Inc., a Minnesota corporation.

**Schedule 1.1(a)**

**Acquired Leased Real Property**

| Location | State | Landlord |
|---|---|---|
| St. Cloud | MN | Store Master Funding I, LLC |
| Sioux Falls | SD | Doug Johnson |
| Fargo | ND | WEST ACRES DEVELOPMENT LLP |
| Cedar Rapids | IA | Rainmaker Management Inc. |
| Davenport | IA | Store Master Funding I, LLC |
| Lincoln | NE | Star-West Gateway LLC c/o Starwood Retail Partners, LLC |
| Maple Grove | MN | Todd and Lori Hanson |
| Eagan | MN | Store Master Funding I, LLC |
| Roseville | MN | PPF RTL ROSEDALE SHOPPING CENTER LLC |
| Creve Coeur | MO | CAPLACO NINE INC. |
| Ft. Wayne | IN | Brookfield Property REIT Inc. |
| Troy | MI | Store Master Funding I, LLC |
| Franklin | TN | DRURY DEVELOPMENT CORP |
| Naperville | IL | Store Master Funding I, LLC |
| Northville | MI | The Inland Real Estate Group, Inc. |
| Schaumburg | IL | Store Master Funding I, LLC |
| Zona Rosa | MO | Doug Johnson |
| Mall of America | MN | MOAC Mall Holdings LLC |
| National Harbor | MD | Peterson Companies |
| Pittsburgh | PA | Inland Commercial Real Estate |

12376491v1