**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MINNESOTA**

___

| | |
|---|---|
| In re: | Jointly Administered under 19-43756 (WJF) |
| Granite City Food & Brewery Ltd. | 19-43756 |
| Granite City Restaurant Operations, Inc. | 19-43757 |
| Granite City of Indiana, Inc. | 19-43758 |
| Granite City of Kansas Ltd. | 19-43759 |
| Granite City of Maryland, Inc. | 19-43760 |
| Debtors. | Chapter 11 Cases |

___

**NOTICE OF HEARING ON UNRESOLVED CURE OBJECTIONS FOR ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

___

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On December 30, 2019, the above-captioned Debtors and Debtors-in-Possession filed their *Motion For an Order: (I) Granting Expedited Hearing; (II) Approving Bid Procedures and Related Bid Protections for Stalking Horse Bidder; (III) Approving the Sale of Assets Free and Clear of All Liens, Interests, Claims, and Encumbrances; (IV) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale; and (V) Granting Related Relief* **[Dkt. 77]**. On January 24, 2020, the Debtors filed amended Bid Procedures **[Dkt. 140]** that provided among other things, for deadlines for the Debtors to file notices of cure amounts and deadlines for counterparties to executory contracts and unexpired leases (Individually, each a "Counterparty" and collectively, the "Counterparties") to object to those cure amounts. Also on January 24, 2020, the Court entered an order approving the Bid Procedures **[Dkt. 143]** and ordered, among other things, that the Debtors are authorized to consensually resolve cure objections without further order of the court. To the extent that cure objections cannot be resolved consensually, the Order provides "[o]bjections to the Cure Notice shall not be heard at the Sale Hearing and shall be heard on appropriate notice to counterparties to executory contracts and unexpired leases."

On February 21, 2020, the Court entered an order approving the sale of substantially all of the Debtors' assets **[Dkt. 220]**. Please take notice that the court will conduct a hearing on any unresolved Cure Objections on **Thursday, March 5, 2020** at **10:30 a.m.** before the Honorable William J. Fisher, Courtroom 2B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota 55101.

The Debtors consent to any witnesses presenting remote testimony either telephonically or via videoconference, as allowed by Fed. R. Civ. P. 43(a) as incorporated by Fed. R. Bankr. P. 9017. Any objection to remote testimony is due by **Monday, March 2, 2020**. Any supplemental pleadings in support of or in opposition to a Cure Objection is due by **Tuesday, March 3, 2020**. **IF A COUNTERPARTY FAILS TO MEET THESE DEADLINES, THE COURT MAY OVERRULE ANY OBJECTION WITHOUT A HEARING.**

Copies of the Bid Procedures, Notice of Cure Amount, and other pleadings may be obtained by any party in interest free of charge on the dedicated website related to the Debtors' chapter 11 cases maintained by the noticing agent in these cases at https://dm.epiq11.com/case/GCF/info.

12401040v1

**TAFT STETTINIUS & HOLLISTER LLP**

Dated: February 24, 2020
By: /e/ James M. Jorissen
_____
James M. Jorissen, #262833
Karl J. Johnson, #391211
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612-977-8400
Facsimile: 612-977-8650
jjorissen@taftlaw.com
kjjohnson@taftlaw.com

**COUNSEL FOR THE DEBTORS**

12401040v1

United States Bankruptcy Court
District of Minnesota

In re:  
Granite City Food & Brewery Ltd.  
    Debtor

Case No. 19-43756-WJF  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0864-4     User: qclinda     Page 1 of 3     Date Rcvd: Feb 24, 2020  
                 Form ID: pdf111     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2020.  
db           +Granite City Food & Brewery Ltd.,    3600 American Blvd. West #400,    Minneapolis, MN 55431-4503

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2020 at the address(es) listed below:

