UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| In re: | JOINTLY ADMINISTERED UNDER |
| | BKY 19-43756 (WJF) |
| | |
| Granite City Food & Brewery Ltd., | BKY 19-43756 |
| Granite City Restaurant Operations, Inc., | BKY 19-43757 |
| Granite City of Indiana, Inc., | BKY 19-43758 |
| Granite City of Kansas Ltd., | BKY 19-43759 |
| Granite City of Maryland, Inc., | BKY 19-43760 |
| | |
| Debtors. | Chapter 11 Cases |

_____

**AGREED ORDER FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE
CLAIMS UNDER 11 U.S.C. § 503(b)(9)**
_____

At Saint Paul, Minnesota.

The above-entitled matter came before the Court on the motion of claimant Signature Concepts, Inc. ("Signature"), a Minnesota corporation, for allowance of administrative expense claims under 11 U.S.C. §503(b)(9).  [Dkt. No. 271].

Based upon the record and the filings submitted on behalf of Signature, and the parties having stipulated to entry of this order, the court makes the following order.

IT IS HEREBY ORDERED THAT:

1.      Signature's motion is granted.

2.      Signature is awarded an administrative expense claim under 11 U.S.C. § 503(b)(9) in the amount of $19,853.43 for its delivery and the Debtor's receipt of goods during the 20-day period of November 26, 2019 through December 16, 2019.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/31/2020*
Lori Vosejpka, Clerk, by DT

3.      The Debtor is authorized to pay Signature's allowed administrative expense

claim pursuant to the priority scheme of 11 U.S.C. § 507 as part of the distribution to all

claims under § 503(b)(9) when payment is authorized.


Dated: _____        /e/ William J. Fisher
         *March 31, 2020*              _____
                                       William J. Fisher
                                       United States Bankruptcy Judge