# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Jointly administered under |
| | Bankruptcy Case No. 19-43756 (WJF) |
| Granite City Food & Brewery Ltd., | |
| Granite City Restaurant Operations, Inc., | 19-43756 |
| Granite City of Indiana, Inc., | 19-43757 |
| Granite City of Kansas Ltd., | 19-43758 |
| Granite City of Maryland, Inc., | 19-43759 |
| | 19-43760 |
| Debtors. | |
| | Chapter 11 |

## ORDER APPROVING FIRST INTERIM APPLICATION OF BASSFORD REMELE, P.A. FOR ALLOWANCE OF FEES AND EXPENSES AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 8, 2020 THROUGH MARCH 31, 2020

This matter came before the Court on the Application of Bassford Remele, P.A. ("Bassford"), as counsel for the Official Committee of Unsecured Creditors, for allowance of interim compensation. Based on the record, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED:**

1. Bassford's First Interim Application is **APPROVED**;

2. Bassford's attorney fees in the amount of $28,935.00 and its expenses of $404.07, for a total of $29,339.07, are allowed with respect to the period covered by its First Interim Application;

3. The Debtor is authorized to pay Bassford all sums allowed and unpaid including, but not limited to the total fees and expenses set forth herein; and

4. This Order shall be effective immediately.

BY THE COURT:

Dated: May 21, 2020

/e/ William J. Fisher

William J. Fisher
United States Bankruptcy Court Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 05/21/2020
Lori Vosejpka, Clerk, by DT