           Aaron B. Chapin    on behalf of Creditor    CBL & Associates Management, Inc. aaron.chapin@huschblackwell.com, LegalSupportTeam-Lit-TM-CHI@huschblackwell.com;Docket-Chi@huschblackwell.com;aaron-chapin-9092@ecf.pacerpro.com  
           Amy J. Swedberg    on behalf of Interested Party    LANDRY'S RESTAURANTS, INC. amy.swedberg@maslon.com, sue.sjodahl@maslon.com  
           Andrew R. Shedlock    on behalf of Interested Party    Westrim Properties LLC andrew.shedlock@kutakrock.com, mary.flahavan@kutakrock.com  
           Bradford J. Sandler    on behalf of Creditor Committee    Committee of Unsecured Creditors bsandler@pszjlaw.com  
           Charles E. Nelson    on behalf of Interested Party    STORE Capital Corporation nelsonc@ballardspahr.com, questd@ballardspahr.com,gopleng@ballardspahr.com  
           Charles E. Nelson    on behalf of Interested Party    STORE Master Funding I, LLC nelsonc@ballardspahr.com, questd@ballardspahr.com,gopleng@ballardspahr.com  
           Charles E. Nelson    on behalf of Interested Party    Starwood Retail Partners LLC nelsonc@ballardspahr.com, questd@ballardspahr.com,gopleng@ballardspahr.com  
           Christopher J Harayda    on behalf of Interested Party    755 Tower Associates, L.L.C. cj.harayda@faegredrinker.com, brenda.walz@faegredrinker.com  
           Christopher T. Kalla    on behalf of Interested Party Todd W Hanson kalla@hnclaw.com, olsson@hnclaw.com  
           Colin R. Robinson    on behalf of Creditor Committee    Committee of Unsecured Creditors crobinson@pszjlaw.com  
           Craig S. Ganz    on behalf of Interested Party    STORE Capital Corporation ganzc@ballardspahr.com, phxdocketingbkr@ballardpahr.com;hartt@ballardspahr.com;morganv@ballardspahr.com  
           Craig S. Ganz    on behalf of Interested Party    STORE Master Funding I, LLC ganzc@ballardspahr.com, phxdocketingbkr@ballardpahr.com;hartt@ballardspahr.com;morganv@ballardspahr.com  
           David A. Libra    on behalf of Interested Party    GKII Northland Center, LLC dlibra@lapplibra.com, lfrey@lapplibra.com  
           David E. Runck    on behalf of Interested Party    Willow Festival Regency, LLC david.runck@fmjlaw.com, sherri.debettignies@fmjlaw.com  
           David E. Runck    on behalf of Creditor    Brookfield Property REIT, Inc. david.runck@fmjlaw.com, sherri.debettignies@fmjlaw.com  
           David E. Runck    on behalf of Creditor    Francis Properties david.runck@fmjlaw.com, sherri.debettignies@fmjlaw.com  
           David E. Runck    on behalf of Creditor    PPF RTL Rosedale Center LLC david.runck@fmjlaw.com, sherri.debettignies@fmjlaw.com  
           David E. Runck    on behalf of Creditor    Westroads Mall, L.L.C. david.runck@fmjlaw.com, sherri.debettignies@fmjlaw.com  
           David E. Runck    on behalf of Interested Party    GGP-Glenbrook, L.L.C. david.runck@fmjlaw.com, sherri.debettignies@fmjlaw.com

```
District/off: 0864-4          User: qclinda               Page 2 of 3          Date Rcvd: Feb 24, 2020
                              Form ID: pdf111             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      David E. Runck    on behalf of Creditor    Weingarten Realty Investors david.runck@fmjlaw.com, sherri.debettignies@fmjlaw.com
      David E. Runck    on behalf of Interested Party Todd W & Lori A  Hanson david.runck@fmjlaw.com, sherri.debettignies@fmjlaw.com
      David E. Runck    on behalf of Interested Party    Inland Commercial Real Estate Services, LLC david.runck@fmjlaw.com,  sherri.debettignies@fmjlaw.com
      David E. Runck    on behalf of Interested Party    Inland Property Management, LLC david.runck@fmjlaw.com,  sherri.debettignies@fmjlaw.com
      Deborah C. Swenson    on behalf of Interested Party    Constellation NewEnergy debs@lommen.com, swensonlaw@yahoo.com
      Deborah C. Swenson    on behalf of Interested Party    American Electric Power debs@lommen.com, swensonlaw@yahoo.com
      Dustin P. Branch    on behalf of Interested Party    Starwood Retail Partners LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com
      Ian M. Rubenstrunk    on behalf of Interested Party    Citizens Bank, N.A. irubenstrunk@winthrop.com,  tcooke@winthrop.com
      James M. Jorissen    on behalf of Debtor 1    Granite City of Kansas Ltd. jjorissen@taftlaw.com, vrittenbach@taftlaw.com;mkoneczny@taftlaw.com
      James M. Jorissen    on behalf of Debtor 1    Granite City of Maryland, Inc. jjorissen@taftlaw.com, vrittenbach@taftlaw.com;mkoneczny@taftlaw.com
      James M. Jorissen    on behalf of Debtor 1    Granite City Food & Brewery Ltd. jjorissen@taftlaw.com,  vrittenbach@taftlaw.com;mkoneczny@taftlaw.com
      James M. Jorissen    on behalf of Debtor 1    Granite City Restaurant Operations, Inc. jjorissen@taftlaw.com,  vrittenbach@taftlaw.com;mkoneczny@taftlaw.com
      James M. Jorissen    on behalf of Debtor 1    Granite City of Indiana, Inc. jjorissen@taftlaw.com, vrittenbach@taftlaw.com;mkoneczny@taftlaw.com
      Jeffrey D. Klobucar    on behalf of Creditor Committee    Committee of Unsecured Creditors jklobucar@bassford.com,  dcarlson@bassford.com
      John R. McDonald    on behalf of Debtor 1    Granite City Restaurant Operations, Inc. jmcdonald@briggs.com,  mjacobson@briggs.com
      John R. McDonald    on behalf of Debtor 1    Granite City of Kansas Ltd. jmcdonald@briggs.com, mjacobson@briggs.com
      John R. McDonald    on behalf of Debtor 1    Granite City of Indiana, Inc. jmcdonald@briggs.com, mjacobson@briggs.com
      John R. McDonald    on behalf of Debtor 1    Granite City Food & Brewery Ltd. jmcdonald@briggs.com, mjacobson@briggs.com
      John R. McDonald    on behalf of Debtor 1    Granite City of Maryland, Inc. jmcdonald@briggs.com, mjacobson@briggs.com
      Karl J. Johnson    on behalf of Debtor 1    Granite City of Kansas Ltd. kjjohnson@taftlaw.com, johnsonkj@gmail.com;mkoneczny@briggs.com
      Karl J. Johnson    on behalf of Debtor 1    Granite City of Indiana, Inc. kjjohnson@taftlaw.com, johnsonkj@gmail.com;mkoneczny@briggs.com
      Karl J. Johnson    on behalf of Debtor 1    Granite City Restaurant Operations, Inc. kjjohnson@taftlaw.com,  johnsonkj@gmail.com;mkoneczny@briggs.com
      Karl J. Johnson    on behalf of Debtor 1    Granite City Food & Brewery Ltd. kjjohnson@taftlaw.com, johnsonkj@gmail.com;mkoneczny@briggs.com
      Karl J. Johnson    on behalf of Debtor 1    Granite City of Maryland, Inc. kjjohnson@taftlaw.com, johnsonkj@gmail.com;mkoneczny@briggs.com
      Kenneth C. Edstrom    on behalf of Interested Party    JMB Capital Partners Lending LLC, kene@sapientialaw.com,  paralegal@sapientialaw.com;kathyl@sapientialaw.com
      Kevin M. Newman    on behalf of Interested Party    Inland Commercial Real Estate Services, LLC knewman@barclaydamon.com,  kmnbk@barclaydamon.com
      Kevin M. Newman    on behalf of Interested Party    Inland Property Management, LLC knewman@barclaydamon.com,  kmnbk@barclaydamon.com
      Lorie A. Klein    on behalf of Creditor    Francis Properties lorie.klein@fmjlaw.com, sherri.debettignies@fmjlaw.com
      Mary S Riverso    on behalf of Interested Party    Citizens Bank, N.A. mriverso@winthrop.com, mbartone@winthrop.com
      Michael  Rosow    on behalf of Interested Party    Citizens Bank, N.A. mrosow@winthrop.com, jflynn@winthrop.com;kknudsen@winthrop.com
      Michael A. DiGiacomo    on behalf of Interested Party    STORE Capital Corporation digiacomom@ballardspahr.com, phxdocketingbkr@ballardpahr.com;hartt@ballardspahr.com;morganv@ballardspahr.com
      Michael A. DiGiacomo    on behalf of Interested Party    STORE Master Funding I, LLC digiacomom@ballardspahr.com, phxdocketingbkr@ballardpahr.com;hartt@ballardspahr.com;morganv@ballardspahr.com
      Michael B. Willey    on behalf of Interested Party    TN Dept of Revenue Agbankcal@ag.tn.gov, Michael.Willey@ag.tn.gov
      Phillip  Bohl    on behalf of Interested Party    BBQ Acquisition, Inc. phillip.bohl@lathropgpm.com
      Robert L LeHane    on behalf of Creditor    PPF RTL Rosedale Center LLC rlehane@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
      Robert L LeHane    on behalf of Interested Party    Willow Festival Regency, LLC rlehane@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
      Robert M. Hirsh    on behalf of Interested Party    JMB Capital Partners Lending LLC, rhirsh@lowenstein.com
      Ronald M. Tucker    on behalf of Interested Party    Simon Property Group, Inc. rtucker@simon.com, cmartin@simon.com;jvalentin@simon.com;bankruptcy@simon.com;antimm@simon.com

```
District/off: 0864-4          User: qclinda              Page 3 of 3            Date Rcvd: Feb 24, 2020
                              Form ID: pdf111            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    Ryan   Murphy    on behalf of Creditor    Bix Produce Company LLC rmurphy@fredlaw.com,
     stimm@fredlaw.com;sstallings@fredlaw.com,autodockets@fredlaw.com
    Ryan   Murphy    on behalf of Creditor    Piazza Produce, LLC rmurphy@fredlaw.com,
     stimm@fredlaw.com;sstallings@fredlaw.com,autodockets@fredlaw.com
    Ryan   Murphy    on behalf of Creditor    Coastal Sunbelt Produce LLC rmurphy@fredlaw.com,
     stimm@fredlaw.com;sstallings@fredlaw.com,autodockets@fredlaw.com
    Ryan   Murphy    on behalf of Creditor    Get Fresh Produce, Inc. rmurphy@fredlaw.com,
     stimm@fredlaw.com;sstallings@fredlaw.com,autodockets@fredlaw.com
    Sarah J Wencil    on behalf of U.S. Trustee    US Trustee Sarah.J.Wencil@usdoj.gov
    Steven W. Golden    on behalf of Creditor Committee    Committee of Unsecured Creditors
     sgolden@pszjlaw.com
    US Trustee    ustpregion12.mn.ecf@usdoj.gov
                                         TOTAL: 64